**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**AUG 2 3 2010**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Action No. 10-223 (RBW) |
| | ) | |
| | ) | |
| WILLIAM R. CLEMENS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In the wake of the indictment issued in the above-captioned matter, there has already been extensive media coverage about the case fueled, at least in part, by comments made by the defendant, the defendant's counsel, individuals who presumably will be witnesses if this case proceeds to trial, counsel on behalf of one of those potential witnesses, and government counsel. While it is hardly surprising (yet unfortunate) in the current litigation environment for the parties and their attorneys, as well as other interested individuals and their attorneys, to issue public comments to the media that, whether intentional or not, may affect the ability of the Court to empanel an impartial jury (and to maintain the jury's impartiality throughout the trial if one is empanelled), the undersigned member of the Court will not tolerate such behavior from anyone over which the undersigned can exercise authority. Thus, the undersigned fully expects that all interested participants in this matter—i.e., the parties, any potential witnesses, and counsel for those parties and witnesses—will refrain from making any further statements about this case to the media or in public settings outside the courtroom that are "substantially likely to have a materially prejudicial effect" on this case. Gentile v. State Bar of Nev., 501 U.S. 1030, 1076

(1991). Further action in violation of this admonition will be confronted with the full authority

of the Court.

      **SO ORDERED** this 23rd day of August, 2010.

REGGIE B. WALTON
United States District Judge