UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR - 4 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal Action No. 10-223 (RBW) |
| ) | |
| WILLIAM R. CLEMENS,      ) | |
| ) | |
| Defendant.               ) | |

## ORDER

William R. Clemens, the defendant in this criminal case, has been indicted on various criminal charges related to testimony that he provided to the House Committee on Oversight and Government Reform in February of 2008. Soon after the grand jury returned the Indictment in this case, the Court ordered "all interested participants in this matter" to "refrain from making any further statements about this case to the media or in public settings outside the courtroom that are 'substantially likely to have a materially prejudicial effect' on this case." August 23, 2010 Order at 1, United States v. Clemens, Criminal Action No. 10-223 (RBW) (D.D.C.) (quoting Gentile v. State Bar of Nev., 501 U.S. 1030, 1076 (1991)). Despite this stern admonition, the undersigned has now learned that the defendant and a probable government witness have made public statements in recent days regarding the case that are precariously close to violating, if not violating, this Court's Order.

While the undersigned does not find the statements made by these individuals to be clear violations of the Court's August 23, 2010 Order, these statements cannot go unaddressed out of concern that the public discussion of this case by these individuals will escalate even further. Simply put, the Court will neither permit this case to be tried in the media nor countenance any

conduct that might taint potential jurors. The undersigned, therefore, reminds all participants in this matter to refrain from making any statements about this case in the public arena that have a substantial likelihood of materially prejudicing these proceedings. Furthermore, counsel for all interested participants shall review the August 23, 2010 Order with all individuals associated with this case to ensure full compliance with the undersigned's directives.

To be clear, those who violate the Court's August 23, 2010 Order will be subjected to this Court's contempt authority, which includes the imposition of monetary fines and incarceration. The undersigned never relishes exercising the sanction of contempt, but will nevertheless not hesitate to exercise that authority to punish violations of the Court's directives.

**SO ORDERED** this 4th day of April, 2011.

_____
REGGIE B. WALTON
United States District Judge