1                 IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF COLUMBIA

3     UNITED STATES OF AMERICA,      :   Docket No. CR 09-223
                                     :
4                     Plaintiff,     :
                                     :
5             vs.                    :   Washington, D.C.
                                     :
6     WILLIAM R. CLEMENS,            :   Monday, May 21, 2012
      a/k/a "ROGER CLEMENS,"         :
7                                    :   8:58 A.M.
                      Defendant.     :
8     ..............................x
9

10          TRANSCRIPT OF TRIAL PROCEEDINGS - A.M. SESSION
            BEFORE THE HONORABLE JUDGE REGGIE B. WALTON
11                  UNITED STATES DISTRICT JUDGE

12    APPEARANCES:

13    For the Government:   Steven Durham, AUSA
                            Daniel Butler, AUSA
14                          Courtney Saleski, Jr., AUSA
                            Gilberto Guerrero, AUSA
15                          UNITED STATES ATTORNEY'S OFFICE
                            555 4th Street, N.W.
16                          Washington, D.C.  20530

17    For the Defendant:    Russell Hardin, Jr., Esquire
                            Jeremy Monthy, Esquire
18                          RUSTIN, HARDIN & ASSOCIATES
                            1401 McKinney Street
19                          Suite 2250
                            Houston, Texas  77010
20
                            Michael Attanasio, Esquire
21                          COOLEY, GODWARD, KRONISH, LLP
                            4401 Eastgate Mall
22                          San Diego, California  92121.

23

24

25

1    APPEARANCES (Cont'd):

2    Also appearing:        William Pittard, Deputy General Counsel
                            U.S. House of Representatives
3                           Office of the General Counsel
                            219 Cannon Building
4                           Washington, D.C. 20515

5    For Brian McNamee:     Richard D. Emery, Esquire
                            EMERY, CELLI, BRINCKERHOFF & ABADY, LLP
6                           75 Rockefeller Plaza
                            New York, New York  10019

7

8    For Eileen McNamee:    Marc A. Rapaport, Esquire
                            RAPAPORT LAW FIRM, P.L.L.C.
9                           350 Fifth Avenue
                            New York, New York  10118

10

11

12   Court Reporter:        Cathryn J. Jones, RPR
                            Official Court Reporter
13                          Room 6521, U.S. District Court
                            333 Constitution Avenue, N.W.
14                          Washington, D.C. 20001

15

16
     Proceedings recorded by machine shorthand, transcript
17   produced by computer-aided transcription.

18

19

20

21

22

23

24

25

1                        TABLE OF CONTENTS

2                           **WITNESSES**

3    **On behalf of the Government:**

4                          **Direct   Cross   Redirect   Recross**

5    Brian McNamee (Resumed)
          (By Mr. Butler)                        24
6         (By Mr. Hardin)                                    97

7    Anthony "Manny" Manuele
          (By Ms. Saleski)      100
8         (By Mr. Hardin)              111

9    Alexander Lowrey
          (By Mr. Guerrero)     115
10

11

12

13                        **E X H I B I T S**

14   **Government's Exhibit Number            Identified    Admitted**

15   No. 68A                                                103

16   No. 68B                                                103

17   No. 68C                                                103

18   No. 95C                                                127

19   No. 95D                                                127

20   No. 95E                                                127

21   No. 95F                                                127

22   No. 95G                                                127

23   No. 95H                                                127

24

25

P R O C E E D I N G S

THE COURT:  Okay.  We've got this issue that came up last week of the Government's redirect examination of Mr. McNamee.  It is my position that, and we only got the defense opposition, so we haven't read all of it, but I've been briefed on at least most of it.  And I read what the Government submitted, also looked at the cases.

And it is my view that the door has been opened for the Government to bring in information regarding Mr. McNamee also provided information regarding the use of performance-enhancing drugs by other baseball players.  And in light of the fact that the cross-examination did suggest and send the message that the defense position, at least in part, is that Mr. McNamee targeted Mr. Clemens because of his belief that he could acquire wealth and fame as a result of that, and I think that does open the door for not only the Government to be able to bring in information about other ball players, but also Andy Pettitte.  So I will permit that to come in, obviously with a cautionary instruction telling the jury that the evidence about the information he allegedly provided regarding other players is only admissible for the purpose of their assessing Mr. McNamee's credibility.

On the question of the additional evidence the Government seeks to introduce, which is that three of the

1   ball players who he provided information about have admitted

2   that they were, in fact, using the -- I don't agree that

3   that is barred under 608 on the grounds that it's extrinsic

4   evidence.  Because here we're talking about seeking to

5   rehabilitate a witness who has been challenged on bias

6   grounds.  And the case authority in my view does support the

7   proposition that, at least under certain circumstances the

8   accuracy of the information to the extent that it resulted

9   to a guilty plea, and I would equate acknowledging that the

10  allegations made are the equivalent of a guilty plea, then

11  under certain circumstances such evidence can come in.

12        But I guess what I need to hear from the defense

13  before I decide whether this evidence does come in, because

14  I do continue to harbor the concerns I expressed last week

15  about that information, what exactly would the defense have

16  in its arsenal by way of presenting evidence in its case to

17  suggest that Mr. McNamee also implicated individuals who are

18  denying that they, in fact, used.

19        MR. HARDIN:  Good morning, Your Honor.

20        THE COURT:  Good morning.

21        MR. HARDIN:  We would seek to introduce, at least

22  two or three players that I'm aware of it, there may be more

23  that we could sit down and who figure out who we would ask

24  the court to let us bring in.  But let me go particularly to

25  one of the things that the Court has so far tried to avoid

1    throughout.  And that's the 2001 incident in Saint

2    Petersburg.  Because it's our position Mr. Knoblauch, Mr.

3    McNamee has blamed Mr. Knoblauch for what happened in many

4    ways in the 2001 incident.  And in the course of that --

5            THE COURT:  Refresh my recollection what we're

6    talking about.

7            MR. HARDIN:  Yes, sir.  Mr. Knoblauch was a player

8    with the Yankees at the time.  And Mr. McNamee has said that

9    Mr. Knoblauch used HGH, and I can't remember whether he said

10   steroids, I'd have to check.  Mr. Knoblauch has said that he

11   did use them, but that Mr. McNamee has lied about him about

12   other matters.  And it would seem to me that one of the

13   logical extensions is, if the Government is allowed to

14   introduce evidence that Mr. Knoblauch admitted to using HGH,

15   but Mr. Knoblauch says that Mr. McNamee lied about him in

16   other substantial ways, we should be allowed to show that.

17   If we're allowed to show that he told the truth about one

18   aspect of Mr. Knoblauch, we should be able to show that he

19   lied about other aspects.  And one of the major ways is to

20   what happened in the 2001 incident at Saint Petersburg.  So

21   that's one aspect, that's one additional thing.

22           Then we'd have this mini-trial that the --

23           THE COURT:  You're talking about the sexual

24   assault allegation?

25           MR. HARDIN:  Yes, sir, yes, sir, it all starts --

1    the gathering starts in Mr. Knoblauch's room.  Mr. McNamee

2    has made a lot of statements about Mr. Knoblauch and his

3    role and Mr. Knoblauch's lack of role in that whole incident

4    that was very heatedly disputed by Chuck Knoblauch.  So we

5    get off into a mini-trial on.

6         The same with some other people, people would say

7    that Mr. McNamee lied about certain other things about them.

8    For instance, Mr. McNamee has always said that in the case

9    of Mr. Stanton that actually the steroids were delivered

10   from Mr. Radomski to Mr. Stanton's agent, a lawyer in New

11   York, who would then be brought into this for him to testify

12   as to whether those allegations were true or not.

13        So it's not just very neatly done that they can

14   just bring in three or four people that Mr. McNamee has

15   provided evidence about.  In each of those people certain

16   allegations about what they say about him would be disputed

17   by those very same people.  So you would have three to four

18   to however many mini-trials.

19        I can -- if the Court wants to know a firmer

20   number, we have talked to several players that still

21   adamantly insist that Mr. McNamee lied about them.

22        One of the witnesses is scheduled to testify in

23   the trial on other aspects was not being called for that,

24   one of the Boston players -- excuse me, one of the Toronto

25   players.  So I don't think there's any question what the

1   defense would then be coming to the Court for is if -- there

2   are two things involved here.

3          If they get into suggest these other players

4   should be allowed to come before the jury as people he told

5   the truth about, and keep in mind, as we point out in our

6   brief, they're not going to be able to get these people --

7   they're not going to be able to ask Mr. McNamee if you gave

8   truthful information to other people admitted.  They're

9   going to have to put those people on.  And then we're going

10  to be, I would hope, be allowed to cross-examine those

11  people as to the accuracy of everything Mr. McNamee said

12  about them.

13         So you end up bringing in more witnesses, a longer

14  trial, and a series of mini-trials, all devoted to proving

15  guilt by association.  There is no question that what this

16  is really offered for, as the Court knows, and as the Court

17  has been expressing concern about throughout, if Mr. McNamee

18  told the truth about some people, therefore, he must have

19  told the truth about Mr. Clemens.  And that is nothing more

20  than pure guilt by association.  But if the Court allows it

21  in, then with all due respect, we should be allowed to show

22  where he lied about others that they also say he told the

23  truth about.

24         THE COURT:  Well, as I say, I'm not letting this

25  in.  I've been sensitive to the concern of guilt by

1   association in some way factoring in on the jury's

2   assessment of Mr. Clemens's culpability, and I'm not letting

3   it in for that purpose, I don't think it would be

4   appropriate.  But I do think, as I indicated, that the

5   cross-examination has opened the door for the Government to

6   be able to bring in the fact that he also implicated other

7   players in order to dispel the suggestion that somehow he

8   was just targeting Mr. Clemens.

9           So I -- and as I say, I will give an instruction

10  to the jury for the limited purpose which they can consider

11  the evidence, but on the question of whether it would be

12  appropriate if I let in the testimony of the three players

13  who say that they did, in fact, use consistent with Mr.

14  McNamee's testimony, I really think it's another issue that

15  you're raising in reference to whether this other

16  information unrelated to their HGH use or steroid use, I

17  think that creates another whole issue.  And I don't think

18  it's really relevant to the determination of whether I let

19  in the evidence regarding -- regarding whether there's other

20  individuals who have also -- were also accused by Mr.

21  McNamee, but deny.

22          So from what I understand on that precise

23  question, you're saying that there are at least three other

24  players who --

25          MR. HARDIN:  Three other players, at least three

1   other players or people, one would be, for instance, the

2   agent.  And I think if we --

3            THE COURT:  Who Mr. McNamee told the authorities

4   he had given or was providing some type of substance to and

5   they deny that?

6            MR. HARDIN:  Yes.  At least --

7            THE COURT:  And was that information that Mr.

8   McNamee provided about that, was that information he

9   provided to the Government, Mr. Novitzky, was it information

10  that was provided to the Commission or --

11           MR. HARDIN:  Both?

12           THE COURT:  Both?

13           MR. HARDIN:  Yes.  And Judge, if I may, and I'm

14  not going to be up here arguing with you, just to simply

15  point out I don't know how you could conduct the

16  cross-examination of Mr. McNamee in this case in any

17  meaningful way without challenging his credibility as to

18  what he says about Mr. Clemens.  And nowhere in my cross

19  have I ever suggested that he did not provide information

20  about other people.  That's before the jury, both on direct

21  and cross.  So it is already there.  If they want to

22  introduce it again and get a limiting instruction, the Court

23  gives us a limiting instruction, that's fine.

24           We've only pointed out is, the thing that they --

25  the horse they're trying to ride to get to do this has long

1   ago left the barn and been before the jury.  This jury knows

2   that Mr. McNamee provided information about people other

3   than Mr. Clemens.

4           THE COURT:  But they know very little about it.

5   And they have no idea who these other ball players are.  So

6   I think it is -- it is different.  And I guess I don't agree

7   that -- I agree that there was no way you could

8   cross-examine him without challenging his credibility, but I

9   don't think that that necessarily meant that you had to

10  suggest, as you did, which you had a right to, that he was

11  targeting specifically Mr. Clemens, which the

12  cross-examination did make that strong suggestion.

13          So I think, as I say, I think that does open the

14  door for the Government to be able to bring out the fact

15  that, to a greater extent than what's already occurred, that

16  other players, Mr. McNamee did, in fact, implicate other

17  players in reference to people he was providing these

18  substances to with an appropriate cautionary instruction.

19          *But on the ultimate question, the second issue, as*

20  *I say I have problems with that, because the courts that*

21  *have let in that type of information, and they have said it*

22  *is relevant on the issue of rebutting the suggestion of*

23  *bias, have let it in, in fact, the Martinis* case, which the

24  Government specifically asked me to look at the end of the

25  day on Friday, I did read that case, and at the end of the

1    Martinis case, one of things the Court said was that every

2    individual who the cooperator had implicated had all pled

3    guilty.

4              Well, that's a different situation than what we

5    have here.  And I think it is relevant.  I think the door

6    has opened for it to come in, but I think its relevancy has

7    been mitigated by defense counsel's representation that if I

8    let that in, then they would be able to present evidence

9    that he implicated other people who deny that they used.

10             And I think it would be fundamentally unfair, even

11   with a cautionary instruction, to permit the jury to hear

12   that three players say that they, in fact, used consistent

13   with what Mr. McNamee has indicated, even though it's only

14   being admitted for the limited purpose I've indicated, but

15   on the other hand, preclude the defense from being able to

16   present evidence that he also implicated some other players

17   and they deny that they use.  I think that would be

18   fundamentally unfair.  And that would result in us having to

19   have a mini-trial regarding these various other individuals

20   who say that he implicated them and they deny that they

21   used.  And I just don't think that would be appropriate.

22             I think on the evidentiary front why it ends up

23   causing this not to be admissible is because while it is

24   relevant, I think its relevancy is mitigated by the fact

25   that the defense would have to be able then to present

1    evidence to counteract the suggestion that the information

2    he has provided has always been accurate.

3             MR. HARDIN:  Thank you.

4             MS. SALESKI:  Your Honor, if I may.

5             THE COURT:  I think you're beating a dead horse,

6    and I'm not one of those that comes back alive.

7             MS. SALESKI:  I appreciate that, Your Honor, and

8    I'm just wondering if there's a narrower way to look at this

9    in the terms of relevant information that was provided to

10   the Government.  And that is that Mr. McNamee only told the

11   Government that he helped inject three players.  So that

12   would be Mr. Clemens, Mr. Pettitte and Mr. Chuck Knoblauch.

13            Mr. Stanton he knew about, but he didn't help

14   inject him.  So we look at a sort of more narrow focus when

15   we talk about whether or not he's credible when he talks

16   about people that he actually helped inject.  If the Court

17   would be willing, we would like to seek the admission, the

18   admissions related to Mr. Pettitte and Mr. Knoblauch because

19   those are directly analogous to what Mr. McNamee claimed

20   about Mr. Clemens.  That's sort of a narrower universe, and

21   we --

22            THE COURT:  What did he say about these other

23   individuals who deny?

24            MS. SALESKI:  So I've looked back through, and I

25   think it's sort of at a disadvantage because I don't know if

1    the defense is talking about independent interviews that

2    they did.  But I think they may be referring to --

3            THE COURT:  I think he did say there were some

4    independent interviews that were conducted.

5            MS. SALESKI:  I think from my information what

6    they may be referring to is that Mr. Canseco denied what Mr.

7    McNamee had said about him; that is, that Mr. McNamee had

8    helped him take needles from Florida to Toronto.  And then I

9    think there may be, based on what I've looked through, there

10   may be something related to one other ball player, David

11   Wells.

12           Mr. McNamee said that in 1999, Mr. Wells had some

13   "D-bol pills, I think, which are anabolic steroid pills, and

14   that Mr. Wells then told the Government that he never had --

15   I'm sorry, I'm confusing the pills, it was Clenbuterol, and

16   then Mr. Wells said that he had never had Clenbuterol, I

17   think.  So that's all I've been able to find.  I don't know

18   if the defense has more information, but it's not at all --

19   sorry.

20           THE COURT:  I would just have a concern with, you

21   know, slicing it that thin because it seems to me if it

22   relates to him having been involved with these players

23   regarding the use of these substances, I don't think it's

24   appropriate to say that there's a distinction between who he

25   actually injected as compared to those who he had other

1   dealings with related to these substances.

2           MS. SALESKI:  Okay.  And one other distinction I'd

3   just ask the Court to consider is that what we're talking

4   about in our case in introducing is admissions under oath,

5   which are really remarkable when you admit to drug use under

6   oath, and what the concerns that the defense is raising is

7   that not under oath some players have denied drug use, which

8   seems to me to be unremarkable.

9           THE COURT:  I assume those people, as Mr. Hardin

10  said, you know, they would have to come in and testify, so I

11  assume they would be under oath, and they would be saying

12  that contrary to what he said about them is false.

13          MS. SALESKI:  Well, you know, I understand the

14  Court's position, but that is what we would like to see

15  happen, in fairness.

16          THE COURT:  I just think it's too much of a

17  concern.  As I said in the *Martinis* case, which you directed

18  me to, I read that thoroughly, and at end of the opinion the

19  Court emphasized the fact that all of the individuals who

20  had been implicated by cooperator had all pled guilty.

21          MS. SALESKI:  So just for our --

22          THE COURT:  And I would note that in the other

23  cases, while I don't know if there was other information

24  about false or alleged false allegations by the cooperator,

25  in all of those cases the impression I got was that the

1    courts were saying that all of the information as far as

2    could be discerned had, in fact, been accurate information.

3              MS. SALESKI:  Okay.  Thank you, Your Honor.  Thank

4    you for considering the issue.  I'm sorry.

5              MR. HARDIN:  No, that's fine.  I just was going to

6    mention for the Court's information, Mr. Knoblauch and Mr.

7    Pettitte have the same agent as Mr. Clemens.  So the Rule

8    403, unfair prejudice would be even more extensive, that

9    they would be proposing to put in two witnesses that have

10   the same agent as Mr. Clemens.  The ability to the jury not

11   to try to misuse that would be impossible, I think.

12             Thank you.

13             THE COURT:  Okay.  Well, that's my ruling.  Okay.

14   Let's -- anything else?

15             MS. SALESKI:  Your Honor, just so that we're

16   clear, so we don't cross over any boundaries, Mr. McNamee's

17   allowed to name the three players that he contends he had

18   this information about Mr. Knoblauch, Mr. Pettitte and

19   Mr. Stanton; is that right?

20             THE COURT:  I think what is important is that

21   he -- that he provided this information to the authorities

22   to undermine the suggestion that he was biased in favor of

23   the Government, and that he was targeting Mr. Clemens and

24   was not providing information about other individuals.

25             MS. SALESKI:  Okay.  So that's a yes on the name?

1          THE COURT:  Yes, you can bring in evidence that

2     the other three players, and you can identify who they are,

3     including Pettitte.

4          MS. SALESKI:  Thank you, sir.

5          THE COURT:  But I will give a cautionary

6     instruction on the limited purpose for which they can

7     consider that, and that is only in their assessment of Mr.

8     McNamee's credibility.

9          MR. BUTLER:  Just so I'm clear, Your Honor, we can

10    elicit testimony from Mr. McNamee that he injected the two

11    individuals, Mr. Knoblauch and Mr. Pettitte, and that he

12    told law enforcement about that when he first met with law

13    enforcement?

14         THE COURT:  Yes.  Okay.

15         MR. BUTLER:  Your Honor, could we have a --

16    because this affects a little the direct by Mr. McNamee,

17    could we can have five minutes just to consult with Mr.

18    McNamee?

19         THE COURT:  Very well.

20         THE DEPUTY CLERK:  All rise.  This Honorable Court

21    stands in a brief recess.

22         [Thereupon, recess taken at 9:18 a.m.,

23       resuming at 9:24 a.m.]

24         MR. HARDIN:  Your Honor, may we approach the bench

25    real quickly?

1            THE COURT:  Yes.

2            [Bench conference.]

3            MR. HARDIN:  Mr. Butler said something right

4    before the break that I -- that was a little different than

5    I'd understood.  I just wanted to be sure in my own mind.  I

6    understood the Court's ruling all along and the instruction,

7    but what he ask is, is if he could ask this witness if the

8    witness injected those other people, he told him he injected

9    those people.

10            THE COURT:  Right.

11            MR. HARDIN:  I thought that it was going to be

12   that he could provide -- he could tell him he provided the

13   information about these other people; that he could give the

14   names, and that he provided information about them using

15   steroids or HGH.  I didn't know he was going to be able to

16   take the next step and say he injected them because the

17   injection --

18            THE COURT:  Why do you need to bring out evidence

19   about the actual injections and not just that he provided

20   information about their use?

21            MR. BUTLER:  Well, to explain what he -- the

22   information he was providing to the -- to Agent Novitzky and

23   Matt Parrella at that time, Your Honor, otherwise it's, you

24   know, it's in the same category of the defense has asserted

25   that Mr. McNamee just made up this information about Mr.

1  Clemens.  And so it has to have a context of, well, what --

2  what basis he had for what he told Agent Novitzky at that

3  time.

4          MR. HARDIN:  That's what I was afraid of.  And

5  see, with Mr. Pettitte, the jury already knows that the

6  information about Mr. Pettitte, as soon as his name is

7  mentioned, they're going to know that at least that part was

8  true, that Mr. McNamee has suggested that he injected Mr.

9  Pettitte.

10          If he's allowed to use the word "injection" and

11 say that instead of just providing information about the use

12 of these other players, and he can name them, it goes a step

13 further and says that he provided information about the

14 injection, then they're going to -- the very thing is coming

15 in through the side door that the Court kept out, and that

16 is, is that he must have told all of these people, people he

17 injected, and, therefore, it must be true that they did.

18          And so the only request that the defense has is,

19 is that he be allowed to tell, over objection, the Court's

20 already ruled on it, that he would be allowed to say that he

21 injected the other people, he told them about other people

22 and their use of steroids.  And those other people were

23 Mr. Knoblauch, Mr. Pettitte and who else --

24          THE COURT:  I think whether he says "objection" or

25 not, I think the jury should understand that he would have

1   firsthand knowledge.  So I don't think he can testify in

2   such a manner that would suggest that somehow he just heard

3   about this and provided it.  I don't know it's necessary for

4   him to say he injected them.  I think what he could say is

5   that, which would be somewhat analogous, that he, in fact,

6   provided HGH or whatever it was to these players, and that

7   he told the authorities about it without saying

8   "injections."

9            MR. BUTLER:  Your Honor, the -- so I can have him

10   testify that he provided growth hormone to Mr. Pettitte, to

11   Mr. Knoblauch, and that he --

12            THE COURT:  Right, without saying that he -- that

13   he provided it had to them, yes.

14            MR. BUTLER:  And that he referred a -- facilitated

15   another player connecting with Kirk Radomski for the same

16   purpose, to obtain growth hormone, is that -- might stand as

17   the name of the player?

18            THE COURT:  Does he know that he actually had

19   acquired, does he have firsthand knowledge that he -- how

20   does he know?

21            MR. BUTLER:  Because he -- he thereafter was in

22   the presence of Mr. Stanton when he injected himself when

23   Mr. Stanton injected with the growth hormone.

24            THE COURT:  Well, I think that's fine.  If he can

25   say that he made arrangements with Radomski to get Stanton

1    whatever it was, and that he saw him, you know, use the

2    substance.

3            MR. BUTLER:  The other issue, Your Honor, is that

4    the -- in terms of can I ask Mr. McNamee a question to the

5    effect of before your direct examination started, you were

6    directed by the Government not to mention a name of a player

7    absent Mr. Clemens in this case unless you were thereafter

8    told you could?

9            MR. HARDIN:  I think it's clearly hearsay what

10   y'all told him and what you told him is irrelevant, and it's

11   hearsay.

12           MR. BUTLER:  I don't want the jury to be misled

13   and think that pursuant to Mr. Hardin's theory of evolving

14   story that Mr. McNamee is sort of making this up now at this

15   point.

16           THE COURT:  Yeah, I think that is a problem

17   because it has been suggested that he's embellished his

18   testimony over time.  And I think if this just comes up for

19   the first time and there's no understanding that he was

20   prohibited by me from indicating anything about this, I

21   think that just plays right into the defense theory of

22   embellishment.  So I've got to tell them something.  And I

23   don't know if he should say that.  I think maybe I should

24   just tell them that what you're going hear now is

25   information I did not permit the Government to introduce

1    until now, and then tell them that the limited purpose for

2    which it's being admitted.

3              MR. BUTLER:  Does the Court want me to give an

4    indication as to the appropriate time do that, Your Honor?

5              THE COURT:  Yes.

6              MR. BUTLER:  Okay.

7              [Open court.]

8              THE COURT:  Approach for a minute.

9              [Bench conference.]

10             THE COURT:  Query:  It has been raised that there

11   was another meeting that was in the can that Mr. McNamee has

12   said he, I guess, used on some occasion, so I -- I don't

13   know if that makes it different as far as the Government

14   being able to say that he injected somebody.  Does he know

15   which player it was who he allegedly injected?

16             MR. BUTLER:  Your Honor, in the deposition at

17   the -- before Congress February 7th of 2008, he, not seeing

18   what was in the can, said that I believe there's a insulin

19   needle in the can, and that's likely from Knoblauch.

20             MR. ATTANASIO:  In his last interview with the

21   Government in the last 302, he says it could be one of as

22   many as four players, none of whom are Clemens, obviously,

23   but the last best information on this to the Government,

24   this Government here is it could be any one of four players.

25   He really doesn't know whose it is, as he said.

1           MR. BUTLER:  Well, his testimony, has best

2     estimation of what it is, Your Honor, under oath is

3     Mr. Knoblauch.

4           THE COURT:  Again, I don't think there's a need to

5     bring out the fact that he injected them.  I think what you

6     can do, however, is to bring out the fact that his belief is

7     that the needle that he was cross-examined about would have

8     been a needle in reference to him having provided HGH to one

9     of the players without using the word "injection."

10          MR. BUTLER:  Your Honor, so I can, again, if I

11    just stay with the word "provided," that there's -- that

12    that needle was for HGH they provided to another player?

13    And can I elicit from him the -- which player he believes

14    that is?

15          THE COURT:  Yes.

16          Okay.  You need time to talk to him?

17          MR. BUTLER:  Oh, yes, Your Honor, I just need --

18    just a couple minutes to talk him about --

19          THE COURT:  Very well.

20          [Open court.]

21          [Thereupon, recess taken at 9:32 a.m.,

22       resuming at 9:36 a.m.]

23          THE COURT:  Yeah, we're ready.

24          I will permit some level of leading, so if you

25    need to in order to avoid any problems regarding my ruling,

1   you can do that.

2           MR. BUTLER:  Yes, Your Honor.

3           [Thereupon, Jury enters courtroom at

4       9:38 a.m.]

5           THE COURT:  You may be seated.  Good morning.

6           JURORS IN UNISON:  Good morning.

7           THE COURT:  Sorry for the delay, but there were

8   some legal matters I had to address before we proceed.

9           Government.

10          MR. BUTLER:  Thank you, Your Honor.

11                      **REDIRECT EXAMINATION**

12  BY MR. BUTLER:

13  Q    Mr. McNamee, good morning.

14  A    Good morning.

15  Q    How are you doing this morning?

16  A    Pretty good, thank you.

17  Q    When we ended on Friday for the day I asked you about

18  some sports memorabilia that you had donated for an auction

19  for charity?

20  A    Yes, sir.

21  Q    And you recall those questions?

22  A    Yes, sir.

23  Q    Let me ask you in terms of those items, were some of

24  those items of potential value?

25  A    I believe so.

1    Q    And some of those were things that you obtained or Mr.

2    Clemens had signed -- obtained from Mr. Clemens or Mr.

3    Clemens had signed?

4    A    Yes, sir.

5    Q    Okay.  And why did you get rid of those items at that

6    time or just donate them like that?

7    A    My children didn't want them anymore.

8    Q    And why was that?

9    A    Through what was going on with the release Mitchell

10   Report and all the media attention and what happened

11   post-Mitchell.

12   Q    Well, explain that a little bit, please?

13   A    After the release of the Mitchell Report my sons

14   haven't played baseball since, and they just are turned off

15   by the whole thing.  And they just -- when I had returned

16   home at one time, all the memorabilia thrown, torn or ripped

17   and thrown on my bed.  So I was going to throw it out.

18   Q    And did you think about selling those items yourself?

19   A    No, I didn't think of that.

20   Q    Why not?

21   A    I -- I was just going to throw them out.

22   Q    I asked you a question, too, on Friday about your

23   medical condition.  I don't mean to pry, but what -- and

24   you've asked for a couple breaks during your testimony.  Can

25   you tell the jury just briefly about that condition?

1    A    Yes, I apologize for the more frequent breaks, but I

2    have mainly type one diabetes, and I'm on an insulin pump,

3    so it takes more monitoring especially where there's more

4    different types of surroundings or circumstances like

5    stress, anxiety, you know, you have you to monitor more

6    closely, and that's what I was doing.  So I apologize.

7    Q    Let me ask you, on cross-examination Mr. Hardin asked

8    you certain questions suggesting that you had not said

9    certain things before your testimony here today; is that

10   accurate?  Do you recall what I'm talking about?

11   A    Yes, sir.

12   Q    And let me ask you, was there a -- do you remember Mr.

13   Hardin asking you about a -- he asked you a question to the

14   effect of after 2001, did you have any further conversations

15   with Mr. Clemens about steroids.  Do you recall that

16   question?

17   A    Yes, sir.

18   Q    And then you responded to him by talking to him about a

19   2003 conversation with Mr. Clemens?

20   A    2003, '04, yes.

21   Q    Okay.  And you recall that testimony?

22   A    Yes, sir.

23   Q    And you explained that conversation at that time with

24   Mr. Clemens in your testimony?

25   A    Yes, sir.

1   Q    And tell the jury about what that was, that

2   conversation?

3   A    He asked me if I still knew this guy or referred to him

4   as "Cat," and the guy that I took it to be Kirk to get stuff

5   still, And I said yes, I did.

6   Q    And do you recall Mr. Hardin asking you at the time in

7   your testimony, and this was last Wednesday in the morning,

8   if that was true statement or did you make that up.  Do you

9   recall him asking you that?

10  A    Yes, I do.

11  Q    And he asked you as well if, and I'm quoting, "If Roger

12  had this kind of conversation, can you explain why you never

13  told anybody about it until recently?"  Do you recall that

14  question to you?

15  A    Yes, sir.

16  Q    And do you recall at that time you testified you could

17  not explain it; is that accurate?

18  A    It sounds accurate, yes.

19  Q    Let me show you --

20           MR. BUTLER:  If I might approach, Your Honor?

21           THE COURT:  Yes.

22  BY MR. BUTLER:

23  Q    Show you what's been marked for identification purposes

24  as Government's Exhibit 82Q.  Do you recognize that?

25  A    Yes, sir.

1    Q     What is that?

2    A     It's my deposition.

3    Q     Before whom?

4    A     That's the Oversight and Government Reform Commission

5    where they talked to me prior to the Congressional hearing,

6    the interview they gave or that I gave.

7    Q     And what was the date of that?

8    A     The date on it was February 7th, 2008.

9    Q     Is that your name on the front page of the deposition?

10   A     Yes, except for the middle name.

11   Q     They got that wrong?

12   A     Yes, sir.

13   Q     Will you turn to page 224 of that deposition, lines

14   eight and nine?

15   A     Yes, sir.  Two twenty-four?

16   Q     Two twenty-four, lines eight and nine.

17         Are you there?

18   A     Yes, sir.

19   Q     And did an individual, Mr. Castor, ask you about -- and

20   there was one more conversation, I guess you intimated

21   about.  Do you recall that?

22   A     Yes, sir.

23         MR. HARDIN:  Excuse me.  The next -- the next line

24   there, I object to --

25         THE COURT:  Whoa, whoa, whoa.  If we're going have

1  to discuss something we need to --

2          MR. BUTLER:  Well, Your Honor, if I might, I'm not

3  going to that next line, Your Honor, so we can --

4          MR. HARDIN:  We can wait and see.

5  BY MR. BUTLER:

6  Q    And so Mr. Castor asked you --

7          MR. BUTLER:  If I might just consult with defense

8  counsel, Your Honor, just --

9          [Counsel conferred off the record.]

10 BY MR. BUTLER:

11 Q    And then Mr. Castor the asked you -- you just said a

12 minute ago, no, there's one more.  Do you see that, line 12

13 through 13?

14 A    Yes, sir.

15 Q    Okay.  And then you responded to him, "It was in '03,

16 the winter of '03, when I used his house to train young

17 guys."  Is that accurate?

18 A    Yes, sir.

19 Q    Then, "Question:  Whose house?"

20        And you said, "Clemens' house, I used his

21        house.  He started, he would work with us,

22        the younger guys, and we'd use his house, and

23        then he asked me from, I was going back to

24        the gym, he was walking through the house,

25        some of the guys were still in the gym."  Is

1        that accurate?

2    A   Yes, sir.

3    Q   And you said, the question was:  "Who is he?

4        "Answer:  Roger.

5        "Question:  Okay.

6        "Answer:  You got to go right in the gym, you

7        go a little bit left and then straight to go

8        into the house, and he just said, he was

9        already telling stories about bodybuilding,

10       he was going to be a bodybuilder, and then he

11       made a reference and then we're going to

12       change up the workout body build and put up

13       on some more weight.  Can you still get some

14       stuff from that Cat?"  Is that accurate?

15   A   Yes.

16   Q   And the question was:  "That's what Roger

17       said to you?"

18       And you answered:  "Yeah."  Is that accurate?

19   A   Yes, sir.

20   Q   So on February 7th, 2008, had you told the

21   Congressional investigators that account?

22   A   Yes, sir.

23   Q   Let me ask you, Mr. McNamee, the -- about some other

24   ball players.

25            MR. BUTLER:  And this might be an appropriate time

1   for an instruction from the Court to the jury if the Court

2   would like.

3            THE COURT:  Very well.

4            Ladies and gentlemen, the witness is going to

5   testify about some other ball players he had not previously

6   been permitted to testify about, that based upon a decision

7   I had made, but at this point I will now permit him to

8   testify about that.

9   BY MR. BUTLER:

10  Q    And Mr. McNamee, just if we can keep the answers,

11  unless I ask for more expansive, just basically "yes" or

12  "no" for a moment.

13  A    Sure.

14           MR. HARDIN:  May I inquire, will the limiting

15  instruction be after the testimony?

16           THE COURT:  Yes.

17           MR. HARDIN:  Thank you.

18  BY MR. BUTLER:

19  Q    Mr. McNamee, in 2001, did you provide another player

20  with human growth hormone?

21  A    Yes, sir.

22  Q    Okay.  And who was that player?

23  A    That was Chuck Knoblauch.

24  Q    And who was Chuck Knoblauch?

25  A    He was an infielder for the New York Yankees.

1   Q      In 2001?

2   A      Yes, sir.

3   Q      And do you know if -- just "yes" or "no," do you know

4   if he used it?

5   A      Yes, I do.

6   Q      Let me ask you, in 2001, did you put a different player

7   in touch with Mr. Radomski to obtain human growth hormone?

8   A      Yes, I did.

9   Q      And what was the name of that player?

10  A      Mike Stanton.

11  Q      And who was Mr. Stanton?

12  A      He was a left-handed relief pitcher for the New York

13  Yankees.

14  Q      In 2001?

15  A      Yes, sir.

16  Q      Do you know from firsthand knowledge, just "yes" or

17  "no," whether Mr. Stanton thereafter used the human growth

18  hormone?

19  A      Yes, sir.

20  Q      Let me ask you the -- Mr. Hardin asked you some

21  questions on cross-examination on Friday about whether you

22  had informed or whether you ever put into the FedEx box that

23  you had at your house, whether you had ever put any other

24  items -- whether you had ever told anyone whether you had

25  put any items in that FedEx box other than for Mr. Clemens?

 1    Do you recall those questions?

 2    A    Yes, sir.

 3    Q    All right.  And did you discuss that issue in your

 4    Congressional deposition when you testified before Congress

 5    February 7th, 2008?

 6    A    Yes, sir.

 7    Q    All right.

 8            THE COURT:  Have you finished talking about the

 9    other players?

10            MR. BUTLER:  No, Your Honor, I have --

11            THE COURT:  Go ahead.

12    BY MR. BUTLER:

13    Q    Can you take a look at page 39 of your deposition that

14    you have in front of you?

15            MR. HARDIN:  Your Honor, may we approach, please?

16            [Bench conference.]

17            MR. HARDIN:  Your Honor, because I'm not

18    comfortable, the Court would allow me to recross.  My

19    objection right now is, is that it's a misstatement as to

20    what he made on the record.  I didn't object when he asked

21    the question, but if I can be allowed to come back to it on

22    recross, then that's okay, but I didn't say what he was

23    saying.  I didn't suggest that he was recently making up

24    that he put other people's stuff in there.  What I said was

25    what he was making up was is that he went home and

1   specifically that night put other people's stuff in the beer

2   can.  He has never said that, and this exchange is not going

3   to show that.

4            MR. BUTLER:  Your Honor, the question asked of Mr.

5   McNamee had several components to it, one of which was

6   whether he had saved items from any one of the players.  One

7   was whether he ever put it in the FedEx box.  And the third

8   component was whether he put it in the FedEx box that night.

9            Now, mr. Hardin asked questions with all of those

10  three components in it.  I believe Mr. Hardin is just

11  referring to the last component, not the first two.  I

12  have -- because he did ask it that way, I have -- I should

13  have a right, Your Honor, to address the first two

14  components of that question.

15           THE COURT:  Well, I mean, I generally don't permit

16  recross unless new information has been brought out.

17  However, if there's been a distortion from the defense

18  perspective that occurred on redirect, I will permit limited

19  redirect -- I mean, recross in order to clear that up.

20           MR. HARDIN:  Thank, Your Honor.

21           [Open court.]

22           MR. BUTLER:  If I might have a moment, Your Honor.

23           [Brief pause.]

24           MR. BUTLER:  Your Honor, I'll withdraw the last

25  question and ask a different question.

1          THE COURT:  Very well.

2    BY MR. BUTLER:

3    Q    Let me ask you, Mr. McNamee, in terms of the items in

4    the FedEx box, was there only items in that FedEx box from

5    Mr. Clemens or were there items, any other items you put in

6    that FedEx box?

7    A    There were other items.

8    Q    And let me ask you the -- Mr. Hardin showed you a

9    picture, 52K-3, if we can pull that up.  But before we do

10   that, when you provided information to law enforcement in

11   this matter, had you seen the items that were in the can

12   other than the time that you put them in the can?

13   A    No, sir.

14   Q    Okay.  So at the time you were requested by law

15   enforcement, did you know exactly from looking at it what

16   was in the can at that time?

17   A    No, sir.

18   Q    All right.  If you can look at 52K-3, which Mr. Hardin

19   did ask you about on -- and it has been admitted so we can

20   show it to the jury.  Do you see that?

21   A    Yes, sir.

22   Q    All right.  And do you see a needle in the picture with

23   a orange cap on it?

24   A    Yes, sir.

25   Q    And what type of needle is that?

1   A    That's used primarily for growth hormone injections.

2   Q    And I believe Mr. Hardin represented to you that was

3   found inside the can?

4   A    Yes, sir.

5   Q    And what was your understanding of --

6   A    My understanding of that needle?

7   Q    That -- whose needle would that have been just -- just

8   keep it at that for a moment?

9   A    Whose -- it was another player's, possibly another

10  player's needle.

11  Q    Okay.  And do you know who is that player?

12  A    I believe it was Chuck Knoblauch's, growth hormone.

13  Q    And why did you put it in the can?

14  A    Just to safeguard it.

15  Q    Okay.  Had you told law enforcement about that when you

16  met with them?

17  A    Yes, sir.

18  Q    Let me ask you in 2002, did you provide a third player

19  other than Mr. Knoblauch and Mr. Stanton, did you provide

20  another play with human growth hormone?

21  A    Yes, sir.

22  Q    And who was that?

23  A    Andy Pettitte.

24  Q    Where was that?

25  A    Tampa, Florida.

1              MR. BUTLER:  Your Honor, might be a time for the

2    instruction.

3              THE COURT:  Very well.

4              Ladies and gentlemen, I have permitted the

5    Government to introduce this testimony regarding the witness

6    having allegedly been involved in providing

7    performance-enhancing substances to other ball players.  You

8    can only use that evidence for a limited purpose, and that

9    is in your assessment of his credibility as a witness.

10   That's the only purpose for which you can consider that

11   testimony.

12   BY MR. BUTLER:

13   Q   Mr. McNamee, when you -- let's move forward for a

14   moment to early June of 2007, when you first met with Agent

15   Novitzky and Assistant United States Attorney Matthew

16   Parrella.

17             MR. HARDIN:  I apologize, Your Honor.  May we

18   approach?

19             [Bench conference.]

20             MR. HARDIN:  I'm e-mail sorry, Judge, I thought

21   the limited instruction was going to be that they could only

22   consider it for the scope of the investigation and the

23   breadth of the information he provided.  To say that they

24   can only consider it in assessing his credibility basically

25   does what I thought the Court and we were concerned about,

1    that because he said something about these other players,

2    that means he's telling the truth about Roger.  I thought it

3    was -- I think the *Lindaman* [phonetic] case talked about the

4    scope of the investigation, I thought that's what we were

5    going to do.

6              THE COURT:  I'd have to go back and look at the

7    opinion, but I didn't think it said that.  I thought it said

8    that --

9              MR. HARDIN:  I could be wrong.  At least that was

10   my understanding.

11             THE COURT:  I think that instruction did go in to

12   say that you cannot consider it in deciding whether the

13   defendant is guilty or not guilty.  I don't think that's

14   correct.

15             MR. HARDIN:  If the Court would go ahead with

16   that --

17             THE COURT:  Well, I don't know if that's correct

18   because in their assessment of credibility, that is one

19   factor that they have to assess, and he's their principal

20   witness, so if they believe him, then that would be a

21   predicate for them to find Mr. Clemens guilty.

22             MR. HARDIN:  See, but if they believe him, then

23   they would be saying if they believe him about other

24   players, then he must be telling the truth about Roger

25   Clemens, and that was the whole reason that guilt by

 1    association situation is the whole reason we were opposed to

 2    it.

 3            The scope of his cooperation is what I thought we

 4    were going to do.

 5            THE COURT:  That's true.  That's what they said

 6    there.  But it really does go to his credibility because if

 7    he's got biases and he's fabricating allegations, which is

 8    the suggestion that was made, seems to me -- if you want me

 9    to add this that they can also consider it in assessing the

10    scope of the investigation, I can do that, but I do think it

11    goes to credibility.  I mean, I understand what you're

12    saying about the concern that you have, but --

13            MR. HARDIN:  My concern is, is that the Court is

14    telling them that if he is -- they can properly consider

15    that if he is telling the truth about these other players,

16    therefore, that's probative of whether he's telling the

17    truth about Roger Clemens.  And that's what we've been

18    fighting all along.  And I thought that what he was going to

19    be was is, is that you can properly consider the evidence

20    and considering the scope of the Government's investigation

21    and the scope of the information he provided.  I didn't

22    think we were going to go to credibility.

23            THE COURT:  What's the Government's --

24            MR. BUTLER:  Yes, Your Honor, we set forth in our

25    pleading.  It goes to just what the Court said a moment ago,

1   which is it goes to his credibility.  The defense has opened

2   the door on this in terms of the questions that they ask go

3   straight to his credibility, bias and those types of issues.

4            THE COURT:  I would note that that was the

5   instruction that was given.  But then the circuit, the

6   Seventh Circuit then says finally the District Court

7   immediately warned the jury that it was not to infer

8   Lindaman's guilt from the fact that other indicted

9   individuals had pled guilty.  It said, thus, the evidence

10  was used only to assess Burn's credibility, not as evidence

11  of Lindaman's guilt.  So the circuit was saying that it is a

12  factor that they can consider in assessing credibility.

13           Now, if you want me to say something else, I'll do

14  that.  But I think they can consider the evidence, as the

15  Seventh Circuit said, in assessing his credibility.

16           MR. HARDIN:  If the Court's instruction went

17  further and say that, however, if you -- the Court is saying

18  you may use it to assess his credibility, you cannot use it

19  to help determine Mr. Clemens's --

20           THE COURT:  You cannot infer his guilt merely

21  because he's testified he provided substances to other ball

22  players.

23           MR. HARDIN:  Yes, sir.

24           THE COURT:  Any objection?

25           MR. BUTLER:  No objection, Your Honor.

1            THE COURT:  Okay.

2            [Open court.]

3            THE COURT:  Ladies and gentlemen, let me add to

4   what I indicated previously about the limited purpose for

5   which you can consider this testimony about the other ball

6   players.  As I said you can consider that evidence in your

7   assessment of his credibility, Mr. McNamee's credibility as

8   a witness.

9            However, you cannot infer Mr. Clemens's guilt

10  merely because he has said that other ball players used

11  these substances and he was involved in providing that to

12  them.

13           Okay.

14           MR. BUTLER:  Thank, Your Honor.

15  BY MR. BUTLER:

16  Q    Mr. McNamee, when you met with law enforcement

17  officials in June of 2007, June 6th, June 8th, did you tell

18  the law enforcement officials with whom you met about what

19  you knew about Mr. Knoblauch?

20  A    Wait, I'm sorry.

21  Q    When you met with Agent Novitzky and Matt Parrella, did

22  you tell them what you -- let me rephrase it.

23           When you met with Agent Novitzky and Matt Parrella in

24  June, the first meeting, the first two meetings you had, did

25  you tell them at that time about Mr. Knoblauch?

1    A    Yes, sir.

2    Q    Did you tell them about Mr. Pettitte?

3    A    Yes, sir.

4    Q    Did you tell them about Mr. Stanton?

5    A    Yes, sir.

6    Q    Did you tell them about other players for whom you had

7    information?

8    A    Yes, sir.

9    Q    And did you talk to them about Mr. Clemens as well?

10   A    Yes, sir.

11   Q    Let me ask you, Mr. McNamee, Mr. Hardin, through a

12   number of questions, asked you if your story changed over

13   time.  Do you recall those types of questions?

14   A    Yes, sir.

15   Q    And let me ask you the -- as you're -- let me ask

16   you -- let me go back a moment, in 2002, did you provide Mr.

17   Pettitte with human growth hormone?

18   A    Yes, sir.

19   Q    You already testified about that; right?

20   A    Yes, sir.

21   Q    Okay.  Let me move forward, in terms of Mr. Hardin's

22   questions about your story changing in some way, shape or

23   form, how long was your relationship from the time you first

24   knew until the time of the Congressional hearing, how long

25   was your relationship with Mr. Clemens?  Was that '98 to --

1   A     Nine years, about nine years.  Nine, ten years.

2   Q     And have you always maintained that you gave Mr.

3   Clemens steroids and growth hormone for a limited period of

4   time?

5   A     Yes, I have.

6   Q     Three years, approximately?

7   A     Yes, sir.

8   Q     Have you ever said that you injected Mr. Clemens

9   anywhere other than the places that you told this jury?

10  A     Possibly, but just the ones I remember.

11  Q     The ones you told this jury about?

12  A     Yes.

13  Q     Have you ever maintained that you injected Mr. Clemens

14  with anything other than steroids and growth hormone?

15  A     No, sir.

16  Q     Have you ever contended that you provided Mr. Clemens

17  steroids in some other form, oral form, that type of thing?

18  A     No, sir.

19  Q     Let me ask you the -- I asked you somewhat about this,

20  but have you always maintained that you provided growth

21  hormone to Mr. Pettitte in 2002?

22  A     Yes, sir.

23  Q     That you provided growth hormone to Mr. Knoblauch in

24  2001?

25  A     Yes, sir.

1  Q    And that you referred Mr. Stanton to Mr. Radomski to

2  obtain growth hormone?

3  A    That's correct.

4  Q    Let me ask you the -- Mr. Hardin asked you some

5  questions about back in '98, when you -- before the first

6  injection of Mr. Clemens, and he asked you about the

7  conversation that you overheard between Mr. Canseco and Mr.

8  Clemens.  Have you ever maintained, contended that you

9  overheard the entire conversation?

10 A    No, I haven't.

11 Q    That you heard everything that was said?

12 A    No, I haven't.

13 Q    Or claimed that you had heard the entire conversation?

14 A    No, I haven't.

15 Q    Let me ask you in '98, in terms of the party at José

16 Canseco's house, Mr. Hardin asked you a series of questions

17 about whether Mr. Clemens had golfed or whether you knew Mr.

18 Clemens had golfed that day.  Do you recall those questions?

19 A    Yes, I do.

20 Q    And asked you some questions about whether you had ever

21 been asked about that part in the deposition on

22 February 7th, 2008?

23 A    Yes, sir.

24 Q    Do you recall whether you were ever asked prior to

25 December -- I'm sorry, February 7th, 2008 at the deposition,

1    whether you were ever asked about whether -- what Mr.

2    Clemens did before he got to that party?

3    A    Yes, sir.

4    Q    Do you recall whether you were asked?

5    A    I was asked what about the --

6    Q    When were you first asked about it?  Where Mr. Clemens

7    had been prior in that day?

8    A    I believe it was at the deposition.

9    Q    And had you been asked prior to that day?

10   A    I don't think so.

11   Q    Did you consider that an important fact or --

12   A    No, sir.

13   Q    Mr. Hardin asked you, going back even further to, about

14   a matter when you were with the New York Police Department.

15   Do recall that?

16   A    Yes, sir.

17   Q    And just refresh the jury as to whether you were with

18   the New York Police Department?

19   A    April 26th, 1990 to the middle of May 1993.

20   Q    Okay.  Mr. Hardin asked you about a false statement you

21   made to a supervisor at a scene.  Do you recall that

22   question?

23   A    Yes, sir.

24   Q    Was that a crime scene?

25   A    No, sir.

1   Q     How old were you at that time?

2   A     I'm sorry?

3   Q     How old were you at that time?  When did this occur,

4   what year did this occur?

5   A     Ninety-two-ish, give or take.  I was twenty-four.

6   Q     And after that matter, did you continue to work at the

7   New York Police Department?

8   A     Yes, sir.

9   Q     For how long, approximately?

10  A     For another year and a half, possibly.

11  Q     And why did you leave at that time?

12  A     I took a position with the New York Yankees.

13  Q     And did you leave voluntarily, were you asked to leave

14  the New York Police Department?

15  A     No, I resigned with the -- voluntarily with the

16  permission with the Police Commissioner, I took an exit

17  interview.

18  Q     Mr. Hardin asked you a number of questions about the

19  needles that you say or you used in injecting Mr. Clemens,

20  and asked you whether you ever saved those needles?

21  A     Yes, sir.

22  Q     And your answer was what?

23  A     Yes, sir.

24  Q     Your answer was -- did you ever save needles from

25  injections of Mr. -- I'm sorry, I misspoke, my fault.

1        Did you re-use needles that you used to inject Mr.

2   Clemens?

3   A    No.

4   Q    And why not?

5   A    I never had to.

6   Q    I'm sorry?

7   A    I never had to.

8   Q    Are there other parts of the apparatus that can be

9   re-used?

10  A    Yes, sir.

11  Q    What part?

12  A    The body and the plunger part.

13  Q    Okay.

14       MR. BUTLER:   If I can have pulled up Government's

15  Exhibit 52K-3, which has been admitted.

16  BY MR. BUTLER:

17  Q    And would you use that to describe what you're talking

18  about when you're talking about the plunger, the body?

19  A    Okay.  That would be the body in this part right here

20  that is circled, that actually comes all the way out if

21  you -- if you had to clean it.  That's the plunger, this is

22  the body.  The body is where the fluid goes into, and the

23  plunger draws, allows you to draw the fluid in and also

24  inject into the -- the body of the area that you're

25  shooting.  So those are two different things.

1  Q    Okay.  And the item to the left of that is what?  With

2  the blue --

3  A    That would be a pen or a needle or a syringe top or a

4  pinhead that goes on top right here.

5  Q    Okay.  Those item are disconnected at this point.  Is

6  that the condition in which you would -- you turned it over

7  to Agent Novitzky?

8  A    If that's -- yeah, yes, sir.

9  Q    Would did you detach the needle from the body?

10 A    Yes, at the top of the body, it's like almost like a

11 screw cap, it screws on, screws off.  Sometimes you have to

12 break it sometimes, it depends on how tight it is.

13 Q    Okay.  When you would pick up items from Kirk Radomski,

14 steroids, needles, did you take them directly to Mr.

15 Clemens, the ones you obtained for Mr. Clemens, or would you

16 sometimes take them thereafter?

17 A    It was not right I picked them up, it was -- it all

18 depends on, you know, obviously you always meet Kirk

19 Radomski on the way home.  I would never meet him going to

20 the stadium, so I always went home.

21 Q    What would you do with those items when you would go

22 home first before you'd go see Mr. Clemens?

23 A    I'd probably put them in my office or with my -- my

24 work bag.

25 Q    And did you have an office in your home?

1    A    Yes, sir.

2    Q    And let me ask you about the -- Mr. Hardin asked you

3    some questions about whether the Government ever told you

4    the testing results or whether any testing was actually done

5    on the items that you turned over to Agent Novitzky on

6    January 10th of 2008.  Did the Government ever tell you that

7    any testing was done?

8    A    No, sir.

9    Q    Did the Government ever tell you results of any

10   testing, if it was done?

11   A    No, sir.

12   Q    Did the Government ask you questions at times about

13   things like did you ever bleed in terms of whether your

14   blood might be found on something?

15   A    No, sir.

16   Q    Or your white blood cells?

17   A    Never said like that.

18   Q    No?  And did you talk to the Government about that?

19   A    Yes, sir.

20   Q    And did that -- did the Government ever said your blood

21   had been found on anything?

22   A    No, they didn't say that.

23   Q    To this day has the Government ever told you that they,

24   A, did testing, or B, if so, what those results might be?

25   A    No.

1    Q    Mr. Hardin asked you a series of questions about a

2    story that appeared in the "LA Times" on October 1st, 2006.

3    Do you recall those questions?

4    A    Yes, sir.

5    Q    And that related to the search of a home of a player?

6    A    Yes, sir.

7    Q    Which player?

8    A    J.C. Rimsley.

9    Q    And I'd like to ask you some questions about that.  Did

10   that article, when it came out, raise concerns with you as

11   to your relationship with Mr. Clemens?

12   A    Yes.

13   Q    And what were those concerns?

14   A    I had concerns because of what it said about my clients

15   and about myself.  And it -- the concerns were primarily

16   about my job and about being able to maintain working with

17   players.

18   Q    While the -- were you a source for that article in any

19   way, shape or form?

20   A    No, sir.

21   Q    Were you a source to law enforcement at that time?

22   A    No, sir.

23   Q    Were you are concerned that you -- Mr. Clemens might

24   think you were --

25            MR. HARDIN:  Excuse me, Your Honor, I object to

1    the continued leading.

2              THE COURT:  Don't lead.

3    BY MR. BUTLER:

4    Q    What was your concern in your relationship with Mr.

5    Clemens at that time?

6    A    It was the same, I wanted to make sure that he could

7    trust me, and I wouldn't be a source to law enforcement with

8    information that I had over the years.  And also not to get

9    distance from other players.

10   Q    Mr. Hardin showed you some e-mails, an e-mail between

11   you and Mr. Clemens, 82I-1, do you recall that e-mail?  I

12   can put it up if you want to see it.

13   A    I recall.

14   Q    Okay.  And what was the purpose of that, your e-mails

15   with Mr. Clemens at that time?

16   A    Pretty much to assure him that I wouldn't rat or flip

17   on any of my clients.  And basically telling him that I

18   wouldn't be -- I wouldn't do that.

19   Q    Mr. Hardin showed you an e-mail exchange with Jimmy

20   Murray, Defense Exhibit 122, do you recall that --

21   A    Yes, sir.

22   Q    -- series of e-mails?

23   A    Yes, sir.

24   Q    And again, who is Mr. Murray?

25   A    Mr. Murray works for the Hendricks brothers, that are

1    agents for Roger.

2    Q    Okay.  And what was the purpose of those e-mails

3    between you and Mr. Murray from your -- from the ones you

4    sent?

5    A    Just so he can possibly get back to the Hendricks with

6    the same feelings I had for Roger and my other players.

7    Self-preservation, just trying to maintain a trust.

8    Q    Let me ask you, on cross-examination Mr. Hardin asked

9    you about some e-mails in which you had asked favors from

10   Mr. Clemens --

11   A    Yes.

12   Q    -- in 2007?  Do you recall those e-mails?

13   A    Yes, sir.

14   Q    Defense Exhibits 141, 143.  Let me ask you, after you

15   talked with Agent Novitzky and Matt Parrella did you tell

16   Mr. Clemens you had talked to those individuals?

17   A    No, sir.

18   Q    Why not?

19   A    At that point I had no -- I didn't think I had a need

20   to.

21   Q    Well, explain that, please?

22   A    I was led to believe that the names that they were

23   investigating as far as players weren't going to be in the

24   report, the Mitchell Report or any report at that time.

25   Q    And what was your expectation would happen with that

1   information?

2   A     My expectation was they were going to just formalize,

3   as it was said in the beginning, that Mitchell was just

4   doing a fact-finding mission on how the problem of steroids

5   in baseball had started.

6         So I believe it was said also that they weren't going

7   to name names in the beginning to get cooperation from the

8   players.  They were having a tough time with that.  So my

9   opinion was they really weren't going to name names.  It was

10  just going to be a fact-finding mission.  And then they were

11  going to try to come up with a solution.

12  Q     And did that expectation change at some point?

13  A     Yes, it did.

14  Q     When was that?

15  A     Soon before the release of the Mitchell Report,

16  sometime in December of '07.

17  Q     And did you ask any favors or anything from Mr. Clemens

18  thereafter once that changed -- your expectation changed?

19  A     A little while after, not knowing the status of our

20  relationship, I had asked him to reach out to my son.

21  Q     And that's the telephone conversation you referred to?

22  A     Yes, sir.

23  Q     Anything other than that?

24  A     No, sir.

25  Q     Mr. Hardin asked you a number of questions in the

 1   cross-examination suggesting or inferring that you had

 2   talked to Mitchell seeking some sort of notoriety or fame.

 3   Did you, in fact --

 4          MR. HARDIN:  Objection, Your Honor.  That's an

 5   inaccurate statement on the record, and I object.  I didn't

 6   ask him that question.

 7          THE COURT:  Okay, well approach.

 8          MR. BUTLER:  Well, Your Honor, I'll withdraw the

 9   question.  I'll ask it a different way.

10   BY MR. BUTLER:

11   Q    Let me ask you the -- when you talked to law

12   enforcement and then Mitchell, were you seeking -- well,

13   what was your relationship with Mr. Clemens at that time?

14   A    Prior to the release, it was --

15   Q    Before even talking to Novitzky and Parrella the first

16   time, what was your relationship with Mr. Clemens at that

17   time?

18   A    It was fine.

19   Q    And you testified about where you were when Agent

20   Novitzky first reached out to you?

21   A    Yes, sir.

22   Q    Where were you at that time?

23   A    I was in Kentucky.

24   Q    Doing what?

25   A    Training Roger.

1    Q     For what purpose?

2    A     To go back to play baseball.

3    Q     For whom?

4    A     The New York Yankees.

5    Q     And did you respect Mr. Clemens at that time?

6    A     Yes, sir.

7    Q     Were you loyal to him?

8    A     Yes, sir.

9    Q     Did you enjoy your job?

10   A     Yes, sir.

11   Q     Do you think you were good at your job?

12   A     Yes, sir.

13   Q     Were you trained -- did that changed after the Mitchell

14   Report came out?

15   A     Yes, sir.

16   Q     Did it change -- did you -- how did things change after

17   the Mitchell Report came out?

18   A     I lost my job, lost my clients except for two college

19   kids that weren't paying me anyway, but they kept me busy.

20   Q     And how did you feel about the exposure that the

21   Mitchell Report brought upon you?

22   A     I don't know if it could have been any worse.

23   Q     In terms of what?

24   A     Just the exposure on me and my family.  And then

25   everything else.

1    Q    How did it affect your family?

2    A    Well, I don't know.  My kids don't play ball anymore.

3    And they don't want to, you know, I see them twice a week,

4    but it's going to be a rocky road for me to get back in with

5    them.  I was pretty tight with them.  And my marriage is

6    over.

7    Q    After the Mitchell Report came out, have you been able

8    to train professional athletes?

9    A    No, sir.

10   Q    Have you been training athletes?

11   A    If eight-year-olds are athletes, yeah.

12   Q    I'm sorry?

13   A    If eight-year-olds are athletes, yeah, I work with

14   eight to twelve-year-olds on occasion.

15   Q    All right.  I'm going to ask you the -- let me ask you

16   in terms of going back, how do you feel about your

17   involvement with steroids, growth hormone, back when you

18   were involved?

19   A    Well, I shouldn't have got involved.  I should have

20   just -- I should have just educated and left it at that.  I

21   shouldn't have enabled it whatsoever.

22   Q    Do you take responsibility for your actions relative to

23   those substances?

24   A    Yes, absolutely.

25   Q    Have you taken steps to help educate others as to those

1    substances?

2    A    Yes.

3    Q    And what steps are those?

4    A    Well, I'd like to do it more, but --

5            MR. HARDIN:  Judge --

6            THE COURT:  Sustained.

7            MR. HARDIN:  -- I don't see the relevance of this.

8            THE COURT:  Sustained.

9    BY MR. BUTLER:

10   Q    And let me ask you, you've been asked a series of

11   questions over the last week, and have you endeavored to

12   recall that which you know about these matters?

13   A    [No verbal response.]

14   Q    Have you tried to recall accurately what you know about

15   these matters?

16   A    Yes.

17   Q    And have you told this jury the truth about the matters

18   that you know of, what you recall about this matter?

19   A    Yes.

20           MR. BUTLER:  Court's indulgence.

21           I have no further questions, Your Honor.

22           THE COURT:  Approach for a minute.

23           [Bench conference.]

24           THE COURT:  Mr. Hardin, you had said something

25   about recross, I don't know if you're making that request.

1          MR. HARDIN:  Yes, but they didn't --

2          THE COURT:  They didn't go into --

3          MR. HARDIN:  The one thing I would like to ask,

4    Your Honor, if I could just ask him the limited question

5    about meeting with the Government over the weekend because

6    he's now been rehabilitated.  That's the only area, we'd

7    like two or three questions as to whether he met with the

8    Government over the weekend and for how long.

9          MR. BUTLER:  Your Honor, I don't have any

10   objection to the question.

11         THE COURT:  Okay.  The jurors want to take a break

12   so we'll take a break.

13         [Open court.]

14         THE COURT:  We'll take a ten-minute recess.

15         THE DEPUTY CLERK:  All rise.  This Honorable

16   stands in a brief recess.

17         [Thereupon, Jury exits courtroom at

18      10:25 a.m.]

19         [Thereupon, recess taken at 10:25 a.m.,

20      resuming at 10:33 a.m.]

21         MR. BUTLER:  Your Honor, may I be heard briefly on

22   one matter?

23         MR. HARDIN:  Go ahead.

24         THE COURT:  Yes.

25         MR. BUTLER:  Yes, Your Honor.  Upon further

1    reflection on the defense request, the Government would

2    object.  There was no question that I asked during the

3    redirect that touched upon that in any way, shape or form.

4    And we think it's not appropriate recross since it was not

5    opened on the redirect.

6            MR. HARDIN:  Your Honor, the jury has asked almost

7    on every witness if it was appropriate or certain of the key

8    witnesses if it was appropriate for the Government to talk

9    to them during the time, the Court has said it's perfectly

10   acceptable, et cetera.  And this witness got on the stand,

11   and he's obviously has done nothing wrong, the Government

12   hasn't done anything improper, but I think I have -- should

13   be allowed to show that this testimony he gave today is

14   after however much time he's had to regather with the

15   Government since Friday.  That's the only area I'm asking to

16   do on recross.

17           MR. BUTLER:  Your Honor, if it's an appropriate

18   question, if the jury has that question, they clearly know

19   how to ask that question, but it shouldn't be coming from

20   defense counsel in this case, it should be coming from the

21   jury if that's, in fact, a question they have.

22           THE COURT:  I mean, was there something about his

23   redirect that it would appear, was it some way coached?

24           MR. HARDIN:  Well, he --

25           THE COURT:  I didn't see that.

1          MR. HARDIN:  Excuse me.

2          THE COURT:  I didn't see, but.

3          MR. HARDIN:  Yeah.  For instance, he's asked about

4    the plunger, something that he's never testified about in

5    any forum at all.  And that has to be something that came up

6    with him over the weekend that they decided to address.  I

7    think, and in this particular situation, he --

8          THE COURT:  I'll let you have a couple questions.

9          MR. HARDIN:  Thank you, Your Honor.

10         MR. BUTLER:  And, Your Honor, might I just address

11   the assertion for a moment?  Mr. McNamee has been asked,

12   given answers about that in the Grand Jury on this matter,

13   so, which defense counsel has that Grand Jury transcript.

14   It's not something new, it is not something that he hasn't

15   said before.  And --

16         MR. HARDIN:  I'm speaking before the jury.

17         MR. BUTLER:  So again, I think it just, you know,

18   it would be one thing if I had opened the door to a certain

19   item, but I did not open the door --

20         THE COURT:  I mean, I think the same argument

21   could be made in reference to every witness about the

22   propriety of recross, and it just doesn't generally happen

23   just because there have been discussions.  I think it is

24   beyond the scope.  I won't permit it.

25         MR. GUERRERO:  Judge, may I please address the

1    Court one little brief matter.

2              THE COURT:  Yes.

3              MR. GUERRERO:  One of the witnesses that we have

4    lined up, coming up, is going to be Alexander Lowrey and

5    also Elizabeth Lowrey.  I just wanted to inform the Court

6    and defense counsel that they just briefly came into the

7    courtroom, they were looking for our agent.  And my

8    understanding is that they were in the courtroom less than

9    three minutes, they didn't hear anything of substance

10   related to their potential testimony.  I think they just

11   might have heard a little bit about Mr. McNamee's life being

12   ruined.  I just wanted to inform the Court the minute it

13   came to our attention, we --

14             THE COURT:  What's the nature of their testimony?

15             MR. GUERRERO:  Their testimony is 1998 pool party.

16             THE COURT:  Any objection?

17             Very well.

18             MR. HARDIN:  No, if I may, Your Honor, but we

19   would ask that Mr. McNamee not be released and be

20   potentially available for our case-in-chief.

21             MR. BUTLER:  Yes, Your Honor.

22             THE COURT:  Very well.  Okay.  Let's bring the

23   jury in.

24             [Thereupon, Jury enters courtroom at

25        10:39 a.m.]

1              THE COURT:  You may be seated.

2              Are there any questions from the jury?

3              [Brief pause.]

4              THE COURT:  Approach, please.

5              [Bench conference.]

6              THE COURT:  Okay.  The first one, which I had

7    indicated last week is, "When administering injections to

8    Roger Clemens and Debbie Clemens, did Mr. McNamee use

9    hygienic synthetic gloves?"

10             MR. HARDIN:  No objection, Your Honor.

11             MR. BUTLER:  No objection, Your Honor.

12             THE COURT:  The question is, "Gave injections," in

13   quote, "to help my client, what do you mean by help?"  Did

14   he say that?

15             MR. BUTLER:  Yes.

16             THE COURT:  Any objection?

17             MR. BUTLER:  No objection, Your Honor.

18             THE COURT:  "From Radomski for referring

19   well-to-do clients for his products."  Okay.

20             "McNamee, you were hired as a strength

21   conditioning coach.  Did you believe that HGH and steroids

22   would strengthen the players?  Did you receive extra

23   compensation from Radomski for referring well-to-do clients

24   for his products?  Did you believe that your program and

25   products would enhance the players?  Did you keep evidence

1    to ensure full cooperation from players?"  I don't know what

2    he means by --

3            Okay, the first question is, "Were you hired as a

4    strength conditioning coach?  Did you believe that HGH" --

5    well, I guess yes, he would say he was; right?  I don't know

6    who they're asking.  I guess --

7            MR. BUTLER:  I'm sorry, Your Honor?

8            THE COURT:  I don't know if they're asking about

9    Toronto, or whether they're asking about the Yankee.

10           MR. BUTLER:  HGH was only an issue for Mr. Clemens

11   in 2000 at the Yankees, Your Honor.  And --

12           THE COURT:  Okay. And then it says, "Did you

13   believe that HGH and steroids would strengthen the players?"

14           MR. BUTLER:  I don't have any objection, Your

15   Honor.

16           THE COURT:  Then, "Did you receive extra

17   compensation from Radomski for referring well-to-do clients

18   for his products?"

19           MR. BUTLER:  No objection.

20           THE COURT:  And then, "Did you believe that your

21   program and products would enhance the players?"

22           MR. BUTLER:  No objection.

23           THE COURT:  And then, "Did you keep evidence to

24   ensure full cooperation from the players?"

25           I guess the question really should be, why did you

1    keep the evidence?  I think he's already explained that, but

2    I guess he can do it again.

3              "You stated your attorney knew about the situation

4    before you told him after the phone call with the agent,

5    what and how did you know," I can't read that.  "What and

6    how did he know," I guess maybe that is  -- "before you told

7    him?"

8              MR. HARDIN:  Yeah.  He has testified that his

9    attorneys knew all along that he had that stuff.  That's

10   what -- and the jurors picked up on that.  He mentioned it,

11   he volunteered it, I think, on direct, that his agent and

12   his attorneys knew and that's what -- so I have no

13   objection.

14             MR. BUTLER:  No objection, Your Honor, in terms of

15   what he told his attorneys about the -- what he had the

16   evidence and --

17             THE COURT:  I guess that's what he's referring.

18   I'll ask him.  Okay.

19             And then, "You stated Roger told you that you

20   would be playing," playing?  "Would be playing with him for

21   the Yankees.  And did Clemens have the authority to hire for

22   New York?"

23             MR. BUTLER:  I think he's talking about --

24             MR. HARDIN:  From Toronto to the Yankees.

25             THE COURT:  I don't think they said playing, but,

1    he didn't saying playing, that he would be with the Yankees.

2    And I think that's -- yeah, I think Mr. Cashman talked about

3    that.  But he doesn't have the authority to hire, obviously.

4         MR. DURHAM:  But the Court can ask the question.

5         THE COURT:  Yeah, I'll ask it.

6         "You stated the salary from the Yankees was 30,000

7    and another 50,000 from Mr. Clemens.  Was there anything in

8    writing or outlined what your," I guess that's "salaries

9    would be for the 150,000?"  I don't know -- was there

10   anything about -- no, I guess it's about the 50,000, I guess

11   they're asking.  "Was there anything in writing regarding

12   the payment of that money?"

13        MR. HARDIN:  We wouldn't have any objection.  He

14   did testify to that.

15        THE COURT:  Okay.

16        MR. BUTLER:  We have no objection, Your Honor.

17        THE COURT:  "You stated when you opened the

18   shaving kit you were surprised to see Kirk's stuff."  The

19   stuff, I guess that is -- maybe it is -- "Didn't you order

20   the stuff from Radomski?  Did you receive the package or

21   not?"

22        MR. BUTLER:  Basically he testified, Your Honor,

23   he had ordered before he left Houston and came back to

24   Houston thereafter from New York and realized that it was

25   the materials from Radomski, thereafter, I think he said he

```
 1  asked about -- realized it was once he saw it.

 2          MR. HARDIN:  That's right.  But I think that the

 3  jurors -- did you receive it, so --

 4          THE COURT:  I'll let you all ask follow-up, if

 5  there's any follow-up questions you want to ask, I'll let

 6  you do that.

 7              "Why did you keep FedEx boxes in your house?"

 8          MR. BUTLER:  No objection, Your Honor.

 9          THE COURT:  "Did you ever inject any other players

10  with steroids or HGH?"

11          MR. BUTLER:  Gets us to the Court's concern.  I

12  don't know what the Court wants to do with that.  The answer

13  is he did inject players with --

14          MR. DURHAM:  I don't think we object to that given

15  what the Court's rulings are and what's come out.

16  Obviously, one juror has concern that there may need to be

17  some amplification or clarification.

18          MR. HARDIN:  Well, of course, and that just proves

19  up what we've been saying, that they've jumped to the

20  conclusion that he injected other players, which is the very

21  thing we were trying to avoid, guilt by association.  So

22  we'd to be that.

23          THE COURT:  I don't think the fact that he

24  injected other players has anything to do with him being

25  rehabilitated.  I think what was important in that regard
```

1    was that he be permitted to bring out the fact that he had

2    provided information about other players, and that he, in

3    fact, had, in fact, been involved in providing them with it,

4    so I won't ask that.

5            "Did you keep any physical evidence from those

6    injections?"  Again, that's the same question.  But I

7    guess -- I guess he could be asked, did you keep any

8    evidence regarding you having provided substances to other

9    players.

10           MR. BUTLER:  I don't think that would be

11   appropriate, Your Honor.

12           THE COURT:  So I'll modify it to indicate that

13   without indicating injections.  I think he's already said

14   that, but.  "When Mr. Clemens first asked you to give him a

15   shot, were you surprised that he would be doing this?  Why

16   or why not?"

17           MR. HARDIN:  That's an excellent question.

18           MR. BUTLER:  No objection, Your Honor.

19           THE COURT:  "And were you surprised that he would

20   ask you?"

21           MR. BUTLER:  No objection.

22           THE COURT:  Any objection?

23           "Why was it safe to assume Mr. Clemens and

24   Mr. Canseco would get steroids at the pool party in Florida?

25   Why was it safe to assume," I think he testified something

1    about --

2            MR. HARDIN:  He did assume that.

3            THE COURT:  And I think that -- but that was

4    based, I guess, upon what he said he had heard up in Toronto

5    before they went down there.

6            MR. HARDIN:  There were other times he's

7    testified, Judge, that he assumed that Roger must have

8    gotten them at the party because that's when Roger shows up

9    with it.

10           MR. DURHAM:  I guess our concern, it's not a

11   concern, it's a good question, but it should be framed in

12   terms of why did you conclude as opposed to why did you

13   assume.

14           MR. ATTANASIO:  I heard him say the same thing.

15           THE COURT:  He used the word "assume"?  Very well,

16   I'll ask it as assume.  I do recall him saying that.

17           "Why did you provide steroids, HGH to your Wall

18   Street clients?  How did they know you had access?"

19           MR. HARDIN:  No objection.

20           MR. BUTLER:  No objection, Your Honor.

21           THE COURT:  Very well.

22           "He seemed to feel obliged to provide Mr. -- what

23   was -- he seems -- he seemed to feel obliged to provide to

24   Mr. Clemens when asked, but this would -- but this would

25   have been a very different situation."  I don't know what

1    that's asking.  "This is to try to understand his motivation

2    and rehabilitating."  I don't know what that's asking.

3            MR. ATTANASIO:  I think the second part is just

4    clarifying the purpose of the question.

5            THE COURT:  The first question, okay.

6            MR. ATTANASIO:  The second part is not a question.

7            MR. DURHAM:  It's an explanation of why they asked

8    the question perhaps.  Is the question a satisfactory

9    concern?

10           THE COURT:  I'm not going to -- I'll ask the first

11   one.  Those don't seem to be questions.

12           "You mentioned assumption, that just because Roger

13   Clemens was speaking with Canseco he must have been doing

14   drugs already.  Why do you assume that?"

15           MR. BUTLER:  No objection.

16           MR. HARDIN:  No objection.

17           THE COURT:  Okay.  "The proffer," was there a

18   proffer agreement?  "The proffer agreement was signed on

19   June 6th, 2007.  Was the 2006 meeting conducted under

20   exactly the terms of the signed agreement?"

21           MR. HARDIN:  No objection.

22           MR. BUTLER:  2006?

23           THE COURT:  They have 2007.

24           MR. BUTLER:  Yeah, I think it was 2007, the

25   proffer agreement, the first was one June 6th, '07.

1          THE COURT:  That's what they said.

2          MR. HARDIN:  I think they're just asking did the

3     same conditions apply.

4          THE COURT:  They say it was signed on the 7th, and

5     I guess they're asking did the meeting, was it covered by

6     that same agreement.

7          MR. BUTLER:  That's fine, Your Honor.  No

8     objection.

9          THE COURT:  "In the e-mail exchange regarding the

10    'LA Times' article it appears that an e-mail was truncated,"

11    I guess that is.

12         MR. HARDIN:  Uh-huh.

13         THE COURT:  May the jury see the complete e-mail

14    and the rest of the e-mail trail," I guess that is.

15         MR. HARDIN:  We'd ask for the redaction.

16         MR. BUTLER:  Your Honor, as to the redactions, the

17    Court has instructed the jury, instruct the jury again as to

18    redactions, and that they -- redactions are done for a

19    reason, they're not to speculate as to what has been

20    redacted.

21         THE COURT:  I don't know what was redacted.

22         MR. HARDIN:  The Petersburg, Florida thing.

23         THE COURT:  Okay.  "Is there an explanation for

24    the missing date stamp on both e-mail" -- I'm not -- I mean,

25    that's a technical -- do you all know what that e-mail what?

1          MR. DURHAM:  E-mail threads.

2          THE COURT:  E-mail threads?

3          MR. BUTLER:  In other words, a series of e-mails.

4          THE COURT:  Okay.  -- "e-mail threads observed," I

5     guess that's --

6          MR. HARDIN:  E-mail threads, they're talking about

7     a string of e-mails.

8          THE COURT:  Right, I know that, but I just had

9     never heard -- I never heard the word "thread" used in that

10    context.

11         MR. HARDIN:  I haven't either.

12         THE COURT:  "Is there an explanation for the

13    missing date stamps on both e-mail threads," I guess that

14    "observed by the jury," or "provided to the jury."

15         MR. BUTLER:  I think the -- the version that the

16    defense used, Your Honor, had the redaction and also had the

17    redactions up in the heading of the e-mails.  I think that's

18    what they were referring to.

19         THE COURT:  I don't know what the answer is to

20    that.

21         MR. ATTANASIO:  These are e-mails that have been

22    printed by both sides.  Sometimes the date drops off one

23    e-mail, so if I write to Mr. Butler, my one from Attanasio

24    to Butler, there's no date.  When he re-replies, the date

25    reappears.  So sometimes you wonder which date is on each

1   e-mail because sometimes it doesn't show.  I highly doubt

2   this witness would be able to explain that nor that it's

3   that big a deal, so.

4            THE COURT:  So don't ask?  Unless maybe can you

5   all provide some other exhibits that will provide them with

6   what they're asking about?

7            MR. DURHAM:  I think the dates are actually on the

8   e-mails.  I'd have to look at them and them in front of me,

9   but I think dates are on.  I think the witness can probably

10  be asked do you recognize -- I mean, he has been asked, he

11  has authenticated and obviously they've introduced e-mails

12  through him as well.

13           THE COURT:  Who introduced those e-mails?

14           MR. DURHAM:  We introduced one thread of e-mails,

15  and then the defense introduced the second set e-mails, and

16  both of the e-mails have dates.

17           THE COURT:  Do you all want to try and clear that

18  up?  I'll let you all do it if you think that's necessary.

19           MR. BUTLER:  Can you read the question one more

20  time, Your Honor, so we know what they're talking about?

21           THE COURT:  It says, "Is there an explanation for

22  the missing date stamps on both e-mail threads?"

23           MR. HARDIN:  I don't think either side would

24  object for the Court to just leave that question and say

25  yes, there is an explanation.

1          THE COURT:  I don't know if he can provide that,

2  but.

3          [Brief pause.]

4          THE COURT:  It seems to me if there's a concern,

5  if there's a confusion on their part about which dates

6  relate to each e-mail, it seems to me the easiest thing to

7  do would be for the proponent of those e-mails to have a

8  chance to clear that up with him so that the dates are

9  clear.

10         MR. BUTLER:  Your Honor, I don't belabor this

11  point because it's not that important, but I think this

12  witness actually would know because some of the dates --

13         THE COURT:  I'm not saying you can't do it.  I'm

14  just saying that it needs to be cleared up.  It's obviously

15  not -- it's confusing to them so maybe you all need to go

16  back through them with him so he can date which dates they

17  are.

18         MR. BUTLER:  Would the Court be willing just to

19  ask him that question and see if he knows the answer to

20  that, question Mr. McNamee?

21         THE COURT:  How would he know that?

22         MR. BUTLER:  Because the way that some of the

23  BlackBerry's work, it drops off the dates, I believe, Your

24  Honor.  And he knows that from seeing other e-mails.

25         THE COURT:  Okay.  I'll ask him, I just don't

1   know, it seems to me it would be easier to just have you all

2   show him the e-mails and make it clear which dates they

3   relate to, but I'll ask him.

4           Okay.  "You mentioned Roger Clemens asked you if

5   you knew of a guy when you first meet him -- when he first

6   meet you, was it" --

7           "You mentioned Roger Clemens asked you if you knew

8   of a guy when he first met you?"

9           MR. BUTLER:  This was 2000, Your Honor, when Mr.

10  McNamee came to New York, Mr. Clemens asked Mr. McNamee if

11  he knew a guy he could get the stuff.  And I believe that's

12  what the jury was referring to.  So it's -- that's the

13  context of the question, is -- answer that question --

14          THE COURT:  So he would say what?

15          MR. BUTLER:  He's saying that Mr. Clemens asked me

16  if I knew somebody who could get the stuff in 2000.

17          THE COURT:  Okay.  "When you talked to Roger

18  Clemens regarding steroids, what did you explain would be

19  the long-term consequences?"  I don't know if he did or not,

20  did he?

21          MR. BUTLER:  I'm not sure -- maybe the Court could

22  ask if he explained to him --

23          THE COURT:  Any objection to that?

24          MR. HARDIN:  I don't object to the way it's

25  phrased.  It's fine the way it is.

1          THE COURT:  The way it is?

2          MR. HARDIN:  Yes, sir.

3          THE COURT:  Okay.  "Over the course of Roger

4    Clemens' steroids injections if and how did the dosage or

5    the type change?"

6          I think he's already testified about that, but I

7    can have him do that again.

8          "Did you inject yourself with steroids and/or

9    HGH?"

10          MR. HARDIN:  He actually said he did.

11          THE COURT:  "Did you ever buy steroids, HGH from

12    someone other than Radomski?  Did you ever buy something

13    other than steroids, HGH from Radomski, supplements, for

14    example?"

15          "Why should we believe you when you have shown so

16    many inconsistencies in your testimonies?"

17          I won't ask that, that's for them to decide.  But

18    it would give him a chance to --

19          MR. HARDIN:  That's right.

20          THE COURT:  "You said Roger was using steroids

21    based upon his conversation with Canseco.  What evidence do

22    you have for that conclusion?"

23          I don't know if he ever said he was using them

24    based upon his conversation with Canseco.

25          MR. ATTANASIO:  That gets back to it's safe to

 1   assume they were going to get steroids and started using

 2   them at the time of the party.  I think that's what that

 3   refers back to.

 4           MR. BUTLER:  I think one -- well, if it's already

 5   incorporated in the question that the Court is already

 6   asking, I don't have any objection to it.

 7           THE COURT:  You agree it's already encompassed in

 8   that question that I'm going to ask earlier?

 9           MR. BUTLER:  Yes, Your Honor.

10           THE COURT:  That's it.

11           MR. BUTLER:  Your Honor --

12           MR. HARDIN:  Would Your Honor, just out of

13   curiosity, give us a count on the number of questions?

14           THE COURT:  Well, there are several.

15           Twenty-nine.

16           MR. HARDIN:  Twenty-nine questions?

17           THE COURT:  Yes, some of them are multiple on each

18   one.

19           MR. HARDIN:  That's a record?

20           THE COURT:  That's the most.

21           MR. BUTLER:  Your Honor, can I --

22           MR. HARDIN:  Is that plus the two, did you count

23   all the ones?

24           THE COURT:  That's all of them.

25           MR. BUTLER:  Your Honor, can I just ask one quick,

1    the question about whether Mr. McNamee injected any other

2    players is one of the proposed questions there.  I don't

3    want the jury left with a false impression that McNamee

4    didn't inject anybody else.  And I'm just trying to come up

5    with a way that can address the Court's concerns, but also

6    doesn't leave a false impression, a false impression with

7    the jury as to what was going on.  And the -- with Mr.

8    McNamee and other players.  The -- and I think there's a way

9    to find that balance here.  And I think that the, you know,

10   perhaps it's even just, you know, did you inject any other

11   players without going into identifying --

12        MR. HARDIN:  Wait a minute.  That's the whole

13   thing we've been fighting about is this whole thing of

14   injection.

15        THE COURT:  Right.  And I thought you were going

16   ask your question a little differently in what he did

17   because I had authorized you to bring out the fact that he

18   provided.  That's not really clear.

19        MR. BUTLER:  Well, that's the word I used, Your

20   Honor, I said did you provide growth hormone to Andy

21   Pettitte, did you provide growth hormone to Chuck Knoblauch,

22   did you put Mr. Stanton in touch with Mr. Radomski to obtain

23   growth hormone?  So I thought that I had done it as loyal to

24   what the Court had directed me --

25        THE COURT:  No, I thought it wasn't that incident.

1   Maybe I missed it, but --

2              MR. BUTLER:  But, Your Honor, the point is this.

3              THE COURT:  But again, I understand that's what

4   they're asking, but how is that relevant in reference to the

5   rehabilitation?

6              MR. BUTLER:  Well, it's relevant because if he

7   provided it, how would he have access to these needles?

8              THE COURT:  I know what it was, what you didn't

9   ask was I thought you were going to ask whether he had

10  personal knowledge because the way it was asked is not clear

11  that he was present when it was used.  And I thought you

12  were going to ask were you present when these substances, at

13  least for two of the players, when it was used.  That's what

14  I thought you were going ask, and you didn't.

15             MR. BUTLER:  Well, I thought I asked --

16             THE COURT:  I just don't see how the fact that he

17  injected them, I don't see how that's relevant on the issue

18  of rehabilitation, which is why I let this evidence in about

19  the other players.

20             MR. BUTLER:  Well, it goes to the Court's question

21  about his personal knowledge.

22             THE COURT:  Well -- asking him whether he ever

23  actually saw them using.  That's different than whether he

24  actually injected them because that would give him personal

25  knowledge of a fact consistent with what he said about him

1  having provided drugs to them.

2       MR. BUTLER:  I don't think the Court asked that

3  question -- so it addresses that issue of, you know, it

4  addresses the balance what I was talking about a moment ago,

5  at least it puts him there when they're used.  And without

6  going into whether he injected or not.

7       MR. HARDIN:  Your Honor, I think we're really

8  talking about something the juror did not ask.  You know,

9  what he's seeking to do is reopen the question that the

10 witness has, in effect, because that's not the question the

11 juror asked anyway.

12      MR. BUTLER:  But, Your Honor, again it's just a

13 question of being -- not leaving a false impression with the

14 jury based on -- the jury is asking whether he injected.  We

15 don't want to go there.

16      THE COURT:  Well, I do permit the parties to ask

17 additional questions.  In light of that, I will permit you

18 to ask that question, I'm not going to ask it, as to

19 whether --

20      MR. BUTLER:  Okay.

21      MR. HARDIN:  Is going to be allowed to talk about

22 injection or just --

23      THE COURT:  No, no, just whether he was present

24 when these other players allegedly used.

25           [Open court.]

1          THE COURT:  Okay.  I'm going to ask some of the

2    questions that you submitted.  Some of the questions I will

3    not ask, and remember what I said in my preliminary

4    instructions that if I don't ask a question, it means that

5    I've made a legal determination that the question is not

6    appropriate.  And, therefore, the juror who submitted that

7    question has to disregard that they submitted it and not

8    speculate as to what the response would have been.

9          Okay.  The first question is, when administering

10   injections to Roger Clemens and Debbie Clemens, did you use

11   hygienic synthetic gloves?

12         THE WITNESS:  No, I never did.

13         THE COURT:  Now, you indicated that you gave

14   injections to help your client.  What do you mean when you

15   use the word 'help'?

16         THE WITNESS:  The -- initially Roger had asked me

17   to help him with the booty shot, so he determined to me that

18   he needed help with the shot, so I helped him with the shot

19   because he couldn't do it.

20         THE COURT:  Now, you indicated that you were hired

21   as a strength and conditioning coach; is that right?

22         THE WITNESS:  Yes, sir.

23         THE COURT:  By whom?

24         THE WITNESS:  Both teams.

25         THE COURT:  When you say "both teams," what teams

1    are you talking about.

2            THE WITNESS:  Toronto Blue Jays and the New York

3    Yankees.

4            THE COURT:  And did you believe that HGH and

5    steroids would strengthen players?

6            THE WITNESS:  I believe so, from their reactions

7    from it.

8            THE COURT:  Did you receive extra compensation

9    from Radomski for referring him to well-to-do clients for

10   his products?

11           THE WITNESS:  No, never, never, sir.

12           THE COURT:  Did you believe that your program and

13   products would enhance the players?

14           THE WITNESS:  I believe my product being the

15   training did, yes.

16           THE COURT:  And why did you keep evidence that you

17   say you maintained after administering shots?

18           THE WITNESS:  I had originally kept it just to

19   have my family life at home to be just a better place to go

20   to because I was constantly, as I had said during the trial,

21   I was just getting a lot of problems at home about it.

22   About what I was doing because my wife knew about it.

23           THE COURT:  You say that your attorney knew about

24   the situation before you told him after the phone call with

25   the agent.  What and how did you know before he told you?

1   You know what we're talking -- do you know what the question

2   is relating to?

3            THE WITNESS:  I think so.

4            THE COURT:  Okay.  What is your impression of what

5   you're being asked, what subject?

6            THE WITNESS:  That I had, before the agent called

7   me, I had knew what the topic was going to be about.

8            THE COURT:  Yes.

9            THE WITNESS:  Yes, I did, I had an inkling, yes.

10           THE COURT:  And how and what?

11           THE WITNESS:  Roger -- I'm sorry, Kirk had called

12   me and told me that I -- I had known I had written checks to

13   Kirk, and I had known and had an inkling that Kirk -- that

14   something had happened.  I don't know if it was in the paper

15   or such, but I had checks written to Kirk, so Kirk I knew

16   they were going to -- I had told my attorney about it, and

17   he had said that he's probably going to want to talk to me.

18   So I kind of figured it was that.

19           THE COURT:  That he wanted to talk to you about

20   what?

21           THE WITNESS:  About the checks I had written to

22   Kirk.

23           THE COURT:  Now, you stated that Roger Clemens

24   talked -- that you stated that Roger Clemens told you that

25   you would be with the New York Yankees with him.  Is that

1    correct?

2            THE WITNESS:  Yes, sir.

3            THE COURT:  And did Mr. Clemens have the authority

4    to hire for the New York Yankees?

5            THE WITNESS:  No, sir.

6            THE COURT:  Now, you stated that your salary from

7    the Yankees was 30,000; is that right.

8            THE WITNESS:  Yes, sir.

9            THE COURT:  And you said you received an

10   additional 50,000 from Mr. Clemens; is that right.

11           THE WITNESS:  Yes, sir.

12           THE COURT:  Was there anything in writing

13   regarding that $50,000?

14           THE WITNESS:  No, sir.

15           THE COURT:  In other words, no signed agreement

16   between you and Mr. Clemens regarding that?

17           THE WITNESS:  No, sir.

18           THE COURT:  Now, you stated that when you opened

19   the shaving kit that you were surprised to see Kirk's stuff.

20   Did you say that.

21           THE WITNESS:  No, sir.

22           THE COURT:  You didn't say that?

23           THE WITNESS:  I didn't open the kit, it was open,

24   sir.

25           THE COURT:  It was open already?

 1                  THE WITNESS:  Yes, sir.

 2                  THE COURT:  Well, when you saw the items in it,

 3      were you surprised to see the items?

 4                  THE WITNESS:  Yes, sir.

 5                  THE COURT:  Did you or did you not receive a

 6      package from Radomski in reference to that?

 7                  THE WITNESS:  No, Roger did.

 8                  THE COURT:  Why did you keep the FedEx boxes in

 9      your house?

10                  THE WITNESS:  With the evidence in it?

11                  THE COURT:  Yes, that had the alleged evidence in

12      it.

13                  THE WITNESS:  I just kept it there just so it was

14      there.  I didn't have nowhere else to put it.

15                  THE COURT:  Now, when Mr. Clemens first asked you

16      to give him a shot, were you surprised that he would do

17      that?

18                  THE WITNESS:  Yes.

19                  THE COURT:  And why were you surprised?

20                  THE WITNESS:  I didn't -- it wasn't like I was --

21      we never talked about it, and it wasn't like something

22      people knew I did or didn't do, so I was surprised that he

23      asked me, and somebody else that did it before.

24                  THE COURT:  You were surprised that he would ask

25      you?

1             THE WITNESS:  Yes, sir.

2             THE COURT:  Why was it safe to assume that Mr.

3    Clemens and Mr. Canseco would get steroids at the pool party

4    in Florida?

5             THE WITNESS:  It was just a conversation that I

6    didn't fully hear in the weight room prior to the party down

7    in Florida.  And Mr. Canseco's history of steroid use and

8    also the fact that coming back from that party, the

9    barbecue, they had steroids.

10            THE COURT:  Okay.  Why did you provide steroids,

11   HGH to your Wall Street clients?

12            THE WITNESS:  They already -- they already were

13   doing stuff.  And they, when I was training them during the

14   summer in East Quag, it's a beach community in Long Island,

15   they had met Kirk on their own when I had -- I drove home

16   from East Quag to go see my children's soccer game.  Drove

17   back, they were at the gym, and they met Kirk.  They got to

18   talking, and then Kirk, I spoke to Kirk the next day, and I

19   said, yeah, I met those guys.

20            And then it was just one of those stories because

21   Kirk was so big.  And I said, I had said, yeah, Kirk gets

22   really good stuff, and I don't know what -- they were taking

23   stuff from like China or Asia or something.  So that's how

24   that whole thing worked out with them.  I just -- it wasn't

25   like I was administering them, I didn't get it.

1          THE COURT:  When you say "Kirk was so big," what
2     do you mean, physically?
3          THE WITNESS:  Yeah, he was a body -- a real big
4     bodybuilder guy.
5          THE COURT:  And how, if you know, how did these
6     individuals know that you had access to these substances?
7          THE WITNESS:  They didn't until they met Kirk.
8     And they didn't know that me and Kirk were friends already.
9     It was just a really strange meeting.
10          THE COURT:  Now, you mentioned an assumption that
11     just because Roger Clemens was speaking with José Canseco,
12     he must have been doing drugs already.  Did you say that?
13          THE WITNESS:  No, sir.
14          THE COURT:  Okay.  Now, the proffer agreement that
15     you signed in reference to your information, that was signed
16     on June 7th, 2007; is that right?
17          THE WITNESS:  Somewhere around there, I'm not
18     exact on the date.
19          THE COURT:  And did you have a meeting the day
20     before you signed that proffer agreement?
21          THE WITNESS:  I'm pretty sure the day we met I
22     signed that proffer agreement.
23          THE COURT:  The day you met, so you didn't have a
24     conversation with them before you signed the proffer
25     agreement?

1            THE WITNESS:  No, my lawyer did.

2            THE COURT:  Your lawyer did?

3            THE WITNESS:  About that, yes.

4            THE COURT:  But you did not talk to them before

5    you signed the agreement?

6            THE WITNESS:  Yes, sir.

7            THE COURT:  Now, is there an explanation for the

8    missing date stamps on both e-mail threads that the jury

9    were shown, do you know?

10           THE WITNESS:  No, sir.

11           THE COURT:  Now, did you mention that Roger

12   Clemens asked you if you knew a guy when you first met him?

13           THE WITNESS:  No, sir.

14           THE COURT:  Now, when you talked to Roger Clemens

15   regarding steroids, what did you explain or did you explain

16   what the consequences would be, long-term?

17           THE WITNESS:  None, sir.

18           THE COURT:  Now, over the course of what you say

19   was Mr. Clemens's steroid use, if and how did the dosage

20   and/or the type change?

21           THE WITNESS:  Initially the first was the Winstrol

22   product, he had increased it from one dose to two doses and

23   more frequently, I think from four days to three days, I'm

24   not sure exactly.  But it did increase to instead of 50 it

25   was a hundred.  And then, sir, when I was approached in

1    2000, he had asked me if I had known a guy to get stuff, he

2    was ready to start.

3          I had asked him, I remember asking him Winstrol,

4    he said no, then I just went to Kirk.  He didn't say

5    anything other than that.  I just knew he didn't want the

6    Winstrol again.  And then he went -- I went to Kirk, and I

7    just asked him what a starting pitcher took in 2000.  And

8    then Kirk started telling me growth hormone, how great it

9    is, everyone is taking it.  So then it was a lot of money so

10   I had to go back to Roger and ask him if he wanted that,

11   everyone is taking it, he said sure.

12         Went back to Kirk, got it, and that's it.  And

13   then it changed one more time in 2001 where same scenario as

14   2000, I'm ready to start up again, I said, growth hormone?

15   He said, no, no belly button shot, just the test.  And he

16   didn't say test, he said just no belly button shot, which

17   was growth hormone.

18         So then I went to Kirk in 2001 and I said, you

19   know, put together something for a starting pitcher, and

20   Kirk did.

21         THE COURT:  Now, did you inject yourself with

22   steroids and/or HGH?

23         THE WITNESS:  Yes, sir.

24         THE COURT:  Which one or both?

25         THE WITNESS:  Both.

1           THE COURT:  Did you ever buy steroids or HGH from

2    someone other than Radomski?

3           THE WITNESS:  No, sir.

4           THE COURT:  Did you ever buy something other than

5    steroids or HGH from Radomski, for example, supplements?

6           THE WITNESS:  No, sir.

7           THE COURT:  Okay.  That's -- that's it.  Any

8    follow-up questions from Government counsel based upon the

9    questions that were submitted and asked of the jury?

10          MR. BUTLER:  Yes, Your Honor.  Thank you.

11                **REDIRECT EXAMINATION (Cont'd)**

12   BY MR. BUTLER:

13   Q    Let me ask you the -- in terms of providing growth

14   hormone to the three individuals you talked about this

15   morning, Mr. Pettitte, Mr. Knoblauch and putting Mr. Stanton

16   in touch with Mr. Radomski, did Mr. Pettitte then use the

17   growth hormone?

18   A    Yes, sir.

19   Q    Were you present when he used it?

20   A    Yes, sir.

21   Q    Did Mr. Knoblauch use the growth hormone?

22   A    Yes, sir.

23   Q    Were you present when he used it?

24   A    Yes, sir.

25   Q    And Mr. Stanton, did Mr. Stanton obtain growth hormone?

1    A     Yes, sir.

2    Q     Were you present when he used it?

3    A     Yes, sir.

4    Q     Let me ask you, the Judge just asked you the question

5    about the -- when you went to the New York Yankees and you

6    had -- you had a salary from the Yankees?

7    A     Yes, sir.

8    Q     Were you also being compensated by Mr. Clemens?

9    A     Yes, sir.

10   Q     Okay.  And was that the pursuant to a written

11   agreement?

12   A     I'm sorry?

13   Q     Was that pursuant to -- was that -- did you have a

14   written agreement with Mr. Clemens regarding that?

15            THE COURT:  He's already said there was not.

16            MR. BUTLER:  Okay.

17   BY MR. BUTLER:

18   Q     And, but how were you paid?

19   A     Wire transfer.

20   Q     And how often?

21   A     Monthly.

22   Q     By whom?

23   A     A woman in Roger's work office.

24   Q     Okay.

25            THE COURT:  When you say a wire transfer, what do

1   you mean?

2           THE WITNESS:  I got monies from -- from Roger's

3   place through his business people, his agents, and they

4   wired it to my bank account.

5           THE COURT:  Next question.

6           MR. BUTLER:  Yes, Your Honor.

7   BY MR. BUTLER:

8   Q    The Judge asked you about the, in terms of the growth

9   hormone that was sent to Mr. Clemens's house?

10  A    Yes.

11  Q    Who ordered that?

12  A    I did.

13  Q    Through whom?

14  A    Kirk Radomski.

15  Q    Okay.  And what did you do after you ordered it?

16  A    What did I do?

17  Q    Yeah.

18  A    I went home.

19  Q    To New York?

20  A    Shortly after, yes, to New York.

21  Q    Okay.  When you came back, did you go back to Houston

22  at some point?

23  A    Yes.

24  Q    All right.  And did you see the items at that time?

25  A    Yes.

1    Q    And were you -- the Court asked you were you surprised

2    when you saw it there?

3    A    I was surprised that it was in the shaving kit.

4    Q    Why were you surprised?

5    A    Because I just -- I forgot, I didn't get it to me so I

6    forgot I had Kirk sent [sic] it.  And I knew it was this

7    stuff Kirk got.

8    Q    And those -- let me ask you, the Judge asked you about

9    the empty FedEx boxes, did you keep those in your house?

10   A    The one with the evidence?

11   Q    No, no, no, I'm sorry.  Empty FedEx boxes, ones that

12   you mentioned --- you were asked by the Judge as to whether

13   you kept empty FedEx boxes at your house?

14   A    Yes, I did.

15   Q    For what purpose?

16   A    I had a FedEx account for my business, and I used to

17   ship things, and I had different size boxes for different

18   size things in my office closet.

19   Q    Going back, I don't mean to be jumping around on you,

20   but going back to 1998, the Judge asked you about when you

21   first were asked by Mr. Clemens to inject him, the Court

22   asked you in terms of whether you had knowledge or knew that

23   Mr. Clemens -- had an assumption that Mr. Clemens was

24   already using steroids?

25   A    Yes, sir.

1    Q     And that was based on what?

2    A     That was based on because prior to injecting him with

3    the Winstrol, he already was in possession of other drugs

4    that he asked me to get rid of.

5    Q     And a juror question asked you as to whether you

6    explained the consequences of steroids to Mr. Clemens at

7    that time, 1998, and you answered no?

8    A     Yes, sir.

9    Q     Why not?

10   A     I just didn't.

11   Q     Did you know much about steroids at that time?

12   A     Well, that too, but it never came up.

13   Q     So why did you inject him?

14   A     Because he asked.

15   Q     And then the --

16         MR. BUTLER:  Court's indulgence.

17         Your Honor, the --

18         [Brief pause.]

19         MR. BUTLER:  Your Honor, if I can have Ms. Hayes

20   put up a couple of exhibits just because it relates to the

21   question asked to the dates on the e-mails.

22         THE COURT:  You mean the e-mails?  We can clear

23   that up, so.

24         MR. BUTLER:  Eighty-two I-1.

25

1    BY MR. BUTLER:

2    Q    Do you see that in front of you, 82I-1?

3    A    Yes, sir.

4    Q    Okay.  You see about a third of the way down the page

5    where the dates do not show on that?

6    A    Yes, sir.

7    Q    Do you know why that is?

8    A    I have no idea.

9    Q    What type of device do you use to send e-mails?

10   A    [No response.]

11            THE COURT:  Did you hear the question?

12            THE WITNESS:  Yes, sir, I'm just thinking.

13            THE COURT:  You remember what kind of device it

14   was?

15            THE WITNESS:  I was thinking.  I don't know.

16            MR. HARDIN:  Your Honor, I think both sides again,

17   independently of this witness, provided the dates to the

18   jurors.

19            THE COURT:  Very well.  If you all can make an

20   agreement, a stipulation in reference to that, we don't have

21   to do this, I agree.

22            MR. HARDIN:  Thank you.

23            MR. BUTLER:  Thank, Your Honor.

24            THE COURT:  So there was a question about dates as

25   they relate to the e-mails.  The parties have indicated they

1    can reach an agreement, and they'll indicate which dates the

2    various e-mails relate to.

3    BY MR. BUTLER:

4    Q    One of the juror questions had to do with whether you

5    had injected yourself with steroids or growth hormone?

6    A    Yes, sir.

7    Q    And when was that?

8    A    I took, when I had right shoulder surgery, I believe in

9    '05, I took two shots of testosterone because I needed to

10   work, and I just had it, I wanted to see if it worked, and I

11   took it twice, and I didn't like it.

12   Q    And where did have you that, those steroids?

13   A    I had it in my house.

14   Q    And what about growth hormone, did you --

15   A    Yes.

16   Q    And when did you use growth hormone?

17   A    November '04.

18   Q    For what purpose?

19   A    I cut my finger off.

20   Q    Where did you get that growth hormone?

21   A    I had it, it was somebody else's, I didn't buy it.

22   Q    Where was it?

23   A    It was in my house.

24   Q    Did you sometimes store either steroids or growth

25   hormone at your house?

1    A    Occasionally, sometimes.

2    Q    Well, you just said a moment ago that you had it in

3    your house?

4    A    Well, I mean, yeah, but you said -- like that was for

5    that purpose, but yes, I did it have it, you know, it was

6    always around, and if I needed it, I can just get it.

7    Q    Okay.

8          MR. BUTLER:  Court's indulgence.

9          Nothing further, Your Honor.

10         THE COURT:  You said your cut your finger or you

11   cut your finger off?

12         THE WITNESS:  I cut it off.

13         THE COURT:  You cut it off?

14         THE WITNESS:  I explained this to the jury before,

15   it was hanging before the chop saw, and I went -- the doctor

16   sewed it back, he said it's iffy, he says you're either

17   going to have no use of your finger, your pinky, or you're

18   going to have boutonnieres deformity, and I asked him if he

19   took the stitches out, if I can use growth hormone, should

20   I?  And he goes, if you can get it, you try it, but I can't

21   prescribe it for you.  I said I know.  I used it for seven

22   days, and it worked.

23         MR. BUTLER:  I have just one question if I could,

24   Your Honor.

25

1   BY MR. BUTLER:

2   Q    Let me ask, in terms of your dealings with Mr. Clemens,

3   did you keep those steroids or growth hormone at your house?

4   A    No.

5   Q    What did you do with them?

6        THE COURT:  That's really beyond what the jury

7   asked.

8        MR. BUTLER:  Okay.  Thank, Your Honor.

9                    **RECROSS-EXAMINATION**

10  BY MR. HARDIN:

11  Q    Mr. McNamee, I have questions about two areas the jury

12  asked about.  One is let's go back to when you say that you

13  gave -- the circumstances that you gave Debbie Clemens a

14  shot, and you saw, you said, I believe, the stuff in the

15  bathroom; is that right, HGH?

16  A    Yes, sir.

17  Q    And do you recall testifying just a few minutes ago

18  that what you saw is that you didn't get that shipment that

19  you ordered, Roger did.  Do you recall saying that?

20  A    Yes, sir.

21  Q    All right.  But the fact is, you don't know who got it,

22  do you, because according to you, you never received it, and

23  you don't know what happened to it?  Isn't that true?

24  Personally?

25  A    Personally, I don't know who got it at his house.

1   Q    You don't personally know that Roger got it, you've

2   just said to the jury that you saw some HGH in a kit, and

3   that was the kind of stuff, according to you, Radomski

4   provides; right?

5   A    Yes, sir.

6   Q    So you took a leap from that to say that back when you

7   ordered sometime before HGH from Radomski, the stuff you saw

8   in Roger's kit must be the stuff that you ordered from

9   Radomski, that's the leap you made; right?

10  A    It looked like Roger -- it looks like Kirk's growth

11  hormone.

12  Q    What is there so distinctive, and that was what I was

13  going to ask you, what is there so distinctive about growth

14  hormone that Mr. Radomski provided to you and everybody?

15  A    The blue and white caps of different bottles.

16  Q    But he's not the only person that would have that, is

17  he?

18  A    Who?

19  Q    Mr. Radomski?

20  A    Oh, I wouldn't know.

21  Q    All right.  So my only point is you have no personal

22  knowledge that Roger Clemens ever got that package that was

23  mailed, do you?

24  A    The package, correct.

25  Q    All right.  And the final thing is on the Wall Street

1   guys, in response to the juror's question, did you just say

2   the Wall Street guys were already getting steroids and HGH,

3   and you were just -- and they already met Mr. Radomski, they

4   knew him?

5   A    Yes, they met him without me there.

6   Q    All right.  So why would they need you to get them from

7   Mr. Radomski if they already knew him?

8   A    After they had met Kirk, I went back to Quag, and I met

9   them at the house, and they told me about Kirk.  They

10  didn't -- Kirk didn't initially tell them what his business

11  was.  Then Kirk met me at the gym the next day, and that's

12  how it all started from there.

13  Q    And so were you the middleman, are you saying, that it

14  never came to you, you just ordered them from Mr. Radomski?

15  A    No, pretty much Kirk and them did that.  I just knew

16  about it and would facilitate them getting or telling Kirk

17  about it, ordering it.

18  Q    And my question to you is, in response to what the

19  juror asked, why did these Wall Street guys need you if they

20  knew who the source was?

21  A    I don't know the answer to that, sir.

22         MR. HARDIN:  That's all I have, Judge.

23         THE COURT:  Thank you, sir.  Next witness.

24         [Witness excused.]

25         MS. SALESKI:  Your Honor, the Government calls

1   Manny Manuele.

2            THE DEPUTY CLERK:  Please raise your right hand.

3       **ANTHONY "MANNY" MANUELE, GOVERNMENT WITNESS, SWORN**

4            THE WITNESS:  I do.

5                        **DIRECT EXAMINATION**

6   BY MS. SALESKI:

7   Q    Good morning.

8   A    Good morning.

9   Q    Would you please introduce yourself to the jurors?

10  A    I'm Anthony Manuele, more commonly known as Manny

11  Manuele.

12  Q    Would you please spell your last name, sir?

13  A    Sure.  M-A-N-U-E-L-E.

14  Q    Thank you, Mr. Manuele.  Where are you from?

15  A    I currently live in Milwaukee, I work at Miller Coors

16  in Milwaukee.

17  Q    And what is Miller Coors?

18  A    Miller Coors is a joint venture that was formed about

19  four years ago between the Miller Brewing Company and Coors

20  Brewing Company.

21  Q    And what do you for Miller Coors?

22  A    My primary responsibilities revolve around technical

23  innovation, new product development, new packaging

24  innovation, dispense competitive intelligence, things of

25  that nature.

1   Q    I'm having a little trouble hearing you, would you pull

2   that down just a bit?

3   A    Sure.

4   Q    Thank you.  Okay.

5        And how long have you worked with Miller Coors?

6   A    Approximately 34 years.

7   Q    How long have you been the manager of technical

8   insights and product development?

9   A    I've been the manager for five years and worked in the

10  area about 15 years.

11  Q    Could you describe your duties as they are now as the

12  manager that you described?

13  A    Sure.  My primary responsibilities are to liaise with

14  our marking team, especially as it relates to product

15  development opportunities, new packaging, work that we do.

16  I also act as liaise with our legal group as well as sales

17  team.  And primarily again as a bridge-point between

18  marketing and the manufacturing facilities for all things

19  technical.

20  Q    What does Miller Coors do, what do they make?

21  A    We make alcoholic malt beverages, primary beer.

22  Q    Do you all make Miller Lite?

23  A    Yes, we do.

24  Q    And what is that?

25  A    Miller Lite is a low calorie light beer sold in the

1    U.S.

2    Q    Okay.  Are you familiar with the company's policies on

3    production and procedures for production?

4    A    Yes, I am.

5    Q    Have you been to the company's breweries and seen

6    production facilities?

7    A    Yes, I've worked in the breweries throughout my career

8    and have occasion to visit.

9    Q    Okay.  Have you seen Miller Lite canned and bottled?

10   A    Yes, I have.

11   Q    Does Miller Coors have a means for tracking Miller

12   products?

13   A    We do.

14   Q    Why do you have a way to track those products?

15   A    Well, there's several reasons.  First of all, there's a

16   regulatory requirement that we identify a brewery that our

17   beer is produced at, but we also code the beer for

18   traceability reasons in case there's consumer complaints

19   that we want to investigate or if there for ever [sic] a

20   reason were to be a product recall.  And also for the

21   consumer facing point of view so that we can -- we can

22   communicate the freshness coding.

23   Q    Tell the jury what you can tell about a Miller Lite can

24   by looking at it?

25   A    Well, I mean, at first look the first thing you would

1   notice, of course, is the brand name, so there's a lot of

2   brand iconography, it will identify the name and the logo

3   and so forth.

4       On a Lite beer can you can also identify what we call

5   the nutritional content.  That would be things like

6   calories, carbohydrate, protein, fat.  You would be able to

7   tell how many ounces of beer is in the can, that's usually

8   very clearly marked.

9       And then if you turn the can over, you'd be able to

10  identify our freshness coding.

11          MS. SALESKI:  Your Honor, I understand there's no

12  objection to 68A, B, and C, so I'd like to move their

13  admission at this time?

14          MR. HARDIN:  That's correct.

15          THE COURT:  Very well, they'll be admitted.

16          [Thereupon, Government's Exhibit Nos.

17     68A, 68B and 68C admitted into evidence.]

18          MS. SALESKI:  Ms. Hayes, could you put up 68B,

19  please?

20  BY MS. SALESKI:

21  Q    Mr. Manuele, can you tell the jury what this shows?

22  A    This represents a range of can decoration from 1974

23  through 2009 for Miller Lite.

24  Q    And you use the term of art, I think "can decoration,"

25  what does that mean?

1   A    It might also be called can art.  It basically

2   represents the different representations of the brand logo

3   through time.

4   Q    All right. And you mentioned before that these cans

5   would have freshness coding on the bottom of it.  I want to

6   show you what has been marked and admitted as 52C.

7            MS. SALESKI:  Your Honor, may I approach?

8            THE COURT:  Yes.

9            MS. SALESKI:  And I would also ask Ms. Hayes to

10  put up 68A, please.

11  BY MS. SALESKI:

12  Q    Mr. Manuele, looking at 52C, do you see what is

13  pictured in 68A on Government's Exhibit 52C?

14       Well, let me back up.  Tell the jury, just so they

15  know, what's 52C?

16  A    This is 52C?

17  Q    Yes, sir.

18  A    Yes, 52C is a can of Miller Lite, an empty can of

19  Miller Lite that's been cut down.

20  Q    Okay.  And do you see the can decoration you were

21  talking about or can art on there?

22  A    Yes, I do.  It clearly indicates that this is Miller

23  Lite.

24  Q    Okay.  And does it give you some idea of what time

25  period it would be from just based on the can decoration?

1   A    Based on the can decoration itself and looking at the

2   previous chart, yes.

3   Q    Okay.  And what do you know about it from the can

4   decoration?

5   A    From the can decoration, this can was in market between

6   1999 and 2003.

7   Q    Okay.  Now, can you get more specific for the jury

8   based on the freshness markings?

9   A    I can.

10  Q    Okay.  Now, tell -- now that you've told the jury what

11  52C is that you're looking at, can you tell the jury if 68A

12  represents something on 52C?  And 68A, for the record, is

13  the picture that everyone has on their screen.

14  A    Right.  It's the coding on the bottom of the can.

15  Q    Okay.  So let's just focus on the picture so the jury

16  can follow along.  But this picture is the same as the

17  coding on the can in front of you; is that right?

18  A    Yes, it is.

19  Q    Okay.  So this screen you're able to touch.  If you

20  could tell the jury what you're talking about when you said

21  there were unique freshness codes on the bottom of the can?

22  A    We at this time used a two line code, and that's that

23  code.  The first line of the code is numerical that

24  represents the month, day and year.  And actually from a

25  freshness code point of view, it represents the Monday of

1    the day of the week that the best if used up by date was

2    reached.

3    Q    Now, before we go through this, let's just ask you, on

4    the bottom there, the Q17 I'm going to circle, do you know

5    anything about that?

6    A    No, I do not.

7    Q    Okay.  So let's do this.  I'm going to ask Ms. Hayes to

8    zoom in on the coding that you circled.

9             THE COURT:  That Q17.1, would that be something

10   your company would have impressed on that can?

11            THE WITNESS:  No, sir.

12            THE COURT:  Okay.

13   BY MS. SALESKI:

14   Q    Okay.  Now, can you tell us about the first line,

15   Mr. Manuele?

16   A    Sure, if we look at the first line, that's the best if

17   used by date.  And as I mentioned, it represents the Monday

18   of the week that the best if used by date is reached.  And

19   the coding, the first two numbers represents -- represents

20   the month, and in this case it's November.

21        The next two represent that Monday in the week, in this

22   case it's the 12th, and the last digit would represent the

23   year, and based on the can art, this would have been 2001.

24   Q    Okay.  So from looking at that, are you telling the

25   jury that the best if used by date for this can was what?

1    A    Well, I need to go one line further to be able to tell

2    that.  So the alpha code in the second line, the letter D

3    here represents Thursday, so we use A for Monday, B for

4    Tuesday, and so forth.  In this case D for Thursday to

5    represent the actual day of the week that the freshness code

6    would be reached.

7         So what that means is that for this can the freshness

8    code would have been reached on November 15th, 2001.

9    Q    So now can you tell the jury what the best if used by

10   date was for this can?

11   A    The best if used by date is November 15th, 2001.

12   Q    Okay.  And based on that best if used by date, what

13   can -- does that correlate for the jury as to when this beer

14   can -- when beer was put into this beer can?

15   A    Right.  So we've determined that for our product the

16   best if used by date is about 17 weeks forward.  It is 17

17   weeks forward of when the product was actually packaged.  So

18   beer's a natural product, it's like bread or any other

19   natural product, it will stale with time.  And in this case

20   we want our consumer to be enjoying the great taste of

21   Miller Lite while it's still fresh.  So that we have that

22   freshness code sitting there.

23        So, in fact, if you take the November 15th date and

24   back up 17 weeks, because there's a 17 week forward time

25   here, so if you back up 17 weeks, you get to the actual

1   production date.  And for this can then, if we count back,

2   that's July 19th, 2001.

3   Q    Okay.  So is tell us, if you can, about the rest of the

4   code after D on the second line?

5   A    Right.  So I mentioned that for traceability purposes

6   and regulatory, we also have to identify the brewery

7   production, and the next number in this line, the number

8   five' correlates with the brewery.  We have several

9   breweries in our system.  The number five represents the

10  Eden, North Carolina brewery.

11  Q    Okay.

12          MS. SALESKI:  And just for a second we're going to

13  switch over to 68C, Ms. Hayes.

14  BY MS. SALESKI:

15  Q    Okay, tell the jury what this is, Mr. Manuele?

16  A    This is a shipping orbit map that we use to determine

17  which breweries will ship product to which parts of the

18  country.

19  Q    Okay.  And then does this shipping orbit map fairly and

20  accurately represent the breweries and their orbits in 2001?

21  A    Yes, it does.  The map is fairly stable.  It really

22  doesn't change much from year to year.

23  Q    Okay.  So tell the jury where the Eden or the number

24  five brewery is on this map?

25  A    Well, that's Eden, North Carolina.

1    Q    Okay.  And does this Eden, North Carolina orbit, does

2    it include Manhattan?

3    A    Yes, it does.

4    Q    Okay.  Let's go back to the bottom of the can.  So

5    you've told us about the number five.  Can you tell us about

6    the next numbers?

7    A    Right.  So in addition to the brewery production we

8    also identify the line that the beer was packaged on.  And

9    we also identify what time of day the product was packaged.

10   So this two digit code 06 represents the number six can line

11   in the Eden brewery.  And then the last twos digits are the

12   time stamp that I referred to.  And we use a 15 minute

13   interval clock.  So if those two digits were zero zero, it

14   would 12:00 a.m.  And if was zero one, it would be quarter

15   past twelve.  If it were zero four, it would be one o'clock

16   in the morning.

17        In this case the 17 represents 4:15 a.m.  And because

18   it's a 15 minute interval clock, it means that this can was

19   produced somewhere between 4:15 a.m. and 4:29 a.m. because

20   the code would change again at 4:30.

21   Q    Okay.  So total this all up for the jury.  Looking at

22   the alphanumerics on the bottom of the can, what can you

23   tell the jury about Government's Exhibit 52C, the can in

24   there?

25   A    Based on the code, I would say that this can was filled

1    at -- I'm sorry, on November 15th, 2001 at the Eden, North

2    Carolina brewery on can line six, somewhere between

3    4:15 a.m. and 4:29 a.m.

4    Q    Okay.  You said it was filled November 15th, 2001, did

5    you mean --

6    A    I'm sorry, it would be filled on July 19th, 2001, the

7    freshness code would have been reached on November 15th,

8    2001.

9    Q    Okay.  So based on your experience of how -- when would

10   this can have hit retail shelfs in 2001?

11   A    Typically it takes approximately two to three weeks

12   from the date of packaging to retail.  So having filled the

13   can on November 19th, I would expect this -- I'm sorry, on

14   July 19th, I would expect this product to have been in

15   market somewhere in early August of 2001.

16   Q    Okay.  And when would this can have been pulled from

17   the shelves if it had been on the shelf still?

18   A    Again based on the freshness coding, we would expect

19   that our distributor network and retail would go in and pull

20   the product off shelf by July 15th -- November 15th, 2001,

21   I'm sorry.

22            MS. SALESKI:  Thank you, Your Honor, I have no

23   further questions.

24            THE COURT:  Cross-examination?

25

1                          **CROSS-EXAMINATION**

2    BY MR. HARDIN:

3    Q    Good morning.

4    A    Good morning, sir.

5    Q    I don't believe we've ever met, have we?

6    A    No, we have not.

7    Q    I believe you said the distribution point from Eden,

8    North Carolina included Manhattan; is that right?

9    A    Yes, sir.

10   Q    It also includes Long Island and Breezy Point; does it

11   not?

12   A    Yes, sir.

13   Q    Okay.  It includes the --

14   A    I'm sorry, sir, what was the second city?

15   Q    I believe it's Breezy Point, Breeze point?

16   A    I don't know where that --

17   Q    That's assuming that's in the Long Island area.

18   A    Then yes.

19   Q    Anything outside -- assume a suburb of New York would

20   include that; right?

21   A    Correct.

22   Q    If I remember correctly, without putting the exhibit

23   up, that it goes all the way up to Maine?

24   A    I believe that was --

25   Q    And comes all the way down past North Carolina; right?

1  A     Yes, sir.

2  Q     Okay.  So the distribution point for that could have

3  been anywhere from Maine to North Carolina; is that a fair

4  statement?

5  A     Yes, sir.

6  Q     And the time frame that you're talking about could be

7  anywhere from July the 19th to you think the distributor in

8  your normal procedure by November the 15th would have taken

9  it off the shelf?

10 A     That's correct.

11 Q     So that would mean, would it not, that when you

12 estimate it would go on the shelves early August, it could

13 have stayed on the shelf for several months, couldn't it?

14 A     Correct.

15 Q     And the only thing that would happen with it is, is

16 that ultimately following y'all's policies somebody is

17 supposed to come take it off the shelf by November 15th?

18 A     That's correct.

19 Q     You have, of course, no idea whether or not it was

20 there during the months of September; right?

21 A     No, sir.

22 Q     No idea whether it was still on the shelf in October?

23 A     No, sir.

24 Q     For all you know, would you agree with me, based on the

25 time frames you set up with the Government, that this beer

1    can could have been on the shelves and not used or sold

2    until after the third week in October?

3    A    That's correct.

4    Q    You don't sell it to keep needles, do you?

5    A    I'm sorry?

6    Q    You don't sell these beer cans to keep needles, do you?

7    A    No, sir.

8    Q    Okay.

9         MS. SALESKI:  Objection.

10        THE COURT:  Sustained.

11        MR. HARDIN:  Thank you very much.  Have a good

12   day.

13        THE COURT:  Redirect?

14        MS. SALESKI:  Nothing.  Thank you, Your Honor.

15        THE COURT:  Any questions from the jury?

16        Thank you, sir.  Next witness.

17        [Witness excused.]

18        THE COURT:  I guess we'll take our ten minutes

19   now.

20        THE DEPUTY CLERK:  All rise.  This Honorable Court

21   stands in a ten-minute recess.

22        [Thereupon, Jury exits courtroom at

23        11:48 a.m.]

24        [Thereupon, recess taken at 11:48 a.m.,

25        resuming at 11:58 a.m.]

1          [Thereupon, Jury enters courtroom at

2     12:02 p.m.]

3          THE COURT:  You can be seated.

4          Next witness.

5          MR. GUERRERO:  Your Honor, the Government's next

6     witness is Alexander Lowrey.

7          THE DEPUTY CLERK:  Sir, please raise your right

8     hand.

9          **ALEXANDER LOWREY, GOVERNMENT WITNESS, SWORN**

10          THE WITNESS:  Yes, ma'am.

11                    **DIRECT EXAMINATION**

12     BY MR. GUERRERO:

13     Q     Good afternoon, sir.

14     A     How's it going.

15     Q     I'm going to ask you just to get a little bit closer to

16     that mic, everybody needs to hear you, okay?

17     A     Yes, sir.

18     Q     And can you just tell us in a loud voice your first and

19     last name and spell each, please?

20     A     Yes, that's Alexander Lowery, A-L-E-X-A-N-D-E-R,

21     L-O-W-R-E-Y.

22     Q     Mr. Lowrey, how old are you?

23     A     Twenty-five.

24     Q     And where did you grow up?

25     A     I was born in Miami, but I lived in Weston, Florida.

1   Q    Are you presently employed?

2   A    Yes.

3   Q    What do you for a living?

4   A    I work for a seafood distribution company.

5   Q    Is that a private company or is it a commercial

6   company?

7   A    I don't know, my old man owns it.

8   Q    You said your old man as in your father?

9   A    Yes, sir.

10  Q    Okay.  It's a family business, then?

11  A    Yes, sir.

12  Q    How long have you been with your family business?

13  A    Two years.

14  Q    How long has your dad has this company?

15  A    Twenty years.

16  Q    Did you stay the town that you grew up in, I can't

17  recall?

18  A    Weston, yes.

19  Q    Let's make sure you speak right into that mic, okay?

20  All right, just spell Weston for us.

21  A    W-E-S-T-O-N.

22  Q    And for those of us not familiar with Florida, relative

23  to Miami, Florida, where is a Weston?

24  A    Eight exits up, so eight miles till you hit Miami.

25  Q    So it sounds like it's a little bit north of Miami?

1    A    Yes.

2    Q    All right.  And that's where you grew up?

3    A    Yes.

4    Q    And did you complete high school?

5    A    Yes, sir.

6    Q    While in high school, did you play any sports?

7    A    Yes, sir.

8    Q    What kind of sports did you play?

9    A    I played football for a year, and I played baseball.

10   Q    Of the two, which was your favorite sport?

11   A    Baseball.

12   Q    Did you go to college?

13   A    Yes, sir.

14   Q    Which college did you attend?

15   A    University of Louisville.

16   Q    Is that in Kentucky?

17   A    Yes.

18   Q    Did you play baseball there?

19   A    Yes, sir.

20   Q    What position?

21   A    Outfielder.

22   Q    Did you complete your studies at the University of

23   Louisville?

24   A    Yes, sir.

25   Q    And what year was that?

1    A    I was there '05 to '09.

2    Q    Okay.  So then from '09 to the present, you've been

3    working with your dad?

4    A    Yes, sir.

5    Q    Did you pursue a baseball career or did you have

6    ambitions of a baseball career?

7    A    Yes, sir.

8    Q    And what happened there?

9    A    I got hurt, wasn't good enough.

10   Q    Okay.  Now, with that background in mind, I want to

11   take you back, okay, you said you're twenty-five years old;

12   right?

13   A    Yes, sir.

14   Q    I want to take you back to 1998, the summer of 1998,

15   you with me?

16   A    Yes, sir.

17   Q    All right.  Do you recall how old you were back in the

18   summer of 1998?

19   A    Eleven years old.

20   Q    And do you remember where you used to live in the

21   summer of 1998?

22   A    Yes, sir, in Weston.

23   Q    The same place that you presently live now?

24   A    Yes.

25   Q    Is that your -- the home of your mom and father?

1    A    Yes, sir.

2    Q    Okay.  And what's your father's name?

3    A    Scott, Scott Lowrey.

4    Q    What's your mother's name?

5    A    Elizabeth Lowrey.

6    Q    Do you have -- let's go back in time, okay, back to

7    '98, back then you said you were eleven.  Do you have any

8    siblings?

9    A    Yes, sir.

10   Q    And how many siblings do you have?

11   A    I have one brother and two sisters.

12   Q    Within the siblings, who is the oldest?

13   A    I am.

14   Q    And who's next in line?

15   A    My little brother.

16   Q    What's his name?

17   A    Ryan Lowrey.

18   Q    How old is he?

19   A    Nineteen.

20   Q    So back in '98, he would have been?

21   A    Seven.

22   Q    Okay.  And below Ryan would have been whom?

23   A    Natalia.

24   Q    And how old was she back in '98?

25   A    She was six.

1    Q    And was there a new addition back in the summer of '98

2    to the Lowrey family?

3    A    Yes, sir.

4    Q    And who was that?

5    A    Isabella.

6    Q    And Isabella was how old back in the summer of '98?

7    A    A month.

8    Q    Now, were you playing any sports back when you were

9    eleven years old and living in Weston?

10   A    Yes, sir.

11   Q    What kind of sports did you play?

12   A    Football and baseball.

13   Q    And again I ask of the two, which one was your

14   favorite?

15   A    Baseball.

16   Q    In Weston, Florida, when you were eleven years old,

17   were you aware of any professional athletes that used to

18   live in your neighborhood?

19   A    Yes, sir.

20   Q    Which ones were you aware of?

21   A    Dan Marino, Bobby Bonilla and José Canseco.

22   Q    Let's take them one-by-one, okay?  Dan Marino, you knew

23   that person to who?

24            THE COURT:  Is that relevant to this case?

25            MR. GUERRERO:  Going very quickly, Judge.

```
 1              THE COURT:  Did he have anything to do with this?

 2              MR. GUERRERO:  He does not.

 3              THE COURT:  Okay, let's move on then.

 4   BY MR. GUERRERO:

 5   Q    Who was the other person that you said?

 6   A    Bob Bonilla and José Canseco.

 7   Q    All right.  Let's focus then on José Canseco, all

 8   right.  Did you know who that person was?

 9   A    Yes, sir.

10   Q    How did you know who that person was?

11   A    Seen him on TV.

12   Q    And what sport did you know he played?

13   A    Baseball.

14   Q    How long did Mr. Canseco live in that neighborhood, do

15   you remember?

16   A    Not a hundred percent.

17   Q    Okay.  Did you follow baseball at the time?

18   A    Yes, sir.

19   Q    Which was your favorite team?

20   A    Florida Marlins.

21   Q    The Florida Marlins?  Did you know who Mr. Canseco

22   played for back in '98?

23   A    Yes, sir.

24   Q    Which team did he play for?

25   A    Toronto Blue Jays.
```

1  Q    Were you aware of whether or not, now I want to focus

2  your attention even closer, okay.  And particularly the

3  month of June of 1998, you with me?

4  A    Yes, sir.

5  Q    Were you following the Florida Marlins' schedule then?

6  A    Schedule, no, but I watched, you know, I watched the

7  games on TV.

8  Q    Okay.  And were you aware back then in June of '98

9  whether the Florida Marlins were going to play the Toronto

10 Blue Jays?

11 A    Yes, sir.

12 Q    And what made you become aware of that?

13 A    Just we had somebody that worked for us that let us

14 know.

15 Q    Okay.  The name Frank Pascual, do you know who that is?

16 A    Yes, sir.

17 Q    Who is that?

18 A    He was a handyman.

19 Q    And was that the person that used to work for you?

20 A    Yes, sir.

21 Q    Now, with him in mind, Mr. Pascual, did he have any

22 connection at all to you visiting Mr. Canseco's house?

23 A    Yes, sir.

24 Q    And how did that happen?

25 A    He did some work for Canseco as well, and just let

```
 1    us -- you know, he told me if I'd like to go over there,

 2    and, of course, I said -- I said yes.

 3    Q    Okay.  And what was your understanding as to what was

 4    going on at Mr. Canseco's house in June of '98?

 5    A    That there was going to be some ball players over

 6    there.

 7    Q    Which ball players?

 8    A    The players from the Toronto Blue Jays.

 9    Q    Okay.  And were you interested in going?

10    A    Yes, sir.

11    Q    Had you ever been to Mr. Canseco's house before this

12    occasion?

13    A    No, sir.

14    Q    What did you have to do in order to go to this event?

15    A    I had to get permission from my mom.

16    Q    How did that go?

17    A    It went well.

18    Q    All right.  So did you actually go?

19    A    Yes, sir.

20    Q    Who took you to Mr. Canseco's house?

21    A    My mom.

22    Q    How far was your home from Mr. Canseco's home?

23    A    A mile.

24    Q    Was it a little longer?

25    A    Well, it's a mile there, a mile back.
```

1   Q    Okay.  So round trip, about two miles?

2   A    Yes, sir.

3   Q    It wasn't that far, then?

4   A    No, sir.

5   Q    Did you walk or did you take a car?

6   A    We drove.

7   Q    Your mother drove you?

8   A    Yes, sir.

9   Q    Did anyone else go in with you in addition to you and

10  mother?

11  A    No, sir.

12  Q    All right.  What time do you think you arrived at

13  Mr. Canseco's house?

14  A    Between twelve and one.

15  Q    Twelve noon and 1:00 p.m.?

16  A    Yes, sir.

17  Q    And when you arrived at Mr. Canseco's house, I think

18  you mentioned that was the first time you had been there?

19  A    Yes, sir.

20  Q    Okay.  Let me show you some exhibits.

21          MR. GUERRERO:  If we can pull up Government's

22  Exhibit 95B, as in boy, I think it's already admitted, the

23  first -- that page.  Ninety-five B.

24          THE DEPUTY CLERK:  I have 95B.

25          MR. GUERRERO:  Admitted.

1              MR. HARDIN:  I think, if I can, he has shown him

2    the photograph, if he intends to show, we have no objection

3    to --

4              THE COURT:  Very well.  I think this one has

5    because it was marked on.

6              MR. HARDIN:  This one is in.

7    BY MR. GUERRERO:

8    Q    All right, 95B, can you see that up on the screen?

9    A    Yes, sir.

10   Q    All right.  I'm going to -- can you see by looking at

11   this photograph whether or not you recognize the home of

12   Mr. Canseco?

13   A    Yes, sir.

14   Q    All right.  And you can actually touch the screen on

15   this, okay, so can you draw a box, using your finger, draw a

16   box around Mr. Canseco's home, all of it.

17   A    [Witness complies.]

18   Q    Okay.  And it looks like you have drawn a partial box

19   around that entire -- looks like multi-building home at the

20   end of that peninsula there; is that right?

21   A    Yes, sir.

22   Q    And that's Government's Exhibit 95B.  Okay.

23        Now, when you arrived there at that home, where did you

24   go in order to get inside the house?

25   A    To the front door.

1    Q     And can you point to that for us?

2    A     Yes, sir.  [Indicating.]

3    Q     All right.  And who arrived with you at the front door?

4    A     My mother.

5    Q     And when you arrived at the front door, before anyone

6    answers it, can you hear any voices?

7    A     Yes, sir.

8    Q     And what did you do when you heard the voices?

9    A     Just looked around.

10   Q     Could you tell where they were coming from?

11   A     Yes, sir.

12   Q     And show us where they were coming from?

13   A     [Indicating.]

14   Q     All right.  And you've circled 95B, the left portion of

15   the home.  Could you tell right when you're standing at the

16   front door what was going on there?

17   A     No, sir.

18   Q     What did it sound like to you?

19   A     People having a good time.

20   Q     Did you hear any music?

21   A     Do not remember.

22   Q     Could you hear any splashing, like splashing of water?

23   A     Do not remember.

24   Q     How long did you stay at their front door?

25   A     Not long.

1   Q     What happened then?

2   A     Somebody came -- Frank came to the door and got me, got

3   me set up.

4   Q     Frank Pascual, the handyman?

5   A     Yes, sir.

6   Q     Did anyone else show up with him?

7   A     No, sir.

8   Q     Okay.  And once Mr. Pascual showed up, where did your

9   mother go?

10  A     My mother, she left.

11  Q     What did you do next once Mr. Pascual answered the

12  front door?

13  A     Couple minutes after that went on a tour.

14  Q     All right.

15          MR. GUERRERO:  I'm going to move into evidence at

16  this time, with the Court's permission, these are the

17  exhibits Mr. Hardin was referring to, 95C, as in cat, 95D,

18  as in David, 95E, as in Earl, 95F, as in Frank, 95G, as in

19  giant, and 95H, as in Harry.

20          THE COURT:  Very well, they'll be admitted without

21  objection.

22          [Thereupon, Government's Exhibit Nos.

23      95C, 95D, 95E, 95F, 95F, 95H admitted into

24      evidence.]

25

1  BY MR. GUERRERO:

2  Q    Sir, when you went inside and went on this tour, tell

3  us who provided the tour?

4  A    Mr. Canseco.

5  Q    And when Mr. Canseco provided the tour, was there

6  anyone else with you on the tour?

7  A    Yes, sir.

8  Q    About how many people were with you?

9  A    Ten, 15 people.

10  Q    Were they adults?

11  A    Yes, sir.

12  Q    Were there any children?

13  A    Couple.

14  Q    Was there a particular child or youth, let me say, that

15  caught your attention?

16  A    Once I found out who they were, yes.

17  Q    Okay, and who were they?

18  A    The Clemens' children.

19  Q    Anyone in particular that caught your attention?

20  A    Yes, his older son.

21  Q    And do you remember that person's name?

22  A    Colby.

23  Q    When you first start to take the tour, you said you got

24  there between twelve and one, when you first start to take

25  the tour, is Colby Clemens with you on the tour?

1    A    Yes, sir.

2    Q    And back then, is that a male or a female?

3    A    Male.

4    Q    Okay.  And relative to your age, was Colby, did he seem

5    younger or older than you?

6    A    About the same.

7    Q    And what was it about him in particular that caught

8    your attention?

9    A    It was Roger Clemens' son.

10   Q    And roger Clemens, did he mean anything to you at that

11   time?

12   A    Yes, sir.

13   Q    What did he mean to you?

14   A    One of the best pitchers in the game.

15   Q    You looked up to him?

16   A    Yes, sir.

17   Q    Okay.  Where did you first go on this tour now inside

18   Mr. Canseco's home?

19   A    Took a tour of the gym area.

20   Q    And let's look back at 95B, as from boy.  And can you

21   put a box around the first building that you took a tour of?

22   A    Yes, sir.

23   Q    Please.

24   A    [Witness complies.]

25   Q    Okay.  You circled the right-hand building structure in

1   95B, upper right-hand corner.  What was --

2            THE COURT:  Is that correct?

3            THE WITNESS:  Yes, sir.

4   BY MR. GUERRERO:

5   Q    What was that?

6   A    He had an indoor basketball court, a volley ball court,

7   weight room.

8   Q    Was there something about one of those floors that

9   caught your attention.

10  A    It had blue flooring.

11  Q    All right.  Let's take a look at 95C, as in cat.  Do

12  you recognize 95C?

13  A    Yes, sir.

14  Q    What do you recognize it to be?

15  A    The volleyball court.

16  Q    And is that the same volleyball court that you remember

17  seeing back in '98?

18  A    Yes, sir.

19  Q    With the blue floor?

20  A    Yes, sir.

21  Q    How long did you stay there?

22  A    Not long.

23  Q    Was Colby Clemens with you at the time?

24  A    Yes, sir.

25  Q    Any of Colby Clemens's siblings along on the tour as

1    well?

2    A    There was other kids so I would assume, yes.

3    Q    But you can't tell one way or the other?

4    A    No, sir.

5    Q    All right.  In addition to Mr. Canseco, were there any

6    other professional athletes that were on the tour as well?

7    A    Not that I recognized.

8    Q    How long do you think you stayed in that volleyball

9    courtroom?

10   A    Not long, 30 minutes.

11   Q    Where did you go to next?

12   A    Just a tour of the whole thing, and then went outside

13   and started playing some whiffle ball.

14   Q    Okay.  So when you say 30 minutes, are you including 30

15   minutes in all the various rooms inside that gym?

16   A    Yes, sir.

17   Q    All right.  So let me turn your attention then to 95D,

18   as in David, and do you recognize 95D?

19   A    Yes, sir.

20   Q    What is this?

21   A    His gym.

22   Q    Is this one of the rooms that you visited inside that

23   building structure that we talked about, the gym structure?

24   A    Yes, sir.

25   Q    And was Mr. Colby Clemens with you when you were in

1   that room?

2   A    Yes, sir.

3   Q    All right.  You said you visited the room with the blue

4   floor and then this gymnasium.  Did you visit anything else

5   that we haven't shown you?

6   A    Yes, his basketball court.

7   Q    And when you were in the basketball court, was Colby

8   Clemens with you then?

9   A    Yes, sir.

10  Q    All right.  So 30 minutes goes by when you're on this

11  tour, tell us what you did after that?

12  A    After the tour went out and played whiffle ball.

13  Q    All right.  Before you went to play whiffle ball, did

14  you see anybody?

15  A    Yes, sir.

16  Q    Who do you remember seeing?

17  A    José Canseco and Roger Clemens.

18  Q    And where do you remember seeing them?

19  A    Kind of like out in the pool area.

20  Q    All right.

21          MR. GUERRERO:  Ms. Hayes, may we go back to 95B,

22  please?

23  BY MR. GUERRERO:

24  Q    All right.  Can you see that?

25  A    Yes, sir.

1   Q    All right.  So you were in this building here?

2   A    Yes, sir.

3   Q    When you came out of that building, tell us where you

4   walked to?

5   A    Walked over to the pool area.

6   Q    All right.  And so let me clear my circle and show us

7   the pool area that you went to, circle it.

8   A    [Witness complies.]

9   Q    All right.  And you've put a red circle on the left

10  portion of the exhibit; is that correct?

11  A    Yes, sir.

12  Q    All right.  When you went to that pool area, where do

13  you remember seeing José Canseco and Roger Clemens?

14  A    In the bar area.

15  Q    And how long did you stay there in that pool area?

16  A    Not very long at all.

17  Q    Could you see any other people at that time?

18  A    Yes, sir.

19  Q    About how many people did you see?

20  A    Twenty.

21  Q    And what did it appear to you like they were doing?

22  A    Having a good time.

23  Q    Was there any food being prepared?

24  A    Yes, sir.

25  Q    Were there any people in the pool?

1   A    I do not remember.

2   Q    Okay.  And was Colby Clemens with you at the time when

3   you first went over there to the pool area or do you not

4   recall?

5   A    I do not recall.

6   Q    How long did you stay there that first time when you

7   saw Mr. Clemens and Mr. Canseco?

8   A    Briefly.

9   Q    Following that, where did you go?  Let me clear this

10  first and you can show us.  Where did you go next?

11  A    [Indicating.]

12  Q    All right.  And it looks like you made a red circle

13  just about right on top of the roundabout.  Is that the main

14  entrance to Mr. Canseco's home?

15  A    Yes, sir.

16  Q    And it looks like it's in between the main entrance and

17  also the gym structure; is that correct?

18  A    Yes, sir.

19  Q    What was over there?

20  A    A grassy area where we could play some whiffle ball.

21  Q    Who did you go there with?

22  A    All the kids that were there.

23  Q    And what did do you with the other kids once you

24  arrived at that area?

25  A    Started playing whiffle ball.

 1   Q    And whiffle ball is a form of baseball?

 2   A    Yes, sir.

 3   Q    You just use plastic ball and plastic bats?

 4   A    Yes, sir.

 5   Q    How long did you play whiffle ball?

 6   A    About an hour.

 7   Q    And who did you play whiffle ball with?

 8   A    All the children that were there.

 9   Q    Did that include Colby Clemens?

10   A    Yes, sir.

11   Q    How long would you say you played whiffle ball for?

12   A    About an hour.

13   Q    So now it's about 30 minutes, the first tour, about an

14   hour or so playing whiffle ball, and in between there you

15   went to the pool area.  Following whiffle ball, what did do

16   you next?

17   A    Went swimming.

18   Q    And where did you go swimming?  You went back to the

19   same pool area?

20   A    Yes, sir.

21   Q    When you arrived back at the pool area, who did you

22   see?

23   A    Saw everybody that was there, but the two people that

24   stood out was Roger Clemens and José Canseco.

25   Q    How many people do you recall seeing the second time

1    now that you go to the pool area?

2    A    That I do not remember.

3    Q    All right.  What did you do once you went back to the

4    pool?

5    A    Went swimming.

6    Q    And while you were inside the pool, did you recognize

7    anybody?

8    A    When I was in the pool, no.

9    Q    Okay.  Did you remember seeing Mr. Clemens at all while

10   you were in the pool?

11   A    When I was in the pool, no.  After -- after swimming,

12   went to the pool, then I recognized him.

13   Q    Okay.  Tell us how long did you go swimming for, do you

14   remember?

15   A    About an hour, hour and a half.

16   Q    All right.  And then when you finished the swimming,

17   what did you do?

18   A    Went and took some pictures.

19   Q    And who did you take pictures with?

20   A    Mr. Canseco and Mr. Clemens.

21   Q    Who was taking the pictures?

22   A    Frank Pascual.

23   Q    Is that the same handyman?

24   A    Yes, sir.

25   Q    Take a look at Government's Exhibit 95F, admitted.  Do

1   you see 95F, as in Frank?

2   A    Yes, sir.

3   Q    And who do you recognize is in that picture.

4   A    Mr. Clemens.

5   Q    Is that a picture of Mr. Clemens inside of the pool in

6   June of '98?

7   A    Yes, sir.

8   Q    And take a look at Government's Exhibit 95G.  Do you

9   recognize that picture?

10   A    Yes, sir.

11   Q    Who's the tall gentleman wearing the red muscle shirt?

12   A    José Canseco.

13   Q    And who's the little guy there?

14   A    That's me.

15   Q    Take a look at 95H, who's this?

16   A    That's me.

17   Q    You look like, would you describe yourself as being a

18   happy kid there?

19   A    Yeah, I was ecstatic.

20   Q    Why were you ecstatic?

21   A    Not every day you're around professional baseball

22   players.

23   Q    Was that the first time you had been around

24   professional baseball players?

25   A    Yes, sir.

1  Q    And did you ever go to Mr. Canseco's house after that

2  event?

3  A    No, sir, just jogged by it.

4  Q    So that was the one and only time you went there?

5  A    Yes, sir.

6  Q    Did you want to be a professional baseball player at

7  that time?

8  A    Yes, sir.

9  Q    Did you get something to eat at all that afternoon?

10  A    Yes, sir.

11  Q    What did you -- do you remember what it was or not?

12  A    I would assume there were probably hot dogs or burgers,

13  you know, cookout food.

14  Q    Did you ever get a chance to take a photograph with you

15  and Mr. Clemens together?

16  A    Yes, sir.

17  Q    And who took that photograph?

18  A    Frank Pascual.

19  Q    Take a look at Government's Exhibit 95E.  Do you see

20  that?

21  A    Yes, sir.

22  Q    Okay.  There's a gentleman in the pool.  Do you see

23  that?

24  A    Yes, sir.

25  Q    And who is that?

1   A     That's Mr. Clemens.

2   Q     And the young guy there, is that you again?

3   A     Yes, sir.

4   Q     All right.  Was there -- was there something in

5   particular about Mr. Clemens hair that day that caught your

6   attention?

7   A     Yes, sir.

8   Q     What was it?

9   A     Bleach blond.

10  Q     Is it accurately depicted in Government's Exhibit 95E

11  the way it looks there?

12  A     Yes, sir.

13        MR. GUERRERO:  Thank you, Ms. Hayes.

14  BY MR. GUERRERO:

15  Q     All right, sir.  You said you got there anywhere

16  between twelve and one.  And I'd like you to tell the jury

17  what time, how long do you think you stayed at Mr. Canseco's

18  house that afternoon?

19  A     No more than three hours.

20  Q     And when the three hours were up, how did you get home?

21  A     Frank Pascual took me home.

22  Q     How did you get to your house, did you walk or did you

23  take a car?

24  A     No, he drove.

25  Q     Okay.  And when you got to your home, who received you?

1   A      My mom.

2   Q      And were you excited when you got there?

3   A      Absolutely.

4   Q      Did you tell her about your afternoon?

5   A      Yes, sir.

6   Q      Do you remember whether or not this was a weekend or a

7   weekday or do you not know?

8   A      I do not remember.

9   Q      Do you know what happened to Mr. Pascual?

10  A      No, sir.

11  Q      Does he still work for your family?

12  A      No, sir.

13          MR. GUERRERO:  Thank you, Judge.

14          THE COURT:  Do you know how long you're going to

15  be, because I have a 12:30 meeting.

16          MR. HARDIN:  This would be a good time.

17          THE COURT:  Very well.  Then we'll recess at this

18  time and come back at 20 minutes of two, and we'll proceed

19  at that time.  Have a nice lunch.

20          THE DEPUTY CLERK:  All rise.  This Honorable Court

21  stands in recess until 20 of two.

22          [Thereupon, Jury exits courtroom at

23      12:28 p.m.]

24          [Thereupon, Court recessed for lunch at

25      12:28 p.m.]

1

2                              CERTIFICATE

3              I, Cathryn J. Jones, an Official Court Reporter

4    for the United States District Court of the District of

5    Columbia, do hereby certify that I reported, by machine

6    shorthand, the proceedings had and testimony adduced in the

7    above case.

8              I further certify that the foregoing 140 pages

9    constitute the official transcript of said proceedings as

10   transcribed from my machine shorthand notes.

11             In witness whereof, I have hereto subscribed my

12   name, this the 22nd day of May, 2012.

13

14

15

16                        /s/_____
17                        Cathryn J. Jones, RPR
                          Official Court Reporter
18

19

20

21

22

23

24

25

**$**

**$50,000 [1]** 83/13

**.**

**'03 [2]** 29/15 29/16
**'04 [2]** 26/20 95/17
**'05 [2]** 95/9 118/1
**'07 [2]** 53/16 69/25
**'09 [2]** 118/1 118/2
**'98 [13]** 42/25 44/5 44/15 119/7 119/20
119/24 120/1 120/6 121/22 122/8 123/4
130/17 137/6
**'help' [1]** 80/15
**'LA' [1]** 70/10

**.**

**...........................x [1]** 1/8

**/**

**/s [1]** 141/16

**0**

**06 [1]** 109/10
**09-223 [1]** 1/3

**1**

**100 [1]** 3/7
**10019 [1]** 2/6
**10118 [1]** 2/9
**103 [3]** 3/15 3/16 3/17
**10:25 [1]** 58/19
**10:25 a.m [1]** 58/18
**10:33 [1]** 58/20
**10:39 a.m [1]** 61/25
**10th [1]** 49/6
**111 [1]** 3/8
**115 [1]** 3/9
**11:48 [1]** 113/24
**11:48 a.m [1]** 113/23
**11:58 [1]** 113/25
**12 [1]** 29/12
**122 [1]** 51/20
**127 [6]** 3/18 3/19 3/20 3/21 3/22 3/23
**12:00 [1]** 109/14
**12:02 p.m [1]** 115/2
**12:28 p.m [2]** 140/23 140/25
**12:30 [1]** 140/15
**12th [1]** 106/22
**13 [1]** 29/13
**140 [1]** 141/8
**1401 [1]** 1/18
**141 [1]** 52/14
**143 [1]** 52/14
**15 [4]** 101/10 109/12 109/18 128/9
**150,000 [1]** 65/9
**15th [10]** 107/8 107/11 107/23 110/1
110/4 110/7 110/20 110/20 112/8
112/17
**17 [6]** 107/16 107/16 107/24 107/24
107/25 109/17
**1974 [1]** 103/22
**1990 [1]** 45/19
**1993 [1]** 45/19
**1998 [8]** 61/15 92/20 93/7 118/14 118/14
118/18 118/21 122/3
**1999 [2]** 14/12 105/6
**19th [5]** 108/2 110/6 110/13 110/14
112/7
**1:00 p.m [1]** 124/15
**1st [1]** 50/2

**2**

**20 [2]** 140/18 140/21
**2000 [6]** 63/11 74/9 74/16 88/1 88/7

88/14
**20001 [1]** 2/14
**2001 [23]** 6/1 6/4 6/20 26/14 31/18 32/1
32/6 32/14 43/24 88/13 88/18 106/23
107/8 107/11 108/2 108/20 110/1 110/4
110/6 110/8 110/10 110/15 110/20
**2002 [3]** 36/18 42/16 43/21
**2003 [3]** 26/19 26/20 105/6
**2006 [3]** 50/2 69/19 69/22
**2007 [7]** 37/14 41/17 52/12 69/19 69/23
69/24 86/16
**2008 [7]** 22/17 28/8 30/20 33/5 44/22
44/25 49/6
**2009 [1]** 103/23
**2012 [2]** 1/6 141/12
**20515 [1]** 2/4
**20530 [1]** 1/16
**21 [1]** 1/6
**219 [1]** 3/3
**223 [1]** 1/3
**224 [1]** 28/13
**2250 [1]** 1/19
**22nd [1]** 141/12
**24 [1]** 3/5
**26th [1]** 45/19

**3**

**30 [5]** 131/10 131/14 131/14 132/10
135/13
**30,000 [2]** 65/6 83/7
**302 [1]** 22/21
**333 [1]** 2/3
**34 [1]** 101/6
**350 [1]** 2/9
**39 [1]** 33/13

**4**

**403 [1]** 16/8
**4401 [1]** 1/21
**4:15 [2]** 109/17 109/19
**4:15 a.m [1]** 110/3
**4:29 [1]** 109/19
**4:29 a.m [1]** 110/3
**4:30 [1]** 109/20
**4th [1]** 1/15

**5**

**50 [1]** 87/24
**50,000 [3]** 65/7 65/10 83/10
**52C [9]** 104/6 104/12 104/13 104/15
104/16 104/18 105/11 105/12 109/23
**52K-3 [3]** 35/9 35/18 47/15
**555 [1]** 1/15

**6**

**608 [1]** 5/3
**6521 [1]** 2/13
**68A [7]** 3/15 103/12 103/17 104/10
104/13 105/11 105/12
**68B [3]** 3/16 103/17 103/18
**68C [3]** 3/17 103/17 108/13
**6th [3]** 41/17 69/19 69/25

**7**

**75 [1]** 2/6
**77010 [1]** 1/19
**7th [8]** 22/17 28/8 30/20 33/5 44/22
44/25 70/4 86/16

**8**

**82I-1 [2]** 51/11 94/2
**82Q [1]** 27/24
**8:58 [1]** 1/7
**8th [1]** 41/17

**9**

**92121 [1]** 1/22
**95B [8]** 124/22 124/24 125/8 125/22
126/14 129/20 130/1 132/21
**95C [5]** 3/18 127/17 127/23 130/11
130/12
**95D [5]** 3/19 127/17 127/23 131/17
131/18
**95E [5]** 3/20 127/18 127/23 138/19
139/10
**95F [6]** 3/21 127/18 127/23 127/23
136/25 137/1
**95G [3]** 3/22 127/18 137/8
**95H [4]** 3/23 127/17 127/23 137/15
**97 [1]** 3/6
**9:18 [1]** 17/22
**9:24 [1]** 17/23
**9:32 [1]** 23/21
**9:36 [1]** 23/22
**9:38 a.m [1]** 24/4

**A**

**A-L-E-X-A-N-D-E-R [1]** 115/20
**a.m [20]** 1/7 1/10 17/22 17/23 23/21
23/22 24/4 58/18 58/19 58/20 61/25
109/14 109/17 109/19 109/19 110/3
110/3 113/23 113/24 113/25
**a/k/a [1]** 1/6
**ABADY [1]** 2/5
**ability [1]** 16/10
**able [19]** 4/17 6/18 8/6 8/7 9/6 11/14
12/8 12/15 12/25 14/17 18/15 22/14
50/16 56/7 72/2 103/6 103/9 105/19
107/1
**about [220]**
**above [1]** 141/7
**absent [1]** 21/7
**absolutely [2]** 56/24 140/3
**acceptable [1]** 59/10
**access [3]** 68/18 78/7 86/6
**according [2]** 97/22 98/3
**account [3]** 30/21 91/4 92/16
**accuracy [2]** 5/8 8/11
**accurate [9]** 13/2 16/2 26/10 27/17
27/18 29/17 30/1 30/14 30/18
**accurately [3]** 57/14 108/20 139/10
**accused [1]** 9/20
**acknowledging [1]** 5/9
**acquire [1]** 4/15
**acquired [1]** 20/19
**act [1]** 101/16
**actions [1]** 56/22
**actual [3]** 18/19 107/5 107/25
**actually [15]** 7/9 13/16 14/25 20/18
47/20 49/4 72/7 73/12 75/10 78/23
78/24 105/24 107/17 123/18 125/14
**adamantly [1]** 7/21
**add [2]** 39/9 41/3
**addition [4]** 109/7 120/1 124/9 131/5
**additional [4]** 4/24 6/21 79/17 83/10
**address [6]** 24/8 34/13 60/6 60/10 60/25
77/5
**addresses [2]** 79/3 79/4
**adduced [1]** 141/6
**administering [4]** 62/7 80/9 81/17 85/25
**admissible [2]** 4/22 12/23
**admission [2]** 13/17 103/13
**admissions [2]** 13/18 15/4
**admit [1]** 15/5
**admitted [16]** 3/14 5/1 6/14 8/8 12/14
22/2 35/19 47/15 103/15 103/17 104/6
124/22 124/25 127/20 127/23 136/25
**adults [1]** 128/10
**affect [1]** 56/1

**A**

**affects [1]** 17/16
**afraid [1]** 19/4
**after [24]** 25/13 26/14 31/15 46/6 52/14 53/19 55/13 55/16 56/7 59/14 64/4 81/17 81/24 91/15 91/20 99/8 108/4 113/2 127/13 132/11 132/12 136/11 136/11 138/1
**afternoon [4]** 115/13 138/9 139/18 140/4
**again [19]** 10/22 23/4 23/10 51/24 60/17 64/2 67/6 70/17 75/7 78/3 79/12 88/6 88/14 94/16 101/17 109/20 110/18 120/13 139/2
**age [1]** 129/4
**agent [18]** 7/10 10/2 16/7 16/10 18/22 19/2 37/14 41/21 41/23 48/7 49/5 52/15 54/19 61/7 64/4 64/11 81/25 82/6
**agents [2]** 52/1 91/3
**ago [7]** 11/1 29/12 39/25 79/4 96/2 97/17 100/19
**agree [6]** 5/2 11/6 11/7 76/7 94/21 112/24
**agreement [15]** 69/18 69/18 69/20 69/25 70/6 83/15 86/14 86/20 86/22 86/25 87/5 90/11 90/14 94/20 95/1
**ahead [1]** 33/11 38/15 58/23
**aided [1]** 2/17
**alcoholic [1]** 101/21
**Alexander [5]** 3/9 61/4 115/6 115/9 115/20
**alive [1]** 13/6
**all [93]** 4/5 6/25 8/14 8/21 12/2 14/17 14/18 15/19 15/20 15/25 16/1 17/20 18/6 19/16 25/10 25/16 33/3 33/7 34/9 35/18 35/22 39/18 47/20 48/17 56/15 58/15 60/5 64/9 66/4 70/25 72/5 72/17 72/18 73/15 74/1 76/23 76/24 91/24 94/19 97/21 98/21 98/25 99/6 99/12 99/22 101/18 101/22 102/15 104/4 109/21 111/23 111/25 112/24 113/20 116/20 117/2 118/17 121/7 121/7 122/22 123/18 124/12 125/8 125/10 125/14 125/16 126/14 127/14 130/11 131/5 131/15 131/17 132/3 132/10 132/13 132/20 132/24 133/1 133/6 133/9 133/12 133/16 134/12 134/22 135/8 136/3 136/9 136/16 138/9 139/4 139/15 140/20
**allegation [1]** 6/24
**allegations [5]** 5/10 7/12 7/16 15/24 39/7
**alleged [2]** 15/24 84/11
**allegedly [4]** 4/21 22/15 37/6 79/24
**allow [1]** 33/18
**allowed [13]** 6/13 6/16 6/17 8/4 8/10 8/21 16/17 19/10 19/19 19/20 33/21 59/13 79/21
**allows [2]** 8/20 47/23
**almost [2]** 48/10 59/6
**along [5]** 18/6 39/18 64/9 105/16 130/25
**alpha [1]** 107/2
**alphanumerics [1]** 109/22
**already [25]** 10/21 11/15 19/5 19/20 30/9 42/19 64/1 67/13 69/14 75/6 76/4 76/5 76/7 83/25 85/12 85/12 86/8 86/12 90/15 92/24 93/3 99/2 99/3 99/7 124/22
**also [30]** 2/2 4/7 4/10 4/18 5/17 8/22 9/6 9/20 9/20 12/16 39/9 47/23 51/8 53/6 61/5 71/16 77/5 85/8 90/8 101/16 102/17 102/20 103/4 104/1 104/9 108/6 109/8 109/9 111/10 134/17
**always [7]** 7/8 13/2 43/2 43/20 48/18 48/20 96/6

**am [2]** 102/4 119/13
**ambitions [1]** 118/6
**AMERICA [1]** 1/3 75
**amplification [1]** 66/17
**anabolic [1]** 14/13
**analogous [2]** 13/19 20/5
**and/or [3]** 75/8 87/20 88/22
**Andy [3]** 4/18 36/23 77/20
**another [11]** 9/14 9/17 20/15 22/11 23/12 31/19 36/9 36/9 36/20 46/10 66/12 71/19 73/19 74/13 99/21
**answer [9]** 30/4 30/6 46/22 46/24 66/12 71/19 73/19 74/13 99/21
**answered [3]** 30/18 93/7 127/11
**answers [3]** 31/10 60/12 126/6
**Anthony [3]** 3/7 100/3 100/10
**anxiety [1]** 26/5
**any [53]** 7/25 10/16 16/16 22/24 23/25 26/14 32/23 32/25 34/6 35/5 40/24 49/4 49/7 49/9 50/18 51/17 52/24 53/17 55/22 58/9 59/3 60/5 61/16 62/2 62/16 63/14 65/13 66/5 66/9 67/5 67/7 67/22 74/23 76/6 77/1 77/10 89/7 107/18 113/15 117/6 119/7 120/8 120/17 122/21 126/6 126/20 126/22 128/12 130/25 131/5 133/17 133/23 133/25
**anybody [4]** 27/13 77/4 132/14 136/7
**anymore [2]** 25/7 56/2
**anyone [6]** 32/24 124/9 126/5 127/6 128/6 128/19
**anything [19]** 16/14 21/20 43/14 49/21 53/17 53/23 59/12 61/9 65/7 65/10 65/11 66/24 83/12 88/5 106/5 111/19 121/1 129/10 132/4
**anyway [2]** 55/19 79/11
**anywhere [4]** 43/9 112/3 112/7 139/15
**apologize [3]** 26/1 26/6 37/17
**apparatus [1]** 47/8
**appear [2]** 59/23 133/21
**APPEARANCES [2]** 1/12 2/1
**appeared [1]** 50/2
**appearing [1]** 2/2
**appears [1]** 70/10
**apply [1]** 70/3
**appreciate [1]** 13/7
**approach [9]** 17/24 22/8 27/20 33/15 37/18 54/7 57/22 62/4 104/7
**approached [1]** 87/25
**appropriate [13]** 9/4 9/12 11/18 12/21 14/24 22/4 30/25 59/4 59/7 59/8 59/17 67/11 80/6
**approximately [4]** 43/6 46/9 101/6 110/11
**April [1]** 45/19
**April 26th [1]** 45/19
**are [43]** 5/10 5/17 8/2 9/23 11/5 13/19 14/13 15/5 17/2 22/22 24/15 25/14 28/17 47/8 47/25 48/5 50/23 51/25 56/11 56/13 57/3 62/2 66/15 70/18 71/21 72/7 72/9 73/8 73/17 76/14 76/17 81/1 91/13 100/14 101/11 101/13 102/2 106/24 109/11 115/22 116/1 127/16 131/14
**area [19]** 47/24 58/6 59/15 101/10 111/17 129/19 132/19 133/5 133/7 133/12 133/14 133/15 134/3 134/20 134/24 135/15 135/19 135/21 136/1
**areas [1]** 97/11
**arguing [1]** 10/14
**argument [1]** 60/20
**around [10]** 86/17 92/19 96/6 100/22 125/16 125/19 126/9 129/21 137/21 137/23
**arrangements [1]** 20/25
**arrived [7]** 124/12 124/17 125/23 126/3 126/5 134/24 135/21

**arsenal [1]** 5/16
**art [4]** 103/24 104/1 104/21 106/23
**article [3]** 50/10 50/18 70/10
**as [96]** 4/15 7/12 8/4 8/5 8/11 8/16 8/16 8/24 9/9 9/9 10/17 11/10 11/13 11/19 14/25 15/9 15/17 16/1 16/1 16/7 16/10 19/6 19/6 20/16 22/4 22/13 22/13 22/21 22/22 22/25 27/4 27/11 27/24 33/19 37/9 40/10 40/14 41/6 41/7 42/9 42/15 45/17 50/10 52/22 52/23 53/3 56/25 58/7 62/20 63/3 68/12 68/16 70/16 70/17 70/19 72/12 77/7 77/23 79/18 80/8 80/21 81/20 88/13 92/12 93/5 94/24 100/10 101/11 101/11 101/14 101/16 101/16 101/16 101/17 104/6 105/16 106/17 107/13 116/8 122/25 123/3 124/22 127/17 127/18 127/18 127/18 127/19 129/20 130/11 130/25 131/6 131/18 137/1 137/17 141/9
**Asia [1]** 85/23
**ask [85]** 5/23 8/7 15/3 18/7 18/7 21/4 24/23 26/7 26/12 28/19 30/23 31/11 32/6 32/20 34/12 34/25 35/3 35/8 35/19 36/18 40/2 42/11 42/15 42/15 43/19 44/4 44/15 49/2 49/12 50/9 52/8 52/14 53/17 54/6 54/9 54/11 56/15 56/15 57/10 58/3 58/4 59/19 61/19 64/18 65/4 65/5 66/4 66/5 67/4 67/20 68/16 69/10 70/15 72/4 73/19 73/25 74/3 74/22 75/17 76/8 76/25 77/16 78/9 78/9 78/12 78/14 79/8 79/16 79/19 80/1 80/3 80/4 84/24 88/10 89/13 90/4 92/8 97/2 98/13 104/9 106/3 106/7 115/15 120/13 141/9
**asked [84]** 11/24 24/17 25/22 25/24 26/7 26/13 27/3 27/11 29/6 29/11 29/23 32/20 33/20 34/4 34/9 42/12 43/19 44/4 44/6 44/16 44/20 44/21 44/24 45/1 45/4 45/5 45/6 45/9 45/13 45/20 46/13 46/18 46/20 49/2 50/1 52/8 52/9 53/20 53/25 57/10 59/2 59/6 60/3 60/11 66/1 67/7 67/14 68/24 69/7 72/10 72/10 74/4 74/7 74/10 74/15 78/10 78/15 79/2 79/11 80/16 82/5 84/15 84/23 87/12 88/1 88/3 88/7 89/9 90/4 91/8 92/1 92/8 92/12 92/20 92/21 92/22 93/4 93/5 93/14 93/21 96/18 97/7 97/12 99/19
**asking [18]** 26/13 27/6 27/9 59/15 63/6 63/8 63/9 65/11 69/1 69/2 70/2 70/5 72/6 76/6 78/4 78/22 79/14 88/3
**aspect [2]** 6/18 6/21
**aspects [2]** 6/19 7/23
**assault [1]** 6/24
**asserted [1]** 18/24
**assertion [1]** 60/11
**assess [3]** 38/19 40/10 40/18
**assessing [5]** 4/22 37/24 39/9 40/12 40/15
**assessment [5]** 9/2 17/7 37/9 38/18 41/7
**Assistant [1]** 37/15
**ASSOCIATES [1]** 1/18
**association [5]** 8/15 8/20 9/1 39/1 66/21
**assume [14]** 15/9 15/11 67/23 67/25 68/2 68/13 68/15 68/16 69/14 76/1 85/2 111/19 131/2 138/12
**assumed [1]** 68/7
**assuming [1]** 111/17
**assumption [3]** 69/12 86/10 92/23
**assure [1]** 51/16
**athletes [6]** 56/8 56/10 56/11 56/13 120/17 131/6
**Attanasio [2]** 1/20 71/23
**attend [1]** 117/14
**attention [9]** 25/10 61/13 122/2 128/15 128/19 129/8 130/9 131/17 139/6

## A

attorney [4] 37/15 64/3 81/23 82/16
ATTORNEY'S [1] 1/15
attorneys [3] 64/9 64/12 64/15
auction [1] 24/18
August [2] 110/15 112/12
AUSA [4] 1/13 1/13 1/14 1/14
authenticated [1] 72/11
authorities [3] 10/3 16/21 20/7
authority [4] 5/6 64/21 65/3 83/3
authorized [1] 77/17
available [1] 61/20
Avenue [2] 2/9 2/13
avoid [3] 5/25 23/25 66/21
aware [6] 5/22 120/17 120/20 122/1
122/8 122/12

## B

back [56] 13/6 13/24 29/23 33/21 38/6
42/16 44/5 45/13 52/5 55/2 56/4 56/16
56/17 65/23 73/16 75/25 76/3 85/8
85/17 88/10 88/12 91/21 91/21 92/19
92/20 96/16 97/12 98/6 99/8 104/14
107/24 107/25 108/1 109/4 118/11
118/14 118/17 119/6 119/6 119/7
119/20 119/24 120/1 120/6 120/8
121/22 122/8 123/25 129/2 129/20
130/17 132/21 135/18 135/21 136/3
140/18
background [1] 118/10
bag [1] 48/24
balance [2] 77/9 79/4
ball [26] 4/18 5/1 11/5 14/10 30/24 31/5
37/7 40/21 41/5 41/10 56/2 123/5 123/7
130/6 131/13 132/12 132/13 134/20
134/25 135/1 135/3 135/5 135/7 135/11
135/14 135/15
bank [1] 91/4
bar [1] 133/14
barbecue [1] 85/9
barn [1] 11/1
barred [1] 5/3
baseball [17] 4/11 25/14 53/5 55/2 117/9
117/11 117/18 118/5 118/6 120/12
120/15 121/13 121/17 135/1 137/21
137/24 138/6
based [18] 14/9 31/6 68/4 75/21 75/24
79/14 89/8 93/1 93/2 104/25 105/1
105/8 106/23 107/12 109/25 110/9
110/18 112/24
basically [5] 31/11 37/24 51/17 65/22
104/1
basis [1] 19/2
basketball [3] 130/6 132/6 132/7
bathroom [1] 97/15
bats [1] 135/3
be [131] 4/17 5/22 6/16 6/18 7/11 7/16
8/1 8/4 8/6 8/7 8/10 8/10 8/21 9/3 9/6
9/11 10/1 10/14 11/14 11/14 12/8 12/10 12/17
12/21 12/23 12/25 13/12 13/17 14/2
14/6 14/9 14/10 15/8 15/11 15/11 16/2
16/8 16/9 16/11 18/5 18/11 18/15 19/17
19/19 19/20 20/5 21/12 22/21 22/24
24/5 27/4 30/10 30/25 31/15 33/21 37/1
37/21 38/9 38/20 38/23 38/24 39/19
47/8 47/19 48/3 49/14 49/24 51/7 51/18
52/23 53/10 56/4 58/21 59/13 59/19
59/20 60/5 60/18 60/21 61/4 61/19
61/19 62/1 63/25 64/20 64/20 65/1 65/9
66/16 66/22 67/1 67/7 67/10 67/15
68/11 69/11 72/2 72/10 73/7 73/14
73/18 74/1 74/18 79/21 81/19 82/7
82/25 87/16 92/19 98/8 102/20 103/5
103/6 103/9 103/15 104/1 104/25 106/9

belief [13] 49/13
blood [1] 139/9
blood [9] 49/14 49/16 49/20
blue [9] 48/2 81/2 98/15 121/25 122/10
123/8 130/10 130/19 132/3
Bob [1] 121/6
Bobby [1] 120/21
body [10] 30/12 47/12 47/18 47/19
47/22 47/22 47/24 48/9 48/10 86/3
bodybuilder [2] 30/10 86/4
bodybuilding [1] 30/9
bol [1] 14/13
Bonilla [2] 120/21 121/6
booty [1] 80/17
born [1] 115/25
Boston [1] 7/17
both [14] 10/11 10/12 10/20 70/24 71/13
71/22 72/16 72/22 80/24 80/25 87/8
88/24 88/25 94/16
bottled [1] 102/9
bottles [1] 98/15
bottom [6] 104/5 105/14 105/21 106/4
109/4 109/22
boundaries [1] 16/16
boutonnieres [1] 96/18
box [11] 32/22 32/25 34/7 34/8 35/4
35/4 35/6 125/15 125/16 125/18 129/21
boxes [6] 66/7 84/8 92/9 92/11 92/13
92/17
boy [2] 124/22 129/20
brand [3] 103/1 103/2 104/2
bread [1] 107/18
breadth [1] 37/23
break [4] 18/4 48/12 58/11 58/12
breaks [2] 25/24 26/1
Breeze [1] 111/15
Breezy [2] 111/10 111/15
breweries [5] 102/5 102/7 108/9 108/17
108/20
brewery [8] 102/16 108/6 108/8 108/10
108/24 109/7 109/11 110/2
Brewing [2] 100/19 100/20
Brian [2] 2/5 3/5
bridge [1] 101/17
bridge-point [1] 101/17
brief [8] 8/6 17/21 34/23 58/16 61/1 62/3
73/3 93/18
briefed [1] 4/6
briefly [4] 25/25 58/21 61/6 134/8
BRINCKERHOFF [1] 2/5
bring [13] 4/9 4/17 5/24 7/14 9/6 11/14
17/1 18/18 23/5 23/6 61/22 67/1 77/17
bringing [1] 8/13
brother [2] 119/11 119/15
brothers [1] 51/25
brought [3] 7/11 34/16 55/21
build [1] 30/12
building [7] 2/3 125/19 129/21 129/25
131/23 133/1 133/3
burgers [1] 138/12
Burn's [1] 40/17
business [5] 91/3 92/16 99/10 116/10
116/12
busy [1] 55/19
Butler [5] 1/13 3/5 18/3 71/23 71/24
button [2] 88/15 88/16
buy [5] 75/11 75/12 89/1 89/4 95/21

## C

California [1] 1/22
call [3] 64/4 81/24 103/4
called [4] 7/23 82/6 82/11 104/1
calls [1] 99/25
calorie [1] 101/25
calories [1] 103/6

107/1 107/6 107/20 109/14 109/15
109/6 112/6 115/3 123/3 127/20 139/4
138/6 140/15 140/16

beach [1] 85/14
beating [1] 13/5
because [50] 4/14 5/4 5/13 6/2 11/20
12/23 13/18 13/25 14/21 17/16 18/16
20/21 21/17 33/17 34/12 38/1 38/18
39/6 40/21 41/10 50/14 58/5 60/23 68/8
69/12 72/1 73/11 73/12 73/22 77/17
78/6 78/10 78/24 79/10 80/19 81/20
81/22 85/20 86/11 92/5 93/2 93/14
93/20 95/9 97/22 107/24 109/17 109/19
125/5 140/15
become [1] 122/12
bed [1] 25/17
been [65] 4/6 4/8 5/5 8/17 8/25 11/1
12/7 13/2 14/17 14/22 15/20 16/2 21/17
22/10 23/8 27/23 31/6 34/16 34/17
35/19 36/7 37/6 39/17 44/21 45/7 45/9
47/15 49/21 51/15 52/6 56/7 56/10 57/10
58/6 60/11 60/23 66/19 67/3 68/25
69/13 70/19 71/21 72/10 77/13 80/8
86/12 101/7 101/9 102/5 104/6 104/19
106/23 107/8 110/7 110/14 110/16
110/17 112/3 113/1 116/12 118/2
119/20 119/22 123/11 124/18 137/23
beer [13] 34/1 101/21 101/25 102/17
102/17 103/4 103/7 107/13 107/14
107/14 109/8 112/25 113/6
beer's [1] 107/18
before [39] 1/10 5/13 8/4 10/20 11/1
18/4 21/5 22/17 24/8 26/9 28/3 33/4
35/9 44/5 45/2 48/22 53/15 54/15 60/15
60/16 64/4 64/6 65/23 68/5 81/24 81/25
82/6 84/23 86/20 86/24 87/4 96/14
96/15 98/7 104/4 106/3 123/11 126/5
132/13
beginning [2] 53/3 53/7
behalf [1] 3/3
being [14] 7/23 12/14 12/15 22/2 22/14
50/16 61/11 66/24 79/13 81/14 82/5
90/8 133/23 137/17
belabor [1] 73/10
belief [2] 23/18 24/25 34/10 36/2
36/12 38/20 38/22 38/23 45/8 52/22
53/6 62/21 62/24 63/4 63/13 63/20
73/23 74/11 75/15 81/4 81/6 81/12
81/14 95/8 97/14 111/5 111/7 111/15
111/24
believes [1] 23/13
belly [2] 88/15 88/16
below [1] 119/22
bench [7] 17/24 18/2 22/9 33/16 37/19
57/23 62/5
best [11] 22/23 23/1 106/1 106/16
106/18 106/25 107/9 107/11 107/12
107/16 129/14
better [1] 81/19
between [15] 14/24 44/7 51/10 52/3
83/16 100/19 101/17 105/5 109/19
110/2 124/14 128/24 134/16 135/14
139/16
beverages [1] 101/21
beyond [2] 60/24 97/6
bias [3] 5/11 23/40 40/3
biased [1] 16/22
biases [1] 39/7
big [4] 72/3 85/21 86/1 86/3
bit [6] 25/12 30/7 61/11 101/2 115/15
116/25
BlackBerry's [1] 73/23
blamed [1] 6/3
Bleach [1] 139/9

**came [16]** 4/2 50/10 55/14 55/17 56/7 60/5 61/6 61/13 65/23 74/10 91/21 93/12 99/14 127/2 127/2 133/3
**can [137]** 5/11 7/13 7/19 9/10 17/1 17/2 17/6 17/9 17/17 19/12 20/1 20/9 20/24 21/4 22/11 22/18 22/19 23/6 23/10 23/13 24/1 25/24 27/12 29/3 29/4 30/13 31/10 33/13 33/21 34/2 35/9 35/11 35/12 35/16 35/18 35/19 36/3 36/13 37/8 37/10 37/24 39/9 39/10 39/14 39/19 40/12 40/14 41/5 41/6 47/8 47/14 51/12 52/5 64/2 65/4 72/4 72/9 72/19 73/1 73/16 75/7 76/21 76/25 77/5 93/19 93/22 94/19 95/1 96/6 96/19 96/20 102/21 102/21 102/23 102/23 103/4 103/4 103/7 103/9 103/21 103/22 103/24 104/1 104/18 104/18 104/20 104/21 104/25 105/1 105/3 105/5 105/5 105/7 105/9 105/11 105/14 105/16 105/17 105/21 106/10 106/14 106/23 106/25 107/7 107/9 107/10 107/13 107/14 107/14 108/1 108/3 109/4 109/5 109/10 109/18 109/22 109/22 109/23 109/25 110/2 110/10 110/13 110/16 113/1 115/3 115/18 124/21 125/1 125/8 125/10 125/14 125/15 126/1 126/6 129/20 132/24 134/10
**can't [6]** 6/9 64/5 73/13 96/20 116/16 131/3
**canned [1]** 102/9
**Cannon [1]** 2/3
**cannot [4]** 38/12 40/18 40/20 41/9
**cans [2]** 104/4 113/6
**Canseco [24]** 14/6 44/7 67/24 69/13 75/21 75/24 85/3 86/11 120/21 121/6 121/7 121/14 121/21 122/25 125/12 128/4 128/5 131/5 132/17 133/13 134/7 135/24 136/20 137/12
**Canseco's [14]** 44/16 85/7 122/22 123/4 123/11 123/20 123/22 124/13 124/17 125/16 129/18 134/14 138/1 139/17
**cap [2]** 35/23 48/11
**caps [1]** 98/15
**car [2]** 124/5 139/23
**carbohydrate [1]** 103/6
**career [3]** 102/7 118/5 118/6
**Carolina [7]** 108/10 108/25 109/1 110/2 111/8 111/25 112/3
**case [21]** 5/6 5/16 7/8 10/16 11/23 11/25 12/1 15/4 15/17 21/7 38/3 59/20 61/20 102/18 106/20 106/22 107/4 107/19 109/17 120/24 141/7
**case-in-chief [1]** 61/20
**cases [3]** 4/7 15/23 15/25
**Cashman [1]** 65/2
**Castor [3]** 28/19 29/6 29/11
**cat [4]** 27/4 30/14 127/17 130/11
**category [1]** 18/24
**Cathryn [3]** 2/12 141/3 141/17
**caught [5]** 128/15 128/19 129/7 130/9 139/5
**causing [1]** 12/23
**cautionary [4]** 4/19 11/18 12/11 17/5
**CELLI [1]** 2/5
**cells [1]** 49/16
**certain [8]** 5/7 5/11 7/7 7/15 26/8 26/9 59/7 60/18
**CERTIFICATE [1]** 141/2
**certify [2]** 141/5 141/8
**cetera [1]** 59/10
**challenged [1]** 5/5
**challenging [2]** 10/17 11/8
**chance [3]** 73/8 75/18 138/14

**change [8]** 30/12 53/12 55/16 55/16 76/5 87/20 108/23 109/20
**changed [3]** 42/12 53/18 53/18 55/13 88/13
**changing [1]** 42/22
**charity [1]** 24/19
**chart [1]** 105/2
**check [1]** 6/10
**checks [3]** 82/12 82/15 82/21
**chief [1]** 61/20
**child [1]** 128/14
**children [4]** 27/24 128/12 128/18 135/8
**children's [1]** 85/16
**China [1]** 85/23
**chop [1]** 96/15
**Chuck [6]** 7/4 13/12 31/23 31/24 36/12 77/21
**circle [5]** 106/4 133/6 133/7 133/9 134/12
**circled [4]** 47/20 106/8 126/14 129/25
**circuit [4]** 40/5 40/6 40/11 40/15
**circumstances [4]** 5/7 5/11 26/4 97/13
**city [1]** 111/14
**claimed [2]** 13/19 44/13
**clarification [1]** 66/17
**clarifying [1]** 69/4
**clean [1]** 47/21
**clear [12]** 16/16 17/9 34/19 72/17 73/8 73/9 74/2 77/18 78/10 93/22 133/6 134/9
**cleared [1]** 73/14
**clearly [4]** 21/9 59/18 103/8 104/22
**CLEMENS [108]** 1/6 1/6 4/14 8/19 9/8 10/18 11/3 11/11 13/12 13/20 16/7 16/10 16/23 19/1 21/7 22/22 25/2 25/2 25/3 26/15 26/19 26/24 32/25 35/5 38/21 38/25 39/17 42/9 42/25 43/3 43/8 43/13 43/16 44/6 44/8 44/17 44/18 45/2 45/6 46/19 47/2 48/15 48/15 48/22 50/11 50/23 51/5 51/11 51/15 52/10 52/16 53/17 54/13 54/16 55/5 62/8 62/8 63/10 64/21 65/7 67/14 67/23 68/24 69/13 74/4 74/7 74/10 74/15 74/18 80/10 80/10 82/23 82/24 83/3 83/10 83/16 84/15 85/3 86/11 87/17 87/17 90/8 90/14 92/21 92/23 92/23 93/6 97/2 97/13 98/22 128/25 129/10 130/23 131/25 132/8 132/17 133/13 134/2 134/7 135/9 135/24 136/9 136/20 137/4 137/5 138/15 139/1 139/5
**Clemens' [4]** 29/20 75/4 128/18 129/9
**Clemens's [6]** 9/2 40/19 41/9 87/19 91/9 130/25
**Clenbuterol [2]** 14/15 14/16
**client [2]** 62/13 80/14
**clients [9]** 50/14 51/17 55/18 62/19 62/23 63/17 68/18 81/9 85/11
**clock [2]** 109/13 109/18
**closely [1]** 26/6
**closer [2]** 115/15 122/2
**closet [1]** 92/18
**coach [2]** 62/21 63/4 80/21
**coached [1]** 59/23
**code [14]** 102/17 105/22 105/23 105/23 105/25 107/2 107/5 107/8 107/22 108/4 109/10 109/20 109/25 110/7
**codes [1]** 105/21
**coding [8]** 102/22 103/10 104/5 105/14 105/17 106/8 106/19 110/18
**Colby [9]** 128/22 128/25 129/4 130/23 130/25 131/25 132/7 134/2 135/9
**college [3]** 55/18 117/12 117/14
**COLUMBIA [2]** 1/2 141/5
**come [12]** 4/19 5/11 5/13 8/4 12/6 15/10 33/21 53/11 66/15 77/4 112/17 140/18

**comes [4]** 13/6 21/18 47/20 111/25
**comfortable [1]** 33/18
**coming [8]** 8/7 19/14 59/19 59/20 61/4 85/8 126/10 126/12
**commercial [1]** 116/5
**Commission [2]** 10/10 28/4
**Commissioner [1]** 46/16
**commonly [1]** 100/10
**communicate [1]** 102/22
**community [1]** 85/14
**company [7]** 100/19 100/20 106/10 116/4 116/5 116/6 116/14
**company's [2]** 102/2 102/5
**compared [1]** 14/25
**compensated [1]** 90/8
**compensation [3]** 62/23 63/17 81/8
**competitive [1]** 100/24
**complaints [1]** 102/18
**complete [3]** 70/13 117/4 117/22
**complies [3]** 125/17 129/24 133/8
**component [2]** 34/8 34/11
**components [3]** 34/5 34/10 34/14
**computer [1]** 2/17
**computer-aided [1]** 2/17
**concern [13]** 8/17 8/25 14/20 15/17 39/12 39/13 51/4 66/11 66/16 68/10 68/11 69/19 73/4
**concerned [2]** 37/25 50/23
**concerns [7]** 5/14 15/6 50/10 50/13 50/14 50/15 77/5
**conclude [1]** 68/12
**conclusion [2]** 66/20 75/22
**condition [3]** 25/23 25/25 48/6
**conditioning [3]** 62/21 63/4 80/21
**conditions [1]** 70/3
**conduct [1]** 10/15
**conducted [2]** 14/4 69/19
**conference [6]** 18/2 22/9 33/16 37/19 57/23 62/5
**conferred [1]** 29/9
**confusing [2]** 14/15 73/15
**confusion [1]** 73/5
**Congress [2]** 22/17 33/4
**Congressional [4]** 28/5 30/21 33/4 42/24
**connecting [1]** 20/15
**connection [1]** 122/22
**consequences [3]** 74/19 87/16 93/6
**consider [15]** 9/10 15/3 17/7 37/10 37/22 37/24 38/12 39/9 39/14 39/19 40/12 40/14 41/5 41/6 45/11
**considering [2]** 16/4 39/20
**consistent [3]** 9/13 12/12 78/25
**constantly [1]** 81/20
**constitute [1]** 141/9
**Constitution [1]** 2/13
**consult [2]** 17/17 29/7
**consumer [3]** 102/18 102/21 107/20
**Cont'd [2]** 2/1 89/11
**contended [2]** 43/16 44/8
**contends [1]** 16/17
**content [1]** 103/5
**CONTENTS [1]** 3/1
**context [3]** 19/1 71/10 74/13
**continue [2]** 5/14 46/6
**continued [1]** 51/1
**contrary [1]** 15/12
**conversation [13]** 26/19 26/23 27/2 27/12 28/20 44/7 44/9 44/13 53/21 75/21 75/24 85/5 86/24
**conversations [1]** 26/14
**cookout [1]** 138/13
**COOLEY [1]** 1/21
**cooperation [4]** 39/3 53/7 63/1 63/24
**cooperator [3]** 12/2 15/20 15/24
**Coors [8]** 100/15 100/17 100/18 100/19

# C

Coors... [4] 100/21 101/5 101/20 102/11
**corner** [1] 130/1
**correct** [14] 38/14 38/17 44/3 83/1 98/24 103/14 111/21 112/10 112/14 112/18 113/3 130/2 133/10 134/17
**correctly** [1] 111/22
**correlate** [1] 107/13
**correlates** [1] 108/8
**could** [39] 4/15 5/23 10/15 11/7 16/2 17/15 17/17 18/7 18/12 18/12 18/13 20/4 21/8 22/21 22/24 27/16 37/21 38/9 51/6 55/22 58/4 60/21 67/7 74/11 74/16 74/21 96/23 101/11 103/18 105/20 112/2 112/6 112/12 113/1 126/10 126/15 126/22 133/17 134/20
**couldn't** [2] 80/19 112/13
**counsel** [8] 2/2 2/3 29/8 29/9 59/20 60/13 61/6 89/8
**counsel's** [1] 12/7
**count** [3] 76/13 76/22 108/1
**counteract** [1] 13/1
**country** [1] 108/18
**couple** [6] 23/18 25/24 60/8 93/20 127/13 128/13
**course** [7] 6/4 66/18 75/3 87/18 103/1 112/19 123/2
**court** [61] 1/1 2/12 2/12 2/13 5/24 5/25 7/19 8/1 8/16 8/16 8/20 10/22 12/1 13/16 15/3 15/19 17/20 19/15 22/3 22/7 23/20 31/1 31/1 33/18 34/21 37/25 38/15 39/13 39/25 40/6 40/17 41/2 58/13 59/9 61/1 61/5 61/12 65/4 66/12 70/17 72/24 73/18 74/21 76/5 77/24 79/2 79/25 92/1 92/21 113/20 130/6 130/6 130/15 130/16 132/6 132/7 140/20 140/24 141/3 141/4 141/17
**Court's** [13] 15/14 16/6 18/6 19/19 40/16 57/20 66/11 66/15 77/5 78/20 93/16 96/8 127/16
**Courtney** [1] 1/14
**courtroom** [9] 24/3 58/17 61/7 61/8 61/24 113/22 115/1 131/9 140/22
**courts** [2] 11/20 16/1
**covered** [1] 70/5
**CR** [1] 1/3
**creates** [1] 9/17
**credibility** [18] 4/23 10/17 11/8 17/8 37/9 37/24 38/18 39/6 39/11 39/22 40/1 40/3 40/10 40/12 40/15 40/18 41/7 41/7
**credible** [1] 13/15
**crime** [1] 45/24
**cross** [17] 3/4 4/12 8/10 9/5 10/16 10/18 10/21 11/8 11/12 16/16 23/7 26/7 32/21 52/8 54/1 110/24 111/1
**cross-examination** [10] 4/12 9/5 10/16 11/12 26/7 32/21 52/8 54/1 110/24 111/1
**cross-examine** [2] 8/10 11/8
**cross-examined** [1] 23/7
**culpability** [1] 9/2
**curiosity** [1] 76/13
**currently** [1] 100/15
**cut** [6] 95/19 96/10 96/11 96/12 96/13 104/19

# D

**D-bol** [1] 14/13
**D.C** [4] 1/5 1/16 2/4 2/14
**dad** [2] 116/14 118/3
**Dan** [2] 120/21 120/22
**Daniel** [1] 1/13
**date** [23] 28/7 28/8 70/24 71/13 71/22 71/24 71/24 71/25 72/22 73/16 86/18

87/8 106/1 106/17 106/18 106/25 107/10 107/11 107/12 107/16 107/23 108/1 110/12
**dates** [14] 72/7 72/9 72/16 73/5 73/8 73/12 73/16 73/23 74/2 93/21 94/5 94/17 94/24 95/1
**David** [3] 14/10 127/18 131/18
**day** [19] 11/25 24/17 44/18 45/7 45/9 49/23 85/18 86/19 86/21 86/23 99/11 105/24 106/17 105/9 109/9 113/12 137/21 139/5 141/12
**days** [3] 87/23 87/23 96/22
**dead** [1] 13/5
**deal** [1] 72/3
**dealings** [2] 15/1 97/2
**Debbie** [3] 62/8 80/10 97/13
**December** [2] 44/25 53/16
**decide** [2] 5/13 75/17
**decided** [1] 60/6
**deciding** [1] 38/12
**decision** [1] 31/6
**decoration** [7] 103/22 103/24 104/20 104/25 105/1 105/4 105/5
**defendant** [3] 1/7 1/17 38/13
**defense** [25] 4/5 4/13 5/12 5/15 8/1 12/7 12/15 12/25 14/1 14/18 15/6 18/24 19/18 21/21 29/7 34/17 40/1 51/20 52/14 59/1 59/20 60/13 61/6 71/16 72/15
**deformity** [1] 96/18
**delay** [1] 24/7
**delivered** [1] 7/9
**denied** [2] 14/6 15/7
**deny** [6] 9/21 10/5 12/9 12/17 12/20 13/23
**denying** [1] 5/18
**Department** [4] 45/14 45/18 46/7 46/14
**depends** [2] 48/12 48/18
**depicted** [1] 139/10
**deposition** [9] 22/16 28/2 28/9 28/13 33/4 33/13 44/21 44/25 45/8
**Deputy** [1] 2/2
**describe** [3] 47/17 101/11 137/17
**described** [1] 101/12
**detach** [1] 48/9
**determination** [2] 9/18 80/5
**determine** [2] 40/19 108/16
**determined** [2] 80/17 107/15
**development** [3] 100/23 101/8 101/15
**device** [2] 94/9 94/13
**devoted** [1] 8/14
**diabetes** [1] 26/2
**did** [254]
**didn't** [42] 13/13 18/15 25/7 25/19 33/20 33/22 33/23 38/7 39/21 49/22 52/19 54/5 58/1 58/22 59/25 60/2 61/9 65/1 65/19 77/4 78/8 78/14 83/22 83/23 84/14 84/20 84/22 85/6 85/25 86/2 86/3 86/23 88/4 88/5 88/16 92/5 93/10 95/11 95/21 97/18 99/10 99/10
**Diego** [1] 1/22
**different** [15] 11/6 12/4 18/4 22/13 26/4 32/6 34/25 47/25 54/9 68/25 78/23 92/17 92/17 98/15 104/2
**differently** [1] 77/16
**digit** [2] 106/22 109/10
**digits** [2] 109/11 109/13
**direct** [7] 3/4 10/20 17/16 21/5 64/11 100/5 115/11
**directed** [3] 15/17 21/6 77/24
**directly** [2] 13/19 48/14
**disadvantage** [1] 13/25
**discerned** [1] 16/2
**disconnected** [1] 48/5
**discuss** [2] 29/1 33/3

**discussions** [1] 60/23
**dispel** [1] 9/16
**dispense** [1] 100/24
**disputed** [2] 7/4 7/16
**disregard** [1] 80/7
**distance** [1] 51/9
**distinction** [2] 14/24 15/2
**distinctive** [2] 98/12 98/13
**distortion** [1] 34/17
**distribution** [3] 111/7 112/2 116/4
**distributor** [2] 110/19 112/7
**DISTRICT** [7] 1/1 1/2 1/11 2/13 40/6 141/4 141/4
**do** [156]
**Docket** [1] 1/3
**doctor** [1] 96/15
**does** [24] 4/16 5/6 5/13 11/13 20/18 20/19 20/20 22/3 22/14 37/25 39/6 101/20 102/11 103/25 104/24 107/13 108/19 108/21 109/1 109/1 109/3 111/10 121/2 140/11
**doesn't** [6] 22/25 60/22 65/3 72/1 77/6 108/22
**dogs** [1] 138/12
**doing** [10] 24/15 26/6 53/4 54/24 67/15 69/13 81/22 85/13 86/12 133/21
**don't** [77] 5/2 7/25 9/3 9/17 10/15 11/6 11/9 12/21 13/25 14/17 14/23 15/23 16/16 20/1 20/3 21/12 21/23 22/12 23/4 25/23 34/15 38/13 38/17 45/10 51/2 55/22 56/2 56/2 56/3 57/7 57/25 58/9 63/1 63/5 63/8 63/14 64/25 65/9 66/12 66/14 66/23 67/10 68/25 69/2 69/11 70/21 71/19 72/4 72/23 73/1 73/10 73/25 74/19 74/24 75/23 76/6 77/2 78/16 78/17 79/2 79/15 80/4 82/14 85/22 92/19 94/15 94/20 97/21 97/23 97/25 98/1 99/21 111/5 111/16 113/4 113/6 116/7
**donate** [1] 25/6
**donated** [1] 24/18
**done** [8] 7/13 49/4 49/7 49/10 59/11 59/12 70/18 77/23
**door** [16] 4/8 4/16 9/5 11/14 12/5 19/15 40/2 60/18 60/19 125/25 126/3 126/5 126/16 126/24 127/2 127/12
**dosage** [2] 75/4 87/19
**dose** [1] 87/22
**doses** [1] 87/22
**doubt** [1] 72/1
**down** [7] 5/23 68/5 85/6 94/4 101/2 104/19 111/25
**draw** [3] 47/23 125/15 125/15
**drawn** [1] 125/18
**draws** [1] 47/23
**drops** [2] 71/22 73/23
**drove** [5] 85/15 85/16 124/6 124/7 139/24
**drug** [2] 15/5 15/7
**drugs** [5] 4/11 69/14 79/1 86/12 93/3
**due** [1] 8/21
**Durham** [1] 1/13
**during** [6] 25/24 59/2 59/9 81/20 85/13 112/20
**duties** [1] 101/11

# E

**e-mail** [20] 37/20 51/10 51/11 51/19 70/9 70/10 70/13 70/14 70/24 70/25 71/1 71/2 71/4 71/6 71/13 71/23 72/1 72/22 73/6 87/8
**e-mails** [24] 51/10 51/14 51/22 52/2 52/9 52/12 71/3 71/7 71/17 71/21 72/8 72/11 72/13 72/14 72/15 72/16 73/7 73/24 74/2 93/21 93/22 94/9 94/25 95/2

**E**

each [5] 7/15 71/25 73/6 76/17 115/19
Earl [1] 127/18
earlier [1] 76/8
early [3] 37/14 110/15 112/12
easier [1] 74/1
easiest [1] 74/23
East [2] 85/14 85/16
Eastgate [1] 1/21
eat [1] 138/9
ecstatic [2] 137/19 137/20
Eden [7] 108/10 108/23 108/25 109/1
109/11 110/1 111/7
educate [1] 56/25
educated [1] 56/20
effect [3] 21/5 26/14 79/10
eight [7] 28/14 28/16 56/11 56/13 56/14
116/24 116/24
eight miles [1] 116/24
eight-year-olds [2] 56/11 56/13
Eighty [1] 93/24
Eighty-two [1] 93/24
Eileen [1] 2/8
either [4] 71/11 72/23 95/24 96/16
eleven [4] 118/19 119/7 120/9 120/16
elicit [2] 17/10 23/13
Elizabeth [2] 61/5 119/5
else [11] 16/14 19/23 40/13 55/25 77/4
84/14 84/23 124/9 127/6 128/6 132/4
else's [1] 95/21
embellished [1] 21/17
embellishment [1] 21/22
Emery [2] 2/5 2/5
emphasized [1] 15/19
employed [1] 116/1
empty [4] 92/9 92/11 92/13 104/18
enabled [1] 56/21
encompassed [1] 76/7
end [5] 8/13 11/24 11/25 15/18 125/20
endeavored [1] 57/11
ended [1] 24/17
ends [1] 12/22
enforcement [10] 17/12 17/13 35/10
35/15 36/15 41/16 41/18 50/21 51/7
54/12
enhance [3] 62/25 63/21 81/13
enhancing [2] 4/11 37/7
enjoy [1] 55/9
enjoying [1] 107/20
enough [1] 118/9
ensure [2] 63/1 63/24
enters [3] 24/3 61/24 115/1
entire [3] 44/9 44/13 125/19
entrance [2] 134/14 134/16
equate [1] 5/9
equivalent [1] 5/10
especially [2] 26/3 101/14
Esquire [5] 1/17 1/17 1/20 2/5 2/8
estimate [1] 112/12
estimation [1] 23/2
et [1] 59/10
even [7] 12/10 12/13 16/8 45/13 54/15
77/10 122/3
event [2] 123/14 138/2
ever [33] 10/19 32/22 32/23 32/24 34/7
43/8 43/13 43/16 44/8 44/20 44/24 45/1
46/20 46/24 49/3 49/6 49/9 49/13 49/20
49/23 66/9 75/11 75/12 75/23 78/22
89/1 89/4 98/22 102/19 111/5 123/11
138/1 138/14
every [4] 12/1 59/7 60/21 137/21
everybody [2] 98/14 115/16 135/23
everyone [3] 88/9 88/11 105/13
everything [3] 8/11 44/11 55/25

**F**

fabricating [1] 39/7
facilitate [1] 99/16
facilitated [1] 20/14
facilities [2] 101/18 102/6
facing [1] 102/21
fact [31] 4/12 5/2 5/18 9/6 9/13 11/14
11/16 11/23 12/12 12/24 15/19 16/2
20/5 23/5 23/6 40/8 45/11 53/4 53/10
54/3 59/21 66/23 67/1 67/3 67/3 77/17
78/16 78/25 85/8 97/21 107/23
fact-finding [2] 53/4 53/10
factor [2] 38/19 40/12
factoring [1] 9/1
fair [1] 112/3
fairly [2] 108/19 108/21
fairness [1] 15/15
false [8] 15/12 15/24 15/24 45/20 77/3
77/6 77/6 79/13
fame [2] 4/15 54/2
familiar [2] 102/2 116/22
family [7] 55/24 56/1 81/19 116/10
116/12 120/2 140/11
far [6] 5/25 16/1 22/13 52/23 123/22
124/3
fat [1] 103/6

father [2] 116/8 118/25
father's [1] 119/2
fault [1] 46/25
favor [1] 16/22
favorite [3] 117/10 120/14 121/19
favors [2] 52/9 53/17
February [6] 22/17 28/8 30/20 33/5
44/22 44/25
February 7th [6] 22/17 28/8 30/20 33/5
44/22 44/25
FedEx [13] 32/22 32/25 34/7 34/8 35/4
35/4 35/6 66/7 84/8 92/9 92/11 92/13
92/16
feel [4] 55/20 56/16 68/22 68/23
feelings [1] 52/6
female [1] 129/2
few [1] 97/17
Fifth [1] 2/9
fighting [2] 39/18 77/13
figure [1] 5/23
figured [1] 82/18
filled [4] 109/25 110/4 110/6 110/12
final [1] 98/25
finally [1] 40/6
find [3] 14/17 38/21 77/9
finding [1] 53/4 53/10
fine [6] 10/23 16/5 20/24 54/18 70/7
74/25
finger [5] 95/19 96/10 96/11 96/17
125/15
finished [1] 33/8 136/16
FIRM [1] 2/8
firmer [1] 7/19
first [46] 17/12 21/19 34/11 34/13 37/14
41/24 41/24 42/23 44/5 45/6 48/22
54/15 54/20 62/6 63/3 67/14 69/5 69/10
69/25 74/5 74/5 74/8 80/9 84/15 87/12
87/21 92/21 102/15 102/25 102/25
105/23 106/14 106/16 106/19 115/18
124/18 124/23 128/23 128/24 129/17
129/21 134/3 134/6 134/10 135/13
137/23
firsthand [3] 20/1 20/19 32/16
five [8] 17/17 101/9 108/9 108/24 109/5
115/23 118/11 124/23
five' [1] 108/8
flip [1] 51/16
floor [2] 130/19 132/4
flooring [1] 130/10
floors [1] 130/8
Florida [14] 14/8 36/25 67/24 70/22 85/4
85/7 115/25 116/22 116/23 120/16
121/20 121/21 122/5 122/9
fluid [2] 47/22 47/23
focus [4] 13/14 105/15 121/7 122/1
follow [5] 66/4 66/5 89/8 105/16 121/17
follow-up [3] 66/4 66/5 89/8
following [4] 112/16 122/5 134/9 135/15
food [2] 133/23 138/13
football [2] 117/9 120/12
foregoing [1] 141/8
forgot [2] 92/5 92/6
form [6] 42/23 43/17 43/17 50/19 59/3
135/1
formalize [1] 53/2
formed [1] 100/18
forth [3] 39/24 103/3 107/4
forum [1] 60/5
forward [5] 37/13 42/21 107/16 107/17
107/24
found [4] 36/3 49/14 49/21 128/16
four [10] 7/14 7/17 22/22 22/24 28/15
28/16 46/5 87/23 100/19 109/15
frame [1] 112/6
framed [1] 68/11

## F

frames [1] 112/25
Frank [8] 122/15 127/2 127/4 127/18
136/22 137/1 138/18 139/21
frequent [1] 26/1
frequently [1] 87/23
fresh [1] 107/21
freshness [11] 102/22 103/10 104/5
105/8 105/21 105/25 107/5 107/7
107/22 110/7 110/18
Friday [5] 11/25 24/17 25/22 32/21
59/15
friends [1] 86/8
front [12] 12/22 28/9 33/14 72/8 94/2
105/17 125/25 126/3 126/5 126/16
126/24 127/12
full [2] 63/1 63/24
fully [1] 85/6
fundamentally [2] 12/10 12/18
further [10] 19/13 26/14 40/17 45/13
57/21 58/25 96/9 107/1 110/23 141/8

## G

game [2] 85/16 129/14
games [1] 122/7
gathering [1] 7/1
gave [9] 8/7 28/6 28/6 43/2 59/13 62/12
80/13 97/13 97/13
General [2] 2/2 2/3
generally [2] 34/15 60/22
gentleman [2] 137/11 138/22
gentlemen [3] 31/4 37/4 41/3
get [36] 7/5 8/3 8/6 10/22 10/25 20/25
25/5 27/4 30/13 51/8 52/5 53/7 56/4
67/24 74/11 74/16 76/1 85/3 85/25 88/1
92/5 93/4 95/20 96/6 96/20 97/18 99/6
105/7 107/25 115/15 123/15 125/24
138/9 138/14 139/20 139/22
gets [3] 66/11 75/25 85/21
getting [3] 81/21 99/2 99/16
giant [1] 127/19
Gilberto [1] 1/14
give [11] 9/9 17/5 18/13 22/3 46/5 67/14
75/18 76/13 78/24 84/16 104/24
given [4] 10/4 40/5 60/12 66/14
gives [1] 10/23
gloves [2] 62/9 80/11
go [48] 5/24 30/6 30/7 30/7 33/11 38/6
38/11 38/15 39/6 39/22 40/2 42/16
48/21 48/22 55/2 58/2 58/23 73/15
79/15 81/19 85/16 88/10 91/21 97/12
106/3 107/1 109/4 110/19 112/12
117/12 119/6 123/1 123/14 123/16
123/18 124/9 125/24 127/9 129/17
131/11 132/21 134/14 134/10 134/21
135/18 136/1 136/13 138/1
GODWARD [1] 1/21
goes [10] 19/12 39/11 39/25 40/1 47/22
48/4 78/20 96/20 111/23 132/10
going [73] 8/6 8/7 8/9 8/9 10/14 16/5
18/11 18/15 19/7 19/14 21/24 25/9
25/17 25/21 28/25 29/3 29/23 30/10
30/11 31/4 34/2 37/21 38/5 39/4 39/18
39/22 45/13 48/19 52/23 53/2 53/6 53/9
53/10 53/11 56/4 56/15 56/16 61/4
69/10 76/1 76/8 77/7 77/11 77/15 78/9
78/12 78/14 79/6 79/18 79/21 80/1 82/7
82/16 82/17 92/19 92/20 96/17 96/18
98/13 106/4 106/7 108/12 115/14
115/15 120/25 122/9 123/4 123/4 123/5 123/9
125/10 126/16 127/15 140/14
golfed [2] 44/17 44/18
good [20] 5/19 5/20 24/5 24/6 24/13
24/14 24/16 55/11 68/11 85/22 100/7
100/8 111/3 111/4 113/11 115/13 118/9
126/19 133/22 149/16
got [25] 4/2 4/4 13/25 21/22 28/11 30/6
39/7 45/2 56/19 59/10 85/17 88/12 91/2
92/7 97/21 97/25 98/1 98/22 118/9
127/2 127/2 128/23 139/15 139/25
140/2
gotten [1] 68/8
Government [42] 1/13 3/3 4/7 4/9 4/17
4/25 6/13 9/5 10/9 11/14 11/24 13/10
13/11 14/14 16/23 21/6 21/25 22/13
22/21 22/23 24/24 24/9 28/4 37/5 49/3
49/6 49/9 49/12 49/18 49/20 49/23 58/5
58/8 59/1 59/8 59/11 59/15 89/8 99/25
100/3 112/25 115/9
Government's [17] 3/14 4/3 27/24 39/20
39/23 47/14 103/16 104/13 109/23
115/5 124/21 125/22 127/22 136/25
137/8 138/19 139/10
Grand [2] 60/12 60/13
grassy [1] 134/20
great [2] 88/8 107/20
greater [1] 11/15
grew [2] 116/16 117/2
grounds [2] 5/3 5/6
group [1] 101/16
grow [1] 115/24
growth [36] 20/10 20/16 20/23 31/20
32/7 32/17 36/1 36/12 36/20 42/17 43/3
43/14 43/20 43/23 44/2 56/17 77/20
77/21 77/23 88/8 88/14 88/17 89/13
89/17 89/21 89/25 91/8 95/5 95/14
95/16 95/20 95/24 96/19 97/3 98/10
98/13
Guerrero [2] 1/14 3/9
guess [24] 5/12 11/6 22/12 28/20 63/5
63/6 63/25 64/2 64/6 64/17 65/8 65/10
65/10 65/19 67/7 67/7 68/4 68/10 70/5
70/11 70/14 71/5 71/13 113/18
guilt [9] 8/15 8/20 8/25 38/25 40/8 40/11
40/20 41/9 66/21
guilty [8] 5/9 5/10 12/3 15/20 38/13
38/13 38/21 40/9
guy [10] 27/3 27/4 74/5 74/8 74/11 86/4
87/12 88/1 137/13 139/2
guys [7] 29/17 29/22 29/25 85/19 99/1
99/2 99/19
gym [10] 29/24 29/25 30/6 85/17 99/11
129/19 131/15 131/21 131/21 134/17
gymnasium [1] 132/4

## H

had [130] 10/4 11/9 11/10 12/2 12/2
14/7 14/7 14/12 14/14 14/16 14/16
14/25 15/20 15/20 16/2 16/17 19/2
20/13 20/18 24/8 24/18 25/2 25/3 25/15
26/8 27/12 30/20 31/5 31/7 32/22 32/23
32/23 32/24 32/24 34/5 34/6 35/11
36/15 40/9 41/24 42/6 44/13 44/17
44/18 44/20 45/7 45/9 47/5 47/7 47/21
49/21 50/11 51/8 52/6 52/9 52/16 52/19
52/19 53/5 53/20 54/1 57/24 59/14
60/18 62/6 64/9 64/15 65/23 67/1 67/3
68/4 68/18 71/8 71/16 71/16 77/17
77/23 77/24 78/9 80/16 81/18 81/20
82/6 82/7 82/9 82/11 82/12 82/12 82/13
82/13 82/14 82/15 82/16 82/17 82/21
84/11 85/9 85/15 85/15 85/21 86/6
87/22 88/1 88/1 88/3 88/10 90/6 90/6
92/6 92/16 92/17 92/22 92/23 95/4 95/5
95/8 95/10 95/13 95/21 96/2 99/8
110/17 122/13 123/11 123/15 124/18
130/6 130/10 137/23 141/6
hair [1] 139/5
half [2] 46/10 136/15
hand [5] 12/15 100/2 115/8 129/25
130/1
handed [1] 121/2
handyman [3] 122/18 127/4 136/23
hanging [1] 96/15
happen [5] 15/15 52/25 60/22 112/15
122/24
happened [8] 6/3 6/20 25/10 82/14
97/23 118/8 127/1 140/9
happy [1] 137/18
harbor [1] 5/14
Hardin [28] 1/17 1/18 3/6 3/8 15/9 26/7
26/13 27/6 32/20 34/9 34/10 35/8 35/18
36/2 42/11 44/4 44/16 45/13 45/20
46/18 49/2 50/1 51/10 51/19 52/8 53/25
57/24 127/17
Hardin's [2] 21/13 42/21
Harry [1] 127/19
has [56] 4/8 5/5 5/25 6/3 6/8 6/10 6/11
7/2 7/8 7/14 8/17 9/5 10/25 12/6 12/6
12/13 13/2 13/2 14/18 18/24 19/1 19/8
19/18 21/17 22/10 22/11 23/1 34/2
34/16 35/19 44/1 41/10 47/15 49/23
59/6 59/9 59/11 59/18 60/5 60/11 60/13
64/8 66/16 66/24 70/17 70/19 72/10
72/11 79/10 80/7 104/6 105/13 116/14
116/14 125/1 125/4
hasn't [2] 59/12 60/14
have [162]
haven't [7] 4/5 25/14 44/10 44/12 44/14
71/11 132/5
having [11] 12/18 14/22 23/8 37/6 53/8
67/8 79/1 101/1 110/12 126/19 133/22
Hayes [7] 93/19 103/18 104/9 106/7
108/13 132/21 139/13
he [279]
he's [25] 13/15 19/10 21/17 38/2 38/19
39/7 39/7 39/16 40/21 58/6 59/11 59/14
60/3 60/4 64/1 64/17 64/23 67/13 68/6
74/15 75/6 79/9 82/17 90/15 98/16
heading [1] 71/17
hear [10] 5/12 12/11 21/24 61/9 85/6
94/11 115/16 126/6 126/20 126/22
heard [10] 20/2 44/11 44/13 58/21 61/11
68/4 68/14 71/9 71/9 126/8
hearing [3] 28/5 42/24 101/1
hearsay [2] 21/9 21/11
heatedly [1] 7/4
help [8] 13/11 13/16 40/19 56/25 62/13 62/13
80/14 80/17 80/18
helped [4] 13/11 13/16 14/8 80/18
Hendricks [2] 51/25 52/5
her [1] 140/4
here [12] 5/4 8/2 10/14 12/5 22/24 26/9
47/19 48/4 77/9 107/3 107/25 133/1
hereby [1] 141/5
hereto [1] 141/11
HGH [25] 6/9 6/14 9/16 18/15 20/6 23/8
23/12 62/21 63/4 63/10 63/13 66/10
68/17 75/9 75/11 75/13 81/4 85/11
88/22 89/1 89/5 97/15 98/2 98/7 99/2
high [2] 117/4 117/6
highly [1] 72/1
him [85] 6/11 6/15 7/11 7/16 11/8 13/14
14/7 14/8 14/22 18/8 18/12 20/4 20/9
21/1 21/10 21/10 23/8 23/13 23/16
23/18 26/18 26/18 27/3 27/9 29/15 31/7
38/20 38/22 38/23 48/19 51/16 51/17
53/20 54/6 55/7 58/4 60/6 64/4 64/7
64/18 64/20 66/24 67/14 68/14 68/16
72/12 73/8 73/16 73/19 73/25 74/2 74/3
74/5 74/22 75/7 75/18 78/22 78/24
78/25 79/5 80/17 80/18 81/9 81/24
82/25 84/16 87/12 88/3 88/3 88/7 88/10
92/21 93/2 93/13 96/18 99/4 99/5 99/7

# H

him... [7] 121/11 122/21 125/7 127/6 129/7 129/15 136/12
himself [1] 20/22
hire [3] 64/21 65/3 83/4
hired [3] 62/20 63/3 80/20
his [43] 4/15 7/2 10/17 11/8 19/6 21/17 22/20 23/1 23/6 29/16 29/20 29/22 37/9 37/24 39/3 39/6 40/1 40/3 40/15 40/18 40/20 41/7 59/22 62/19 62/24 63/18 64/8 64/11 64/12 64/15 69/1 75/21 75/24 78/21 81/10 91/3 91/3 97/25 99/10 119/16 128/20 131/21 132/6
history [1] 85/7
hit [2] 110/10 116/24
home [24] 25/16 33/25 48/19 48/20 48/22 48/25 50/5 81/19 81/21 85/15 91/18 118/25 123/22 123/22 125/11 125/16 125/19 125/23 126/15 129/18 134/14 139/20 139/21 139/22
Honor [93] 5/19 13/4 13/7 16/3 16/15 17/9 17/15 17/24 18/23 20/9 21/3 22/4 22/16 23/2 23/10 23/17 24/2 24/10 27/20 29/2 29/3 29/8 33/10 33/15 33/17 34/4 34/13 34/20 34/22 34/24 37/1 37/17 39/24 40/25 41/14 50/25 54/4 54/8 57/21 58/4 58/9 58/21 58/25 59/6 59/17 60/9 60/10 61/18 61/21 62/10 62/11 62/17 63/7 63/11 63/15 64/14 65/16 65/22 66/8 67/11 67/18 68/20 70/7 70/16 71/16 72/20 73/10 73/24 74/9 76/9 76/11 76/12 76/21 76/25 77/20 78/2 79/7 79/12 89/10 91/6 93/17 93/19 94/16 94/23 96/9 96/24 97/8 99/25 103/11 104/7 110/22 113/14 115/5
HONORABLE [5] 1/10 17/20 58/15 113/20 140/20
hope [1] 8/10
hormone [36] 20/10 20/16 20/23 31/20 32/7 32/18 36/1 36/12 36/20 42/17 43/3 43/14 43/21 43/23 44/2 56/17 77/20 77/21 77/23 88/8 88/14 88/17 89/14 89/17 89/21 89/25 91/9 95/5 95/14 95/16 95/20 95/25 96/19 97/3 98/11 98/14
horse [2] 10/25 13/5
hot [1] 138/12
hour [5] 135/6 135/12 135/14 136/15 136/15
hours [2] 139/19 139/20
house [32] 2/2 29/16 29/19 29/20 29/21 29/22 29/24 30/8 32/23 44/16 66/7 84/9 91/9 92/9 92/13 95/13 95/23 95/25 96/3 97/3 97/25 99/9 122/22 123/4 123/11 123/20 124/13 124/17 125/24 138/1 139/18 139/22
Houston [4] 1/19 65/23 65/24 91/21
how [67] 10/15 20/19 24/15 42/23 42/24 46/1 46/3 46/9 48/12 53/4 55/16 55/20 56/1 56/16 58/8 59/19 64/5 64/6 68/18 73/21 75/4 78/4 78/7 78/16 78/17 81/25 82/10 85/23 86/5 86/5 87/19 88/8 90/18 90/20 99/12 101/5 101/7 103/7 110/9 115/22 116/12 116/14 118/17 119/10 119/18 119/24 120/6 121/10 121/14 122/24 123/16 123/22 126/24 128/8 130/21 131/8 133/15 133/19 134/6 135/5 135/11 135/25 136/13 139/17 139/20 139/22 140/14
How's [1] 115/14
however [6] 7/18 23/6 34/17 40/17 41/9 59/14
huh [1] 70/12

# human [5] 31/20 32/7 32/17 36/20 42/17

hundred [2] 87/25 121/16
hun [1] 118/9
hygienic [2] 62/9 80/11

# I

I'd [11] 6/10 15/2 18/5 38/6 48/23 50/9 57/4 72/8 103/12 123/1 139/16
I'll [15] 34/24 40/13 54/8 54/9 60/8 64/18 65/5 66/4 66/5 67/12 68/16 69/10 72/18 73/25 74/3
I'm [56] 5/22 8/24 9/2 10/13 13/6 13/8 14/15 14/15 16/4 17/9 26/2 26/10 27/11 29/2 33/17 37/20 41/20 44/25 46/2 46/25 47/6 56/12 56/15 59/15 60/16 63/7 69/10 70/24 73/13 73/13 74/21 76/8 77/4 79/18 80/1 82/11 86/17 86/21 87/23 88/14 90/12 92/11 94/12 100/10 101/1 106/4 106/7 110/1 110/6 110/13 110/21 111/14 113/5 115/15 125/10 127/15
I've [4] 4/5 8/25 12/14 13/24 14/9 14/17 21/22 80/5 101/9 102/7
i-1 [1] 93/24
iconography [1] 103/2
idea [5] 11/5 94/8 104/24 112/19 112/22
identification [1] 27/23
Identified [1] 3/14
identify [8] 17/2 102/16 103/2 103/4 103/10 108/6 109/8 109/9
identifying [1] 77/11
iffy [1] 96/16
immediately [1] 40/7
implicate [1] 11/16
implicated [7] 5/17 9/6 12/2 12/9 12/16 12/20 15/20
important [4] 16/20 45/11 66/25 73/11
impossible [1] 16/11
impressed [1] 106/10
impression [5] 15/25 77/3 77/6 77/6 79/13 82/4
improper [1] 59/12
inaccurate [1] 54/5
incident [5] 6/1 6/4 6/20 7/3 77/25
include [3] 109/2 111/20 135/9
included [1] 111/8
includes [2] 111/10 111/13
including [2] 17/3 131/14
inconsistencies [1] 75/16
incorporated [1] 76/5
increase [1] 87/24
increased [1] 87/22
independent [2] 14/1 14/4
independently [1] 94/17
indicate [2] 67/12 95/1
indicated [8] 9/4 12/13 12/14 41/4 62/7 80/13 80/20 94/25
indicates [1] 104/22
indicating [5] 21/20 67/13 126/2 126/13 134/11
indication [1] 22/4
indicted [1] 40/8
individual [2] 12/2 28/19
individuals [11] 5/17 9/20 12/19 13/23 15/19 16/24 17/11 40/9 52/16 86/6 89/14
indoor [1] 130/6
indulgence [3] 57/20 93/16 96/8
infer [3] 40/7 40/20 41/9
inferring [1] 54/1
infielder [1] 31/25
inform [2] 61/5 61/12
information [45] 4/9 4/10 4/17 4/21 5/1 5/8 5/15 8/8 9/16 10/7 10/8 10/9 10/19 11/2 11/21 13/1 13/9 14/5 14/18 15/23

# 16/1 16/2 16/6 16/18 16/21 16/24 18/13 18/14 18/29 18/22 18/25 19/6 19/11 19/13 19/25 22/23 34/16 35/10 37/23 39/21 42/7 51/8 53/1 67/2 86/15

informed [1] 32/22
initially [3] 80/16 87/21 99/10
inject [13] 13/11 13/14 13/16 47/1 47/24 66/9 66/13 75/8 77/4 77/10 88/21 92/21 93/13
injected [24] 14/25 17/10 18/8 18/8 18/16 19/8 19/17 19/21 20/4 20/22 20/23 22/14 22/15 23/5 43/8 43/13 66/20 66/24 77/1 78/17 78/24 79/6 79/14 95/5
injecting [2] 46/19 93/2
injection [7] 18/17 19/10 19/14 23/9 44/6 77/14 79/22
injections [11] 18/19 20/8 36/1 46/25 62/7 62/12 67/6 67/13 75/4 80/10 80/14
inkling [2] 82/9 82/13
innovation [2] 100/23 100/24
inquire [1] 31/14
inside [8] 36/3 125/24 128/2 129/17 131/15 131/22 136/6 137/5
insights [1] 101/8
insist [1] 7/21
instance [3] 7/8 10/1 60/3
instead [2] 19/11 87/24
instruct [1] 70/17
instructed [1] 70/17
instruction [15] 4/20 9/9 10/22 10/23 11/18 12/11 17/6 18/6 31/1 31/15 37/2 37/21 38/11 40/5 40/16
instructions [1] 80/4
insulin [2] 22/18 26/2
intends [1] 125/2
intelligence [1] 100/24
interested [1] 123/9
interval [2] 109/13 109/18
interview [3] 22/20 28/6 46/17
interviews [2] 14/1 14/4
intimated [1] 28/20
introduce [4] 4/25 5/21 6/14 10/22 21/25 37/5 100/9
introduced [4] 72/11 72/13 72/14 72/15
introducing [1] 15/4
investigate [1] 102/19
investigating [1] 52/23
investigation [4] 37/22 38/4 39/10 39/20
investigators [1] 30/21
involved [7] 8/2 14/22 37/6 41/11 56/18 56/19 67/3
involvement [1] 56/17
irrelevant [1] 21/10
is [225]
Isabella [2] 120/5 120/6
ish [1] 46/5
Island [3] 85/14 111/10 111/17
isn't [1] 97/23
issue [11] 4/2 9/14 9/17 11/19 11/22 16/4 21/3 33/3 63/10 78/17 79/3
issues [1] 40/3
it [341]
it's [56] 5/3 6/2 7/13 9/14 9/18 12/13 13/25 14/18 14/23 15/16 18/23 18/24 20/3 21/9 21/10 22/2 28/22 33/19 48/10 56/4 59/4 59/9 59/17 60/14 65/10 68/10 68/11 69/7 72/2 73/11 73/14 73/15 74/12 74/24 74/25 75/25 76/4 76/7 77/10 78/6 79/12 85/14 96/16 105/14 106/20 106/22 107/18 107/21 109/18 111/15 116/10 116/25 123/25 124/22 134/16 135/13
item [3] 48/1 48/5 60/19
items [19] 24/23 24/24 25/5 25/18 32/24

**I**

items... **[14]** 32/25 34/6 35/3 35/4 35/5 35/5 35/7 35/11 48/13 48/21 49/5 84/2 84/3 91/24
its **[4]** 5/16 5/16 12/6 12/4
itself **[1]** 105/1

**J**

J.C **[1]** 50/8
January **[1]** 49/6
Jays **[4]** 81/2 121/25 122/10 123/8
Jeremy **[1]** 1/17
Jimmy **[1]** 51/19
job **[4]** 50/16 55/9 55/11 55/18
jogged **[1]** 138/3
joint **[1]** 100/18
Jones **[3]** 2/12 141/3 141/17
José **[9]** 44/15 86/11 120/21 121/6 121/7 132/17 133/13 135/24 137/12
Jr **[2]** 1/14 1/17
JUDGE **[15]** 1/10 1/11 10/13 37/20 57/5 60/25 68/7 90/4 91/8 92/8 92/12 92/20 99/22 120/25 140/13
July **[5]** 108/2 110/6 110/14 110/20 112/7
July 15th **[1]** 110/20
July 19th **[3]** 108/2 110/6 110/14
jumped **[1]** 66/19
jumping **[1]** 92/19
June **[12]** 37/14 41/17 41/17 41/17 41/24 69/19 69/25 86/16 122/3 122/8 123/4 137/6
June 6th **[3]** 41/17 69/19 69/25
June 7th **[1]** 86/16
June 8th **[1]** 41/17
juror **[7]** 66/16 79/8 79/11 80/6 93/5 95/4 99/19
juror's **[1]** 99/1
jurors **[5]** 58/11 64/10 66/3 94/18 100/9
jury **[67]** 4/20 8/4 9/10 10/20 11/1 11/1 12/11 16/10 19/5 19/25 21/12 24/3 25/25 27/1 31/1 35/20 40/7 43/9 43/11 45/17 57/17 58/17 59/6 59/18 59/21 60/12 60/13 60/16 61/23 61/24 62/2 70/13 70/17 70/17 71/14 71/14 74/12 77/3 77/7 79/14 79/14 87/8 89/9 96/14 97/6 97/11 98/2 102/23 103/21 104/14 105/7 105/10 105/11 105/15 105/20 106/25 107/9 107/13 108/15 108/23 109/21 109/23 113/15 113/22 115/1 139/16 140/22
jury's **[1]** 9/1
just **[126]** 7/13 7/14 9/8 10/14 12/21 13/8 14/20 15/3 15/16 15/21 16/5 16/15 17/9 17/17 18/5 18/19 19/8 19/11 20/2 21/18 21/21 21/24 23/11 23/17 23/18 25/6 25/14 25/15 25/21 25/25 29/7 29/8 29/11 30/8 31/10 31/11 32/3 32/16 34/10 36/7 36/7 36/14 39/25 43/10 45/17 52/5 52/7 53/2 53/3 53/10 55/24 56/20 56/20 58/4 60/10 60/17 60/22 60/23 61/5 61/6 61/10 61/12 66/18 69/3 69/12 70/2 71/8 72/24 73/14 73/18 73/25 74/1 76/12 76/25 77/4 77/10 78/16 79/12 79/22 79/23 81/18 81/19 81/21 84/13 84/13 85/5 85/20 85/24 86/9 86/11 88/4 88/5 88/7 88/15 88/16 90/4 92/5 93/10 93/20 94/12 95/10 96/2 96/6 96/23 97/17 98/2 99/1 99/3 99/14 99/15 101/2 104/14 104/25 105/15 106/3 108/12 115/15 115/18 116/20 122/13 122/25 126/9 131/12 134/13 135/3 138/3

**K**

keep **[15]** 8/5 31/10 36/8 62/25 63/23 64/1 66/7 67/5 67/7 81/16 84/8 92/9 97/3 113/4 113/6
Kentucky **[2]** 54/23 117/16
kept **[5]** 19/15 55/19 81/8 84/13 92/13
key **[1]** 59/7
kid **[1]** 137/18
kids **[5]** 55/19 56/2 131/2 134/22 134/23
kind **[7]** 27/12 82/18 94/13 98/3 117/8 120/11 132/19
Kirk **[34]** 20/15 27/4 48/13 48/18 82/11 82/13 82/13 82/15 82/15 82/22 85/15 85/17 85/18 85/18 85/21 85/21 86/1 86/7 86/8 88/4 88/6 88/8 88/12 88/18 88/20 91/14 92/6 92/7 99/8 99/9 99/10 99/11 99/15 99/16
Kirk's **[3]** 65/18 83/19 98/10
kit **[6]** 65/18 83/19 83/23 92/3 98/2 98/8
knew **[13]** 27/3 41/19 42/24 44/17 64/3 64/9 64/12 74/5 74/7 74/11 74/16 81/22 81/23 82/7 82/15 84/22 87/12 88/5 92/6 92/22 99/4 99/7 99/15 99/20 120/22
Knoblauch **[28]** 6/2 6/3 6/7 6/9 6/10 6/14 6/15 6/18 7/2 7/4 13/12 13/18 16/6 16/18 17/11 19/23 20/11 22/19 23/3 31/23 31/24 39/16 41/19 41/25 43/23 77/21 89/15 89/21
Knoblauch's **[3]** 7/1 7/3 36/12
know **[102]** 7/19 10/15 11/4 13/25 14/17 14/21 15/10 15/13 15/23 18/15 18/24 19/7 20/3 20/18 20/20 21/1 21/23 22/13 22/14 22/25 26/5 32/3 32/3 32/16 36/15 36/11 38/17 48/18 55/22 56/2 56/3 57/12 57/14 57/18 57/25 59/18 60/17 63/1 63/5 63/8 64/5 64/6 65/9 66/12 68/18 68/25 69/2 70/21 70/25 71/8 71/19 72/20 73/1 73/12 73/21 74/1 74/19 75/23 77/9 77/10 78/8 79/3 79/8 81/25 82/1 82/1 82/14 85/22 86/5 86/6 86/7 87/9 88/19 93/11 94/7 94/15 96/5 96/21 97/21 97/23 97/25 98/1 98/20 99/21 104/15 105/3 106/4 111/16 112/24 116/7 121/8 121/10 121/12 121/21 122/6 122/14 122/15 123/1 138/13 140/7 140/9 140/14
knowing **[1]** 53/19
knowledge **[8]** 20/1 20/19 32/16 78/10 78/21 78/25 92/22 100/10
known **[4]** 82/12 82/13 88/1 100/10
knows **[5]** 8/16 11/1 19/5 73/19 73/24
KRONISH **[1]** 1/21

**L**

L-O-W-R-E-Y **[1]** 115/21
LA **[1]** 50/2
lack **[1]** 7/3
Ladies **[3]** 31/4 37/4 41/3
last **[14]** 4/3 5/14 22/20 22/21 22/23 27/7 34/11 34/24 57/11 62/7 100/12 106/22 109/11 115/19
law **[21]** 2/8 17/12 17/12 35/10 35/14 36/15 41/16 41/18 50/21 51/7 54/11
lawyer **[3]** 7/10 87/1 87/2
lead **[1]** 51/2
leading **[2]** 23/24 51/1
leap **[2]** 98/6 98/9
least **[11]** 4/6 4/13 5/7 5/21 9/23 9/25 10/6 19/7 38/9 78/13 79/5
leave **[5]** 46/11 46/13 46/13 72/24 77/6
leaving **[1]** 79/13
led **[1]** 52/22
left **[10]** 11/1 30/7 32/12 48/1 56/20

**K** *(right column)*

65/23 77/3 126/14 127/10 133/9
left-handed **[1]** 32/12
legal **[5]** 2/8 80/5 101/16
less **[1]** 61/8
let **[50]** 5/24 5/24 9/12 9/18 11/21 11/23 12/8 24/23 26/7 26/12 27/19 30/23 32/6 32/20 35/3 35/8 36/18 41/3 41/22 42/11 42/15 42/15 42/16 42/21 43/19 44/4 44/15 49/2 52/8 52/14 54/11 56/15 57/10 60/8 66/4 66/5 72/18 78/18 89/13 90/4 92/8 97/2 104/14 122/13 122/25 124/20 128/14 131/17 133/6 134/9
let's **[15]** 16/14 37/13 61/22 97/12 105/15 106/3 106/7 109/4 116/19 119/6 120/22 121/3 121/7 129/20 130/11
letter **[1]** 107/2
letting **[2]** 8/24 9/2
level **[1]** 23/24
liaise **[2]** 101/13 101/16
lied **[6]** 6/11 6/15 6/19 7/7 7/21 8/22
life **[2]** 61/11 81/19
light **[3]** 4/12 79/17 101/25
like **[36]** 13/17 15/14 25/6 26/4 31/2 48/10 48/10 49/13 49/17 50/9 57/4 58/3 58/7 84/20 84/21 85/23 85/25 95/11 96/4 98/10 98/10 103/5 103/12 107/18 116/25 123/1 125/18 125/19 126/18 126/22 132/19 133/21 134/12 134/16 137/17 139/16
likely **[1]** 22/19
limited **[10]** 9/10 12/14 17/6 22/1 34/18 37/8 37/21 41/4 43/3 58/4
limiting **[3]** 10/22 10/23 31/14
Lindaman **[1]** 38/3
Lindaman's **[2]** 40/8 40/11
line **[15]** 28/23 29/3 29/12 105/22 105/23 106/14 106/16 107/1 107/2 108/4 108/7 109/8 109/10 110/2 119/14
lined **[1]** 61/4
lines **[2]** 28/13 28/16
Lite **[10]** 101/22 101/25 102/9 102/23 103/4 103/23 104/18 104/19 104/23 107/21
little **[15]** 11/4 17/16 18/4 25/12 30/7 53/19 61/1 61/11 77/16 101/1 115/15 116/25 119/15 123/24 137/13
live **[5]** 100/15 118/20 118/23 120/18 121/14
lived **[1]** 115/25
living **[2]** 116/3 120/9
LLP **[2]** 1/21 2/5
logical **[1]** 6/13
logo **[2]** 103/2 104/2
long **[29]** 10/25 42/23 42/24 46/9 58/8 74/19 85/14 87/16 101/5 101/7 111/10 111/17 116/17 116/17 124/14 126/24 126/25 130/21 130/22 131/8 131/10 133/15 133/16 134/6 135/5 135/11 136/13 139/17 140/14
long-term **[2]** 74/19 87/16
longer **[2]** 8/13 123/24
look **[16]** 11/24 13/8 13/14 33/13 35/18 38/6 72/8 102/25 106/16 129/20 130/11 136/25 137/8 137/15 137/17 138/19
looked **[6]** 4/7 13/24 14/9 98/10 126/9 129/15
looking **[9]** 35/15 61/7 102/24 104/12 105/1 105/11 106/24 109/21 125/10
looks **[6]** 98/10 125/18 125/19 134/12 134/16 139/11
lost **[2]** 55/18 55/18
lot **[4]** 7/2 81/21 88/9 103/1
loud **[1]** 115/18
Louisville **[2]** 117/15 117/23
low **[1]** 101/25

**L**

**Lowery [1]** 115/20
**Lowrey [10]** 3/9 61/4 61/5 115/6 115/9
115/22 119/3 119/5 119/17 120/2
**loyal [2]** 55/7 77/23
**lunch [2]** 140/19 140/24

**M**

**M-A-N-U-E-L-E [1]** 100/13
**ma'am [1]** 115/10
**machine [3]** 2/16 141/5 141/10
**made [14]** 5/10 7/2 18/25 20/25 30/11
31/7 33/20 39/8 45/21 60/21 80/5 98/9
122/12 134/12
**mail [20]** 37/20 51/10 51/11 51/19 70/9
70/10 70/13 70/14 70/24 70/25 71/1
71/2 71/4 71/6 71/13 71/23 72/1 72/22
73/6 87/8
**mailed [1]** 98/23
**mails [24]** 51/10 51/14 51/22 52/2 52/9
52/12 71/3 71/7 71/17 71/21 72/8 72/11
72/13 72/14 72/15 72/16 73/7 73/24
74/2 93/21 93/22 94/9 94/25 95/2
**main [2]** 134/13 134/16
**Maine [2]** 111/23 112/3
**mainly [1]** 26/2
**maintain [2]** 50/16 52/7
**maintained [5]** 43/2 43/13 43/20 44/8
81/17
**major [1]** 6/19
**make [9]** 11/12 27/8 51/6 74/2 94/19
101/20 101/21 101/22 116/19
**makes [1]** 22/13
**making [4]** 21/14 33/23 33/25 57/25
**male [2]** 129/2 129/3
**Mall [1]** 1/21
**malt [1]** 101/21
**man [2]** 116/7 116/8
**manager [3]** 101/7 101/9 101/12
**Manhattan [2]** 109/2 111/8
**manner [1]** 20/2
**Manny [4]** 3/7 100/1 100/3 100/10
**Manuele [10]** 3/7 100/1 100/3 100/10
100/11 100/14 103/21 104/12 106/15
108/15
**manufacturing [1]** 101/18
**many [9]** 6/3 7/18 22/22 75/16 103/7
119/10 128/8 133/19 135/25
**map [4]** 108/16 108/19 108/21 108/24
**Marc [1]** 2/8
**Marino [2]** 120/21 120/22
**marked [4]** 27/23 103/8 104/6 125/5
**market [2]** 105/5 110/15
**marketing [1]** 101/18
**marking [1]** 101/14
**markings [1]** 105/8
**Marlins [3]** 121/20 121/21 122/9
**Marlins' [1]** 122/5
**marriage [1]** 56/5
**Martinis [3]** 11/23 12/1 15/17
**materials [1]** 65/25
**Matt [4]** 18/23 41/21 41/23 52/15
**matter [7]** 35/11 45/14 46/6 57/18 58/22
60/12 61/1
**matters [5]** 6/12 24/8 57/12 57/15 57/17
**Matthew [1]** 37/15
**may [24]** 1/6 5/22 10/13 13/4 14/2 14/6
14/9 14/10 17/24 24/5 31/14 33/15
37/17 40/18 45/19 58/21 60/25 61/18
62/1 66/16 70/13 104/7 132/21 141/12
**May 1993 [1]** 45/19
**maybe [7]** 21/23 64/6 65/19 72/4 73/15
74/21 78/1
**McKinney [1]** 1/18

**McNamee [59]** 2/5 2/8 3/5 4/4 4/10 4/14
5/17 6/3 6/8 6/11 8/5 7/1 7/7 18 75/14 8/17
7/2 7/6 7/8 7/16 8/17 9/21 10/3 10/5 10/6
11/2 11/16 12/13 13/10 13/19 14/7 14/7
14/12 17/10 17/16 17/18 18/25 19/8
20/11 20/22 22/21 24/13 30/23 31/10
31/19 34/5 35/3 37/13 41/16 42/11
60/11 61/19 62/8 62/20 73/20 74/10
74/10 77/1 77/3 77/8 97/11
**McNamee's [6]** 4/23 9/14 16/16 17/8
41/7 61/11
**me [90]** 5/24 6/12 7/24 14/24 14/21 15/8
15/18 21/20 22/3 24/23 26/7 26/12 27/3
27/19 28/5 28/23 29/23 30/23 32/6
32/20 33/18 35/3 35/8 36/18 39/8 39/8
40/13 41/3 41/22 42/11 42/15 42/15
42/16 42/21 43/19 44/4 44/15 49/2
50/25 51/7 52/8 52/14 54/11 55/19
55/19 55/24 56/4 56/15 57/10 60/1 72/8
73/4 73/6 74/1 74/15 77/24 80/16 80/17
82/7 82/12 82/12 82/17 84/23 86/8 88/1
88/8 89/13 90/4 92/5 92/8 93/4 97/2
99/5 99/9 99/11 104/14 112/24 118/15
122/3 123/1 124/20 127/2 127/3 128/14
131/17 133/6 134/9 137/14 137/16
139/21
**mean [21]** 25/23 34/15 34/19 39/11
59/22 60/20 62/13 70/24 72/10 80/14
86/2 91/1 92/19 93/22 96/4 102/25
103/25 110/5 112/11 129/10 129/13
**meaningful [1]** 10/17
**means [6]** 38/2 63/2 80/4 102/11 107/7
109/18
**meant [1]** 1/13
**media [1]** 25/10
**medical [1]** 25/23
**meet [4]** 48/18 48/19 74/5 74/6
**meeting [8]** 22/11 41/24 58/5 69/19 70/5
86/9 86/19 140/15
**meetings [1]** 41/24
**memorabilia [2]** 24/18 25/16
**mention [3]** 16/6 21/6 87/11
**mentioned [1]** 19/7 64/10 69/12 74/4
74/7 86/10 92/12 104/4 106/17 108/5
124/18
**merely [2]** 40/20 41/10
**message [1]** 4/13
**met [22]** 17/12 36/16 37/14 41/16 41/18
41/21 41/23 58/7 74/8 85/15 85/17
85/19 86/7 86/21 86/23 87/12 99/3 99/5
99/8 99/8 99/11 111/5
**Miami [4]** 115/25 116/23 116/24 116/25
**mic [2]** 115/16 116/19
**Michael [1]** 1/20
**middle [2]** 28/10 45/19
**middleman [1]** 99/13
**might [13]** 20/16 27/20 29/2 29/7 30/25
34/22 37/1 49/14 49/24 50/23 60/10
61/11 104/1
**Mike [1]** 32/10
**mile [3]** 123/23 123/25 123/25
**miles [2]** 116/24 124/1
**Miller [18]** 100/15 100/17 100/18 100/19
100/21 101/5 101/20 101/22 101/25
102/9 102/11 102/11 102/23 103/23
104/18 104/19 104/22 107/12
**Milwaukee [2]** 100/15 100/16
**mind [4]** 8/5 18/5 118/10 122/21
**mini [5]** 6/22 7/5 7/18 8/14 12/19
**mini-trial [3]** 6/22 7/5 12/19
**mini-trials [2]** 7/18 8/14
**minute [9]** 22/8 29/12 57/22 58/14 61/12
77/12 109/12 109/18 113/21
**minutes [12]** 17/17 23/18 61/9 97/17
113/18 127/13 131/10 131/14 131/15

**132/10 135/13 140/18**
**misled [1]** 31/12
**missed [1]** 78/1
**missing [4]** 70/24 71/13 72/22 87/8
**mission [2]** 53/4 53/10
**misspoke [1]** 46/25
**misstatement [1]** 33/19
**misuse [1]** 16/11
**Mitchell [12]** 25/9 25/11 25/13 52/24
53/3 53/15 54/2 54/12 55/13 55/17
55/21 56/7
**mitigated [2]** 12/7 12/24
**modify [1]** 67/12
**mom [4]** 118/25 123/15 123/21 140/1
**moment [9]** 31/12 34/22 36/8 37/14
39/25 42/16 60/11 79/4 96/2
**Monday [5]** 1/6 105/25 106/17 106/21
107/3
**money [2]** 65/12 88/9
**monies [1]** 91/2
**monitor [1]** 26/5
**monitoring [1]** 26/3
**month [4]** 105/24 106/20 120/7 122/3
**Monthly [1]** 90/21
**months [2]** 112/13 112/20
**Monthy [1]** 1/17
**more [21]** 5/22 8/13 8/19 13/14 14/18
16/8 26/1 26/3 26/3 26/5 28/20 29/12
30/13 31/11 57/4 72/19 87/23 88/13
100/10 105/7 139/19
**morning [14]** 5/19 5/20 24/5 24/6 24/13
24/14 24/15 27/7 89/15 100/7 100/8
109/16 111/3 111/4
**most [2]** 4/6 76/20
**mother [5]** 124/7 124/10 126/4 127/9
127/10
**mother's [1]** 119/4
**motivation [1]** 69/1
**move [5]** 37/13 42/21 103/12 121/3
127/15
**mr [208]**
**Mr. [80]** 6/10 6/15 7/9 7/10 7/10 10/9
13/12 13/13 13/18 14/6 14/12 14/14
14/16 16/6 16/18 16/19 17/11 19/23
20/11 20/22 20/23 23/3 28/19 29/6
29/11 32/7 32/11 32/17 36/19 36/19
41/19 41/25 42/4 44/1 44/1 44/7 65/2
67/24 77/22 77/22 85/3 89/15 89/15
89/16 89/21 89/25 89/25 98/14 98/19
99/3 99/14 100/14 103/21 104/12
106/15 108/15 115/22 121/14 121/21
122/22 123/4 123/11 123/20 123/22
124/13 124/17 125/12 125/16 127/8
127/11 128/4 128/5 129/18 131/5
131/25 134/7 136/20 138/1 139/17
140/9
**Mr. Canseco [12]** 14/6 44/7 67/24 85/3
121/14 121/21 125/12 128/4 128/5
131/5 134/7 136/20
**Mr. Canseco's [11]** 122/22 123/4 123/11
123/20 123/22 124/13 124/17 125/16
129/18 138/1 139/17
**Mr. Cashman [1]** 65/2
**Mr. Castor [3]** 28/19 29/6 29/11
**Mr. Chuck [1]** 13/12
**Mr. Colby [1]** 131/25
**Mr. Knoblauch [14]** 6/10 6/15 13/18 16/6
16/18 17/11 19/23 20/11 23/3 36/19
41/19 41/25 89/15 89/21
**Mr. Lowrey [1]** 115/22
**Mr. Manuele [5]** 100/14 103/21 104/12
106/15 108/15
**Mr. Novitzky [1]** 10/9
**Mr. Pascual [3]** 127/8 127/11 140/9
**Mr. Radomski [9]** 7/10 32/7 44/1 77/22

## M

**Mr. Radomski...** [5] 89/16 98/14 98/19 99/3 99/14

**Mr. Stanton** [14] 7/9 13/13 16/19 20/22 20/23 32/11 32/17 36/19 42/4 44/1 77/22 89/15 89/25 89/25

**Mr. Stanton's** [1] 7/10

**Mr. Wells** [3] 14/12 14/14 14/16

**Ms** [6] 3/7 103/18 106/7 108/13 132/21 139/13

**Ms.** [2] 93/19 104/9

**Ms. Hayes** [2] 93/19 104/9

**much** [7] 15/16 51/16 59/14 93/11 99/15 108/22 113/11

**multi** [1] 125/19

**multi-building** [1] 125/19

**multiple** [1] 76/17

**Murray** [4] 51/20 51/24 51/25 52/3

**muscle** [1] 137/11

**music** [1] 126/20

**must** [8] 8/18 19/16 19/17 38/24 68/7 69/13 86/12 98/8

**my** [64] 4/4 4/8 5/6 6/5 10/18 14/5 16/13 18/5 23/25 25/7 25/13 25/17 28/2 33/18 36/6 38/10 39/13 46/25 48/23 48/23 48/23 50/14 50/16 51/17 52/6 53/2 53/8 53/20 55/18 55/18 55/24 56/2 56/5 61/7 62/13 71/23 80/3 81/14 81/19 81/22 82/16 85/16 87/1 91/4 92/16 92/18 95/13 95/19 95/23 98/21 99/18 100/22 101/13 102/7 116/7 119/15 123/15 123/21 126/4 127/10 133/6 140/1 141/10 141/11

**myself** [1] 50/15

## N

**N.W** [2] 1/15 2/13

**name** [21] 16/17 16/25 19/6 19/12 20/17 21/6 28/9 28/10 32/9 53/7 53/9 100/12 103/1 103/2 115/19 119/2 119/4 119/16 122/15 128/21 141/12

**names** [4] 18/14 52/22 53/7 53/9

**narrow** [1] 13/14

**narrower** [2] 13/8 13/20

**Natalia** [1] 119/23

**natural** [2] 107/18 107/19

**nature** [2] 61/14 100/25

**neatly** [1] 7/13

**necessarily** [1] 11/9

**necessary** [2] 20/3 72/18

**need** [13] 5/12 18/18 23/4 23/16 23/17 23/25 29/1 52/19 66/16 73/15 99/6 99/19 107/1

**needed** [3] 80/18 95/9 96/6

**needle** [11] 22/19 23/7 23/8 23/12 35/22 35/25 36/6 36/7 36/10 48/3 48/9

**needles** [9] 14/8 46/19 46/20 46/24 47/1 48/14 78/7 113/4 113/6

**needs** [2] 73/14 115/16

**neighborhood** [2] 120/18 121/14

**network** [1] 110/19

**never** [18] 14/14 14/16 27/12 34/2 47/5 47/7 48/19 49/17 60/4 71/9 71/9 80/12 81/11 81/11 84/21 93/12 97/22 99/14

**new** [29] 2/6 2/6 2/9 2/9 7/10 37/25 32/12 34/16 45/14 45/18 46/7 46/12 46/14 55/4 60/14 64/22 65/24 74/10 81/2 82/25 83/4 90/5 91/19 91/20 100/23 100/23 101/15 111/19 120/1

**next** [19] 18/16 28/23 28/23 29/3 85/18 91/5 99/11 99/23 106/21 108/7 109/6 113/16 115/4 115/5 119/14 127/11 131/11 134/10 135/16

**nice** [1] 140/19

**night** [2] 34/1 34/8

**nine** [7] 28/14 28/16 43/4 43/4 43/1 76/15 76/16

**Nineteen** [1] 119/19

**Ninety** [2] 46/5 124/23

**Ninety-five** [1] 124/23

**Ninety-two-ish** [1] 46/5

**no** [124] 1/3 3/15 3/16 3/17 3/18 3/19 3/20 3/21 3/22 3/23 8/15 11/5 11/7 16/5 21/19 25/19 29/12 31/12 32/3 32/17 33/10 35/13 35/17 40/25 43/15 43/18 44/10 44/12 44/14 45/12 45/25 46/15 47/3 49/8 49/11 49/15 49/18 49/22 49/25 50/20 50/22 52/17 52/19 53/24 56/9 57/13 57/21 59/2 61/18 62/10 62/11 62/17 63/19 63/22 64/12 64/14 65/10 65/16 66/8 67/18 67/21 68/19 68/20 69/15 69/16 69/21 70/7 71/24 77/25 79/23 79/23 80/12 81/1 81/3/5 83/14 83/15 83/17 83/21 84/7 86/13 87/1 87/10 87/13 88/4 88/15 88/15 88/16 89/3 89/6 92/11 92/11 92/11 93/7 94/8 94/10 96/17 97/4 98/21 99/15 103/11 106/16 106/11 110/22 111/6 112/19 112/21 112/22 112/23 113/7 122/6 123/13 124/4 124/11 125/2 126/17 127/7 131/4 136/8 136/11 138/3 139/19 139/24 140/10 140/12

**none** [2] 22/22 87/17

**noon** [1] 124/15

**normal** [1] 112/8

**north** [8] 108/10 108/25 109/1 110/1 111/8 111/25 112/3 116/25

**Nos** [2] 103/16 127/22

**not** [101] 4/16 7/12 7/13 7/23 8/6 8/7 8/24 9/2 10/14 10/19 12/23 13/6 13/15 14/18 15/7 16/10 16/24 18/19 19/25 21/6 21/25 22/17 25/20 26/8 27/17 29/2 31/5 33/17 34/2 34/11 38/13 40/7 40/10 47/4 48/17 51/8 52/18 53/19 59/4 59/4 60/14 60/14 60/19 61/19 65/21 67/16 68/10 69/6 69/10 70/19 70/24 73/11 73/13 73/15 74/9 74/21 77/18 78/10 79/6 79/8 79/10 79/13 79/18 80/3 80/5 80/7 84/5 86/17 87/4 87/24 90/15 93/9 94/5 98/16 106/6 111/6 111/11 112/1 112/19 113/1 116/22 121/2 121/16 122/1 125/11 126/21 126/23 126/25 130/22 131/7 131/10 133/16 134/1 134/3 134/5 136/2 137/21 138/11 140/6 140/7 140/8

**note** [2] 15/22 40/4

**notes** [1] 141/10

**nothing** [4] 8/19 59/11 96/9 113/14

**notice** [1] 103/1

**notoriety** [1] 95/17

**November** [12] 95/17 106/20 107/8 107/11 107/23 110/1 110/4 110/7 110/13 110/20 112/8 112/17

**November '04** [1] 95/17

**November 15th** [6] 107/8 107/11 107/23 110/1 110/4 110/7

**Novitzky** [11] 10/9 18/22 19/2 37/15 41/21 41/23 48/7 49/5 52/15 54/15 54/20

**now** [36] 21/14 21/24 22/1 31/7 33/19 34/9 40/13 58/6 80/13 80/20 82/23 83/6 83/18 84/15 86/10 86/14 87/7 87/11 87/14 87/18 88/21 101/11 105/7 105/10 106/3 106/14 107/9 113/19 118/10 118/23 120/8 122/1 122/21 125/23 129/17 135/13 136/1

**nowhere** [2] 10/18 84/14

**number** [12] 3/14 7/20 42/12 46/18 53/25 76/13 108/7 108/7 108/9 108/23

**numbers** [2] 106/19 108/6

**numeral** [1] 105/23

**nutritional** [1] 103/5

## O

**o'clock** [1] 109/15

**oath** [5] 1/3 15/6 15/7 15/11 23/2

**object** [8] 28/24 33/20 50/25 54/5 59/2 66/14 72/24 74/24

**objection** [35] 19/19 19/24 33/19 40/24 40/25 54/4 58/10 61/16 62/10 62/11 62/16 62/17 63/14 63/19 63/22 64/13 64/14 65/13 65/16 66/8 67/18 67/21 67/22 68/19 68/20 69/15 69/16 69/21 70/8 74/23 76/6 103/12 113/9 125/2 127/21

**obliged** [2] 68/22 68/23

**observed** [2] 71/4 71/14

**obtain** [5] 20/16 32/7 44/2 77/22 89/25

**obtained** [3] 25/1 25/2 48/15

**obviously** [8] 4/19 22/22 48/18 59/11 65/3 66/16 72/11 73/14

**occasion** [4] 22/12 56/14 102/8 123/12

**Occasionally** [1] 96/1

**occur** [2] 46/3 46/4

**occurred** [2] 11/15 34/18

**October** [3] 50/2 112/22 113/2

**October 1st** [1] 50/2

**off** [13] 7/5 25/14 29/9 48/11 71/22 73/23 95/19 96/11 96/12 96/13 110/20 112/9 112/17

**offered** [1] 8/16

**office** [6] 1/15 2/3 48/23 48/25 90/23 92/18

**official** [4] 2/12 141/3 141/9 141/17

**officials** [2] 41/17 41/18

**often** [1] 90/20

**Oh** [2] 23/17 98/20

**okay** [123] 4/2 15/2 16/3 16/13 16/13 16/25 17/14 22/6 23/16 25/5 26/21 29/15 30/5 31/22 33/22 35/14 36/11 36/15 41/1 41/13 42/21 45/20 47/13 47/19 48/1 48/5 48/13 51/14 52/2 54/7 58/11 61/22 62/6 62/19 63/3 63/12 64/18 65/15 69/5 69/17 70/23 71/4 73/25 74/4 74/17 75/3 79/20 80/1 80/9 82/4 85/10 86/14 89/7 90/10 90/16 90/24 91/15 91/21 94/4 96/7 97/8 101/4 102/2 102/9 104/20 104/24 105/3 105/7 105/10 105/15 105/19 106/7 106/12 106/14 106/24 107/12 108/3 108/11 108/15 108/19 108/23 109/1 109/4 109/21 110/4 110/9 110/16 111/13 112/2 113/8 115/16 116/10 116/19 118/2 118/10 118/11 119/2 119/6 119/22 120/22 121/3 121/17 122/2 122/8 122/15 123/3 123/9 124/1 124/20 125/15 125/18 125/22 127/8 128/17 129/4 129/17 129/25 131/14 134/2 136/9 136/13 138/22 139/25

**old** [13] 46/1 46/3 115/22 116/7 116/8 118/11 118/17 118/19 119/18 119/24 120/6 120/9 120/16

**older** [2] 128/20 129/5

**oldest** [1] 119/12

**olds** [3] 56/11 56/13 56/14

**once** [7] 53/18 66/1 127/8 127/11 128/16 134/23 136/3

**one** [67] 5/25 6/12 6/17 6/19 6/21 6/21 7/22 7/24 7/24 10/1 12/1 13/6 14/10 15/2 22/21 22/24 23/8 25/16 26/2 28/20 29/12 34/5 34/6 34/6 38/18 58/3 58/22 60/18 61/1 61/3 62/6 66/16 69/11 69/25 71/22 71/23 72/14 72/19 76/4 76/18

# O

one... [27] 76/25 77/2 85/20 87/22 88/13 88/24 92/10 95/4 96/23 97/12 107/1 109/14 109/15 119/11 120/13 120/22 120/22 124/14 125/4 125/6 128/24 129/14 130/8 131/3 131/22 138/4 139/16
one-by-one [1] 120/22
ones [7] 43/10 43/11 48/15 52/3 76/23 92/11 120/20
only [21] 4/4 4/16 4/22 10/24 12/13 13/10 17/7 19/18 35/4 37/8 37/10 37/21 37/24 40/10 58/6 59/15 63/10 98/16 98/21 112/15 138/4
open [12] 4/16 11/13 22/7 23/20 34/21 41/2 58/13 60/19 79/25 83/23 83/23 83/25
opened [8] 4/8 9/5 12/6 40/1 59/5 60/18 65/17 83/18
opinion [3] 15/18 38/7 53/9
opportunities [1] 101/15
opposed [2] 39/1 68/12
opposition [1] 4/5
oral [1] 43/17
orange [1] 35/23
orbit [3] 108/16 108/19 109/1
orbits [1] 108/20
order [6] 9/7 23/25 34/19 65/19 123/14 125/24
ordered [7] 65/23 91/11 91/15 97/19 98/7 98/8 99/14
ordering [1] 99/17
originally [1] 81/18
other [96] 4/11 4/18 4/21 6/12 6/16 6/19 7/6 7/7 7/23 8/3 8/8 9/6 9/15 9/19 9/23 9/25 10/1 10/20 11/2 11/5 11/16 11/16 12/9 12/15 12/16 12/19 13/22 14/10 14/25 15/2 15/22 15/23 16/24 17/2 18/8 18/13 19/12 19/21 19/21 19/22 21/3 30/23 31/5 32/23 32/25 33/9 33/24 34/1 35/5 35/7 35/12 36/19 37/7 38/1 38/23 39/15 40/8 40/21 41/5 41/10 42/6 43/9 43/14 43/17 47/8 51/9 52/6 53/23 66/9 66/20 66/24 67/2 67/8 68/6 71/3 72/5 73/24 75/12 75/13 77/1 77/8 77/10 78/19 79/24 83/15 88/5 89/2 89/4 93/3 107/18 121/5 131/2 131/3 131/6 133/17 134/23
others [1] 8/22 56/25
otherwise [1] 18/23
ounces [1] 103/7
our [19] 6/2 8/5 15/4 15/21 39/24 53/19 61/7 61/13 61/20 68/10 101/14 101/16 102/16 103/10 107/15 107/20 108/9 110/19 113/18
out [30] 5/23 8/5 10/15 10/24 11/14 18/18 19/15 23/5 23/6 25/17 25/21 34/16 47/20 50/10 53/20 54/20 55/14 55/17 56/7 66/15 67/1 76/12 77/17 85/24 96/19 128/16 132/12 132/19 133/3 135/24
Outfielder [1] 117/21
outlined [1] 65/8
outside [2] 111/19 131/12
over [21] 16/16 19/19 21/18 42/12 48/6 49/5 51/8 56/6 57/11 58/5 58/8 60/6 75/3 87/18 103/9 108/13 123/1 123/5 133/5 134/3 134/19
overheard [2] 44/7 44/9
Oversight [1] 28/4
own [2] 18/5 85/15
owns [1] 116/7

# P

P.L.L.C [1] 2/8

p.m [4] 115/2 124/15 140/23 140/25
package [4] 65/20 84/6 88/23 98/24
packaged [3] 107/17 109/8 109/9
packaging [3] 100/23 101/15 110/12
page [5] 28/9 28/13 33/13 94/4 124/23
pages [1] 141/8
paid [1] 90/18
paper [1] 82/14
Parrella [6] 18/23 37/16 41/21 41/23 52/15 54/15
part [9] 4/14 19/7 44/21 47/11 47/12 47/19 69/3 69/6 73/5
partial [1] 125/18
particular [5] 60/7 128/14 128/19 129/7 139/5
particularly [2] 5/24 122/2
parties [2] 79/16 94/25
parts [2] 47/8 108/17
party [9] 44/15 45/2 61/15 67/24 68/8 76/2 85/3 85/6 85/8
Pascual [9] 122/15 122/21 127/4 127/8 127/11 136/22 138/18 139/21 140/9
past [2] 109/15 111/25
pause [4] 34/23 62/3 73/3 93/18
paying [1] 65/19
payment [1] 65/12
pen [1] 48/3
peninsula [1] 125/20
people [36] 7/6 7/6 7/14 7/15 7/17 8/4 8/6 8/8 8/9 8/11 8/18 10/1 10/20 11/2 11/17 12/9 13/16 15/9 18/8 18/9 18/13 19/16 19/16 19/21 19/21 19/22 84/22 91/3 126/19 128/8 128/9 133/17 133/19 133/25 135/23 135/25
people's [2] 33/24 34/1
percent [1] 121/6
perfectly [1] 55/9
performance [2] 4/11 37/7
performance-enhancing [2] 4/11 37/7
perhaps [2] 69/8 77/10
period [2] 43/3 104/25
permission [3] 46/16 123/15 127/16
permit [10] 4/19 12/11 21/25 23/24 31/7 34/15 34/18 60/24 79/16 79/17
permitted [3] 31/6 37/4 67/1
person [6] 98/16 120/23 121/5 121/8 121/10 122/19
person's [1] 128/21
personal [4] 78/10 78/21 78/24 98/21
personally [3] 97/24 97/25 98/1
perspective [1] 34/18
Petersburg [3] 6/2 6/20 70/22
Pettitte [18] 4/18 13/12 13/16 16/7 16/18 17/3 17/11 19/5 19/6 19/9 19/23 20/10 36/23 42/2 42/17 43/21 77/21 89/15 89/16
phone [2] 64/4 81/24
phonetic [1] 141/8
photograph [4] 125/2 125/11 138/14 138/17
phrased [1] 74/25
physical [1] 67/5
physically [1] 86/2
pick [1] 48/13
picked [2] 48/17 64/10
picture [8] 35/9 35/22 105/13 105/15 105/14 137/3 137/5 137/9
pictured [1] 104/13
pictures [3] 138/16 138/19 136/21
pills [3] 14/13 14/13 14/15
pinhead [1] 48/4
pinky [1] 96/17
pitcher [3] 32/12 88/7 88/19
pitchers [1] 129/14
Pittard [1] 2/2

place [3] 81/19 91/3 118/23
places [1] 43/9
Plaintiff [1] 1/4
plastic [2] 135/3 135/3
play [13] 36/20 55/2 56/2 117/6 117/8 117/18 120/11 121/24 122/9 132/13 134/20 135/5 135/7
played [7] 25/14 117/9 117/9 121/12 121/22 132/12 135/11
player [17] 6/7 14/10 20/15 20/17 21/6 22/15 23/12 23/13 31/19 31/22 32/6 32/9 36/11 36/18 50/5 50/7 138/6
player's [2] 36/9 36/10
players [71] 4/11 4/18 4/21 5/1 5/22 7/20 7/24 7/25 8/3 9/7 9/12 9/24 9/25 10/1 11/5 11/16 11/17 12/12 12/16 13/11 14/22 15/7 16/17 17/2 19/12 20/6 22/22 22/24 23/9 30/24 31/5 33/9 34/6 37/7 38/1 38/24 39/15 40/22 41/6 41/10 42/6 50/17 51/9 52/6 52/23 53/8 62/22 62/25 63/1 63/3 63/21 63/24 66/9 66/13 66/20 66/24 67/2 67/9 77/2 77/8 77/11 78/13 78/19 79/24 81/5 81/13 123/5 123/7 123/8 137/22 137/24
playing [9] 64/20 64/20 64/20 64/25 65/1 120/8 131/13 134/25 135/14
plays [1] 21/21
Plaza [1] 2/6
plea [2] 5/9 5/10
pleading [1] 39/25
please [14] 25/12 33/15 52/21 60/25 62/4 100/2 100/9 100/12 103/19 104/10 115/7 115/19 129/23 132/22
pled [2] 12/2 15/20 40/9
plunger [5] 47/12 47/18 47/21 47/23 60/4
plus [1] 76/22
point [20] 8/5 10/15 21/15 31/7 48/5 52/19 53/12 73/11 78/2 91/22 98/21 101/17 102/21 105/25 111/7 111/10 111/15 111/15 112/2 126/1
pointed [1] 10/24
Police [5] 45/14 45/18 46/7 46/14 46/16
policies [2] 102/2 112/16
pool [22] 61/15 67/24 85/3 132/19 133/5 133/7 133/12 133/15 133/25 134/3 135/15 135/19 135/21 136/1 136/4 136/6 136/8 136/10 136/11 136/12 137/5 138/22
portion [2] 126/14 133/10
position [6] 4/4 4/13 6/2 15/14 46/12 117/20
possession [1] 93/3
possibly [4] 36/9 43/10 46/10 52/5
post [1] 25/11
post-Mitchell [1] 25/11
potential [2] 24/24 61/10
potentially [1] 61/20
precise [1] 9/22
preclude [1] 12/15
predicate [1] 38/21
prejudice [1] 16/8
preliminary [1] 80/3
prepared [1] 133/23
prescribe [1] 96/21
presence [1] 20/22
present [10] 12/8 12/16 12/25 78/11 78/12 79/23 89/19 89/23 90/2 118/2
presenting [1] 5/16
presently [2] 116/1 118/23
preservation [1] 52/7
pretty [5] 24/16 51/16 56/5 86/21 99/15
previous [1] 105/2
previously [2] 31/5 41/4
primarily [3] 36/1 50/15 101/17

# P

primary [3] 100/22 107/13 107/21
principal [1] 38/19
printed [1] 71/22
prior [7] 28/5 44/24 45/7 45/9 54/14
85/6 93/2
private [1] 116/5
probably [4] 48/23 72/9 82/17 138/12
probative [1] 39/16
problem [2] 21/16 53/4
problems [3] 11/20 23/25 81/21
procedure [1] 112/8
procedures [1] 102/3
proceed [2] 24/8 140/18
proceedings [4] 1/10 2/16 141/6 141/9
produced [3] 2/17 102/17 109/19
product [14] 81/14 87/22 100/23 101/8
101/14 102/20 107/15 107/17 107/18
107/19 108/17 109/9 110/14 110/20
production [6] 102/3 102/3 102/6 108/1
108/7 109/7
products [9] 62/19 62/24 62/25 63/18
63/21 81/10 81/13 102/12 102/14
professional [6] 56/8 120/17 131/6
137/21 137/24 138/6
proffer [8] 69/17 69/18 69/18 69/25
86/14 86/20 86/22 86/24
program [3] 62/24 63/21 81/12
prohibited [1] 21/20
properly [2] 39/14 39/19
proponent [1] 73/7
proposed [1] 77/2
proposing [1] 16/9
proposition [1] 5/7
propriety [1] 60/22
protein [1] 103/6
proves [1] 66/18
provide [15] 10/19 18/12 31/19 36/18
36/19 42/16 68/17 68/22 68/23 72/5
72/5 73/1 77/20 77/21 85/10
provided [39] 4/10 4/21 5/1 7/15 10/8
10/9 10/10 11/2 13/2 13/9 16/21 18/12
18/14 18/19 19/13 20/3 20/6 20/10
20/13 23/8 23/11 23/12 35/10 37/23
39/21 40/21 43/16 43/20 43/23 67/2
67/8 71/14 77/18 78/7 79/1 94/17 98/14
128/3 128/5
provides [1] 98/4
providing [9] 10/4 11/17 16/24 18/22
19/11 37/6 41/11 67/3 89/13
proving [1] 8/14
pry [1] 25/23
pull [4] 35/9 101/1 110/19 124/21
pulled [2] 47/14 110/16
pump [1] 26/2
pure [1] 8/20
purpose [17] 4/22 9/3 9/10 12/14 17/6
20/16 22/1 37/8 37/10 41/4 51/14 52/2
55/1 69/4 92/15 95/18 96/5
purposes [2] 27/23 108/5
pursuant [3] 21/13 90/10 90/13
pursue [1] 118/5
put [25] 8/9 16/9 30/12 32/6 32/22 32/23
32/25 33/24 34/1 34/7 34/8 35/5 35/12
36/13 48/23 51/12 77/22 84/14 88/19
93/20 103/18 104/10 107/14 129/21
133/9
puts [1] 79/5
putting [2] 89/15 111/22

# Q

Q17 [1] 106/4
Q17.1 [1] 106/9
Quag [3] 85/14 85/16 99/8

quarter [1] 109/14
Query [1] 22/10
question [72] 4/24 7/25 8/15 9/17 9/23
11/19 21/4 25/22 26/13 26/16 27/14
29/19 30/3 30/5 30/16 33/21 34/4 34/14
34/25 34/25 45/22 54/6 54/9 58/4 58/10
59/2 59/18 59/18 59/19 59/21 62/12
63/3 63/25 65/4 67/6 67/17 68/11 69/4
69/5 69/6 69/8 69/8 72/19 72/24 73/19
73/20 74/13 74/13 76/5 76/8 77/1 77/16
78/20 79/3 79/9 79/10 79/13 79/18 80/4
80/5 80/7 80/9 82/1 90/4 91/5 93/5
93/21 94/11 94/24 96/23 99/1 99/18
questions [39] 24/21 26/8 32/21 33/1
34/9 40/2 42/12 42/13 42/22 44/5 44/16
44/18 44/20 44/18 49/3 49/12 50/1 50/3
50/9 53/25 57/11 57/21 58/7 60/8 62/2
66/5 69/11 76/13 76/16 77/2 79/17 80/2
80/2 89/8 89/9 95/4 97/11 110/23
113/15
quick [1] 76/25
quickly [2] 17/25 120/25
quote [1] 62/23
quoting [1] 27/11

# R

Radomski [29] 7/10 20/15 20/25 32/7
44/1 48/13 48/19 62/18 62/23 63/17
65/20 65/25 75/12 75/13 77/22 81/9
84/6 89/2 89/5 89/16 91/14 98/3 98/7
98/9 98/14 98/19 99/3 99/7 99/14
raise [3] 50/10 100/2 115/7
raised [1] 22/10
raising [2] 9/15 15/6
range [1] 103/22
Rapaport [2] 2/8 2/8
rat [1] 51/16
re [3] 47/1 47/9 71/24
re-replies [1] 71/24
re-use [1] 47/1
re-used [1] 47/9
reach [2] 53/20 95/1
reached [6] 54/20 106/2 106/18 107/6
107/8 110/7
reactions [1] 81/6
read [6] 4/5 4/6 11/25 15/18 64/5 72/19
ready [3] 23/23 88/2 88/14
real [2] 17/25 86/3
realized [2] 65/5 84/6
really [14] 8/16 9/14 9/18 15/5 22/25
39/6 53/9 63/25 77/18 79/7 85/22 86/9
97/6 108/21
reappears [1] 71/25
reason [4] 38/25 39/1 70/19 102/20
reasons [2] 102/15 102/18
rebutting [1] 71/22
recall [33] 24/21 26/10 26/15 26/21 27/6
27/9 27/13 27/16 28/21 33/1 42/13
44/18 44/24 45/4 45/15 45/21 50/3
51/11 51/13 51/20 52/12 57/12 57/14
57/18 68/16 97/17 97/19 102/20 116/17
116/17 134/4 134/5 135/25
receive [6] 62/22 63/16 65/20 66/3 81/8
84/5
received [3] 83/9 97/22 139/25
recently [2] 27/13 33/23
recess [10] 17/21 17/22 23/21 58/14
58/16 58/19 113/21 113/24 140/17
140/21
recessed [1] 140/24
recognize [9] 27/24 72/10 125/11
130/12 130/14 131/18 136/6 137/3
137/9
recognized [2] 131/7 136/12
recollection [1] 6/5

record [5] 29/9 33/20 54/5 76/19 105/12
recorded [2] 2/16 2/16
recross [10] 3/4 33/18 33/22 34/16
34/19 57/25 59/4 59/16 60/22 97/9
RECROSS-EXAMINATION [1] 97/9
red [3] 133/9 134/12 137/11
redacted [2] 70/20 70/21
redaction [2] 70/15 71/16
redactions [4] 70/16 70/18 70/18 71/17
redirect [10] 3/4 4/3 24/11 34/18 34/19
59/3 59/5 59/23 89/11 113/13
reference [9] 9/15 11/17 23/8 30/11
60/21 78/4 84/6 86/15 94/20
referred [5] 20/14 27/3 44/1 53/21
109/12
referring [11] 14/2 14/6 34/11 62/18
62/23 63/17 64/17 71/18 74/12 81/9
127/17
refers [1] 76/3
reflection [1] 59/1
Reform [1] 28/4
refresh [2] 6/5 45/17
regard [1] 62/25
regarding [17] 4/9 4/10 4/21 9/19 9/19
12/19 14/23 23/25 37/5 65/11 67/8 70/9
74/18 83/13 83/16 87/15 90/14
regather [1] 59/14
REGGIE [1] 1/10
regulatory [2] 102/16 108/6
rehabilitate [1] 5/5
rehabilitated [2] 58/6 66/25
rehabilitating [1] 69/2
rehabilitation [2] 78/5 78/18
relate [4] 73/6 74/3 94/25 95/2
related [5] 13/18 14/10 15/1 50/5 61/10
relates [3] 14/22 93/20 101/14
relating [1] 82/2
relationship [7] 42/23 42/25 50/11 51/4
53/20 54/13 54/16
relative [3] 56/22 116/22 129/4
release [4] 25/9 25/13 53/15 54/14
released [1] 61/19
relevance [1] 57/7
relevancy [2] 12/6 12/24
relevant [9] 9/18 11/22 12/5 12/24 13/9
78/4 78/6 78/17 120/24
relief [1] 32/12
remarkable [1] 15/5
remember [23] 6/9 26/12 43/10 80/3
88/3 94/13 111/22 118/20 121/15
126/21 126/23 128/21 130/16 132/16
132/18 133/13 134/1 136/2 136/9
136/14 138/11 140/6 140/8
reopen [1] 79/9
rephrase [1] 41/22
replies [1] 71/24
report [10] 25/10 25/13 52/24 52/24
52/24 53/15 55/14 55/17 55/21 56/7
reported [2] 141/5
Reporter [2] 2/12 2/12 141/3 141/17
represent [4] 106/21 106/22 107/5
108/20
representation [1] 12/7
representations [1] 104/2
Representatives [1] 2/2
represented [1] 36/2
represents [12] 103/22 104/2 105/12
105/24 105/25 106/17 106/19 106/19
107/3 108/9 109/10 109/17
request [3] 19/18 57/25 59/1
requested [1] 35/14
requirement [1] 102/16
resigned [1] 46/15
respect [2] 8/21 55/5
responded [2] 26/18 29/15

**R**

response [3] 57/13 80/8 94/10 99/1
99/18
responsibilities [2] 100/22 101/13
responsibility [1] 56/22
rest [2] 70/14 108/3
result [2] 4/15 12/18
resulted [1] 5/8
results [3] 49/4 49/9 49/24
Resumed [1] 3/5
resuming [4] 17/23 23/22 58/20 113/25
retail [3] 110/10 110/12 110/19
returned [1] 25/15
revolve [1] 100/22
Richard [1] 2/5
rid [2] 25/5 93/4
ride [1] 10/25
right [85] 11/10 16/19 18/3 18/10 20/12
21/21 30/6 33/3 33/7 33/19 34/13 35/18
35/22 42/19 47/19 48/4 48/17 56/15
63/5 66/2 71/8 75/19 77/15 80/21 83/7
83/10 86/16 91/24 95/8 97/15 97/21
98/4 98/9 98/21 98/25 99/6 100/2 104/4
105/14 105/17 107/15 108/5 109/7
111/8 111/20 111/25 112/20 115/7
116/19 116/20 117/2 118/12 118/17
121/7 121/8 123/18 124/12 125/8
125/10 125/14 125/20 126/3 126/14
126/15 127/14 129/25 130/1 130/11
131/5 131/17 132/3 132/10 132/13
132/20 132/24 133/1 133/6 133/9
133/12 134/12 134/13 136/3 136/16
139/4 139/15
right-hand [2] 129/25 130/1
Rimsley [1] 50/8
ripped [1] 25/16
rise [4] 17/20 58/15 113/20 140/20
road [1] 56/4
Rockefeller [2] 2/6
rocky [1] 56/4
roger [39] 1/6 27/11 30/4 30/16 38/2
38/24 39/17 52/1 52/6 54/25 62/8 64/19
68/7 68/8 69/12 74/4 74/7 74/17 75/3
75/20 80/10 80/16 82/11 82/23 82/24
84/7 86/11 87/11 87/14 88/10 97/19
98/1 98/10 98/22 129/9 129/10 132/17
133/13 135/24
Roger's [3] 90/23 91/2 98/8
role [2] 7/3 7/3
room [6] 2/13 7/1 85/6 130/7 132/1
132/3
rooms [2] 131/15 131/22
round [1] 124/1
roundabout [1] 134/13
RPR [2] 2/12 141/17
ruined [1] 61/12
Rule [1] 16/7
ruled [1] 19/20
ruling [3] 16/13 18/6 23/25
rulings [1] 66/15
Russell [1] 1/17
RUSTIN [1] 1/18
Ryan [2] 119/17 119/22

**S**

safe [4] 67/23 67/25 75/25 85/2
safeguard [1] 36/14
said [89] 6/8 6/9 6/10 7/8 8/11 11/21
12/1 14/7 14/12 14/16 15/10 15/12
15/17 18/3 22/12 22/18 22/25 26/8 27/5
29/11 29/20 30/3 30/8 30/17 33/24 34/2
38/1 38/7 38/7 39/5 39/25 40/9 40/15
41/6 41/10 43/8 44/11 49/17 49/20
50/14 53/3 53/6 57/24 59/9 60/15 64/25
65/25 67/13 68/4 70/1 75/10 75/20
75/23 77/20 78/25 80/3 81/20 82/12
83/9 85/19 89/21 85/21 88/4 88/7
88/14 88/15 88/16 88/18 90/15 96/2
96/4 96/10 96/16 96/21 97/14 98/2
105/20 110/4 111/7 116/8 118/11 119/7
121/5 123/2 123/2 128/23 132/3 139/15
141/9
Saint [2] 6/1 6/20
salaries [1] 101/16
salary [3] 65/6 83/6 90/6
sales [1] 101/16
Saleski [1] 1/14 3/7
same [20] 7/6 7/17 16/7 16/10 18/24
20/15 51/6 52/6 60/20 67/6 68/14 70/3
70/6 88/13 105/16 118/23 129/6 130/16
135/19 136/23
San [1] 1/22
satisfactory [1] 69/8
save [1] 46/24
saved [2] 34/6 46/20
saw [12] 21/1 66/1 78/23 84/2 92/2
96/15 97/14 97/18 98/2 98/7 134/7
135/23
say [52] 7/6 7/16 8/22 8/24 9/9 9/13
11/13 11/20 12/12 12/20 13/22 14/3
14/24 18/16 19/11 19/20 20/4 20/4
20/25 21/23 22/14 33/22 37/23 38/12
40/13 40/17 46/19 49/22 62/14 63/5
68/14 70/4 72/24 74/14 80/25 81/17
81/23 83/20 83/22 86/1 86/12 87/18
88/4 88/16 90/25 97/12 98/6 99/1
109/25 128/14 131/14 135/11
saying [18] 9/23 15/11 16/1 20/7 20/12
33/23 38/23 39/12 40/11 40/17 65/1
66/19 68/16 73/13 73/14 74/15 97/19
99/13
says [9] 6/15 10/18 19/13 19/24 22/21
40/6 63/12 72/21 96/16
scenario [1] 88/13
scene [2] 45/21 45/24
schedule [2] 122/5 122/6
scheduled [1] 7/22
school [2] 117/4 117/6
scope [7] 37/22 38/4 39/3 39/10 39/20
39/21 60/24
Scott [2] 119/3 119/3
screen [4] 105/13 105/19 125/8 125/14
screw [1] 48/11
screws [2] 48/11 48/11
seafood [1] 116/4
search [1] 50/5
seated [3] 24/5 62/1 115/3
second [9] 11/19 69/3 69/6 72/15 107/2
108/4 108/12 111/14 135/25
see [57] 15/14 19/5 29/4 29/12 35/20
35/22 38/22 48/22 51/12 56/3 57/7
59/25 60/2 65/18 70/13 73/19 78/16
78/17 83/19 84/3 85/16 91/24 94/2 94/4
95/10 104/14 104/20 125/8 125/10
132/14 132/24 133/17 133/19 135/22
137/1 138/19 138/22
seeing [8] 22/17 73/24 130/17 132/16
132/18 133/13 135/25 136/9
seek [2] 5/21 13/17
seeking [4] 5/4 54/2 54/12 79/9
seeks [1] 4/25
seem [3] 6/12 69/11 129/4
seemed [2] 68/22 68/23
seems [7] 14/21 15/8 39/8 68/23 73/4
73/6 74/1
seen [4] 35/11 102/5 102/9 121/11
Self [1] 52/7
Self-preservation [1] 52/7
sell [2] 113/4 113/6

selling [1] 25/18
send [2] 4/13 84/9
sensitive [1] 8/25
sent [3] 52/4 91/9 92/6
September [1] 112/20
series [6] 8/14 44/16 50/1 51/22 57/10
71/3
SESSION [1] 1/10
set [4] 39/24 72/15 112/25 127/3
seven [2] 96/21 119/21
Seventh [2] 40/6 40/15
several [6] 7/20 34/5 76/14 102/15
108/8 112/13
sewed [1] 96/16
sexual [1] 6/23
shape [3] 42/22 50/19 59/3
shaving [3] 65/18 83/19 92/3
she [3] 119/24 119/25 127/10
shelf [6] 110/17 110/20 112/9 112/13
112/17 112/22
shelfs [1] 110/10
shelves [3] 110/17 112/12 113/1
ship [2] 92/17 108/17
shipment [1] 97/18
shipping [2] 108/16 108/19
shirt [1] 137/11
shooting [1] 47/25
shorthand [3] 2/16 141/6 141/10
Shortly [1] 91/20
shot [8] 67/15 80/17 80/18 80/18 84/16
88/15 88/16 97/14
shots [2] 81/17 95/9
should [16] 6/16 6/18 8/4 8/21 19/25
21/23 21/23 34/12 56/19 56/20 59/12
59/20 63/25 68/11 75/15 96/19
shoulder [1] 95/8
shouldn't [3] 56/19 56/21 59/19
show [19] 6/16 6/17 6/18 8/21 27/19
27/23 34/3 35/20 59/13 72/1 74/2 94/5
104/6 124/20 125/2 126/12 127/6 133/6
134/10
showed [4] 35/8 51/10 51/19 127/8
shown [4] 75/15 87/9 125/1 132/5
shows [2] 68/8 103/21
siblings [4] 119/8 119/10 119/12 130/25
sic [2] 92/6 102/19
side [2] 19/15 72/23
sides [2] 71/22 94/16
signed [12] 25/2 25/3 69/18 69/20 70/4
83/15 86/15 86/15 86/20 86/22 86/24
87/5
simply [1] 10/14
since [3] 25/14 59/4 59/15
sir [232]
sisters [1] 119/11
sit [1] 5/23
sitting [1] 107/22
situation [6] 12/4 39/1 60/7 64/3 68/25
81/24
six [3] 109/10 110/2 119/25
size [2] 92/17 92/18
slicing [1] 14/21
so [145]
soccer [1] 85/16
sold [2] 101/25 113/1
solution [1] 53/11
some [47] 7/6 8/18 9/1 10/4 12/16 14/3
14/12 15/7 22/12 23/24 24/8 24/18
24/23 25/1 29/25 30/13 30/13 30/23
31/5 32/20 42/22 43/17 44/4 44/20 49/3
50/9 51/10 52/9 53/12 54/2 59/23 66/17
72/5 73/12 73/22 76/17 80/1 80/2 91/22
98/2 104/24 122/25 123/5 124/20
131/13 134/20 136/18
somebody [7] 22/14 74/16 84/23 95/21

**S**

somebody... [3] 112/16 122/13 127/2
somehow [2] 9/7 20/2
someone [2] 75/12 89/2
something [26] 14/10 18/3 21/22 29/1 38/1 40/13 49/14 57/24 59/22 60/4 60/5 60/14 60/14 67/25 75/12 79/8 82/14 84/21 85/23 88/19 89/4 105/12 106/9 130/8 138/9 139/4
sometime [2] 53/16 98/7
sometimes [8] 48/11 48/12 48/16 71/22 71/25 72/1 95/24 96/1
somewhat [2] 20/5 43/19
somewhere [4] 86/17 109/19 110/2 110/15
son [3] 53/20 128/20 129/9
sons [1] 25/13
soon [2] 19/6 53/15
sorry [21] 14/15 14/19 16/4 24/7 37/20 41/20 44/25 46/2 46/25 47/6 56/12 63/7 82/11 90/12 92/11 110/1 110/6 110/13 110/21 111/14 113/5
sort [5] 13/14 13/20 13/25 21/14 54/2
sound [1] 126/18
sounds [2] 27/18 116/25
source [4] 50/18 50/21 51/7 99/20
speak [1] 116/19
speaking [3] 60/16 69/13 86/11
specific [1] 105/7
specifically [3] 11/11 11/24 34/1
speculate [2] 70/19 80/8
spell [3] 100/12 115/19 116/20
splashing [2] 126/22 126/22
spoke [1] 85/18
sport [2] 117/10 121/12
sports [5] 24/18 117/6 117/8 120/8 120/11
stable [1] 108/21
stadium [1] 48/20
stale [1] 107/19
stamp [2] 70/24 109/12
stamps [3] 71/13 72/22 87/8
stand [2] 20/16 59/10
standing [1] 126/15
stands [4] 17/21 58/16 113/21 140/21
Stanton [16] 7/9 13/13 16/19 20/22 20/23 20/25 32/10 32/11 32/17 36/19 42/4 44/1 77/22 89/15 89/25 89/25
Stanton's [1] 7/10
start [4] 88/2 88/14 128/23 128/24
started [8] 21/5 29/21 53/5 76/1 88/8 99/12 131/13 134/25
starting [1] 88/7 88/19
starts [2] 6/25 7/1
stated [8] 64/3 64/19 65/6 65/17 82/23 82/24 83/6 83/18
statement [1] 47/2 45/20 54/5 112/4
statements [1] 7/2
STATES [6] 1/1 1/3 1/11 1/15 37/15 141/4
status [1] 53/19
stay [6] 23/11 116/16 126/24 130/21 133/15 134/6
stayed [3] 112/13 131/8 139/17
step [2] 18/16 19/12
steps [2] 56/25 57/3
steroid [4] 9/16 14/13 85/7 87/19
steroids [39] 6/10 7/9 18/15 19/22 26/15 43/3 43/14 43/17 48/14 53/4 56/17 62/21 63/13 66/10 67/24 68/17 74/18 75/4 75/8 75/11 75/13 75/20 76/1 81/5 85/3 85/9 85/10 87/15 88/22 89/1 89/5 92/24 93/6 93/11 95/5 95/12 95/24 97/3 99/2

**Steven** [1] 1/13
still [9] 7/20 27/3 27/5 29/25 30/13 107/21 110/17 112/22 140/11
stipulation [1] 94/20
stitches [1] 96/19
stood [1] 135/24
store [1] 95/24
stories [2] 30/9 85/20
story [4] 21/14 42/12 42/22 50/2
straight [2] 70/7 40/3
strange [1] 86/9
Street [7] 1/15 1/18 68/18 85/11 98/25 99/2 99/19
strength [3] 62/20 63/4 80/21
strengthen [3] 62/22 63/13 81/5
stress [1] 26/5
string [1] 71/7
strong [1] 11/12
structure [4] 129/25 131/23 131/23 134/17
studies [1] 117/22
stuff [20] 27/4 30/14 33/24 34/1 64/9 65/18 65/19 65/20 74/11 74/16 83/19 85/13 85/22 85/23 88/1 92/7 97/14 98/3 98/7 98/8
subject [1] 82/5
submitted [5] 4/7 80/2 80/6 80/7 89/9
subscribed [1] 141/11
substance [3] 10/4 21/2 61/9
substances [11] 11/18 14/23 15/1 37/7 40/21 41/11 56/23 57/1 67/8 78/12 86/6
substantial [1] 6/16
suburb [1] 111/19
such [3] 5/11 20/2 82/15
suggest [6] 4/12 5/17 8/3 11/10 20/2 33/23
suggested [3] 10/19 19/8 21/17
suggesting [2] 26/8 54/1
suggestion [6] 9/7 11/12 11/22 13/1 16/22 39/8
Suite [1] 1/19
summer [6] 85/14 118/14 118/18 118/21 120/1 120/6
supervisor [1] 45/21
supplements [2] 75/13 89/5
support [1] 5/6
supposed [1] 95/8
sure [12] 18/5 31/13 51/6 74/21 86/21 87/24 88/11 100/13 101/3 101/13 106/16 116/19
surgery [1] 95/8
surprised [12] 65/18 67/15 67/19 83/19 84/3 84/16 84/19 84/22 84/24 92/1 92/3 92/4
surroundings [1] 26/4
Sustained [3] 57/6 57/8 113/10
swimming [6] 135/17 135/18 136/5 136/11 136/13 136/16
switch [1] 108/13
SWORN [2] 100/3 115/9
synthetic [2] 62/9 80/11
syringe [1] 48/3
system [1] 108/9

**T**

TABLE [1] 3/1
take [27] 14/8 18/16 33/13 46/5 48/14 48/16 56/22 58/11 58/12 58/14 107/23 112/17 113/18 118/11 118/14 120/22 124/5 128/23 128/24 130/11 136/19 136/25 137/8 137/15 138/14 138/19 139/23
taken [6] 17/22 23/21 56/25 58/19 112/8 113/24
takes [2] 26/3 110/11

**taking** [4] 85/22 88/9 88/11 136/21
talk [10] 13/15 23/4 6 23/18 42/9 49/18 59/8 79/21 82/17 82/19 87/4
talked [14] 7/20 28/5 38/3 52/15 52/16 54/2 54/11 65/2 74/17 82/24 84/21 87/14 89/14 131/23
talking [22] 5/4 6/6 6/23 14/1 15/3 26/10 26/18 33/8 47/17 47/18 54/15 64/23 71/6 72/20 79/4 79/8 81/1 82/1 85/18 104/21 105/20 112/6
talks [1] 13/15
tall [1] 137/11
Tampa [1] 36/25
targeted [1] 4/14
targeting [3] 9/8 11/11 16/23
taste [1] 107/20
team [4] 101/14 101/17 121/19 121/24
teams [3] 80/24 80/25 80/25
technical [4] 70/25 100/22 101/7 101/19
telephone [1] 53/21
tell [43] 18/12 19/19 21/22 21/24 22/1 25/25 27/1 41/17 41/22 41/25 42/2 42/4 42/6 49/6 49/9 52/15 99/10 102/23 102/23 103/7 103/21 104/14 105/10 105/11 105/20 106/14 107/1 107/9 108/3 108/15 108/23 109/5 109/23 115/18 126/10 126/15 128/22 131/3 132/11 133/3 136/13 139/16 140/4
telling [11] 4/20 30/9 38/2 38/24 39/14 39/15 39/16 51/17 88/8 99/16 106/24
ten [5] 43/1 58/14 113/18 113/21 128/9
ten-minute [2] 58/14 113/21
term [2] 74/19 87/16 103/24
terms [17] 13/9 21/4 24/23 35/3 40/2 42/21 44/15 49/13 55/23 56/16 64/14 68/12 69/20 89/13 91/8 92/22 97/2
test [2] 88/15 88/16
testified [11] 27/16 33/4 40/21 42/19 54/19 60/4 64/8 65/22 67/25 68/7 75/6
testify [9] 7/11 7/22 15/10 20/1 20/10 31/5 31/6 31/8 65/14
testifying [1] 97/17
testimonies [1] 75/16
testimony [19] 9/12 9/14 17/10 21/18 23/1 25/24 26/9 26/21 26/24 27/7 31/15 37/5 37/11 41/5 59/13 61/10 61/14 61/15 141/6
testing [5] 49/4 49/4 49/7 49/10 49/24
testosterone [1] 95/9
Texas [1] 1/19
than [20] 8/20 11/3 11/15 12/4 18/4 32/25 35/12 36/19 43/9 43/14 53/23 61/8 75/12 75/13 78/23 88/5 89/2 89/4 129/5 139/19
thank [24] 13/3 16/3 16/3 16/12 17/4 24/10 24/16 31/17 34/20 41/14 60/9 89/10 94/2 94/23 97/8 99/23 100/14 101/4 110/22 113/11 113/14 113/16 139/13 140/13
that [817]
that's [95] 6/1 6/21 6/21 10/20 10/23 12/4 13/20 14/17 16/5 16/13 16/25 19/4 20/24 22/19 26/6 28/4 30/16 33/22 36/1 37/10 38/4 38/13 38/17 39/5 39/5 39/16 39/17 44/3 47/21 48/8 53/21 54/4 58/6 59/15 59/21 64/9 64/12 64/17 65/2 65/8 66/2 67/6 67/17 68/8 69/1 69/2 70/1 70/7 70/25 71/5 71/17 72/18 74/11 74/12 75/17 75/19 76/2 76/10 76/16 76/20 76/24 77/12 77/18 77/19 78/3 78/13 78/17 78/23 79/10 85/23 88/12 89/7 89/7 97/6 98/9 99/11 99/22 103/7 103/14 104/19 105/22 106/16 108/2 108/25 111/17 111/17 112/10 112/18 113/3 115/20 117/2 125/22 137/14

**that's... [2]** 137/16 139/1

**their [17]** 4/22 9/16 17/7 18/20 19/22 38/18 38/19 61/10 61/14 61/15 73/5 81/6 85/15 103/12 105/13 108/20 126/24

**them [68]** 6/11 7/7 7/21 8/12 12/20 15/12 18/14 18/16 19/12 19/21 20/4 20/13 21/22 21/24 22/1 23/5 25/6 25/7 25/21 35/12 36/16 38/21 39/14 41/12 41/22 41/25 42/2 42/4 42/6 42/9 48/14 48/16 48/17 48/23 56/3 56/5 56/5 59/9 67/3 68/8 72/5 72/8 72/8 73/15 73/16 75/17 75/23 76/2 76/17 76/24 78/17 78/23 78/24 79/1 85/13 85/24 85/25 86/24 87/4 97/5 99/6 99/9 99/10 99/14 99/15 99/16 120/22 132/18

**then [70]** 5/10 6/22 7/11 8/1 8/9 8/21 12/8 12/25 14/8 14/14 14/16 19/14 22/1 26/18 29/11 29/15 29/19 29/23 30/7 30/10 30/11 33/22 38/20 38/22 38/24 40/5 40/6 53/10 54/12 55/24 63/12 63/16 63/20 63/23 64/19 72/15 85/18 85/20 87/25 88/4 88/6 88/8 88/9 88/13 88/18 89/16 93/15 99/11 103/9 108/1 108/19 109/11 111/18 116/10 118/2 119/7 121/3 121/7 122/5 122/8 124/3 127/1 129/2 131/12 131/17 132/4 132/8 136/12 136/16 140/17

**theory [2]** 21/13 21/21

**there [101]** 5/22 8/1 8/15 9/23 10/21 11/7 14/3 14/9 14/9 15/23 22/10 24/7 26/12 28/17 28/20 28/24 33/24 35/4 35/5 35/7 39/6 47/8 59/2 59/22 60/23 62/2 65/7 65/9 65/11 66/16 68/5 68/6 69/17 70/23 71/12 72/21 72/25 76/14 77/2 79/5 79/15 83/12 84/13 84/14 86/17 87/7 90/15 92/2 94/24 98/12 98/13 99/5 99/12 102/19 104/21 105/21 106/4 107/22 109/24 112/20 117/18 118/1 118/8 120/1 123/1 123/5 123/6 123/25 124/18 125/20 125/23 126/16 128/5 128/12 128/14 128/24 130/8 130/21 131/2 131/5 133/15 133/23 133/25 134/3 134/6 134/19 134/21 134/22 135/8 135/14 135/23 137/13 137/18 138/4 138/12 139/2 139/4 139/4 139/11 139/15 140/2

**there's [23]** 7/25 9/19 13/8 14/24 21/19 22/18 23/4 23/11 26/3 29/12 34/17 66/5 71/24 73/4 73/5 77/8 102/15 102/15 102/18 103/1 103/11 107/24 138/22

**thereafter [7]** 20/21 21/7 32/17 48/16 53/18 65/24 65/25

**therefore [4]** 8/18 19/17 39/16 80/6

**Thereupon [13]** 17/22 23/21 24/3 58/17 58/19 61/24 103/16 113/22 113/24 115/1 127/22 140/22 140/24

**these [28]** 8/3 8/6 11/5 11/17 12/19 13/22 14/22 14/23 15/1 18/13 19/12 19/16 20/6 38/1 39/15 41/11 57/12 57/15 71/21 78/7 78/12 79/24 86/5 86/6 99/19 104/4 113/6 127/16

**they [117]** 5/2 5/18 7/13 7/16 8/3 8/22 9/10 9/13 10/5 10/21 10/24 11/4 11/5 11/21 12/8 12/9 12/12 12/17 12/17 12/20 12/20 14/2 14/2 14/6 15/10 15/11 15/11 16/9 17/22 17/8 19/17 23/12 25/14 25/15 28/5 28/6 28/11 37/21 37/23 38/19 38/20 38/22 38/23 38/23 39/5 39/9 39/14 40/2 40/12 40/14 49/22 49/23 52/22 53/2 53/8 53/9 53/10 55/19 56/3 58/1 58/2 59/18 59/21 60/6 61/6 61/7 61/8 61/9 61/10 64/25 68/5

**68/18 69/7 69/23 70/1 70/4 70/18 71/18 72/16 74/2 76/1 89/2 82/16 85/10 85/12** 85/12 85/15 85/15 85/17 85/17 85/17 85/22 86/7 86/7 86/8 91/3 94/25 94/25 99/3 99/3 99/5 99/6 99/7 99/8 99/9 99/9 99/19 101/11 101/20 104/14 126/10 126/12 128/10 128/16 128/17 133/21

**they'll [3]** 95/1 103/15 127/20

**they're [18]** 8/6 8/7 8/8 10/25 19/7 19/14 63/6 63/8 63/9 65/11 70/2 70/5 70/19 71/6 72/6 72/20 78/4 79/5

**they've [2]** 66/19 72/11

**thin [1]** 14/21

**thing [2]** 6/21 10/24 19/14 25/15 43/17 58/3 60/18 66/21 68/14 70/22 73/6 77/13 77/13 85/24 98/25 102/25 112/15 131/12

**things [14]** 5/25 7/7 8/2 12/1 25/1 26/9 47/25 49/13 55/16 92/17 92/18 100/24 101/18 103/5

**think [110]** 4/16 7/25 9/3 9/4 9/14 9/17 9/17 10/2 11/6 11/9 11/13 11/13 12/5 12/5 12/6 12/10 12/17 12/21 12/22 12/24 13/5 13/25 14/2 14/3 14/5 14/9 14/13 14/17 14/23 15/16 16/11 16/20 19/24 19/25 20/1 20/4 20/24 21/9 21/13 21/16 21/18 21/21 21/23 23/4 23/5 25/18 25/19 38/3 38/7 38/11 38/13 39/10 39/22 40/14 45/10 50/24 52/19 55/11 59/4 59/12 60/7 60/17 60/20 60/23 61/10 64/1 64/4 64/11 64/23 64/25 65/2 65/2 65/25 66/2 66/14 66/23 66/25 67/10 67/13 67/25 68/3 69/3 69/24 70/2 71/15 71/17 72/17 72/9 72/9 72/18 72/23 73/11 75/6 76/2 76/4 77/8 77/9 79/2 79/7 82/3 87/23 94/16 103/24 112/7 124/12 124/17 124/22 125/1 125/4 131/8 139/17

**thinking [2]** 94/12 94/15

**third [4]** 34/7 36/18 94/4 113/2

**this [135]** 4/2 5/13 6/22 7/11 8/15 8/24 9/15 10/16 10/25 11/1 12/23 13/8 16/18 16/21 17/16 17/20 18/7 18/25 20/3 21/7 21/14 21/14 21/18 21/20 22/23 22/24 24/15 27/3 27/7 27/12 30/25 31/7 34/2 35/11 37/5 39/9 40/2 41/5 43/9 43/11 43/19 46/3 46/4 47/19 47/21 48/5 49/23 57/7 57/17 57/18 58/15 59/10 59/13 59/20 60/7 60/12 67/15 68/24 68/24 69/1 72/2 73/10 73/11 74/9 77/13 78/2 78/18 89/14 92/6 94/17 94/21 96/14 103/13 103/21 103/22 104/16 104/22 105/5 105/16 105/19 105/22 106/3 106/7 106/20 106/21 106/23 106/25 107/4 107/7 107/10 107/13 107/14 107/19 108/1 108/7 108/15 108/16 108/19 108/24 109/1 109/10 110/13 110/14 110/16 112/25 113/20 116/14 120/24 121/1 123/11 123/14 125/4 125/6 125/11 125/15 127/16 128/2 129/17 131/20 131/22 132/4 132/10 133/1 134/9 137/15 140/6 140/16 140/17 140/20 141/12

**thoroughly [1]** 15/18

**those [51]** 7/12 7/15 7/17 8/9 8/10 13/6 13/19 14/25 15/9 15/25 18/8 18/9 19/22 24/21 24/23 24/24 25/1 25/5 25/18 33/1 34/9 40/3 42/13 44/18 46/20 47/25 48/5 48/21 49/24 50/3 50/13 52/2 52/12 52/16 56/23 56/25 57/3 67/5 70/9 72/13 73/7 85/19 85/20 92/8 92/9 95/12 97/3 102/14 109/13 116/22 130/8

**though [1]** 12/13

**thought [15]** 18/11 37/20 37/25 38/2

**38/4 38/7 39/3 39/18 77/15 77/23 77/25 78/9 78/11 78/11 78/15**

**threads [7]** 71/1 71/2 71/4 71/6 71/13 72/22 87/8

**three [21]** 4/25 5/22 7/14 7/17 9/12 9/23 9/25 9/25 12/12 13/11 16/17 17/2 34/10 43/6 58/7 61/9 87/23 89/14 110/11 139/19 139/20

**through [14]** 13/24 14/9 19/15 25/9 29/13 29/24 42/11 72/12 73/16 91/3 91/13 103/23 104/3 106/3

**throughout [3]** 6/1 8/17 102/7

**throw [2]** 25/17 25/21

**thrown [2]** 25/16 25/17

**Thursday [2]** 107/3 107/4

**thus [1]** 40/9

**tight [2]** 48/12 56/5

**till [1]** 116/24

**time [73]** 6/8 18/23 19/3 21/18 21/19 22/4 23/16 25/6 25/16 26/23 27/6 27/16 30/25 35/12 35/14 35/16 37/1 41/25 42/13 42/23 42/24 43/4 46/1 46/3 46/11 50/21 51/5 51/15 52/24 53/8 54/13 54/16 54/17 54/22 55/5 59/9 59/14 72/20 76/2 88/13 91/24 93/7 93/11 103/13 104/3 104/24 105/22 107/19 107/24 109/9 109/12 112/6 112/25 119/6 121/17 124/12 124/18 126/19 127/16 129/11 130/23 133/17 133/22 134/2 134/6 135/25 137/23 138/4 138/7 139/17 140/16 140/18 140/19

**times [3]** 49/12 50/2 68/6

**Times' [1]** 70/10

**today [2]** 26/9 59/13

**together [2]** 88/19 138/15

**told [39]** 6/17 8/4 8/18 8/19 8/22 10/3 13/10 14/14 17/12 18/8 19/2 19/16 19/21 20/7 21/8 21/10 21/10 27/13 30/20 32/24 36/15 43/9 43/11 49/3 49/23 57/17 64/4 64/6 64/15 64/19 81/24 81/25 82/12 82/16 82/24 99/9 105/10 109/5 123/1

**too [3]** 15/16 25/22 93/12

**took [35]** 27/4 46/12 46/16 88/7 95/8 95/9 95/11 96/19 98/6 123/20 129/19 129/21 136/18 138/17 139/21

**top [4]** 48/3 48/4 48/10 134/13

**topic [1]** 82/7

**torn [1]** 25/16

**Toronto [9]** 7/24 14/8 63/9 64/24 68/4 81/2 121/25 122/9 123/8

**total [1]** 109/21

**touch [5]** 32/7 77/22 89/16 105/19 125/14

**touched [1]** 59/3

**tough [1]** 53/8

**tour [17]** 127/13 128/2 128/3 128/5 128/6 128/23 128/25 128/25 129/17 129/19 129/21 130/25 131/6 131/12 132/11 132/12 135/13

**town [1]** 116/16

**traceability [2]** 102/18 108/5

**track [1]** 102/14

**tracking [1]** 102/11

**trail [1]** 70/14

**train [2]** 29/16 56/8

**trained [1]** 55/13

**training [4]** 54/25 56/10 81/15 85/13

**transcribed [1]** 141/10

**transcript [4]** 1/10 2/16 60/13 141/9

**transcription [1]** 2/17

**transfer [2]** 90/19 90/25

**trial [7]** 1/10 6/22 7/5 7/23 8/14 12/19 81/20

**T**

trials [2] 7/18 8/14
tried [2] 5/25 57/14
trip [1] 124/1
trouble [1] 101/1
true [6] 7/12 19/8 19/17 27/8 39/5 97/23
truncated [1] 70/10
trust [2] 51/7 52/7
truth [10] 6/17 8/5 8/18 8/19 8/23 38/2 38/24 39/15 39/17 57/17
truthful [1] 8/8
try [5] 16/11 53/11 69/1 72/17 96/20
trying [4] 10/25 52/7 66/21 77/4
Tuesday [1] 107/4
turn [3] 28/13 103/9 131/17
turned [3] 25/14 48/6 49/5
TV [2] 121/11 122/7
twelve [6] 56/14 109/15 124/14 124/15 128/24 139/16
twelve-year-olds [1] 56/14
twenty [9] 28/15 28/16 46/5 76/15 76/16 115/23 116/15 118/11 133/20
twenty-five [2] 115/23 118/11
twenty-four [3] 28/15 28/16 46/5
Twenty-nine [2] 76/15 76/16
twice [2] 56/3 95/11
two [33] 5/22 8/2 16/9 17/10 28/15 28/16 34/11 34/13 41/24 46/5 47/25 55/18 58/7 76/22 78/13 87/22 93/24 95/9 97/11 105/22 106/19 106/21 109/10 109/13 110/11 116/13 117/10 119/11 120/13 124/1 135/23 140/18 140/21
two miles [1] 124/1
twos [1] 109/11
type [8] 10/4 11/21 26/2 35/25 43/17 75/5 87/20 94/9
types [3] 26/4 40/3 42/13
Typically [1] 110/11

**U**

U.S [3] 2/2 2/13 102/1
Uh [1] 70/12
Uh-huh [1] 70/12
ultimate [1] 11/19
ultimately [1] 112/16
under [9] 5/3 5/7 5/11 15/4 15/5 15/7 15/11 23/2 69/19
undermine [1] 16/22
understand [7] 9/22 15/13 19/25 39/11 69/1 78/3 103/11
understanding [6] 21/19 36/5 36/6 38/10 61/8 123/3
understood [2] 18/5 18/6
unfair [3] 12/10 12/18 16/8
unique [1] 105/21
UNITED [6] 1/1 1/3 1/11 1/15 37/15 141/4
universe [1] 13/20
University [2] 117/15 117/22
unless [4] 21/7 31/11 34/16 72/4
unrelated [1] 9/16
unremarkable [1] 15/8
until [6] 22/1 27/13 42/24 86/7 113/2 140/21
up [59] 4/3 8/13 10/14 12/22 18/25 21/14 21/18 27/8 30/12 30/12 33/23 33/25 34/19 35/9 47/14 48/13 48/17 51/12 53/11 60/5 61/4 61/4 64/10 66/4 66/5 66/19 68/4 68/8 71/17 72/18 73/8 73/14 77/4 88/14 89/8 93/12 93/20 93/23 103/18 104/10 104/14 106/1 107/24 107/25 109/21 111/23 111/23 112/25 115/24 116/16 116/24 117/2

124/21 125/8 127/3 127/6 127/8 129/15 180/20
upon [8] 5/16 55/21 58/25 59/3 68/4 75/21 75/24 89/8
upper [1] 130/1
us [24] 5/24 10/23 12/18 29/21 66/11 76/13 106/14 108/3 109/5 109/5 115/18 116/20 116/22 122/13 122/13 123/1 126/1 126/12 128/3 132/11 133/3 133/6 134/10 136/13
use [36] 4/10 6/11 9/13 9/16 9/16 12/17 14/23 15/5 17/5 18/20 19/10 19/11 19/22 21/1 21/22 37/8 40/18 40/18 47/1 47/17 62/8 80/10 80/15 85/7 87/19 89/16 89/21 94/9 95/16 96/17 96/19 103/24 107/3 108/16 109/12 135/3
used [42] 5/18 6/9 12/9 12/12 12/21 22/12 29/16 29/20 32/4 32/17 36/1 40/10 41/10 46/19 47/1 47/9 68/15 71/9 71/16 77/19 78/11 78/13 79/5 79/24 89/19 89/23 90/2 92/16 96/21 105/22 106/1 106/17 106/18 106/25 107/9 107/11 107/12 107/16 113/1 118/20 120/17 122/19
using [10] 5/2 6/14 18/14 23/9 75/20 75/23 76/1 78/23 92/24 125/15
usually [1] 103/7

**V**

value [1] 24/24
various [3] 12/19 95/2 131/15
venture [1] 100/18
verbal [1] 57/13
version [1] 71/15
very [25] 7/4 7/13 7/17 11/4 17/19 19/14 23/19 31/3 35/1 37/3 61/17 61/22 66/20 68/15 68/21 68/25 94/19 103/8 103/15 113/11 120/25 125/4 127/20 133/16 140/17
view [4] 4/8 5/6 102/21 105/25
visit [2] 102/8 132/4
visited [2] 131/22 132/3
visiting [1] 122/22
voice [1] 115/18
voices [2] 126/6 126/8
volley [1] 130/6
volleyball [3] 130/15 130/16 131/8
voluntarily [2] 46/13 46/15
volunteered [1] 64/11

**W**

W-E-S-T-O-N [1] 116/21
wait [3] 29/4 41/20 77/12
walk [2] 124/5 139/22
walked [2] 133/4 133/5
walking [1] 29/24
Wall [5] 68/17 85/11 98/25 99/2 99/19
WALTON [1] 1/10
want [22] 10/21 21/12 22/3 25/7 39/8 40/13 51/12 56/3 58/11 66/5 72/17 77/3 79/15 82/17 88/5 102/19 104/5 107/20 118/10 118/14 122/1 138/6
wanted [7] 18/5 51/6 61/5 61/12 82/19 88/10 95/10
wants [2] 7/19 66/12
warned [1] 40/7
was [299]
Washington [4] 1/5 1/16 2/4 2/14
wasn't [6] 77/25 84/20 84/21 85/24 118/9 124/3
watched [2] 122/6 122/6
water [1] 126/22
way [26] 5/16 9/1 10/17 11/7 13/8 34/12 42/22 47/20 48/19 50/19 54/9 59/3 59/23 73/22 74/24 74/25 75/1 77/5 77/8

78/10 94/4 102/4 104/14 111/23 111/25 131/3 138/11
ways [3] 6/4 6/16 6/19
we [90] 4/4 4/5 5/21 5/23 5/23 6/16 6/18 7/4 7/20 8/5 8/21 10/2 12/4 13/14 13/15 13/17 13/21 15/14 16/16 17/9 17/15 17/17 17/24 24/8 24/17 29/1 29/3 29/4 31/10 33/15 35/9 35/9 35/19 37/17 37/25 38/4 39/1 39/3 39/22 39/24 59/4 61/3 61/13 61/18 65/13 65/16 66/14 66/21 72/14 72/20 75/15 79/14 84/21 86/21 93/22 94/20 101/15 101/21 101/23 102/13 102/16 102/17 102/19 102/21 102/21 104/3 105/22 106/3 106/16 107/3 107/20 107/21 108/1 108/6 108/8 108/16 109/7 109/9 109/12 110/18 111/5 111/6 122/13 124/6 124/21 125/2 131/23 132/5 132/21 134/20
we'd [5] 6/22 29/22 58/6 66/22 70/15
we'll [5] 58/12 58/14 113/18 140/17 140/18
we're [12] 5/4 6/5 6/17 8/9 15/3 16/15 23/23 28/25 30/11 79/7 82/1 108/12
we've [7] 4/2 10/24 39/17 66/19 77/13 107/15 111/5
wealth [1] 4/15
wearing [1] 137/11
Wednesday [1] 27/7
week [11] 4/3 5/14 56/3 57/11 62/7 106/1 106/18 106/21 107/5 107/24 113/2
weekday [1] 140/7
weekend [4] 58/5 58/8 60/6 140/6
weeks [5] 107/16 107/17 107/24 107/25 110/11
weight [3] 30/13 85/6 130/7
well [66] 8/24 12/4 15/13 16/13 17/19 18/21 19/1 20/24 23/1 23/19 25/12 27/11 29/2 31/3 34/15 35/1 37/3 38/17 42/9 52/21 54/7 54/8 54/12 56/2 56/19 57/4 59/24 61/17 61/22 62/19 62/23 63/5 63/17 66/18 68/15 68/21 72/12 76/4 76/14 77/19 78/6 78/15 78/20 78/22 79/16 81/9 84/2 93/12 94/19 96/2 96/4 101/16 102/15 102/25 103/15 104/14 107/1 108/25 122/25 123/17 123/25 125/4 127/20 131/1 131/6 140/17
well-to-do [4] 62/19 62/23 63/17 81/9
Wells [4] 14/11 14/12 14/14 14/16
went [31] 33/25 40/16 48/20 68/5 88/4 88/6 88/6 88/12 88/18 90/5 91/18 96/15 99/8 123/17 127/13 128/2 128/2 131/12 132/12 132/13 133/7 133/12 134/3 135/15 135/17 135/18 136/3 136/5 136/12 136/18 138/4
were [130] 5/2 7/9 7/12 9/20 14/3 14/4 16/1 19/22 21/5 21/7 24/7 24/23 25/1 29/25 35/5 35/7 35/11 35/14 37/25 38/4 39/1 39/4 39/22 44/24 45/1 45/4 45/6 45/14 45/17 46/1 46/3 46/13 50/13 50/15 50/18 50/21 50/23 50/24 52/22 53/2 53/8 53/10 54/12 54/19 54/22 55/7 55/11 55/13 56/18 61/7 61/8 62/20 63/3 65/18 66/21 67/15 67/19 68/6 71/18 76/1 77/15 78/9 78/12 78/12 78/14 80/20 82/16 83/19 84/3 84/16 84/19 84/24 85/12 85/17 85/22 86/8 87/9 89/9 89/19 89/23 90/2 90/8 90/18 92/1 92/1 92/4 92/12 92/21 99/2 99/3 99/13 102/20 104/20 105/21 109/13 109/15 118/17 119/7 120/8 120/8 120/16 120/17 120/20 122/1 122/5 122/8 122/9 123/9 126/10 126/12 128/8 128/10

## W

**were... [18]** 128/12 128/16 126/17 131/5 131/6 131/25 132/7 133/1 133/21 133/25 134/22 135/8 136/6 136/10 137/20 138/12 139/20 140/2
**weren't [4]** 52/23 53/6 53/9 55/19
**Weston [7]** 115/25 116/18 116/20 116/23 118/22 120/9 120/16
**what [225]**
**what's [9]** 11/15 27/23 39/23 61/14 66/15 104/15 119/2 119/4 119/16
**whatever [2]** 20/6 21/1
**whatsoever [1]** 56/21
**when [105]** 13/14 13/15 15/5 17/12 20/22 20/22 24/17 25/15 29/16 33/4 33/20 35/10 36/15 37/13 37/14 41/16 41/21 41/23 44/5 45/6 45/14 46/3 47/18 48/13 48/21 50/10 53/14 54/11 54/19 56/17 62/7 65/17 67/14 68/8 68/24 71/24 74/5 74/5 74/8 74/9 74/17 75/15 78/11 78/12 78/13 79/5 79/24 80/9 80/14 80/25 83/18 84/2 84/15 85/13 85/15 86/1 87/12 87/14 87/25 89/19 89/23 90/2 90/5 90/25 91/21 92/2 92/20 95/7 95/8 95/16 97/12 98/6 105/20 107/13 107/14 107/17 110/9 110/16 112/11 120/8 120/16 124/17 125/23 126/5 126/8 126/15 128/2 128/5 128/23 128/24 131/14 131/25 132/7 132/10 133/3 133/12 134/2 134/6 135/21 136/8 136/11 136/16 139/20 139/25 140/2
**where [33]** 8/22 26/3 28/5 36/24 45/6 47/22 54/19 54/22 88/13 94/5 95/12 95/20 95/22 100/14 108/23 111/16 115/24 116/23 117/2 118/20 125/23 126/10 126/12 127/8 129/17 131/11 132/18 133/12 134/9 134/10 134/20 135/18
**whereof [1]** 141/11
**whether [52]** 5/13 6/9 7/12 9/11 9/15 9/18 9/19 13/15 19/24 32/17 32/21 32/22 32/23 32/24 32/24 34/6 34/7 34/8 38/12 39/16 44/17 44/17 44/20 44/24 45/1 45/1 45/4 45/17 46/20 49/3 49/4 49/13 58/7 63/9 77/1 78/9 78/22 78/23 79/6 79/14 79/19 79/23 92/12 92/22 93/5 95/4 112/19 112/22 122/1 122/9 125/11 140/6
**which [45]** 4/25 9/10 11/10 11/11 11/23 14/13 15/5 15/7 15/17 17/6 20/5 22/2 22/15 23/13 34/5 35/18 37/10 39/7 40/1 41/5 47/15 48/6 50/7 52/9 57/12 60/13 62/6 66/20 71/25 73/5 73/16 74/2 78/18 88/16 88/24 95/1 108/17 108/17 117/10 117/14 120/13 120/20 121/19 121/24 123/7
**whiffle [11]** 131/13 132/12 132/13 134/20 134/25 135/1 135/5 135/7 135/11 135/14 135/15
**while [8]** 12/23 15/23 50/18 53/19 107/21 117/6 136/6 136/9
**white [2]** 49/16 98/15
**who [61]** 5/1 5/5 5/17 5/23 5/23 7/11 9/13 9/20 9/24 10/3 11/5 12/2 12/9 12/20 13/23 14/24 14/25 15/19 17/2 19/23 22/15 30/3 31/22 31/24 32/11 36/11 36/22 51/24 63/6 72/13 74/16 80/6 91/11 97/21 97/25 98/18 99/20 119/12 120/4 120/23 121/5 121/8 121/10 121/21 122/15 122/17 123/20 126/3 128/3 128/16 128/17 132/16 134/21 135/7 135/21 136/19 136/21 137/3 138/17 138/25 139/25
**who's [4]** 119/14 137/11 137/13 137/15

**whoa [3]** 28/25 28/25 28/25
**whole [9]** 7/3 9/17 25/15 38/25 38/1 77/12 77/13 95/24 131/12
**whom [9]** 22/22 28/3 41/18 42/6 55/3 80/23 90/22 91/13 119/22
**whose [4]** 22/25 29/19 36/7 36/9
**why [36]** 12/22 18/18 25/5 25/8 25/20 27/12 36/13 46/11 47/4 52/18 63/25 66/7 67/15 67/16 67/23 67/25 68/12 68/12 68/17 69/7 69/14 75/15 78/18 81/16 84/8 84/19 85/2 85/10 92/4 93/9 93/13 94/7 99/6 99/19 102/14 137/20
**wife [1]** 81/22
**will [14]** 4/18 9/9 17/5 23/24 28/13 31/7 31/14 34/18 72/5 79/17 80/2 103/2 107/19 108/17
**WILLIAM [2]** 1/6 2/2
**willing [2]** 13/17 73/18
**Winstrol [4]** 87/21 88/3 88/6 93/3
**winter [1]** 29/16
**wire [2]** 90/19 90/25
**wired [1]** 91/4
**withdraw [2]** 34/24 54/8
**Within [1]** 119/12
**without [11]** 10/17 11/8 20/7 20/12 23/9 67/13 77/11 79/5 99/5 111/22 127/20
**witness [28]** 5/5 18/7 18/8 31/4 37/5 37/9 38/20 41/8 59/7 59/10 60/21 72/2 72/9 73/12 79/10 94/17 99/23 99/24 100/3 113/16 113/17 115/4 115/6 115/9 125/17 129/24 133/8 141/11
**witnesses [6]** 3/2 7/22 8/13 16/9 59/8 61/3
**woman [1]** 90/23
**won't [3]** 60/24 67/4 75/17
**wonder [1]** 71/25
**wondering [1]** 13/8
**word [7]** 19/10 23/9 23/11 68/15 71/9 77/19 80/15
**words [2]** 71/3 83/15
**work [13]** 29/21 46/6 48/24 56/13 73/23 90/23 95/10 100/15 101/15 116/4 122/19 122/25 140/11
**worked [7]** 85/24 95/10 96/22 101/5 101/9 102/7 122/13
**working [2]** 50/16 118/3
**workout [1]** 30/12
**works [1]** 51/25
**worse [1]** 55/22
**would [142]**
**wouldn't [6]** 51/7 51/16 51/18 51/18 65/13 98/20
**write [1]** 71/23
**writing [3]** 65/8 65/11 83/12
**written [5]** 82/12 82/15 82/21 90/10 90/14
**wrong [3]** 28/11 38/9 59/11

## Y

**y'all [1]** 21/10
**y'all's [1]** 112/16
**Yankee [1]** 63/9
**Yankees [16]** 6/8 31/25 32/13 46/12 55/4 63/11 64/21 64/24 65/1 65/6 81/3 82/25 83/4 83/7 90/5 90/6
**yeah [17]** 21/16 23/23 30/18 48/8 56/11 56/13 60/3 64/8 65/2 65/5 69/24 85/19 85/21 86/3 91/17 96/4 137/19
**year [11]** 46/4 46/10 56/11 56/13 56/14 105/24 106/23 108/22 108/22 117/9 117/25
**years [15]** 43/1 43/1 43/1 43/6 51/8 100/19 101/6 101/9 101/10 116/13 116/15 118/11 118/19 120/9 120/16
**yes [270]**

**York [23]** 2/6 2/6 2/9 2/9 7/11 31/25 32/12 45/14 45/18 46/6 46/12 46/14 55/4 64/22 65/24 74/10 81/2 82/25 83/4 90/5 91/19 91/20 111/19
**you [901]**
**you'd [2]** 48/22 103/9
**you're [23]** 6/23 9/15 9/23 13/5 21/24 39/11 42/15 47/17 47/18 47/24 57/25 82/5 96/16 96/17 105/11 105/19 105/20 112/6 118/11 126/15 132/10 137/21 140/14
**you've [8]** 25/24 57/10 98/1 105/10 109/5 118/2 126/14 133/9
**young [2]** 29/16 139/2
**younger [2]** 29/22 129/5
**your [197]**
**yourself [6]** 25/18 75/8 88/21 95/5 100/9 137/17
**youth [1]** 128/14

## Z

**zero [4]** 109/13 109/13 109/14 109/15
**zoom [1]** 106/8