IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

       Government,                 CR No. 10-223
                                   Washington, DC
     vs.                         May 29, 2012
                                   2:00 p.m.
WILLIAM R. CLEMENS,
a/k/a ROGER CLEMENS,
       Defendant.
_____


TRANSCRIPT OF JURY TRIAL – PM SESSION
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Government:           STEVEN DURHAM, ESQUIRE
                            DANIEL BUTLER, ESQUIRE
                            COURTNEY G. SALESKI, JR., ESQ.
                            GILBERTO GUERRERO, ESQUIRE
                            U.S. Attorney's Office
                            555 Fourth Street, NW
                            Washington, DC  20530
                            (202) 252-7862
                            steven.durham@usdoj.gov
                            daniel.butler@usdoj.gov
                            gilberto.guerrero@usdoj.gov
                            courtney.saleski@usdoj.gov


For the Defendant:            RUSSELL HARDIN, JR., ESQUIRE
                              JEREMY T. MONTHY, ESQUIRE
                            Rusty Hardin & Associates
                            1401 McKinney Street
                            Suite 2250
                            Houston, TX  77010
                            (713) 652-9000
                            rhardin@rustyhardin.com
                            jmonthy@rustyhardin.com

```
                              MICHAEL A. ATTANASIO, ESQUIRE
                              Cooley, Godward, Kronish, LLP
                              4401 Eastgate Mall
                              San Diego, CA  92121
                              (858) 550-6020
                              mattanasio@cooley.com

Also present:                 WILLIAM B. PITTARD, IV, ESQUIRE
                              U.S. House of Representatives
                              Office of General Counsel
                              219 Cannon Building
                              Washington, DC  20515
                              (202) 225-9700
                              william.pittard@mail.house.gov


Court Reporter:               Lisa M. Foradori, RPR
                              Official Court Reporter
                              U.S. Courthouse, Room 6706
                              333 Constitution Avenue, NW
                              Washington, DC  20001
                              (202) 354-3269
```

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1

2                               I N D E X

3   WITNESS                    DIRECT   CROSS   REDIRECT   RECROSS

4   For the Government:

5   ERIC POKORAK                  4       33       40

6   CYNTHIA MORRIS-KUKOSKI       42       51       54

7

8   For the Defendant:

9   TODD HOWEY                   102      116      122

10  MIKE CAPEL                   126

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                     P R O C E E D I N G S
 2              THE COURT:  Anything before we proceed?
 3              MR. BUTLER:  Not from the Government, Your Honor.
 4              THE COURT:  Okay.  Let's bring in the jury.
 5    JURY ESCORTED INTO THE COURTROOM AT 1:40 P.M.
 6              MR. BUTLER:  The Government will call Eric Pokorak.
 7    Thereupon.
 8                        ERIC POKORAK,
 9    the witness herein, having been first duly sworn, was examined
10    and testified as follows.
11                     DIRECT EXAMINATION
12    BY MR. BUTLER:
13      Q.   Good afternoon.
14      A.   Good afternoon.  Good afternoon, ladies and gentlemen.
15      Q.   In a loud, clear voice, would you state your name and
16    spell both your first and last names, please.
17      A.   My name is Eric Pokorak.  My first name is spelled
18    E-R-I-C, and my last name is spelled P-O-K-O-R-A-K.
19      Q.   And Mr. Pokorak, how are you employed?
20      A.   I'm the unit chief of the mitochondrial DNA unit at the
21    FBI laboratory.
22      Q.   How long have you been employed with the FBI?
23      A.   It's for 15 years.
24      Q.   And walk us through in a brief fashion your employment
25    history with the FBI.
```

1    A.    Sure.  I joined the FBI as a biologist in the

2    mitochondrial DNA unit.  A biologist in our laboratory does

3    the laboratory portion, they generate data, and then that data

4    is passed on to an examiner to evaluate.  In 2000 through 2004

5    I was an examiner in the mitochondrial DNA unit.  From 2004

6    until 2009 I was an examiner in the nuclear DNA unit, and then

7    I returned back to the mitochondrial DNA unit as its unit

8    chief in 2009.

9    Q.    And what is the difference between the mitochondrial

10   DNA and the nuclear DNA?  What is the difference there?

11   A.    These are two different types of DNA tests that are

12   used in forensics.  The difference, in mitochondrial DNA, that

13   is only inherited from our mother.  And nuclear DNA is

14   inherited from both our mother and our father.

15   Q.    And what is the nature of the work that you do above

16   the obvious?  What do you do in the lab?

17   A.    As an examiner, what I did was for each case I was

18   assigned I would first evaluate the evidence that had been

19   received and then determine what types of testing needed to be

20   conducted.  I would direct my team of biologists to do that

21   analysis, and as I spoke of, that was to generate the data.  I

22   would then review the data, make comparisons to known

23   reference samples, document my findings in a report and

24   testify to those when necessary.

25   Q.    And in your time in the laboratory, has the majority of

1  your work been in doing those types of things?

2  A.   Yes, it has.

3  Q.   Prior to joining the FBI, where were you employed?

4  A.   I worked for five years at a private DNA company in

5  Northern Virginia doing forensic DNA testing.  The same that I

6  spoke of earlier, mitochondrial DNA testing and nuclear DNA

7  testing.

8  Q.   So how many years have you worked in the area of DNA

9  analysis?

10  A.   Twenty years now.

11  Q.   What is your educational background?

12  A.   I have a bachelor of arts in biology and mathematics

13  from the State University of New York at Potsdam.  I have

14  taken graduate course work in genetics, chemistry and

15  statistics from the University of Florida as well as George

16  Mason University.

17  Q.   And since joining the FBI have you received specialized

18  training in the work that you do?

19  A.   I have.  For each position I held there was a

20  specialized training program.  As an examiner, the first thing

21  that we do is go into the lab and actually conduct the tests

22  to understand how they work properly.  I then study the

23  foundational science behind those tests, and that application

24  of the testing and the foundational science is tested through

25  a series of oral board examinations, moot court examinations,

1   as well as a competency test before I'm qualified to conduct

2   forensic case work.  That training takes on an average of 18

3   months to complete.

4   Q.   And you, as you said, you've personally performed the

5   testing that is done for DNA analysis?

6   A.   Yes, I have.

7   Q.   How much -- give -- quantify that for us a little bit

8   if you would.

9   A.   I've never bothered to count how many times I've done

10  it, but it's hundreds of times, if not in the thousands.

11  Q.   And have you presented or lectured in the area of

12  forensic DNA analysis?

13  A.   I have.  I've given several lectures on DNA, mainly in

14  its application to use in missing persons cases, at national

15  forensic conferences in the United States.

16  Q.   And have you published in the area of forensic DNA

17  analysis?

18  A.   I have.  I'm the coauthor on two publications in regard

19  to mitochondrial DNA testing.

20  Q.   Have you testified before in court as an expert in the

21  area of serology and DNA analysis?

22  A.   Yes, I have.

23  Q.   Approximately how many times?

24  A.   It's approximately, it's over 20 times, I believe 21

25  times.

1    Q.    Federal court?  State court?

2    A.    Federal court, state court, as well as the Superior

3    Court in the District of Columbia.

4          MR. BUTLER:  At this point, Your Honor, I request

5    the acceptance of Mr. Pokorak as an expert in the area of

6    forensic serology and DNA analysis.

7          THE COURT:  Any questions?

8          MR. ATTANASIO:  No, Your Honor.

9          THE COURT:  Very well.  The witness will be

10   qualified as an expert witness.

11   BY MR. BUTLER:

12   Q.    When you test DNA, for DNA, what are you testing?  What

13   do you test?

14   A.    We're looking to find DNA in a variety of different

15   body fluids or skin cells.  For example, my collar here has

16   been rubbing up against my neck.  That would have skin cells

17   on it on which DNA can be found.  We first look at the DNA

18   from the evidentiary items and then we make comparisons of

19   that DNA to known reference samples.  A reference sample for a

20   DNA test would be something such as a blood sample or a buccal

21   swab, which is the swabbing of the inside of your cheek to

22   collect DNA.

23   Q.    What part of the blood is actually tested for DNA?

24   What part would have DNA in it?

25   A.    For blood it would be the white blood cells that would

1   contain the DNA.

2   Q.   And what -- if I was to cut myself accidentally and I

3   had blood, what part of that blood would be the white blood

4   cells?

5   A.   The white blood cells are found in the fluid.  Blood is

6   made up of red blood cells and white blood cells, and the

7   white blood cells would be a part of that blood within the

8   liquid, and that is where you would find the DNA.

9   Q.   But you would not find it in the red blood cells, is

10  that what you're saying?

11  A.   That's correct, it is not in the red blood cells.

12  Q.   But there are other areas from which you can obtain DNA

13  you said, like you said around the collar of your neck?

14  A.   Yeah, you can get DNA from skin cells.  We call them

15  epithelial cells, but they are skin cells that contain DNA as

16  well.

17  Q.   What about saliva?

18  A.   Saliva is a rich source of DNA, not only because it

19  contains epithelial cells in it, but it also has DNA from skin

20  cells as well in the saliva.

21  Q.   You said epithelial cells.  What are those?

22  A.   Just a more scientific term for what is commonly termed

23  as a skin cell.

24  Q.   Let me ask you, did you in this case, the case before

25  this court, did you have occasion to examine and analyze

1   evidence pertaining to the case before this court?

2       A.    Yes, I did.

3       Q.    And from whom did you receive that?

4       A.    That evidence was received from the FBI's Washington

5   field office.

6       Q.    Where is that located?

7       A.    It's located a few blocks from here in Judiciary Square

8   in Washington, D.C.

9       Q.    Is there a resident office as well?

10      A.    Yes.

11      Q.    And where is that?

12      A.    Is the resident --

13      Q.    Is there an office in Virginia as well, as part of the

14  Washington field office?

15      A.    Yes, there's one near Manassas.  The Northern Virginia

16  field office is located off of Route 234 in Manassas.

17      Q.    Do you recall approximately when you received these

18  items?

19      A.    They were received at the FBI laboratory on August 19th

20  of 2009.

21      Q.    And what was the first type of examination that you

22  conducted as to those?  Just generally, what was the first

23  type of examination you conducted?

24      A.    First type of exam that we conducted was a DNA exam on

25  that.

1     Q.    And what type of DNA testing was conducted?

2     A.    This is nuclear DNA testing.  The type of test is

3   called an STR test.  STR is an abbreviation for parts of our

4   DNA that differ from one another.  This is what makes our DNA

5   unique.  So we look at variation among individuals when doing

6   our DNA testing.

7     Q.    Is there also a part of it called PCR?

8     A.    Yeah.  PCR is a process that is an abbreviation for

9   polymerase chain reaction.  That allows us to simply do two

10  things.  One, if there's enough DNA present on the evidence,

11  make enough copies of it to conduct our tests, and then two,

12  to focus on those areas that are different among individuals.

13    Q.    And can you tell the jury about what are the possible

14  outcomes of a DNA test?

15    A.    There is three basic possible outcomes.  The first is

16  that the DNA profile obtained from the evidentiary item is the

17  same as the DNA profile from a reference sample.  That is

18  called a match.  The second is that the DNA profile from the

19  evidentiary item is different from the DNA profile from a

20  reference sample.  That is known as an exclusion.  And the

21  third is that there's a very limited amount of DNA found on

22  the evidentiary item, and therefore it's an inconclusive when

23  compared to a reference sample.  If you have a limited amount

24  of DNA, you may be able to use it to exclude an individual as

25  possibly donating that DNA on the evidentiary item.

1    Q.   And you say a reference sample.  What is the reference

2    sample?

3    A.   A reference sample is again either a blood sample or a

4    buccal swab.  Again, that is the swabbing of the cheek with a

5    sterile cotton swab.

6    Q.   A swab from a person that you know who that person is?

7    A.   Yes, a known reference is from a known individual who

8    donated that sample.

9    Q.   And are these procedures that you use, are these

10   exclusively by the FBI lab?

11   A.   No, there is over 190 laboratories in the United States

12   alone that use the same type of testing that we do.

13   Q.   Are there practices to ensure the quality of the lab

14   work done by the FBI?

15   A.   There are.  For example, I spoke of the training

16   program that each individual must go through before they are

17   certified to do DNA testing.  We also go through a proficiency

18   test examination.  A proficiency test is essentially a mock

19   case that is issued to an examiner every six months.  And that

20   work is then evaluated by an outside agency to make sure that

21   the test was conducted appropriately.  We run controls when

22   we're doing our DNA tests to make sure the tests are working

23   properly.  And then for every case that's done, it goes

24   through a review process as well to make sure that the

25   conclusions are appropriate.

1    Q.    Can other law enforcement agencies submit items to the

2    FBI lab, say state or federal or other federal agencies submit

3    to the FBI lab items for DNA comparison?

4    A.    Yes, they can.

5    Q.    Is that a fairly regular practice?

6    A.    It's fairly regular.  Most states now have their own

7    DNA laboratories, so the majority of cases submitted to us are

8    from federal entities.  But we have received cases from states

9    as well.

10   Q.    And let me ask you, in terms of the United States

11   Attorney's offices around the country, they are free to submit

12   to you, is that correct?

13   A.    That's correct, they can submit their evidence to us

14   for DNA testing.

15   Q.    Is it unusual for the United States Attorney's office

16   to submit to private labs other than the FBI lab?

17   A.    No, I wouldn't say it's unusual that they do that.

18   Q.    Okay.  And there are a number of private labs around

19   the country that do do the work?

20   A.    Yes, there are a variety of private labs that do DNA

21   testing as well.

22   Q.    Let me ask you, in terms of the federal agencies that

23   might submit to the FBI, have you ever dealt in your

24   experience with the FBI over quite a period of time, have you

25   ever had any items submitted by the IRS, the Internal Revenue

1   Service?

2      A.   I've never had a case that was submitted by the IRS for

3   DNA testing.

4      Q.   Do you know why that is?

5      A.   No.

6               MR. ATTANASIO:  Objection.

7               THE COURT:  He said he doesn't know.  Overruled.

8   BY MR. BUTLER:

9      Q.   And let me ask you, when you do receive an item for

10  analysis, and say there was more than -- what do you look at

11  for -- on an item when it comes in for analysis?  What do you

12  look for?

13     A.   I mean we will first do a visual examination of the

14  item of evidence to see if there's any potential body fluids

15  there.  The reason we look for body fluids is such that they

16  can be further characterized using DNA testing.  So if there

17  are body fluids, we'll do serological examinations, which is

18  the classification of body fluids.  That is to say this

19  potentially is blood or potentially is another body fluid.  If

20  there's no evidence of that or it seems that the sample is

21  very limited, then we go straight forward to a DNA exam.

22     Q.   What if an item comes in that has multiple indications

23  of bodily fluids, do you test every item, every place where

24  there would be biological material on an item?

25               MR. ATTANASIO:  Objection.  I think I need to

 1   explain at the bench.

 2   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

 3            THE COURT:  Okay.

 4            MR. ATTANASIO:  Your Honor, just by way of

 5   background, this witness tested three items, two syringes that

 6   the Court has heard about, and the beer can which the Court

 7   has heard about.  He found nothing to test on either syringe;

 8   there was not enough genetic material to test it.  On the beer

 9   can he found that he could exclude Mr. Clemens.  He found no

10   statistically significant results for Mr. McNamee, so he can't

11   exclude Mr. McNamee.

12            That is the full scope of his testimony and his

13   disclosure, including the expert disclosure to the defense.

14   So a lot of -- I tried to just be patient, but a lot of what

15   Mr. Butler is asking about is sort of well beyond the scope of

16   his knowledge of the three items in this case, and beyond the

17   expert disclosure that we received, which was only as to the

18   testing results for those items.  If we can just go to those

19   items, obviously I have no objection.  But a lot of this seems

20   designed to me to try to shore up Mr. Keel's testimony, and it

21   really is beyond this witness's firsthand knowledge in this

22   case.

23            MR. BUTLER:  Your Honor, he's called as an expert

24   witness, he is not called as a fact witness, number one.

25   Number two, as we discussed in the pleading that we filed with

1  the Court, there are certain issues that the defense has

2  raised and we believe we have a right to address those through

3  this witness, Your Honor.

4          THE COURT:  What about the position that you're

5  limited to the information that you provided in your report

6  about what he would testify about?

7          MR. BUTLER:  I believe what we provided information

8  about, Your Honor, was that he would provide information about

9  DNA testing.  This question goes directly to the issue of DNA

10  testing.  And I'll get to the specifics of the testing he did

11  in this case, but the notice goes to what is done in DNA

12  testing, which when he receives items he doesn't -- he's not

13  required or feel compelled by scientific standards to test

14  every place where there might be biological material on an

15  item.  He just addresses that item, a representative sample,

16  and that's what I'm asking him to do at this point is to talk

17  about that.

18          THE COURT:  Yeah, but you obviously are seeking to

19  try and address the cross-examination of Mr. Keel about the

20  fact that he didn't test everything.  So I mean, you're

21  talking about a different lab.

22          MR. ATTANASIO:  This man did test everything.  He

23  got three items, he looked at them all thoroughly, and that is

24  the full scope of the disclosure that we got.  That he got

25  three items, here is the results.  Nothing about DNA

1    background or how did he do it or best practices or anything

2    like that.

3              MR. BUTLER:  Your Honor, again, as the purpose of

4    the pleading that we filed last night was to be allowed to

5    address through this witness specific items that they had

6    raised with Mr. Keel, number one.  Number two, in terms of the

7    issue of the notice, it's clearly within the notice that we

8    gave to defense counsel about what this witness will be

9    testifying about, and that is the practice of DNA testing,

10   what you do and how you do it.

11             THE COURT:  Can I see that report?  What they were

12   provided?

13             MR. ATTANASIO:  I have the report.

14             THE COURT:  Can I see it?  The notice.

15             MR. BUTLER:  I'm not sure.

16             MR. ATTANASIO:  This is the report of this witness,

17   Your Honor, and what the Government will do is give us

18   discovery and say we we're going to call this fellow as an

19   expert, his report is attached.  That has been the practice

20   throughout this case.  Nothing more.

21             THE COURT:  Counsel is right, there's nothing about

22   this.  And obviously it seems to me you have sought to try and

23   go into this because of what happened in reference to the

24   cross-examination of Mr. Keel.  And obviously the decision not

25   to examine certain things is a decision that someone with

1    expertise about DNA would make, and it seems to me if he was

2    going to testify about this, they had a right to know.

3                MR. BUTLER:  Well, Your Honor --

4                MR. DURHAM:  Your Honor, I think the problem is

5    that this issue was just suggested through Mr. Keel's

6    cross-examination, so it wasn't ripe prior to that for us to

7    provide notice of going into it.  Because it came up in the

8    manner and the fashion that it did, we then sought to bring it

9    to the attention of the Court through this motion, and this we

10   believe is the appropriate witness.

11               THE COURT:  I mean, obviously the rule is designed

12   to avoid surprise and to give the other side the opportunity

13   to meet the force of what they were advised a witness is going

14   to testify about.  How are you in some way prejudiced by not

15   having known that the Government was going to pursue this,

16   because obviously they are right, they would not have known

17   exactly what the nature of the cross-examination would be, and

18   now, having presented that cross-examination, how are you

19   prejudiced by them now seeking to address that through this

20   witness?

21               MR. ATTANASIO:  Understood.  First, Your Honor, the

22   prejudice is severe.  We keep talking about this motion that

23   the Government filed last night, as the Court is aware,

24   because we just argued it a couple hours ago.  The motion

25   filed last night simply said you cross-examined Keel and we

1  should be able to present evidence that the defense had access

2  to the same evidence to test if it wished.  That is the narrow

3  thing that motion was about.  The Court's ruled on it, so

4  apparently they're going to ask Mr. Pokorak that.  Fine.

5          But this is entirely different.  This is the

6  details of DNA protocols followed by the FBI lab, to somehow

7  then apply those to what Mr. Keel did or didn't do, to

8  buttress him.  Even last night would have been helpful for me

9  to know.

10         By the way, Your Honor, I don't think counsel would

11  disagree, in connection with Mr. Pokorak, provided in

12  discovery is a stack, counsel is indicating and I'm indicating

13  about 18 inches high, of FBI manuals and training materials

14  about how to handle and what to test and all of this.  I could

15  have never gotten through all of that to prepare to

16  cross-examine Mr. Pokorak about the FBI procedures because I

17  didn't think they were relevant.

18         So it's one thing to say, well, you did it with

19  Mr. Keel, now Pokorak is going to talk about it.  If we're

20  going to fight all these Keel battles with this witness, who

21  examined three things, I would have needed a lot more time to

22  be prepared.  That is how I'm prejudiced.

23         THE COURT:  It seems to me we are talking about two

24  different labs, and I don't know -- I mean Mr. Keel has

25  provided his testimony about why he thought it was not

1   appropriate for him to test the items that he tested, and

2   obviously there was things about those that he decided based

3   upon that that he wasn't going to test everything.  And I

4   think the case should rise or fall based upon that, without

5   this witness testifying about the protocols that are used by a

6   totally different lab and why they make decisions not to test

7   certain things.  So I'm going to sustain the objection.

8   SIDEBAR DISCUSSION CONCLUDED

9          THE COURT:  I'll sustain the objection.

10  BY MR. BUTLER:

11   Q.   Mr. Pokorak, let's talk about the specific items that

12  you tested in this case.  And I'm going to ask Agent Longmire

13  to bring up certain items to you.  And if I can have brought

14  up to you the Exhibits 52A, B and C.

15          Let me ask you, in terms of 52A, do you recognize

16  that?

17   A.   Yes, ladies and gentlemen, I do recognize this item.

18   Q.   What is that?

19   A.   This is item Q-1, which is a syringe with a plunger.

20  The way I'm able to identify the item is it contains the FBI

21  laboratory number here, which is a series of a date and then a

22  numerical or sequential number assigned to the case received.

23  The symbols OI represent me.  We use two-letter symbols to

24  represent examiners at the FBI.  The item identifier, which is

25  Q-1, which for the FBI means an item of evidence -- an item

1    from a questioned source, hence the Q.  And then the initials

2    of the biologist that conducted the analysis on this.

3        Q.   Let me ask you, you mentioned earlier you were a

4    biologist at one point.  What did the biologist do in this

5    case?

6        A.   The biologists in this case, what they did is first

7    extracted the DNA, which is to remove the DNA from the items

8    of evidence.  They then determined how much DNA is present,

9    and then they used the DNA that is present in an attempt to

10   generate a DNA profile.

11       Q.   Do you know who the biologists in this case were?

12       A.   The biologist that conducted the extraction, which is

13   removing the DNA from the item of evidence, is Mr. Jim

14   O'Leary.  The biologist who determined how much DNA was

15   present on the items of evidence, as well as the reference

16   samples, her name is Ms. Leah Willis.  And then Ms. Lori

17   Flanagan was responsible for taking the DNA to generate the

18   DNA profile.

19       Q.   And for the convenience of the jury, what I'd like to

20   do is pull up Government Exhibit 52Y, which has already been

21   admitted into evidence.  Page 3.  And do you see Q-1 on that

22   screen in front of you?

23       A.   Yes, I do.

24       Q.   Would you just point it out, put your finger on the

25   screen.

1    A.    Sure.  It's the item in the bottom right-hand corner.

2    Q.    Why don't you circle it, please?

3    A.    (Indicating.)

4    Q.    And that's the item that you have in the bag in front

5    of you?

6    A.    Yes, that's correct.

7    Q.    What about Q-2?

8    A.    I don't believe I have item Q-2 in front of me.  Yes,

9    item Q-2 in is this bag as well.  It's in Government Exhibit

10   52A.  I did not conduct any testing on this item.

11   Q.    I'm sorry, I misspoke.  Q-4 is what I'm looking for.

12   A.    Yes, sir.  Q-4 is in the second bag labeled Government

13   Exhibit 52B.  This is also a syringe with a plunger, and I'm

14   able to again identify it because of the laboratory number

15   that I noted previously.

16   Q.    If we can take a look at 52Y, page 4.  Does that show

17   the Q-4 that you're referring to?

18   A.    Yes, it does.

19   Q.    And why don't you circle that, please.  So that's the

20   item, the one that you circled is the item you have in front

21   of you, Q-4?

22   A.    That's correct.  Yes.

23   Q.    Now would you take a look at 52C.

24   A.    Yes, sir.

25   Q.    What is 52C?

1    A.    52C contains a Miller Lite beer can.

2    Q.    And does that have a Q number?

3    A.    Yes, this is item Q-17.1 for the FBI laboratory.

4    Q.    And let me ask you, as to all three of these items,

5    you've seen all three of these items before?

6    A.    Yes, I have.

7    Q.    And in terms of Q-17.1, if we pull up 52Y, page 1, and

8    the item on the top row, do you recognize that?

9    A.    Yes, sir, I do.

10    Q.    What is that?

11    A.    The item on the top row of 52C, laboratory number

12    Q-17.1, is the Miller Lite beer can.

13    Q.    I'd like to have Agent Longmire bring up to you

14    Exhibits 76 and 77 which have been previously admitted.

15    A.    Okay.

16    Q.    Is that Exhibit 76?

17    A.    Yes, sir.

18    Q.    Have you seen those before?

19    A.    Yes.  Again, I have seen these.  I'm able to identify

20    them with the FBI laboratory number, my symbols.  And the item

21    identifier for these is K, for known reference sample from an

22    individual.

23    Q.    And let me ask you, when those come into the FBI lab,

24    do you give them a new -- do you give them a K number at that

25    time?

1    A.   Yes, when the evidence is received at the FBI

2    laboratory, for each item we receive, whether it's a reference

3    sample or an evidentiary item, we give it a unique identifier

4    so that item can be tracked.

5    Q.   And can you walk through those and tell us -- let me

6    ask you first, when you received those items, do you know the

7    identity of the individual who was the -- it was taken from?

8    A.   Yes, that information is provided to us along with the

9    sample itself.

10   Q.   So K-1 before you is for whom?

11   A.   This is a buccal swab DNA reference sample from

12   Mr. Ward.

13   Q.   Q-2?  I'm sorry, K-2?

14   A.   K-2 is a buccal swab reference sample from

15   Ms. Greenberger.

16   Q.   K-3?

17   A.   K-3 is a buccal swab reference sample from Mr. Emery.

18   Q.   K-4?

19   A.   K-4 is a buccal swab reference sample from Mr. McNamee.

20   Q.   And -- okay.  Would you take a look at Exhibit 77,

21   please?

22   A.   Yes, sir.  Just a second, please.

23   Q.   Do you recognize that?

24   A.   Yes.  Again, I'm able to identify it with the FBI

25   laboratory number and my symbols on it.

1    Q.   And what is that?

2    A.   This is a buccal swab reference sample for Mr. Clemens.

3    Q.   And labeled what number for K?

4    A.   This is item K-5 for the FBI number.

5    Q.   And in terms of each -- you can put that back in if you

6    want.

7    A.   Thank you.

8    Q.   Having received those items, the three Q numbers and

9    the five K numbers, what did you do with those items?

10   A.   Again, we started our DNA testing on these items, first

11   working the evidentiary items and then the reference samples.

12   Q.   And walk us through a little bit -- I don't want you to

13   repeat yourself, but walk us through what you did with them.

14   A.   We took a sterile swab to collect DNA from the items of

15   evidence.  So for example, with the plungers we swabbed

16   around -- or excuse me, the syringes, we swabbed around the

17   head of the plunger as well as the T where your fingers would

18   come in contact with it, and the bottom of the syringe.  And

19   for the beer can we swabbed around the mouth area of the beer

20   can.  Again, that DNA extraction step was done by Mr. Jim

21   O'Leary.

22   Q.   If we can pull back up 52Y, and show you the page 3.

23   Can you with your finger just show the -- which areas on that

24   Q-1 you would have examined?

25   A.   Yes, I'll try to.  So at the top of the syringe, it

1    would be this area here (indicating) and the head of the

2    syringe, which is the top of the plunger.  And then also on

3    the bottom area -- I'm sorry, I'm not doing this very well --

4    is where we collected DNA, attempted to collect DNA.

5        Q.    And explain to the jury what you did do -- was that the

6    way the syringe was when you received it?

7        A.    The syringe was with -- the plunger was fully inserted

8    or impressed into the item.  So this looks like the way it was

9    represented in the notes that were collected on how the

10   evidence was received.  Yes.

11       Q.    So what part was swabbed?

12       A.    Again, we swabbed the top part of the syringe and the

13   plunger where you would come in contact with it.

14                THE COURT:  You can circle it, just...

15                THE WITNESS:  Circle it, sir?  Right in there.

16   BY MR. BUTLER:

17       Q.    Okay.

18       A.    And then we also swabbed the bottom area of the syringe

19   as well.

20       Q.    Okay.

21       A.    We did that for both syringes that we tested.

22       Q.    Did you swab the inside of the syringe, the place where

23   the plunger is at this time?

24       A.    We did not swab the inside of the syringe, no, sir.

25       Q.    And you did that for Q-1.  Did you do a similar process

1   for Q-4?

2      A.   Yes, we did.  It was basically the same process.

3      Q.   So the area where one would hold the syringe in your

4   hand and then the point where the needle would go on a

5   syringe?

6      A.   That's correct.  Yes.

7      Q.   Let's just stay with that for a moment.  With the

8   syringes, after the swabbing was done, what would have been

9   done next?

10     A.   So we remove the DNA from the swab.  I mentioned

11  earlier that is called extraction.  We would then determine

12  how much DNA is present on the item of evidence, and then we

13  would try and develop a DNA profile from that item of

14  evidence.

15     Q.   Were you able to do so in this case?

16     A.   We were not.  For both item Q-1 and item Q-4, no DNA

17  profile was generated.

18     Q.   So what does that mean in terms of your being able to

19  do a comparison?  Were you able to do a comparison?

20     A.   No comparison could be made because no DNA profile was

21  generated for the item of evidence.

22     Q.   And so is that the end of the examination for those

23  syringes?

24     A.   Yes, that was the end of the DNA testing for those two

25  items.

1    Q.   Let's talk about Q-17.1.  What did you do with that

2    item?

3    A.   This is the beer can.  Again, we used a sterile swab

4    and swabbed the mouth area of the beer can where someone would

5    commonly put their lips on it to drink it.  We then did, as I

6    just stated with the syringes, we tried to remove the DNA,

7    determine how much DNA was present, and generate a DNA

8    profile.

9    Q.   And let's pull up 52Y, page 1.  Can you use that to

10   show us what you're talking about, please?

11   A.   Yes.  This is the mouth area of the beer can where the

12   tab would be located, and then obviously the hole on the top

13   of the can to drink from.  That's the area that we swabbed.

14   Q.   So you swab it and then you do what?

15   A.   Try and remove the DNA from the item.  That's called

16   extraction.  And determine how much is present, and then

17   generate a DNA profile.

18   Q.   Were you able to generate a DNA profile in this case?

19   A.   There was a very limited amount of DNA that was found

20   on this item of evidence, so we were able to generate a

21   partial DNA profile, but based upon our experience with this

22   DNA test, because of the limited amount of DNA, all the

23   profile could be used for was exclusionary purposes.  There

24   was not enough DNA information there to make a DNA match.

25   Q.   Were you able to -- let me ask you, before we get

1    there, was there -- what did you do with the knowns that you

2    received?  Did you do the -- what did you do with them in

3    terms of using them for comparison purposes?

4    A.    So these are again the sterile buccal swabs that we

5    collected from individuals' cheeks, or were collected from an

6    individual's cheek, removed a portion of the cotton swab,

7    again went through the process of removing the DNA from the

8    swab, determining how much was present, and then generating

9    DNA profiles for those reference samples to compare them to

10   the evidentiary items.

11   Q.    So you used the profiles from the known to compare with

12   the questioned item, one questioned item in this case; is that

13   what you're saying?

14   A.    That's correct, yes.

15   Q.    And you said in terms of Q-17.1, the beer can, you

16   were -- you had a limited profile?

17   A.    Yes.  There was a limited amount of information that

18   was present.  It was a limited DNA profile, and based upon our

19   validation studies with the DNA, can only be used for

20   exclusionary purposes.

21   Q.    And were you able in this case to exclude individuals

22   from the K's that you had?

23   A.    Yes.  When comparing the known reference DNA profiles

24   from Mr. Ward, Ms. Greenberger, Mr. Emery and Mr. Clemens,

25   they were all excluded as potentially leaving the DNA on the

1   Miller Lite beer can.

2     Q.    And what about Mr. McNamee?

3     A.    For Mr. McNamee, no comparison could be made because

4   there was limited information again on that beer can.  There

5   was some similarities between that profile, but there is not

6   enough to make a match because of, as I said, it's a limited

7   DNA profile.

8     Q.    Explain that for the jury, what you mean by that.  What

9   does that mean?

10    A.    You have to have enough DNA in quality and quantity for

11  us to know a full DNA profile is represented from the item of

12  evidence.  So a simple analogy to think of is, let's say you

13  have a 10-digit phone number for an individual, but you only

14  have four of those digits, so you have the first one, the

15  third one, the fifth one, and the seventh one.  You then

16  compare that to a known phone number for an individual and you

17  say, well, are those four numbers that you do have information

18  for, are they similar to one another.  And the answer is yes.

19  But does that mean that that number where you only have a

20  limited number for the phone number, is that a match to that

21  individual, and the answer is no.  Because you only have

22  partial information to compare it to.

23    Q.    Is there any way to draw any statistical number from

24  that or percentage, or what is your likely -- ability to

25  identify that person with this profile?

1    A.   There's not.  Again, because this is such a limited DNA

2    profile, it can only be used for inconclusive or exclusionary

3    purposes.  So when we don't have the ability to make a match

4    at the FBI, then we do no sort of statistic to make a

5    comparison to, again because we know the quality of the DNA

6    collected is limited.

7    Q.   Okay.  So you just don't have enough information?

8    A.   That's correct, I don't have enough information.

9    Q.   Let me ask you in this case the -- when you're doing

10   your work, is a there a work product that you produce in terms

11   of notes, et cetera, as you go along doing your work?

12   A.   Yes, there's a full case file that includes all of the

13   data that we generated, as well as a copy of my report, as

14   well as the incoming information that we received on the

15   submission.

16   Q.   And in this case were you asked at some point to

17   collect your notes for a purpose?

18   A.   Yes, I provided a copy of my case file to the

19   prosecution on this matter, yes.

20   Q.   For what purpose?

21   A.   It was for a discovery request.  There were two

22   discovery requests, one was for the prosecution asking for a

23   copy of the case file, and one was for defense counsel asking

24   for a copy of the case file.

25   Q.   I'm going to ask you, after you examined the items, the

1   physical items, what was done with the physical evidence you

2   had examined?

3     A.    The evidence was returned to our evidence control unit,

4   and then subsequently, after all the tests were done at the

5   FBI lab, they were returned to the Washington field office,

6   that is the residence agency located in Manassas.

7           THE COURT:  You say Washington field office of the

8   FBI?

9           THE WITNESS:  Yes, sir, Washington field office of

10  the FBI.  Thank you, sir.

11  BY MR. BUTLER:

12    Q.    And are they then responsible for maintaining those

13  items?

14    A.    Yes, it's their responsibility to maintain those items

15  of evidence and the corresponding reference samples.

16    Q.    Okay.  And if -- in your experience with the FBI lab,

17  is there -- are those items available to another side in a

18  case to do testing if they would want to do it?

19    A.    That's been my experience, that the evidence is

20  available for further testing if that's desired.

21          MR. BUTLER:  Court's indulgence.

22          I have no further questions, Your Honor.

23          THE COURT:  Cross.

24

25

1                          CROSS-EXAMINATION

2    BY MR. ATTANASIO:

3       Q.    Good afternoon, Mr. Pokorak.

4       A.    Good afternoon.

5       Q.    Let me ask you just a few questions, sir.  First of

6    all, you prepared a report in this case?

7       A.    Yes, I did, ladies and gentlemen.

8             MR. ATTANASIO:  May I approach, Your Honor?

9             THE COURT:  Yes.

10   BY MR. ATTANASIO:

11      Q.    And I've handed you, Mr. Pokorak, a copy of your -- of

12   what's been marked as Defendant Exhibit 97.  Is that your

13   report in this case that you've been testifying about this

14   afternoon?

15      A.    Yes, this is a copy of my report.

16            MR. ATTANASIO:  Your Honor, move the admission of

17   Defense 97.

18            MR. BUTLER:  No objection.

19            THE COURT:  It will be admitted without objection.

20   BY MR. ATTANASIO:

21      Q.    Let me just talk to you if I could, here at the top we

22   see the three questioned items that you tested -- in the

23   middle of the page actually.  And that's what you've been

24   talking about today, the two syringes and the one beer can.

25   Is that right?

1    A.    That's correct.

2    Q.    Q-1, Q-4, Q-17.1?

3    A.    That's correct.

4    Q.    Why don't we start with the syringes.  And if I could,

5    Ms. Manella, let's go back to the photo that was being shown,

6    52Y, 3.  And you see in the lower right corner there the

7    syringe we've been discussing?

8    A.    Yes, I do.

9    Q.    Now, I just want to be clear because I may have

10   misunderstood.  When you talked about taking the swabs from

11   this syringe and the other syringe and you drew on the -- you

12   helpfully were trying to draw on the board for us, tell me

13   again, did you swab inside this syringe on the top part which

14   is open, and then the bottom part that we see here, which is

15   the plunger?  Did you get into the item in order to swab it to

16   draw out anything you could?

17   A.    Just for clarity's sake, we did not swab the inside of

18   the syringe.  And I didn't do that.  Just a reminder that that

19   was the biologist, Jim O'Leary, who did that.

20   Q.    And you've reviewed his work product in this case to be

21   comfortable to talk about it?

22   A.    Yes, I have.

23   Q.    And I'm just curious, why wouldn't one in this case, in

24   this testing, why wouldn't you want to get into the syringe

25   where there might have been liquid or residue or whatever

1    biological material there might have been, why wouldn't you

2    want to get inside the syringe to do the swab?  Am I missing

3    something?

4       A.   The plunger was fully depressed when we received it,

5    and we simply elected to try to obtain DNA from the outside of

6    the syringe.  We did not remove the plunger to alter the

7    evidence the way we had received it, and simply attempted to

8    collect DNA from the contact points on the outside of the

9    syringe.

10      Q.   Would that be from touching you were looking for, to

11   see if there was DNA left behind by somebody using the syringe

12   with their hands?

13      A.   That would be the most common way to get it, yes, sir.

14      Q.   And were you looking to see if there was any biological

15   material inside the syringe that might have come from the

16   injection itself?

17      A.   We did not do that testing, no.

18      Q.   Now, and is everything you and I just talked about for

19   Q-1, which we're looking at here, also true for Q-4, the other

20   syringe?

21      A.   Yes, that would be correct.

22      Q.   Okay.  And then the bottom line, I take it, is from

23   that testing procedure you've described for the two syringes

24   you were unable to find any genetic profile to see if you

25   could do a match?

1    A.   That's correct, we were not able to generate a DNA

2    profile to do a match.

3    Q.   We can take that down, Ms. Manella.

4         Let me just talk to you briefly then about the

5    beer can.  You said a swab was performed on the mouth of the

6    beer can near the tab?

7    A.   That's correct.

8    Q.   And tell me about that.  Would that be sort of a

9    complete swab of that area to pick up anything you could at

10   that time of the beer can?

11   A.   Yes, we would thoroughly swab the mouth area of the

12   beer can to include –– most beer cans have an edge on them or

13   a lip.  We would swab that area to collect any DNA that may be

14   present.

15   Q.   So in that case I take it, that wouldn't leave, once

16   your team was done, that presumably wouldn't leave anything

17   behind on the mouth of the beer can in terms of additional DNA

18   that could be looked at.  Is that fair?

19   A.   It's not completely fair.  There's a possibility that

20   we've left DNA on the item because we've done this before in

21   our lab where we've had to go reswab something.  But it's

22   certainly fair to say that the majority of the DNA that was

23   present would have been collected the first time.

24   Q.   Fair enough.  And once that swab was taken, I take it

25   you did the PCR test and the STR test on that specimen?

1    A.   Yes, we did.

2    Q.   How many matches -- you gave that example about the

3    phone number, which I appreciate.  In terms of this testing,

4    do we start from a base of 15 possible markers?  Is that

5    accurate?

6    A.   No, sir.  For the tests that we did there were only

7    nine possible markers, as well as the gender of the donor of

8    the sample.

9    Q.   Okay.  Of the nine possible markers that you were

10   looking for, do you recall how many were -- do you recall how

11   many you found when you examined the specimen from the beer

12   can swab?

13   A.   Yes, I do.  We found five of the nine markers had DNA

14   information.

15   Q.   And you've testified that five out of nine that you

16   found was not enough to be comfortable with any kind of

17   statistic as to any of the known samples in an inclusionary

18   way.  Is that right?

19   A.   Yes.  I would expand upon that, sir, that it was not

20   enough for us to make an inclusion.  And then when we do an

21   inclusion at the FBI lab, we then offer a statistic for that

22   inclusion.

23   Q.   And I'm just -- I want to make sure this is clear.  Why

24   is five out of nine, which seems -- well, let me back up.  You

25   can have statistics that range from one in a few hundred to

1    one in a number that I can't even fathom, you know, a million

2    trillions.  Is that fair?

3        A.   Yes, that's fair.

4        Q.   Is it accurate, though, that five out of nine matches

5    on the markers would not be enough even for a lower statistic,

6    not the big one, but just a lower one, is that correct?

7        A.   That is correct, but if I can explain.  I spoke about

8    quality and quantity.  The way the test is done is that we

9    have a threshold that -- this is a graph, ladies and

10   gentlemen, and the peaks represent a number, the number

11   represents my DNA type or any individual's DNA type that is

12   inherited from our mother and our father.  If those peak

13   heights are not of a certain threshold, then we know that test

14   may not be working appropriately enough to capture all of the

15   DNA information, which is why we did have information at five

16   of the locations, but I stated it was of limited quantity and

17   could not be used for matching purposes.

18       Q.   Okay.  Why don't we look quickly if we could then, to

19   wrap this up, at your report, Exhibit 97.

20       A.   Yes, sir.

21       Q.   And Ms. Manella, if we can go to the second page.

22   Thank you.

23                 And focus on this fourth full paragraph.  This is

24   your analysis of the beer can.  Correct?

25       A.   Yes, that's correct.

1    Q.   And what you say is essentially what you've just said,

2    which was, in the first sentence, there's not enough of a

3    profile to satisfy your FBI unit's criteria for inclusionary

4    reporting; is that correct?

5    A.   That's correct.

6    Q.   But you are able to exclude people?

7    A.   That's correct.

8    Q.   Explain to the jury how that works, please, why you

9    can't include somebody but you can exclude others.

10   A.   Do you remember, ladies and gentlemen, that I spoke of

11   that phone number analogy a moment ago?  And I said you may

12   only have four numbers out of a 10-digit number.  But you do

13   know that at each of those positions -- let's make it simple a

14   and take number 1 -- that if the reference sample is, or if

15   the evidentiary item is a 2, and the reference sample at that

16   location is a 3, well, then they can't have the same phone

17   number.  So again, it's limited information but there is

18   enough there to use it for exclusionary purposes.

19   Q.   Thank you.  And if we go then to the next sentence of

20   this paragraph, Ms. Manella.  You report, do you not, "Based

21   on the STR typing results, specimens K-1 (Ward), K-2

22   (Greenberger), K-3 (Emery) and K-5 (Clemens) are excluded as

23   potential contributors of the DNA obtained from specimen

24   Q-17.1."  Is that correct?

25   A.   That is correct.

1    Q.    So using your phone number analogy, you were able to

2    detect that whatever DNA was on the lip of that beer can could

3    not belong to Mr. Clemens, correct?

4    A.    That's correct.

5    Q.    But it could belong to Brian McNamee, correct?

6    A.    There's consistency between the two.  It's limited

7    information so it's an inconclusive result based upon our

8    familiarity with the DNA testing.

9    Q.    But you can't rule him out?

10   A.    We cannot rule him out.

11   Q.    The way you ruled out Mr. Clemens, right?

12   A.    That is correct.

13          MR. ATTANASIO:  Thank you, sir.

14          THE COURT:  Redirect.

15          MR. BUTLER:  Thank you, Your Honor.

16                    REDIRECT EXAMINATION

17   BY MR. BUTLER:

18   Q.    Just briefly, Mr. Pokorak, let me ask you,

19   Mr. Attanasio was asking you about the information being at

20   those five markers, but I believe that you said that the

21   quality of that DNA was of limited value?

22   A.    Yes, that is what I stated.

23   Q.    So there's information there, but it's just the quality

24   in those five markers is limited, is that what you're saying?

25   A.    It is limited, and based upon the way we studied this

1   kit and the way it works to generate a DNA profile, we know at

2   that low level we may not get a full representation of the DNA

3   profile that is there.  That is why we're conservative in how

4   we use that information for comparative purposes.

5   Q.   So is it the number or is it just the quality of the

6   DNA, if you follow what I'm asking?  Is it -- even at those

7   five you got limited quality, is that correct?

8   A.   That's correct, there was a limited amount of DNA

9   there, which therefore meant that the profile was below our

10  threshold for using it for interpretation purposes.

11  Q.   Even at those five markers?

12  A.   Right.  It was an inconclusive comparison at those five

13  markers for Mr. McNamee.

14  Q.   Right.  And Mr. Attanasio asked you the question of,

15  well, it could include Mr. McNamee, but again, can you give

16  any percentage or statistical -- when he uses the word

17  "could," what I hear you saying is that you can't exclude, but

18  are you saying that it would be Mr. McNamee or could be Mr.

19  McNamee or might be Mr. McNamee?

20  A.   I cannot say it matches Mr. McNamee, because again, we

21  have a limited amount of information there.  All that we can

22  do with that information was use it for exclusionary purposes,

23  to eliminate people.

24          MR. BUTLER:  Court's indulgence.

25          I have no further questions, Your Honor.

 1              THE COURT:  Anything from the jury?

 2              (No response.)

 3              THE COURT:  Is there anything?  No?

 4              Thank you, sir.

 5              THE WITNESS:  Thank you, Your Honor.  Thank you,

 6    ladies and gentlemen.

 7              THE COURT:  Next witness.

 8    Thereupon,

 9                   CYNTHIA LYNNE MORRIS-KUKOSKI,

10    the witness herein, having been first duly sworn, was examined

11    and testified as follows.

12                        DIRECT EXAMINATION

13    BY MR. DURHAM:

14    Q.    Good afternoon.

15    A.    Good afternoon.

16    Q.    Would you please introduce yourself to the ladies and

17    gentlemen of our jury and spell your name for our new court

18    reporter.

19    A.    Sure.  My name is Dr. Cynthia Lynne Morris-Kukoski.

20    And my last name is M-O-R-R-I-S, hyphen, K-U-K-O-S-K-I.

21    Q.    Where were you born?

22    A.    I was born in Southbury, Connecticut.

23    Q.    And you grew up around there?

24    A.    Yes, I grew up in Connecticut.

25    Q.    You went to high school?

1    A.   I did.

2    Q.   Did you attend college?

3    A.   I did.

4    Q.   Where did you go to college?

5    A.   I went to the Massachusetts College of Pharmacy.

6    Q.   And stating the self-evident, what did you study at the

7    Massachusetts College of Pharmacy?

8    A.   I studied pharmacy.  I have a bachelor's of science

9    from the Massachusetts College of Pharmacy, as well as a

10   doctor of pharmacy from the same university.

11   Q.   And did you -- you completed your education, correct?

12   A.   Yes, I did.  I completed my education and took my

13   pharmacy boards back in 1988.

14   Q.   When you say pharmacy boards, tell the ladies and

15   gentlemen of the jury what are pharmacy boards?

16   A.   Pharmacy board is a examination that a pharmacist takes

17   once they complete their training in order to practice

18   pharmacy.

19   Q.   Do you hold a license?

20   A.   I do.  I hold a license in the state of Connecticut and

21   Massachusetts.

22   Q.   And what does that authorize you to do?

23   A.   It authorizes me to receive prescriptions and dispense

24   them and also to give out drug information.

25   Q.   What do you do right now?  What kind of work do you?

1    A.   I'm a forensic examiner toxicologist at the FBI

2    laboratory.

3    Q.   And what kind of training and education and experience

4    do you have?  Well, first of all, let me back up.  What is

5    that job?  You said forensic toxicologist?

6    A.   Yes.  A forensic toxicologist, what we do is we receive

7    evidence, and in the case of a toxicologist we receive blood,

8    urine, other biological samples, and from certain cases, such

9    as post-mortem death investigation cases, drug facilitated

10   sexual assaults, driving under the influence of drugs, or

11   poisoning cases where we need to test either the food product

12   or the biological to see if someone was poisoned.

13   Q.   What kind of training do you have or experience for

14   that particular job, that is, forensic toxicology?

15   A.   Once -- I can back up a little bit too with toxicology.

16   Before I became a forensic toxicologist, I'm also a board

17   certified clinical toxicologist.  After I finished my pharmacy

18   training, I also had a residency in clinical toxicology.  I

19   received certification to work at the poison centers on the

20   hotline as a certified poison information specialist, to man

21   that and give out poison information.  Once I -- part of that

22   training, once I completed all of that, I was able -- I took

23   that experience as part of my work to become a forensic

24   toxicologist at the FBI.

25   Q.   You said you're with the FBI now?

1    A.    Yes, I am.

2    Q.    How long have you worked with the FBI?

3    A.    I've worked at the FBI since 2004.

4    Q.    And what is -- your official position again with the

5    FBI is what?

6    A.    Toxicologist forensic examiner.

7    Q.    All right.  Now, let me go back to your job, your

8    qualifications and experience as a pharmacist.  Is what you do

9    as a pharmacist different from somebody who analyzes

10   chemicals?

11   A.    Yes.

12   Q.    And what is the difference?

13   A.    The difference is as -- I'm also a reservist pharmacist

14   for the United States Navy.  When I work in that capacity, I

15   actually work in the in-patient pharmacy.  I round with

16   physicians and give out drug information advice as well as

17   dispensing drugs.  As a pharmacist we need to know what drugs

18   to use for various conditions, how to adjust the doses, and

19   what side effects for these particular medicines may occur.

20   Q.    And is that a different job than somebody who's

21   employed to analyze chemicals?

22   A.    Yes.  As a chemist, when you're analyzing things in the

23   laboratory, your background is such that you know how to

24   analyze them, you know what it is and you can look it up in a

25   book and know what its use is for, but you don't get the

1    background training to know what it actually does in the body,

2    what the signs and symptoms would be if someone were under the

3    influence of that medicine.

4        Q.   And in your education, skill and experience do you have

5    a knowledge of different drugs?

6        A.   Yes, I do.

7        Q.   And do you have knowledge of the types of different

8    drugs that there are?

9        A.   Yes.

10       Q.   Do you have a knowledge of how those drugs are

11   administered in the body?

12       A.   Yes.

13       Q.   And do you know how they are prescribed?

14       A.   Yes.

15       Q.   And do you -- are you familiar with the effects of

16   drugs in the position that you hold and the pharmacy training

17   that you have?

18       A.   Yes, I do.

19       Q.   Let me ask you, are you familiar with injectable

20   vitamin B12?

21       A.   Yes, I am.

22       Q.   What is it?

23       A.   Injectable vitamin B12 is cyanocobalamin.

24       Q.   Cyanocobalamin?

25       A.   That is correct.

1    Q.   Can you help me spell that?

2    A.   Yes.  C-Y-A-N-O-C-O-B-A-L-A-M-I-N.

3    Q.   Let me make sure that I've spelled it correctly.

4  C-Y-A-N-O-C-O-B-A-L-A-M-I-N?

5    A.   No, I think there was a miss -- typo in there

6  somewhere.

7    Q.   That is a long word.

8              May I approach the witness, Your Honor?

9              Can you write it out for me, please?

10   A.   Okay.

11   Q.   Did I spell it wrong?

12   A.   No, I just heard it wrong.

13   Q.   I'm sorry.

14   A.   Sometimes there's an E on the end and sometimes not.

15   Q.   Okay.  I'll take that.  Thank you.  So is it spelled

16  correctly?

17   A.   Yes.

18   Q.   Let me mark this as Government Exhibit Number 106 for

19  demonstrative purposes if I could, Your Honor.

20             THE COURT:  Is there a reason for the two different

21  spellings?

22             THE WITNESS:  No, just when you look in the

23  literature, sometimes there's an E on there and sometimes

24  there's not.  I'm not quite sure why.

25

1          MR. DURHAM:  Let me just mark this if I could.

2          Your Honor, may I display this for demonstrative

3    purposes only?

4          THE COURT:  Display?

5          MR. DURHAM:  The word that is written out here.

6          THE COURT:  Very well.

7    BY MR. DURHAM:

8    Q.   The record should reflect this is for demonstrative

9    purposes only.  It's Government Exhibit 106.

10          Do you see the word "cyanocobalamin" on the

11   screen in front of you?

12   A.   Yes, I do.

13   Q.   And is that how it's spelled?

14   A.   Yes.

15   Q.   Tell us, what is cyanocobalamin?

16   A.   Cyanocobalamin is vitamin B12.

17   Q.   And is cyanocobalamin the only form of liquid vitamin

18   B12?

19   A.   Yes.

20   Q.   And how long has that been true?

21   A.   I looked in pharmacology textbooks, and as far as I can

22   know, looking through the pharmacology books, it lists it back

23   to the 1940s.

24   Q.   Is liquid vitamin B12 known by any other name other

25   than cyanocobalamin?

1    A.   No.

2    Q.   Now, let me show you what's been marked for

3    identification as Government Exhibit Number 103.

4              May I approach the witness, Your Honor?

5              THE COURT:  Yes.

6    BY MR. DURHAM:

7    Q.   Doctor, let me show you what's been marked as

8    Government Exhibit Number 103 for identification and ask you

9    to take a look at that.  Do you recognize it?

10   A.   Yes.

11   Q.   Tell the ladies and gentlemen of the jury what it is.

12   A.   This is a vial of -- the amber container is a vial

13   of --

14              MR. DURHAM:  Your Honor -- I'm sorry, I don't mean

15   to interrupt you.  May the witness display that for

16   demonstrative purposes at this time?

17              THE COURT:  Any objection?

18              MR. HARDIN:  No, Your Honor.

19              THE COURT:  Very well.

20              THE WITNESS:  This is actually a vial of

21   cyanocobalamin in teeny-weeny little letters.  It's in an

22   amber container because it's light-sensitive.  And I drew it

23   up into a syringe, and you can see it's a nice red liquid.

24   Because you can't really see the red color in the amber vial.

25

1    BY MR. DURHAM:

2      Q.   So the red liquid that you hold in your right hand is

3    drawn from a vial of cyanocobalamin?

4      A.   Yes.  I took a hypodermic needle and actually drew it

5    out from this vial, and put it in here and put a syringe cap

6    on it for safety.

7      Q.   Let me take that from you and -- with the Court's

8    permission we'll display this on the overhead.

9              THE COURT:  Very well.

10   BY MR. DURHAM:

11     Q.   Do you see that on the screen in front of you, Doctor?

12     A.   Yes, I do.

13     Q.   And what is that?

14     A.   That is the vial of cyanocobalamin.

15     Q.   Do you see anywhere on the vial and then next to the

16   vial the -- what is displayed next to the vial?

17     A.   Next to the vial is a syringe that I drew up the

18   contents from the cyanocobalamin into the syringe.  So it is

19   the liquid B12 or cyanocobalamin.

20     Q.   For the record, what color is the liquid?

21     A.   The liquid is red.

22     Q.   Do you know why cyanocobalamin is prescribed?

23     A.   Yes.  It has many indications.  It's typically

24   prescribed for conditions such as pernicious anemia.

25     Q.   What is that?

1   A.   Pernicious anemia is a condition where you need to

2   increase your blood count from a vitamin B12 deficiency.  It

3   also -- you need cyanocobalamin, certain intestinal diseases

4   have malabsorption conditions where they cannot absorb vitamin

5   B12 from their intestinal tract.  Those people actually have

6   to get injectable B12 as well.

7            Other reasons to use it would be there are

8   various neuromuscular disorders, such as patients with MS have

9   been shown to have potentially low levels of B12 as well.

10   Q.   I'm going to circle something on here.  Do you see what

11   I've circled?

12   A.   Yes.  "RX only."

13   Q.   What does that mean?

14   A.   That means prescription only.

15   Q.   Prescription being from a physician?

16   A.   Yes, you need to have a licensed physician write a

17   prescription.

18            MR. DURHAM:  Thank you.  I have nothing further.

19            THE COURT:  Cross-examination.

20                     CROSS-EXAMINATION

21   BY MR. HARDIN:

22   Q.   Good afternoon.

23   A.   Good afternoon.

24   Q.   I just have a couple of questions, and like Mr. Durham,

25   I'm going to try to avoid mispronouncing the word.  Are you

1    sure there are not any other injectable B12 strains?

2    A.    There is a congener of vitamin B12, which is B12a,

3    which is different from B12.

4    Q.    And what is B12a called?

5    A.    B12a is hydroxycobalamin.

6    Q.    And that was the one I was going to try to avoid

7    mispronouncing.  So tell us what that is, please.

8    A.    Hydroxycobalamin is vitamin B12a, it's a congener or a

9    subtype of vitamin B12.

10   Q.    So really -- and it's red also, is it not?

11   A.    Yes, it is.

12   Q.    So basically there are two strains of -- would it be a

13   fair statement, two strains of injectable B12, both of which

14   are red?

15   A.    Right.  One is called B12 and the other is called B12a.

16   Q.    Fine.  And B12a is predominantly used in Europe, is it

17   not?

18   A.    That's correct.

19   Q.    The rest of the country -- the rest of the world uses

20   it more often than it does what you've been testifying to as

21   B12 here, is that right?

22   A.    Yes.  The rest of the world uses hydroxycobalamin in

23   Canada and Europe.  We use it in this country now in high

24   strength for a cyanide antidote kit.

25              THE COURT:  For what?

1              THE WITNESS:  A cyanide antidote kit.

2  BY MR. HARDIN:

3      Q.   So it is available in this country, but it's used for a

4  limited purpose?

5      A.   That is correct.

6      Q.   However, in the rest of the world, B12a -- not using

7  the name -- you work in an area, do you not, ma'am, where

8  people try to avoid using words of a lot of the subjects you

9  work with?

10     A.   Yes.

11     Q.   Well, thank you for putting up with me.  In the

12  situation of B12a, the rest of the world uses it, does it not,

13  though, similarly to the way we use B12?

14     A.   Yes, they do.

15     Q.   One of those things is for vitamin deficiency, would

16  you agree?

17     A.   Yes.

18     Q.   So whether we talk about B12 or B12a, both are

19  frequently prescribed by doctors for vitamin deficiency?

20     A.   That is correct.

21     Q.   Plus the other uses that you just mentioned?

22     A.   Yes.

23     Q.   I think you've just set the record for our shortest

24  witness.  Thank you very much.

25     A.   You're welcome.

1          MR. DURHAM:  Redirect examination?

2          MR. HARDIN:  Perhaps not.

3          MR. DURHAM:  I only have one question.

4          THE COURT:  Redirect.

5                         REDIRECT EXAMINATION

6    BY MR. DURHAM:

7     Q.    You said B12a is called what?

8     A.    Hydroxycobalamin.

9     Q.    That is typically assigned or prescribed for what

10   malady or ailment?

11    A.    In this country it's prescribed as a cyanide antidote.

12   In Europe or Canada it can be used just as cyanocobalamin is

13   used.

14    Q.    But in the United States you said a cyanide antidote.

15   What does that mean?

16    A.    A cyanide antidote kit is a kit where we actually have

17   two vials of hydroxycobalamin in very high dose.  Instead of

18   these microgram quantities which we have here, they are 2-1/2

19   gram vials.  You draw up the vials to give them to someone who

20   has been exposed to cyanide, along with another antidote, and

21   the hydroxycobalamin will scavenge up the cyanide from the

22   body to help detoxify it as a compound cyanocobalamin, and

23   then you excrete that.  At the same time we give them another

24   antidote to also detoxify the cyanide.

25    Q.    Those are practices that apply in the United States?

1    A.    Yes.

2    Q.    And is New York in the United States?

3    A.    Yes.

4              MR. DURHAM:  Thank you.  Nothing further.

5              THE COURT:  Questions?

6    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

7              THE COURT:  This says "the vial stated that it is

8    for 1M and SC" -- I don't know what that word is -- "use only.

9    When is it administered, by which method?"

10             I don't know what that means.  I guess if she can

11   answer it, I'll ask her.

12             MR. ATTANASIO:  This is another question, Judge.

13             THE COURT:  "Would the test designed to detect B12

14   readily identify the presence of B12a?"

15             MR. ATTANASIO:  Can you read that again.

16             THE COURT:  "Would the test designed to detect B12

17   readily identify the presence of B12a?"

18             MR. ATTANASIO:  Seems to be referring back, not to

19   this witness but to Mr. Price, the chemist.  He is the one who

20   did the tests.  So I think they are combining --

21             MR. HARDIN:  They're asking would the test the last

22   witness talked about detect this strain.

23             MR. ATTANASIO:  I don't think this witness is

24   qualified to answer that question.

25             MR. HARDIN:  I don't object to the question.

```
 1              THE COURT:  I want to understand, why would it
 2   relate to the last witness?  This juror is asking about B12
 3   and B12a.
 4              MR. GUERRERO:  I think it was two witnesses ago,
 5   the testimony of Jeremy Price, or perhaps three witnesses ago.
 6   On cross-examination I think he was asked by Mr. Attanasio
 7   whether or not the test for liquid vitamin B12 would include
 8   any other types of B12 other than cyanocobalamin, and I think
 9   his answer was he thought -- he couldn't tell one way or the
10   other, he thought it could, but there's other forms of
11   cyanocobalamin.
12              THE COURT:  Why wouldn't she be qualified?  With
13   her background she can make a distinction between the two or
14   know if there would be -- if testing would detect the
15   difference.
16              MR. ATTANASIO:  If I may, because what Mr. Price
17   said was --
18              THE COURT:  You don't want her to answer it?
19              MR. ATTANASIO:  Well, I'll leave that to
20   Mr. Hardin.  But could I just give a little background.  What
21   Mr. Price said is we would create a sample that we could test
22   against, and the only sample that you tested against was B12,
23   not B12a.  Then there was a juror question, much like this,
24   after it came out that there was at least two types of B12,
25   and the juror question was much like this.  And Mr. Price said
```

1   no, we wouldn't be able to tell if B12a was there because we

2   only sampled for B12.  So that is the background.  I'll leave

3   it to Mr. Hardin --

4              THE COURT:  It's up to you all.

5              MR. HARDIN:  I think it probably gets into the

6   other witness too much.

7              THE COURT:  Okay.  I won't ask it then if there's

8   an objection.

9              "If someone was" -- I guess it's "If someone was

10  procuring illegal drugs from other countries, could B12a be

11  one of them?"  And I think that's beyond --

12             MR. HARDIN:  I don't --

13             THE COURT:  I think that's beyond her expertise.

14             MR. ATTANASIO:  I think that's right.

15             THE COURT:  I believe that's beyond her expertise.

16  She's a chemist.  There's no indication that she has an

17  investigative background.  So I'll, over objection, I won't

18  ask that one.  I'll just ask the one.

19  SIDEBAR DISCUSSION CONCLUDED

20             THE COURT:  There were three questions submitted.

21  I can only ask one of them.  So again, the jurors who

22  submitted the questions that I am not asking have to disregard

23  that they asked the question and cannot speculate as to what

24  the response would have been.

25             The question I'm going to submit to you is, the

1    vial stated that it is for 1M or SC -- or is that IM or SC use

2    only.  When is it administered by which method?  Can you

3    answer that question?  Do you understand the question?

4              THE WITNESS:  I think so.  IM is intramuscular and

5    SC is subcutaneous.  So that tells you that on that vial the

6    contents in there can be drawn up to the prescribed dose and

7    either given as a intramuscular injection or a subcutaneous

8    injection only.

9              THE COURT:  And what determines which means of

10   injection is used?

11             THE WITNESS:  It's physician preference, patient

12   preference.

13             THE COURT:  Does it have anything to do with the

14   amount?

15             THE WITNESS:  No.  Patients can easily learn to do

16   them themselves, they would give themselves a subcutaneous

17   injection in their stomach, because it's very easy to do.  If

18   they don't like giving themselves shots, the person can either

19   have an IM or sub-Q injection from a health care provider.

20             THE COURT:  Okay.  Further questions?

21             (No response.)

22             THE COURT:  Thank you.  We'll take -- is she

23   excused?  Is she excused?

24             MR. DURHAM:  Yes.

25             THE COURT:  Thank you.  Okay, we'll take our 10

1  minutes now so we can get this technical problem resolved.

2  BRIEF RECESS

3                    AFTER RECESS

4        THE COURT:  Anything before we bring in the jury?

5        MR. DURHAM:  Your Honor, we do not have any

6  additional witnesses, but we do intend to move in several

7  exhibits that remain outstanding, one of which I do not

8  believe there's any objection to; two of which there may be

9  objections to.  The unobjected to exhibit, as I understand it,

10  is Government's Exhibit Number 23, which was a record that the

11  defendant produced which reflects payments that Mr. Clemens

12  made to Mr. McNamee over a period of time.

13        THE COURT:  Any objection?

14        MR. HARDIN:  No.

15        THE COURT:  Okay.  No objection.

16        MR. DURHAM:  The next exhibit, Your Honor, is the

17  one we just used today with Mr. Corso marked as Government's

18  Exhibit 104, specifically limited to Page 48, Lines 4 through

19  10, which I used to impeach Mr. Corso.  This is a prior sworn

20  statement, and it is non-hearsay under the rules because it is

21  a prior sworn statement.

22        Mr. Corso's memory today is different from what it

23  was when he testified in the Grand Jury.  And it has been our

24  practice that prior testimony -- sworn testimony in this

25  context and set up in this fashion is admissible and it's

1    admissible for its truth as opposed to just strictly being for

2    impeachment.

3             THE COURT:  Any objection?

4             MR. HARDIN:  Yes, sir.

5             THE COURT:  I know there is case authority from

6    over in the Superior Court for the D.C. Court of Appeals,

7    which I've always had some issue with, and that is that -- and

8    I'm not sure that that is the situation as far as the circuit

9    is concerned.  But there is case authority from the D.C. court

10   of Appeals.  And maybe it derived from this Court -- from this

11   circuit because a lot of the precedent over there is based

12   upon cases that were decided over here before court

13   reorganization.

14            But there is authority, over there at least, that

15   says that the prior statement does come in.  And I've always

16   had concerns about that because if they had one thing in

17   writing and they have something else that they only have by

18   way of oral testimony, they might be inclined to give what

19   they have in writing more credibility than what they only

20   heard about.  And I've always had a problem with that.  But I

21   know that is at least maybe the -- it's at least the position

22   over there, and I haven't had that issue over here, so I've

23   never researched it.

24            MR. HARDIN:  And I have the same concern.  And my

25   argument would be that traditionally if the witness

1   acknowledged making the previous statement, then it could be

2   introduced as substantive evidence -- it would not be

3   introduced as substantive evidence.  If he denied making the

4   prior statement, then it can come in as substantive evidence.

5   Here --

6          THE COURT:  That's -- I don't mean to interrupt

7   you, but that's not necessarily true because I know there's

8   case authority that says that just because someone says they

9   don't remember having made this statement doesn't mean that

10  they can't be impeached with it.  So, I think there was

11  impeachment even though he says:  I did in fact say it.  But

12  he says:  I don't remember saying it.

13         MR. HARDIN:  Yes.  My memory or impression was

14  exactly that.  That he acknowledged he didn't remember saying

15  it.  The state of his mind now was -- is that Mr. Clemens was

16  not mentioned to him.  And then when he was cross-examined by

17  counsel as to what he said in the Grand Jury, he acknowledged

18  he did say that in the Grand Jury.  He just didn't have a

19  memory of it now.

20         And I think if we -- the unfair prejudice of this

21  is exactly as the Court has stated, that he has testified both

22  ways on the stand and now we're going to admit sworn written

23  testimony that I think would kick in 403 in terms of his

24  unfairly going to prejudice -- because it will sound like,

25  just as the Court has expressed, that he somehow -- what he

1  said in the Grand Jury is more reliable than what he said

2  here.

3            And as the Court well knows, he unequivocally

4  initially said he did not mention Mr. Clemens.  And then he

5  was impeached with what he said in the Grand Jury.  And if

6  that goes in as written testimony -- and so we would --

7            THE COURT:  Let me just ask counsel to look into

8  the issue.  I can address it at some point --

9            MR. HARDIN:  That's fair enough.

10           THE COURT:  -- after today as to whether there's

11 anything from this circuit that says that the prior statement

12 comes in.  As I say, I do have my concerns about it because I

13 think it potentially puts the jury in a position where they

14 may give more credence to the written document that they have.

15 Whereas, they don't have the other testimony which was only

16 presented verbally.  And I just see an imbalance -- a

17 potential imbalance from that.

18           MR. HARDIN:  That's fair enough.

19           THE COURT:  So, I'll reserve a ruling until

20 tomorrow when counsel can provide me with whether there's any

21 authority on the issue from the D.C. -- from our circuit.

22           MR. DURHAM:  We will address that, Your Honor.

23 Thank you.  The last exhibit, Your Honor, is Government's

24 Exhibit 45, which was originally marked in connection with Mr.

25 Pettitte's testimony.  Your Honor may recall it's essentially

1    a summary chart distilling Mr. Pettitte's testimony in five

2    different events on five different dates.

3              THE COURT:  I think that comes in as -- I think

4    it's going to be used for demonstrative purposes, but I don't

5    think it should go back to the jury.

6              MR. DURHAM:  And that's what I wanted to clarify.

7    The Court's understanding -- it was originally proffered for

8    demonstrative purposes.  I just want to -- demonstrative

9    exhibits, can they be introduced as demonstrative exhibits,

10   sent to the jury room, but --

11             THE COURT:  I always thought that they weren't.  I

12   thought you could use them during your argument to emphasize

13   the argument, but then they don't go back because they're not

14   substantive evidence.  But, again, if you can find authority

15   that says a demonstrative exhibit goes back, I'll consider

16   that, but I don't think it goes back.

17             MR. DURHAM:  Very well.  The record should reflect,

18   obviously, a summary that was contemporaneously created when

19   Mr. Pettitte was testifying, but we'll find some authority,

20   Your Honor.

21             MR. ATTANASIO:  Just to -- we appreciate that

22   comment by the Court.  Just to put another point on it.  At

23   the time Mr. Durham used it with Mr. Pettitte, obviously, the

24   Court asked if I objected and I said:  For demonstrative only?

25   Mr. Durham said:  Yes.  The Court said:  Fine.  I said:  Fine.

1    If I had known it was going to come in and go back to the jury

2    room as substantive evidence, I suspect I would have spent

3    more time on it with Mr. Pettitte, the witness.  So, there's a

4    prejudice element to this as well that I want to alert the

5    Court to.

6              THE COURT:  I think that does create a problem

7    based upon those representations.  But, again, I'll see if you

8    can provide me with any authority.  But even if you do, I

9    think what Mr. Attanasio says does create a problem.  Anything

10   else?

11             MR. DURHAM:  No.  So, what we'll do then

12   procedurally, Your Honor, if it passes muster with the Court,

13   we'll move into evidence Government's Exhibit 23, which

14   there's no objection to.  And then we'll hold in reserve until

15   we can provide further authority, Government's Exhibit 104 and

16   45.

17             THE COURT:  Very well.

18             MR. DURHAM:  We'll formally rest for these

19   purposes, but we'll ask if the Court decides the revisit the

20   admissibility, obviously, we would want to move those in

21   without --

22             THE COURT:  I'll let do you that if I decide that

23   way.

24             MR. DURHAM:  Very well.

25             THE COURT:  Okay.  Anything before we bring in the

 1    jury?  I don't want to just bring them in and have them go

 2    right back out since there will only be a couple minutes, I

 3    guess.

 4              MR. HARDIN:  I think they'd come in and go right

 5    back out for our motion.

 6              THE COURT:  Right.

 7              MR. HARDIN:  We have a Rule 29 motion.

 8              THE COURT:  How long is that going to be argued?

 9              MR. HARDIN:  My argument will be about eight

10    minutes.

11              THE COURT:  Okay.  Well, let's do it now.

12              MR. HARDIN:  May I approach, Your Honor.

13              THE COURT:  Yes.

14              MR. HARDIN:  Your Honor, I don't know whether the

15    Court has in front of it the indictment?

16              THE COURT:  No, I need the indictment.

17              MR. HARDIN:  And the amending Bill of Particulars,

18    please.

19              THE COURT:  Was there ever an amended indictment?

20              MR. HARDIN:  Your Honor, I can pass up to the

21    Court -- I can pass both of those up.  Thank you.  Your Honor,

22    if I can suggest that the Court go to Page 12, because I'm

23    going to talk specifically about several of the obstructions.

24              Our motion is, first of all, a Rule 29 motion on

25    all counts carried in the indictment.  I want to specifically

 1    call the Court's attention, in addition, to four of the

 2    obstruction of justice counts.

 3              THE COURT:  Okay.

 4              MR. HARDIN:  If we go to Number 2.  Did you ever

 5    speak with Mr. McNamee about human growth hormone?  There is

 6    just totally insufficient evidence, Your Honor, on that count

 7    to be able to justify any reasonable juror applying the burden

 8    of proof to find him guilty.

 9              I want to see if -- maybe it will help real

10    quickly -- I didn't tell you ahead of time I was going to do

11    this, Ms. Manella, but can we put up Government Exhibit 2S,

12    please.  Thank you.

13              Your Honor, I'm going to go through it real

14    quickly, and I'll try not to read too quickly for the court

15    reporter.  But this goes to the heart of -- the answer is

16    clearly ambiguous enough that it would never support a finding

17    that he was willfully obstructing Congress by this answer.

18    Just as a matter of law he could not be.

19              It starts out on Page 64 of his deposition that is

20    in Government Exhibit 2S, and they start out talking about:

21    Did you ever discuss anabolic steroids?  This is the whole

22    part of it.  He goes down in that first page, and he's asked

23    if he recalls anything about steroids.  And he said at the

24    bottom:  We never had a discussion about steroids, I'm sure we

25    talked about it.

1              Then the second page goes to the obstructive count,

2      and it's in Page 66 of his deposition.  Did you ever speak

3      with Mr. McNamee about human growth hormone?  In the Bill of

4      Particulars, the question is -- the obstructive act under the

5      Bill of Particulars is:  Did you ever speak with Mr. McNamee

6      about human growth hormone?  I have not.  Then this answer

7      shows that he did.  He did in certain circumstances.

8              So, as a matter of law there's no way that there is

9      sufficient evidence to support a finding beyond a reasonable

10     doubt on Obstructive Act Number 2.  After he says:  I have

11     not.  On Line 4 of Page 66 of his deposition in the exhibit it

12     goes on.  You never asked him any questions about it?  Answer:

13     I never asked him again indirect.  I think in which way you're

14     asking me.  But, again, I think if it came up because of a

15     topic, we sure could have talked about it.

16             Do you recall a specific instance where you did

17     speak with Mr. McNamee about HGH?  And remember -- did you

18     ever speak with him about human growth hormone?  The answer:

19     I have not is their obstructive act.  He says:  I don't

20     remember.  The only thing I remember about the topic was that

21     there was an article or a show about some elderly man that,

22     for quality of life, they had a curvature in their spine.  And

23     one guy was literally looking at the ground, had a curve in

24     his spine.  And then later on in the show he was able to play

25     golf.  And I think that's basically what the conversation that

1    we had.

2          So, he's now saying we had a conversation about

3    human growth hormone.  And he is specifying when and where it

4    was.  I know I've said that to many, you know, to people

5    around the house or people I've talked to about it.  And so --

6    and this subject always comes up.  Did he ever suggest to you

7    that you should take human growth hormone?

8          And then I'm going to go -- let's stop there.  So,

9    he clearly is testifying as to that obstructive act that he

10   did, which is different than the answer:  I have not.  But

11   certainly creates a situation that as a matter of law he

12   couldn't be convicted of obstructing Congress by saying "I

13   have not" when he later goes on and says he has in the same

14   exchange.  That's number two.

15         THE COURT:  I think it would be easier for me to

16   deal with these --

17         MR. HARDIN:  Do you want to do them one by one?

18         THE COURT:  One by one.

19         MR. HARDIN:  Do you want the Government to come up

20   for number two?

21         THE COURT:  Yes.

22         MR. HARDIN:  All right.

23         MR. DURHAM:  I think, Your Honor, if we had charged

24   this as a perjury count where literal truth is actually a

25   defense, Mr. Hardin's argument would be much more compelling.

1    Of course, as the Court wells knows and as the Court will

2    instruct the jury, if Mr. Clemens makes merely a misleading

3    statement concerning a topic, which is exactly what this is,

4    because what he doesn't say -- what he says is -- when he's

5    asked the question directly:  Did you ever speak with Mr.

6    McNamee about human growth hormone?  He says:  I never did.

7          And then he goes on to talk about a general topic,

8    the old man playing golf, but never says anything about what

9    we have evidence on.  And for purposes of Rule 29, the

10   evidence is viewed in the light most favorable to the

11   Government.  But he never says anything that in 2000 Mr.

12   McNamee approached him and asked him if he wanted to take

13   growth hormone, and asked him if he wanted to get it for him.

14         He also never tells him about the 2003 discussion

15   with Mr. McNamee about the administration of growth hormone in

16   the master bedroom of Mr. Clemens' house.  So, at bear

17   minimum -- and it's what the Government --

18         THE COURT:  But was he obligated to provide more

19   information that he was asked about, because you seem to be

20   suggesting that if he's asked about a subject in general and

21   he provides some response, but he doesn't expand until

22   everything that conceivably, based upon the Government's

23   theory, he would have known about the subject that he can be

24   charged with obstruction.

25         MR. DURHAM:  Right.  But what we're saying -- and

1    in the Bill of Particulars, the Bill of Particulars,

2    obviously, is very narrow and we're not asking the jury to

3    speculate.  What we identify in Government's Exhibit 2S is the

4    question and answer:  Did you ever speak with Mr. McNamee

5    about human growth hormone?  Answer:  I have not.

6              THE COURT:  Right.  But then counsel does go on to

7    indicate that, yes, there was in fact some discussion about

8    it.  So, he gives a response subsequent to that that qualifies

9    the initial categorical denial.

10             MR. DURHAM:  And the first question and answer is

11   false or misleading.  And then the follow-up response never

12   asked him any questions about it.  Answer:  Never asked him.

13   Again, indirect, I think which way are you asking me?  The

14   follow-up response is always misleading because the Committee

15   wants to know at this point -- what is the -- what are the

16   boundaries of your knowledge of discussions with Mr. McNamee

17   concerning human growth hormone?

18             And, again, viewed in the light most favorable to

19   the Government, this is an incredibly false and misleading

20   statement because Mr. Clemens has in fact had an exclusive

21   discussion in 2000 with Mr. McNamee about this very subject,

22   and again in 2003 with respect to his wife's administration.

23   So, when he gives this answer which, by the way, is not even

24   in part of the Bill of Particulars, but when he gives this

25   follow-up answer that Mr. Hardin has cited, this is

1   intentionally misleading and it's designed to have the

2   Committee believe that there were nothing more than general

3   discussions based on certain things that may have been in the

4   news.

5           It is exactly what 1505 prohibits.  You can't give

6   the Committee half a loaf and then hide behind, well, we

7   talked about it generally.  It is an intentionally misleading

8   statement designed to do one thing, and that is to keep

9   Congress -- to keep the Committee from learning the truth

10  about what happened and lead the Committee with the

11  impression, the false impression that Senator Mitchell's work

12  was not well done.

13          THE COURT:  Any response to that, briefly?

14          MR. HARDIN:  Briefly.  It is frightening, if this

15  really carries forward, for this reasoning.  They specifically

16  in the Bill of Particulars refer to the deposition testimony

17  of William Roger Clemens, February 5th, 2008, at Page 66.  If

18  a man is to stand trial in this country under the kind of

19  contention he makes, that though the question is answered, and

20  it is answered in the area they called to our -- cite and

21  called to our attention in the Bill of Particulars, but

22  somehow the Committee in an unspoken question about what they

23  want or others, if he doesn't anticipate everything they want

24  and simply ask the specific question that is asked, he could

25  still be obstructing of Congress.  It is impossible, in all

 1   due respect, for anyone to have a fair trial.

 2          They cite to 66.  That's what he answered.  He

 3   tells them -- first he says:  I have not.  And then he goes on

 4   to explain of a conversation that he had with him, which would

 5   mean that he did.  And then to say he has committed a felony

 6   is incredible.

 7          MR. DURHAM:  And under the Rule of Completeness,

 8   Your Honor, and under General Principles of Fairness,

 9   Exhibit 2S includes the expansive explanation that Mr. Clemens

10   has given that this was simply a topical conversation about

11   old men who were returning to health, had spinal curvature.

12   That is false, he knows it's false, and that's what the

13   evidence shows.

14          THE COURT:  Well, I do have to weigh the evidence

15   at this point in the light most favorable to the Government

16   and draw all reasonable inferences in favor of the Government.

17   And I do think that it creates a real conundrum, I think, for

18   the Government because I could see a jury having the concerns

19   that have been expressed by Mr. Hardin in reference to this.

20   Because while he does, at least initially, make a definitive

21   statement, he then qualifies it.  And he wasn't specifically

22   asked what the substantive discussion was about HGH.

23          And I think without that follow-up, I think there

24   is a distinct potential that the jury will say:  Well, how can

25   we conclude that he in fact was seeking to obstruct Congress

 1    while he initially said a definitive "No".  He then qualified

 2    it and in fact indicated that there had been a discussion

 3    regarding HGH.  And whether the question that was asked would

 4    necessarily give a person the belief that they should provide

 5    more than what he provided, if that's what he believed the

 6    situation was, I mean, the Government does I guess have

 7    information regarding the nature of the discussion having been

 8    more than what he said it was.

 9         And I think probably having to weigh the evidence

10    in light most favorable to the Government, I think it probably

11    tips in favor of this count surviving a Rule 29 motion.  But I

12    think from a tactical perspective, I think it does probably

13    create problems for the Government for the reason that I

14    indicated.  And, you know, sometimes it's best for the

15    Government to put forth its best effort and not try and also

16    prove fringe issues, and I think the jury can see it that way.

17         But I don't think that's a sufficient reason for me

18    to conclude that they couldn't see it from the Government's

19    perspective, and conclude that his response was not a full

20    response regarding the discussions based upon what Mr. McNamee

21    said those discussions entailed; and, therefore, could

22    conclude that there was an obstruction based upon what was

23    indicated.

24         Obviously, if there's a conviction, I'd have to

25    consider after the fact because I will indicate on the verdict

 1    form that they've got to designate which particular statements

 2    did amount to obstruction.  And if this is one that they

 3    conclude the defendant is guilty of, I'd have to and would

 4    reevaluate it after the fact.  But I think with the standard I

 5    have to apply now, I'd have to deny that request.

 6              MR. HARDIN:  All right, Your Honor, if I may move

 7    to Obstructive Act Number 3.

 8              THE COURT:  Okay.

 9              MR. HARDIN:  And that is covered by the same

10    exhibit we were reading -- or I was, so, back up, please.

11    Government Exhibit 2S.  That question was -- and I'm looking

12    at the Bill of Particulars:  And did you do any research on

13    your own about human growth hormone?  Answer:  No, I have

14    haven't.  Again, just basically in general it would come up

15    over the last, you know, few years of baseball, or talks when

16    it was on TV and things of that nature, but I've never

17    researched it.  I couldn't tell you the first thing about it.

18              THE COURT:  What evidence from the Government --

19    what evidence is there in the record --

20              MR. HARDIN:  There is none, that is my argument.

21              THE COURT:  -- that would show that that was false,

22    that he did in fact do research?

23              MR. DURHAM:  Oh, no, that's actually not what's in

24    the Bill of Particulars, Your Honor.  It's the statement:  I

25    couldn't tell you the first thing about it.  Referring to --

1          THE COURT:  Yeah, but doesn't that have to

2     correspond with the question?  And the question was whether he

3     had done any research.

4          MR. DURHAM:  Right.  And I think that the question

5     generally is directed to Mr. Clemens's overall knowledge of

6     human growth hormone.

7          THE COURT:  Based upon research.

8          MR. DURHAM:  Well, I don't know that it was limited

9     to based upon research.

10         THE COURT:  That's what the question asked.

11         MR. DURHAM:  Well, the point is, is that he's

12    making a statement about -- did you do any research?  No, I

13    haven't.  Basically in general it would come up.  And then he

14    says:  But I've never researched it.  I couldn't tell you the

15    first thing about it.  I think what he's communicating to the

16    Committee and certainly the way Mr. Barnett testified to it,

17    through his testimony, was that he's telling the Committee

18    that he knows virtually nothing about human growth hormone,

19    which influences the Committee.

20         And, again, it goes back to what is his intent?  If

21    his intent by making this statement is to mislead the

22    Committee, then that satisfies the elements of the offense.

23    And this is clear that -- when he says:  I couldn't tell you

24    the first thing about it, he's referring to human growth

25    hormone generally.  And there is abundant evidence that Mr.

1    McNamee, again, viewed in the light most favorable to the

2    Government, had explicit discussions with him in 2000 about

3    human growth hormone, and then another discussion in 2003.

4              There is also, of course, Mr. Pettitte's testimony,

5    again, viewed in the light most favorable to the Government,

6    where Mr. Clemens says that he used HGH and it was for

7    recovery.  So, again, it goes back to this is a misleading

8    statement.

9              THE COURT:  Well, on this one I don't think you can

10   disassociate the question from the response.  And the question

11   asked about research.  And I think it's just as likely that he

12   is saying:  I couldn't tell you the first thing about it based

13   upon any research that was done because I haven't done any

14   research.  And there is no evidence in this record that would

15   show that he did in fact do research.

16             So, I would have to conclude that that statement

17   was not a misleading statement when it's read in context with

18   the question that was asked.  So, I'd have to grant the motion

19   in reference to Number 3.

20             MR. HARDIN:  Your Honor, then we would move to

21   Number 12, which is Mr. Pettitte.  The Court doesn't need a

22   great deal of argument from me about it, you remember that

23   testimony.  It is based on the same thing that Mr. Attanasio

24   sought to have it stricken.  That is, as a matter of law, to

25   say that -- hold on, let me get the exact question.

1              The question reads:  The obstructive act is that

2    Mr. Clemens' sworn hearing testimony on February 13, 2008,

3    that a New York Yankees' teammate misheard or misremembered

4    when Clemens told his teammate in or about 1999 or 2000 that

5    he, Defendant Clemens, had taken HGH.  And that's at the

6    hearing at 86-87.

7              I think as a matter of law, Mr. Pettitte's

8    testimony establishes that a reasonable juror could not find

9    beyond a reasonable doubt that that is a lie, if Mr. Pettitte

10   himself says it's 50/50 as to whether he misheard.

11             THE COURT:  Well, I think that on this one I'd have

12   to, for the same reason I denied the motion to strike, I would

13   have to deny the Rule 29 motion to dismiss because on direct

14   examination he, in fact, did say that Mr. Clemens made a

15   statement to him that he was using HGH because it helped in

16   recovery.

17             And the Government did not ask the questions I

18   thought they were going to ask, based upon what they said

19   during the opening statement, that would show that despite the

20   fact that when he had the second conversation with Mr. Clemens

21   and Mr. Clemens denied having made the statement to him, that

22   he told Mr. Clemens, well, maybe I misheard you.

23             And I thought the Government would, based upon what

24   they had said, then ask:  Well, what is your current

25   recollection of what he said?  And he would have said what the

1    Government represented in the opening statement.  They didn't

2    do that.  And then on cross-examination -- skillful

3    cross-examination, that loop having been left open, he was

4    lead down the path to indicate that, well, he could only say

5    50/50.  And if that's all we had, is that he was saying 50/50,

6    then I think I would agree.  But that can't be considered an

7    isolation.  I think it has to be considered in the context of

8    what he has said during direct.

9           And I also think it has to be considered in the

10   context of the relationship that Mr. Pettitte has with Mr.

11   Clemens, and the fact that he in fact idolized him when he was

12   growing up and became one of his best friends.  That there may

13   have been an incentive.  And I think the jury can so conclude.

14   I'm not saying that Mr. Pettitte lied, but I think the jury

15   could conclude that he sought to try and mitigate what he had

16   said previously.

17          And, therefore, through cross-examination and

18   because of his loyalty and friendship with Mr. Clemens, he

19   said something different, 50/50.  But I think they have to

20   weigh that 50/50 with what he had definitively said during

21   direct.  And I think they could conclude, for the reason I've

22   indicated, that it really is more than 50/50.  And, therefore,

23   as I say, for the same reasons I didn't strike it, I think I'd

24   have to deny the Rule 29 motion since the jury -- since I have

25   to weigh the evidence in the light most favorable to the

1   Government.

2          And I think there is enough, while it would be

3   difficult, I think, on that alone to justify a conviction, I

4   think the fact finder, for the reasons I indicated, could do

5   that.  So, I will deny the request on that.

6          MR. HARDIN:  All right.  Your Honor, the only thing

7   I would add, not to disagree with the Court or argue with the

8   Court about it.  I would point out that the issue here was

9   what Roger Clemens believed.  It wasn't as to whether or not

10  Mr. Pettitte actually misheard.  What he is really charged

11  with in the colloquy with Mr. Cummings, is Mr. Clemens says:

12  I believe Andy has misheard.

13         He was saying what he believed.  And what is

14  insufficient evidence in this record is anything to address

15  whether Mr. Clemens believed that or not, which is all that he

16  was testifying to.

17         THE COURT:  Yeah, but Mr. Pettitte on direct said

18  that Mr. Clemens definitively told him that he was using and

19  that it helped him in recovery.  And I think that has to be

20  weighed against the 50/50 evidence, and I think the jury

21  could, for the reasons I've indicated --

22         MR. HARDIN:  Fair enough.

23         THE COURT:  -- say that he just changed his

24  testimony because the loop was open for him to do so, and that

25  they shouldn't credit what he said about having misheard.

 1           MR. HARDIN:  Fair enough.  The last one I want to

 2    call to the Court's attention is Number 14.  And Number 14

 3    is -- there is just simply no evidence here, and the Court has

 4    commented on it several times, and that is, the part that they

 5    are treating as an obstructive act is Mr. Clemens' testimony

 6    where he said in his deposition:  I had no idea that Senator

 7    Mitchell wanted to talk to me.

 8           There is just no evidence that Roger Clemens knew

 9    Senator Mitchell wanted to talk to him.  And the Court pointed

10    that out several times.

11           MR. DURHAM:  Your Honor, I'd like to take one

12    more -- and I'm not beating the dead horse --

13           MR. HARDIN:  He's not dead, he's pointed out

14    before.

15           MR. DURHAM:  Nor is he a horse.  Your Honor, the

16    Court made a number of rulings that were adverse to the

17    Government.  One in particular, and I don't know if the Court

18    would -- there was a 60 Minutes clip where Mr. Clemens had

19    made a public statement on 60 Minutes, which is watched by

20    many people, that said that his attorneys or his counsel

21    advised him not to talk to them, and a lot of players did not

22    go down.  That really was our best evidence on this count.

23           We had other evidence, but the Court, for reasons

24    that it has put on the record, would not allow us to call Mr.

25    Fehr, would not allow us to elicit from Mr. Pettitte, who had

1    the same agent, that he, Mr. Pettitte, was notified by Senator

2    Mitchell.

3              But our best evidence was really that 60 Minutes

4    clip, which we argued, as the Court will recall, that there

5    was a waiver of any privilege that was involved because he

6    said this publicly.  We wouldn't ask the jury to infer somehow

7    that he had -- that this invades the province of the

8    attorney/client relationship.

9              Again, that was our best evidence on that.  I would

10   ask the Court just at the end here to reflect.  Because I will

11   say, in candor to the tribunal, as the record stands now, Your

12   Honor, you know, the Court's rulings, if they were to maintain

13   the status quo, we would move to dismiss this particular

14   obstructive act.  We don't want to do that.

15             We believe that there's a legal basis and a

16   framework that would not get the Court in any trouble with the

17   Court of Appeals, and we've cited what we believe is binding

18   or at least very persuasive authority from this circuit and

19   others on the waiver issue.

20             So, we would ask the Court, respectfully, to

21   reconsider that one piece of evidence that I believe allows us

22   to credibly argue to the jury.  If we don't have that, then

23   we're not going to make arguments to the jury that simply have

24   no credibility, and in fact, the Court, I think, under Rule 29

25   has obligations to take action.

 1            MR. HARDIN:  I would only point out what the Court

 2    pointed out when you made your ruling, that 60 Minutes talked

 3    about Mr. Mitchell's investigators.  That was the reason the

 4    Court said there wasn't a causal connection.  That's still

 5    true.

 6            We would respectfully ask the Government to take

 7    the load off the Court's docket and dismiss it themselves

 8    because there's insufficient evidence to support it.

 9            THE COURT:  Well, I don't fear the Court of

10    Appeals.

11            MR. DURHAM:  I didn't meant to imply --

12            THE COURT:  I respect the role that they play.  If

13    you're a trial judge and you're afraid of the Court of

14    Appeals, boy, you're in big trouble.  You become impotent to

15    do anything.  But, you know, going back to what I previously

16    said, I don't think I need to reiterate all of it.

17            And for the reasons I previously articulated, I do

18    have concerns, number one, the point that Mr. Hardin makes

19    about whether you're talking about Senator Mitchell directly

20    or Senator Mitchell's investigators.  And I think it can be

21    construed differently by somebody who is being asked about

22    that.  And that causes me much concern.

23            And also, as I previously indicated, it seems to me

24    the only way that he would have conceivably known, assuming

25    that's the case, about the fact that Mitchell wanted --

1    Senator Mitchell wanted to talk to him, would be have to be

2    based upon Mr. Fehr having received that information and

3    having communicated that to his lawyer.  And the lawyer

4    confidentially told him about that.

5          And I think the jury would have to infer that that

6    did in fact occur.  And I do have concerns, as I previously

7    indicated, about implicating the attorney/client privilege by

8    permitting the jury to draw those types of inferences to reach

9    the conclusion that the Government believes should be drawn in

10   order to conclude that Mr. Clemens, in fact, knew that it was

11   Senator Mitchell who wanted to talk to him, as compared to it

12   being the investigator.

13         So, for those two reasons, I would have to conclude

14   that there's not enough on that count.  I would have to grant

15   the request on that.

16         MR. DURHAM:  Your Honor, let me say, that being the

17   case, Government's Exhibit 2Y was admitted through Mr. Barnett

18   on a good faith basis that we would be able to prove this up.

19   Now it just stands out there as something that we haven't

20   proven really at all.  And we would ask that we be able to

21   withdraw that exhibit, Government 2Y.

22         THE COURT:  Okay.  Very well.  Any others?

23         MR. HARDIN:  That's all I have, Your Honor.

24         THE COURT:  Okay.  Let's bring the jury in.

25         MR. HARDIN:  For the record, can we assume that the

1    other --

2            THE COURT:  The others -- yes, in reference to the

3    overall motion that was made encompassing all of the other

4    counts of the indictment, those will be denied.

5            MR. GUERRERO:  Another quick matter, if I can

6    address the Court briefly.

7            THE COURT:  Yes.

8            MR. GUERRERO:  We filed a motion last night, a

9    motion in limine, trying to gauge the perimeters of the

10   defense case, which we are about to start here shortly.  And

11   we'd ask the Court to consider our filing last night with

12   respect to --

13           THE COURT:  As I understand from my law clerk,

14   there are two different areas that you're seeking to try and

15   restrict.  One related to the long history of Mr. Clemens

16   having been someone who worked very hard at maintaining his

17   physical conditioning, and the belief that somehow that should

18   not be admissible.  And I think my clerk told me that the

19   position, if I did let that in, that you would argue that you

20   should be able to bring in testimony from other players who

21   also worked hard, who would say that they, despite having

22   worked hard, nonetheless, did use steroids and HGH.

23           Is that the essence of the first position that you

24   take?

25           MR. GUERRERO:  Basically.  But I would ask the

1    Court first to even consider whether the evidence is really

2    relevant at all.  Here what we're talking about is evidence

3    dating back to 20-30 years.  1998 is when the Government

4    alleges the defendant first used steroids.  So, dating back to

5    high school back in --

6            THE COURT:  Let me just ask so we don't talk about

7    something that's merely academic.  Does the defense intend to

8    introduce evidence dating back to Mr. Clemens' conditioning

9    routine since --

10           MR. HARDIN:  Yes, sir.

11           THE COURT:  -- high school?

12           MR. HARDIN:  Because remember what the core

13   allegations are here.  The Government has accused him of lying

14   when he says he never used steroids.  They set this timeframe.

15   So, looking at his full life of when never would be, we're not

16   restricted to trying to show -- I'd just say, respectfully,

17   just the time period they've picked out.

18           They went back all the way to Boston.  He starts in

19   Boston in '84.  They had Boston trainers testify.  He was in

20   college -- they actually elicited testimony from Mr. McNamee

21   about a shot.  That they elicited testimony where he's talking

22   about when he was at college.  So, what we wanted to show and

23   what we, respectfully, say we're entitled to is the measure of

24   his whole career in cycles.

25           So, what was he like in high school?  What was

1    he -- in terms of his work ethic and as a ball player?

2            THE COURT:  They're not alleging that he

3    purportedly started to use until I guess it was 1999 or

4    something --

5            MR. GUERRERO:  It was a very small window.

6            THE COURT:  -- 2001.  When was it?

7            MR. HARDIN:  No.  No.  All due respect, Judge, they

8    had Mr. McNamee --

9            THE COURT:  I may have the date wrong.

10           MR. HARDIN:  Right.  They had Mr. McNamee say '98.

11   But then he started volunteering, over our objection, that he

12   knew that Mr. Clemens was already using it when he got to

13   there.  They have suggested that -- Mr. McNamee has suggested

14   in his testimony, and the Government didn't try to restrict

15   it, that when McNamee met him in '98, he, McNamee knew he was

16   already doing it because he had -- he brought the stuff to

17   him.  So, it's just an artificial distinction --

18           THE COURT:  That's true.

19           MR. GUERRERO:  I think inaccurately misstates our

20   evidence.  Our evidence was that there was a very small window

21   of time here, 98 'to 2001, where the steroids and HGH --

22           THE COURT:  But there is a some suggestion that he

23   was conceivably using before that.

24           MR. GUERRERO:  The suggestion was because of a

25   conversation that Mr. McNamee had about with Mr. Clemens about

87

 1   his unwillingness to take a shot in the thigh while at the

 2   University of Texas, that Mr. Clemens had some awareness of

 3   steroids.  Not that he was using it, but that he had some

 4   awareness of steroids.

 5            THE COURT:  I don't know if the jury could infer

 6   that that related to steroids or not.  You know, I mean, I got

 7   injections of cortisone a number of times, and I didn't like

 8   them, but I had to get them because I needed to deal with the

 9   pain in order to play.  And I know a lot of other guys who got

10   that and other substances so that they were able to play.

11            MR. GUERRERO:  The context of that testimony was

12   very specific about -- because Mr. McNamee only knew Mr.

13   Clemens for a short period of time in '98.  So, how was it

14   that because in that short period of time Mr. Clemens reached

15   out to Mr. McNamee and asked him for a shot in the booty.

16   That was the testimony.  And the testimony that we elicited

17   was because --

18            THE COURT:  But if the defense is -- I understand

19   your position, but if the defense is suggesting that he has,

20   over a long period of time, always been a hard worker and

21   stayed in shape, why wouldn't that be relevant on the level of

22   his conditioning as he got older.  And, therefore, undermine

23   the suggestion that he would have to, as the Government

24   suggests, use steroids and HGH in order to maintain his level

25   of performance.

1            MR. GUERRERO:  At best it's marginally relevant.

2    At best it's marginally relevant.   And it's very dangerous.

3    It's very akin to character evidence.  Essentially what they

4    want to do is bring in witnesses that say:  Because in their

5    opinion they never saw any uses of steroids dating back 20

6    years ago, then it's likely that he never used it in '98

7    and 2001.

8            THE COURT:  Wouldn't you agree the converse?  That

9    if somebody, you know, was not a hard worker and their body

10   was deteriorating as a result of that, that maybe they would

11   have an incentive to a greater extent to use, as compared to

12   somebody who has been a habitual long term worker, who has

13   constantly maintained the conditioning of his body.

14           MR. GUERRERO:  The think the inference cuts both

15   ways.  And that was the Court's concern with the other

16   players' testimony.  Because the other players that the

17   Government has been struggling with throughout this case is

18   that they in fact also were elite ball players.

19           THE COURT:  But also hasn't there been a

20   suggestion, whether to directly or by inference, that at some

21   point Mr. Clemens's performance had fell off and that that

22   performance then increased, and it increased, based upon the

23   Government's theory, at a time when he would have allegedly

24   used these substances, and therefore, they could attribute his

25   enhanced performance at that point to the use of these

1  substances as compared to the conditioning of his body that he

2  maintains has been consistent throughout his life?

3          MR. HARDIN:  Just say yes.

4          MR. GUERRERO:  Judge, again, we go back to the

5  danger of how the jury could misuse that particular testimony.

6  And it's fundamentally unfair for the Government because the

7  jury could infer exactly what the Court is asking.

8          THE COURT:  But I do think that people who -- you

9  know, athletes who are hard workers and work consistently to

10 maintain their physical health tend to last longer and perform

11 better.

12         MR. GUERRERO:  But the evidence that the defense is

13 seeking to introduce to support that cuts both ways.  There is

14 certainly other evidence of --

15         THE COURT:  But without that, the only thing now

16 they -- I guess you could introduce evidence -- well, what was

17 his level of working out at the time, when purportedly there

18 was use, which could attribute to his enhanced performance.

19         But I do think if somebody has worked out over a

20 long period of time and maintained their physical health, that

21 that is a relevant factor as to whether at some future point

22 in time their body would start to break down and they would

23 use these -- need these substances in order to perform at a

24 certain level, as compared to them being able to perform at a

25 certain level because of the conditioning of their body.

1          So, I understand your position, but I'm going to

2    let it in.  I think it is relevant.

3          MR. GUERRERO:  If the Court is going to entertain

4    it, and it sounds like it is, we would just ask the Court to

5    consider the cases that we cited that clearly indicate that

6    the Court is well within its discretion to limit it --

7          THE COURT:  And, therefore, within my discretion to

8    let it in.

9          MR. GUERRERO:  Right.  So, I would just ask the

10   Court to, at some point in time, I think it's going to be --

11   we think it's going to become cumulative.  It's going to be

12   the same --

13         THE COURT:  I'm not going to let five high school

14   coaches testify, I think one is sufficient.  I'm not going to

15   let -- I think if he has testimony of somebody throughout his

16   at athletic career who can come in and say that he worked hard

17   to maintain the condition of his body, I think that's

18   appropriate.

19         MR. GUERRERO:  Fair enough, Judge.  The other point

20   that we have, which is Part B --

21         THE COURT:  I don't think that opens the door for

22   the Government in rebuttal to then bring in other players who

23   say that they've worked hard and that they, nonetheless, use

24   because that decision that they subjectivity made about their

25   use, I don't think has any relevance as to Mr. Clemens's state

 1   of mind on the issue.

 2          MR. GUERRERO:  Judge, I'm not going to argue that

 3   point.

 4          THE COURT:  And then the second issue, as I

 5   understand, that you want to restrict relates to what has been

 6   asked.  And there hasn't been objections, so I haven't had the

 7   chance to rule it on, was whether there was any physical signs

 8   about Mr. Clemens that would cause whoever was observing him

 9   to believe that he was using these substances.

10          MR. GUERRERO:  We think any opinion testimony --

11          THE COURT:  I do have some concerns about that.  I

12   mean, there haven't been objections previously to it, but I

13   think you are talking about expert testimony because it seems

14   to me only someone with an expertise in what happens to the

15   body with the use of these substances would be in a position

16   to opine as to whether there was a change that would reflect

17   that.

18          The other concern I have is that according to Mr.

19   Radomski, he was putting together some type of concoction that

20   he was providing to Mr. McNamee to be given to Mr. Clemens

21   that was designed only for pitchers and not for individuals

22   who wanted to bulk up.

23          Now, whether there are some steroids that provide

24   stamina and strength and don't cause someone to bulk up, I

25   don't know.  But that's the evidence that we have.

1           MR. HARDIN:  Several things, real quickly.

2           THE COURT:  Yes.

3           MR. HARDIN:  One is, of course, the jury could

4    choose to disregard Mr. Radomski and decide that there wasn't.

5    And there's been no expert testimony from the Government that

6    that is actually true.  So, it's an open question right now.

7           Secondly, I would analogize about asking these

8    witnesses about traits, not as experts or giving expert

9    opinion.  But not unlike an average citizen being asked if he

10   observed the signs of intoxication on somebody.  He can

11   ordinarily do that in just about any jurisdiction.

12          THE COURT:  That's because people are familiar with

13   seeing people who are intoxicated.

14          MR. HARDIN:  Exactly.  So, I don't have to equate

15   it to steroids to ask:  Did you ever see any unusual acne on

16   his body?  Do you ever see his size grow unusually?  Did his

17   body shape change?  I don't have to causally say that's a

18   trait -- I don't intend to -- in other words, to ask them,

19   what are the traits of steroid use?

20          THE COURT:  But then to you would seek to argue in

21   closing argument that the absence of those traits would

22   indicate that he wasn't using.

23          MR. HARDIN:  Absolutely.  And if you remember

24   Doctor -- I think he's a doctor, Mr. Boos, he testified to

25   what the traits are.  The jury has already known and been

1    testified from an expert of the Government what are the

2    side -- common side effects of steroids.  And now all I'm

3    seeking to use is the basis of their expert testimony to say:

4    Did you see visually any of those signs?  I'm not going to ask

5    them to testify --

6              THE COURT:  What did he say about --

7              MR. HARDIN:  Oh, he talked about acne.

8              THE COURT:  I remember he talked about acne.

9              MR. HARDIN:  He talked about unusual size of

10   growth.  He talked about head size.  Body change.  He talked

11   about bulk-up.  He talked about all of the traditional signs

12   that all of us have heard.

13             THE COURT:  Do we know that that is in fact what

14   happens to everybody who uses steroids regardless of what the

15   -- what type --

16             MR. HARDIN:  No.

17             THE COURT:  -- what type of steroid that is?

18             MR. HARDIN:  No, Your Honor, but I would say that

19   goes to the weigh and not to the admissibility.  The

20   Government is perfectly free to put somebody on to poo-poo

21   this stuff, and say, those things they didn't observe doesn't

22   mean he wasn't using steroids.  We're not going to object if

23   they do that.

24             But I think we're allowed to ask people about

25   visual signs they as an average citizen saw.  And then the

1    jury can decide whether any of those signs are in common with

2    the Government's own expert testimony.  That's all I intend to

3    do.

4              MR. GUERRERO:  The record is contrary to that.  The

5    record by Dr. Boos, who testified, he was the DEA expert.  He

6    said the effects of steroids are a function of many different

7    types of situations.  That dosages that the person takes, the

8    amount of times that they take them.  Not all side effects are

9    universally consistent, such as bulking up.  Which is exactly

10   what the defense wants to argue at the end.

11             That the lack of bulking up, the lack of big

12   muscular development is a sign that there is no steroid use.

13   And that's not what the record shows.  The record shows, as

14   the Court has pointed out, that Mr. Radomski was specifically

15   providing starting pitcher regimens for the purpose of not

16   bulking up; for the purpose of just maintaining themselves

17   during the summer dog months of the season.  And that the

18   dosages for starting pitches were designed to completely avoid

19   getting --

20             THE COURT:  I would think that acne -- I don't know

21   how it would manifest itself, where it would manifest itself,

22   but we do have testimony that the use of steroids can cause

23   acne.  And I think -- and I think that is a subject that the

24   average lay person is qualified to opine about or give -- to

25   say, you know, because know what acne is and would be able to

 1  say whether they ever saw any type of signs on Mr. Clemens.

 2          I do have problems, however, with this evidence

 3  regarding size increase because I think what the Government

 4  says is correct, that the witness said there are a lot of

 5  variables that come into play that will impact on how those

 6  steroids impact a person.

 7          And I think in order for somebody to come in here

 8  and testify about him not having gained size, I think we would

 9  need evidence of what the regimen was of use or purported use,

10  and whether consistent with that regimen you would expect to

11  see increase in size, and there was no increase in size that

12  was observed here.  Because I don't know, based upon this

13  record, whether everybody who uses does increase in size,

14  based upon the evidence about the extent of Mr. Clemens's

15  alleged use.

16          MR. HARDIN:  Your Honor, the easiest way I think

17  maybe to address this is that we would be allowed to ask if

18  they saw certain characteristics.  The Court could decide at

19  the end of the evidence -- because, otherwise, we don't have a

20  basis then to bring somebody else on, if we choose to, to make

21  the causal connection.

22          But if we ask these witnesses:  What was his body

23  shape like?  Did it change over a period of time?

24          THE COURT:  Are you going to call someone who is an

25  expert who would be able to say that based upon Mr. McNamee's

1    testimony about the purported extent of his use and what he

2    was using, that that in fact would cause an increase in size?

3                MR. HARDIN:  I don't know, but I will point out --

4                THE COURT:  Well, I think I need to know that.

5                MR. HARDIN:  But I think not to have somebody

6    describe his body, that any average person -- let me give you

7    an example.  Mr. Radomski -- who, by the way, was never

8    qualified as an expert in this area, offered all these

9    opinions anyway.

10               THE COURT:  No objection -- I can't keep it out if

11   there's no objection.

12               MR. HARDIN:  Well, I didn't think I had a valid

13   objection.  He's describing what he did.  He can give that.

14   But he can't -- he's not the Bible on what effect it has.  But

15   I'll give you an example.  What he did testify to is, that

16   Winstrol that he took as a body builder, it was a body

17   building, a mass building drug.  And Mr. McNamee has testified

18   that in the first year, that's what he gave him.

19               THE COURT:  Yeah, but he says he was taking

20   excessive amounts of it, significantly greater than the

21   evidence would indicate Mr. Clemens was using.

22               MR. HARDIN:  I would respectfully suggest, Your

23   Honor, that the degree and so that is used here and is allowed

24   to doesn't -- should not prohibit us from just letting these

25   people testify about what they saw about them.  I wouldn't be

1    able to any other way -- you know:  Did you notice any change

2    in his physicality?  It's been in the case from the very

3    beginning.

4            And the Government has presented their case now,

5    and we're getting ready to start ours.  And I think asking a

6    witness:  What did he look like?  Did you notice any

7    differences in his build?  Did you see any changes in the

8    shower room?  And Mr. Tommy Craig, you know, they bring people

9    in to ask if they can -- about B-12 shots, and they want to

10   object to us asking:  What did he look like?  Did he change?

11           MR. GUERRERO:  Even when those athletic trainers

12   testified, we voiced our objection to the signs of steroid

13   use.  And now we do understand that Dr. Boos did testify a

14   little about acne, but even that was qualified with respect to

15   low dosages of steroids would produce low levels of acne.

16           But for what it's worth, that is in the record.  We

17   think that's fair game because it's a common observation.  But

18   what they're trying to do is suggest bulk.

19           THE COURT:  Let me just ask.  There is evidence in

20   the record that came in without objection as to whether

21   various witnesses had seen any change in Mr. Clemens's

22   physical stature.  That's in the record and there's the

23   photograph, for example, of him throughout his pitching

24   career.  And the defense asked:  Do you see any noticeable

25   change in Mr. Clemens's physique?  So, obviously, that is

1    already in the record.

2            So if other witnesses now come in in the defense

3    case and say basically the same thing that the jury has

4    already heard, they're not going to hear anything other than

5    what has already been presented.  And then the question

6    becomes whether that is sufficient for Mr. Hardin to argue in

7    closing argument that the lack of physical change is a

8    reflection of the fact that there was no use.

9            And the concern I have with him saying that is, it

10   seem to me, that absent some evidence that the amount of

11   steroids that Mr. Clemens was allegedly using and the

12   frequency of that use that you would expect because of that,

13   would there have been an increase in size.  And if that's not

14   going to come in, then I think the jury is going to be asked

15   to speculate that based upon the evidence that we have in the

16   record about his level of use and the frequency, that you

17   would expect to see an increase in size, and you don't have

18   that, and therefore, the jury could conclude that there was no

19   use.

20           I just think that absent some expert testimony that

21   would support the inference, I just think the jury is being

22   asked to speculate.

23           MR. GUERRERO:  The Court just articulated the

24   Government's concerns.

25           MR. HARDIN:  I respectfully disagree, but you tell

1    me what you want me to do.

2             THE COURT:  I just don't think -- I just don't

3    think it can come in because, again, I think the jury is going

4    to be asked to guess.  But if you have somebody who is able to

5    testify about, you know -- I guess that would be a problem if

6    that wasn't provided by way of expert testimony previously

7    through a report.

8             MR. HARDIN:  I would only ask the Court --

9             THE COURT:  I'll think about it overnight, but I

10   just don't -- I just don't see it.

11            MR. HARDIN:  Okay.  I don't want to run afoul of

12   the Court's ruling, but do I understand what the Court doesn't

13   want me doing is making a causal connection between his size

14   and the lack or use of steroids.  But the observation is to

15   how he looked and whether he changed over the years, that

16   alone without connecting it to steroids would be okay?

17            MR. GUERRERO:  We object to that because that

18   exactly stimulates the jury's speculation.

19            THE COURT:  The acne -- whether there was any

20   observations of acne, again, I think that's something a lay

21   person can observe.  If they didn't see him with any signs of

22   acne, and there is at least some testimony that persons who

23   use it do get acne, I think that's fair game.

24            But this increase in size, there's just no evidence

25   that the amount and frequency he was using would in fact cause

1    an increase in size.

2         MR. GUERRERO:  It's the weight part of that that I

3    was concerned about.

4         THE COURT:  Well, I don't think -- I mean, we

5    already have evidence in the record about the fact that his

6    body wasn't changing.  I just don't think you can extrapolate

7    from that that that meant he wasn't using based upon the

8    evidence that we have.

9         MR. HARDIN:  We're ready to proceed.

10        THE COURT:  Okay.  Let's go.  Let's bring the jury

11   in.  You all are interesting.  You want to raise these issues

12   and then you want me to make snap decisions.  And when I

13   don't, you want to act like I'm taking too long.  And then if

14   I make the wrong mistake, you'll take upstairs saying -- well,

15   downstairs, actually, you'll be taking position that I was

16   wrong, so, thank you.

17   OFF THE RECORD

18   JURY ESCORTED INTO THE COURTROOM AT 4:10 P.M.

19        THE COURT:  Good afternoon, Counsel.

20        MR. DURHAM:  Good afternoon.  We're going to move

21   in another exhibit and then identify and reserve on two others

22   at this time.  The Government will move into evidence

23   Government's Exhibit Number 23.

24        THE COURT:  Very well.  Admitted.

25        MR. DURHAM:  We just ask to publish that briefly to

1    the jury while we have it fresh in our mind.

2                THE COURT:  Very well.

3                MR. DURHAM:  The record should reflect that this is

4    a record produced by the defense of payments from Mr. Clemens

5    to Mr. McNamee.

6                THE COURT:  Payments, you said?

7                MR. DURHAM:  Yes.

8                THE COURT:  Very well.

9                MR. DURHAM:  I believe there is a second page.

10               THE COURT:  Okay.

11               MR. DURHAM:  Then we're reserving on Government's

12   104 and Government's 45 pending the Court's rulings on those.

13   And with that, Your Honor, the Government rests its case in

14   chief.

15               THE COURT:  The Government has now completed the

16   presentation of its evidence.  The defense may proceed.

17               MR. HARDIN:  Thank you, Your Honor.  We call

18   Mr. Todd Howey.

19               THE COURT:  Very well.

20   Thereupon,

21                        TODD HOWEY,

22   the witness herein, having been first duly sworn, was examined

23   and testified as follows:

24

25

                          DIRECT EXAMINATION

BY MR. HARDIN:

  Q.   Good afternoon.

  A.   Good afternoon.

  Q.   All right.  You're right on the right track with that
microphone.

  A.   Good deal.

  Q.   If you can keep doing that.  Tell the jury your name,
please.

  A.   My name is Todd Howey.

  Q.   Mr. Howey, spell your last name for the court reporter.

  A.   H-O --

  Q.   Wait, wait.  You got to always let me finish and I've
got to let you finish because she can't get us on top of each
other.  Spell your last name for the court reporter, please.

  A.   H-O-W-E-Y.

  Q.   Mr. Howey, how old a man are you?

  A.   I am 48 years old.

  Q.   Where do you live?

  A.   Midland, Texas.

  Q.   Where did you grow up?

  A.   I went to high school in Houston.  Born in Pittsburg,
Kansas.

  Q.   After high school, where did you go?

  A.   Lubbock, Texas.  Played baseball at Texas Tech

1    University in Lubbock.

2        Q.    How many years did you play there?

3        A.    I was there for three years and I got drafted and

4    played with the Phillies for about five years in the minor

5    leagues.

6        Q.    You have often said that you stayed in minor leagues

7    why?

8        A.    I couldn't hit a curve ball.

9        Q.    After you found out you couldn't hit a curve ball, what

10   did you do?

11       A.    I went back to school and got my degree and I --

12       Q.    I'm going to ask you to slow down for her, please.

13       A.    Sorry.

14       Q.    That's okay.  Slow down.

15       A.    I went back to college and got my degree in education.

16       Q.    What year?

17       A.    I believe that was -- gosh, oh, Friday, probably '88.

18       Q.    All right.  Then what did you do?

19       A.    Then I went -- got into coaching.  I became a high

20   school football/baseball coach at Early High School in Early,

21   Texas.

22       Q.    Early, Texas, is how big a place?

23       A.    Not very big, it's a 2A school.  About 300 kids in the

24   whole school.

25       Q.    All right.  So, you coached about how many kids?  What

1    ages?

2    A.   Well, I coached a high school age group there at Early.

3    Then I was there for one year, then went to Howard Payne

4    University and started a baseball program at Howard Payne

5    University.

6    Q.   You've really, really got to slow down.

7    A.   I'm sorry.  I'm sorry.

8            THE COURT:  Just slow down a little bit.

9            THE WITNESS:  I'll take a deep breath.  I'll slow

10   down.

11   BY MR. HARDIN:

12   Q.   You're kind of one of those unusual things, a fast

13   talking Southerner.

14   A.   A fast talking Texan.

15   Q.   We want you to go back to being a slow talking

16   Southerner.

17   A.   I'll get my drawl working here.  All right.

18   Q.   All right.  And then when you coached at Howard Payne

19   University, how many years did you coach college baseball?

20   A.   I was Howard Payne for four years, and then from there

21   I went to West Texas A&M University in Canyon, Texas, and

22   coached there for five years.

23   Q.   So, what year did you quit coaching college?

24   A.   I've been an athletic director now for, I'd say, right

25   around 13-14 years.

1   Q.   All right.  Let's tell the jury what that is.  Where

2   are you currently working and what is your position?

3   A.   Right now I'm the Executive Director of Athletics for

4   Midland ISD in Midland, Texas.  We have two high schools

5   there.  Two 5A schools, Midland High and Midland Lee, both

6   about 3,000 students.

7   Q.   Slow down.

8   A.   And in those schools I've got two high schools, four

9   junior highs, and about 175 coaches that I'm responsible for.

10  Q.   That's what I was going to ask you.  How many coaches

11  do you --

12  A.   175.

13  Q.   Wait, wait.  I didn't finish that sentence.  You can't

14  do that.

15  A.   All right.

16  Q.   All right.  Just take -- wait -- when I finish, take a

17  breath.  All right.  Now, tell me, you supervised how many

18  coaches?

19  A.   About 175.

20  Q.   Some of those are junior high coaches?

21  A.   Yes, sir.

22  Q.   Some of those are high school coaches?

23  A.   Yes, sir.

24  Q.   And are you responsible for the hiring, firing and

25  training of those coaches?

1    A.    Yes, sir.

2    Q.    Now, Midland, Texas, is about how big a town?

3    A.    About 100,000 people.

4    Q.    How long have you been the Executive Athletic Director

5    for the Midland Independent School District?

6    A.    Four years.

7    Q.    Better.  It's working.  All right.  Now, before that,

8    back when you were in high school, did you know Roger Clemens?

9    A.    Absolutely.

10   Q.    What high school in Houston, Texas, was it?

11   A.    Spring Woods High School.

12   Q.    Did you play baseball there?

13   A.    I did.

14   Q.    And what was your relative grades?

15   A.    I was a sophomore in high school when Roger was a

16   senior.  We played together for two years.

17   Q.    So, you played together for your freshman and sophomore

18   years?

19   A.    Yes, sir.

20   Q.    Now, back during that time, how many starting pitchers

21   did the Spring Wood High School team have?

22   A.    How many starting pitchers did we have?

23   Q.    Yeah.

24   A.    I guess two or three.

25   Q.    Okay.  Where did Roger Clemens fit in on that?

1  A.   He was like everybody else.

2  Q.   How would you describe his performance in high school?

3  A.   You know, his performance in high school was above

4  average.   It was above average.

5  Q.   Was he considered a great high school pitcher?

6  A.   No, sir.  No, sir.

7  Q.   At the risk of offending him as he sits here --

8  A.   I know, I don't want to make him mad, but no.

9  Q.   And as you became a coach in college and as you became

10  a supervisor of coaches in high school, has there been a

11  particular model you have always held up to your students

12  concerning how to go about being an athlete?

13  A.   A particular work ethic for sure.  No doubt about it.

14  Every year -- I've been a AD now for nine years, and every

15  year or every week I try to send my coaches an e-mail about --

16       MR. BUTLER:  Your Honor, I'll object to this

17  character evidence under 404.

18       THE COURT:  Sustain the objection.

19  BY MR. HARDIN:

20  Q.   Well, I'm not asking you what kind of character he had.

21  A.   Okay.

22  Q.   I'm asking you what kind of work ethic he had?

23  A.   Do you want examples of his work ethic, is what you'd

24  like to have, or --

25  Q.   I want you to tell me what you -- let's go back to when

1    you were a sophomore.

2      A.   Okay.

3      Q.   What are your first memories of Roger Clemens in terms

4    of -- that demonstrated to you his work ethic when he was in

5    high school?

6      A.   Well, the what really pops to my mind was just his self

7    belief.  His -- his --

8            MR. BUTLER:  Your Honor, I'm going to object on

9    405.

10           THE COURT:  Yeah.  I'll sustain the objection.

11   Listen to the question about his work ethic, how he worked

12   out.

13           THE WITNESS:  Okay.  Physically?  His work ethic

14   physically?

15           THE COURT:  Yeah.

16           THE WITNESS:  Well, you know, we called it

17   after/after.

18   BY MR. HARDIN:

19     Q.   What do you mean by after --

20     A.   Well --

21     Q.   Wait a minute.  You got to always let me finish.  What

22   did you mean by after/after?

23     A.   Well, in the high school athletics in Texas high school

24   football we have something we call after/after.

25     Q.   Slow down.

1    A.   I'll slow down.  What that means is that you go through

2    your work-out and then you stay after and you work some more.

3    Then you go home, do your homework, get some dinner, and then

4    you go out after that and work again.  And that's what Roger

5    Clemens did.  I remember that distinctly in high school.

6    Seeing him at practice and he would stay after and he would

7    work after.

8               And he would run, do calisthenics, long toss

9    after practice.  Then that night we'd see Roger out again.

10   He'd be out, you know -- on a Friday night we're going out

11   doing what high school kids do, chasing -- you know, looking

12   for trouble.  And we'd see Roger out in the neighborhood in

13   the middle of summer, you know, in one of those, you know,

14   throw back silver wind suits with ankle weights on out

15   running.

16              And we'd see him all the time out doing those

17   types of things.  I didn't make much sense to us.  We weren't

18   really sure what he was doing.

19              MR. BUTLER:  Your Honor, at this point we're in a

20   narrative.

21              THE COURT:  Okay.

22   BY MR. HARDIN:

23    Q.   All right.  Let me just ask you some questions about

24   it.  Have you ever said that you all considered him kind of a

25   nerd?

1              MR. BUTLER:  Objection, Your Honor.

2              THE COURT:  Sustained to that.

3    BY MR. HARDIN:

4      Q.   Well, your perception of him, how did he act toward his

5    sports and conditioning himself compared to any of all the

6    other kids you were around?

7              MR. BUTLER:  Objection.

8              THE COURT:  Overruled.  How would you compare his

9    work ethic as far as his physical conditioning is concerned as

10   compared to other people?

11             THE WITNESS:  There was no comparison.

12   BY MR. HARDIN:

13     Q.   Why is that?

14     A.   Well, I've been an AD for 14 years, I'm over 175

15   coaches.  I see student athletes every day in my job, and I've

16   yet to see anybody work like Roger Clemens.

17     Q.   Well, do you recall ever seeing him out at the ball

18   field at like 9:00 or 10:00 at night?

19     A.   We'd be out running around, carousing, doing what high

20   school kids do.  And we'd see the stadium lights on lots of

21   times and we'd think --

22     Q.   What would you do?

23     A.   We'd go by and see who it was.

24     Q.   And what would you see?

25     A.   We'd see Roger.

1    Q.    What was he doing?

2    A.    Stretching, running back and forth, doing calisthenics.

3    Sometimes he'd have somebody out there that we didn't even

4    know playing catch.  But he was out there all by himself.

5    Q.    What time of night?

6    A.    You know, 10:00-11:00 o'clock.  It was late.  It wasn't

7    school hours.

8    Q.    Do you recall if he ever wore any particular jerseys

9    around?

10   A.    Absolutely.  Of course, back when we were in high

11   school, the University of Texas and Arizona State were

12   probably some of the top programs in the country, which they

13   are still are.  And Roger would wear those tee shirts to

14   school.  And he would tell us he was going to play there.  And

15   we --

16   Q.    What did you think?

17   A.    We just didn't believe him.  We didn't believe in him.

18   Q.    Well, why didn't you?

19   A.    Well, because he just -- we just didn't think he was

20   that good.

21   Q.    Do you recall about what the speed of his fast ball was

22   in high school?

23   A.    You know, he was probably 80s.  Low to mid-80s.  83-84

24   on a good day, you know.

25   Q.    Do you recall anything in particular that -- there was

1    a nickname in the outfield of the high school field there that

2    you guys ultimately gave?

3        A.    Well, from -- well, one thing that Roger did, when he

4    went off to college to San Jacinto Junior college, he would

5    come back and work out.  He would do his after/after.  He'd

6    come to Spring Woods and do that.  And he ran so much from

7    foul pole to foul pole out behind the fence that he literally

8    dug a trail.  It was a like a cow trail through a pasture.

9    And we called it Roger's Trail because he ran back so much

10   that there was -- it was almost a ditch where he ran back.

11   And we used to look at him and just think, what's he thinking?

12       Q.    During that time that he was in high school, do you

13   remember ever any incidents where he got -- without going into

14   what he said -- do you ever remember an incident where he was

15   hitting you fly balls out in the outfield --

16       A.    Absolutely.

17       Q.    -- just for practice.  Can you tell the jury about it?

18       A.    Yes.

19       Q.    Without going into anything he said to you.

20       A.    It was probably just a summer day.  I was out there

21   catching some fly balls in the outfield and Roger was out

22   there hitting those fly balls to me from the home plate.

23       Q.    Let me slow you down.  You were how old and he was how

24   old?

25       A.    He was a senior in high school and I was a sophomore.

1    Q.   All right.

2    A.   And he was out there hitting –– because he was always

3  at the field.  He was out there hitting some fly balls to me

4  in the outfield.  I want to say he had his girlfriend with him

5  at the time.  And I'm out there, being a 15–year–old kid,

6  catching the ball behind my back, between my legs, and about

7  that time I look up ––

8    Q.   You were out there showing off?

9    A.   I was out there being a hot dog, you know.  And about

10 that time Roger slams his bat down and starts trotting out

11 towards me.

12   Q.   Without going into what he showed you, how would you

13 describe his demeanor?

14   A.   I'd say he was disappointed in me.  He was upset with

15 how I was behaving.

16   Q.   And after that did you ever act like that again on the

17 ball field?

18   A.   Not around Roger.

19   Q.   Why is that?

20   A.   Because Roger respected the game.

21        MR. BUTLER:  Objection to character.

22        THE COURT:  Sustained.

23 BY MR. HARDIN:

24   Q.   Did you learn things about the sport from him?

25   A.   Absolutely.

```
 1    Q.    What?

 2              MR. BUTLER:  Objection, Your Honor.

 3              THE COURT:  Sustained.

 4  BY MR. HARDIN:

 5    Q.    When he left for high school, did you ever expect him

 6  to turn out the way he did?

 7    A.    No.

 8              MR. BUTLER:  Objection, Your Honor.

 9              THE COURT:  He's already said that he didn't expect

10  that previously.  Overruled.

11              MR. HARDIN:  Your Honor, may we approach.

12  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

13              MR. HARDIN:  Your Honor, I'm not quarreling with

14  any of the Court's rulings.  Thank you.  I'm not quarreling

15  with any of the Court's rulings, but this constant state of

16  objections makes it totally impossible to question a witness.

17  We're going through this the whole trial.  I've never seen

18  anything like it.

19              I respectfully ask counsel not to just be objecting

20  after every single question.  I'm not asking about character

21  traits, I'm asking him about things he observed of the person.

22              THE COURT:  How is that relevant?  Because I think

23  to ask what kind of ball player he was and what type of things

24  he instilled in other people is really asking about a

25  character trait that is not an issue in this case.
```

1    SIDEBAR DISCUSSION CONCLUDED

2    BY MR. HARDIN:

3     Q.   Mr. Howey, after you left -- after you and Roger split

4    up from high school, did you have any more contact with him?

5     A.   Just through playing.  He went to Texas and I went to

6    Texas Tech.  We played against each other in college and not a

7    great deal of contact, no.

8     Q.   All right.  And later did you observe or watch anything

9    about him on TV as he moved up in the majors and so?

10    A.   Absolutely.  And just, you know, probably four or five

11   years back I was watching Roger on TV with an interview.  I

12   told my wife, that's the same -- he sounded like that in the

13   10th grade.  Roger had won the Cy Young in the 10th grade

14   already in his mind.

15    Q.   He what?

16    A.   He had already won the Cy Young in the 10th grade.

17    Q.   What do you mean?

18    A.   I mean the way he carried himself, the way he

19   approached the game.  You could tell there was something.  He

20   was destined for greatness.  Only he knew it.  Nobody else

21   really believed that.  But I'm convinced, when I talk to our

22   athletes today about work ethics and --

23                MR. BUTLER:  Objection.

24                THE COURT:  Sustained.

25

1           MR. HARDIN:  I'll pass the witness.

2           THE COURT:  Cross-examination.

3           MR. BUTLER:  Thank you, Your Honor.

4                     CROSS-EXAMINATION

5    BY MR. BUTLER:

6    Q.    Mr. Howey, good afternoon.

7    A.    Good afternoon.

8    Q.    We have not met before, is that correct?

9    A.    No, sir.

10   Q.    Let me ask you, just trying to understand, Mr. Clemens

11   was a senior when you were a sophomore at Spring Woods?

12   A.    Yes, sir.

13   Q.    So, you're entire exposure to him was in that two-year

14   period -- or when you were -- you were -- you're on the team

15   only when -- you were on the team just when you were a

16   sophomore or were you a freshman as well?

17   A.    I played with Roger for two seasons.

18   Q.    Freshman and sophomore?

19   A.    Yes, sir.

20   Q.    Your full exposure to him was freshman/sophomore year

21   of high school, is that correct?

22   A.    As a teammate?

23   Q.    Yes.

24   A.    Yes, sir, as a teammate.

25   Q.    What years were those?

```
 1              THE COURT:  I think he also said he would see him
 2    when he came home from college, right?
 3              THE WITNESS:  Yes.
 4              THE COURT:  All right.
 5              THE WITNESS:  '79, '80, '81, in there somewhere.
 6    I graduated in '82, so '80'81.
 7    BY MR. BUTLER:
 8    Q.    And you were an outfielder, is that correct?
 9    A.    Correct.
10    Q.    He was a pitcher?
11    A.    Yes.
12    Q.    Played different positions?
13    A.    Did I play different positions?
14    Q.    You played a different position than he did?
15    A.    Yes, sir, I did.
16    Q.    He's two years ahead of you?
17    A.    Yes, sir.
18    Q.    Correct?
19    A.    Yes.
20    Q.    I think at one time you said that you thought he was a
21    better football player than he was a baseball player?
22    A.    As a senior, yes, sir.  Probably.
23    Q.    He was, at that time, an average baseball player?
24    A.    I would say a little bit above average.
25              THE COURT:  Can't hear?  Is he mic on over there?
```

1    You may need to go back over that if he didn't hear it.

2              MR. BUTLER:  Yes, Your Honor.  Thank you.

3    BY MR. BUTLER:

4    Q.    You said that he was an average baseball player?

5    A.    He was above-average baseball player.

6    Q.    Did you give an interview to the Lubbock Times back

7    in 2008 -- July 8,2008?

8    A.    Yes, sir.

9    Q.    Did you tell them, quote:  Roger was a very average

10   high school pitcher?

11   A.    Yes.

12   Q.    That's what you told them?

13   A.    I'd say so.

14   Q.    That was in 2008 you told the Lubbock Times that?

15   A.    Lubbock.  Yes, sir.

16   Q.    And you thought he was a better football player than

17   baseball player?

18   A.    Probably had a better -- yeah, I would think so.  He

19   was a good football player.

20   Q.    So, what you told the Lubbock Time was that he was

21   actually a better football player, is that correct?

22   A.    Yes, sir.

23   Q.    Okay.  And I think you said that he, in your mind, he

24   had already won the Cy Young when he was in 10th grade?

25   A.    Yes, sir.

1    Q.   And you didn't take that necessarily in a positive way,

2  did you?

3    A.   I think it was extremely positive now that I look back.

4    Q.   Did you talk to the FBI about this matter during the

5  interview with the FBI about this matter?  Back on July 13th,

6  2011?

7    A.   They came and saw me, yes, sir.

8    Q.   Did you tell them that the -- you thought you -- took

9  that actually in an arrogant way?

10   A.   Well, in a lot of ways that could be conceded as an

11 arrogant way when you have somebody that --

12   Q.   Well, did you take it in an arrogant way?

13              MR. HARDIN:  Your Honor, objection.

14              THE WITNESS:  No, I don't.

15              THE COURT:  Go ahead.  You can answer the question.

16 Go ahead.

17              THE WITNESS:  I'll answer that.  That's fine.  No.

18 I mean, whenever you have anybody in the 10th grade telling

19 you they are going to win the Cy Young, you're going to have a

20 hard time believing them, especially when you're a 15-year-old

21 kid.  So, I mean, arrogance, confidence, a lot of different

22 ways.  But I just know that he did what he said he was going

23 to do and we didn't believe him.

24 BY MR. BUTLER:

25   Q.   Let me ask you.  You didn't go to the same college as

1   he went to, right, you went to --

2       A.    No, sir.

3       Q.    -- you went to Texas Tech?

4       A.    Yes, sir.

5       Q.    He went to San Jacinto for awhile and then you went

6   University of Texas.

7       A.    University of Texas.

8       Q.    Was your involvement with him or your exposure to him

9   at that time pretty limited?

10      A.    Just through playing.  We played each other in college.

11      Q.    When the teams would play?

12      A.    Yes, sir.

13      Q.    But absent that?

14      A.    No, sir.

15      Q.    Didn't socialize with him?  Didn't hang out with him?

16      A.    No, sir.

17      Q.    And you sort of lost touch with him when he got into

18  the major leagues?

19      A.    Lost touch -- I never pursued a relationship with

20  Roger.  I didn't try to get in touch with him and I had no

21  reason to.

22      Q.    And that was the early 80s that he would have gone into

23  the major leagues --

24      A.    I would say so.

25      Q.    -- 1984?

1    A.   I would say so.

2         THE COURT:  Yeah, one at a time, please.

3  BY MR. BUTLER:

4    Q.   So, he went into the major leagues approximately 1984?

5    A.   I believe so.

6    Q.   And you were playing minor league ball from 1985 on

7  for --

8    A.   I played --

9    Q.   -- for four and a half years?

10   A.   Yes, sir.

11   Q.   You didn't have any involvement with him at that time,

12  did you?

13   A.   No, sir.

14   Q.   You can't tell this jury what was happening with him in

15  the 80s, is that correct?

16   A.   No, sir.

17   Q.   Can't tell this jury what was happening with him in the

18  90s?

19   A.   No, sir.

20   Q.   2000s?

21   A.   No, sir.

22   Q.   Let me ask you, you played minor league ball.  Is it a

23  fair statement to say that professional baseball is a fairly

24  competitive business?

25   A.   Absolutely.

1   Q.   People are always looking for an edge to get a

2   position?

3   A.   Yeah.  I mean, some, certainly.

4   Q.   Maintain a position?

5   A.   I'm sorry.

6   Q.   To maintain their position in baseball -- in

7   professional baseball?

8   A.   To maintain their position?

9   Q.   Yeah.

10   A.   Absolutely.  Hard work.

11   Q.   Let me ask you, when you were in high school did you

12   know Mr. Clemens well enough to know whether he had a good

13   memory or not?

14   A.   Whether he had a good memory?  I'm not sure what --

15   Q.   I mean, did you have a --

16           THE COURT:  Is that within the scope of what he was

17   asked about on direct?  It's not.

18           MR. BUTLER:  I'll move on, Your Honor.  Court's

19   indulgence.  I have no further questions, Your Honor.

20           THE COURT:  Redirect?

21           MR. HARDIN:  Briefly.

22                   REDIRECT EXAMINATION

23   BY MR. HARDIN:

24   Q.   Mr. Howey, he asked you about later when you all played

25   against each other at Texas Tech and Texas, and you had

1    described earlier you had a fast ball about '81 or '82, and

2    you described how he was in high school.  By the time that you

3    saw him, he, first of all, his first year out of high school

4    he went to the junior college you mentioned, San Jacinto, is

5    that right?

6        A.    Yes, sir.

7        Q.    For one year?

8        A.    Yes.

9        Q.    And after that year he went where?

10       A.    University of Texas.

11       Q.    And, to your knowledge, played at the University of

12   Texas how many years before he went into the pros?

13       A.    I believe he was there for two years.

14       Q.    Okay.  And during those two years is when you played

15   against him?

16       A.    Yes.

17       Q.    And when you played against him, how had he changed as

18   a ball player?

19       A.    He was definitely throwing the ball harder.

20       Q.    How much harder?

21       A.    Extremely, because I had to hit off of him.

22       Q.    All right.

23       A.    It was like an aspirin.

24       Q.    Other than -- when you had games, how many games would

25   you estimate you played against him?

1    A.    I faced Roger for two seasons, so, for two ball

2    games -- I mean, six games, a three-game series of six games.

3    Q.    Did you happen to notice who was always out on the

4    field first?

5    A.    Well, when we went from Texas Tech to Texas to play, we

6    got there early for our batting practice, and there was one

7    guy in the stadium, that was Roger.

8    Q.    What was he doing?

9    A.    He was running.  Running foul pole to foul pole with a

10   sweat top on, it was about 95 degrees.

11   Q.    And was that your experience with him all six of those

12   games?

13   A.    Yeah.  There was no -- he was doing that in high

14   school.

15   Q.    And other than throwing the ball a lot harder, did you

16   see any difference in him as a player?

17   A.    No.  I mean, his mental makeup -- it was the same as it

18   was in high school.

19   Q.    Which was what?

20         MR. BUTLER:  Objection, Your Honor.

21         THE COURT:  You can answer.

22         THE WITNESS:  Such as what?  I already alluded to

23   it.  I mean, the guy was destined for greatness, and he acted

24   like it back then.  And he did -- you know, I wish I would

25   have believed in him, but none of us really did.  And he

1    proved us all wrong.  It is remarkable how far he's come.

2              MR. HARDIN:  I have no further questions.

3              THE COURT:  Any questions from the jury?

4         (No response).

5              THE COURT:  Thank you, sir.  Next witness.

6              MR. HARDIN:  Could the witness be released?

7              THE COURT:  Yes.  Next witness.

8              MR. DURHAM:  Can we approach briefly?

9    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

10             MR. DURHAM:  We did not receive notice this

11   morning.  We don't object to the witness testifying on

12   direction examination, Your Honor, but we don't have the file

13   here because we didn't receive notice pursuant to the

14   agreement that we have.

15             MR. HARDIN:  He's right.  What happened was this

16   witness came in a day earlier than we anticipated.  We had

17   given them notice that we were calling him tomorrow.  He is

18   right about that.

19             THE COURT:  He'll be back tomorrow.

20             MR. HARDIN:  Yes.  The direct is only 10 minutes or

21   so.

22             THE COURT:  Very well.

23   SIDEBAR DISCUSSION CONCLUDED.

24             THE COURT:  The witness can come forward.

25

1    Thereupon,

2                        MICHAEL LEE CAPEL,

3    the witness herein, having been first duly sworn, was examined

4    and testified as follows:

5                        DIRECT EXAMINATION

6    BY MR. HARDIN:

7      Q.    Good morning –– or afternoon, rather.

8      A.    Good afternoon.

9      Q.    Good evening almost.

10     A.    Yes, sir.

11     Q.    State your name, please.

12     A.    Michael Lee Capel.

13     Q.    And, Mr. Capel, will you spell your last name for the

14   court reporter, please.

15     A.    C–A, P as in Paul, E–L.

16     Q.    And how old a man are you?

17     A.    I'm 50.

18     Q.    Where do you live?

19     A.    Katy, Texas.

20     Q.    And where, for the jury to understand, is Katy, Texas,

21   in relation to Houston, Texas?

22     A.    It's a western suburb of Houston.

23     Q.    And how are you presently employed?

24     A.    I'm a general manager at an automobile dealership.

25     Q.    How long have you been in that business?

```
 1    A.    Since 1993.

 2    Q.    Yes, sir.  Married?

 3    A.    Yes, I am.

 4    Q.    Do you have children?

 5    A.    Three boys.

 6    Q.    How old are they?

 7    A.    17, 15, 13.

 8    Q.    Are any of them baseball players?

 9    A.    Yes, sir.

10    Q.    Which ones?

11    A.    All three.

12    Q.    All three.  Did you used to be a baseball player?

13    A.    I did.

14    Q.    Where did you grow up?

15    A.    Houston.

16    Q.    And where did you go to high school?

17    A.    I went to Spring High School, which is the north side

18 of Houston.

19    Q.    And what year did you graduate?

20    A.    1980.

21    Q.    And did you know Roger Clemens at that time?

22    A.    I knew of him because we played against each other.

23    Q.    And how far apart are those two schools, Spring and --

24 by the way, you started to answer because you knew what I was

25 asking, let me warn you on her behalf.  You and I have to
```

1    finish what each of us is saying before -- then we talk,

2    because she can't get us if we talk on top.  Okay?

3                   So, how far apart is your high school in Spring

4    from Spring Wood where Mr. Clemens went?

5    A.    Probably about a 40-minute drive.

6    Q.    What grade were you in in relation to Mr. Clemens?

7    Were you all like same grade or a grade or two apart or what?

8    A.    Same grade.

9    Q.    All right.  So, when you grew up as a sophomore -- when

10   did you start playing high school baseball?

11   A.    When I was a freshman.

12   Q.    And so was Mr. Clemens already playing for Spring Wood

13   by that time?

14   A.    I do not know that.

15   Q.    All right.  When is your first memory of him as a

16   baseball player?

17   A.    Probably when I was a sophomore or junior.

18   Q.    And was that before you played against him?

19   A.    Yes, we played their high school.

20   Q.    And how would you describe his ability at that time

21   when you guys were sophomores, juniors, seniors in high

22   school?

23   A.    Comparatively speaking to levels of good high school

24   baseball players, I would probably say average.

25   Q.    All right.  And what position did you play?

1    A.   I was a pitcher and a short stop.

2    Q.   And was he always just a pitcher?

3    A.   I believe he played some first, maybe, or third, too.

4    Q.   Now --

5              THE COURT:  First base or third base?

6              THE WITNESS:  Yes, sir.

7  BY MR. HARDIN:

8    Q.   And then during that time did you get to know him at

9  all or become friends during high school or was that later?

10   A.   No, that was later.

11   Q.   Okay.  During the time that you knew of him in high

12 school, did you know of anything about his then work ethic

13 while he was there in high school?

14   A.   I did not.

15   Q.   Okay.  And when you finished high school, where did you

16 go to college?

17   A.   I went to the University of Texas.

18   Q.   And so if Mr. Clemens went off to a junior college for

19 his first year, when would you and Mr. Clemens first have

20 become teammates?

21   A.   1982, I think, when I was a sophomore.

22   Q.   All right.  And when he was a sophomore as well?

23   A.   Correct.

24   Q.   Now, when you saw him as a sophomore at the University

25 of Texas, had he changed in terms of his ability?

1    A.    Yes.

2    Q.    How?

3    A.    He threw a lot harder.  He was much more athletic.  Had

4    trimmed down quite a bit.  Trimmed down by the means of, I

5    guess, body fat.  You know, when you're younger you kind of

6    have body fat and some people loss it at certain time.  Baby

7    fat or whatever.

8    Q.    Well, when he was in high school you played against

9    him?

10   A.    Correct.

11   Q.    Was he kind of puggy?

12   A.    Yes.

13   Q.    Okay.  And he can't speak up over here, so you can say

14   whatever you want.  Okay?

15   A.    Yeah.

16   Q.    And then by the time he got to UT, how was he?

17   A.    He had slimmed down, and I think -- and my recollection

18   had gotten taller, much more agile, much more athletic, much

19   more arm speed, much more velocity.

20   Q.    And by the time he arrived at UT, how would you

21   characterize his ability?

22   A.    Very, very, very good.

23   Q.    Now, the University of Texas at that time actually had

24   some pretty good pitchers, did they not?

25   A.    We did.

1    Q.   How many of the pitchers on that team ultimately ended
2    up going to pro ball?
3    A.   Probably -- the year that Roger came, that year?
4    Q.   Yes.  That year or the next?
5    A.   Probably -- I'm going to guess when it's all said and
6    done, five to six to eight, there's quite a few.
7    Q.   Okay.  Now, when he was at UT, what did you observe
8    about his work ethic?
9    A.   It was far beyond most men that large.
10   Q.   In what way do you mean?
11   A.   Very diligent, very disciplined.  Pushed himself.  As a
12   matter of fact, I was kind of an overachiever type, and I
13   worked really hard myself, and I think that's kind of where we
14   became pretty good friends because he was a lot bigger than
15   me.  So, I pushed him because I was faster.  And he was
16   probably the only big person that could ever attempt to stay
17   up with me and work and work and work.  So...
18   Q.   Well, this guy, how much would you estimate he weighed
19   at that time?
20   A.   I want to say probably 215, maybe, I'm guessing.
21   Q.   And how much did he run?
22   A.   A lot.
23   Q.   What about others, do you remember anything about what
24   kind of routines he had, exercise or work-out routines he had
25   at UT?

1    A.   One thing that he did in particular kind of on his own,

2   he did a lot of pick-ups.

3    Q.   Slow down a little bit.  You're starting to be another

4   fast talking Southerner.

5    A.   Okay.

6    Q.   She needs to be able to get everything.  Slow down just

7   a little bit.

8    A.   All right.  He seemed -- one thing he did a lot was a

9   lot of what we call pick-ups, and that's going left to right,

10  left to right, picking a baseball up and pitching it, you

11  know, under-handing it back to the person throwing it to you

12  to get you in shape.  And then did a lot of poles and a lot of

13  laps and a lot of --

14   Q.   A lot of what?

15   A.   A lot of running foul pole to foul pole that we call

16  poles.

17   Q.   That's what I was going to say, you're calling a pole

18  where he was running from foul pole to foul pole?

19   A.   Correct.

20   Q.   Is he doing anything along the way?

21       THE COURT:  Some of these people may not now what a

22  foul pole is.  Tell them what a foul pole is.

23       MR. HARDIN:  Thank you, Judge.

24       THE WITNESS:  A foul pole is down on a baseball

25  diamond down the first base line all the way to the fence,

1   there is a tall yellow pole to mark fair or foul.  And then

2   there's one also going through the third baseline to the left

3   field line to mark the left side of the field, fair or foul.

4   And running a pole is running across the outfield from one

5   foul pole to the other and back.

6          THE COURT:  How much distance would you estimate

7   are between those two --

8          THE WITNESS:  It depends on the size of the field,

9   and in Austin we had a pretty big field.  So, I would say it's

10  probably 170, a 160 yards, I guess, one way.

11  BY MR. HARDIN:

12   Q.   So, he's running like one and three-quarters of a

13  football field back and forth?

14   A.   Probably.

15   Q.   And how many times would he do that?

16   A.   I can't tell you that, but it was a lot.  And he would

17  also run outside of the park, which a lot of us didn't do.  He

18  would run outside of the park.

19   Q.   Like multi-mile runs?

20   A.   Right.

21   Q.   Did you go on those multi-mile runs with him?

22   A.   During the season, not so much.  During the off season

23  and then as we both became to play pro ball and work out in

24  the off seasons, we worked out a lot together.

25   Q.   Mr. Capel, I want to stay with that subject with you a

1    minute.  The University of Texas won the National

2    Championship, did they not, one year when you were there?

3        A.   Yes, sir.

4        Q.   And what year was that?

5        A.   1983.

6        Q.   And is that the year -- was Roger after the 1983 World

7    Champion or baseball championships, were you both you and

8    Roger drafted?

9        A.   Yes, sir.

10       Q.   So, you were drafted after your junior year or during

11   the end of your junior year?

12       A.   Correct.

13       Q.   And Roger was drafted by the pros as well?

14       A.   Correct.

15       Q.   And whom was Roger drafted by?

16       A.   The Boston Red Sox.

17       Q.   Who whom were you drafted by?

18       A.   Chicago Cubs.

19       Q.   And which draft did each of you go in?

20       A.   We both went in the June draft.

21       Q.   What position?  I mean, was it the first, second?

22       A.   Roger was a first round pick and I was a 13th round

23   pick.

24       Q.   Okay.  Now, you go off to Chicago and he goes off to

25   Boston.  At the time you all go -- and, by the way, who won

1   the championship game for the University of Texas in that 1983

2   game?

3      A.   Roger did.

4      Q.   Okay.  At that time when we are -- in 1983, you and

5   Roger were how old?

6      A.   We would have been -- I would have been 22, and I think

7   he would have been 21.

8      Q.   Okay.  He was always a little younger than you, wasn't

9   he?

10     A.   Correct.

11     Q.   So, you got these two Houston guys going off to the big

12  time, correct?

13     A.   Correct.

14     Q.   At that stage of his life, would you describe for the

15  jury what Roger Clemens was like in terms of his work ethic

16  and dedication to what he was doing?

17     A.   Roger had made up his mind that he was going to be

18  successful at the game of the baseball.  And if he wasn't

19  going to be successful, that he was going to have no regrets

20  because of his approach to his work ethic to go out there and

21  be successful.  And he worked extremely, extremely hard to

22  earn everything that he had.

23     Q.   Did he -- if you had to estimate how many hours a day

24  he physically worked on his body and his stamina and his

25  pitching, what would you say?

A.   I would say it varies anywhere from three to four
hours, not counting his diet, because he really watched what
he ate as well.

Q.   Did he always have a potential weight problem?

A.   Yes, because of the way he was built.

Q.   So, how is that?  How would you describe the way he was
built?

A.   Well, he's big and he was never really cut like a
football player.  You know, I don't know -- where your muscles
are really just like a weight lifter body type.  So, he always
had to kind of watch because I guess he could -- he could
soften up pretty easily because of his weight.  So, he had to
really watch what he ate, and he had to really eat the right
foods, along with work ethic and working out in order to
maintain the stamina.

        I mean, it takes a lot of stamina to throw 125
pitches, 130 pitches.  And the bigger you hard, the harder it
is.

Q.   And for the jury to understand, that would be the
average number of pitches he was throwing at that time, right?

A.   Correct, for nine innings.

Q.   We've kind of moved, have we not, in professional
baseball to where people talk about 100 pitches in maybe
seven innings for a starter these days, right?

A.   Correct.

1    Q.    But back then was the goal for a pitcher to finish?

2    A.    Yes.

3    Q.    And to finish, he's going to average about 125 pitches

4    a game, is that right?

5    A.    Probably, minimum.

6    Q.    Maybe more?

7    A.    For somebody like him that's a power pitcher, yes.

8    Q.    Now, explain to the jury, as a power pitcher, what did

9    that do to his body?  What was the wear and tear on his body

10   as a power pitcher?

11             MR. GUERRERO:  Objection, speculation.

12             THE COURT:  Does he know -- if he observed it.

13             MR. HARDIN:  If you observed it.

14             THE COURT:  If you observed what impact throwing

15   that much had on his body?

16             THE WITNESS:  On his body personally?

17             THE COURT:  Yes.

18             THE WITNESS:  Probably not.

19   BY MR. HARDIN:

20   Q.    All right.  What about yourself as a pitcher, were you

21   a power pitcher?

22   A.    No, I would not be classified as a power pitcher.

23   Q.    Now, at the time that the two of you went off to the

24   pros, did you stay in touch?

25   A.    Absolutely.

1    Q.    And give us briefly your playing background?

2    A.    I got drafted in 1983, the University of Texas by the

3    Chicago Cubs.  I played with the Chicago Cubs in the minor

4    leagues and the major leagues from '83, I think, to '89.  I

5    think my first year in the big leagues was '87, in the major

6    leagues.  Then I became a free agent and signed with the

7    Brewers in I think '90.

8    Q.    That's Milwaukee?

9    A.    The Milwaukee Brewers, yes.  And then I became a free

10   agent again and signed with the Houston Astros.  And then

11   ultimately I retired in 1993 -- in the spring of '93.

12   Q.    And during that whole period of time, if Roger went in

13   to pro ball in '83 and went to the Red Sox in '84, during that

14   period of time, did you all stay in touch?

15   A.    Yes.

16   Q.    Did you have occasion to be around him a lot?

17   A.    A lot.

18   Q.    Did you all work out together in the summer?

19   A.    Not in the summer.  We were in different cities.

20   Q.    Okay.  Good point.  Did you work out together any

21   during the years?

22   A.    In the fall.

23   Q.    How would that be?

24   A.    Very strenuous.  We worked very, very hard.

25   Q.    Can you describe what Roger was doing during those

1    years in his 20s with the Red Sox?

2       A.    As far as working out in the falls with me?

3       Q.    Yes.

4       A.    There would be a lot of weight lifting, a lot of long

5    distance running, a lot of short bursts, quickness agility, a

6    lot of ab training for abs.  We would throw and do -- we'd do

7    a lot of shoulder exercises.  He would do a lot more shoulder

8    exercises than I would.

9       Q.    Why is that?

10      A.    I wasn't as big a fan of the shoulder exercises as he

11   was.  They call them the Jobes.  They were relatively, at that

12   time, kind of new from all the Jobe operations and stuff.

13      Q.    Let's stop so the jury understand.  A Dr. Jobe out in

14   LA became very famous in baseball circles for reconstructing

15   arms, didn't he?

16      A.    Right.

17            MR. GUERRERO:  Objection, relevance.

18            MR. HARDIN:  Well, they just used a phrase.  I

19   wanted to make sure they understood what I meant.

20            THE COURT:  What position did you play in the pros?

21            THE WITNESS:  I was a pitcher.

22   BY MR. HARDIN:

23      Q.    So, Roger used a lot more shoulder exercises than you

24   did, is that correct?

25      A.    Correct.

1    Q.   Now, at the end of the time -- when you were going

2    through this period with Roger -- by the way, did Roger drink

3    or smoke at that time?

4    A.   No.  If he drank, it was very rare.

5    Q.   And it would be like what?

6    A.   If you give him a drink socially, the same glass would

7    probably still be sitting there later.

8    Q.   During all this period of time with Roger, how would

9    you describe for the jury his attitude toward his body --

10   maintaining his body?

11   A.   It was his number one priority.

12             MR. GUERRERO:  Objection, speculation.

13             THE COURT:  Overruled.

14   BY MR. HARDIN:

15   Q.   Go ahead.  What do you mean by his number one priority?

16   A.   His number one priority was making sure that he was

17   always cognizant off his body, his physique, his weight, his

18   training regimen, what he ate.  He was very conscientious

19   about what he ate, he many calories.  Anything that had to do

20   with that was, in my mind, his number one priority.  And he

21   paid a lot more attention to it than I did because I was slim,

22   had a fast metabolism.  I wasn't a power pitcher that had to

23   have all those things working together at the same time to be

24   successful.

25   Q.   During the period of time that you knew him, did you

1    all remain friends after you got out of baseball?

2    A.    Yes, sir.

3    Q.    Are you in fact good friends today?

4    A.    Yes.

5    Q.    Do you stay in touch regularly now?

6    A.    Yes, sir.

7    Q.    Your car dealership now is in Katy?

8    A.    Houston.

9    Q.    In Houston.  All right.  Now, during the period of

10   time, has Roger Clemens ever changed in the way he takes care

11   of his body?

12   A.    No.

13   Q.    How about now that he's in retirement?

14   A.    No.

15   Q.    Does he look any different to you than when he quit in

16   '07?

17   A.    No.

18   Q.    Have you been around him when he still trains and works

19   on his body?

20   A.    Yes.

21   Q.    Is it any different?

22   A.    No.

23   Q.    From the time you first met him when you guys were like

24   15-16 years old, all way to today, has Roger Clemens ever

25   changed in the way he treats his body and his conditioning?

1    A.   No, sir.

2    Q.   Have you ever known any professional athletes in your

3    life that worked as hard as Roger Clemens?

4    A.   No, sir.

5    Q.   Have you ever seen anyone in your athletic life that

6    took care of themselves from the time they were 15 or 16 like

7    Roger Clemens?

8    A.   No.

9              MR. HARDIN:  I pass the witness.

10             THE COURT:  Okay.  Considering the time, we'll

11   recess at this time.  And I don't have anything on my calendar

12   tomorrow at 9:00 o'clock, so we'll start at 9:00 o'clock.

13   Please continue to comply with all of the instructions I've

14   given you about not talking about the case, avoiding all

15   contact with everybody associated with the case, and not

16   having any media -- contact with any media coverage about the

17   case.  Have a good evening and we'll see you at 9:00 o'clock

18   tomorrow.

19             COURTROOM CLERK:  All rise.

20   COURT ADJOURNED AT 5:00 P.M.

21

22

23

24

25

1                    C E R T I F I C A T E

2              I, Lisa M. Foradori, RPR, certify that the

3      foregoing is a correct transcript from the record of

4      proceedings in the above-titled matter.

5

6

7

8                              _____

9                              Lisa M. Foradori, RPR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 1:10-cr-00223-RBW Document 134 Filed 06/19/12 Page 144 of 169

**'**

'07 [1]   141/16
'79 [1]   117/5
'80 [1]   117/5
'80'81 [1]   117/6
'81 [2]   117/5 123/1
'82 [1]   117/6 123/1
'83 [2]   138/4 138/13
'84 [2]   85/19 138/13
'87 [1]   138/5
'88 [1]   103/17
'89 [1]   138/4
'90 [1]   138/7
'93 [1]   138/11
'98 [4]   86/10 86/15 87/13 88/6
'to [1]   86/21
'to 2001 [1]   86/21

**1**

10 [3]   58/25 59/19 125/20
10-223 [1]   1/4
10-digit [2]   30/13 39/12
100 [1]   136/23
100,000 [1]   106/3
102 [1]   3/9
103 [2]   49/3 49/8
104 [3]   59/18 64/15 101/12
106 [2]   47/18 48/9
10:00 [1]   110/18
10:00-11:00 [1]   111/6
10th [5]   115/13 115/13 115/16
 118/24 119/18
116 [1]   3/9
11:00 [1]   111/6
12 [3]   65/22 76/21 97/9
122 [1]   3/9
125 [2]   136/16 137/3
126 [1]   3/10
13 [1]   127/7
13-14 [1]   104/25
130 [1]   136/17
13th [2]   119/5 134/22
14 [4]   80/2 80/2 104/25 110/14
1401 [1]   1/21
15 [4]   4/23 37/4 127/7 142/6
15-16 [1]   141/24
15-year-old [2]   113/5 119/20
1505 [1]   71/5
16 [2]   141/24 142/6
160 yards [1]   133/10
17 [1]   127/7
17.1 [7]   23/3 23/7 23/12 28/1
 29/15 34/2 39/24
170 [1]   133/10
175 [4]   105/9 105/12 105/19
 110/14
18 [2]   7/2 19/13
190 [1]   12/11
1940s [1]   48/23
1980 [1]   127/20
1982 [1]   129/21
1983 [5]   134/5 134/6 135/1
 135/4 138/2
1984 [2]   120/25 121/4
1985 [1]   121/6
1988 [1]   43/13
1993 [2]   127/1 138/11
1998 [1]   85/3
1999 [2]   77/4 86/3
19th [1]   10/19
1:40 [1]   4/5

**1**

1D [1]   65/1
12 [1]   1/16
2 [1]   1/16

**2**

2-1/2 [1]   54/18
20 [2]   7/24 88/5
20-30 [1]   85/3
2000 [5]   5/4 69/11 70/21 76/2
 77/4
20001 [1]   2/11
2000s [1]   121/20
2001 [3]   86/6 86/21 88/7
2003 [3]   69/14 70/22 76/3
2004 [3]   5/4 5/5 45/3
2008 [4]   71/17 77/2 118/7
 118/14
2009 [3]   5/6 5/8 10/20
2011 [1]   119/6
2012 [1]   1/5
202 [3]   1/17 2/7 2/11
20515 [1]   2/6
20530 [1]   1/16
20s [1]   139/1
21 [2]   7/24 135/7
215 [1]   131/20
219 [1]   2/6
22 [1]   135/6
223 [1]   1/4
225-9700 [1]   2/7
2250 [1]   1/22
23 [3]   59/10 64/13 100/23
234 [1]   10/16
252-7862 [1]   1/17
29 [8]   1/5 65/7 65/24 69/9
 73/11 77/13 78/24 81/24
2:00 [1]   1/5
2A [1]   103/23
2S [5]   66/11 66/20 70/3 72/9
 74/11
2Y [2]   83/17 83/21

**3**

3,000 [1]   105/6
30 [1]   85/3
300 [1]   103/23
3269 [1]   2/11
33 [1]   3/5
333 [1]   2/10
354-3269 [1]   2/11

**4**

40 [1]   3/5
40-minute [1]   128/5
403 [1]   61/23
404 [1]   107/17
405 [1]   108/9
42 [1]   3/6
4401 [1]   2/2
45 [3]   62/24 64/16 101/12
48 [2]   59/18 102/18
4:10 P.M [1]   100/18

**5**

50 [8]   77/10 78/5 78/5 78/19
 78/20 78/22 79/20 126/17
50/50 [7]   77/10 78/5 78/5
 78/19 78/20 78/22 79/20
51 [1]   3/6
52A [3]   20/14 20/15 22/10
52B [1]   22/13
52C [4]   22/23 22/25 23/1 23/11
52Y [6]   21/20 22/16 23/7 25/22
 28/9 34/6
54 [1]   3/6

550-5620 [1]   1/17
555 [1]   1/16
5:00 P.M [1]   142/20
5A [1]   105/5
5th [1]   71/17

**6**

60 [4]   80/18 80/19 81/3 82/2
6020 [1]   2/3
64 [1]   66/19
652-9000 [1]   1/23
66 [4]   67/2 67/11 71/17 72/2
6706 [1]   2/10

**7**

713 [1]   1/23
76 [2]   23/14 23/16
77 [2]   23/14 24/20
77010 [1]   1/22
7862 [1]   1/17

**8**

8,2008 [1]   118/7
80s [4]   111/23 111/23 120/22
 121/15
83-84 [1]   111/23
84 [1]   111/23
858 [1]   2/3
86-87 [1]   77/6
87 [1]   77/6

**9**

9000 [1]   1/23
90s [1]   121/18
92121 [1]   2/2
95 degrees [1]   124/10
97 [3]   33/12 33/17 38/19
9700 [1]   2/7
98 [1]   86/21
9:00 [2]   110/18 142/17
9:00 o'clock [2]   142/12 142/12

**A**

a/k/a [1]   1/6
ab [1]   139/6
abbreviation [2]   11/3 11/8
ability [5]   30/24 31/3 128/20
 129/25 130/21
able [30]   11/24 19/1 20/20
 22/14 23/19 24/24 27/15 27/18
 27/19 28/18 28/20 28/25 29/21
 36/1 39/6 40/1 44/22 57/1 66/7
 67/24 83/18 83/20 84/20 87/10
 89/24 94/25 95/25 97/1 99/4
 132/6
about [185]
above [6]   5/15 107/3 107/4
 117/24 118/5 143/4
above-average [1]   118/5
above-titled [1]   143/4
abs [1]   139/6
absence [1]   92/21
absent [3]   98/10 98/20 120/13
Absolutely [9]   92/23 106/9
 111/10 112/16 113/25 115/10
 121/25 122/10 137/25
absorb [1]   51/4
abundant [1]   75/25
academic [1]   85/7
acceptance [1]   8/5
access [1]   19/1
accidentally [1]   9/2
according [1]   91/18

**A**

**accurate [2]** 37/5 38/4
**accused [1]** 85/13
**acknowledged [3]** 61/1 61/14
61/17
**acne [1]** 92/15 93/7 93/8
94/20 94/23 94/25 97/14 97/15
99/19 99/20 99/22 99/23
**across [1]** 133/4
**act [11]** 67/4 67/10 67/19 68/9
74/7 77/1 80/5 81/14 100/13
110/4 113/16
**acted [1]** 124/23
**action [1]** 81/25
**actually [18]** 6/21 8/23 33/23
45/15 46/1 49/20 50/4 51/5
54/16 68/24 74/23 79/10 85/20
92/6 100/15 118/21 119/9
130/23
**AD [2]** 107/14 110/14
**add [1]** 79/7
**addition [1]** 66/1
**additional [2]** 36/17 59/6
**address [9]** 16/2 16/19 17/5
18/19 62/8 62/22 79/14 84/6
95/17
**addresses [1]** 16/15
**ADJOURNED [1]** 142/20
**adjust [1]** 45/18
**administered [3]** 46/11 55/9
58/2
**administration [2]** 69/15 70/22
**admissibility [2]** 64/20 93/19
**admissible [3]** 59/25 60/1
84/18
**admission [1]** 33/16
**admit [1]** 61/22
**admitted [5]** 21/21 23/14 33/19
83/17 100/24
**adverse [1]** 80/16
**advice [1]** 45/16
**advised [2]** 18/13 80/21
**afoul [1]** 99/11
**afraid [1]** 82/13
**after [34]** 27/8 31/25 32/4
44/17 56/24 59/3 62/10 67/10
73/25 74/4 102/24 103/9 108/17
108/17 108/19 108/22 108/22
108/24 108/24 109/2 109/4
109/6 109/7 109/9 112/5 112/5
113/16 114/20 115/3 115/3
123/9 134/6 134/10 141/1
**after/after [4]** 108/17 108/22
108/24 112/5
**afternoon [18]** 4/13 4/14 4/14
33/3 33/4 33/14 42/14 42/15
51/22 51/23 100/19 100/20
102/3 102/4 116/6 116/7 126/7
126/8
**again [42]** 12/3 12/4 17/3
22/14 23/19 24/24 25/10 25/20
26/12 28/3 29/4 29/7 30/4 31/1
31/5 34/13 39/17 41/15 41/20
45/4 55/15 57/21 63/14 64/7
67/13 67/14 70/13 70/18 70/22
74/14 75/20 76/1 76/5 76/7
81/9 89/4 99/3 99/20 109/4
109/9 113/16 138/10
**against [12]** 8/16 56/22 56/22
79/20 115/6 122/25 123/15
123/17 123/25 127/22 128/18

**age [1]** 104/2
**agencies [3]** 13/1 13/2 13/22
**agency [2]** 12/20 32/6
**agent [5]** 20/12 23/13 81/1
138/6 138/10
**ages [1]** 104/1
**agile [1]** 130/18
**agility [1]** 139/5
**ago [5]** 18/24 39/11 56/4 56/5
88/6
**agree [3]** 53/16 78/6 88/8
**agreement [1]** 125/14
**ahead [5]** 66/10 117/16 119/15
119/16 140/15
**aided [1]** 2/20
**ailment [1]** 54/10
**akin [1]** 88/3
**alert [1]** 64/4
**all [87]** 16/23 19/14 19/15
19/20 23/4 23/5 28/22 29/25
31/12 32/4 33/6 38/14 41/21
44/4 44/22 45/7 57/4 65/24
65/25 68/22 71/25 72/16 74/6
78/5 79/6 79/15 82/16 83/20
83/23 84/3 85/2 85/18 86/7
93/2 93/11 93/12 94/2 94/8
96/8 100/11 102/5 103/18
103/25 104/17 104/18 105/1
105/15 105/16 105/17 106/7
109/16 109/23 109/24 110/5
111/4 113/1 115/8 117/4 122/24
123/3 123/22 124/11 125/1
127/11 127/12 128/7 128/9
128/15 128/25 129/9 129/22
131/5 132/8 132/25 134/25
137/20 138/14 138/18 139/12
140/8 140/23 141/1 141/9
141/24 142/13 142/14 142/19
**allegations [1]** 85/13
**alleged [1]** 95/15
**allegedly [2]** 88/23 98/11
**alleges [1]** 85/4
**alleging [1]** 86/2
**allow [2]** 80/24 80/25
**allowed [4]** 17/4 93/24 95/17
96/23
**allows [2]** 11/9 81/21
**alluded [1]** 124/22
**almost [2]** 112/10 126/9
**alone [3]** 12/12 79/3 99/16
**along [5]** 24/8 31/11 54/20
132/20 136/14
**already [14]** 21/20 86/12 86/16
92/25 98/1 98/4 98/5 100/5
114/9 115/14 115/16 118/24
124/22 128/12
**also [26]** 2/4 9/19 11/7 12/17
22/13 26/2 26/18 35/19 43/24
44/16 44/18 45/13 51/3 52/10
54/24 69/14 73/15 76/4 78/9
82/23 84/21 88/18 88/19 117/1
133/2 133/17
**alter [1]** 35/6
**always [18]** 60/7 60/15 60/20
63/11 68/6 70/14 87/20 102/13
107/11 108/21 113/2 122/1
124/3 129/2 135/8 136/4 136/10
140/17
**am [6]** 35/2 45/1 46/21 57/22
102/18 127/3
**amber [3]** 49/12 49/22 49/24

**ambiguous [1]** 96/6
**amended [1]** 65/19
**amending [1]** 65/17
**AMERICA [1]** 1/3
**among [2]** 11/5 11/12
**amount [12]** 11/21 11/23 28/19
28/22 29/17 41/8 41/21 58/14
74/2 94/8 98/10 99/25
**amounts [1]** 96/20
**anabolic [1]** 66/21
**analogize [1]** 92/7
**analogy [3]** 30/12 39/11 40/1
**analysis [11]** 5/21 6/9 7/5
7/12 7/17 7/21 8/6 14/10 14/11
21/2 38/24
**analyze [3]** 9/25 45/21 45/24
**analyzes [1]** 45/9
**analyzing [1]** 45/22
**and 2001 [1]** 88/7
**Andy [1]** 79/12
**anemia [2]** 50/24 51/1
**ankle [1]** 109/14
**another [12]** 11/4 14/19 30/18
32/17 54/20 54/23 55/12 63/22
76/3 84/5 100/21 132/3
**answer [24]** 30/18 30/21 55/11
55/24 56/9 56/18 58/3 66/15
66/17 67/6 67/12 67/18 68/10
70/4 70/5 70/10 70/12 70/23
70/25 74/13 119/15 119/17
124/21 127/24
**answered [3]** 71/19 71/20 72/2
**anticipate [1]** 71/23
**anticipated [1]** 125/16
**antidote [7]** 52/24 53/1 54/11
54/14 54/16 54/20 54/24
**any [69]** 8/7 13/25 14/14 22/10
30/23 30/23 35/14 35/24 36/13
37/16 37/17 38/11 41/16 48/24
49/17 52/1 56/8 59/5 59/8
59/13 60/3 62/20 64/8 66/7
67/12 70/12 71/13 74/12 75/3
75/12 76/13 76/13 81/5 81/16
83/22 88/5 90/25 91/7 91/10
92/11 92/15 93/4 94/1 95/1
96/6 97/1 97/1 97/6 97/7 97/21
97/24 99/19 99/21 110/5 111/8
112/13 114/14 114/15 115/4
121/11 124/16 125/3 127/8
138/20 141/15 141/21 142/2
142/16 142/16
**anybody [2]** 110/16 119/18
**anyone [2]** 72/1 142/5
**anything [27]** 4/2 17/1 34/16
36/9 36/16 42/1 42/3 58/13
59/4 62/11 64/9 64/25 66/23
69/8 69/11 79/14 82/15 98/4
111/25 112/19 114/18 115/8
129/12 131/23 132/20 140/19
142/11
**anyway [1]** 96/9
**anywhere [2]** 50/15 136/1
**apart [3]** 127/23 128/3 128/7
**apparently [1]** 19/4
**Appeals [5]** 60/6 60/10 81/17
82/10 82/14
**APPEARANCES [1]** 1/12
**application [2]** 6/23 7/14
**apply [3]** 19/7 54/25 74/5
**applying [1]** 66/7
**appreciate [2]** 37/3 63/21
**approach [7]** 33/8 47/8 49/4

Case 1:10-cr-00223-RBW   Document 194   Filed 06/19/12   Page 146 of 169

**A**

**approach... [4]**   65/12 114/11 125/8 135/20
**approached [2]**   69/12 115/19
**appropriate [4]**   12/25 18/10 20/1 90/18
**appropriately [2]**   12/21 38/14
**approximately [4]**   7/23 7/24 10/17 121/4
**are [92]**   4/19 5/11 5/11 8/12 9/5 9/12 9/15 9/21 11/12 11/13 12/9 12/9 12/13 12/15 12/16 12/22 12/25 13/7 13/11 13/18 13/20 14/17 16/1 16/18 18/14 18/16 18/18 19/23 20/5 29/4 30/17 30/18 32/12 32/17 38/13 39/6 39/22 41/18 43/15 46/8 46/10 46/13 46/15 46/19 51/7 51/25 52/1 52/12 52/14 53/18 54/18 54/25 55/20 70/13 70/15 80/5 84/10 84/14 85/13 89/9 91/13 91/23 92/12 92/13 92/19 92/25 93/1 94/1 94/6 94/8 95/4 95/24 100/11 102/17 105/2 105/20 105/22 105/24 108/3 111/13 111/13 119/19 122/1 126/16 126/23 127/6 127/8 127/23 133/7 135/4 136/10 141/3
**area [19]**   6/8 7/11 7/16 7/21 8/5 25/19 26/1 26/3 26/18 27/3 28/4 28/11 28/13 36/9 36/11 36/13 53/7 71/20 96/8
**areas [4]**   9/12 11/12 25/23 84/14
**argue [7]**   79/7 81/22 84/19 91/2 92/20 94/10 98/6
**argued [3]**   18/24 65/8 81/4
**argument [9]**   60/25 63/12 63/13 65/9 68/25 74/20 76/22 92/21 98/7
**arguments [1]**   81/23
**Arizona [1]**   111/11
**arm [1]**   130/19
**arms [1]**   139/15
**around [15]**   9/13 13/11 13/18 25/16 25/16 25/19 42/23 68/5 104/25 110/6 110/19 111/9 113/18 138/16 141/18
**arrived [1]**   130/20
**arrogance [1]**   119/12
**arrogant [3]**   119/9 119/11 119/12
**article [1]**   67/21
**articulated [2]**   82/17 98/23
**artificial [1]**   86/17
**arts [1]**   6/12
**as [185]**
**ask [58]**   9/24 13/10 13/22 14/9 19/4 20/12 20/15 21/3 23/4 23/23 24/6 28/25 31/9 31/25 33/5 40/18 46/19 49/8 55/11 57/7 57/18 57/18 57/21 62/7 64/19 71/24 77/17 77/18 77/24 81/6 81/10 81/20 82/6 83/20 84/11 84/25 85/6 90/4 90/9 92/15 92/18 93/4 93/24 95/17 95/22 97/9 97/19 99/8 100/25 103/12 105/10 109/23 114/19 114/23 116/10 119/25 121/22 122/11

**aspirin [1]**   123/23
**assaults [1]**   44/10
**assigned [3]**   5/18 20/22 54/9
**associated [1]**   142/15
**Associates [1]**   1/21
**assume [1]**   83/25
**assuming [1]**   82/24
**Astros [1]**   138/10
**ate [4]**   136/3 136/13 140/18 140/19
**athlete [1]**   107/12
**athletes [4]**   89/9 110/15 115/22 142/2
**athletic [7]**   90/16 97/11 104/24 106/4 130/3 130/18 142/5
**athletics [2]**   105/3 108/23
**attached [1]**   17/19
**ATTANASIO [6]**   2/1 40/19 41/14 56/6 64/9 76/23
**attempt [2]**   21/9 131/16
**attempted [2]**   26/4 35/7
**attend [1]**   43/2
**attention [5]**   18/9 66/1 71/21 80/2 140/21
**attitude [1]**   140/9
**attorney [2]**   81/8 83/7
**Attorney's [3]**   1/15 13/11 13/15
**attorney/client [2]**   81/8 83/7
**attorneys [1]**   80/20
**attribute [2]**   88/24 89/18
**August [1]**   10/19
**August 19th [1]**   10/19
**Austin [1]**   133/9
**authority [10]**   60/5 60/9 60/14 61/8 62/21 63/14 63/19 64/8 64/15 81/18
**authorize [1]**   43/22
**authorizes [1]**   43/23
**automobile [1]**   126/24
**available [3]**   32/17 32/20 53/3
**Avenue [1]**   2/10
**average [15]**   7/2 92/9 93/25 94/24 96/6 107/4 107/4 117/23 117/24 118/4 118/5 118/9 128/24 136/20 137/3
**avoid [5]**   18/12 51/25 52/6 53/8 94/18
**avoiding [1]**   142/14
**aware [1]**   18/23
**awareness [2]**   87/2 87/4
**awhile [1]**   120/5

**B**

**B-12 [1]**   97/9
**B12 [27]**   46/20 46/23 48/16 48/18 48/24 50/19 51/2 51/5 51/6 51/9 52/1 52/2 52/3 52/9 52/13 52/15 52/21 53/13 53/18

**addendum [1]**   55/10
**57/23 63/24 66/22 67/12 67/13 69/5 69/12 69/13 69/19 69/20 70/12 70/12 71/24 72/22 73/3 75/10 76/11 76/18 82/21 87/15 91/6 92/9 97/24 98/14 98/22 99/4 122/17 122/24**
**B12a [16]**   52/2 52/4 52/5 52/8 52/15 52/16 53/6 53/12 53/18 54/7 55/14 55/17 56/3 56/23 57/1 57/10
**Baby [1]**   130/6
**bachelor [1]**   6/12
**bachelor's [1]**   43/8
**back [53]**   5/7 25/5 25/22 34/5 37/24 43/13 44/4 44/15 45/7 48/22 55/18 63/5 63/13 63/15 63/16 64/1 65/2 65/5 74/10 75/20 76/7 82/15 85/3 85/4 85/5 85/8 85/18 88/5 89/4 103/11 103/15 104/15 106/8 106/20 107/25 109/14 111/2 111/10 112/5 112/9 112/10 113/6 115/11 118/1 118/6 119/3 119/5 124/24 125/19 132/11 133/5 133/13 137/1
**background [10]**   6/11 15/5 17/1 45/23 46/1 56/13 56/20 57/2 57/17 138/1
**bag [1]**   22/4 22/9 22/12
**ball [19]**   86/1 88/18 103/8 103/9 110/17 111/21 113/6 113/17 114/23 121/6 121/22 123/1 123/18 123/19 124/1 124/15 131/2 133/23 138/13
**balls [4]**   112/15 112/21 112/22 113/3
**Barnett [2]**   75/16 83/17
**base [4]**   37/4 129/5 129/5 132/25
**baseball [26]**   74/15 102/25 103/20 104/4 104/19 106/12 117/21 117/23 118/4 118/5 118/17 121/23 122/6 122/7 127/8 127/12 128/10 128/16 128/24 132/10 132/24 134/7 135/18 136/23 139/14 141/1
**based [26]**   20/2 20/4 28/21 29/18 39/20 40/7 40/25 60/11 64/7 69/22 71/3 73/20 73/22 75/7 75/9 76/12 76/23 77/18 77/23 83/2 88/22 95/12 95/14 95/25 98/15 100/7
**baseline [1]**   133/2
**basic [1]**   11/15
**basically [7]**   27/2 52/12 67/25 74/14 75/13 84/25 98/3
**basis [4]**   81/15 83/18 93/3 95/20
**bat [1]**   113/10
**batting [1]**   124/6
**battles [1]**   19/20
**be [119]**   5/19 8/9 8/17 8/20 8/25 9/3 9/7 11/24 14/16 14/24 15/14 16/14 17/4 17/8 18/17 19/1 19/22 24/4 26/1 27/20 28/12 28/23 29/19 30/3 31/2 33/19 34/9 34/20 35/10 35/13 35/21 36/8 36/13 36/18 37/16 38/5 38/14 38/17 41/18 41/18 41/19 46/2 51/7 52/12 54/12 55/18 56/12 56/14 57/1 57/10 58/6 59/8 60/18 60/25 61/1 61/2 61/10 63/4 63/9 65/2 65/8 65/9 66/7 66/18 68/12 68/15 68/25 69/19 69/23 71/25 78/6 78/7 78/9 79/2 79/19 82/20

**Document 194 Filed 06/19/12 Page 146 of 169** 57/23 63/24 66/22 67/12
**56/22 56/24 57/2**
(various)   58/6 56/7 56/8

**B**

**be... [43]** 83/1 83/1 83/9 83/18 83/20 84/4 84/18 84/20 85/15 87/21 90/10 90/11 91/15 91/20 94/25 95/17 95/25 96/25 98/14 99/4 99/5 99/16 100/15 109/10 110/19 114/19 119/10 125/6 125/19 127/12 132/3 132/6 135/17 135/19 135/21 136/19 137/22 138/16 138/23 139/4 140/5 140/7 140/23

**bear [1]** 69/16

**beating [1]** 80/12

**became [10]** 44/16 78/12 103/19 107/9 107/9 131/14 133/23 138/6 138/9 139/14

**because [88]** 9/18 17/23 18/7 18/16 18/24 19/16 22/14 27/20 28/22 30/3 30/6 30/21 31/1 31/5 34/9 36/20 41/20 49/22 49/24 56/16 57/1 58/17 59/20 60/11 60/16 61/7 61/8 61/24 62/12 63/13 65/22 67/14 69/4 69/19 70/14 70/20 72/18 72/20 73/25 76/13 77/13 77/15 78/18 79/24 81/5 81/10 82/8 85/12 86/16 86/24 87/8 87/12 87/14 87/17 88/4 88/16 89/6 89/25 90/24 91/13 92/12 94/25 95/3 95/12 95/19 97/17 98/12 99/3 99/17 102/14 111/19 112/9 113/2 113/20 114/22 123/21 125/13 127/22 127/24 128/2 131/14 131/15 135/20 136/2 136/5 136/11 136/12 140/21

**because I [1]** 61/7

**become [5]** 44/23 82/14 90/1 129/9 129/20

**becomes [1]** 98/6

**bedroom [1]** 69/16

**been [59]** 4/9 4/22 5/18 6/1 8/16 17/19 19/8 21/20 23/14 27/8 32/19 33/12 33/13 33/23 34/7 34/25 35/1 36/23 42/10 48/20 49/2 49/7 51/9 52/20 54/20 57/24 59/23 71/3 72/19 73/2 73/7 78/3 78/13 84/16 87/20 88/12 88/17 88/19 89/2 91/5 91/6 91/12 92/5 92/25 97/2 98/5 98/13 101/22 104/24 106/4 107/10 107/14 110/14 126/3 126/25 135/6 135/6 135/7 141/18

**beer [22]** 15/6 15/8 23/1 23/12 25/19 25/19 28/3 28/4 28/11 29/15 30/1 30/4 33/24 36/5 36/6 36/10 36/12 36/12 36/17 37/11 38/24 40/2

**before [23]** 1/10 4/2 7/1 7/20 9/24 10/1 12/16 23/5 23/18 24/10 28/25 36/20 44/16 59/4 60/12 64/25 80/14 86/23 106/7 116/8 123/12 128/1 128/18

**beginning [1]** 97/3

**behalf [1]** 127/25

**behaving [1]** 113/15

**behind [6]** 6/23 35/11 36/17 71/6 112/7 113/6

**being [15]** 27/18 34/5 40/19 51/15 60/1 82/21 83/12 83/16 89/24 92/9 98/21 104/15 107/12

**belief [3]** 73/4 84/17 108/7

**believe [22]** 7/24 16/2 16/7 18/10 22/8 40/20 57/15 59/8 71/2 79/12 81/15 81/17 81/21 91/9 101/9 103/17 111/17 111/17 119/23 121/5 123/13 129/3

**believed [6]** 73/5 79/9 79/13 79/15 115/21 124/25

**believes [1]** 83/9

**believing [1]** 119/20

**belong [2]** 40/3 40/5

**below [1]** 41/9

**bench [1]** 15/1

**best [9]** 17/1 73/14 73/15 78/12 80/22 81/3 81/9 88/1 88/2

**better [6]** 89/11 106/7 117/21 118/16 118/18 118/21

**between [7]** 5/9 30/5 40/6 56/13 99/13 113/6 133/7

**beyond [9]** 15/15 15/16 15/21 57/11 57/13 57/15 67/9 77/9 131/9

**Bible [1]** 96/14

**big [38]** 38/6 82/14 94/11 103/22 103/23 106/2 131/16 133/9 135/11 136/8 138/5 139/10

**bigger [2]** 131/14 136/17

**Bill [10]** 65/17 67/3 67/5 70/1 70/1 70/24 71/16 71/21 74/12 74/24

**binding [1]** 81/17

**biological [6]** 14/24 16/14 35/1 35/14 44/8 44/12

**biologist [8]** 5/1 5/2 21/2 21/4 21/4 21/12 21/14 34/19

**biologists [3]** 5/20 21/6 21/11

**biology [1]** 6/12

**bit [8]** 7/7 25/12 44/15 104/8 117/24 130/4 132/3 132/7

**blocks [1]** 10/7

**blood [19]** 8/20 8/23 8/25 8/25 9/3 9/3 9/3 9/5 9/6 9/6 9/7 9/7 9/9 9/11 12/3 14/19 44/7 51/2

**board [4]** 6/25 34/12 43/16 44/16

**boards [3]** 43/13 43/14 43/15

**bodily [1]** 14/23

**body [38]** 8/15 14/14 14/15 14/17 14/18 14/19 46/1 46/11 54/22 88/9 88/13 89/1 89/22 89/25 90/17 91/15 92/16 92/17 93/10 95/22 96/6 96/16 96/16 100/6 130/5 130/6 135/24 136/10 137/9 137/9 137/15 137/16 140/9 140/10 140/17 141/11 141/19 141/25

**book [1]** 45/25

**books [1]** 48/22

**Boos [3]** 92/24 94/5 97/13

**booty [1]** 87/15

**born [3]** 42/21 42/22 102/22

**Boston [5]** 85/18 85/19 85/19 134/16 134/25

**both [14]** 4/16 5/14 26/21 27/16 52/13 53/18 61/21 65/21 88/14 89/13 105/5 133/23 134/7 134/20

**bottom [7]** 22/1 25/18 26/3 26/18 34/14 35/22 66/24

**boundaries [1]** 70/16

**boy [1]** 82/14

**boys [1]** 127/5

**break [1]** 89/22

**breath [2]** 104/9 105/17

**Brewers [2]** 138/7 138/9

**Brian [1]** 40/5

**brief [2]** 4/24 59/2

**briefly [9]** 36/4 40/18 71/13 71/14 84/6 100/25 122/21 125/8 138/1

**bring [14]** 4/4 18/8 20/13 23/13 59/4 64/25 65/1 83/24 84/20 88/4 90/22 95/20 97/8 100/10

**brought [2]** 20/13 86/16

**buccal [8]** 8/20 12/4 24/11 24/14 24/17 24/19 25/2 29/4

**build [1]** 97/7

**builder [1]** 96/16

**building [3]** 2/6 96/17 96/17

**built [2]** 136/5 136/7

**bulk [4]** 91/22 91/24 93/11 97/18

**bulk-up [1]** 93/11

**bulking [3]** 94/9 94/11 94/16

**burden [1]** 66/7

**bursts [1]** 139/5

**business [2]** 121/24 126/25

**BUTLER [2]** 1/14 15/15

**buttress [1]** 19/8

**C**

**C-A [1]** 126/15

**C-Y-A-N-O-C-O-B-A-L-A-M-I-N [2]** 47/2 47/4

**CA [1]** 2/2

**calendar [1]** 142/11

**calisthenics [2]** 109/8 111/2

**call [12]** 4/6 9/14 17/18 66/1 80/2 80/24 95/24 101/17 108/24 132/9 132/15 139/11

**called [15]** 11/3 11/7 11/18 15/23 15/24 27/11 28/15 52/4 52/15 52/15 54/7 71/20 71/21 108/16 112/9

**calling [2]** 125/17 132/17

**calories [1]** 140/19

**came [8]** 18/7 56/24 67/14 97/20 117/2 119/7 125/16 131/3

**can [103]** 8/17 9/12 9/14 11/13 13/1 13/4 13/13 14/16 15/6 15/9 15/18 17/11 17/14 20/13 22/16 23/1 23/12 24/4 24/5 25/5 25/15 25/20 25/22 25/23 26/14 28/3 28/4 28/9 28/17 31/2 33/24 36/3 36/5 36/6 36/10 36/12 36/17 37/12 37/25 38/7 38/21 38/24 39/9 40/2 41/15 41/21 44/15 45/24 47/1 47/9 48/21 49/23 54/12 55/10 55/15 56/13 57/21 58/2 58/6 58/15 58/18 59/1 61/4 62/8 62/20 63/9 63/14 64/8 64/15 65/20 65/21 65/22 66/11 69/23 72/24 73/16 76/9 78/13 82/20 83/25 84/5 90/16 92/10 94/1 94/22 96/13 97/9 99/3 99/21

Case 1:10-cr-00223-RBW   Document 194   Filed 06/19/12   Page 148 of 169

**C**

**can...** [9]  100/6 102/8 112/17
119/15 124/21 125/8 125/24
130/13 138/25
**can't** [20]  15/10 38/1 39/9
39/16 40/9 41/17 49/24 61/10
71/5 78/6 96/10 96/14 102/14
105/13 117/25 121/14 121/17
128/2 130/13 133/16
**Canada** [2]  52/23 54/12
**candor** [1]  81/11
**Cannon** [1]  2/6
**cannot** [4]  40/10 41/20 51/4
57/23
**cans** [1]  36/12
**Canyon** [1]  104/21
**cap** [1]  50/5
**capacity** [1]  45/14
**CAPEL** [5]  1/10 126/2 126/12
126/13 133/25
**capture** [1]  38/14
**car** [1]  141/7
**care** [3]  58/19 141/10 142/6
**career** [3]  85/24 90/16 97/24
**carousing** [1]  110/19
**carried** [2]  65/25 115/18
**carries** [1]  71/15
**case** [50]  5/17 7/2 9/24 9/24
10/1 12/19 12/23 14/2 15/16
15/22 16/11 17/20 20/4 20/12
20/22 21/5 21/6 21/11 27/15
28/18 29/12 29/21 31/9 31/12
31/16 31/18 31/23 31/24 32/18
33/6 33/13 34/20 34/23 36/15
44/7 60/5 60/9 61/8 82/25
83/17 84/10 88/17 97/2 97/4
98/3 101/13 114/25 142/14
142/15 142/17
**cases** [8]  7/14 13/7 13/8 44/8
44/9 44/11 60/12 90/5
**catch** [1]  111/4
**catching** [2]  112/21 113/6
**categorical** [1]  70/9
**causal** [3]  82/4 95/21 99/13
**causally** [1]  92/17
**cause** [5]  91/8 91/24 94/22
96/2 99/25
**causes** [1]  82/22
**cell** [1]  9/23
**cells** [16]  8/15 8/16 8/25 9/4
9/5 9/6 9/6 9/7 9/9 9/11 9/14
9/15 9/15 9/19 9/20 9/21
**centers** [1]  44/19
**certain** [13]  16/1 17/25 20/7
20/13 38/13 44/8 51/3 67/7
71/3 89/24 89/25 95/18 130/6
**certainly** [5]  36/22 68/11
75/16 89/14 122/3
**certification** [1]  44/19
**certified** [3]  12/17 44/17
44/20
**certify** [1]  143/2
**cetera** [1]  31/11
**chain** [1]  11/9
**Champion** [1]  134/7
**championship** [2]  134/2 135/1
**championships** [1]  134/7
**chance** [1]  91/7
**change** [9]  91/16 92/17 93/10
95/23 97/1 97/10 97/21 97/25
98/7

**changed** [6]  94/23 99/23 129/17
129/25 141/10 141/25
**changes** [1]  97/7
**changing** [1]  100/6
**character** [8]  88/3 107/17
107/20 113/21 114/20 114/25
**characteristics** [1]  95/18
**characterize** [1]  130/21
**characterized** [1]  14/16
**charged** [3]  68/23 69/24 79/10
**chart** [1]  63/1
**chasing** [1]  109/11
**cheek** [3]  8/21 12/4 29/6
**cheeks** [1]  29/5
**chemicals** [2]  45/10 45/21
**chemist** [3]  45/22 55/19 57/16
**chemistry** [1]  6/14
**Chicago** [4]  134/18 134/24
138/3 138/3
**chief** [3]  4/20 5/8 101/14
**children** [1]  127/4
**choose** [2]  92/4 95/20
**circle** [5]  22/2 22/19 26/14
26/15 51/10
**circled** [2]  22/20 51/11
**circles** [1]  139/14
**circuit** [5]  60/8 60/11 62/11
62/21 81/18
**circumstances** [1]  67/7
**cite** [2]  71/20 72/2
**cited** [3]  70/25 81/17 90/5
**cities** [1]  138/19
**citizen** [2]  92/9 93/25
**clarify** [1]  63/6
**clarity's** [1]  34/17
**classification** [1]  14/18
**classified** [1]  137/22
**clear** [4]  4/15 34/9 37/23
75/23
**clearly** [4]  17/7 66/16 68/9
90/5
**CLEMENS** [61]  1/6 1/6 15/9 25/2
29/24 39/22 40/3 40/11 59/11
61/15 62/4 69/2 70/20 71/17
72/9 76/6 77/4 77/5 77/14
77/20 77/21 77/22 78/11 78/18
79/9 79/11 79/15 79/18 80/8
80/18 83/10 84/15 86/12 86/25
87/2 87/13 87/14 91/8 91/20
95/1 96/21 98/11 101/4 106/8
106/25 108/3 109/5 110/16
116/10 122/12 127/21 128/4
128/6 128/12 129/18 129/19
135/15 141/10 141/24 142/3
142/7
**Clemens'** [4]  69/16 77/2 80/5
85/8
**Clemens's** [6]  75/5 88/21 90/25
95/14 97/21 97/25
**clerk** [2]  84/13 84/18
**client** [2]  81/8 83/7
**clinical** [2]  44/17 44/18
**clip** [2]  80/18 81/4
**closing** [2]  92/21 98/7
**coach** [3]  103/20 104/19 107/9
**coached** [4]  103/25 104/2
104/18 104/22
**coaches** [10]  90/14 105/9
105/10 105/18 105/20 105/22
105/25 107/10 107/15 110/15
**coaching** [2]  103/19 104/23
**coauthor** [1]  7/18

**collapse** [1]  110/17
**collar** [2]  8/15 9/13
**collect** [6]  8/22 25/14 26/4
31/17 35/8 36/13
**collected** [6]  26/4 26/9 29/5
29/5 31/6 36/23
**college** [20]  43/2 43/4 43/5
43/7 43/9 85/20 85/22 103/15
104/19 104/23 107/9 112/4
112/4 115/6 117/2 119/25
120/10 123/4 129/16 129/18
**colloquy** [1]  79/11
**color** [2]  49/24 50/20
**COLUMBIA** [2]  1/1 8/3
**combining** [1]  55/20
**come** [21]  23/23 25/18 26/13
35/15 60/15 61/4 64/1 65/4
68/19 74/14 75/13 90/16 95/5
95/7 98/2 98/14 99/3 112/5
112/6 125/1 125/24
**comes** [5]  14/11 14/22 62/12
63/3 68/6
**comfortable** [2]  34/21 37/16
**comment** [1]  63/22
**commented** [1]  80/4
**committed** [1]  72/5
**Committee** [10]  70/14 71/2 71/6
71/9 71/10 71/22 75/16 75/17
75/19 75/22
**common** [4]  35/13 93/2 94/1
97/17
**commonly** [2]  9/22 28/5
**communicated** [1]  83/3
**communicating** [1]  75/15
**company** [1]  6/4
**comparative** [1]  41/4
**Comparatively** [1]  128/23
**compare** [5]  29/9 29/11 30/16
30/22 110/8
**compared** [7]  11/23 83/11 88/11
89/1 89/24 110/5 110/10
**comparing** [1]  29/23
**comparison** [9]  13/3 27/19
27/19 27/20 29/3 30/3 31/5
41/12 110/11
**comparisons** [2]  5/22 8/18
**compelled** [1]  16/13
**compelling** [1]  68/25
**competency** [1]  7/1
**competitive** [1]  121/24
**complete** [3]  7/3 36/9 43/17
**completed** [4]  43/11 43/12
44/22 101/15
**completely** [2]  36/19 94/18
**Completeness** [1]  72/7
**comply** [1]  142/13
**compound** [1]  54/22
**computer** [1]  2/20
**computer-aided** [1]  2/20
**conceded** [1]  119/10
**conceivably** [3]  69/22 82/24
86/23
**concern** [5]  60/24 82/22 88/15
91/18 98/9
**concerned** [3]  60/9 100/3 110/9
**concerning** [3]  69/3 70/17
107/12
**concerns** [7]  60/16 62/12 72/18
82/18 83/6 91/11 98/24
**conclude** [12]  72/25 73/18
73/19 73/22 74/3 76/16 78/13
78/15 78/21 83/10 83/13 98/18

**C**

CONCLUDED [4]    20/8 57/19 115/1
125/23
conclusion [1]    83/9
conclusions [1]    12/25
concoction [1]    91/19
condition [2]    51/1 90/17
conditioning [9]    84/17 85/8
87/22 88/13 89/1 89/25 110/5
110/9 141/25
conditions [3]    45/18 50/24
51/4
conduct [4]    6/21 7/1 11/11
22/10
conducted [8]    5/20 10/22 10/23
10/24 11/1 12/21 21/2 21/12
conferences [1]    7/15
confidence [1]    119/21
confidentially [1]    83/4
congener [2]    52/2 52/8
Congress [5]    66/17 68/12 71/9
71/25 72/25
Connecticut [3]    42/22 42/24
43/20
connecting [1]    99/16
connection [5]    19/11 62/24
82/4 95/21 99/13
conscientious [1]    140/18
conservative [1]    41/3
consider [5]    63/15 73/25 84/11
85/1 90/5
considered [5]    78/6 78/7 78/9
107/5 109/24
Considering [1]    142/10
consistency [1]    40/6
consistent [3]    89/2 94/9 95/10
consistently [1]    89/9
constant [1]    114/15
constantly [1]    88/13
Constitution [1]    2/10
construed [1]    82/21
contact [7]    25/18 26/13 35/8
115/4 115/7 142/15 142/16
contain [2]    9/1 9/15
container [1]    49/12 49/22
contains [3]    9/19 20/20 23/1
contemporaneously [1]    63/18
contention [1]    71/19
contents [2]    50/18 58/6
context [5]    59/25 76/17 78/7
78/10 87/11
continue [1]    142/13
contrary [1]    94/4
contributors [1]    39/23
control [1]    32/3
controls [1]    12/21
conundrum [1]    72/17
convenience [1]    21/19
conversation [6]    67/25 68/2
72/4 72/10 77/20 86/25
converse [1]    88/8
convicted [1]    68/12
conviction [2]    73/24 79/3
convinced [1]    115/21
Cooley [1]    2/1
cooley.com [1]    2/3
copies [1]    11/11
copy [6]    31/13 31/18 31/23
31/24 33/11 33/15
core [1]    85/12
corner [2]    22/1 34/6

**C** cont...
correct [15]    19/11 20/16 22/4
22/6 22/22 27/6 29/14 31/8
34/1 34/3 35/21 36/1 36/7 38/6
38/7 38/24 38/25 39/4 39/5
39/7 39/24 39/25 40/3 40/4
40/5 40/12 41/7 41/8 43/11
46/25 52/18 53/5 53/20 95/4
116/8 116/21 117/8 117/9
117/18 118/21 121/15 129/23
130/10 132/19 134/12 134/14
135/10 135/12 135/13 136/21
136/25 139/24 139/25 143/3
correctly [2]    47/3 47/16
correspond [1]    75/2
corresponding [1]    32/15
Corso [2]    59/17 59/19
Corso's [1]    59/22
cortisone [1]    87/7
cotton [2]    12/5 29/6
could [52]    15/9 19/14 27/20
28/23 30/3 33/21 34/4 34/16
35/25 36/9 36/18 38/17 38/18
40/2 40/5 41/15 41/17 41/18
47/19 48/1 56/10 56/20 56/21
57/10 61/1 63/12 66/18 67/15
71/24 72/18 73/21 77/8 78/4
78/15 78/21 79/4 79/21 87/5
88/24 89/5 89/7 89/16 89/18
92/3 95/18 98/18 115/19 119/10
125/6 131/16 136/11 136/11
couldn't [10]    56/9 68/12 73/18
74/17 74/25 75/14 75/23 76/12
103/8 103/9
counsel [13]    2/5 17/8 17/21
19/10 19/12 31/23 61/17 62/7
62/20 70/6 80/20 100/19 114/19
count [8]    7/9 51/2 66/6 67/1
68/24 73/11 80/22 83/14
counting [1]    136/2
countries [1]    57/10
country [8]    13/11 13/19 52/19
52/23 53/3 54/1 71/18 111/12
counts [3]    65/25 66/2 84/4
couple [3]    18/24 51/24 65/2
course [5]    6/14 69/1 76/4 92/3
111/10
court [73]    1/1 2/9 2/9 6/25
7/20 8/1 8/1 8/2 8/2 8/3 9/25
10/1 15/6 15/6 16/1 18/9 18/23
42/17 60/6 60/6 60/9 60/10
60/12 61/21 61/25 62/3 63/22
63/24 63/25 64/5 64/12 64/19
65/15 65/21 65/22 66/14 69/1
69/1 76/21 79/7 79/8 80/3 80/9
80/16 80/17 80/23 81/4 81/10
81/16 81/17 81/20 81/24 82/1
82/4 82/9 82/13 84/6 84/11
85/1 89/7 90/3 90/4 90/6 90/10
94/14 95/18 98/23 99/8 99/12
102/11 102/15 126/14 142/20
Court's [15]    19/3 32/21 41/24
50/7 63/7 66/1 80/2 81/12 82/7
88/15 99/12 101/12 114/14
114/15 122/18
Courthouse [1]    2/10
COURTNEY [1]    1/14
courtney.saleski [1]    1/19
COURTROOM [2]    4/5 100/18
coverage [1]    142/16
covered [1]    74/9
cow [1]    112/8
CR [1]    1/4

**C** cont...
create [4]    56/21 64/6 64/9
73/13
created [1]    63/18
creates [2]    68/11 72/17
credence [1]    62/14
credibility [2]    60/19 81/24
credibly [1]    81/22
credit [1]    79/25
criteria [1]    39/3
cross [19]    3/3 16/19 17/24
18/6 18/17 18/18 18/25 19/16
32/23 33/1 51/19 51/20 56/6
61/16 78/2 78/3 78/17 116/2
116/4
cross-examination [14]    16/19
17/24 18/6 18/17 18/18 33/1
51/19 51/20 56/6 78/2 78/3
78/17 116/2 116/4
cross-examine [1]    19/16
cross-examined [2]    18/25 61/16
Cubs [3]    134/18 138/3 138/3
Cummings [1]    79/11
cumulative [1]    90/11
curious [1]    34/23
current [1]    77/24
currently [1]    105/2
curvature [2]    67/22 72/11
curve [3]    67/23 103/8 103/9
cut [2]    9/2 136/8
cuts [2]    88/14 89/13
Cy [4]    115/13 115/16 118/24
119/19
cyanide [8]    52/24 53/1 54/11
54/14 54/16 54/20 54/21 54/24
cyanocobalamin [18]    46/23
46/24 48/10 48/15 48/16 48/17
48/25 49/21 50/3 50/14 50/18
50/19 50/22 51/3 54/12 54/22
56/8 56/11
cycles [1]    85/24
CYNTHIA [3]    3/6 42/9 42/19

**D**

D.C [4]    10/8 60/6 60/9 62/21
danger [1]    89/5
dangerous [1]    88/2
DANIEL [1]    1/14
daniel.butler [1]    1/18
data [5]    5/3 5/3 5/21 5/22
31/13
date [2]    20/21 86/9
dates [1]    63/2
dating [4]    85/3 85/4 85/8 88/5
day [5]    110/15 111/24 112/20
125/16 135/23
days [1]    136/24
DC [4]    1/4 1/16 2/6 2/11
DEA [1]    94/5
dead [2]    80/12 80/13
deal [5]    68/16 76/22 87/8
102/7 115/7
dealership [2]    126/24 141/7
dealt [1]    13/23
death [1]    44/9
decide [4]    64/22 92/4 94/1
95/18
decided [2]    20/2 60/12
decides [1]    64/19
decision [3]    17/24 17/25 90/24
decisions [2]    20/6 100/12
dedication [1]    135/16

**D**

deep [1]   104/9
defendant [8]   1/7 1/20 3/8
33/12 59/11 74/3 77/5 85/4
defense [17]   15/13 16/1 17/8
19/1 31/23 33/17 68/25 84/10
85/7 87/18 87/19 89/12 94/10
97/24 98/2 101/4 101/16
deficiency [3]   51/2 53/15
53/19
definitely [1]   123/19
definitive [2]   72/20 73/1
definitively [2]   78/20 79/18
degree [3]   96/23 103/11 103/15
degrees [1]   124/10
demeanor [1]   113/13
demonstrated [1]   108/4
demonstrative [10]   47/19 48/2
48/8 49/16 63/4 63/8 63/8 63/9
63/15 63/24
denial [1]   70/9
denied [4]   61/3 77/12 77/21
84/4
deny [4]   74/5 77/13 78/24 79/5
depends [1]   133/8
deposition [5]   66/19 67/2
67/11 71/16 80/6
depressed [1]   35/4
derived [1]   60/10
describe [8]   96/6 107/2 113/13
128/20 135/14 136/6 138/25
140/9
described [3]   35/23 123/1
123/2
describing [1]   96/13
designate [1]   74/1
designed [8]   15/20 18/11 55/13
55/16 71/1 71/8 91/21 94/18
desired [1]   32/20
despite [2]   77/19 84/21
destined [2]   115/20 124/23
details [1]   19/6
detect [5]   40/2 55/13 55/16
55/22 56/14
deteriorating [1]   88/10
determine [4]   5/19 27/11 28/7
28/16
determined [2]   21/8 21/14
determines [1]   58/9
determining [1]   29/8
detoxify [2]   54/22 54/24
develop [1]   27/13
development [1]   94/12
diamond [1]   132/25
did [169]
didn't [34]   16/20 19/7 19/17
34/18 61/14 61/18 66/10 78/1
78/23 82/11 86/14 87/7 93/21
96/12 99/21 105/13 109/17
111/3 111/17 111/17 111/18
111/19 114/9 118/1 119/1
119/23 119/25 120/15 120/15
120/20 121/11 125/13 133/17
139/15
Diego [1]   2/2
diet [1]   136/2
differ [1]   11/4
difference [7]   5/9 5/10 5/12
45/12 45/13 56/15 124/16
differences [1]   97/7
different [28]   5/11 8/14 11/12

45/9 45/20 46/5 46/7 47/20
52/3 59/22 63/2 63/2 68/10
78/19 84/14 94/6 117/12 117/13
117/14 119/21 138/19 141/15
141/21
differently [1]   82/21
difficult [1]   79/3
digit [2]   30/13 39/12
digits [1]   30/14
diligent [1]   131/11
dinner [1]   109/3
direct [12]   3/3 4/11 5/20
42/12 77/13 78/8 78/21 79/17
102/1 122/17 125/20 126/5
directed [1]   75/5
direction [1]   125/12
directly [4]   16/9 69/5 82/19
88/20
director [3]   104/24 105/3
106/4
disagree [3]   19/11 79/7 98/25
disappointed [1]   113/14
disassociate [1]   76/10
disciplined [1]   131/11
disclosure [4]   15/13 15/13
15/17 16/24
discovery [4]   17/18 19/12
31/21 31/22
discretion [2]   90/6 90/7
discuss [1]   66/21
discussed [1]   15/25
discussing [1]   34/7
discussion [16]   15/2 20/8 55/6
57/19 66/24 69/14 70/7 70/21
72/22 73/2 73/7 76/3 114/12
115/1 125/9 125/23
discussions [5]   70/16 71/3
73/20 73/21 76/2
diseases [1]   51/3
dismiss [3]   77/13 81/13 82/7
disorders [1]   51/8
dispense [1]   43/23
dispensing [1]   45/17
display [4]   48/2 48/4 49/15
50/8
displayed [1]   50/16
disregard [1]   57/22 92/4
distance [2]   133/6 139/5
distilling [1]   63/1
distinct [1]   72/24
distinction [2]   56/13 86/17
distinctly [1]   109/5
DISTRICT [5]   1/1 1/1 1/10 8/3
106/5
ditch [1]   112/10
DNA [134]   4/20 5/2 5/5 5/6 5/7
5/10 5/10 5/11 5/12 5/13 6/4
6/5 6/6 6/6 6/8 7/5 7/12 7/13
7/16 7/19 7/21 8/6 8/12 8/12
8/14 8/17 8/17 8/19 8/20 8/22
8/23 8/24 9/1 9/8 9/12 9/14
9/15 9/18 9/19 10/24 11/1 11/2
11/4 11/4 11/6 11/10 11/14
11/16 11/17 11/18 11/19 11/21
11/24 11/25 12/17 12/22 13/3
13/7 13/14 13/20 14/3 14/16
14/21 16/9 16/9 16/11 16/25
17/9 18/1 19/6 21/7 21/7 21/8
21/9 21/10 21/13 21/14 21/17
21/18 24/11 25/10 25/14 25/20
26/4 26/4 27/10 27/12 27/13

28/6 28/7
28/7 28/15 28/17 28/18 28/19
28/21 28/22 28/22 28/24 28/24
29/7 29/9 29/18 29/19 29/23
29/25 30/7 30/10 30/11 31/1
31/5 35/5 35/8 35/11 36/1
36/13 36/17 36/20 36/22 37/13
38/11 38/11 38/15 39/23 40/2
40/8 40/21 41/1 41/2 41/6 41/8
do [182]
docket [1]   82/7
doctor [5]   43/10 49/7 50/11
92/24 92/24
doctors [1]   53/19
document [2]   5/23 62/14
does [25]   5/2 22/16 22/18 23/2
27/18 30/9 30/19 43/22 46/1
51/13 52/20 53/12 54/15 58/13
60/15 64/6 64/9 70/6 72/20
73/6 73/12 85/7 95/13 137/12
141/15
doesn't [11]   14/7 16/12 61/9
69/4 69/21 71/23 75/1 76/21
93/21 96/24 99/12
dog [2]   94/17 113/9
doing [21]   6/1 6/5 11/5 12/22
26/3 31/9 31/11 86/16 99/13
102/8 109/11 109/16 109/18
110/19 111/1 111/2 124/8
124/13 132/20 135/16 138/25
don't [66]   19/10 19/24 22/2
22/8 22/19 25/12 31/3 31/7
31/8 34/4 38/18 45/25 49/14
55/8 55/10 55/23 55/25 56/18
57/12 58/18 61/6 61/9 61/12
62/15 63/4 63/13 63/16 65/1
65/14 67/19 73/17 75/8 76/9
80/17 81/14 81/22 82/9 82/16
85/6 87/5 90/21 90/25 91/24
91/25 92/14 92/17 92/18 94/20
95/12 95/19 96/3 98/17 99/2
99/2 99/10 99/10 99/11 100/4
100/6 100/13 107/8 119/14
125/11 125/12 136/9 142/11
donated [1]   12/8
donating [1]   11/25
done [18]   7/5 7/9 12/14 12/23
16/11 25/20 27/8 27/9 32/1
32/4 36/16 36/20 38/8 71/12
75/3 76/13 76/13 131/6
donor [1]   37/7
door [1]   90/21
dosages [3]   94/7 94/18 97/15
dose [2]   54/17 58/6
doses [1]   45/18
doubt [3]   67/10 77/9 107/13
down [22]   36/3 66/22 78/4
80/22 89/22 103/12 103/14
104/6 104/8 104/10 105/7
108/25 109/1 112/23 113/10
130/4 130/4 130/17 132/3 132/6
132/24 132/25
downstairs [1]   100/15
Dr [4]   42/19 94/5 97/13 139/13
draft [2]   134/19 134/20
drafted [7]   103/3 134/8 134/10
134/13 134/15 134/17 138/2
drank [1]   140/4
draw [6]   30/23 34/12 34/16
54/19 72/16 83/8
drawl [1]   104/17
drawn [3]   50/3 58/6 83/9

**D**

drew [4]  34/11 49/22 50/4
  50/17
drink [4]  28/5 28/13 140/2
  140/6
drive [1]  128/5
driving [1]  44/10
drug [4]  43/24 44/9 45/16
  96/17
drugs [8]  44/10 45/17 45/17
  46/5 46/8 46/10 46/10 57/10
due [2]  72/1 86/7
dug [1]  112/8
duly [4]  4/9 42/10 101/22
  126/3
DURHAM [4]  1/13 51/24 63/23
  63/25
during [22]  63/12 77/19 78/8
  78/20 94/17 106/20 112/12
  119/4 123/14 129/8 129/9
  129/11 133/22 133/22 134/10
  138/12 138/13 138/21 138/25
  140/8 140/25 141/9

**E**

E-L [1]  126/15
e-mail [1]  107/15
E-R-I-C [1]  4/18
each [13]  5/7 6/19 12/16 24/2
  25/5 39/13 102/14 115/6 120/10
  122/25 127/22 128/1 134/19
earlier [5]  6/6 21/3 27/11
  123/1 125/16
early [6]  103/20 103/20 103/22
  104/2 120/22 124/6
earn [1]  135/22
easier [1]  68/15
easiest [1]  95/16
easily [2]  58/15 136/12
Eastgate [1]  2/2
easy [1]  58/17
eat [1]  136/13
edge [2]  36/12 122/1
education [5]  43/11 43/12 44/3
  46/4 103/15
educational [1]  6/11
effect [1]  96/14
effects [5]  45/19 46/15 93/2
  94/6 94/8
effort [1]  73/15
eight [2]  65/9 131/6
either [5]  12/3 15/7 44/11
  58/7 58/18
elderly [1]  67/21
elected [1]  35/5
element [1]  64/4
elements [1]  75/22
elicit [1]  80/25
elicited [3]  85/20 85/21 87/16
eliminate [1]  41/23
elite [1]  88/18
else [5]  60/17 64/10 95/20
  107/1 115/20
Emery [5]  24/17 29/24 39/22
emphasize [1]  63/12
employed [5]  4/19 4/22 6/3
  45/21 126/23
employment [1]  4/24
encompassing [1]  84/3
end [8]  27/22 27/24 47/14
  81/10 94/10 95/19 134/11 140/1

enforcement [1]  13/1
enhanced [2]  88/25 89/18
enough [24]  11/10 11/11 15/8
  28/24 30/6 30/10 31/7 31/8
  36/24 37/16 37/20 38/5 38/14
  39/2 39/18 62/9 62/18 66/16
  79/2 79/22 80/1 83/14 90/9
  122/12
ensure [1]  12/13
entailed [1]  73/21
entertain [1]  90/3
entire [1]  116/13
entirely [1]  19/5
entities [1]  13/8
entitled [1]  85/23
epithelial [3]  9/15 9/19 9/21
equate [1]  92/14
ERIC [4]  3/5 4/6 4/8 4/17
ESCORTED [2]  4/5 100/18
especially [1]  119/20
ESQ [1]  1/14
ESQUIRE [7]  1/13 1/14 1/15
  1/20 1/20 2/1 2/4
essence [1]  84/23
essentially [4]  12/18 39/1
  62/25 88/3
establishes [1]  77/8
estimate [2]  123/25 131/18
  133/6 135/23
et [1]  31/11
ethic [13]  86/1 107/13 107/22
  107/23 108/4 108/11 108/13
  110/9 129/12 131/8 135/15
  135/20 136/14
ethics [1]  115/22
Europe [3]  52/16 52/23 54/12
evaluate [1]  5/4 5/18
evaluated [1]  12/20
even [12]  19/8 38/1 38/5 41/6
  41/11 61/11 64/8 70/23 85/1
  97/11 97/14 111/3
evening [2]  126/9 142/17
events [1]  63/2
ever [26]  13/23 13/25 65/19
  66/4 66/21 67/2 67/5 67/18
  68/6 69/5 70/4 92/15 92/16
  95/1 109/24 110/17 111/8
  112/13 112/14 113/16 114/5
  131/16 141/10 141/24 142/2
  142/5
every [10]  12/19 12/23 14/23
  14/23 16/14 107/14 107/14
  107/15 110/15 114/20
everybody [4]  93/14 95/13
  107/1 142/15
everything [8]  16/20 16/22
  20/3 35/18 69/22 71/23 132/6
  135/22
evidence [81]  5/18 10/1 10/4
  11/10 13/13 14/14 14/20 19/1
  19/2 20/25 21/8 21/13 21/15
  21/21 24/1 25/15 26/10 27/12
  27/14 27/21 28/20 30/12 32/1
  32/3 32/3 32/15 32/19 35/7
  44/7 61/2 61/3 61/4 63/14 64/2
  64/13 66/6 67/9 69/9 69/10
  72/13 72/14 73/9 74/18 74/19
  75/25 76/14 78/25 79/14 79/20
  80/3 80/8 80/22 80/23 81/3
  81/9 81/21 82/8 85/1 85/2 85/8
  86/20 86/20 88/3 89/12 89/14

enforcement [1]  13/1
...

95/19 96/21 97/19 98/10 98/15
  99/24 100/5 100/8 100/22
  101/16 107/17
evident [1]  43/6
evidentiary [9]  8/18 11/16
  11/19 11/22 11/25 24/3 25/11
  29/10 39/15
exact [1]  76/25
exactly [9]  18/17 61/14 61/21
  69/3 71/5 89/7 92/14 94/9
  99/18
exam [3]  10/24 10/24 14/21
examination [30]  4/11 10/21
  10/23 12/18 14/13 16/19 17/24
  18/6 18/17 18/18 27/22 33/1
  40/16 42/12 43/16 51/19 51/20
  54/1 54/5 56/6 77/14 78/2 78/3
  78/17 102/1 116/2 116/4 122/22
  125/12 126/5
examinations [3]  6/25 6/25
  14/17
examine [3]  9/25 17/25 19/16
examined [11]  4/9 18/25 19/21
  25/24 31/25 32/2 37/11 42/10
  61/16 101/22 126/3
examiner [5]  5/4 5/5 5/6 5/17
  6/20 12/19 44/1 45/6
examiners [2]  10/24 20/24
example [7]  8/15 12/15 25/15
  37/2 96/7 96/15 97/23
examples [1]  107/23
excessive [1]  96/20
exchange [1]  68/14
exclude [7]  11/24 15/9 15/11
  29/21 39/6 39/9 41/17
excluded [2]  29/25 39/22
exclusion [1]  11/20
exclusionary [5]  28/23 29/20
  31/2 39/18 41/22
exclusive [1]  70/20
exclusively [1]  12/10
excrete [1]  54/23
excuse [1]  25/16
excused [2]  58/23 58/23
Executive [2]  105/3 106/4
exercise [1]  131/24
exercises [4]  139/7 139/8
  139/10 139/23
exhibit [31]  21/20 22/9 22/13
  23/16 24/20 33/12 38/19 47/18
  48/9 49/3 49/8 59/9 59/10
  59/16 59/18 62/23 62/24 63/15
  64/13 64/15 66/11 66/20 67/11
  70/3 72/9 74/10 74/11 83/17
  83/21 100/21 100/23
exhibits [5]  20/14 23/14 59/7
  63/9 63/9
expand [2]  37/19 69/21
expansive [1]  72/9
expect [5]  95/10 98/12 98/17
  114/5 114/9
experience [10]  13/24 28/21
  32/16 32/19 44/3 44/13 44/23
  45/8 46/4 124/11
expert [18]  7/20 8/5 8/10
  15/13 15/17 15/23 17/19 91/13
  92/5 92/18 93/1 93/3 94/2 94/5
  95/25 96/8 98/20 99/6
expertise [4]  18/1 57/13 57/15
  91/14
experts [1]  92/8

**E**

**explain [7]**   15/1 26/5 30/8
38/7 39/8 72/4 137/8
**explanation [1]**   72/9
**explicit [1]**   76/2
**exposed [1]**   54/20
**exposure [3]**   116/13 116/20
120/8
**expressed [2]**   61/25 72/19
**extent [3]**   88/11 95/14 96/1
**extracted [1]**   21/7
**extraction [4]**   21/12 25/20
27/11 28/16
**extrapolate [1]**   100/6
**extremely [4]**   119/3 123/21
135/21 135/21

**F**

**faced [1]**   124/1
**facilitated [1]**   44/9
**fact [28]**   15/24 16/20 61/11
70/7 70/20 72/25 73/2 73/25
74/4 74/22 76/15 77/14 77/20
78/11 78/11 79/4 81/24 82/25
83/6 83/10 88/18 93/13 96/2
98/8 99/25 100/5 131/12 141/3
**factor [1]**   89/21
**fair [18]**   36/18 36/19 36/22
36/24 38/2 38/3 52/13 62/9
62/18 72/1 79/22 80/1 90/19
97/17 99/23 121/23 133/1 133/3
**fairly [3]**   13/5 13/6 121/23
**Fairness [1]**   72/8
**faith [1]**   83/18
**fall [2]**   20/4 138/22
**falls [1]**   139/2
**false [6]**   70/11 70/19 71/11
72/12 72/12 74/21
**familiar [3]**   46/15 46/19 92/12
**familiarity [1]**   40/8
**famous [1]**   139/14
**fan [1]**   139/10
**far [8]**   48/21 60/8 110/9 125/1
127/23 128/3 131/9 139/2
**fashion [3]**   4/24 18/8 59/25
**fast [6]**   104/12 104/14 111/21
123/1 132/4 140/22
**faster [1]**   131/15
**fat [3]**   130/5 130/6 130/7
**father [2]**   5/14 38/12
**fathom [1]**   38/1
**favor [2]**   72/16 73/11
**favorable [7]**   69/10 70/18
72/15 73/10 76/1 76/5 78/25
**FBI [41]**   4/21 4/22 4/25 5/1
6/3 6/17 10/19 12/10 12/14
13/2 13/3 13/16 13/23 13/24
19/6 19/13 19/16 20/20 20/24
20/25 23/3 23/20 23/23 24/1
24/24 25/4 31/4 32/5 32/8
32/10 32/16 37/21 39/3 44/1
44/24 44/25 45/2 45/3 45/5
119/4 119/5
**FBI's [1]**   10/4
**fear [1]**   82/9
**February [2]**   71/17 77/2
**February 13, 2008 [1]**   77/2
**February 5th [1]**   71/17
**federal [6]**   8/1 8/2 13/2 13/2
13/8 13/22
**feel [1]**   16/13

**fell [1]**   88/21
**fellow [1]**   17/18
**felony [1]**   72/5
**fence [2]**   112/7 132/25
**few [5]**   10/7 33/5 37/25 74/15
131/6
**field [16]**   10/5 10/14 10/16
32/5 32/7 32/9 110/18 112/1
113/3 113/17 124/4 133/3 133/3
133/8 133/9 133/13
**fifth [1]**   30/15
**fight [1]**   19/20
**file [3]**   31/12 31/18 31/23
31/24 125/12
**filed [5]**   15/25 17/4 18/23
18/25 84/8
**filing [1]**   84/11
**find [8]**   8/14 9/8 9/9 35/24
63/14 63/19 66/8 77/8
**finder [1]**   79/4
**finding [2]**   66/16 67/9
**findings [1]**   5/23
**fine [5]**   19/4 52/16 63/25
63/25 119/17
**finger [2]**   21/24 25/23
**fingers [1]**   25/17
**finish [8]**   102/13 102/14
105/13 105/16 108/21 128/1
137/1 137/3
**finished [2]**   44/17 129/15
**firing [1]**   105/24
**first [50]**   4/9 4/16 4/17 5/18
6/20 8/17 10/21 10/22 10/24
11/15 14/13 18/21 21/6 24/6
25/10 30/14 33/5 36/23 39/2
42/10 44/4 65/24 66/22 70/10
72/3 74/17 74/25 75/15 75/24
76/12 84/23 85/1 85/4 96/18
101/22 108/3 123/3 123/3 124/4
126/3 128/15 129/3 129/5
129/19 129/19 132/25 134/21
134/22 138/5 141/23
**firsthand [1]**   15/21
**fit [1]**   106/25
**five [19]**   6/4 25/9 37/13 37/15
37/24 38/4 38/15 40/20 40/24
41/7 41/11 41/12 63/1 63/2
90/13 103/4 104/22 115/10
131/6
**Flanagan [1]**   21/17
**Florida [1]**   6/15
**fluid [2]**   9/5 14/19
**fluids [6]**   8/15 14/14 14/15
14/17 14/18 14/23
**fly [4]**   112/15 112/21 112/22
113/3
**focus [2]**   11/12 38/23
**follow [5]**   41/6 70/11 70/14
70/25 72/23
**follow-up [4]**   70/11 70/14
70/25 72/23
**followed [1]**   19/6
**follows [8]**   4/10 15/2 42/11
55/6 101/23 114/12 125/9 126/4
**food [1]**   44/11
**foods [1]**   136/14
**football [8]**   103/20 108/24
117/21 118/16 118/19 118/21
133/13 136/9
**football/baseball [1]**   103/20
**Foradori [3]**   2/9 143/2 143/9

**foregoing [1]**   143/3
**forensic [13]**   6/5 7/2 7/12
7/15 7/16 8/6 44/1 44/5 44/6
44/14 44/16 44/23 45/6
**forensics [1]**   5/12
**form [2]**   48/17 74/1
**formally [1]**   64/18
**forms [1]**   56/10
**forth [3]**   73/15 111/2 133/13
**forward [3]**   14/21 71/15 125/24
**foul [14]**   112/7 112/7 124/9
124/9 132/15 132/15 132/18
132/18 132/22 132/22 132/24
133/1 133/3 133/5
**found [11]**   8/17 9/5 11/21 15/7
15/9 15/9 28/19 37/11 37/13
37/16 103/9
**foundational [2]**   6/23 6/24
**four [10]**   30/14 30/17 39/12
66/1 104/20 105/8 106/6 115/10
121/9 136/1
**fourth [2]**   1/16 38/23
**framework [1]**   81/16
**free [4]**   13/11 93/20 138/6
138/9
**frequency [3]**   98/12 98/16
99/25
**frequently [1]**   53/19
**fresh [1]**   101/1
**freshman [5]**   106/17 116/16
116/18 116/20 128/11
**freshman/sophomore [1]**   116/20
**Friday [2]**   103/17 109/10
**friends [5]**   78/12 129/9 131/14
141/1 141/3
**friendship [1]**   78/18
**frightening [1]**   71/14
**fringe [1]**   73/16
**front [7]**   21/22 22/4 22/8
22/20 48/11 50/11 65/15
**full [9]**   15/12 16/24 30/11
31/12 38/23 41/2 73/19 85/15
116/20
**fully [2]**   26/7 35/4
**function [1]**   94/6
**fundamentally [1]**   89/6
**further [10]**   14/16 32/20 32/22
41/25 51/18 55/4 58/20 64/15
122/19 125/2
**future [1]**   89/21

**G**

**gained [1]**   95/8
**game [9]**   97/17 99/23 113/20
115/19 124/2 135/1 135/2
135/18 137/4
**games [6]**   123/24 123/24 124/2
124/2 124/2 124/12
**gauge [1]**   84/9
**gave [4]**   17/8 37/2 96/18 112/2
**gender [1]**   37/7
**general [8]**   2/5 69/7 69/20
71/2 72/8 74/14 75/13 126/24
**generally [4]**   10/22 71/7 75/5
75/25
**generate [10]**   5/3 5/21 21/10
21/17 28/7 28/17 28/18 28/20
36/1 41/1
**generated [3]**   27/17 27/21
31/13
**generating [1]**   29/8

**G**

genetic [2]   15/8 35/24
genetics [1]   6/14
gentlemen [9]   4/14 20/17 33/7
38/10 39/10 42/6 42/17 43/15
49/11
George [1]   6/15
get [25]   9/14 16/10 28/25
34/15 34/24 35/2 35/13 41/2
45/25 51/6 59/1 69/13 76/25
81/16 87/8 99/23 102/14 104/17
109/3 120/20 122/1 128/2 129/8
132/6 132/12
gets [1]   57/5
getting [2]   94/19 97/5
GILBERTO [1]   1/15
gilberto.guerrero [1]   1/18
girlfriend [1]   113/4
give [25]   7/7 17/17 18/12
23/24 23/24 24/3 41/15 43/24
44/21 45/16 54/19 54/23 56/20
58/16 60/18 62/14 71/5 73/4
94/24 96/6 96/13 96/15 118/6
138/1 140/6
given [6]   7/13 58/7 72/10
91/20 125/17 142/14
gives [3]   70/8 70/23 70/24
giving [2]   58/18 92/8
glass [1]   140/6
go [47]   6/21 12/16 12/17 14/21
15/18 17/23 27/4 31/11 34/5
36/21 38/21 39/19 43/4 45/7
63/5 63/13 64/1 65/1 65/4
65/22 66/4 66/13 68/8 70/6
80/22 89/4 100/10 102/24
104/15 107/12 107/25 109/1
109/3 109/4 110/23 118/1
119/15 119/16 119/25 127/16
129/16 133/21 134/19 134/24
134/25 135/20 140/15
goal [1]   137/1
Godward [1]   2/1
goes [17]   12/23 16/9 16/11
62/6 63/15 63/16 66/15 66/22
67/1 67/12 68/13 69/7 72/3
75/20 76/7 93/19 134/24
going [67]   17/18 18/2 18/7
18/13 18/15 19/4 19/19 19/20
20/3 20/7 20/12 31/25 51/10
51/25 52/6 57/25 61/22 61/24
63/4 64/1 65/8 65/23 66/10
66/13 68/8 77/18 81/23 82/15
90/1 90/3 90/10 90/11 90/11
90/13 90/14 91/2 93/4 93/22
95/24 98/4 98/14 98/14 99/3
100/20 103/12 105/10 108/8
109/10 111/14 112/13 112/19
113/12 114/17 119/19 119/19
119/22 131/2 131/5 132/9
132/17 133/2 135/11 135/17
135/19 135/19 137/3 140/1
golf [2]   67/25 69/8
gone [1]   120/22
good [32]   4/13 4/14 4/14 33/3
33/4 42/14 42/15 51/22 51/23
83/18 100/19 100/20 102/3
102/4 102/7 111/20 111/24
116/6 116/7 118/19 122/12
122/14 126/7 126/8 126/9
128/23 130/22 130/24 131/14
138/20 141/3 142/17

got [25]   16/23 16/24 16/24
41/7 74/1 86/12 87/6 87/9
87/22 102/13 102/14 103/3
103/11 103/15 103/19 104/6
105/8 108/21 112/13 120/17
124/6 130/16 135/11 138/2
141/1
gotten [2]   19/15 130/18
Government [55]   1/4 1/13 3/4
4/3 4/6 17/17 18/15 18/23
21/20 22/9 22/12 47/18 48/9
49/3 49/8 66/11 66/20 68/19
69/11 69/17 70/19 72/15 72/16
72/18 73/6 73/10 73/13 73/15
74/11 74/18 76/2 76/5 77/17
77/23 78/1 79/1 80/17 82/6
83/9 83/21 85/3 85/13 86/14
87/23 88/17 89/6 90/22 92/5
93/1 93/20 95/3 97/4 100/22
101/13 101/15
Government's [15]   59/10 59/17
62/23 64/13 64/15 69/22 70/3
73/18 83/17 88/23 94/2 98/24
100/23 101/11 101/12
grade [9]   115/13 115/13 115/16
118/24 119/18 128/6 128/7
128/7 128/8
grades [1]   106/14
graduate [2]   6/14 127/19
graduated [1]   117/6
gram [1]   54/19
Grand [5]   59/23 61/17 61/18
62/1 62/5
grant [2]   76/18 83/14
graph [1]   38/9
great [3]   76/22 107/5 115/7
greater [2]   88/11 96/20
greatness [2]   115/20 124/23
Greenberger [3]   24/15 29/24
39/22
grew [3]   42/23 42/24 128/9
ground [1]   67/23
group [1]   104/2
grow [3]   92/16 102/21 127/14
growing [1]   78/12
growth [17]   66/5 67/3 67/6
67/18 68/3 68/7 69/6 69/13
69/15 70/5 70/17 74/13 75/6
75/18 75/24 76/3 93/10
GUERRERO [1]   1/15
guess [13]   55/10 57/9 65/3
73/6 86/3 89/16 99/4 99/5
106/24 130/5 131/5 133/10
136/11
guessing [1]   131/20
guilty [2]   66/8 74/3
guy [4]   67/23 124/7 124/23
131/18
guys [5]   87/9 112/2 128/21
135/11 141/23

**H**

H-O [1]   102/12
H-O-W-E-Y [1]   102/16
habitual [1]   88/12
had [89]   5/18 9/3 13/25 14/2
17/5 18/2 19/1 29/16 29/22
32/2 35/7 36/21 37/13 44/18
60/7 60/16 60/16 60/20 60/22
64/1 66/24 67/22 67/23 68/1
68/2 68/23 70/20 72/4 72/11

95/5 75/4 77/20
77/24 78/5 78/15 78/20 80/6
80/18 80/23 80/25 81/7 85/19
86/8 86/10 86/16 86/25 87/2
87/3 87/8 88/21 91/6 96/12
97/21 107/20 107/22 113/4
115/13 115/16 118/18 118/24
120/20 122/12 122/14 122/25
123/1 123/17 123/21 123/24
125/16 129/25 130/3 130/17
130/18 130/23 131/24 131/24
133/9 135/17 135/22 135/23
136/11 136/12 136/13 137/15
140/19 140/22 140/22
half [2]   71/6 121/9
hand [3]   22/1 27/4 50/2
handed [1]   33/11
handing [1]   132/11
handle [1]   19/14
hands [1]   35/12
hang [1]   120/15
happen [1]   124/3
happened [3]   17/23 71/10
125/15
happening [2]   121/14 121/17
happens [2]   91/14 93/14
hard [15]   84/16 84/21 84/22
87/20 88/9 89/9 90/16 90/23
119/20 122/10 131/13 135/21
136/17 138/24 142/3
harder [5]   123/19 123/20
124/15 130/3 136/17
HARDIN [8]   1/20 1/21 56/20
57/3 70/25 72/19 82/18 98/6
Hardin's [1]   68/25
has [56]   5/25 6/2 8/15 9/19
14/22 15/6 15/7 16/1 17/19
19/24 21/20 48/20 50/23 54/20
57/16 59/23 61/21 61/21 61/25
65/15 68/13 70/20 70/25 72/5
72/10 78/7 78/8 78/9 78/10
79/12 79/19 80/3 80/24 81/25
85/13 86/13 87/19 88/12 88/12
88/17 89/2 89/19 90/15 90/25
91/5 92/25 94/14 96/14 96/17
97/4 98/3 98/5 101/15 107/10
141/10 141/24
hasn't [2]   88/19 91/6
have [208]
haven't [7]   60/22 74/14 75/13
76/13 83/19 91/6 91/12
having [20]   4/9 18/15 18/18
25/8 42/10 61/9 72/18 73/7
73/9 77/21 78/13 79/25 83/2
83/3 84/16 84/21 95/8 101/22
126/3 142/16
he [375]
he'd [3]   109/10 111/3 112/5
He'll [1]   125/19
he's [24]   15/23 16/12 66/22
68/2 69/4 69/20 75/11 75/15
75/17 75/24 80/13 80/13 85/21
92/24 96/13 96/14 114/9 117/16
125/1 125/15 133/12 136/8
137/3 141/13
head [3]   25/17 26/1 93/10
health [4]   58/19 72/11 89/10
89/20
hear [4]   41/17 98/4 117/25
118/1
heard [6]   15/6 15/7 47/12
60/20 93/12 98/4

**H**

**hearing [2]**   77/2 77/6
**hearsay [1]**   59/20
**heart**   66/15
**heights [1]**   38/13
**held [2]**   6/19 107/11
**help [3]**   47/1 54/22 66/9
**helped [2]**   77/15 79/19
**helpful [1]**   19/8
**helpfully [1]**   34/12
**hence [1]**   21/1
**her [8]**   21/16 55/11 56/13
56/18 57/13 57/15 103/12
127/25
**here [31]**   8/15 10/7 16/25
20/21 26/1 33/21 34/14 35/19
48/5 50/5 51/10 52/21 54/18
60/12 60/22 61/5 62/2 79/8
80/3 81/10 84/10 85/2 85/13
86/21 95/7 95/12 96/23 104/17
107/7 125/13 130/13
**herein [4]**   4/9 42/10 101/22
126/3
**HGH [9]**   67/17 72/22 73/3 76/6
77/5 77/15 84/22 86/21 87/24
**hide [1]**   71/6
**high [59]**   19/13 42/25 52/23
54/17 85/5 85/11 85/25 90/13
102/22 102/24 103/19 103/20
104/2 105/4 105/5 105/8 105/20
105/22 106/8 106/10 106/11
106/15 106/21 107/2 107/3
107/5 107/10 108/5 108/23
108/23 109/5 109/11 110/19
111/10 111/22 112/1 112/12
112/25 114/5 115/4 116/21
118/10 122/11 123/2 123/3
124/13 124/18 127/16 127/17
128/3 128/10 128/19 128/21
128/23 129/9 129/11 129/13
129/15 130/8
**highs [1]**   105/9
**him [93]**   16/16 19/8 20/1 40/9
40/10 61/16 66/8 67/12 67/13
67/18 69/12 69/12 69/13 69/13
69/14 70/12 70/12 72/4 76/2
77/15 77/21 78/11 79/18 79/19
79/24 80/9 80/21 83/1 83/4
83/11 85/13 86/15 86/17 87/15
91/8 95/8 96/18 97/23 98/9
99/21 107/7 107/8 109/6 109/16
109/24 110/4 110/17 111/17
111/17 112/11 113/4 113/24
114/5 114/21 115/4 115/9
116/13 116/20 117/1 119/23
120/8 120/8 120/15 120/15
120/17 120/20 121/11 121/14
121/17 123/3 123/15 123/17
123/21 123/25 124/11 124/16
124/25 125/17 127/22 128/15
128/18 129/8 129/11 129/24
130/9 131/15 133/21 137/7
138/16 140/6 140/25 141/18
141/23
**himself [5]**   77/10 110/5 111/4
115/18 131/11
**hiring [1]**   105/24
**his [111]**   15/12 15/12 15/16
17/19 19/25 34/20 55/9 61/15
61/23 66/19 67/2 67/11 67/24
70/22 73/19 75/17 75/20 75/21
80/20 80/20 83/3 84/16 85/15
85/24 86/1 86/14 87/1 87/22
87/24 88/13 88/24 89/1 89/2
89/17 89/18 90/15 90/17 92/16
92/16 92/16 95/22 96/1 96/6
97/2 97/7 97/23 98/16 99/13
100/5 107/2 107/3 107/23 108/4
108/6 108/7 108/7 108/11
108/13 110/4 110/8 110/9
111/21 112/5 113/4 113/10
113/13 115/14 123/3 124/17
128/20 129/12 129/19 129/25
130/21 131/8 132/1 135/14
135/15 135/17 135/20 135/20
135/24 135/24 135/24 136/2
136/12 137/9 137/9 137/15
137/16 139/1 140/9 140/9
140/10 140/11 140/15 140/16
140/17 140/17 140/17 140/17
140/20 141/11 141/19 141/25
141/25
**history [2]**   4/25 84/15
**hit [3]**   103/8 103/9 123/21
**hitting [4]**   112/15 112/22
113/2 113/3
**hold [7]**   27/3 43/19 43/20
46/16 50/2 64/14 76/25
**hole [1]**   28/12
**home [3]**   109/3 112/22 117/2
**homework [1]**   109/3
**Honor [69]**   4/3 8/4 8/8 15/4
15/23 16/3 16/8 17/3 17/17
18/3 18/4 18/21 19/10 32/22
33/8 33/16 40/15 41/25 42/5
47/8 47/19 48/2 49/4 49/14
49/18 59/5 59/16 62/22 62/23
62/25 63/20 64/12 65/12 65/14
65/20 65/21 66/6 66/13 68/23
72/8 74/6 74/24 76/20 79/6
80/11 80/15 81/12 83/16 83/23
93/18 95/16 96/23 101/13
101/17 107/16 108/8 109/19
110/1 114/2 114/8 114/11
114/13 116/3 118/2 119/13
122/18 122/19 124/20 125/12
**HONORABLE [1]**   1/10
**hormone [16]**   66/5 67/3 67/6
67/18 68/3 68/7 69/6 69/13
69/15 70/5 70/17 74/13 75/6
75/18 75/25 76/3
**horse [2]**   80/12 80/15
**hot [1]**   113/9
**hotline [1]**   44/20
**hours [4]**   18/24 111/7 135/23
136/2
**house [3]**   2/5 68/5 69/16
**Houston [11]**   1/22 102/22
106/10 126/21 126/22 127/15
127/18 135/11 138/10 141/8
141/9
**how [88]**   4/19 4/22 6/8 6/22
7/7 7/9 7/23 17/1 17/10 18/14
18/18 19/14 19/22 21/8 21/14
26/9 27/12 28/7 28/16 29/8
37/2 37/10 37/10 39/8 41/3
45/2 45/18 45/23 46/10 46/13
48/13 48/20 65/8 72/24 87/13
89/5 94/21 95/5 99/15 102/17
103/2 103/22 103/25 104/19
105/10 105/17 106/2 106/4
106/20 106/22 107/2 107/12
112/23 113/12 113/15 114/22
112/23 123/2 123/17 123/20
123/24 125/1 126/16 126/23
126/25 127/6 127/23 128/3
128/20 130/2 130/16 130/20
131/1 131/18 131/21 133/6
133/15 135/5 135/23 136/6
136/6 138/23 140/8 141/13
**Howard [4]**   104/3 104/4 104/18
104/20
**however [2]**   53/6 95/2
**HOWEY [9]**   3/9 101/18 101/21
102/10 102/11 102/17 115/3
116/6 122/24
**human [14]**   66/5 67/3 67/6
67/18 68/3 68/7 69/6 70/5
70/17 74/13 75/6 75/18 75/24
76/3
**hundred [1]**   37/25
**hundreds [1]**   7/10
**hydroxcobalamin [6]**   52/5 52/8
52/22 54/8 54/17 54/21
**hyphen [1]**   42/20
**hypodermic [1]**   50/4

**I**

**I'd [13]**   21/19 23/13 73/24
74/3 74/5 76/18 77/11 78/23
80/11 85/16 104/24 113/14
118/13
**I'll [25]**   16/10 20/9 25/25
47/15 55/11 56/19 57/2 57/17
57/18 62/19 63/15 64/7 64/22
66/14 96/15 99/9 104/9 104/9
104/17 107/16 108/10 109/1
116/1 119/17 122/18
**I'm [67]**   4/20 7/1 7/18 16/16
17/15 19/12 19/22 20/7 20/12
20/20 22/11 22/11 22/13 23/19
24/13 24/24 26/3 26/3 31/25
34/23 37/23 41/6 44/1 44/16
45/13 47/13 47/24 49/14 51/10
51/25 57/25 60/8 65/22 66/13
66/24 68/8 74/11 78/14 80/12
90/1 90/13 90/14 91/2 93/2
93/4 100/13 103/12 104/7 104/7
105/3 105/9 107/20 107/22
108/8 110/14 113/5 114/13
114/14 114/20 114/21 115/21
122/5 122/14 126/17 126/24
131/5 131/20
**I've [26]**   7/9 7/9 7/13 14/2
33/11 45/3 47/3 51/11 60/7
60/15 60/20 60/22 68/4 68/5
74/16 75/14 78/21 79/21 102/13
104/24 105/8 107/14 110/14
110/15 114/17 142/13
**idea [1]**   80/6
**identification [2]**   49/3 49/8
**identifier [3]**   20/24 23/21
24/3
**identify [9]**   20/20 22/14 23/19
24/24 30/25 55/14 55/17 70/3
100/21
**identity [1]**   24/7
**idolized [1]**   78/11
**illegal [1]**   57/10
**IM [3]**   58/1 58/4 58/19
**imbalance [2]**   62/16 62/17
**impact [3]**   95/5 95/6 137/14
**impeach [1]**   59/19

**I**

impeached [2]   61/10 62/5
impeachment [2]   60/2 61/11
implicating [1]   83/7
imply [1]   82/11
impossible [2]   71/25 114/16
impotent [1]   82/14
impressed [1]   26/8
impression [3]   61/13 71/11 71/11
in 2000 [3]   69/11 70/21 76/2
in 2003 [2]   70/22 76/3
in 2008 [2]   118/7 118/14
in 2009 [1]   5/8
in-patient [1]   45/15
inaccurately [1]   86/19
incentive [2]   78/13 88/11
inches [1]   19/13
incident [1]   112/14
incidents [1]   112/13
inclined [1]   60/18
include [4]   36/12 39/9 41/15 56/7
includes [2]   31/12 72/9
including [1]   15/13
inclusion [3]   37/20 37/21 37/22
inclusionary [2]   37/17 39/3
incoming [1]   31/14
inconclusive [4]   11/22 31/2 40/7 41/12
increase [10]   51/2 95/3 95/11 95/11 95/13 96/2 98/13 98/17 99/24 100/1
increased [2]   88/22 88/22
incredible [1]   72/6
incredibly [1]   70/19
Independent [1]   106/5
indicate [6]   70/7 73/25 78/4 90/5 92/22 96/21
indicated [8]   73/2 73/14 73/23 78/22 79/4 79/21 82/23 83/7
indicating [4]   19/12 19/12 22/3 26/1
indication [1]   57/16
indications [2]   14/22 50/23
indictment [5]   65/15 65/16 65/19 65/25 84/4
indirect [2]   67/13 70/13
individual [8]   11/24 12/7 12/16 23/22 24/7 30/13 30/16 30/21
individual's [2]   29/6 38/11
individuals [4]   11/5 11/12 29/21 91/21
individuals' [1]   29/5
indulgence [3]   32/21 41/24 122/19
infer [4]   81/6 83/5 87/5 89/7
inference [3]   88/14 88/20 98/21
inferences [2]   72/16 83/8
influence [2]   44/10 46/3
influences [1]   75/19
information [29]   16/5 16/7 16/8 24/8 28/24 29/17 30/4 30/17 30/22 31/7 31/8 31/14 37/14 38/15 38/15 39/17 40/7 40/19 40/23 41/4 41/21 41/22 43/24 44/20 44/21 45/16 69/19 73/7 83/2

**I**

initial [1]   70/9
initially [3]   62/4 72/20 73/1
initials [1]   21/1
injectable [5]   46/19 46/23 51/6 52/1 52/13
injection [6]   35/16 58/7 58/8 58/10 58/17 58/19
injections [1]   87/7
innings [2]   136/21 136/24
inserted [1]   26/7
inside [7]   8/21 26/22 26/24 34/13 34/17 35/2 35/15
instance [1]   67/16
Instead [1]   54/17
instilled [1]   114/24
instruct [1]   69/2
instructions [1]   142/13
insufficient [3]   66/6 79/14 82/8
intend [4]   59/6 85/7 92/18 94/2
intent [2]   75/20 75/21
intentionally [2]   71/1 71/7
interesting [1]   100/11
Internal [1]   13/25
interpretation [1]   41/10
interrupt [2]   49/15 61/6
interview [3]   115/11 118/6 119/5
intestinal [2]   51/3 51/5
intoxicated [1]   92/13
intoxication [1]   92/10
intramuscular [2]   58/4 58/7
introduce [4]   42/16 85/8 89/13 89/16
introduced [3]   61/2 61/3 63/9
invades [1]   81/7
investigation [1]   44/9
investigative [1]   57/17
investigator [1]   83/12
investigators [2]   82/3 82/20
involved [1]   81/5
involvement [2]   120/8 121/11
IRS [2]   13/25 14/2
is [476]
ISD [1]   105/4
isolation [1]   78/7
issue [12]   16/9 17/7 18/5 60/7 60/22 62/8 62/21 79/8 81/19 91/1 91/4 114/25
issued [1]   12/19
issues [3]   16/1 73/16 100/11
it [312]
it's [69]   4/23 7/10 7/24 7/24 10/7 11/22 13/6 13/17 17/7 19/18 22/1 22/9 24/2 30/6 32/14 36/19 36/21 39/17 40/6 40/7 40/23 48/9 48/13 49/21 49/22 49/23 50/23 52/8 52/10 53/3 54/11 57/4 57/9 58/11 58/17 59/25 60/21 62/25 63/4 67/2 69/17 71/1 72/12 73/14 74/24 76/11 76/17 77/10 86/17 88/1 88/2 88/22 88/3 88/6 89/6 90/10 90/11 90/11 92/6 97/2 97/16 97/17 100/2 103/23 106/7 122/17 126/22 131/5 133/9
item [49]   11/16 11/19 11/22 11/25 14/9 14/11 14/14 14/22 14/23 14/24 16/15 16/15 20/17 20/19 20/20 20/24 20/25 20/25

**I**

initial [1]   21/25 21/25 22/9 22/10 22/20 22/20 23/3 23/8 23/11 23/20 24/2 24/3 24/4 25/4 26/8 27/12 27/13 27/16 27/16 27/21 28/2 28/15 28/20 29/12 29/12 30/11 34/15 36/20 39/15
items [34]   8/18 10/18 13/1 13/3 13/25 15/5 15/16 15/18 15/19 16/12 16/23 16/25 17/5 20/1 20/11 20/13 21/7 21/15 23/4 23/5 24/6 25/8 25/9 25/10 25/11 25/14 27/25 29/10 31/25 32/1 32/13 32/14 32/17 33/22
its [8]   5/7 7/14 45/25 60/1 73/15 90/6 101/13 101/16
itself [4]   24/9 35/16 94/21 94/21
IV [1]   2/4

**J**

Jacinto [3]   112/4 120/5 123/4
JEREMY [2]   1/20 56/5
jerseys [1]   111/8
Jim [3]   21/13 25/20 34/19
jmonthy [1]   1/24
job [5]   44/5 44/14 45/7 45/20 110/15
Jobe [2]   139/12 139/13
Jobes [1]   139/11
joined [1]   5/1
joining [2]   6/3 6/17
JR [2]   1/14 1/20
judge [8]   1/10 55/12 82/13 86/7 89/4 90/19 91/2 132/23
Judiciary [1]   10/7
July [1]   118/7 119/5
July 13th [1]   119/5
July 8,2008 [1]   118/7
June [1]   134/20
junior [8]   105/9 105/20 112/4 123/4 128/17 129/18 134/10 134/11
juniors [1]   128/21
jurisdiction [1]   92/11
juror [5]   56/2 56/23 56/25 66/7 77/8
jurors [1]   57/21
jury [64]   1/9 4/4 4/5 11/13 21/19 26/5 30/8 39/8 42/1 42/17 43/15 49/11 59/4 59/23 61/17 61/18 62/1 62/5 62/13 63/5 63/10 64/1 65/1 69/2 70/2 72/18 72/24 73/16 78/13 78/14 78/24 79/20 81/6 81/22 81/23 83/5 83/8 83/24 87/5 89/5 89/7 92/3 92/25 94/1 98/3 98/14 98/18 98/21 99/3 100/10 100/18 101/1 102/8 105/1 112/17 121/14 121/17 125/3 126/20 135/15 136/19 137/8 139/13 140/9
jury's [1]   99/18
just [100]   9/22 10/22 15/4 15/14 15/18 16/15 18/5 18/24 21/24 24/22 25/23 26/14 27/7 28/6 31/7 33/5 33/21 34/9 34/17 34/18 34/23 35/18 36/4 37/23 38/6 39/1 40/18 40/23 41/5 47/12 47/22 48/1 51/24 53/21 53/23 54/12 56/20 57/18 59/17 60/1 61/8 61/18 61/25

**J**

**just... [57]**  62/7 62/16 63/8 63/21 63/22 65/1 66/6 66/18 74/14 76/11 79/23 80/3 80/8 81/10 83/19 85/6 85/16 85/17 86/7 89/3 90/4 90/9 92/11 94/16 96/24 97/19 98/20 98/21 98/23 99/2 99/2 99/10 99/10 99/24 100/6 100/25 104/8 105/16 108/6 109/23 111/17 111/19 111/19 112/11 112/17 112/20 114/19 115/5 115/10 116/10 116/15 119/22 120/10 129/2 132/6 136/10 139/18
**justice [1]**  66/2
**justify [2]**  66/7 79/3

**K**

**K's [1]**  29/22
**K-1 [2]**  24/10 39/21
**K-2 [3]**  24/13 24/14 39/21
**K-3 [3]**  24/16 24/17 39/22
**K-4 [2]**  24/18 24/19
**K-5 [2]**  25/4 39/22
**K-U-K-O-S-K-I [1]**  42/20
**Kansas [1]**  102/23
**Katy [3]**  126/19 126/20 141/7
**Keel [3]**  16/19 17/6 17/24 18/25 19/7 19/19 19/20 19/24
**Keel's [2]**  15/20 18/5
**keep [5]**  18/22 71/8 71/9 96/10 102/8
**kick [1]**  61/23
**kid [2]**  113/5 119/21
**kids [5]**  103/23 103/25 109/11 110/6 110/20
**kind [19]**  37/16 43/25 44/3 44/13 71/18 104/12 107/20 107/22 109/24 114/23 130/5 130/11 131/12 131/13 131/24 132/1 136/11 136/22 139/12
**kit [5]**  41/1 52/24 53/1 54/16 54/16
**knew [10]**  80/8 83/10 86/12 86/15 87/12 115/20 127/22 127/24 129/11 140/25
**know [81]**  12/6 14/4 14/7 18/2 19/9 19/24 21/11 24/6 30/11 31/5 38/1 38/13 39/13 41/1 45/17 45/23 45/24 45/25 46/1 46/13 48/22 50/22 55/8 55/10 56/14 60/5 60/21 61/7 65/14 68/4 68/4 70/15 73/14 74/15 75/8 80/17 81/12 82/15 87/5 87/6 87/9 88/9 89/9 91/25 93/13 94/20 94/25 94/25 95/12 96/3 96/4 97/1 97/8 99/5 106/8 107/3 107/8 108/16 109/10 109/11 109/13 109/13 111/4 111/6 111/23 111/24 113/9 115/10 119/22 122/12 122/12 124/24 127/21 128/14 129/8 129/12 130/5 132/11 136/9 136/9 137/12
**knowledge [8]**  15/16 15/21 46/5 46/7 46/10 70/16 75/5 123/11
**known [18]**  5/22 8/19 11/20 12/7 12/7 18/15 18/16 23/21 29/11 29/23 30/16 37/17 48/24 64/1 69/23 82/24 92/25 142/2
**knowns [1]**  29/1

**knows [4]**  1/9 69/23 70/7 75/18
**Kronish [1]**  2/1
**KUKOSKI [3]**  3/6 42/9 42/19

**L**

**LA [1]**  139/14
**lab [15]**  5/16 6/21 12/10 12/13 13/2 13/3 13/16 16/21 19/6 20/6 23/23 32/5 32/16 36/21 37/21
**labeled [2]**  22/12 25/3
**laboratories [2]**  12/11 13/7
**laboratory [14]**  4/21 5/2 5/3 5/25 10/19 20/21 22/14 23/3 23/11 23/20 24/2 24/25 44/2 45/23
**labs [4]**  13/16 13/18 13/20 19/24
**lack [4]**  94/11 94/11 98/7 99/14
**ladies [9]**  4/14 20/17 33/7 38/9 39/10 42/6 42/16 43/14 49/11
**laps [1]**  132/13
**large [1]**  131/9
**last [18]**  4/16 4/18 17/4 18/23 18/25 19/8 42/20 55/21 56/2 62/23 74/15 80/1 84/8 84/11 89/10 102/11 102/15 126/13
**late [1]**  111/6
**later [7]**  67/24 68/13 115/8 122/24 129/9 129/10 140/7
**law [7]**  1/1 66/18 67/8 68/11 76/24 77/7 84/13
**lawyer [2]**  83/3 83/3
**lay [2]**  94/24 99/20
**lead [2]**  71/10 78/4
**league [2]**  121/6 121/22
**leagues [9]**  103/5 103/6 120/18 120/23 121/4 138/4 138/4 138/5 138/6
**Leah [1]**  21/16
**learn [2]**  58/15 113/24
**learning [1]**  71/9
**least [7]**  56/24 60/14 60/21 60/21 72/20 81/18 99/22
**least maybe [1]**  60/21
**leave [4]**  36/15 36/16 56/19 57/2
**leaving [1]**  29/25
**lectured [1]**  7/11
**lectures [1]**  7/13
**Lee [3]**  105/5 126/2 126/12
**left [9]**  35/11 36/20 78/3 114/5 115/3 132/9 132/10 133/2 133/3
**legal [1]**  81/15
**legs [1]**  113/6
**let [47]**  9/24 13/10 13/22 14/9 20/15 21/3 23/4 23/23 24/5 28/25 31/9 33/5 33/21 36/4 37/24 40/18 44/4 45/7 46/19 47/3 47/18 48/1 49/2 49/7 50/7 62/7 64/22 76/25 83/16 84/19 85/6 90/2 90/8 90/13 90/15 96/6 97/19 102/13 102/14 108/21 109/23 112/23 116/10 119/25 121/22 122/11 127/25 let's [16]  4/4 20/11 27/7 28/1 28/9 30/12 34/5 39/13 65/11 68/8 83/24 100/10 100/10 105/1

**letter [1]**  20/23
**letters [1]**  49/21
**letting [1]**  96/24
**level [7]**  41/2 87/21 87/24 89/17 89/24 89/25 98/16
**levels [3]**  51/9 97/15 128/23
**license [2]**  43/19 43/20
**licensed [1]**  51/16
**lie [1]**  77/9
**lied [1]**  78/14
**life [6]**  67/22 85/15 89/2 135/14 142/3 142/5
**lifter [1]**  136/10
**lifting [1]**  139/4
**light [8]**  49/22 69/10 70/18 72/15 73/10 76/1 76/5 78/25
**light-sensitive [1]**  49/22
**lights [1]**  110/20
**like [38]**  9/13 17/2 21/19 23/13 26/8 51/24 56/23 56/25 58/18 61/24 80/11 85/25 87/7 90/4 95/23 97/6 97/10 100/13 107/1 107/24 110/16 110/18 112/8 113/16 114/18 115/12 123/23 124/24 128/7 133/12 133/19 135/15 136/8 136/10 137/7 140/5 141/23 142/6
**likely [3]**  30/24 76/11 88/6
**limine [1]**  84/9
**limit [1]**  90/6
**limited [27]**  11/21 11/23 14/21 16/5 28/19 28/22 29/16 29/17 29/18 30/4 30/6 30/20 31/1 31/6 38/16 39/17 40/6 40/21 40/24 40/25 41/7 41/8 41/21 53/4 59/18 75/8 120/9
**line [14]**  35/22 67/11 132/25 133/3
**Lines [1]**  59/18
**lip [2]**  36/13 40/2
**lips [1]**  28/5
**liquid [10]**  9/8 34/25 48/17 48/24 49/23 50/2 50/19 50/20 50/21 56/7
**Lisa [3]**  2/9 143/2 143/9
**Listen [1]**  108/11
**lists [1]**  48/22
**Lite [3]**  23/1 23/12 30/1
**literal [1]**  68/24
**literally [2]**  67/23 112/7
**literature [1]**  47/23
**little [11]**  7/7 25/12 44/15 49/21 56/20 97/14 104/8 117/24 132/3 132/7 135/8
**live [2]**  102/19 126/18
**LLP [1]**  2/1
**load [1]**  82/7
**loaf [1]**  71/6
**located [5]**  10/6 10/7 10/16 28/12 32/6
**location [1]**  39/16
**locations [1]**  38/16
**long [14]**  4/22 45/2 47/7 48/20 65/8 84/15 87/20 88/12 89/20 100/13 106/4 109/8 126/25 139/4
**longer [1]**  89/10
**Longmire [2]**  20/12 23/13
**look [19]**  8/17 11/5 14/10 14/12 14/15 22/16 22/23 24/20 38/18 45/24 47/22 49/9 62/7

**L**

**look...** [6] 97/6 97/10 112/11 113/7 119/3 141/15
**looked** [4] 16/23 36/18 48/21 99/15
**looking** [12] 8/14 22/11 35/10 35/14 35/19 37/10 48/22 67/23 74/11 85/15 109/11 122/1
**looks** [1] 26/8
**loop** [2] 78/3 79/24
**Lori** [1] 21/16
**loss** [1] 130/6
**lost** [2] 120/17 120/19
**lot** [37] 15/14 15/14 15/19 19/21 53/8 60/11 80/21 87/9 95/4 119/10 119/21 124/15 130/3 131/14 131/22 132/2 132/8 132/9 132/12 132/12 132/13 132/14 132/15 133/16 133/17 133/24 136/16 138/16 138/17 139/4 139/4 139/5 139/6 139/7 139/7 139/23 140/21
**lots** [1] 110/20
**loud** [1] 4/15
**low** [5] 41/2 51/9 97/15 97/15 111/23
**lower** [3] 34/6 38/5 38/6
**loyalty** [1] 78/18
**Lubbock** [6] 102/25 103/1 118/6 118/14 118/15 118/20
**lying** [1] 85/13
**LYNNE** [2] 42/9 42/19

**M**

**M-O-R-R-I-S** [1] 42/20
**ma'am** [1] 53/7
**mad** [1] 107/8
**made** [13] 9/6 27/20 30/3 59/12 61/9 77/14 77/21 80/16 80/19 82/2 84/3 90/24 135/17
**mail** [1] 107/15
**mail.house.gov** [1] 2/7
**mainly** [1] 7/13
**maintain** [9] 32/14 81/12 87/24 89/10 90/17 122/4 122/6 122/8 136/15
**maintained** [2] 88/13 89/20
**maintaining** [4] 32/12 84/16 94/16 140/10
**maintains** [1] 89/2
**major** [5] 120/18 120/23 121/4 138/4 138/5
**majority** [3] 5/25 13/7 36/22
**majors** [1] 115/9
**make** [25] 5/22 8/18 11/11 12/20 12/22 12/24 18/1 20/6 28/24 30/6 31/3 31/4 37/20 37/23 39/13 47/3 56/13 72/20 81/23 95/20 100/12 100/14 107/8 109/17 139/19
**makes** [5] 11/4 69/2 71/19 82/18 114/16
**makeup** [1] 124/17
**making** [6] 61/1 61/3 75/12 75/21 99/13 140/16
**malabsorption** [1] 51/4
**malady** [1] 54/10
**Mall** [1] 2/2
**man** [7] 16/22 44/20 67/21 69/8 71/18 102/17 126/16
**manager** [1] 126/24

**Manella** [5] 34/5 36/3 38/21 39/20 66/11
**manifest** [2] 94/21 94/21
**manner** [1] 18/8
**manuals** [1] 19/13
**many** [23] 6/8 7/9 7/23 37/2 37/10 37/11 50/23 68/4 80/20 94/6 103/2 103/25 104/19 105/10 105/17 106/20 106/22 123/12 123/24 131/1 133/15 135/23 140/19
**marginally** [2] 88/1 88/2
**mark** [4] 47/18 48/1 133/1 133/3
**marked** [5] 33/12 49/2 49/7 59/17 62/24
**markers** [5] 37/4 37/7 37/9 37/13 38/5 40/20 40/24 41/11 41/13
**Married** [1] 127/2
**Mason** [1] 6/16
**mass** [1] 96/17
**Massachusetts** [4] 43/5 43/7 43/9 43/21
**master** [1] 69/16
**match** [7] 11/18 28/24 30/6 30/20 31/3 35/25 36/2
**matches** [1] 37/2 38/4 41/20
**matching** [1] 38/17
**material** [5] 14/24 15/8 16/14 35/1 35/15
**materials** [1] 19/13
**mathematics** [1] 6/12
**mattanasio** [1] 2/3
**matter** [11] 31/19 66/18 67/8 68/11 76/24 77/7 84/5 119/4 119/5 131/12 143/4
**may** [26] 1/5 11/24 33/8 34/9 36/13 38/14 39/11 41/2 45/19 47/8 48/2 49/4 49/15 56/16 59/8 62/14 62/25 65/12 71/3 74/6 78/12 86/9 101/16 114/11 118/1 132/21
**maybe** [10] 60/10 60/21 66/9 77/22 88/10 95/17 129/3 131/20 136/23 137/6
**McKinney** [1] 1/21
**McNamee** [37] 15/10 15/11 24/19 30/2 30/3 40/5 41/13 41/15 41/18 41/19 41/19 41/20 59/12 66/5 67/3 67/5 67/17 69/6 69/12 69/15 70/4 70/16 70/21 73/20 76/1 85/20 86/8 86/10 86/13 86/15 86/15 86/25 87/12 87/15 91/20 96/17 101/5
**McNamee's** [1] 95/25
**me** [81] 9/24 13/10 13/22 14/9 15/20 17/22 18/1 19/8 19/23 20/15 20/23 21/3 22/8 23/4 23/23 24/5 25/16 28/25 31/9 33/5 33/21 34/12 36/4 36/8 37/24 40/18 43/23 44/4 45/7 46/19 47/1 47/3 47/9 47/18 48/1 49/2 49/7 50/7 53/11 62/7 62/20 64/9 67/14 68/15 70/13 73/17 76/22 76/25 80/7 82/22 82/23 83/16 84/18 85/6 91/14 96/6 97/19 98/10 99/1 99/1 99/13 100/12 102/13 105/17 107/25 108/21 109/23 112/22 112/23 113/3 113/11 113/14

**McDermott** [1] 121/22 122/11 127/25 131/15 131/17 139/2
**mean** [34] 14/13 16/20 18/11 19/24 27/18 30/8 30/9 30/19 49/14 51/13 54/15 61/6 61/9 72/5 73/6 87/6 91/12 93/22 100/4 108/19 108/22 115/17 115/18 119/18 119/21 122/3 122/15 124/2 124/17 124/23 131/10 134/21 136/16 140/15
**means** [6] 20/25 51/14 55/10 58/9 109/1 130/4
**meant** [4] 41/9 82/11 100/7 139/19
**measure** [1] 85/23
**mechanical** [1] 2/20
**media** [2] 142/16 142/16
**medicine** [1] 46/3
**medicines** [1] 45/19
**meet** [1] 18/13
**memories** [1] 108/3
**memory** [6] 59/22 61/13 61/19 122/13 122/14 128/15
**men** [2] 72/11 131/9
**mental** [1] 124/17
**mention** [1] 62/4
**mentioned** [5] 21/3 27/10 53/21 61/16 123/4
**merely** [2] 69/2 85/7
**met** [3] 86/15 116/8 141/23
**metabolism** [1] 140/22
**method** [2] 55/9 58/2
**mic** [1] 117/25
**MICHAEL** [3] 2/1 126/2 126/12
**microgram** [1] 54/18
**microphone** [1] 102/6
**mid** [1] 111/23
**mid-80s** [1] 111/23
**middle** [2] 33/23 109/13
**Midland** [7] 102/20 105/4 105/4 105/5 105/5 106/2 106/5
**might** [7] 13/23 16/14 34/25 35/1 35/15 41/19 60/18
**MIKE** [1] 3/10
**mile** [2] 133/19 133/21
**Miller** [3] 23/1 23/12 30/1
**million** [1] 38/1
**Milwaukee** [2] 138/8 138/9
**mind** [8] 61/15 91/1 101/1 108/6 115/14 118/23 135/17 140/20
**minimum** [2] 69/17 137/5
**minor** [5] 103/4 103/6 121/6 121/22 138/3
**minute** [3] 108/21 128/5 134/1
**minutes** [8] 59/1 65/2 65/10 80/18 80/19 81/3 82/2 125/20
**misheard** [6] 77/3 77/10 77/22 79/10 79/12 79/25
**mislead** [1] 75/21
**misleading** [8] 69/2 70/11 70/14 70/19 71/1 71/7 76/7 76/17
**mispronouncing** [2] 51/25 52/7
**misremembered** [1] 77/3
**miss** [1] 47/5
**missing** [2] 7/14 35/2
**misspoke** [1] 22/11
**misstates** [1] 86/19
**mistake** [1] 100/14
**misunderstood** [1] 34/10

Case 1:10-cr-00223-RBW Document 294 Filed 06/19/12 Page 158 of 169

**M**

**misuse [1]** 89/5
**Mitchell [7]** 80/7 80/9 81/2
82/19 82/25 83/1 83/11
**Mitchell's [3]** 71/11 82/3
82/20
**mitigate [1]** 78/15
**mitochondrial [8]** 4/20 5/2 5/5
5/7 5/9 5/12 6/6 7/19
**mock [1]** 12/18
**model [1]** 107/11
**moment [2]** 27/7 39/11
**months [3]** 7/3 12/19 94/17
**MONTHY [1]** 1/20
**moot [1]** 6/25
**more [27]** 9/22 14/10 17/20
19/21 52/20 60/19 62/1 62/14
64/3 68/25 69/18 71/2 73/5
73/8 78/22 80/12 109/2 115/4
130/3 130/18 130/18 130/19
130/19 137/6 139/7 139/23
140/21
**morning [2]** 125/11 126/7
**MORRIS [3]** 3/6 42/9 42/19
**MORRIS-KUKOSKI [3]** 3/6 42/9
42/19
**mortem [1]** 44/9
**most [11]** 13/6 35/13 36/12
69/10 70/18 72/15 73/10 76/1
76/5 78/25 131/9
**mother [3]** 5/13 5/14 38/12
**motion [16]** 18/9 18/22 18/24
19/3 65/5 65/7 65/24 65/24
73/11 76/18 77/12 77/13 78/24
84/3 84/8 84/9
**mouth [6]** 25/19 28/4 28/11
36/5 36/11 36/17
**move [10]** 33/16 59/6 64/13
64/20 74/6 76/20 81/13 100/20
100/22 122/18
**moved [2]** 115/9 136/22
**Mr [141]** 4/19 8/5 15/9 15/10
15/11 15/15 16/19 17/6 17/24
18/5 19/7 19/11 19/16 19/24
20/11 24/19 25/2 29/24 30/2
30/3 33/3 33/11 40/3 40/11
40/18 41/13 41/14 41/15 41/18
41/18 41/19 41/20 56/6 57/3
59/11 59/12 61/15 62/4 62/24
63/1 63/19 63/23 64/3 64/9
66/5 67/3 67/6 67/17 68/25
69/2 69/5 69/11 69/15 69/16
70/4 70/16 70/20 70/21 70/25
72/9 72/19 73/20 75/5 75/16
75/25 76/4 76/6 76/21 77/2
77/7 77/9 77/14 77/20 77/21
77/22 78/10 78/10 78/14 78/18
79/10 79/11 79/15 79/17 79/18
80/5 80/18 80/24 80/25 81/1
82/3 82/18 83/2 83/10 83/17
84/15 85/8 85/20 86/8 86/10
86/12 86/13 86/25 86/25 87/2
87/12 87/12 87/14 87/15 88/21
90/25 91/8 91/18 91/20 91/20
92/4 94/14 95/1 95/14 95/25
96/7 96/17 96/21 97/21 98/6
98/11 101/4 101/5 102/11
102/17 115/3 116/6 116/10
122/12 122/24 126/13 128/4
128/6 128/12 129/18 129/19
133/25

**Mr. [27]** 12/13 19/7 19/14
21/13 24/12 24/17 25/20 29/24
29/24 40/19 51/24 55/19 56/16
56/20 56/21 56/25 59/17 59/19
59/22 63/23 63/25 76/23 79/11
92/24 97/8 97/25 101/18
**Mr. Attanasio [2]** 40/19 76/23
**Mr. Boos [1]** 92/24
**Mr. Clemens's [1]** 97/25
**Mr. Corso [2]** 59/17 59/19
**Mr. Corso's [1]** 59/22
**Mr. Cummings [1]** 79/11
**Mr. Durham [3]** 51/24 63/23
63/25
**Mr. Emery [2]** 24/17 29/24
**Mr. Hardin [1]** 56/20
**Mr. Jim [2]** 21/13 25/20
**Mr. Keel [1]** 19/19
**Mr. Keel's [1]** 15/20
**Mr. Pokorak [1]** 19/4
**Mr. Price [4]** 55/19 56/16
56/21 56/25
**Mr. Todd [1]** 101/18
**Mr. Tommy [1]** 97/8
**Mr. Ward [2]** 24/12 29/24
**Ms [9]** 21/16 21/16 29/24 34/5
36/3 38/21 39/20 51/8 66/11
**Ms. [1]** 24/15
**Ms. Greenberger [1]** 24/15
**much [27]** 7/7 21/8 21/14 27/12
28/7 28/16 29/8 53/24 56/23
56/25 57/6 68/25 82/22 109/17
112/6 112/9 123/20 130/3
130/18 130/18 130/18 130/19
131/18 131/21 133/6 133/22
137/15
**multi [2]** 133/19 133/21
**multi-mile [2]** 133/19 133/21
**multiple [1]** 14/22
**muscles [1]** 136/9
**muscular [1]** 94/12
**must [1]** 12/16
**muster [1]** 64/12
**my [42]** 4/17 4/17 4/18 5/20
5/23 8/15 8/16 23/20 24/25
31/13 31/18 32/19 33/15 38/11
42/19 42/20 43/12 43/12 44/17
44/23 60/24 61/13 62/12 65/9
74/20 84/13 84/18 90/7 102/10
103/11 103/15 104/17 107/15
108/6 110/15 113/6 113/6
115/12 130/17 138/5 140/20
142/11
**myself [2]** 9/2 131/13

**N**

**name [16]** 4/15 4/17 4/17 4/18
21/16 42/17 42/19 42/20 48/24
53/7 102/8 102/10 102/11
102/15 126/11 126/13
**names [1]** 4/16
**narrative [1]** 109/20
**narrow [2]** 19/2 70/2
**national [2]** 7/14 134/1
**nature [4]** 5/15 18/17 73/7
74/16
**Navy [1]** 45/14
**near [2]** 10/15 36/6
**necessarily [3]** 61/7 73/4
119/1
**necessary [1]** 5/24
**neck [2]** 8/16 9/13

**need [13]** 8/4 8/16 22/9 45/11 45/17
51/1 51/3 51/16 65/16 76/21
82/16 89/23 95/9 96/4 118/1
**needed [3]** 5/19 19/21 87/8
**needle [2]** 27/4 50/4
**needs [1]** 132/6
**neighborhood [1]** 109/12
**nerd [1]** 109/25
**neuromuscular [1]** 51/8
**never [24]** 7/9 14/2 19/15
60/23 66/16 66/24 67/12 67/13
69/6 69/8 69/11 69/14 70/11
70/12 74/16 75/14 85/14 85/15
88/5 88/6 96/7 114/17 120/19
136/8
**new [6]** 6/13 23/24 42/17 55/2
77/3 139/12
**news [1]** 71/4
**next [10]** 27/9 39/19 42/7
50/15 50/16 50/17 59/16 125/5
125/7 131/4
**nice [1]** 49/23
**nickname [1]** 112/1
**night [10]** 17/4 18/23 18/25
19/8 84/8 84/11 109/9 109/10
110/18 111/5
**nine [8]** 37/7 37/9 37/13 37/15
37/24 38/4 107/14 136/21
**no [92]** 1/4 8/8 12/11 13/17
14/5 14/20 15/9 15/19 26/24
27/16 27/20 27/20 30/3 30/21
31/4 32/22 33/18 35/17 37/6
41/25 42/2 42/3 47/5 47/12
47/22 49/1 49/18 57/1 57/16
58/15 58/21 59/14 59/15 64/11
64/14 65/16 67/8 73/1 74/13
74/23 75/12 76/14 80/3 80/6
80/8 81/24 86/7 86/7 92/5
93/16 93/18 94/12 95/11 96/10
96/11 98/8 98/18 99/24 107/6
107/6 107/8 107/13 110/11
114/7 115/7 116/9 119/14
119/17 120/2 120/14 120/16
120/20 121/13 121/16 121/19
121/21 122/19 124/13 124/17
125/2 125/4 129/10 135/19
137/22 140/4 141/12 141/14
141/17 141/22 142/1 142/4
142/8
**Nobody [1]** 115/20
**non [1]** 59/20
**non-hearsay [1]** 59/20
**none [2]** 74/20 124/25
**nonetheless [2]** 84/22 90/23
**north [1]** 127/17
**Northern [2]** 6/5 10/15
**not [141]** 4/3 7/10 9/9 9/11
9/18 15/8 15/24 16/12 17/15
17/24 18/14 18/16 19/25 20/6
22/10 26/3 26/24 27/16 28/24
30/5 31/1 34/17 35/6 35/17
36/1 36/19 37/16 37/19 38/5
38/6 38/13 38/14 38/17 39/2
39/20 40/3 41/2 47/14 47/24
47/24 52/1 52/10 52/17 53/6
53/7 53/12 54/2 55/18 56/7
56/23 57/22 59/5 59/7 60/8
61/2 61/7 61/16 62/4 63/13
66/14 66/18 67/6 67/11 67/19
68/10 68/13 70/2 70/5 70/23
71/12 72/3 73/15 73/19 74/23
76/17 77/8 77/17 78/14 79/7

**N**

**not...** [62] 79/9 79/15 80/12
80/13 80/21 80/21 80/24 80/25
81/16 81/23 83/14 84/18 85/15
86/2 87/3 87/6 88/9 90/13
90/14 91/2 91/21 92/8 92/9
93/4 93/19 93/22 94/8 94/13
94/15 95/8 96/5 96/14 96/24
98/4 98/13 103/23 107/20
113/18 114/13 114/14 114/19
114/20 114/25 115/6 116/8
122/13 122/14 122/17 125/10
128/14 129/14 130/24 132/21
133/22 134/2 136/2 136/22
137/18 137/22 138/19 142/14
142/15
**not asking** [1] 107/20
**noted** [1] 22/15
**notes** [3] 26/9 31/11 31/17
**nothing** [8] 15/7 16/25 17/20
17/21 51/18 55/4 71/2 75/18
**notice** [11] 16/11 17/7 17/7
17/14 18/7 97/1 97/6 124/3
125/10 125/13 125/17
**noticeable** [1] 97/24
**notified** [1] 81/1
**now** [51] 6/10 13/6 18/18 18/19
19/19 22/23 34/9 35/18 43/25
44/25 45/7 49/2 52/23 59/1
61/15 61/19 61/22 65/11 68/2
74/5 81/11 83/19 89/15 91/23
92/6 93/2 97/4 97/13 98/2
101/15 104/24 105/3 105/17
106/2 106/7 106/20 107/14
119/3 129/4 129/24 130/23
131/7 132/21 134/24 137/8
137/23 140/1 141/5 141/7 141/9
141/13
**nuclear** [5] 5/6 5/10 5/13 6/6
11/2
**number** [53] 13/18 15/24 15/25
17/6 17/6 20/21 20/22 22/14
23/2 23/11 23/20 23/24 24/25
25/3 25/4 30/13 30/16 30/19
30/20 30/20 30/23 37/3 38/1
38/10 38/10 39/11 39/12 39/14
39/17 40/1 41/5 47/18 49/3
49/8 59/10 66/4 67/10 68/14
68/20 74/7 76/19 76/21 80/2
80/2 80/16 82/18 87/7 100/23
136/20 140/11 140/15 140/16
140/20
**numbers** [4] 25/8 25/9 30/17
39/12
**numerical** [1] 20/22
**NW** [2] 1/16 2/10

**O**

**o'clock** [4] 111/6 142/12
142/12 142/17
**O'Leary** [3] 21/14 25/21 34/19
**object** [7] 55/25 93/22 97/10
99/17 107/16 108/8 125/11
**objected** [1] 63/24
**objecting** [1] 114/19
**objection** [34] 14/6 14/25
15/19 20/7 20/9 33/18 33/19
49/17 57/8 57/17 59/8 59/13
59/15 60/3 64/14 86/11 96/10
96/11 96/13 97/12 97/20 107/18
108/10 110/1 110/7 113/21

**objections** [4] 59/9 91/6 91/12
114/16
**obligated** [1] 69/18
**obligations** [1] 81/25
**observation** [2] 97/17 99/14
**observations** [1] 99/20
**observe** [4] 93/21 99/21 115/8
131/7
**observed** [6] 92/10 95/12
114/21 137/12 137/13 137/14
**observing** [1] 91/8
**obstruct** [1] 72/25
**obstructing** [3] 66/17 68/12
71/25
**obstruction** [4] 66/2 69/24
73/22 74/2
**obstructions** [1] 65/23
**obstructive** [9] 67/1 67/4
67/10 67/19 68/9 74/7 77/1
80/5 81/14
**obtain** [2] 9/12 35/5
**obtained** [2] 11/16 39/23
**obvious** [1] 5/16
**obviously** [14] 15/19 16/18
17/22 17/24 18/11 18/16 20/2
28/12 63/18 63/23 64/20 70/2
73/24 97/25
**occasion** [2] 9/25 138/16
**occur** [2] 45/19 83/6
**off** [15] 10/16 82/7 88/21
100/17 112/4 113/8 123/21
129/18 133/22 133/24 134/24
134/24 135/11 137/23 140/17
**offending** [1] 107/7
**offense** [1] 75/22
**offer** [1] 37/21
**offered** [1] 96/8
**office** [11] 1/15 2/5 10/5 10/9
10/13 10/14 10/16 13/15 32/5
32/7 32/9
**offices** [1] 13/11
**official** [2] 2/9 45/4
**often** [2] 52/20 103/6
**oh** [3] 74/23 93/7 103/17
**OI** [1] 20/23
**okay** [48] 4/4 13/18 15/3 23/15
24/20 26/17 26/20 31/7 32/16
35/22 37/9 38/18 47/10 47/15
57/7 58/20 58/25 59/15 64/25
65/11 66/3 74/8 83/22 83/24
99/11 99/16 100/10 101/10
103/14 106/25 107/21 108/2
108/13 109/21 118/23 123/14
128/2 129/11 129/15 130/13
130/14 131/7 132/5 134/24
135/4 135/8 138/20 142/10
**old** [12] 69/8 72/11 102/17
102/18 112/23 112/24 113/5
119/20 126/16 127/6 135/5
141/24
**older** [1] 87/22
**once** [6] 36/15 36/24 43/17
44/15 44/21 44/22
**one** [73] 10/15 11/4 11/10
15/24 17/6 19/18 21/4 22/20
27/3 29/12 30/14 30/15 30/15
30/15 30/18 31/22 31/23 33/24
34/23 37/25 38/1 38/6 38/6
52/6 52/15 53/15 54/3 55/19
56/9 57/11 57/18 57/18 57/21

68/17 68/18 68/18 71/8 74/2
76/9 77/11 78/12 80/1 80/11
80/17 81/21 82/18 84/15 90/14
92/3 104/3 104/12 109/13 112/3
117/20 121/2 123/7 124/6 132/1
132/8 133/2 133/4 133/10
133/12 134/2 140/11 140/15
140/16 140/20
**ones** [1] 127/10
**only** [41] 5/13 9/18 15/17
29/19 30/13 30/19 30/21 31/2
37/6 39/12 48/3 48/9 48/17
51/12 51/14 54/3 55/8 56/22
57/2 57/21 58/2 58/8 60/17
60/19 62/15 63/24 65/2 67/20
78/4 79/6 82/1 82/24 87/12
89/15 91/14 91/21 99/8 115/20
116/15 125/20 131/16
**open** [4] 34/14 78/3 79/24 92/6
**opening** [2] 77/19 78/1
**opens** [1] 90/21
**operations** [1] 139/12
**opine** [2] 91/16 94/24
**opinion** [3] 88/5 91/10 92/9
**opinions** [1] 96/9
**opportunity** [1] 18/12
**opposed** [1] 60/1
**or 2000** [1] 77/4
**oral** [2] 6/25 60/18
**order** [8] 34/15 43/17 83/10
87/9 87/24 89/23 95/7 136/14
**ordinarily** [1] 92/11
**originally** [2] 62/24 63/7
**other** [48] 9/12 13/1 13/2
13/16 18/12 34/11 35/19 44/8
48/24 48/24 51/7 52/1 52/15
53/21 56/8 56/8 56/10 56/10
57/6 57/10 62/15 80/23 84/1
84/3 84/20 87/9 87/10 88/15
88/16 89/14 90/19 90/22 91/18
92/18 97/1 98/2 98/4 102/15
110/6 110/10 114/24 115/6
120/10 122/25 123/24 124/15
127/22 133/5
**others** [7] 39/9 71/23 81/19
83/22 84/2 100/21 131/23
**otherwise** [1] 95/19
**our** [39] 5/2 5/13 5/14 5/14
11/3 11/4 11/6 11/11 12/22
25/10 28/21 29/18 32/3 36/21
38/12 38/12 40/7 41/9 42/17
42/17 53/23 58/25 59/23 62/21
65/5 65/24 71/20 71/21 80/22
81/3 81/9 84/11 86/11 86/19
86/20 97/12 101/1 115/21 124/6
**ours** [1] 97/5
**out** [72] 21/24 34/16 37/15
37/24 38/4 39/12 40/9 40/10
40/11 43/24 44/21 45/16 47/9
48/5 50/5 56/24 65/2 65/5
66/19 66/20 79/8 80/10 80/13
82/1 82/2 83/19 85/17 87/15
89/17 89/19 94/14 96/3 96/10
103/9 108/12 109/2 109/4 109/9
109/10 109/10 109/12 109/14
109/16 110/17 110/19 111/3
111/4 112/5 112/7 112/15
112/20 112/21 113/2 113/3
113/5 113/8 113/9 113/10 114/6
120/15 123/3 124/3 131/24
133/23 133/24 135/20 136/14

**O**

out... [5]  138/18 138/20 139/2
  139/13 141/1
outcomes [2]  11/14 11/15
outfield [5]  112/1 112/15
  112/21 113/4 133/4
outfielder [1]  117/8
outside [5]  12/20 35/5 35/8
  133/17 133/18
outstanding [1]  59/7
over [21]  7/24 12/11 13/24
  57/17 59/12 60/6 60/11 60/12
  60/14 60/22 60/22 74/15 86/11
  87/20 89/19 95/23 99/15 110/14
  117/25 118/1 130/13
overachiever [1]  131/12
overall [2]  75/5 84/3
overhead [1]  50/8
overnight [1]  99/9
Overruled [4]  14/7 110/8
  114/10 140/13
own [4]  13/6 74/13 94/2 132/1

**P**

P-O-K-O-R-A-K [1]  4/18
p.m [4]  1/5 4/5 100/18 142/20
page [16]  21/21 22/16 23/7
  25/22 28/9 33/23 38/21 59/18
  65/22 66/19 66/22 67/1 67/2
  67/11 71/17 101/9
paid [1]  140/21
pain [1]  87/9
paragraph [2]  38/23 39/20
park [2]  133/17 133/18
part [17]  8/23 8/24 9/3 9/7
  10/13 11/7 26/11 26/12 34/13
  34/14 44/21 44/23 66/22 70/24
  80/4 90/20 100/2
partial [2]  28/21 30/22
particular [11]  44/14 45/19
  74/1 80/17 81/13 89/5 107/11
  107/13 111/8 111/25 132/1
Particulars [10]  65/17 67/4
  67/5 70/1 70/1 70/24 71/16
  71/21 74/12 74/24
parts [1]  11/3
pass [4]  65/20 65/21 116/1
  142/9
passed [1]  5/4
passes [1]  64/12
pasture [1]  112/8
path [1]  78/4
patient [3]  15/14 45/15 58/11
patients [2]  51/8 58/15
Paul [1]  126/15
payments [3]  59/11 101/4 101/6
Payne [4]  104/3 104/4 104/18
  104/20
PCR [3]  11/7 11/8 36/25
peak [1]  38/12
peaks [1]  38/10
pending [1]  101/12
people [20]  39/6 41/23 51/5
  53/8 68/4 68/5 80/20 89/8
  92/12 92/13 93/24 96/25 97/8
  106/3 110/10 114/24 122/1
  130/6 132/21 136/23
percentage [2]  30/24 41/16
perception [1]  110/4
perfectly [1]  93/20
perform [3]  89/10 89/23 89/24

performance [1]  87/3
performed [2]  7/4 36/5
perhaps [2]  54/2 56/5
perimeters [1]  84/9
period [15]  13/24 59/12 85/17
  87/13 87/14 87/20 89/20 95/23
  116/14 138/12 138/14 140/2
  140/8 140/25 141/9
perjury [1]  68/24
permission [1]  50/8
permitting [1]  83/8
pernicious [2]  50/24 51/1
person [13]  12/6 12/6 30/25
  58/18 73/4 94/7 94/24 95/6
  96/6 99/21 114/21 131/16
  132/11
personally [2]  7/4 137/16
persons [2]  7/14 99/22
perspective [2]  73/12 73/19
persuasive [1]  81/18
pertaining [1]  10/1
Pettitte [11]  63/19 63/23 64/3
  76/21 77/9 78/10 78/14 79/10
  79/17 80/25 81/1
Pettitte's [4]  62/25 63/1 76/4
  77/7
pharmacist [5]  43/16 45/8 45/9
  45/13 45/17
pharmacology [2]  48/21 48/22
pharmacy [13]  43/5 43/7 43/8
  43/9 43/10 43/13 43/14 43/15
  43/16 43/18 44/17 45/15 46/16
Phillies [1]  103/4
phone [7]  30/13 30/16 30/20
  37/3 39/11 39/16 40/1
photo [1]  34/5
photograph [1]  97/23
phrase [1]  139/18
physical [9]  32/1 32/1 84/17
  89/10 89/20 91/7 97/22 98/7
  110/9
physicality [1]  97/2
physically [3]  108/13 108/14
  135/24
physician [3]  51/15 51/16
  58/11
physicians [1]  45/16
physique [2]  97/25 140/17
pick [3]  36/9 132/2 132/9
  134/22 134/23
pick-ups [2]  132/2 132/9
picked [1]  85/17
picking [1]  132/10
piece [1]  81/21
pitcher [15]  94/15 107/5
  117/10 118/10 129/1 129/2
  137/1 137/7 137/8 137/10
  137/20 137/21 137/22 139/21
  140/22
pitchers [5]  91/21 106/20
  106/22 130/24 131/1
pitches [6]  94/18 136/17
  136/17 136/20 136/23 137/3
pitching [3]  97/23 132/10
  135/25
PITTARD [1]  2/4
Pittsburg [1]  102/22
place [4]  14/23 16/14 26/22
  103/22
plate [1]  112/22
play [14]  67/24 82/12 87/9

played [22]  102/25 103/4
  106/16 106/17 115/6 116/17
  117/12 117/14 120/10 121/8
  121/22 122/24 123/11 123/14
  123/17 123/25 127/22 128/18
  128/19 129/3 130/8 138/3
player [16]  86/1 114/23 117/21
  117/21 117/23 118/4 118/5
  118/16 118/17 118/19 118/21
  123/18 124/16 127/12 128/16
  136/9
players [7]  80/21 84/20 88/16
  88/18 90/22 127/8 128/24
players' [1]  88/16
playing [8]  69/8 111/4 115/5
  120/10 121/6 128/10 128/12
  138/1
pleading [2]  15/25 17/4
please [20]  4/16 22/2 22/19
  24/21 24/22 28/10 39/8 42/16
  47/9 52/7 65/18 66/12 74/10
  102/9 102/15 103/12 121/2
  126/11 126/14 142/13
plunger [10]  20/19 22/13 25/17
  26/2 26/7 26/13 26/23 34/15
  35/4 35/6
plungers [1]  25/15
Plus [1]  53/21
PM [1]  1/9
point [23]  8/4 16/16 21/4
  21/24 27/4 31/16 62/8 63/22
  70/15 72/15 75/11 79/8 82/1
  82/18 88/21 88/25 89/21 90/10
  90/19 91/3 96/3 109/19 138/20
pointed [4]  80/9 80/13 82/2
  94/14
points [1]  35/8
poison [3]  44/19 44/20 44/21
poisoned [1]  44/12
poisoning [1]  44/11
POKORAK [14]  3/5 4/6 4/8 4/17
  4/19 8/5 19/4 19/11 19/16
  19/19 20/11 33/3 33/11 40/18
pole [15]  112/7 112/7 124/9
  124/9 132/15 132/15 132/17
  132/18 132/18 132/22 132/22
  132/24 133/1 133/4 133/5
poles [2]  132/12 132/16
polymerase [1]  11/9
poo [2]  93/20 93/20
poo-poo [1]  93/20
pops [1]  108/6
portion [2]  5/3 29/6
position [21]  6/19 16/4 45/4
  46/16 60/21 62/13 84/19 84/23
  87/19 90/1 91/15 100/15 105/2
  117/14 122/2 122/4 122/6 122/8
  128/25 134/21 139/20
positions [3]  39/13 117/12
  117/13
positive [2]  119/1 119/3
possibility [1]  36/19
possible [5]  11/13 11/15 37/4
  37/7 37/9
possibly [1]  11/25
post [1]  44/9
post-mortem [1]  44/9
potential [5]  14/14 39/23
  62/17 72/24 136/4

**P**

**potentially [5]** 14/19 14/19 29/25 51/9 62/13
**Potsdam [1]** 6/13
**power [6]** 137/7 137/8 137/10 137/21 137/22 140/22
**practice [9]** 13/5 17/9 17/19 43/17 59/24 109/6 109/9 112/17 124/6
**practices [3]** 12/13 17/1 54/25
**precedent [1]** 60/11
**predominantly [1]** 52/16
**preference [2]** 58/11 58/12
**prejudice [4]** 18/22 61/20 61/24 64/4
**prejudiced [3]** 18/14 18/19 19/22
**prepare [1]** 19/15
**prepared [2]** 19/22 33/6
**prescribed [7]** 46/13 50/22 50/24 53/19 54/9 54/11 58/6
**prescription [3]** 51/14 51/15 51/17
**prescriptions [1]** 43/23
**presence [2]** 55/14 55/17
**present [13]** 2/4 11/10 19/1 21/8 21/9 21/15 27/12 28/7 28/16 29/8 29/18 36/14 36/23
**presentation [1]** 101/6
**presented [5]** 7/11 18/18 62/16 97/4 98/5
**presently [1]** 126/23
**presumably [1]** 36/16
**pretty [5]** 120/9 130/24 131/14 133/9 136/12
**previous [1]** 61/1
**previously [10]** 22/15 23/14 78/16 82/15 82/17 82/23 83/6 91/12 99/6 114/10
**Price [5]** 55/19 56/5 56/16 56/21 56/25
**Principles [1]** 72/8
**prior [8]** 6/3 18/6 59/19 59/21 59/24 60/15 61/4 62/11
**priority [4]** 140/11 140/15 140/16 140/20
**private [4]** 6/4 13/16 13/18 13/20
**privilege [2]** 81/5 83/7
**pro [3]** 131/2 133/23 138/13
**probably [23]** 57/5 73/9 73/10 73/12 103/17 111/12 111/23 112/20 115/10 117/22 118/18 128/5 128/17 128/24 131/3 131/5 131/16 131/20 133/10 133/14 137/5 137/18 140/7
**problem [7]** 18/4 59/1 60/20 64/6 64/9 99/5 136/4
**problems [2]** 73/13 95/2
**procedurally [1]** 64/12
**procedure [1]** 35/23
**procedures [2]** 12/9 19/16
**proceed [3]** 4/2 100/9 101/16
**proceedings [2]** 2/20 143/4
**process [5]** 11/8 12/24 26/25 27/2 29/7
**procuring [1]** 57/10
**produce [2]** 31/10 97/15
**produced [3]** 2/20 59/11 101/4
**product [3]** 31/10 34/20 44/11
**professional [4]** 121/23 122/7

**proffered [1]** 63/7
**proficiency [2]** 12/17 12/18
**profile [27]** 11/16 11/17 11/18 11/19 21/10 21/18 27/13 27/17 27/20 28/8 28/17 28/18 28/21 28/23 29/16 29/18 30/5 30/7 30/11 30/25 31/2 35/24 36/2 39/3 41/1 41/3 41/9
**profiles [3]** 29/9 29/11 29/23
**program [2]** 6/20 12/16 104/4
**programs [1]** 111/12
**prohibit [1]** 96/24
**prohibits [1]** 71/5
**proof [1]** 66/8
**properly [2]** 6/22 12/23
**pros [4]** 123/12 134/13 137/24 139/20
**prosecution [2]** 31/19 31/22
**protocols [2]** 19/6 20/5
**prove [2]** 73/16 83/18
**proved [1]** 125/1
**proven [1]** 83/20
**provide [8]** 16/8 18/7 62/20 64/8 64/15 69/18 73/4 91/23
**provided [9]** 16/5 16/7 17/12 19/11 19/25 24/8 31/18 73/5 99/6
**provider [1]** 58/19
**provides [1]** 69/21
**providing [2]** 91/20 94/15
**province [1]** 81/7
**public [1]** 80/19
**publications [1]** 7/18
**publicly [1]** 81/6
**publish [1]** 100/25
**published [1]** 7/16
**puggy [1]** 130/11
**pull [4]** 21/20 23/7 25/22 28/9
**purported [2]** 95/9 96/1
**purportedly [2]** 86/3 89/17
**purpose [6]** 17/3 31/17 31/20 53/4 94/15 94/16
**purposes [17]** 28/23 29/3 29/20 31/3 38/17 39/18 41/4 41/10 41/22 47/19 48/3 48/9 49/16 63/4 63/8 64/19 69/9
**pursuant [1]** 125/13
**pursue [1]** 18/15
**pursued [1]** 120/19
**pushed [2]** 131/11 131/15
**put [10]** 21/24 25/5 28/5 50/5 50/5 62/22 66/11 73/15 80/24 93/20
**puts [1]** 62/13
**putting [2]** 53/11 91/19

**Q**

**Q-1 [8]** 20/19 20/25 21/21 25/24 26/25 27/16 34/2 35/19
**Q-17.1 [7]** 23/3 23/7 23/12 28/1 29/15 34/2 39/24
**Q-2 [4]** 22/7 22/8 22/9 24/13
**Q-4 [8]** 22/11 22/12 22/17 22/21 27/1 27/16 34/2 35/19
**qualifications [1]** 45/8
**qualified [8]** 7/1 8/10 55/24 56/12 73/1 94/24 96/8 97/14
**qualifies [2]** 70/8 72/21
**quality [9]** 12/13 30/10 31/5 38/8 40/21 40/23 41/5 41/7 67/22

**quantify [1]** 68/5
**quantities [1]** 54/18
**quantity [3]** 30/10 38/8 38/16
**quarreling [2]** 114/13 114/14
**quarters [1]** 133/12
**question [36]** 16/9 41/14 54/3 55/12 55/24 55/25 56/23 56/25 57/23 57/25 58/3 58/3 67/4 69/5 70/4 70/10 71/9 71/22 71/24 73/3 74/11 75/2 75/2 75/4 75/10 76/10 76/10 76/18 76/25 77/1 92/6 98/5 108/11 114/16 114/20 119/15
**questioned [4]** 21/1 29/12 29/12 33/22
**questions [16]** 8/7 32/22 33/5 41/25 51/24 55/5 57/20 57/22 58/20 67/12 70/12 77/17 109/23 122/19 125/2 125/3
**quick [1]** 84/5
**quickly [5]** 38/18 66/10 66/14 66/14 92/1
**quickness [1]** 139/5
**quit [2]** 104/23 141/15
**quite [4]** 13/24 47/24 130/4 131/6
**quo [1]** 81/13
**quote [1]** 118/9

**R**

**Radomski [4]** 91/19 92/4 94/14 96/7
**raise [1]** 100/11
**raised [2]** 16/2 17/6
**ran [3]** 112/6 112/9 112/10
**range [1]** 37/25
**rare [1]** 140/4
**rather [1]** 126/7
**reach [1]** 83/8
**reached [1]** 87/14
**reaction [1]** 11/9
**read [3]** 55/15 66/14 76/17
**readily [2]** 55/14 55/17
**reading [1]** 74/10
**reads [1]** 77/1
**ready [2]** 97/5 100/9
**real [4]** 66/9 66/13 72/17 92/1
**really [23]** 15/21 49/24 52/10 71/15 78/22 79/10 80/22 81/3 83/20 85/1 104/6 104/6 108/6 109/18 114/24 115/21 124/25 131/13 136/2 136/8 136/10 136/13 136/13
**reason [8]** 14/15 47/20 73/13 73/17 77/12 78/21 82/3 120/21
**reasonable [5]** 66/7 67/9 72/16 77/8 77/9
**reasoning [1]** 71/15
**reasons [7]** 51/7 78/23 79/4 79/21 80/23 82/17 83/13
**rebuttal [1]** 90/22
**recall [10]** 10/17 37/10 37/10 62/25 67/16 81/4 110/17 111/8 111/21 111/25
**recalls [1]** 66/23
**receive [8]** 10/3 14/9 24/2 43/23 44/6 44/7 125/10 125/13
**received [19]** 5/19 6/17 10/4 10/17 10/19 13/8 15/17 20/22 24/1 24/6 25/8 26/6 26/10 29/2 31/14 35/4 35/7 44/19 83/2
**receives [1]** 16/12

Case 1:10-cr-00223-RBW Document 194 Filed 06/19/12 Page 162 of 169

**R**

recess [3]  59/2 59/3 142/11
recognize [5]  20/15 20/17 23/8 24/23 49/9
recollection [2]  77/25 130/17
reconsider [1]  81/21
reconstructing [1]  139/14
record [30]  15/2 48/8 50/20 53/23 55/6 59/10 63/17 74/19 76/14 79/14 80/24 81/11 83/25 94/4 94/5 94/13 94/13 95/13 97/16 97/20 97/22 98/1 98/16 100/5 100/17 101/3 101/4 114/12 125/9 143/3
recorded [1]  2/20
recovery [3]  76/7 77/16 79/19
RECROSS [1]  3/3
red [12]  9/6 9/9 9/11 49/23 49/24 50/2 50/21 52/10 52/14 134/16 138/13 139/1
REDIRECT [8]  3/3 40/14 40/16 54/1 54/4 54/5 122/20 122/22
reevaluate [1]  74/4
refer [1]  71/16
reference [28]  5/23 8/19 8/19 11/17 11/20 11/23 12/1 12/1 12/3 12/7 17/23 21/15 23/21 24/2 24/11 24/14 24/17 24/19 25/2 25/11 29/9 29/23 32/15 39/14 39/15 72/19 76/19 84/2
referring [4]  22/17 55/18 74/25 75/24
reflect [5]  48/8 63/17 81/10 91/16 101/3
reflection [1]  98/8
reflects [1]  59/11
regard [1]  7/18
regarding [4]  73/3 73/7 73/20 95/3
regardless [1]  93/14
REGGIE [1]  1/10
regimen [3]  95/9 95/10 140/18
regimens [1]  94/15
regrets [1]  135/19
regular [2]  13/5 13/6
regularly [1]  141/5
reiterate [1]  82/16
relate [1]  56/2
related [2]  84/15 87/6
relates [1]  91/5
relation [2]  126/21 128/6
relationship [3]  78/10 81/8 120/19
relative [1]  106/14
relatively [1]  139/11
released [1]  125/6
relevance [2]  90/25 139/17
relevant [8]  19/17 85/2 87/21 88/1 88/2 89/21 90/2 114/22
reliable [1]  62/1
remain [2]  59/7 141/1
remarkable [1]  125/1
remember [15]  39/10 61/9 61/12 61/14 67/17 67/20 67/20 76/22 85/12 92/23 93/8 109/5 112/13 112/14 131/23
reminder [1]  34/18
remove [5]  21/7 27/10 28/6 28/15 35/6
removed [1]  29/6
removing [2]  21/13 29/7

repeat [1]  25/13
report [13]  5/23 16/5 17/11 17/13 17/16 17/19 31/13 33/6 33/13 33/15 38/19 39/20 99/7
reporter [7]  2/9 2/9 42/18 66/15 102/11 102/15 126/14
reporting [1]  39/4
represent [3]  20/23 20/24 38/10
representation [1]  41/2
representations [1]  64/7
representative [1]  16/15
Representatives [1]  2/5
represented [3]  26/9 30/11 78/1
represents [1]  38/11
request [5]  8/4 31/21 74/5 79/5 83/15
requests [1]  31/22
required [1]  16/13
research [10]  74/12 74/22 75/3 75/7 75/9 75/12 76/11 76/13 76/14 76/15
researched [3]  60/23 74/17 75/14
reserve [3]  62/19 64/14 100/21
reserving [1]  101/11
reservist [1]  45/13
residence [1]  32/6
residency [1]  44/18
resident [2]  9/10 10/12
residue [1]  34/25
resolved [1]  59/1
respect [6]  70/22 72/1 82/12 84/12 86/7 97/14
respected [1]  113/20
respectfully [7]  81/20 82/6 85/16 85/23 96/2 98/25 114/19
response [12]  42/2 57/24 58/21 69/21 70/8 70/11 70/14 71/13 73/19 73/20 76/10 125/4
responsibility [1]  32/14
responsible [4]  21/17 32/12 105/9 105/24
rest [6]  52/19 52/19 52/22 53/6 53/12 64/18
restrict [3]  84/15 86/14 91/5
restricted [1]  85/16
rests [1]  101/13
result [2]  40/7 88/10
results [4]  15/10 15/18 16/25 39/21
reswab [1]  36/21
retired [1]  138/11
retirement [1]  141/13
returned [3]  5/7 32/3 32/5
returning [1]  72/11
Revenue [1]  13/25
review [2]  5/22 12/24
reviewed [1]  34/20
revisit [1]  64/19
rhardin [1]  1/23
rich [1]  9/18
right [69]  16/2 17/21 18/2 18/16 22/1 26/15 33/25 34/6 37/18 40/11 41/12 41/14 43/25 45/7 50/2 52/15 52/21 57/14 65/2 65/4 65/6 68/22 69/25 70/6 74/6 75/4 79/6 86/10 90/9 92/6 102/5 102/5 102/5 103/18 103/25 104/17 104/18 104/24

105/16 105/17 106/7 109/23 113/1 115/8 117/2 117/4 120/1 123/5 123/22 125/15 125/18 128/9 128/15 128/25 129/22 132/8 132/9 132/10 133/20 136/13 136/20 136/24 137/4 137/20 139/16 141/9
right-hand [1]  22/1
ripe [1]  18/6
rise [2]  20/4 142/19
risk [1]  107/7
ROGER [48]  1/6 71/17 79/9 80/8 106/8 106/15 106/25 108/3 109/4 109/9 109/12 110/16 110/25 111/13 112/3 112/21 113/10 113/18 113/20 115/3 115/11 115/13 116/17 118/9 120/20 124/1 124/7 127/21 131/3 134/6 134/8 134/13 134/15 134/22 135/3 135/5 135/15 135/17 138/12 138/25 139/23 140/2 140/2 140/8 141/10 141/24 142/3 142/7
Roger's [1]  112/9
role [1]  82/12
room [4]  2/10 63/10 64/2 97/8
round [3]  45/15 134/22 134/22
Route [1]  10/16
routine [1]  85/9
routines [2]  131/24 131/24
row [2]  23/8 23/11
RPR [3]  2/9 143/2 143/9
rubbing [1]  8/16
rule [12]  18/11 40/9 40/10 65/7 65/24 69/9 72/7 73/11 77/13 78/24 81/24 91/7
ruled [2]  19/3 40/11
rules [1]  59/20
ruling [3]  62/19 82/2 99/12
rulings [5]  80/16 81/12 101/12 114/14 114/15
run [6]  12/21 99/11 109/8 131/21 133/17 133/18
running [10]  109/15 110/19 111/2 124/9 124/9 132/15 132/18 133/4 133/4 133/12 139/5
runs [2]  133/19 133/21
RUSSELL [1]  1/20
Rusty [1]  1/21
rustyhardin.com [2]  1/23 1/24
RX [1]  51/12

**S**

safety [1]  50/6
said [62]  7/4 9/13 9/13 9/21 14/7 18/25 29/15 30/6 36/5 39/1 39/11 40/20 44/5 44/25 54/7 54/14 56/17 56/21 56/25 61/17 62/1 62/1 62/4 62/5 63/24 63/25 63/25 63/25 66/23 68/4 73/1 73/8 73/21 77/18 77/24 77/25 77/25 78/8 78/16 78/19 78/20 79/17 79/25 80/6 80/20 81/6 82/4 82/16 94/6 95/4 101/6 103/6 109/24 112/14 112/19 114/9 117/1 117/20 118/4 118/23 119/22 131/5
sake [1]  34/17
SALESKI [1]  1/14
saliva [3]  9/17 9/18 9/20

**same [24]**   6/5 11/17 12/12 19/2
27/2 39/16 43/10 54/23 60/24
68/13 74/9 76/23 77/12 78/23
81/1 90/12 98/3 115/12 119/25
124/17 128/7 128/8 140/6
140/23

**sample [25]**   8/19 8/20 11/17
11/20 11/23 12/1 12/2 12/3
12/3 12/8 14/20 16/15 23/21
24/3 24/9 24/11 24/14 24/17
24/19 25/2 37/8 39/14 39/15
56/21 56/22

**sampled [1]**   57/2

**samples [8]**   5/23 8/19 21/16
25/11 29/9 32/15 37/17 44/8

**San [4]**   2/2 112/4 120/5 123/4

**satisfies [1]**   75/22

**satisfy [1]**   39/3

**saw [8]**   88/5 93/25 95/1 95/18
96/25 119/7 123/3 129/24

**say [59]**   12/1 13/2 13/17 14/10
14/18 17/18 19/18 30/12 30/17
32/7 36/22 39/1 41/20 43/14
61/11 61/18 62/12 69/4 72/5
72/24 76/25 77/14 78/4 78/23
79/23 81/11 83/16 84/21 85/16
85/23 86/10 88/4 89/3 90/16
90/23 92/17 93/3 93/6 93/18
93/21 94/25 95/1 95/25 98/3
104/24 113/4 113/14 117/24
118/13 120/24 121/1 121/23
128/24 130/13 131/20 132/17
133/9 135/25 136/1

**saying [17]**   9/10 29/13 40/24
41/17 41/18 61/12 61/14 68/2
68/12 69/25 76/12 78/5 78/14
79/13 98/9 100/14 128/1

**says [25]**   55/7 60/15 61/8 61/8
61/11 61/12 62/11 63/15 64/9
67/10 67/19 68/13 69/4 69/6
69/8 69/11 72/3 75/14 75/23
76/6 77/10 79/11 85/14 95/4
96/19

**SC [4]**   55/8 58/1 58/1 58/5

**scavenge [1]**   54/21

**school [58]**   42/25 85/5 85/11
85/25 90/13 102/22 102/24
103/11 103/20 103/20 103/23
103/24 104/2 105/22 106/5
106/8 106/10 106/11 106/15
106/21 107/2 107/3 107/5
107/10 108/5 108/23 108/23
109/5 109/11 110/20 111/7
111/11 111/14 111/22 112/1
112/12 112/25 114/5 115/4
116/21 118/10 122/11 123/2
123/3 124/14 124/18 127/16
127/17 128/3 128/10 128/19
128/22 128/23 129/9 129/12
129/13 129/15 130/8

**schools [5]**   105/4 105/5 105/8
105/8 127/23

**science [3]**   6/23 6/24 43/8

**scientific [2]**   9/22 16/13

**scope [4]**   15/12 15/15 16/24
122/16

**screen [4]**   21/22 21/25 48/11
50/11

**season [3]**   94/17 133/22 133/22

**seasons [3]**   116/17 124/1

**second [9]**   11/18 22/12 24/22
38/21 67/1 77/20 91/4 101/9
134/21

**Secondly [1]**   92/7

**see [44]**   14/14 17/11 17/14
21/21 33/22 34/6 34/14 35/11
35/14 35/24 44/12 48/10 49/23
49/24 50/11 50/15 51/10 62/16
64/7 66/9 72/18 73/16 73/18
92/15 92/16 93/4 95/11 97/7
97/24 98/17 99/10 99/21 109/9
109/12 109/16 110/15 110/16
110/20 110/23 110/24 110/25
117/1 124/16 142/17

**seeing [3]**   92/13 109/6 110/17

**seek [1]**   92/20

**seeking [6]**   16/18 18/19 72/25
84/14 89/13 93/3

**seem [2]**   69/19 98/10

**seemed [1]**   132/8

**seems [9]**   14/20 15/19 17/22
18/1 19/23 37/24 55/18 82/23
91/13

**seen [6]**   23/5 23/18 23/19
97/21 114/17 142/5

**self [2]**   43/6 108/6

**self-evident [1]**   43/6

**Senator [8]**   71/11 80/6 80/9
81/1 82/19 82/20 83/1 83/11

**send [1]**   107/15

**senior [4]**   106/16 112/25
116/11 117/22

**seniors [1]**   128/21

**sense [1]**   109/17

**sensitive [1]**   49/22

**sent [1]**   63/10

**sentence [3]**   39/2 39/19 105/13

**sequential [1]**   20/22

**series [3]**   6/25 20/21 124/2

**serological [1]**   14/17

**serology [2]**   7/21 8/6

**Service [1]**   14/1

**SESSION [1]**   1/9

**set [3]**   53/23 59/25 85/14

**seven [1]**   136/24

**seventh [1]**   30/15

**several [6]**   7/13 59/6 65/23
80/4 80/10 92/1

**severe [1]**   18/22

**sexual [1]**   44/10

**shape [4]**   87/21 92/17 95/23
132/12

**she [9]**   55/10 56/12 56/13
57/16 58/22 58/23 102/14 128/2
132/6

**She's [1]**   57/16

**shirts [1]**   111/13

**shore [1]**   15/20

**short [4]**   87/13 87/14 129/1
139/5

**shortest [1]**   53/23

**shortly [1]**   84/10

**shot [3]**   85/21 87/1 87/15

**shots [2]**   58/18 97/9

**should [12]**   19/1 20/4 48/8
63/5 63/17 68/7 73/4 83/9
84/17 84/20 96/24 101/3

**shoulder [4]**   139/7 139/7
139/10 139/23

**shouldn't [1]**   79/25

**show [13]**   22/16 25/22 25/23

showed [1]   113/12

**shower [1]**   97/8

**showing [1]**   113/8

**shown [2]**   34/5 51/9

**shows [4]**   67/7 72/13 94/13
94/13

**side [8]**   18/12 32/17 45/19
93/2 93/2 94/8 127/17 133/3

**SIDEBAR [8]**   15/2 20/8 55/6
57/19 114/12 115/1 125/9
125/23

**sign [1]**   94/12

**signed [2]**   138/6 138/10

**significant [1]**   15/10

**significantly [1]**   96/20

**signs [10]**   46/2 91/7 92/10
93/4 93/11 93/25 94/1 95/1
97/12 99/21

**silver [1]**   109/14

**similar [2]**   26/25 30/18

**similarities [1]**   30/5

**similarly [1]**   53/13

**simple [2]**   30/12 39/13

**simply [8]**   11/9 18/25 35/5
35/7 71/24 72/10 80/3 81/23

**since [7]**   6/17 45/3 65/2 78/24
78/24 85/9 127/1

**since 2004 [1]**   45/3

**single [1]**   114/20

**sir [58]**   22/12 22/24 23/9
23/17 24/22 26/15 26/24 32/9
32/10 33/5 35/13 37/6 37/19
38/20 40/13 42/4 60/4 85/10
105/21 105/23 106/1 106/19
107/6 107/6 116/9 116/12
116/19 116/24 117/15 117/17
117/22 118/8 118/15 118/22
118/25 119/7 120/2 120/4
120/12 120/14 120/16 121/10
121/13 121/16 121/19 121/21
123/6 125/5 126/10 127/2 127/9
129/6 134/3 134/9 141/2 141/6
142/1 142/4

**sits [1]**   107/7

**sitting [1]**   140/7

**situation [4]**   53/12 60/8 68/11
73/6

**situations [1]**   94/7

**six [5]**   12/19 124/2 124/2
124/11 131/6

**size [15]**   92/16 93/9 93/10
95/3 95/8 95/11 95/11 95/13
96/2 98/13 98/17 99/13 99/24
100/1 133/8

**skill [1]**   46/4

**skillful [1]**   78/2

**skin [6]**   8/15 8/16 9/14 9/15
9/19 9/23

**slams [1]**   113/10

**slim [1]**   140/21

**slimmed [1]**   130/17

**slow [12]**   103/12 103/14 104/6
104/8 104/9 104/15 105/7
108/25 109/1 112/23 132/3
132/6

**small [2]**   86/5 86/20

**smoke [1]**   140/3

**snap [1]**   100/12

**so [127]**   6/8 11/5 13/7 14/16
15/10 15/14 16/20 18/6 19/3

**so... [118]**   19/18 20/7 22/19
24/4 24/10 25/15 25/25 26/8
26/11 27/3 27/10 27/15 27/18
27/22 28/14 28/20 29/4 29/11
30/12 30/14 31/3 31/7 36/15
39/17 40/1 40/7 40/23 41/5
47/15 50/2 50/18 52/7 52/10
52/12 53/3 53/18 55/20 57/2
57/17 57/21 58/4 58/5 59/1
60/22 61/10 62/6 62/19 64/3
64/11 67/8 68/2 68/5 68/8
69/16 70/8 70/23 74/10 76/7
76/16 76/18 78/13 79/5 79/24
81/20 83/13 85/4 85/6 85/15
85/22 85/25 86/17 87/10 87/13
90/1 90/9 91/6 92/6 92/14
96/23 97/25 98/2 100/16 103/25
104/23 106/17 112/6 112/9
115/9 116/13 117/6 118/13
118/18 118/20 119/21 120/24
121/1 121/4 121/5 124/1 125/21
128/3 128/9 128/12 129/18
130/13 131/15 131/17 133/9
133/12 133/22 134/10 135/11
136/6 136/10 136/12 139/13
139/23 142/12
**socialize [1]**   120/15
**socially [1]**   140/6
**soften [1]**   136/12
**some [34]**   18/14 30/5 31/16
60/7 62/8 63/19 67/21 69/21
70/7 86/22 87/2 87/3 88/20
89/21 90/10 91/11 91/19 91/23
98/10 98/20 99/22 105/20
105/22 109/2 109/3 109/23
111/12 112/21 113/3 122/3
129/3 130/6 130/24 132/21
**somebody [18]**   35/11 39/9 45/9
45/20 82/21 88/9 88/12 89/19
90/15 92/10 93/20 95/7 95/20
96/5 99/4 111/3 119/11 137/7
**somehow [5]**   19/6 61/25 71/22
81/6 84/17
**someone [12]**   17/25 28/4 44/12
46/2 54/19 57/9 57/9 61/8
84/16 91/14 91/24 95/24
**something [12]**   8/20 35/3 36/21
51/10 60/17 78/19 83/19 85/7
86/4 99/20 108/24 115/19
**sometimes [6]**   47/14 47/14
47/23 47/23 73/14 111/3
**somewhere [2]**   47/6 117/5
**sophomore [13]**   106/15 106/17
108/1 112/25 116/11 116/16
116/18 116/20 128/9 128/17
129/21 129/22 129/24
**sophomores [1]**   128/21
**sorry [9]**   22/11 24/13 26/3
47/13 49/14 103/13 104/7 104/7
122/5
**sort [4]**   15/15 31/4 36/8
120/17
**sought [4]**   17/22 18/8 76/24
78/15
**sound [1]**   61/24
**sounded [1]**   115/12
**sounds [1]**   90/4
**source [2]**   9/18 21/1
**Southbury [1]**   42/22
**Southerner [3]**   104/13 104/16

**Sox [3]**   134/16 138/13 139/1
**speak [8]**   66/5 67/2 67/5 67/17
67/18 69/5 70/4 130/13
**speaking [1]**   128/23
**specialist [1]**   44/20
**specialized [2]**   6/17 6/20
**specific [5]**   17/5 20/11 67/16
71/24 87/12
**specifically [6]**   59/18 65/23
65/25 71/15 72/21 94/14
**specifics [2]**   16/10
**specifying [1]**   68/3
**specimen [3]**   36/25 37/11 39/23
**specimens [1]**   39/21
**speculate [4]**   57/23 70/3 98/15
98/22
**speculation [3]**   99/18 137/11
140/12
**speed [2]**   111/21 130/19
**spell [7]**   4/16 42/17 47/1
47/11 102/11 102/15 126/13
**spelled [5]**   4/17 4/18 47/3
47/15 48/13
**spellings [1]**   47/21
**spent [1]**   64/2
**spinal [1]**   72/11
**spine [2]**   67/22 67/24
**split [1]**   115/3
**spoke [5]**   5/21 6/6 12/15 38/7
39/10
**sport [1]**   113/24
**sports [1]**   110/5
**spring [10]**   106/11 106/21
112/6 116/11 127/17 127/23
128/3 128/4 128/12 138/11
**Square [1]**   10/7
**stack [1]**   19/12
**stadium [2]**   110/20 124/7
**stage [1]**   135/14
**stamina [4]**   91/24 135/24
136/15 136/16
**stand [2]**   61/22 71/18
**standard [1]**   74/4
**standards [1]**   16/13
**stands [2]**   81/11 83/19
**start [8]**   34/4 37/4 66/20
84/10 89/22 97/5 128/10 142/12
**started [5]**   25/10 86/3 86/11
104/4 127/24
**starter [1]**   136/24
**starting [5]**   94/15 94/18
106/20 106/22 132/3
**starts [3]**   66/19 85/18 113/10
**state [11]**   4/15 6/13 8/1 8/2
13/2 43/20 61/15 90/25 111/11
114/15 126/11
**stated [6]**   28/6 38/16 40/22
55/7 58/1 61/21
**statement [24]**   52/13 59/20
59/21 60/15 61/1 61/4 61/9
62/11 69/3 70/20 71/8 72/21
74/24 75/12 75/21 76/8 76/16
76/17 77/15 77/19 77/21 78/1
80/19 121/23
**statements [1]**   74/1
**states [13]**   1/1 1/3 1/10 7/15
12/11 13/6 13/8 13/10 13/15
45/14 54/14 54/25 55/2
**stating [1]**   43/6
**statistic [4]**   31/4 37/17 37/21
38/5

**statistical [1]**   15/10
**statistically [1]**   15/10
**statistics [2]**   6/15 37/25
**stature [1]**   97/22
**status [1]**   81/13
**stay [8]**   27/7 109/2 109/6
131/16 133/25 137/24 138/14
141/5
**stayed [2]**   87/21 103/6
**stenography [1]**   2/20
**step [1]**   15/20
**sterile [4]**   12/5 25/14 28/3
29/4
**steroid [4]**   92/19 93/17 94/12
97/12
**steroids [24]**   66/21 66/23
66/24 84/22 85/4 85/14 86/21
87/3 87/4 87/6 87/24 88/5
91/23 92/15 93/2 93/14 93/22
94/6 94/22 95/6 97/15 98/11
99/14 99/16
**STEVEN [1]**   1/13
**steven.durham [1]**   1/17
**still [5]**   71/25 82/4 111/13
140/7 141/18
**stimulates [1]**   99/18
**stomach [1]**   58/17
**stop [3]**   68/8 129/1 139/13
**STR [4]**   11/3 11/3 36/25 39/21
**straight [1]**   14/21
**strain [1]**   55/22
**strains [3]**   52/1 52/12 52/13
**Street [2]**   1/16 1/21
**strength [2]**   52/24 91/24
**strenuous [1]**   138/24
**Stretching [1]**   111/2
**stricken [1]**   76/24
**strictly [1]**   60/1
**strike [2]**   77/12 78/23
**struggling [1]**   88/17
**student [1]**   110/15
**students [2]**   105/6 107/11
**studied [2]**   40/25 43/8
**studies [1]**   29/19
**study [2]**   6/22 43/6
**stuff [3]**   86/16 93/21 139/12
**sub [1]**   58/19
**sub-Q [1]**   58/19
**subcutaneous [3]**   58/5 58/7
58/16
**subject [6]**   68/6 69/20 69/23
70/21 94/23 133/25
**subjectivity [1]**   90/24
**subjects [1]**   53/8
**submission [1]**   31/15
**submit [7]**   13/1 13/2 13/11
13/13 13/16 13/23 57/25
**submitted [5]**   13/7 13/25 14/2
57/20 57/22
**subsequent [1]**   70/8
**subsequently [1]**   32/4
**substances [6]**   87/10 88/24
89/1 89/23 91/9 91/15
**substantive [6]**   61/2 61/3 61/4
63/14 64/2 72/22
**substantive evidence [1]**   61/2
**subtype [1]**   52/9
**suburb [1]**   126/22
**successful [4]**   135/18 135/19
135/21 140/24
**such [9]**   8/20 14/15 31/1 44/8
45/23 50/24 51/8 94/9 124/22

Case 1:10-cr-00223-RBW   Document 194   Filed 06/19/12   Page 165 of 169

**S**

sufficient [4]   67/9 73/17 90/14 98/6
suggest [4]   65/22 68/6 96/22 97/18
suggested [3]   18/5 86/13 86/13
suggesting [2]   69/20 87/19
suggestion [4]   86/22 86/24 87/23 88/20
suggests [1]   87/24
Suite [1]   1/22
suits [1]   109/14
summary [2]   63/1 63/18
summer [5]   94/17 109/13 112/20 138/18 138/19
Superior [2]   8/2 60/6
supervised [1]   105/17
supervisor [1]   107/10
support [5]   66/16 67/9 82/8 89/13 98/21
sure [19]   5/1 12/20 12/22 12/24 17/15 22/1 37/23 42/19 47/3 47/24 52/1 60/8 66/24 67/15 107/13 109/18 122/14 139/19 140/16
surprise [1]   18/12
surviving [1]   73/11
suspect [1]   64/2
sustain [4]   20/7 20/9 107/18 108/10
Sustained [4]   110/2 113/22 114/3 115/24
swab [27]   8/21 12/4 12/5 12/6 24/11 24/14 24/17 24/19 25/2 25/14 26/22 26/24 27/10 28/3 28/14 29/6 29/8 34/13 34/15 34/17 35/2 36/5 36/9 36/11 36/13 36/24 37/12
swabbed [8]   25/15 25/16 25/19 26/11 26/12 26/18 28/4 28/13
swabbing [3]   8/21 12/4 27/8
swabs [2]   29/4 34/10
sweat [1]   124/10
sworn [5]   4/9 42/10 59/19 59/21 59/24 61/22 77/2 101/22 126/3
symbols [4]   20/23 20/23 23/20 24/25
symptoms [1]   46/2
syringe [30]   15/7 20/19 22/13 25/18 25/25 26/2 26/6 26/7 26/12 26/18 26/22 26/24 27/3 27/5 34/7 34/11 34/11 34/13 34/18 34/24 35/2 35/6 35/9 35/11 35/15 35/20 49/23 50/5 50/17 50/18
syringes [9]   15/5 25/16 26/21 27/8 27/23 28/6 33/24 34/4 35/23

**T**

tab [2]   28/12 36/6
tactical [1]   73/12
take [27]   22/16 22/23 24/20 35/22 36/3 36/15 36/24 39/14 47/15 49/9 50/7 58/22 58/25 68/7 69/12 80/11 81/25 82/6 105/16 105/16 119/1 119/12
taken [4]   6/14 24/7 36/24 77/5
takes [5]   7/2 43/16 94/7

taking [5]   21/17 34/10 96/19 100/13 100/15
talk [21]   16/16 19/19 20/11 28/1 33/21 34/21 36/4 53/18 65/23 69/7 80/7 80/9 80/21 83/1 83/11 85/6 115/21 119/4 128/1 128/2 136/23
talked [14]   34/10 35/18 55/22 66/25 67/15 68/5 71/7 82/2 93/7 93/8 93/9 93/10 93/10 93/11
talking [15]   16/21 18/22 19/23 28/10 33/24 66/20 82/19 85/2 85/21 91/13 104/13 104/14 104/15 132/4 142/14
talks [1]   74/15
tall [1]   133/1
taller [1]   130/18
team [6]   5/20 36/16 106/21 116/14 116/15 131/1
teammate [4]   77/3 77/4 116/22 116/24
teammates [1]   129/20
teams [1]   120/11
tear [1]   137/9
Tech [5]   102/25 115/6 120/3 122/25 124/5
technical [1]   59/1
tee [1]   111/13
teeny [1]   49/21
teeny-weeny [1]   49/21
tell [30]   11/13 24/5 34/12 36/8 43/14 48/15 49/11 52/7 56/9 57/1 66/10 74/17 74/25 75/14 75/23 76/12 98/25 102/8 105/1 105/17 107/25 111/14 112/17 115/19 118/9 119/8 121/14 121/17 132/22 133/16
telling [2]   75/17 119/18
tells [3]   58/5 69/14 72/3
tend [1]   89/10
term [2]   9/22 88/12
termed [1]   9/22
terms [17]   13/10 13/22 17/6 20/15 23/7 25/5 27/18 29/3 29/15 31/10 36/17 37/3 61/23 86/1 108/3 129/25 135/15
test [32]   7/1 8/12 8/13 8/20 11/2 11/3 11/14 12/18 12/18 12/21 14/23 15/7 15/8 16/13 16/20 16/22 19/2 19/14 20/1 20/3 20/6 28/22 36/25 36/25 38/8 38/13 44/11 55/13 55/16 55/21 56/7 56/21
tested [8]   6/24 8/23 15/5 20/1 20/12 26/21 33/22 56/22
testified [14]   4/10 7/20 37/15 42/11 59/21 61/21 75/16 92/24 93/1 94/5 96/17 97/12 101/23 126/4
testify [12]   5/24 16/6 18/2 18/14 85/19 90/14 93/5 95/8 96/15 96/25 97/13 99/5
testifying [8]   17/9 20/5 33/13 52/20 63/19 68/9 79/16 125/11
testimony [40]   15/12 15/20 19/25 56/5 59/24 59/24 60/18 61/23 62/6 62/15 62/25 63/1 71/16 75/17 76/4 76/23 77/2 77/8 79/24 80/5 84/20 85/20 85/21 86/14 87/11 87/16 87/16

taking [5] ... (continued column 3)
testing [34]   5/19 6/5 6/6 6/7 6/24 7/5 7/19 8/12 11/1 11/2 11/6 12/12 12/17 13/14 13/21 14/3 14/16 15/18 16/9 16/10 16/10 16/12 17/9 22/10 25/10 27/24 32/18 32/20 34/24 35/17 35/23 37/3 40/8 56/14
tests [9]   5/11 6/21 6/23 11/11 12/22 12/22 32/4 37/6 55/20
Texan [1]   104/14
Texas [33]   87/2 102/20 102/25 102/25 103/21 103/22 104/21 104/21 105/4 106/2 106/10 108/23 111/11 115/5 115/6 120/3 120/6 120/7 122/25 122/25 123/10 123/12 124/5 124/5 126/19 126/20 126/21 129/17 129/25 130/23 134/1 135/1 138/2
textbooks [1]   48/21
than [27]   13/16 14/10 45/20 48/25 52/20 56/8 60/19 62/1 68/10 71/2 73/5 73/8 78/2 96/20 98/4 117/14 117/21 118/16 123/24 124/15 125/16 131/14 135/8 139/8 139/23 140/21 141/15
thank [26]   25/7 32/10 38/22 39/19 40/13 40/15 42/4 42/5 42/5 47/15 51/18 53/11 53/24 55/4 58/22 58/25 62/23 65/21 66/12 100/16 101/17 114/14 116/3 118/2 125/5 132/23
that [823]
that's [74]   9/11 12/23 13/13 16/16 22/4 22/6 22/19 22/22 27/6 28/13 28/15 29/14 31/8 32/19 32/20 33/23 34/1 34/3 36/1 36/7 38/3 38/25 39/5 39/7 40/4 41/8 52/18 57/11 57/13 57/14 57/15 61/6 61/7 62/9 62/18 63/6 67/25 68/14 72/2 72/12 73/5 73/17 74/23 75/10 77/5 78/5 82/4 82/25 83/23 85/7 86/18 90/17 91/25 92/12 92/17 94/2 94/13 96/18 97/17 97/22 98/13 99/20 99/23 103/14 105/10 109/4 115/12 118/12 119/17 131/13 132/9 132/17 137/7 138/8
the 2003 [1]   69/14
their [22]   13/6 13/13 28/5 32/14 35/12 43/17 51/5 58/17 67/19 67/22 88/4 88/9 89/10 89/20 89/22 89/25 90/24 93/3 97/4 122/6 122/8 128/19
them [39]   9/14 16/23 18/19 23/20 23/24 23/24 25/13 29/2 29/3 29/9 36/12 43/24 45/24 54/19 54/23 57/11 57/21 58/16 63/12 65/1 65/1 68/17 72/3 80/21 87/8 87/9 88/22 92/18 93/5 94/8 96/25 118/9 118/12 119/8 119/20 125/17 127/8 132/22 139/11
themselves [6]   58/16 58/16 58/18 82/7 94/16 142/6
then [109]   5/3 5/6 5/19 5/22 6/22 8/18 11/11 12/20 12/23

**T**

**then... [100]**  14/21 18/8 19/7
20/21 21/1 21/8 21/9 21/16
25/11 26/2 26/18 27/4 27/11
27/12 28/5 28/12 28/14 28/16
29/8 30/15 31/4 32/4 32/12
34/14 35/22 36/4 37/20 37/21
38/13 38/18 39/16 39/19 50/15
54/23 56/23 57/7 61/1 61/4
61/16 62/4 63/13 64/11 64/14
67/1 67/6 67/24 68/8 69/7 70/6
70/11 71/6 72/3 72/5 72/21
73/1 75/13 75/22 76/3 76/20
77/24 78/2 78/6 81/22 86/11
88/6 88/22 90/22 91/4 92/20
93/25 95/20 98/5 98/14 100/12
100/13 100/21 101/11 103/18
103/19 104/3 104/3 104/18
104/20 109/2 109/3 109/3 109/9
120/5 124/24 128/1 129/8
129/12 130/16 132/12 133/1
133/23 137/1 138/6 138/9
138/10
**theory [2]**  69/23 88/23
**there [155]**
**there's [35]**  10/15 11/10 11/21
14/14 14/20 17/21 31/1 31/12
36/19 39/2 40/6 40/23 47/14
47/23 47/24 56/10 57/7 57/16
59/8 61/7 62/10 62/20 64/3
64/14 67/8 73/24 81/15 82/8
83/14 92/5 96/11 97/22 99/24
131/6 133/2
**therefore [9]**  11/22 41/9 73/21
78/17 78/22 87/22 88/24 90/7
98/18
**Thereupon [4]**  4/7 42/8 101/20
126/1
**these [29]**  5/11 10/17 12/9
12/9 19/20 23/4 23/5 23/19
23/21 25/10 29/4 45/19 54/18
64/18 68/16 88/24 88/25 89/23
89/23 91/9 91/15 92/7 95/22
96/8 96/24 100/11 132/21
135/11 136/24
**they [111]**  5/3 6/22 9/15 10/19
12/16 13/4 13/11 13/13 13/17
14/15 17/5 17/11 18/2 18/13
18/16 18/16 19/17 20/6 21/6
21/8 21/9 29/25 30/18 32/5
32/12 32/18 39/16 43/17 46/13
51/4 53/14 54/18 55/20 57/23
58/16 58/18 60/16 60/17 60/17
60/18 60/19 60/19 61/8 61/10
62/13 62/14 62/15 63/9 63/11
63/13 66/20 67/22 71/15 71/20
71/22 71/23 72/2 73/4 73/18
74/2 77/18 77/18 77/24 78/1
78/19 78/21 79/25 80/4 81/12
82/12 84/21 85/14 85/18 85/19
85/20 85/21 86/7 86/10 86/13
87/10 88/3 88/5 88/10 88/18
88/24 89/16 89/22 90/23 90/24
93/21 93/23 93/25 94/8 95/1
95/18 96/25 97/8 97/9 97/9
99/21 111/12 119/7 119/19
127/6 130/24 134/2 139/11
139/11 139/18 139/19 142/6
**they'd [1]**  65/4
**they're [6]**  19/4 55/21 63/13
86/2 97/18 98/4

**thigh [1]**  87/1
**thing [18]**  6/20 19/3 19/18
60/16 67/20 71/8 74/17 74/25
75/15 75/24 76/12 76/23 79/6
89/15 98/3 112/3 132/1 132/8
**things [18]**  6/1 11/10 17/25
19/21 20/2 20/7 45/22 53/15
71/3 74/16 92/1 93/21 104/12
109/17 113/24 114/21 114/23
140/23
**think [126]**  14/25 18/4 19/10
19/17 20/4 30/12 47/5 53/23
55/20 55/23 56/4 56/6 56/8
57/5 57/11 57/13 57/14 58/4
61/10 61/20 61/23 62/13 63/3
63/3 63/5 63/16 64/6 64/9 65/4
67/13 67/14 67/25 68/15 68/23
70/13 72/17 72/17 72/23 72/23
73/9 73/10 73/12 73/12 73/16
73/17 74/4 75/4 75/15 76/9
76/11 77/7 77/11 78/6 78/7
78/9 78/13 78/14 78/19 78/21
78/23 79/2 79/3 79/4 79/19
79/20 81/24 82/16 82/20 83/5
84/18 86/19 88/14 89/8 89/19
90/2 90/10 90/11 90/14 90/15
90/17 90/21 90/25 91/10 91/13
92/24 93/24 94/20 94/23 94/23
95/3 95/7 95/8 95/16 96/4 96/5
96/12 97/5 97/17 98/14 98/20
98/21 99/2 99/3 99/3 99/9
99/20 99/23 100/4 100/6 110/21
111/16 111/19 112/11 114/22
117/1 117/20 118/18 118/23
119/3 129/21 130/17 131/13
135/6 138/4 138/5 138/7
**thinking [1]**  112/11
**third [5]**  11/21 30/15 129/3
129/5 133/2
**this [176]**
**thoroughly [2]**  16/23 36/11
**those [67]**  5/24 6/1 6/23 9/21
10/22 11/12 15/18 15/18 16/2
19/7 20/2 23/18 23/23 24/5
24/6 25/8 25/9 27/22 27/24
29/9 30/14 30/17 32/12 32/14
32/17 38/12 39/13 40/20 40/24
41/6 41/11 41/12 46/10 51/5
53/15 54/25 64/7 64/20 65/21
73/21 83/8 83/13 84/4 92/21
93/4 93/21 94/1 95/5 97/11
101/12 104/12 105/8 105/20
105/22 105/25 109/13 109/16
111/13 112/22 116/25 123/14
124/11 127/23 133/7 133/21
138/25 140/23
**though [4]**  38/4 53/13 61/11
71/19
**thought [10]**  19/25 56/9 56/10
63/11 63/12 77/18 77/23 117/20
118/16 119/8
**thousands [1]**  7/10
**three [20]**  11/15 15/5 15/16
16/23 16/25 19/21 23/4 23/5
25/8 32/22 56/5 57/20 103/3
106/24 124/2 127/5 127/11
127/12 133/12 136/1
**three-game [1]**  124/2
**three-quarters [1]**  133/12
**threshold [3]**  38/9 38/13 41/10
**threw [1]**  130/3

**through [38]**  3/8 5/4 6/24
12/16 12/17 12/24 16/2 17/5
18/5 18/9 18/19 19/15 24/5
25/12 25/13 29/7 48/22 59/18
66/13 75/17 78/17 83/17 99/7
109/1 112/8 114/17 115/5
120/10 133/2 140/2
**throughout [5]**  17/20 88/17
89/2 90/15 97/23
**throw [3]**  109/14 136/16 139/6
**throwing [5]**  123/19 124/15
132/11 136/20 137/14
**time [68]**  5/25 13/24 19/21
23/25 26/23 36/10 36/23 49/16
54/23 59/12 63/23 64/3 66/10
85/17 86/21 87/13 87/14 87/20
88/23 89/17 89/20 89/22 90/10
95/23 100/22 106/20 109/16
111/5 112/12 113/5 113/7
113/10 117/20 117/23 118/20
119/20 120/9 121/2 121/11
123/2 127/21 128/13 128/20
129/8 129/11 130/6 130/16
130/20 130/23 131/19 134/25
135/4 135/12 136/20 137/23
138/12 138/14 139/12 140/1
140/3 140/8 140/23 140/25
141/10 141/23 142/6 142/10
142/11
**timeframe [1]**  85/14
**times [13]**  7/9 7/10 7/23 7/24
7/25 80/4 80/10 87/7 94/8
110/21 118/6 118/14 133/15
**tips [1]**  73/11
**titled [1]**  143/4
**today [7]**  33/24 59/17 59/22
62/10 115/22 141/3 141/24
**TODD [4]**  3/9 101/18 101/21
102/10
**together [7]**  91/19 106/16
106/17 133/24 138/18 138/20
140/23
**told [9]**  77/4 77/22 79/18 83/4
84/18 115/12 118/12 118/14
118/20
**Tommy [1]**  97/8
**tomorrow [5]**  62/20 125/17
125/19 142/12 142/18
**too [5]**  44/15 57/6 66/14
100/13 129/3
**took [7]**  25/14 43/12 44/22
50/4 96/16 119/8 142/6
**top [12]**  23/8 23/11 25/25 26/2
26/12 28/12 33/21 34/13 102/14
111/12 124/10 128/2
**topic [4]**  67/15 67/20 69/3
69/7
**topical [1]**  72/10
**toss [1]**  109/8
**totally [3]**  20/6 66/6 114/16
**touch [6]**  120/17 120/19 120/20
137/24 138/14 141/5
**touching [1]**  35/10
**toward [2]**  110/4 140/9
**towards [1]**  113/11
**town [1]**  106/2
**toxicologist [8]**  44/1 44/5
44/6 44/7 44/16 44/17 44/24
45/6
**toxicology [3]**  44/14 44/15
44/18
**track [1]**  102/5

## T

tracked [1]   24/4
tract [1]   51/5
traditional [1]   93/11
traditionally [1]   60/25
trail [3]   112/8 112/8 112/9
trainers [2]   85/19 97/11
training [15]   6/18 6/20 7/2
 12/15 19/13 43/17 44/3 44/13
 44/18 44/22 46/1 46/16 105/25
 139/6 140/18
trains [1]   141/18
trait [2]   92/18 114/25
traits [5]   92/8 92/19 92/21
 92/25 114/21
transcript [3]   1/9 2/20 143/3
transcription [1]   2/20
treating [1]   80/5
treats [1]   141/25
trial [5]   1/9 71/18 72/1 82/13
 114/17
tribunal [1]   81/11
tried [2]   15/14 28/6
trillions [1]   38/2
trimmed [2]   130/4 130/4
trotting [1]   113/10
trouble [3]   81/16 82/14 109/12
true [6]   35/19 48/20 61/7 82/5
 86/18 92/6
truth [3]   60/1 68/24 71/9
try [17]   15/20 16/19 17/22
 25/25 27/13 28/15 35/5 51/25
 52/6 53/8 66/14 73/15 78/15
 84/14 86/14 107/15 120/20
trying [5]   34/12 84/9 85/16
 97/18 116/10
turn [1]   114/6
TV [3]   74/16 115/9 115/11
Twenty [1]   6/10
two [44]   5/11 7/18 11/9 11/11
 15/5 15/25 17/6 19/23 20/23
 27/24 31/21 33/24 35/23 40/6
 47/20 52/12 52/13 54/17 56/4
 56/13 56/24 59/8 68/14 68/20
 83/13 84/14 100/21 105/4 105/5
 105/8 106/16 106/24 116/13
 116/17 117/16 123/13 123/14
 124/1 124/1 127/23 128/7 133/7
 135/11 137/23
two-letter [1]   20/23
two-year [1]   116/13
TX [1]   1/22
type [15]   10/21 10/23 10/24
 11/1 11/2 12/12 38/11 38/11
 91/19 93/15 93/17 95/1 114/23
 131/12 136/10
types [9]   5/11 5/19 6/1 46/7
 56/8 56/24 83/8 94/7 109/17
typically [2]   50/23 54/9
typing [1]   39/21
typo [1]   47/5

## U

U.S [3]   1/15 2/5 2/10
ultimately [3]   112/2 131/1
 138/11
unable [1]   35/24
under [10]   44/10 46/2 59/20
 67/4 71/18 72/7 72/8 81/24
 107/17 132/11
under-handing [1]   132/11

understand [14]   6/22 56/1 58/3
 59/9 84/13 87/18 90/1 91/5
 97/13 99/12 116/10 126/20
 136/19 139/13
understanding [1]   63/7
understood [2]   18/21 139/19
unequivocally [1]   62/3
unfair [2]   61/20 89/6
unfairly [1]   61/24
unique [2]   11/5 24/3
unit [8]   4/20 4/20 5/2 5/5 5/6
 5/7 5/7 32/3
unit's [1]   39/3
UNITED [11]   1/1 1/3 1/10 7/15
 12/11 13/10 13/15 45/14 54/14
 54/25 55/2
universally [1]   94/9
university [21]   6/13 6/15 6/16
 43/10 87/2 103/1 104/4 104/5
 104/19 104/21 111/11 120/6
 120/7 123/10 123/11 129/17
 129/24 130/23 134/1 135/1
 138/2
unlike [1]   92/9
unobjected [1]   59/9
unspoken [1]   71/22
until [5]   5/6 62/19 64/14
 69/21 86/3
unusual [5]   13/15 13/17 92/15
 93/9 104/12
unusually [1]   92/16
unwillingness [1]   87/1
up [61]   8/16 9/6 15/20 18/7
 20/13 20/14 21/20 23/7 23/13
 25/22 28/9 36/9 37/24 38/19
 42/23 42/24 44/4 44/15 45/24
 49/23 50/17 53/11 54/19 54/21
 57/4 58/6 59/25 65/20 65/21
 66/11 67/14 68/6 68/19 70/11
 70/14 70/25 72/23 74/10 74/14
 75/13 78/12 83/18 91/22 91/24
 93/11 94/9 94/11 94/16 102/21
 107/11 113/7 115/4 115/9
 127/14 128/9 130/13 131/2
 131/17 132/10 135/17 136/12
upon [24]   20/3 20/4 28/21
 29/18 37/19 40/7 40/25 60/12
 64/7 69/22 73/20 73/22 75/7
 75/9 76/13 77/18 77/23 83/2
 88/22 95/12 95/14 95/25 98/15
 100/7
ups [2]   132/2 132/9
upset [1]   113/14
upstairs [1]   100/14
urine [1]   44/8
us [32]   4/24 7/7 11/9 13/7
 13/13 17/17 18/6 24/5 24/8
 25/12 25/13 28/10 30/11 34/12
 37/20 48/15 52/7 80/24 80/25
 81/21 93/12 96/24 97/10 102/14
 109/17 111/14 124/25 125/1
 128/1 128/2 133/17 138/1
usdoj.gov [4]   1/17 1/18 1/18
 1/19
use [42]   7/14 11/24 12/9 12/12
 20/23 28/9 39/18 41/4 41/22
 45/18 45/25 51/7 52/23 53/13
 55/8 58/1 63/12 84/22 86/3
 87/24 88/11 88/25 89/18 89/23
 90/23 90/25 91/15 92/19 93/3
 94/12 94/22 95/9 95/9 95/15

used [28]   5/12 20/5 21/9 28/3
 28/23 29/11 29/19 31/2 38/17
 52/16 53/3 54/12 54/13 58/10
 59/17 59/19 63/4 63/23 76/6
 85/4 85/14 88/6 88/24 96/23
 112/11 127/12 139/18 139/23
uses [8]   41/16 52/19 52/22
 53/12 53/21 88/5 93/14 95/13
using [20]   14/16 29/3 35/11
 40/1 41/10 53/6 53/8 77/15
 79/18 86/12 86/23 87/3 91/9
 92/22 93/22 96/2 96/21 98/11
 99/25 100/7
UT [4]   130/16 130/20 131/7
 131/25

## V

valid [1]   96/12
validation [1]   29/19
value [1]   40/21
variables [1]   95/5
variation [1]   11/5
varies [1]   136/1
variety [2]   8/14 13/20
various [3]   45/18 51/8 97/21
velocity [1]   130/19
verbally [1]   62/16
verdict [1]   73/25
very [43]   8/9 11/21 14/21 26/3
 28/19 48/6 49/19 50/9 53/24
 54/17 58/17 63/17 64/17 64/24
 70/2 70/21 81/18 83/22 84/16
 86/5 86/20 87/12 88/2 88/3
 97/2 100/24 101/2 101/8 101/19
 103/23 118/9 125/22 130/22
 130/22 130/22 131/11 131/11
 138/24 138/24 138/24 139/14
 140/4 140/18
vial [14]   49/12 49/12 49/20
 49/24 50/3 50/5 50/14 50/15
 50/16 50/16 50/17 55/7 58/1
 58/5
vials [3]   54/17 54/19 54/19
viewed [4]   69/10 70/18 76/1
 76/5
Virginia [3]   6/5 10/13 10/15
virtually [1]   75/18
visual [2]   14/13 93/25
visually [1]   93/4
vitamin [13]   46/20 46/23 48/16
 48/17 48/24 51/2 51/4 52/2
 52/8 52/9 53/15 53/19 56/7
voice [1]   4/15
voiced [1]   97/12
volunteering [1]   86/11

## W

wait [6]   102/13 102/13 105/13
 105/13 105/16 108/21
waiver [2]   81/5 81/19
walk [4]   4/24 24/5 25/12 25/13
WALTON [1]   1/10
want [38]   25/6 25/12 32/18
 34/9 34/24 35/2 37/23 56/1
 56/18 63/8 64/4 64/20 65/1
 65/25 66/9 68/17 68/19 71/23
 71/23 80/1 81/14 88/4 91/5
 97/9 99/1 99/11 99/13 100/11
 100/12 100/13 104/15 107/8
 107/23 107/25 113/4 130/14

**want...** **[2]** 131/20 133/25
**wanted** **[11]** 63/6 69/12 69/13
80/7 80/9 82/25 83/1 83/11
85/22 91/22 139/19
**wants** **[2]** 70/15 94/10
**Ward** **[3]** 24/12 29/24 39/21
**warn** **[1]** 127/25
**was** **[360]**
**Washington** **[10]** 1/4 1/16 2/6
2/11 10/4 10/8 10/14 32/5 32/7
32/9
**wasn't** **[16]** 18/6 20/3 72/21
79/9 82/4 92/4 92/22 93/22
99/6 100/6 100/7 111/6 135/8
135/18 139/10 140/22
**watch** **[3]** 115/8 136/11 136/13
**watched** **[2]** 80/19 136/2
**watching** **[1]** 115/11
**way** **[49]** 15/4 18/14 19/10
20/20 26/6 26/8 30/23 35/7
35/13 37/18 38/8 40/11 40/25
41/1 53/13 56/9 60/18 64/23
67/8 67/13 70/13 70/23 73/16
75/16 82/24 85/18 95/16 96/7
97/1 99/6 114/6 115/18 115/18
119/1 119/9 119/11 119/12
127/24 131/10 132/20 132/25
133/10 134/25 136/5 136/6
140/2 141/10 141/24 141/25
**ways** **[5]** 61/22 88/15 89/13
119/10 119/22
**we** **[236]**
**we'd** **[10]** 84/11 109/9 109/12
109/16 110/19 110/20 110/21
110/23 110/25 139/6
**we'll** **[13]** 14/17 50/8 58/22
58/25 63/19 64/11 64/13 64/14
64/18 64/19 142/10 142/12
142/17
**we're** **[22]** 8/14 12/22 17/18
19/19 35/19 41/3 61/22 69/25
70/2 81/23 85/2 85/15 85/23
93/22 93/24 97/5 100/9 100/20
101/11 109/10 109/19 114/17
**we've** **[6]** 34/7 36/20 36/20
36/21 81/17 136/22
**wear** **[2]** 111/13 137/9
**week** **[1]** 107/15
**weeny** **[1]** 49/21
**weigh** **[5]** 72/14 73/9 78/20
78/25 93/19
**weighed** **[2]** 79/20 131/18
**weight** **[6]** 100/2 136/4 136/10
136/12 139/4 140/17
**weights** **[1]** 109/14
**welcome** **[1]** 53/25
**well** **[91]** 6/15 7/1 8/2 8/9
9/16 9/20 10/9 10/13 12/24
13/9 13/21 15/15 18/3 19/18
21/15 22/9 25/17 26/3 26/19
30/17 31/13 31/14 37/7 37/24
39/16 41/15 43/9 44/4 45/16
48/6 49/19 50/9 51/6 51/9
53/11 56/19 62/3 63/17 64/4
64/17 64/24 65/11 71/6 71/12
72/14 72/24 75/8 75/11 76/9
77/11 77/22 77/24 78/4 82/9
83/22 89/16 90/6 96/4 96/12
100/4 100/14 100/24 101/2
101/8 101/19 104/2 107/20

110/4 110/14 110/17 111/18
111/19 112/3 112/3 116/16
119/10 119/12 122/12 124/5
125/22 129/22 130/8 131/18
134/13 136/3 136/8 139/18
**wells** **[1]** 69/1
**went** **[31]** 29/7 42/25 43/5
85/18 102/22 103/11 103/15
103/19 104/3 104/21 112/4
115/5 115/5 120/1 120/1 120/3
120/5 120/5 121/4 123/4 123/9
123/12 124/5 127/17 128/4
129/17 129/18 134/20 137/23
138/12 138/13
**were** **[76]** 6/3 10/19 17/11
18/13 19/17 21/3 21/11 26/9
27/15 27/16 27/19 28/18 28/20
28/25 29/5 29/16 29/21 29/25
31/16 31/21 32/4 32/5 34/12
35/10 35/14 35/24 36/1 37/6
37/9 37/10 40/1 42/21 46/2
57/20 60/12 71/2 72/11 74/10
77/18 80/16 81/12 87/10 88/18
94/18 106/8 108/1 110/6 111/10
111/11 112/23 113/8 116/11
116/14 116/14 116/15 116/15
116/16 116/25 117/8 121/6
122/11 125/17 128/6 128/7
128/21 134/2 134/7 134/10
134/17 135/5 137/20 138/19
139/11 140/1 141/23 142/6
**weren't** **[2]** 63/11 109/17
**West** **[1]** 104/21
**western** **[1]** 126/22
**what** **[288]**
**what's** **[5]** 33/12 49/2 49/7
74/23 112/11
**whatever** **[4]** 34/25 40/2 130/7
130/14
**when** **[101]** 5/24 8/12 10/17
11/5 11/22 12/21 14/9 14/11
16/12 23/23 24/1 24/6 26/6
29/23 31/3 31/9 34/10 35/4
37/11 37/20 41/16 43/14 45/14
45/22 47/22 55/9 58/2 59/23
61/16 62/20 63/18 68/3 68/13
69/4 70/23 70/24 74/15 75/23
76/17 77/4 77/20 78/11 82/2
85/3 85/14 85/15 85/22 86/6
86/12 86/15 88/23 89/17 97/11
100/12 104/18 105/16 106/8
106/15 107/25 108/4 111/10
112/3 114/5 115/21 116/11
116/14 116/15 116/15 117/2
118/24 119/11 119/20 120/11
120/17 122/11 122/24 123/14
123/17 123/24 124/5 128/9
128/9 128/11 128/15 128/17
128/21 129/15 129/19 129/21
129/22 129/24 130/5 130/8
131/5 131/7 134/2 135/4 140/1
141/15 141/18 141/23
**whenever** **[1]** 119/18
**where** **[53]** 6/3 9/8 10/6 10/11
14/23 16/14 25/17 26/4 26/13
26/22 27/3 27/4 28/4 28/11
30/19 34/25 36/21 42/21 43/4
44/11 51/1 51/4 53/7 54/16
62/13 67/16 68/3 68/24 76/6
80/6 80/18 85/21 86/21 94/21
102/19 102/21 102/24 105/1

113 112/14
123/9 126/18 126/20 127/14
127/16 128/4 129/15 131/13
132/18 136/9 136/23
**Whereas** **[1]** 62/15
**whether** **[28]** 24/2 53/18 56/7
62/10 62/20 65/14 73/3 75/2
77/10 79/9 79/15 82/19 85/1
88/20 89/21 91/7 91/16 91/23
94/1 95/1 95/10 95/13 97/20
98/6 99/15 99/19 122/12 122/14
**which** **[63]** 8/17 8/21 9/12
14/17 15/6 15/17 16/12 20/19
20/21 20/24 20/25 21/7 21/12
21/20 23/14 25/23 26/2 34/13
34/14 35/19 37/3 37/24 38/15
39/2 41/9 52/2 52/3 52/13
54/18 55/9 58/2 58/9 59/7 59/8
59/10 59/11 59/19 60/7 62/15
62/24 64/13 67/13 68/10 69/3
70/13 70/23 72/4 74/1 75/19
76/21 79/15 80/19 81/4 84/10
89/18 90/20 94/9 111/12 124/19
127/10 127/17 133/17 134/19
**while** **[6]** 72/20 73/1 79/2 87/1
101/1 129/13
**white** **[5]** 8/25 9/3 9/5 9/6 9/7
**who** **[39]** 12/6 12/7 19/20 21/11
21/14 24/7 34/19 45/9 54/19
55/19 57/21 72/11 80/25 82/21
83/11 84/16 84/20 84/21 87/9
88/12 88/12 89/8 89/9 90/16
90/22 91/22 92/13 93/14 94/5
95/13 95/24 95/25 96/7 99/4
99/22 110/23 124/3 134/17
134/25
**who's** **[1]** 45/20
**whoever** **[1]** 91/8
**whole** **[5]** 66/21 85/24 103/24
114/17 138/12
**whom** **[4]** 10/3 24/10 134/15
134/17
**why** **[24]** 14/4 19/25 20/6 22/2
22/19 34/4 34/23 34/24 35/1
37/23 38/15 38/18 39/8 41/3
47/24 50/22 56/1 56/12 87/21
103/7 110/13 111/18 113/19
139/9
**wife** **[1]** 115/12
**wife's** **[1]** 70/22
**will** **[23]** 4/6 8/9 14/13 17/8
17/17 33/19 54/21 61/24 62/22
65/2 65/9 66/9 69/1 72/24
73/25 79/5 81/4 81/10 84/4
95/5 96/3 100/22 126/13
**willfully** **[1]** 66/17
**WILLIAM** **[3]** 1/6 2/4 71/17
**william.pittard** **[1]** 2/7
**Willis** **[1]** 21/16
**win** **[1]** 119/19
**wind** **[1]** 109/14
**window** **[2]** 86/5 86/20
**Winstrol** **[1]** 96/16
**wish** **[1]** 124/24
**wished** **[1]** 19/2
**withdraw** **[1]** 83/21
**within** **[5]** 9/7 17/7 90/6 90/7
122/16
**without** **[10]** 20/4 33/19 64/21
72/23 89/15 97/20 99/16 112/13
112/19 113/12
**witness** **[42]** 3/3 4/9 8/9 8/10

**W**

witness... [38]  15/5 15/24
15/24 16/3 17/5 17/8 17/16
18/10 18/13 18/20 19/20 20/5
42/7 42/10 47/8 49/4 49/15
53/24 55/19 55/22 55/23 56/2
57/6 60/25 64/3 95/4 97/6
101/22 114/16 116/1 125/5
125/6 125/7 125/11 125/16
125/24 126/3 142/9
witness's [1]  15/21
witnesses [8]  56/4 56/5 59/6
88/4 92/8 95/22 97/21 98/2
won [5]  115/13 115/16 118/24
134/1 134/25
won't [2]  57/7 57/17
Wood [3]  106/21 128/4 128/12
Woods [3]  106/11 112/6 116/11
word [6]  41/16 47/7 48/5 48/10
51/25 55/8
words [2]  53/8 92/18
wore [1]  111/8
work [50]  5/15 6/1 6/14 6/18
6/22 7/2 12/14 12/20 13/19
31/10 31/10 31/11 34/20 43/25
44/19 44/23 45/14 45/15 53/7
53/9 71/11 86/1 89/9 107/13
107/22 107/24 108/4 108/11
108/13 109/2 109/2 109/4 109/7
110/9 110/16 112/5 115/22
122/10 129/12 131/8 131/17
131/17 131/17 131/24 133/23
135/15 135/20 136/14 138/18
138/20
work-out [2]  109/2 131/24
worked [17]  6/4 6/8 45/2 45/3
84/16 84/21 84/22 89/19 90/16
90/23 108/11 131/13 133/24
135/21 135/24 138/24 142/3
worker [3]  87/20 88/9 88/12
workers [1]  89/9
working [10]  12/22 25/11 38/14
89/17 104/17 105/2 106/7
136/14 139/2 140/23
works [3]  39/8 41/1 141/18
world [5]  52/19 52/22 53/6
53/12 134/6
worth [1]  97/16
would [192]
wouldn't [12]  13/17 34/23
34/24 35/1 36/15 36/16 56/12
57/1 81/6 87/21 88/8 96/25
wrap [1]  38/19
write [2]  47/9 51/16
writing [2]  60/17 60/19
written [4]  48/5 61/22 62/6
62/14
wrong [6]  47/11 47/12 86/9
100/14 100/16 125/1

**Y**

Yankees' [1]  77/3
yards [1]  133/10
yeah [15]  9/14 11/8 16/18 75/1
79/17 96/19 106/23 108/10
108/15 118/18 121/2 122/3
122/9 124/13 130/15
year [24]  96/18 103/16 104/3
104/23 107/14 107/15 113/5
116/13 116/20 119/20 123/3
123/7 123/9 127/19 129/19

134/6 134/10 134/11 138/5
years [31]  4/23 6/4 6/8 6/10
74/15 85/3 88/6 99/15 102/18
103/2 103/3 103/4 104/19
104/20 104/22 104/25 106/6
106/16 106/18 107/14 110/14
115/11 116/25 117/16 121/9
123/12 123/13 123/14 138/21
139/1 141/24
yellow [1]  133/1
yes [153]
yet [1]  110/16
York [3]  6/13 55/2 77/3
you [631]
you'd [1]  107/23
you'll [2]  100/14 100/15
you're [26]  9/10 16/4 16/20
22/17 28/10 29/13 31/9 40/24
44/25 45/22 53/25 67/13 82/13
82/13 82/14 82/19 84/14 102/5
104/12 116/13 116/14 119/19
119/20 130/5 132/3 132/17
you've [11]  7/4 23/5 33/13
33/23 34/20 35/23 37/15 39/1
52/20 53/23 104/6
Young [4]  115/13 115/16 118/24
119/19
younger [2]  130/5 135/8
your [140]  4/3 4/15 4/16 4/24
5/25 6/1 6/11 8/4 8/8 8/21
9/13 13/23 15/4 15/23 16/3
16/5 16/8 17/3 17/17 18/3 18/4
18/21 19/10 21/24 25/17 25/23
27/3 27/18 30/24 31/10 31/11
31/17 32/16 32/22 33/8 33/11
33/12 33/16 36/16 38/19 38/24
39/3 40/1 40/15 41/25 42/5
42/17 43/11 45/4 45/7 45/7
45/23 46/4 47/8 47/19 48/2
49/4 49/14 49/18 50/2 51/2
59/5 59/16 62/22 62/23 62/25
63/12 63/20 64/12 65/12 65/14
65/20 65/21 66/6 66/13 68/23
70/16 72/8 74/6 74/13 74/24
76/20 77/24 79/6 80/11 80/15
81/11 82/2 83/16 83/23 87/19
90/1 93/18 95/16 96/22 101/13
101/17 102/8 102/11 102/15
105/2 106/14 106/17 107/11
107/16 108/3 108/8 109/2 109/3
109/19 110/1 110/4 114/2 114/8
114/11 114/13 116/3 116/20
118/2 118/23 119/13 120/8
120/8 122/18 122/19 123/11
124/11 124/20 125/12 126/11
126/13 128/3 128/15 134/10
134/11 136/9 138/1 141/7 142/2
142/5
yourself [3]  25/13 42/16
137/20