IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

        Government,                 CR No. 10-223
                                  Washington, DC
      vs.                          May 30, 2012
                                  1:40 p.m.

WILLIAM R. CLEMENS,
a/k/a ROGER CLEMENS,
        Defendant.
_____


TRANSCRIPT OF JURY TRIAL – PM SESSION
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


| For the Government: | STEVEN DURHAM, ESQUIRE |
|---|---|
| | DANIEL BUTLER, ESQUIRE |
| | COURTNEY G. SALESKI, JR., ESQ. |
| | GILBERTO GUERRERO, ESQUIRE |
| | U.S. Attorney's Office |
| | 555 Fourth Street, NW |
| | Washington, DC  20530 |
| | (202) 252-7862 |
| | steven.durham@usdoj.gov |
| | daniel.butler@usdoj.gov |
| | gilberto.guerrero@usdoj.gov |
| | courtney.saleski@usdoj.gov |
| | |
| For the Defendant: | RUSSELL HARDIN, JR., ESQUIRE |
| | JEREMY T. MONTHY, ESQUIRE |
| | Rusty Hardin & Associates |
| | 1401 McKinney Street |
| | Suite 2250 |
| | Houston, TX  77010 |
| | (713) 652-9000 |
| | rhardin@rustyhardin.com |
| | jmonthy@rustyhardin.com |

MICHAEL A. ATTANASIO, ESQUIRE
Cooley, Godward, Kronish, LLP
4401 Eastgate Mall
San Diego, CA  92121
(858) 550-6020
mattanasio@cooley.com


Court Reporter:                 Lisa M. Foradori, RPR
                                Official Court Reporter
                                U.S. Courthouse, Room 6706
                                333 Constitution Avenue, NW
                                Washington, DC  20001
                                (202) 354-3269


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1                                   I N D E X

2    WITNESS                    DIRECT    CROSS   REDIRECT   RECROSS

3    For the Defendant:

4    CHARLIE O'BRIEN                         4        39

5    DARRIN FLETCHER              57       110      140        147

6    PHIL GARNER                 149

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2              THE COURT:  Okay.  You can bring in the jury.

3              On the speech and debate issue which we still have

4   to revolve, I guess the best time to do that would be Monday

5   afternoon.  So, if we can convene at 2:00 o'clock Monday

6   afternoon, then we can address that issue at that time.  We'll

7   need to make arrangements to get House counsel here so that

8   they will be represented.

9   JURY ESCORTED INTO THE COURTROOM AT 1:45 P.M.

10             THE COURT:  Good afternoon.  You may be seated.

11             MR. DURHAM:  May I proceed, Your Honor.

12             THE COURT:  Yes.

13                 CROSS-EXAMINATION CONTINUED

14   BY MR. DURHAM:

15   Q.   Mr. O'Brien, good afternoon.

16   A.   Good afternoon.

17   Q.   Welcome back.  Mr. O'Brien, over the luncheon recess

18   did you speak with any members of the defense team, either the

19   lawyers or any of the investigators?

20   A.   Did I speak to any of them?

21   Q.   Yes, sir.

22   A.   One person.

23   Q.   And who was that?

24   A.   Billy Belk.

25   Q.   Mr. Belk is an investigator for the defense?

1    A.    We were talking about our flight.

2    Q.    I didn't ask you that.

3    A.    Okay.

4    Q.    Just bear with me.  One question at a time.

5    A.    Okay.

6    Q.    Mr. Belk is an investigator for the defense?  Yes?

7    A.    Yes, sir.  I guess that's what he is.

8    Q.    In other words, he works for the defense team?

9    A.    Yes, sir.

10   Q.    And you said you were talking about -- I'm sorry, tell

11   me what you were talking about.

12   A.    My flight out of here.

13   Q.    Were you talking at all about the subject matter of

14   your testimony?

15   A.    No, sir.

16   Q.    Not a word?

17   A.    No, sir.

18   Q.    Mr. O'Brien, let me ask you some questions.  Mr. Hardin

19   asked you some questions about Mr. Clemens's studiousness.  Do

20   you recall some of those questions?

21   A.    Yes, sir.

22   Q.    Did you tell the ladies and gentlemen of the jury that

23   Mr. Clemens was a very studious pitcher?

24   A.    Yes, sir.

25   Q.    And by that did you mean that he would pay very careful

1    attention to details?

2      A.    Yes, sir.

3      Q.    That he would pay very careful attention to even the

4    smallest details?

5      A.    Yes, sir.

6      Q.    Details that, even small details that could result in a

7    competitive advantage for him?

8      A.    Say that question again.

9      Q.    The details that he would pay attention to, would those

10   small details, would they, could they result in a competitive

11   advantage for Mr. Clemens?

12     A.    If you're talking about who is umpiring a game, yes.

13     Q.    He would take careful note of that?

14     A.    Yes, sir.

15     Q.    Would he have a good memory of that?

16     A.    Yes.  We all would.

17     Q.    I'm just talking about Mr. Clemens.  You would as well,

18   though, right?

19     A.    Yes, sir.

20     Q.    Because that would be part of the job, right?

21     A.    Yes, sir.

22     Q.    To have a really good memory of umpires and tendencies

23   and so on, right?

24     A.    His strike zone or where he called pitches most of the

25   time, yes, sir.

1    Q.   How he called the last game, right?

2    A.   They're pretty much all pretty consistent at the big

3    league level.  I mean, they are going to be stronger on one

4    side of the plate compared to the other.

5    Q.   Mr. Clemens would remember these little things,

6    correct?

7    A.   Yes, sir.

8    Q.   And he was very careful about that, right?

9    A.   Uh-huh.

10    Q.   I'm sorry.  You have to say yes or no.

11    A.   Yes, sir.

12    Q.   And he would prepare and think very carefully about

13    going into each game, correct?

14    A.   He should, yes, sir.

15    Q.   In other words, I thought you told us in direct --

16    A.   In our meetings he was very understanding, he had a lot

17    of input in how we were going to go about pitching to people.

18    Yes, sir.

19    Q.   Those were preparation meetings for a performance,

20    correct?

21    A.   Yes, sir.

22    Q.   And he took that very seriously, right?

23    A.   Yes, sir.

24    Q.   And would you -- is it fair to say that Mr. Clemens,

25    when he came to work, he came prepared?

1    A.    Yes, sir.

2    Q.    You said that Mr. Clemens, I think, was a power

3    pitcher, is that correct?

4    A.    Yes, sir.

5    Q.    And by a power pitcher do you mean somebody who throws

6    the ball really hard?

7    A.    Yes, sir.

8    Q.    And is a power pitcher somebody who has injuries from

9    time to time?

10   A.    They could be, yes, sir.

11   Q.    Well, do you know, in the year that you played with

12   Mr. Clemens, do you know whether he had a groin injury, for

13   instance?

14   A.    Yes, sir.

15   Q.    He did, didn't he?

16   A.    Yes, sir.

17   Q.    That's not an uncommon injury at all for a pitcher to

18   have, is it?

19   A.    Not a power pitcher, but he uses his legs a great deal.

20   Q.    Because the power pitcher uses their legs a lot?

21   A.    Yes, sir.

22   Q.    And groin injuries, for those of us -- for the

23   uninitiated, groin injuries in baseball can be debilitating,

24   correct?

25   A.    They can definitely hinder you, yes, at times.

1    Q.   In your own career -- you know what the disabled list

2  is, right?

3    A.   Yes, sir.

4    Q.   And were you ever on the disabled list?

5    A.   Yes, I was.

6    Q.   And were you ever on the disabled list for a groin

7  injury?

8    A.   No, sir.

9    Q.   Was Mr. Clemens ever on the disabled list for a groin

10  injury, to your knowledge?

11    A.   I really couldn't tell.  I don't think he was with us.

12  I don't know if he was.  I don't think so.

13    Q.   You're talking about 1997?

14    A.   Yes, sir.

15    Q.   But that's not an uncommon injury, correct?

16    A.   No, it's very common usually.

17    Q.   Very common?  I'm sorry, you have to say yes or no.

18    A.   Yes, sir.

19    Q.   And is the concept of recovery, are you familiar with

20  what that is?

21    A.   Concept of recovery?

22    Q.   In other words, recovery from injury or strenuous

23  exercise?

24    A.   Yes, sir.

25    Q.   Is that an important concept for a major league

1   baseball player?

2      A.   Yes, sir.

3      Q.   Why?  Tell the ladies and gentlemen.

4      A.   Because we need to get back on the field ASAP.

5      Q.   As fast as you can, right?

6      A.   Yes, sir.

7      Q.   Why do you need to get back on the field as fast as you

8   can?  Share that with us, please.

9      A.   Because it's your teammate and your team, you're

10  dedicated to your team.  It's your job.  And you feel like if

11  you're not out there competing with the rest of the guys, that

12  you're letting some of the other guys down.

13     Q.   That is part of it, isn't it?

14     A.   Yes, sir.

15     Q.   The other part of it is if you can't play, somebody

16  else might come along and take your job, right?

17     A.   Yes, but that's not something that you're concerned

18  about.  You're concerned about getting back and competing

19  again.

20     Q.   Right, but I mean, you are concerned about somebody

21  coming around and doing your job better?

22     A.   No, sir.

23     Q.   You're not concerned about that at all?

24     A.   No.  If I took care of what I did and did well, then I

25  don't have to worry about my job really.

1    Q.   You never were concerned about younger players coming

2  up and taking Charlie O'Brien's spot on the roster?

3    A.   Not really.

4    Q.   Didn't concern you?

5    A.   That wasn't one of my big concerns, no.

6    Q.   Now, when you played with Mr. Clemens, Mr. Clemens, you

7  said that -- you said some very high things about him as a

8  teammate, correct?

9    A.   Yes, sir.

10    Q.   Did you ever play against him?

11    A.   Yes, sir.

12    Q.   And as an opposing, did you ever hit against him?

13    A.   Yes, sir.

14    Q.   And it's true, is it not, that when you were not on his

15  team Mr. Clemens was not a well liked man, would you agree

16  with that?

17    A.   No, it didn't really bother me one way or another.

18  He's a competitor.

19    Q.   Fierce competitor, right?

20    A.   We all were.

21    Q.   That's the nature of the game, isn't it?

22    A.   Yes, sir.

23    Q.   That's what characterizes a professional athlete and

24  sets them apart from an amateur, isn't it?

25    A.   Yes, sir.

1    Q.   And among competitors, among a game of fierce

2    competitors, did you tell us that Mr. Clemens was one of the

3    most fiercest competitors that you had ever been around?

4    A.   Yes, sir.

5    Q.   Mr. Clemens, the Mr. Clemens, Roger Clemens you knew

6    never backed down, did he?

7    A.   No, sir.

8    Q.   Never backed down to a challenge, did he?

9    A.   Not when I was catching him.

10   Q.   In fact, the Roger Clemens you knew, I think you said

11   in direct examination that Mr. Clemens would stand up, he

12   stood up to a manager one time, is that correct?

13   A.   He didn't stand up to him, he asked him a question that

14   we probably were all concerned about.

15   Q.   But Roger Clemens didn't hesitate to ask that question

16   that other people on the team might not ask, right?

17   A.   No, sir.

18   Q.   And the Roger Clemens that you knew, Mr. O'Brien, would

19   you say that because you were a catcher and he was a pitcher

20   in 1997 you became closer to Mr. Clemens than other members of

21   the team, is that fair to say?

22   A.   Yes, sir.

23   Q.   And that's because you worked closely together every

24   day, isn't it?

25   A.   Yes, sir.

1    Q.   And is it fair to say also, Mr. O'Brien, that among the

2    people -- and you had indicated that Mr. Clemens on the

3    Toronto Blue Jays in 1997 treated people right.  Did I

4    understand your testimony correctly?

5    A.   Yes, sir.

6    Q.   Is that right?

7    A.   Yes, sir.

8    Q.   And by right, by people that he treated right, were

9    those all people that were there in some way, shape or form to

10   help Roger Clemens succeed?

11   A.   I don't think a clubhouse guy is going to be helping

12   someone succeed.

13   Q.   I'm sorry.  You mean the people who pick up the jock

14   straps and the T-shirts, they are not there to help the team

15   succeed?

16   A.   No, I don't think picking up a jock strap would ever

17   make me play better, no, sir.

18   Q.   You don't think that that contributes in some measure

19   to the success of the team?

20   A.   No, sir.

21   Q.   But these people, they are not well-known people,

22   right?

23   A.   No, sir.

24   Q.   But they are -- and they are paid, right?

25   A.   Yes, sir.

1    Q.    But they are not paid a lot of money, right?

2    A.    No, sir.

3    Q.    And it's your sworn testimony -- I don't want to

4    mischaracterize your testimony, Mr. O'Brien, you're under oath

5    here -- that these people who are paid little, work in a major

6    league clubhouse, contribute nothing to the success of the

7    team?

8    A.    Not on-the-field success, no, sir.

9    Q.    Okay.  But let me go back to your relationship with

10   Mr. Clemens.  As a catcher you were closer to Mr. Clemens than

11   other teammates, is that fair?

12   A.    There is about -- usually when you play as a team you

13   get close to about five guys, five or six guys are almost like

14   your brothers because you spend a lot of your time with them.

15   Most of my relationships were with pitchers because that's who

16   I usually dealt with most of the time, yes, sir.

17   Q.    I think you said some teammates become like brothers.

18   Did I hear you correctly?

19   A.    Yes, sir.

20   Q.    And Mr. Clemens, you viewed him like a brother,

21   correct?

22   A.    I guess at that time, yes, sir.

23   Q.    He was that close, wasn't he?

24   A.    Yes, sir.

25   Q.    And you were in his inner circle, correct?

1    A.   I wouldn't say inner circle.  I was in the circle.

2    Q.   And -- but it is fair to say that among the

3    relationships Mr. Clemens had, some of those with people who

4    pick up the clubhouse and other of those with people like

5    yourself, that he was closer to some on the team than he was

6    to others, is that fair?

7    A.   Yes, sir.

8    Q.   And that's not uncommon, is it?

9    A.   No, sir.

10   Q.   Because in major league baseball you develop a level of

11   trust with people that you work with, right?

12   A.   Yes, sir.

13   Q.   And that trust develops over a period of time, doesn't

14   it?

15   A.   Yes, sir.

16   Q.   And that trust is developed over sometimes a period of

17   years, isn't it?

18   A.   Yes, sir.

19   Q.   And that trust is based on the knowledge that this

20   other person has your back, right?

21   A.   Not necessarily.

22   Q.   Well --

23   A.   The trust is you're going to go out there and perform

24   at your top level every time he's out there pitching and every

25   time I'm out there playing.  That is my job.

1    Q.    That's right.  You're going to give it up for him

2    because he knows you're going to -- he's going to give it up

3    for you?

4    A.    He's going to give me a hundred percent just like I'm

5    giving him.

6    Q.    Right?

7    A.    Yes, sir.

8    Q.    Now, it's not uncommon for pitchers to develop a trust

9    in coaches, is it, sir?

10   A.    No, sir.

11   Q.    In fact, there are some coaches that are more favored

12   than others, correct?

13   A.    Yes, sir.

14   Q.    And that again, Mr. O'Brien, is based on the trust that

15   is developed over a period of time, isn't it?

16   A.    Trust and comfortability, I guess is another word,

17   comfort to be able to teach maybe a little bit better or

18   different, something you can relate to better.

19   Q.    People who kind of click, for lack of a better word?

20   A.    Personality, yes, sir.

21   Q.    Personality has something to do with it, doesn't it?

22   A.    Yes, sir.

23   Q.    Like-minded personalities tend to attract each other,

24   don't they?

25   A.    Sure.

1    Q.    Now, the Mr. Roger Clemens that you know, that you

2    knew, would he -- he wouldn't hesitate to correct people if

3    they were wrong, would he?

4    A.    No, sir.

5    Q.    He wasn't afraid to stand up for himself, right?

6    A.    I would hope not.

7    Q.    Well, in your observation, you saw him, right, you

8    played with him in 1997?

9    A.    Yes, sir.  I think he could stand up for himself.

10   Q.    And if somebody said something that was incorrect or

11   wrong, Roger Clemens would set the record straight real quick,

12   wouldn't he?

13   A.    Yes, sir.  So would I.

14   Q.    Yes, he would?

15   A.    Uh-huh.

16   Q.    Mr. O'Brien, let me ask you about, you had talked to us

17   a little bit about Mr. Clemens's work ethic.  And if I recall

18   you correctly -- and I don't want to mischaracterize your

19   testimony, so please let me know if I've recalled this

20   correctly -- that Mr. Clemens's work ethic was one of the best

21   that you had ever seen in 15 years as a major league baseball

22   player.  Did I understand you correctly?

23   A.    Yes, sir, as a pitcher.

24   Q.    As a pitcher?

25   A.    Uh-huh.

1    Q.   I'm sorry, you have to say yes or no.

2    A.   Yes, sir.

3    Q.   And is it fair to say that among work ethic Mr. Clemens

4    would do -- well, let me reformulate that question.  I'm

5    looking for a -- looking for a quote.  Do you agree with this

6    statement:  That he would do whatever it took to win?  Do you

7    agree with that?

8    A.   He wouldn't use a scuffed ball to win.

9    Q.   You mean -- a scuffed ball, you mean something that is

10   marked up?

11   A.   Yes, sir.

12   Q.   Right.  But as far as competitive --

13             THE COURT:  Why -- what would the scuffed ball,

14   what impact would that have on a pitch?

15             THE WITNESS:  Scuff ball, if you scuff it on one

16   side or the other, makes the ball move extremely violent one

17   side or the other.  And what happened is, the instance was you

18   get a scuff ball, you throw it to him, because knowing it's

19   not a good ball to use, but you throw it to him hoping that he

20   would use it.  And he threw it back.  And so I went out to the

21   mound and asked him, what are you doing.  And he explained to

22   me, he said I don't need that kind of ball.

23             THE COURT:  Does that make the ball harder to hit?

24             THE WITNESS:  Makes it harder to hit and it moves a

25   lot more.

1    BY MR. DURHAM:

2    Q.   With the scuffed ball, if the umpire catches a pitcher

3    using a scuffed ball, what would happen?

4    A.   They throw the ball out.

5    Q.   Sometimes they throw the pitcher out too, don't they?

6    A.   Only if it's a repetitive use of that scuff ball, yes,

7    sir.

8    Q.   In other words, that's something that could result?

9    A.   That's cheating.

10   Q.   Right.  Now, with respect to Mr. Clemens's work ethic,

11   you indicated that you saw him, he would come to work, work

12   hard, correct?

13   A.   Yes, sir.

14   Q.   Fair to say that major league baseball takes a pretty

15   heavy grind on the body?

16   A.   Yes, sir.

17   Q.   Is that especially true in the months of July and

18   August?

19   A.   September is probably the worst.

20   Q.   As you get later in the season?

21   A.   Yes, sir.

22   Q.   You didn't play with him in 1998, is that correct?

23   A.   Yes, sir.

24   Q.   You didn't play with him -- did you play at all with

25   the New York Yankees?

1    A.    No, sir.

2    Q.    So you didn't play with him in 2000 or 2001, is that

3    correct?

4    A.    No, sir.

5    Q.    So you are not able to tell us anything about

6    Mr. Clemens -- strike that.  When did you retire?

7    A.    In 2000.

8    Q.    Why did you retire?

9    A.    I was released.

10   Q.    Somebody, a younger player took your job?

11   A.    No, actually he was the same age, or maybe a year

12   younger.  We were carrying three catchers in Montreal and they

13   needed a relief pitcher.

14   Q.    And you were the odd man out?

15   A.    Yes, sir.  They asked me to be the bullpen coach.

16   Q.    Bullpen coach?

17   A.    Yes, sir.

18   Q.    Now, as the pitcher in the pitcher-catcher

19   relationship, is it fair to say that the catcher, you said,

20   calls the game, is that right?

21   A.    Yes, sir.

22   Q.    Does that mean you call what pitches to throw?

23   A.    Yes, sir.

24   Q.    Who ultimately decides that?

25   A.    The pitcher does actually.

1    Q.    So is it fair to say that the pitcher basically calls

2    the shots, calls the pitches in a game, decides what

3    ultimately to pitch?

4    A.    Yes, sir, that's ultimately what happens.  But very

5    rarely did they shake me off.

6    Q.    Fair to say that Mr. Clemens knew what he wanted to

7    accomplish when he set out on the mound?

8    A.    Yes, sir.  We had our meeting, we knew kind of, it's

9    like a game plan, that's what we were following.

10   Q.    Mr. O'Brien, let me turn to another issue if I could

11   briefly here.  That is the issue of the administration of

12   vitamin B12, which you've shared some information with us on.

13   You indicated that you had gotten some vitamin B12 shots

14   during your career?

15   A.    Yes, sir.

16   Q.    When was the first vitamin B12 shot that you --

17   A.    Probably in '92 or '3.

18   Q.    What team were you with?

19   A.    New York Mets.

20   Q.    Who gave you those shots?

21   A.    I don't exactly remember the doctor at that time.

22   Q.    Okay.  Team doctor?

23   A.    I think so, yes, sir.

24   Q.    That would be common, correct?

25   A.    Common, should be, but I'm not a hundred percent sure

1   about that.

2   Q.   Well, I mean, this is an injection that you're

3   receiving, right?

4   A.   Yeah.  Should have been a doctor.  I don't know, I

5   mean, actually at that time.  I would think it would be.

6   Q.   You would think it would be?

7   A.   Should be, yeah.

8   Q.   What color was the B12 that you received?

9   A.   I think it was clear maybe.  I don't actually look at

10  it.  I was bent over and usually turned over.

11  Q.   Where did you get the shot?

12  A.   In the butt.

13  Q.   And you had indicated, Mr. O'Brien, on direct

14  examination that you saw four or five needles of B12 lined up

15  ready to go.  Did I hear your testimony correct on direct

16  examination?

17  A.   Yes, sir.

18  Q.   And was the substance in the needle clear when you saw

19  those four or five needles?

20  A.   I don't actually remember.  I just remember seeing the

21  needles.

22  Q.   Yeah, you saw a lot of needles, isn't that what you

23  told the ladies and gentlemen of the jury under oath?

24  A.   I saw a lot of needles, I saw three or four, yes, sir.

25  Not needles, syringes I guess.

1    Q.    And you saw a clear substance in there, is that what

2    you're saying?

3    A.    I was thinking it might be.  But I just remember seeing

4    the syringes basically.

5    Q.    1998 in Toronto.  Let me take a look at a picture if we

6    could, Government's Exhibit 17C-1 -- 17B-1.  It's been

7    admitted into evidence.  I'm sorry.  Can we change this over?

8              THE COURT:  To the jury you mean?

9              MR. DURHAM:  Yes, Your Honor.  It's admitted into

10    evidence.  It's 17B-1.  The record should reflect -- well, Mr.

11    O'Brien is going to tell us what it is.

12              THE COURT:  We have -- it's not showing yet.

13    BY MR. DURHAM:

14    Q.    Do you see the screen in front of you, Mr. O'Brien?

15    A.    Yes, sir.

16    Q.    You recognize that photograph, don't you?

17    A.    Yes, sir.

18    Q.    Tell the ladies and gentlemen of the jury what it is.

19    A.    It's a picture of the 1997 Blue Jays.

20    Q.    You're in this photograph?

21    A.    Yes, sir.

22    Q.    Can you circle -- you can touch the screen,

23    Mr. O'Brien.  That's you up there?

24    A.    Yes, sir.

25    Q.    Do you see Mr. Clemens in the photograph?

1   A.   No, sir.

2   Q.   All right.  Let me circle an individual in the

3   photograph, you tell me if you recognize him.  Who's that

4   gentlemen?

5   A.   Jeff Ross.

6   Q.   And who was he?

7   A.   He was our clubhouse manager.

8   Q.   Let me do one more, a couple more here.  This

9   gentleman?

10   A.   That was our strength and conditioning coach.

11   Q.   What was his name?  If I give you his name, do you

12   think you'd recognize it?

13   A.   Yes, sir.

14   Q.   Jeff Horn?

15   A.   Yes, sir.

16   Q.   Is that Jeff Horn?

17   A.   Yes, sir.

18   Q.   He was the strength and conditioning coach, wasn't he?

19   A.   Yes, sir.

20   Q.   We'll come back to him.  This gentleman, sir?

21   A.   Tommy Craig.

22   Q.   Who's Tommy Craig?

23   A.   He was our athletic trainer.

24   Q.   You would agree, would you not, Mr. O'Brien, that the

25   job of the athletic trainer is to be responsible for what goes

1   on in the training room?  You would agree with that, would you

2   not?

3       A.   Yes, sir.

4       Q.   And the training room is the area of the locker room

5   where medical treatments are provided to players, correct?

6       A.   Yes, sir.

7       Q.   And as a major league baseball player, Mr. O'Brien, you

8   would agree that professional athletes, major league baseball

9   players, as a baseball player, major league baseball player,

10  you had access to some of the absolute best medical services

11  in the country, correct?

12      A.   I don't think so.

13      Q.   You don't think that professional sports teams --

14      A.   No, sir.  I think they are very poor.

15      Q.   Really?

16      A.   Yes, sir.

17      Q.   You believe that in the 1997 -- let's just talk about

18  1997.

19      A.   Uh-huh.

20      Q.   Is it your sworn testimony before this federal jury

21  that this was a very poor medical staff?

22      A.   I thought so, yes, sir.

23      Q.   You did?  And the job of the medical staff, would you

24  agree, Mr. O'Brien, is to provide medical services so that

25  players can continue to play, correct?

1    A.   Yes, sir.

2    Q.   And that you would agree is really in the best interest

3    of the people who own this team, would you agree with that?

4    A.   Yes, sir.

5    Q.   But your testimony before this jury -- and I'm sorry, I

6    don't mean to express any personal opinion on it because it's

7    not appropriate, but I do have to ask you, is it your -- do

8    you contend that this 1997, Tommy Craig -- you knew Tommy

9    Craig?

10   A.   Yes, sir.

11   Q.   Did you know Tommy Craig in 1997 had been an athletic

12   trainer for 15 or 20 years?  Did you know that?

13   A.   I knew he had been there for a while, but I don't know

14   exactly the years.

15   Q.   And in the one year that you were in Toronto, in

16   1997 --

17   A.   It was two years.

18   Q.   Two years, I'm sorry.  I stand corrected.  '96 and '97?

19   A.   Yes, sir.

20   Q.   You concluded -- was it Tommy Craig that was a poor

21   athletic trainer?

22   A.   No, I thought the doctor that was there, one of the

23   guys that I had problems with my wrist and went in and had

24   some stuff looked at, and told me I had three tears in my

25   wrist and I had to get a fusion operation.

1    Q.   Okay.  You needed an operation, that is what the doctor

2    was telling you?

3    A.   Yes, sir.

4    Q.   And which doctor was that?

5    A.   I think Dr. Miniaci might have been his name.

6    Q.   But it wasn't Dr. Taylor?

7    A.   No, sir.

8    Q.   Just to be clear.

9    A.   No.

10        THE COURT:  Are you talking about the team doctor?

11        THE WITNESS:  Yes, sir, he was one of the team

12   doctors.  I think there were two or three others at that time.

13   BY MR. DURHAM:

14   Q.   I want to do this one at a time, because I am curious,

15   but Tommy Craig -- let's just take one at a time here.

16   A.   Yes, sir.

17   Q.   You didn't think Tommy Craig was a poor athletic

18   trainer, did you?

19   A.   Not really.

20   Q.   I mean, fair to say that your view of Tommy Craig is

21   that he basically knew what he was doing, right?

22   A.   So-so.

23   Q.   So-so?

24   A.   Yeah.  He wasn't near as good as the guy I just came

25   from in Atlanta.  Atlanta was very good.

1    Q.    But Mr. Craig, his work space was in the training room,

2    right?

3    A.    Yes, sir.

4    Q.    And as your recollection, '96 and '97, was that

5    Mr. Craig, that's where he would be if you needed somebody to

6    talk to the trainer -- if you needed to go talk to the

7    trainer, you'd go to the training room to see Mr. Craig,

8    correct?

9    A.    Yes, sir.

10   Q.    Because that is where he would be, right?

11   A.    Yes, sir.

12   Q.    And his job, Mr. O'Brien, Mr. Craig's job is to know

13   what goes on in his training room, would you agree with that?

14   A.    Somewhat, yeah.

15   Q.    Well --

16   A.    I don't think Tommy did a very good job of it.

17   Q.    Did Tommy not show up half the time?  Help us out.

18   A.    Sometimes you'd go in there and he would be gone.

19          THE COURT:  One at a time, one at a time.

20          THE WITNESS:  A lot of times he would not be in the

21   training room.

22   BY MR. DURHAM:

23   Q.    He just wouldn't be there at all?

24   A.    No.

25   Q.    Where do you think he would be?  Do you know?

```
 1      A.    I have no idea.

 2      Q.    But that was his full-time job, right?

 3      A.    Yes, sir.

 4      Q.    Here he is, he's the athletic trainer on a major league

 5   baseball team, and is it your testimony that half the time he

 6   wouldn't be there?

 7      A.    He's one of the nicest guys that I met as far as

 8   trainers, but he might have been probably the worst trainer

 9   that I've been around.

10      Q.    Have you spoken with him recently?

11      A.    The other day.

12      Q.    And what was the occasion of that discussion?

13      A.    He called and just to see if I was going to be a

14   witness for the testimony.

15      Q.    And did you tell him that you were going to come to

16   court?

17      A.    Yeah.

18      Q.    And did you talk about the four or five needles that

19   you told the ladies and gentlemen of the jury about?

20      A.    Did I talk about it?

21      Q.    Yeah.

22      A.    No.

23      Q.    You didn't talk about that?

24      A.    No, sir.

25      Q.    And Mr. Craig, did you talk to him about how poor a
```

1   trainer you thought he was when he called you?

2   A.   No, sir.

3   Q.   You didn't talk to him about that?  When you were with

4   the Blue Jays -- and forgive me, this topic I find

5   interesting.  When you were with the Blue Jays in 1997,

6   Mr. O'Brien, this poor, the poor medical services that were

7   being provided by Mr. Craig, did you complain to anybody about

8   that?

9   A.   No.

10  Q.   Okay.  Because Charlie O'Brien, who had been in the

11  league by that time, what, 13 years, 12 years?

12  A.   Uh-huh.

13  Q.   Right?

14  A.   Yes, sir.

15  Q.   You didn't think that, geez, this is really important,

16  this is my body, I'm not satisfied?  You didn't say that to

17  anybody, did you?

18  A.   No.  Not to Tommy, no.

19  Q.   Well, here is what I want to know, Mr. O'Brien.  How

20  many shots of B12 did you say you got with the Toronto Blue

21  Jays?

22  A.   Four or five.

23  Q.   Total?

24  A.   Probably, yes, sir.

25  Q.   I thought you said you got more than that.  Did I

1    misunderstand you?

2    A.    You misunderstood me.

3    Q.    Now, and those shots are all in the buttocks, right?

4    A.    Yes, sir.

5    Q.    Did you get any other injections from --

6    A.    Numerous injections.

7    Q.    Numerous injections from Dr. Taylor?

8    A.    Dr. Taylor and Dr. Miniaci.

9    Q.    Here is what I want to know.  Maybe you can help me

10   out.  How is it that an experienced major league baseball

11   player like Charlie O'Brien allows a poor medical staff to

12   give him multiple injections and he keeps coming back for

13   more?  Can you help me with that?

14   A.    I can help you with it because the doctor actually gave

15   it to a spot that I needed some relief as far as torn

16   ligaments in my wrist and my thumb and my foot and my knee.  I

17   had them numerous occasions.

18   Q.    But you keep coming back to that same staff of quack

19   doctors and medical providers?

20           THE COURT:  I don't think he called them quacks.

21           MR. DURHAM:  I'm sorry.  I apologize.

22           THE WITNESS:  I've actually gone outside of the

23   medical staff with certain doctors to get a shot, yes, sir,

24   without the team knowing.

25

1    BY MR. DURHAM:

2    Q.   But the B12, you keep going back to the same poor

3    medical staff, is that your testimony?

4    A.   Yes.

5    Q.   Now, Mr. O'Brien, I have just a few more questions here

6    before I sit down.  I was going to ask you, sir, with respect

7    to Mr. Clemens and his work ethic, and I think you testified

8    as to what he would do to care for his body, were you aware,

9    sir, that -- do you know what Vioxx is?

10   A.   No, sir.

11   Q.   Do you know that Mr. Clemens has stated publicly that

12   he ate Vioxx like they were Skittles?  Are you aware of that?

13   A.   No.  I ate Naprosyn, though, like Skittles.

14   Q.   What is Naprosyn?

15   A.   It's an anti-inflammatory.

16   Q.   An anti-inflammatory?

17   A.   Yes, sir.

18   Q.   And do you get that prescribed from a physician?

19   A.   Yes, we would see a doctor about it, yeah.

20   Q.   Uh-huh.  And does it say on the prescription bottle,

21   does it say take one tablet twice a day or does it say -- and

22   I don't mean to be smart-alecky about this, but does it say on

23   the prescription bottle, "eat like Skittles"?

24   A.   No.  No.

25   Q.   Right.  So, but what you're saying is that you --

1   that's how you would take the medicine?

2   A.   Not like Skittles.

3   Q.   I thought you just told me --

4   A.   M&Ms maybe, not Skittles.  I don't like Skittles.

5   Q.   Okay.  I appreciate your sense of humor, Mr. O'Brien.

6   I really do, and I know you --

7   A.   I think the ones --

8   Q.   Excuse me.  Let me finish my question.

9   A.   All right.

10  Q.   I appreciate your sense of humor and I appreciate the

11  time you spent with Mr. Hardin, but you understand what the

12  charges are in this case, don't you?

13          MR. HARDIN:  Your Honor, that's --

14          THE COURT:  I will sustain the objection to the

15  commentary.  Disregard that.

16          MR. HARDIN:  Disregard that.

17          THE COURT:  And disregard that remark.

18  BY MR. DURHAM:

19  Q.   This is a serious matter, correct?

20  A.   Yes.

21  Q.   All right.  Now, did you know or were you aware that

22  Mr. Clemens has publicly admitted that he took a drug known as

23  ephedra?

24  A.   Not really.

25  Q.   Do you know what ephedra is?

1   A.   What is that?

2   Q.   Can we put that picture back up, please.  It's 17B-1.

3   This gentlemen here you said was Mr. Horn, the strength coach,

4   is that correct?

5   A.   Yes, sir.

6   Q.   Where did Mr. Horn do his business in 1997 with the

7   Toronto Blue Jays?

8   A.   Do his business?

9   Q.   In other words, did he have an office?  That's what I'm

10  getting at.

11  A.   I don't know if he had an office.  I don't remember him

12  having an office.

13  Q.   He spent most of his time in the weight room, right?

14  A.   Yes, sir.

15  Q.   The weight room was outside the clubhouse and --

16  A.   Yes, sir.

17  Q.   I'm sorry, Mr. O'Brien, if you could wait until I

18  finish and then you can provide a responsive answer, the court

19  reporter, as good as this court reporter is, cannot possibly

20  take down both of our talking at the same time.

21          You were telling us where the weight room was.

22  Go ahead.

23  A.   It's right across the hall from the locker room.

24  Q.   Would it be fair to say that you would go outside of

25  the locker room and down the corridor to the weight room?

1    A.    About -- yes, sir, 15 yards maybe.

2    Q.    So, the locker room is separate from the weight room,

3    right?

4    A.    Yes, sir.

5    Q.    And in 1997 when you worked with Mr. Horn -- by the

6    way, was Mr. Horn also not competent or was Mr. --

7    A.    He was one of the better ones.

8    Q.    You liked Mr. Horn?

9    A.    Yes, sir.

10   Q.    Mr. Horn, did he work down at the weight room?

11   A.    Yes, sir.

12   Q.    And the four or five B12 injections that you indicated

13   that you've received, I take it you didn't receive any in the

14   weight room, correct?

15   A.    I don't remember getting them in the weight room, no,

16   sir.

17   Q.    That would be kind of an odd fact, wouldn't it?

18   A.    Most of the time they were in the training room.

19   Q.    Right.  They would be in the training room, right?

20   A.    I think so.

21   Q.    We can agree on that, right?

22   A.    Yes, sir.

23         MR. DURHAM:  Court's indulgence.

24         THE COURT:  While you're doing that, let me ask a

25   question.  You said you didn't recognize or see Mr. Clemens on

1    the photograph?

2              THE WITNESS:  No, sir.

3              THE COURT:  Do you remember what number he wore at

4    that time?

5              THE WITNESS:  21.

6              THE COURT:  Do you see anybody with 21 on that

7    photograph?

8              THE WITNESS:  Oh, there he is, down at the bottom.

9    I recognize him.

10   BY MR. DURHAM:

11     Q.   Go ahead and circle him, if you could, Mr. O'Brien.

12   That's Mr. Clemens?

13     A.   Yes, sir.

14     Q.   Let me just go back if I could.  You said you got pain

15   injections when you were with the Toronto Blue Jays in 1996?

16     A.   No, they are -- we called them a shot of mud, steroid

17   injections.

18     Q.   Steroid injections?

19     A.   Yes, sir.

20     Q.   You mean corticosteroids?

21     A.   Cortisone, steroids, yes, sir.

22     Q.   As opposed to anabolic steroids?

23     A.   Yes, sir, I guess.

24     Q.   Just wanted to make sure we're clear.

25              THE COURT:  That was cortisone?

1          THE WITNESS:  Yes, cortisone, yes, sir, but I think

2    it had something else, I mean, Lidoacaine or -- they put two

3    or three things in it usually.

4    BY MR. DURHAM:

5     Q.   Where would you get those injections?

6     A.   Usually in the doctor's office most of the time.

7     Q.   And the doctor would --

8     A.   The training room or the office.

9     Q.   Those would be --

10    A.   A lot of them had like a doctor's office in every

11   training room, there is a trainer's --

12    Q.   It would be common when you got an injection of that

13   nature to go privately into the doctor's office to get that,

14   correct?

15    A.   Yeah, because those are a lot worse.

16    Q.   Right.  Those were a lot more serious, right?

17    A.   Yes, sir.

18    Q.   And those were prescription drugs that a doctor was

19   injecting in your body, right?

20    A.   Yes, sir.

21    Q.   Those would occur in the privacy of the doctor's

22   office, correct?

23    A.   Yes, sir.

24    Q.   You would never get a Lidoacaine injection from the

25   strength coach in the weight room, correct?

1    A.   I have no idea.  I never got one from him.

2    Q.   You never did, right?

3    A.   No, sir.

4    Q.   Now, before I sit down, Mr. O'Brien, let me ask you a

5    question one more time.

6         THE COURT:  Before you move away from that, the

7    cortisone shots that you received, what did you receive that

8    for?

9         THE WITNESS:  For like I got torn ligaments in my

10   wrist.  I mean, I got them all through the years.  I mean

11   whenever you hurt something, they'd give you a cortisone shot

12   for it.

13   BY MR. DURHAM:

14   Q.   Did you -- I think I may have asked this earlier.  I

15   just want to make sure that I'm clear on it.  Before you came

16   to court today and sat up on the witness stand, who if anyone

17   did you speak with about whether you had seen four or five

18   needles lined up in a training room ready to be administered

19   of B12?

20   A.   Who did I speak with?

21   Q.   Yes.

22   A.   Nobody.

23   Q.   Nobody?

24   A.   No.

25   Q.   Never spoke to any of these lawyers over here?

1    A.   Never told them anything like the number of steroid

2    stuff, no.

3    Q.   Never spoke with any of the defense investigators about

4    the substance of your testimony?

5    A.   No, sir.

6    Q.   Not a word?  I'm sorry, yes or no?

7    A.   No, sir.

8    Q.   But you were able to tell us in some detail about the

9    number four or five needles, correct?

10   A.   Yes, sir.

11   Q.   Now, did you come up with that?

12   A.   I saw that.

13   Q.   You saw it?

14   A.   Uh-huh.

15   Q.   The clear liquid lined up in the --

16   A.   I saw the syringes laying on the table three or four

17   deep.

18   Q.   With the clear liquid?  Yes?

19   A.   It looked clear.  I didn't actually look at the color.

20   Q.   Mr. O'Brien, I want to thank you for your time.

21   A.   You're welcome.

22            THE COURT:  Redirect.

23                      REDIRECT EXAMINATION

24   BY MR. HARDIN:

25   Q.   Mr. O'Brien, he asked you if you had discussed your

1    testimony with me or anyone else, correct?

2    A.   Yes, sir.

3    Q.   I want to take this question separate and ask you if

4    you and I ever met before you testified?

5    A.   Yes, sir.

6    Q.   All right.  And when would have been the first time you

7    and I met?

8    A.   When I arrived here the first day here.

9    Q.   When you say discussed your testimony, what do you

10   mean?

11   A.   Talked about what I was going to talk about, I guess.

12   Q.   All right.

13   A.   Or what I knew.

14   Q.   Now, were you ever interviewed over the phone or in

15   person?

16   A.   Yes, sir.

17   Q.   And were you ever interviewed in person by

18   investigators from my office?

19   A.   Yes, sir.

20   Q.   Do you recall who it was interviewed you?

21   A.   Yes, sir.

22   Q.   Who?

23   A.   Billy Belk.

24   Q.   Mr. Belk, do you see him in the courtroom?

25   A.   Yes, sir.

1    Q.   Now, do you recall when it was you were interviewed by

2   Mr. Belk, how far back?

3    A.   No, sir.  It was a while ago.

4    Q.   Was it more than a different year?

5    A.   I think so.

6    Q.   Was it in person?

7    A.   Yes, sir.

8    Q.   And where were you?

9    A.   At my house.

10    Q.   When he came to your house was it some year other than

11   this year?

12    A.   Yes, sir.

13    Q.   And how long did you all visit?

14    A.   Fifteen, 20 minutes maybe.

15    Q.   And then when did you come here to Washington?

16    A.   Two days ago.

17    Q.   When did you first meet me?

18    A.   Two days ago.

19    Q.   Now, would you help out the jury and everybody as to

20   what you mean when you -- he asked you questions if you had

21   discussed your testimony with anybody.  Okay?

22    A.   Uh-huh.

23    Q.   But how many times have you and I met?

24    A.   Once.

25    Q.   And then, when we met, did we discuss what I was going

1  to ask you?

2      A.   No, sir.

3      Q.   What is it that you mean then when you say whether you

4  discussed your testimony?

5      A.   Asked me what I knew.

6      Q.   And did we talk in terms of me just asking you what you

7  knew about things?

8           MR. DURHAM:  Objection, leading nature of the

9  questions.

10          THE COURT:  Sustained.

11 BY MR. HARDIN:

12     Q.   Let me put it this way.  When you and I met did we

13 visit for a while?

14     A.   Yes, sir.

15     Q.   And without going into anything I told you, did you

16 recite what you knew about this area, period --

17          MR. DURHAM:  Objection, leading, Your Honor.

18          THE COURT:  It is.  What happened when you met with

19 him?

20          MR. HARDIN:  I was trying to get --

21          THE COURT:  It can't be leading, though.

22          MR. HARDIN:  All right.  I'll try a little harder.

23          THE WITNESS:  We talked about how to answer a

24 question.

25

1    BY MR. HARDIN:

2      Q.   In what sense?  What do you mean?

3      A.   Just be -- don't go off the point, B, C or D, just

4    answer the question they ask you.

5      Q.   All right.  And the story about -- what Mr. Durham was

6    asking you about the needles and everything, did I suggest

7    that to you at all?

8      A.   No, sir.

9            MR. DURHAM:  Leading question, Your Honor.

10           THE COURT:  It is.

11   BY MR. HARDIN:

12     Q.   Has anyone suggested to you what to say in any way

13   concerning any B12 or needles?

14     A.   No, sir.

15     Q.   Even if I had, or someone had, what would your reaction

16   be?

17           MR. DURHAM:  Objection.

18   BY MR. HARDIN:

19     Q.   What would your reaction be?

20           MR. DURHAM:  Objection -- move on to another

21   question.  Calls for speculation.

22           THE COURT:  I'll sustain the objection.

23   BY MR. HARDIN:

24     Q.   Well, what did you -- what was your reaction a minute

25   ago when Mr. Durham asked you about the needles and so, in

 1   terms of your testimony?

 2              MR. DURHAM:  Objection, relevance.

 3              THE COURT:  Overruled.

 4              THE WITNESS:  Just told him what I saw.

 5   BY MR. HARDIN:

 6     Q.    Pardon me?

 7     A.    Just told him what I saw.

 8     Q.    Does that have anything to do with anything anybody has

 9   told you?

10              MR. DURHAM:  Objection, leading.

11              THE COURT:  Overruled.

12   BY MR. HARDIN:

13     Q.    You can answer.

14     A.    No, sir.

15     Q.    Now, during the time before this trial, had the

16   government ever attempted to interview you?

17     A.    No, sir.

18              MR. DURHAM:  Relevance.

19              THE COURT:  Overruled.

20              THE WITNESS:  No, sir.

21   BY MR. HARDIN:

22     Q.    Have you been available to talk to the government or

23   anybody since -- any time since this all happened?

24     A.    Yes, sir.

25     Q.    Are you getting a little nervous as to whether you can

1   answer?

2       A.    Kind of.

3       Q.    Well, that's a good place to look, because if you're

4   not sure whether you can do it, you look up there, okay?

5       A.    Okay.

6       Q.    All right.  Now, let me go back to Mr. Durham's

7   questions.  I want to go -- about the B12.  What is your

8   testimony as to whether you would ever come up here and talk

9   about that if it wasn't true just to help Roger Clemens?

10          MR. DURHAM:  Objection to the form of the question.

11          THE COURT:  Overruled.

12   BY THE WITNESS:

13      Q.    What is your testimony about that?

14      A.    What I saw.

15      Q.    Would you come up and talk about it if it wasn't true?

16      A.    No, sir.

17      Q.    Well, how about how good of friends you are?

18      A.    No, sir.

19      Q.    Did anybody ever tell you that would help him?

20      A.    No, sir.

21      Q.    Do you have any idea what even the significance one way

22   or the other is of that question?

23          MR. DURHAM:  Leading question.

24          THE COURT:  It is.  Sustained.

25

BY MR. HARDIN:

Q.   Do you have any understanding of that question at all and what it has to do with anything about B12?

A.   No, sir.

Q.   Okay.  Now, he asked you about, I believe, the people that picked up the laundry and stuff in the training room.  Do you remember that?

A.   Yes, sir.

Q.   All right.  What is your reaction as to whether or not that was an accurate statement by him?

A.   Very inaccurate, because I just felt that --

Q.   Pardon me?

A.   Very inaccurate in the sense that I don't think they help our team win a ball game.

Q.   What do you think about them and the role they play in the overall picture?

A.   They take care of your uniform, I mean, it's an important part as far as after the game and things like that.

Q.   Well, how do you feel about them?  Do you feel like you understood -- what was your reaction to the way he was asking that question and the way he was --

A.   I really didn't understand it.

Q.   Tell me what your perception of that, do you think their position is worthless or anything?

A.   Yeah, pretty much.

1   Q.    In what sense?  When you say worthless, what do you
2   mean?
3   A.    Didn't really have any relevance to whether we won or
4   lose a ball game.  I just couldn't figure that out.
5   Q.    All right.  So when you're answering that question from
6   him, what are you talking about?
7   A.    The importance of -- what they play in a factor as far
8   as what they do as far as helping us win a ball game.
9   Q.    What about in the overall scheme of their significance
10  as people?
11          MR. DURHAM:  Objection, leading question.
12          THE COURT:  What do you see their role as being?
13          MR. HARDIN:  Thank you, Judge.
14          THE WITNESS:  They play a major role in keeping our
15  clubhouse clean and getting our uniforms ready to go.  They
16  play, I guess it's a cosmetic part of it.
17  BY MR. HARDIN:
18  Q.    But in terms of wins and losses?
19  A.    They play no part in any of that.
20  Q.    All right.  How did you treat them?
21  A.    Same way.  They are all -- I was always kind of good
22  friends with all the clubhouse guys.
23  Q.    Now, I want you to, if you would, explain to the jury
24  what you meant about the scuff ball thing.  You remember the
25  question Mr. Durham asked you, the question having to do with

1    Roger Clemens do anything to win.  Do you remember that?

2    A.    Yes, sir.

3    Q.    And you mentioned he wouldn't scuff a ball, right?

4    A.    Yes, sir.

5    Q.    You told --

6    A.    He wouldn't use a ball that was scuffed.

7    Q.    Right.  The person that would scuff the ball if they

8    were going to help a pitcher would be who?

9    A.    Me a lot of times.

10   Q.    All right.  So when Roger Clemens starts pitching for

11   the Toronto Blue Jays and you start catching him, what is one

12   of the first things you wanted to find out as to whether he

13   wanted you to do?

14   A.    Just ask if he needed a ball that had a little scuff on

15   it.

16   Q.    How did you go about that?

17   A.    I would -- my shin guard has a little metal strap on it

18   and you just keep them sharp and you just kind of rub the ball

19   against it and throw it back to the pitcher.

20   Q.    That wasn't unique to you, was it?

21   A.    No, sir.

22   Q.    Is that kind of -- how would you describe that as

23   something that catchers in baseball frequently did for the

24   pitchers who wanted them to?

25   A.    Quite frequent if they needed to do that.  Yeah.

1    Q.   Why would they need to do that?

2    A.   It's a big advantage for a pitcher.

3    Q.   And if a catcher is scuffing the ball for him before he

4    throws it back out for him to repeat a throw, what effect, as

5    the Judge was asking, is that going to have on the ball?

6    A.   It's going to make it move a great deal more than it

7    would if it didn't have one on it.

8    Q.   So if he's trying to throw a fastball and wants that

9    ball to go up and in, does scuffing have any effect?

10             MR. DURHAM:  Leading.

11             THE COURT:  It is.

12   BY MR. HARDIN:

13   Q.   If he's throwing a fastball, would it have any effect?

14   A.   Yes, sir.

15             THE COURT:  What if any effect would a fastball

16   with a scuff on it, what would that have on the ball?

17             THE WITNESS:  It depends on how you held the ball,

18   it would move the ball 6 to 8, 10, 12 inches one way or

19   another.  If it didn't have it on there, it would not move

20   that much.

21   BY MR. HARDIN:

22   Q.   So when you first -- when in your relationship was it

23   that you went out first to check with Mr. Clemens about

24   whether he wanted you to scuff a ball for him?

25   A.   I think in spring training I talked to him about it.

1    And there was a couple instances during a game that I tried to

2    throw him balls that would have been scuffed, where they

3    either hit somebody's foot or hit the dirt and they get a

4    scuff on them, and so -- or they bounce in the dirt to me, a

5    lot of times if they bounce a breaking ball, and you get it

6    back as fast as you can.  Or you get one and you see it and

7    you throw it to the guy.  And a lot of times he would take the

8    ball and throw it back to me.  I remember one time going out

9    there and said this, dude, is a great ball to use.  He said I

10   don't need that.

11   Q.   What did you take him to mean when he said he didn't

12   need that?

13   A.   He didn't want to throw one of those balls that were

14   scuffed.

15   Q.   Why?

16   A.   Because his stuff was good enough --

17           MR. DURHAM:  Objection.

18           THE COURT:  Sustained.

19   BY MR. HARDIN:

20   Q.   Well, when Mr. Durham was asking you, and I'm going to

21   ask you the same question that Mr. Durham asked you, would

22   Roger Clemens do anything to win if it meant cheating?

23           MR. DURHAM:  Objection, not the question I asked,

24   Your Honor.

25           MR. HARDIN:  It was the suggestion.

```
 1              THE COURT:  I'll sustain the objection to that

 2    question.

 3    BY MR. HARDIN:

 4     Q.   What did you take Mr. Durham to be asking you when he

 5    asked that question -- let me finish -- when he asked you that

 6    question about whether Mr. Clemens would do anything to win?

 7    Why was it that you volunteered he wouldn't scuff, he wouldn't

 8    pitch a scuffed ball?  Why did you do that?

 9              MR. DURHAM:  I object.  This has already been

10    covered --

11              THE COURT:  Overruled.

12              MR. DURHAM:  -- on redirect.

13              THE COURT:  Overruled.

14    BY MR. HARDIN:

15     Q.   Why did you volunteer that?

16     A.   Because I didn't think he would be cheating with it.  I

17    don't think he'd cheat.

18     Q.   At all?

19     A.   No, sir.

20     Q.   Ever?

21     A.   Not the one I know.

22     Q.   No matter --

23              MR. DURHAM:  This is well beyond.

24              THE COURT:  Overruled.

25
```

1    BY MR. HARDIN:

2        Q.    No matter what?

3        A.    No, sir.

4        Q.    Now, was that kind of cheating that you've described,

5    how frequent was that done in baseball during your years?

6        A.    All the time.

7        Q.    But not by him?

8        A.    No, sir.

9              MR. HARDIN:   That's all I have, Judge.

10             MR. DURHAM:   May we approach one moment.

11   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

12             MR. DURHAM:   That was an extraordinarily broad

13   question that I would ask a short amount of recross on.  It

14   seems to me that would he ever cheat at anything, that was

15   pretty much the import of the question.  I think,

16   unfortunately, this has opened the door for facts that suggest

17   that he would in fact cheat on certain things in baseball.

18             MR. HARDIN:   You know what is so infuriating about

19   this?  He wants to try to get into the allegations about other

20   women.  That is outrageous.  Ask him, please, Judge, just ask

21   him if that's what he's talking about.

22             THE COURT:   About what?

23             MR. HARDIN:   About Roger Clemens and whether or not

24   he lied in his marriage.

25             MR. DURHAM:   God, this is such an extremely broad

1    question.

2              THE COURT:  Is that what you --

3              MR. DURHAM:  Well, what I want to ask, Your Honor,

4    is, you know, can appearances, outward appearances sometimes

5    be deceptive.  I mean, this was a very broad question that he

6    asked.

7              THE COURT:  Yeah, but you opened the door by asking

8    about whether he would -- whether he would do anything to win.

9    So I thought the question about what he meant when he said he

10   wouldn't scuff a ball became relevant because that was the

11   response he gave.  I don't think that opened the door to go

12   into this subject, if that's what you're seeking to go into.

13             MR. DURHAM:  No, it's not the subject, obviously,

14   without the Court's clearance.  But he -- it went beyond the

15   scuffing of the ball.  These last questions were essentially

16   would he cheat at anything.

17             MR. HARDIN:  No.  I'll be glad to ask one further

18   question and say I'm speaking only about baseball.  Do you

19   know of anything Roger Clemens did to try to cheat in

20   baseball?

21             THE COURT:  Very well.  I'll strike the last

22   question and response and let you ask that.

23             MR. HARDIN:  Thank you, Judge.

24             MR. ATTANASIO:  The thing is, Judge -- I'm going to

25   speak for Mr. Hardin quickly after conferring.  Mr. Hardin's

1    questions were clearly about baseball.  Scuffing the ball.

2              THE COURT:  Rephrase it to make it clear.

3              MR. ATTANASIO:  All right.

4    SIDEBAR DISCUSSION CONCLUDED

5              THE COURT:  The last statement by the witness about

6    not cheating at anything, I'm going to tell you to disregard

7    that and have counsel reask the question.

8    BY MR. HARDIN:

9     Q.   What I wanted to, what I was asking about is do you

10   know of anything or believe Roger Clemens would do anything to

11   cheat in baseball?

12    A.   No, sir.

13             MR. HARDIN:  That's all I have, Judge.

14             THE COURT:  Any questions from the jury?

15   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

16             THE COURT:  The question is, "Were you aware of Mr.

17   Clemens's prior testimony about seeing four to five needles

18   lined up ready to go with B12 for players?"

19             MR. HARDIN:  Fair enough.

20             MR. DURHAM:  Fair.

21             THE COURT:  And "In the era before major league

22   baseball started testing for performance-enhancing drugs, did

23   you consider the use of steroids and hormones to be cheating?"

24             MR. HARDIN:  Fair enough.

25             MR. DURHAM:  I'm not sure, Your Honor.  I don't

1   particularly like that question.  It really is an opinion

2   question that is beyond the scope of this witness's testimony

3   and is kind of his personal opinion on what he considers to be

4   cheating.

5           MR. HARDIN:  We have no objection.

6           THE COURT:  Well, I guess the concern I have is it

7   seems to me that they're -- in light of his testimony that

8   Mr. Clemens would not cheat, I guess they are asking whether

9   he would consider this to be cheating.  I'm sure he probably

10  would say no.

11          MR. DURHAM:  I think -- the witness I believe would

12  probably -- I think the witness is actually also listening.

13          THE COURT:  He would probably say yes, he would

14  consider it to be cheating.  I assume that's what he would

15  probably say.  That seems the only way they can appropriately

16  consider that is if they draw a correlation between what he's

17  already said about Mr. Clemens and the use of these

18  substances.

19          MR. DURHAM:  That's correct.

20          MR. HARDIN:  We'll go along with the government.

21          THE COURT:  Okay.  I won't ask that one.  And, "Do

22  you have any firsthand knowledge of whether other players

23  consider the use of substances cheating?  Did they?"

24          MR. DURHAM:  I don't think that can be asked.

25          THE COURT:  No, I won't ask that.

1    SIDEBAR DISCUSSION CONCLUDED

2          THE COURT:  Again, I'll repeat that if I don't ask

3    a question that has been submitted, it's because I've

4    concluded that the question is not legally appropriate, and

5    therefore the juror who submitted it must disregard that they

6    asked the question and not speculate as to what the answer

7    would have been had I asked it.  I will ask one of the

8    questions that was submitted.

9          "Were you aware of Mr. Clemens's prior testimony

10   about seeing four to five needles of B12 lined up ready to go

11   for players?"

12         THE WITNESS:  No, sir.

13         THE COURT:  Anything else?  Any follow-up?  Thank

14   you, sir.  Is he free to go?

15         MR. HARDIN:  Yes, Your Honor.

16         THE COURT:  Okay.  He is.  You can stay in the

17   courtroom if you so desire, sir.

18         Okay.  Next witness.

19         MR. HARDIN:  Mr. Darrin Fletcher.

20   Thereupon,

21                    DARRIN FLETCHER,

22   the witness herein, having been first duly sworn, was examined

23   and testified as follows:

24

25

                            DIRECT EXAMINATION

1

2   BY MR. HARDIN:

3     Q.   Good afternoon.

4     A.   How we doing?

5     Q.   Good.  How about you?

6     A.   Good.

7     Q.   Tell the jury your name and spell your last name for

8   the court reporter, please.

9     A.   My name is Darrin Fletcher.  Fletcher, F-L-E-T-C-H-E-R.

10    Q.   Mr. Fletcher, how old a man are you?

11    A.   I'm 45.

12    Q.   And what did you used to do for a living?

13    A.   Used to be a catcher in the major leagues.

14    Q.   Where did you grow up?

15    A.   I grew up in rural Illinois, near Danville, Illinois.

16    Q.   High school there?

17    A.   High school in that area.

18    Q.   And then what about college?

19    A.   Went to the University of Illinois in Champaign.

20    Q.   How far did you go?

21    A.   I went three years, and was drafted and left after that

22   time.

23    Q.   Whom were you drafted by?

24    A.   Drafted by the Los Angeles Dodgers.

25    Q.   In what year?

1   A.   1987.

2   Q.   When you were drafted from the Dodgers had you been

3   playing for the University of Illinois?

4   A.   Yes, sir.

5   Q.   By the way, are you married now?

6   A.   I am married.

7   Q.   Do you have children?

8   A.   Three children.

9   Q.   How old are they?

10   A.   19, 15 and nine.

11   Q.   You kind of come from a baseball family, don't you?

12   A.   Had a grandfather that played professionally, and then

13   my father also pitched professionally and pitched briefly in

14   the major leagues.

15   Q.   You're like the third generation --

16   A.   Third generation, yes.

17   Q.   -- in your family?

18   A.   Yes.

19   Q.   And then how about your son?  Your kids, are they boys

20   or girls?

21   A.   Two boys on the end and a girl in the middle.  My son,

22   19, is playing junior college baseball now.

23   Q.   And how about the bottom son, how old is he?

24   A.   He's nine and he's a bit more just a participant.

25   Q.   Now, where do you live now?

1      A.   I live in the same area that I grew up, born and
2  raised, near Danville, Illinois.
3      Q.   You went back home?
4      A.   Yeah.
5      Q.   Did you make a good living playing baseball?
6      A.   I did.
7      Q.   Did you manage to save any of it?
8      A.   I saved some money, Rusty, yeah.
9      Q.   So right now what are you doing?
10     A.   Right now I'm chasing kids around, you know, with all
11 their activities.  I am the unpaid voluntary assistant
12 baseball coach at the high school.
13     Q.   Now, Mr. Fletcher, have you and I ever met before?
14     A.   No.
15     Q.   When is the first time we met?
16     A.   Last night.
17     Q.   And before you and I met, had you talked to people
18 representing and working with my firm, the investigators --
19     A.   Yes.
20     Q.   -- for the past years?
21     A.   Yes.
22     Q.   Do you recall who you talked to?
23     A.   Billy Belk.
24     Q.   Where did he talk to you?
25     A.   The first time that I talked to Billy he actually flew

1   out to a place where I play golf, believe it or not.

2   Q.   Without going into anything you or he said, did he

3   interview you about what you knew about a period of time with

4   the Toronto Blue Jays?

5   A.   Yes.

6   Q.   And about how long did the two of you visit?

7   A.   An hour.

8   Q.   And then were you interviewed again by anybody in my

9   firm?

10  A.   I believe it was Billy again.

11  Q.   And when would that have been?

12  A.   That would have been --

13  Q.   Timeframe, not event frame?

14  A.   Timeframe would have been probably before the first

15  trial.

16  Q.   Before July?

17  A.   Yes.

18          MR. DURHAM:  Objection, Your Honor.

19          MR. GUERRERO:  Your Honor, may we approach?

20  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

21          MR. GUERRERO:  He just said it, Judge, before the

22  first trial.  It came out publicly.

23          MR. HARDIN:  He didn't know not to.

24          THE COURT:  What do you want me to do?

25          MR. HARDIN:  I tried to fix it.  I'll be glad to do

1   anything you want.  It's not to our advantage for --

2           THE COURT:  What do you want me to do?  Whatever

3   you want me to do.  I can tell them to disregard it.  It may

4   just highlight it.  But if that's what you want, I'll do it.

5           MR. GUERRERO:  We'll just leave it alone.

6           MR. DURHAM:  While we're up here, obviously this is

7   a sensitive subject, as the Court understands, and the Court

8   gave us parameters, we sat down carefully with our witnesses.

9   We of course -- I don't attribute any ill will or bad faith.

10  We'd just ask that future witnesses be advised --

11          MR. HARDIN:  We'll be glad to do that.

12          THE COURT:  Very well.

13  SIDEBAR DISCUSSION CONCLUDED

14  BY MR. HARDIN:

15  Q.   Would it be sometime before July of last year?  Just

16  rough timeframe?

17  A.   Yeah.

18  Q.   Now, let's go now to what you remember about -- the

19  year you were drafted again was when?  '87?

20  A.   '87.

21  Q.   And the Dodgers drafted you and where did you go spend

22  the next two or three years?

23  A.   In their minor league system.  Vero Beach.  A ball and

24  then AA and worked my way up and appeared in the big leagues

25  for the first time in 1989.

1   Q.   I'm not sure we've told the jury before, when we talk

2   about A, AA, AAA, explain to the jury what that means as to

3   the minor leagues.

4   A.   Well, at the time I was playing they actually had a

5   league considered lower playing level than A ball, would have

6   been rookie league.  Then from rookie league you could make

7   your way up to a short season A or a full season A, and then

8   there was several teams on -- a particular team would have

9   three or four maybe A teams, but a major league team like the

10  Dodgers would only have one AA and one AAA team.

11  Q.   And then you had the majors?

12  A.   Then the majors.

13  Q.   When did you go to the majors?

14  A.   I appeared in 1989.

15  Q.   How old were you then?

16  A.   Born in '66, so I mean, I was 22 years old.

17  Q.   All right, sir.  And then after you -- when you made it

18  to the majors, at some time did you end up in Toronto?

19  A.   I did.

20  Q.   What year did you go to Toronto?

21  A.   That wasn't until 1980 -- or, I'm sorry, 1998.

22  Q.   How many teams had you played for before then?

23  A.   Well, I played briefly with the Philadelphia Phillies

24  in '90 and '91, then I was traded to the Montreal Expos and

25  played for the Montreal Expos for six seasons, '92 through

1    '97.  And then I signed a free agent contract to come play for

2    the Toronto Blue Jays.

3    Q.    The jury has heard about a starting catcher and a

4    backup catcher.  What role did you have?

5    A.    When I signed I was thinking that I may have more of a

6    part-time role or sharing some time with a catcher by the name

7    of Benito Santiago, but he was hurt that winter and I

8    basically was the everyday catcher in 1998.

9    Q.    When did you first meet Roger Clemens?

10   A.    I met Roger Clemens in spring training of '98.

11   Q.    And so about when does spring training start?  When do

12   the pitchers and catchers report?

13   A.    We show up the middle of February.

14   Q.    Had you ever met him before then?

15   A.    No, I didn't.

16   Q.    Had you ever played against him before then?

17   A.    I believe that I had maybe one or two at bats against

18   him when he was in Boston and I was in spring training with

19   the Expos.

20   Q.    How long had you been aware of this person Roger

21   Clemens?  Not necessarily played against with, but how far

22   back do you remember going that you were aware of him?

23   A.    I was aware of Roger Clemens even when he was in

24   college.

25   Q.    Why?

1    A.   Well, at the University of Texas he was making quite a

2    name for himself.  I think, I mean, I was a young -- I was

3    younger back then and I followed collegiate baseball and

4    followed professional baseball, and I think that there was a

5    general feeling that major league baseball was waiting for the

6    coming of Roger Clemens even back when he was a collegiate

7    player.

8    Q.   When he came, what was your reaction?

9    A.   Well, he, you know, you follow his career in Boston and

10   obviously I caught him in '98, so he had already had a solid

11   10, 11 years in the big leagues and already solidified himself

12   as one of the best pitchers of the era.

13   Q.   If he actually went to the major leagues in '84, by the

14   time you had him, he would have been up there 14 years,

15   wouldn't he?

16   A.   Fourteen years, yeah.

17   Q.   Now, when you first met him at the beginning of the

18   spring training of '98, what kind of condition was he in when

19   you first saw him?

20   A.   Big, strong man.  You know, he is, you know, he was --

21   as spring training goes on, you work your way -- your arm into

22   shape.  Was he ready to go and pitch at -- to start the season

23   at February 17th?  No.  But like all pitchers and a veteran

24   pitcher like Roger Clemens, he was working his way into shape

25   at that time.

1    Q.   In 1998, if Roger Clemens was born in '62, he would

2    have been how old when you first met him?

3    A.   He would have been 36.

4    Q.   All right.  And do you recall the first thing you

5    saw -- or did you notice him and his work ethic as early as

6    spring training of 1998?

7    A.   Yeah, he liked to work out.  You know, I -- a lot of

8    people knew that he was -- that he --

9            MR. GUERRERO:  Speculation.

10           THE COURT:  Tell us about what you saw yourself,

11   not what other people --

12           MR. HARDIN:  Right.  Thank you, Judge.

13   BY MR. HARDIN:

14   Q.   Let me ask you this.  What was your mind-set or

15   awareness yourself about Roger Clemens before you started

16   watching him work out?  What was your state of mind at that

17   time?

18   A.   As far as the working out was concerned?

19   Q.   Yes.

20   A.   Obviously he worked out very hard, and intense workout.

21   But I was more concerned, as a catcher, I was more concerned

22   about what did he have to offer me as a catcher as far as the

23   stuff his pitches were concerned.  That was really what I was

24   concerned about.  And I knew at that time, you know, his

25   intensity and focus was legendary at that point, and all the

1   other side stuff of the intense workouts, of the -- you know,

2   the way he conditioned his body simply just in my opinion just

3   solidified him as how he goes about his business.

4      Q.   How did you, as time developed there in February,

5   March, April of 1998, did you actually come acquainted or come

6   to know of a person named Brian McNamee?

7      A.   I did.

8      Q.   And when do you think you first noticed Brian McNamee?

9      A.   I noticed Brian McNamee right away.

10      Q.   Why was that?

11      A.   Because he was hired as the strength coach of the Blue

12   Jays in 1998.  I was new to the club and Brian McNamee was new

13   also, just hired I guess that winter.

14      Q.   All right.  And so what was Mr. McNamee's role as far

15   as the team is concerned at that time?

16      A.   Strength and conditioning, training players.

17      Q.   Did you observe him and Roger training together some?

18      A.   I did.

19      Q.   Was that any different than Mr. McNamee training any

20   other players?

21      A.   No.  Yeah.

22      Q.   And indeed, did you form an opinion, were you able to

23   observe whose routine Roger Clemens was engaging in when he

24   was working out in terms of his, Mr. McNamee's or somebody

25   else?

1          MR. GUERRERO:  Objection, relevance.

2          THE COURT:  Overruled.  Were you able to make that

3   observation as to whose ritual was being followed?

4          THE WITNESS:  Yes, I think it was Roger Clemens's

5   ritual that was being followed, and then McNamee was just

6   tagging along.

7   BY MR. HARDIN:

8    Q.   Now, when did you start catching him -- as spring

9   training goes -- maybe you can give the jury an idea of how

10  pitchers trained in that six or seven weeks of spring training

11  before they started the season.  How do you go about getting a

12  pitcher ready?

13   A.   Well, at that time, like you said, Rusty, he was

14  already 36 years old.  So, you know, he had to get his legs in

15  shape, and I think most, most importantly, his core and his

16  legs.  I think the arm was going to come.  When you know a

17  little bit about pitching, the importance of the leg strength

18  sometimes goes unnoticed, and I think Roger knew that.  When

19  you talk about power pitchers in the game and great power

20  pitchers, how they need to have their legs underneath of them,

21  and Roger, I think, was very dedicated to getting his lower

22  half and his core in shape and ready to go.

23   Q.   As a pitcher -- as a catcher rather, observing him as a

24  pitcher, what things struck you about his conditioning and his

25  technical performance or so as about a pitcher?  Was there

1  anything unusual –– well, let me back up, strike all that, and

2  ask you, by that time, how long had you been in the major

3  leagues?

4    A.   By that time I had had close to seven years in the

5  major leagues.

6    Q.   So would you say you had caught and observed many or

7  few pitchers?

8    A.   I actually caught a Cy Young Award winner the year

9  before in Montreal named Pedro Martinez.

10    Q.   Pedro Martinez, for the jury, has an incredible career

11  where else?  Where else did he play?

12    A.   In Boston.

13    Q.   And so you had some experience with a premier pitcher?

14    A.   Absolutely.

15    Q.   How would you grade Roger Clemens's conditioning and

16  work ethic with other pitchers you had seen?

17    A.   The standard.

18    Q.   What do you mean?

19    A.   He was the standard.  I think everyone, you know, when

20  you think about the work ethic and the drive and wanting to

21  keep your body and your arm ready to go, Roger Clemens was the

22  standard when it come to working out.  I think everyone knew

23  that.

24    Q.   What is your observation as to whether or not Roger

25  Clemens –– did you ever see Roger Clemens ever try to cut

1    corners?

2    A.   Cut corners, no.

3    Q.   Why do you smile?

4    A.   Because he was a hard worker.  You know, he earned it

5    honest.

6    Q.   Now, as time went along, how did the two of you meld as

7    catcher-pitcher?

8    A.   Well, like I said, I'd already had seven years in the

9    big leagues so I was fairly experienced, but it was a pleasure

10   catching him because, like you said, he'd had close to 14

11   years in the big leagues.  I enjoyed it.  I was accustomed to

12   catching younger players because I came from an organization

13   like Montreal where we had a lot of younger players on the

14   roster.  So catching someone with Roger's experience was a

15   real treat for me because it was, he dove in mentally also

16   into the game, that were things that I didn't quite think

17   about and I had already had six or seven years in the big

18   leagues.

19   Q.   What kind of things?

20   A.   Different things on calling, you know -- that's one

21   thing I remember about Roger was his signs were so elaborate.

22   Something that I hadn't -- I hadn't dealt with before.  You

23   know, younger pitchers usually just use ones for fastballs,

24   twos for curves, threes for sliders.  But -- you're not making

25   a comeback, are you, Roger?  I'm not giving anything away

1    here, am I?  Twos and fours were breaking balls, and that was

2    different.

3              THE COURT:  Who's giving those signals?

4              THE WITNESS:  I am as the catcher.  And he used

5    twos and fours as fastballs, which was a little unusual, and

6    always three signs, even with no one on second base.  So his

7    attention to detail was very elaborate.

8    BY MR. HARDIN:

9      Q.   What do you mean, always three signs?

10     A.   Even with a man on first base, typically a catcher

11   would only give one sign, because you weren't really concerned

12   about the opposing team peering in at my signs and maybe

13   stealing something.  But Roger was always using three signs

14   all the time, whether it was a man on second or nobody on, and

15   it was just another way, and a smart way to, with the age of

16   video now, where there's a lot of video camera in the stadiums

17   and stuff --

18             MR. GUERRERO:  Objection, relevance.

19             THE COURT:  Overruled.

20             THE WITNESS:  That, you know, that he liked using

21   those signs.  He wanted to -- as a major league pitcher, you

22   need to protect that group of signs because the whole

23   integrity of the game is ruined if the hitter knows what's

24   coming.

25

1   BY MR. HARDIN:

2    Q.   And just so those who may not have played baseball

3   know, the catcher is giving these signs where?

4    A.   Right between my legs.  In a squat position.

5    Q.   What are you doing about trying to disguise them?

6    A.   We change them up, change them up, and three signs all

7   the time.  We used twos and fours as fastballs, threes as a

8   breaking ball, and now and again Roger would call a sign from

9   the mound, too.

10         THE COURT:  How did he do that?

11         MR. HARDIN:  Thank you.  He's through.  He's

12   through.  It's five years.  He's through.

13         THE WITNESS:  There were just little nuances,

14   little things that as a catcher that I would see that Roger

15   would do that I knew what he wanted.  And he would give me

16   just a little flash sign.  One in particular -- he didn't

17   throw many breaking balls by that time when I was catching

18   him.  Obviously when he first came up in the big leagues he

19   was basically a fastball, breaking ball pitcher.  But he had

20   gotten away from his breaking ball and was starting to use

21   more fork balls and fastballs.

22         But now, occasionally he would throw a breaking

23   ball.  And when he wanted it, even -- since it was a pitch

24   that would be thrown so sparingly during the course of the

25   game, I generally wouldn't call it.

1    BY MR. HARDIN:

2      Q.   How would you know that he was ready to throw --

3      A.   He would give me the sign, Rusty, by pursing his lips.

4    Then I would know that throw the breaking ball now.

5      Q.   You guys weren't afraid somebody was going to

6    misunderstand that?

7      A.   No, no, I knew.

8             THE COURT:  If you would give a sign, how would you

9    know that he had accepted that sign and was --

10            THE WITNESS:  Your Honor, he would shake his head.

11            THE COURT:  And if he didn't agree with the sign,

12   what would he do?

13            THE WITNESS:  He would shake his head no.

14   BY MR. HARDIN:

15     Q.   As the season went on, did you guys get in synch enough

16   that he didn't --

17     A.   Yes, I think --

18     Q.   Hold on.  You have to wait.  I never told you, so I'm

19   about to explain.  You got it.  I'm going to ask you to slow

20   down, and at the same time remember I have to finish before

21   you start talking because she has to get us both, and she

22   can't get us if we're talking over each other.  Okay?

23            So my question was, let me repeat it again --

24   except I don't remember what it was.  Let me just start over.

25   But try to talk slowly for her if you don't mind.

1              But when he would -- as the season progressed,

2      did the frequency of him shaking your signs off sort of

3      decrease, or how would you describe that relationship the

4      Judge was asking you about?

5      A.    I felt that Roger and I had a very good relationship as

6      far as the cat and mouse game that is played between the

7      pitcher and the catcher and the hitter.  And I thought that we

8      were on the same page, so to speak, on scouting reports of the

9      hitter and also what Roger would like to use in certain

10     situations.  Combined with the fact that I also would -- I

11     could pick up his flash signs very quickly so Roger didn't

12     have to waste time in shaking off.  He wanted to go, if he

13     wanted to, he'd want to go at it right there with no

14     shake-off, and I was on it.

15     Q.    When you say his flash signs, what do you mean?

16     A.    Just a few signs from the mound that a pitcher now and

17     again, veteran pitchers would flash to a catcher.

18     Q.    I'm sorry.  I don't understand.

19     A.    Like the pursing of the lips.

20     Q.    The pursing of the lips or whatever.  Okay.  Now,

21     when -- as the season -- let me go back to the beginning of

22     the season, rather.  At the beginning of the season, did he

23     report fat and out of shape?

24     A.    No.

25     Q.    And you smile when I asked you that question, but I'm

1   going to repeat it.  At the beginning of 1998 when you

2   reported, pitchers and catchers, did Roger Clemens report fat

3   and out of shape?

4                MR. GUERRERO:  Objection, basis of knowledge.

5                MR. HARDIN:  He was there.

6                THE COURT:  Did you see him at that time?  When he

7   reported for spring training?

8                THE WITNESS:  Yes, I did.

9                THE COURT:  Overruled.

10  BY MR. HARDIN:

11    Q.   Was he fat and out of shape?

12    A.   No.

13    Q.   In fact, did you ever see him that way?

14    A.   No, I did not.

15    Q.   Did you ever see in your entire time you've known him

16  Roger Clemens out of shape?

17                MR. GUERRERO:  Objection, leading.

18                THE COURT:  Overruled.

19  BY MR. HARDIN:

20    Q.   Did you?

21    A.   No.

22    Q.   All right.  Now, as you move into the season in 1998,

23  how was Roger pitching in the early part of '98?

24    A.   His numbers were a little bit off.  He had won the Cy

25  Young in '97 for the Blue Jays, and his season started off a

1    little slower numbers-wise.

2      Q.   Can you tell us what you mean by that?

3      A.   Well, I believe he was three and four, possibly,

4    with --

5           THE COURT:   One of the jurors says he needs a

6    break.   We'll take 10 minutes.

7    BRIEF RECESS

8                        AFTER RECESS

9           THE COURT:   Okay.

10   JURY ESCORTED INTO THE COURTROOM AT 3:20 P.M.

11          THE COURT:   You can be seated, and proceed.

12   BY MR. HARDIN:

13     Q.   Mr. Fletcher, I believe I was at the stage of we were

14   talking about the season of 1998.   And in your description of

15   how the team started out, how would you describe the team and

16   how it started out in 1998?

17     A.   The team started off poorly.

18     Q.   And how, in what way was that?

19     A.   We felt that we had a chance to have a good season in

20   1998, but the first month, six weeks weren't going as planned.

21   We weren't playing very well as a team, offensively and

22   defensively.   And I think Roger's numbers were below standard

23   for him, and I think --

24     Q.   What did you observe and form the opinion that was

25   caused by at the time?

1   A.   I felt that his stuff was the same.

2   Q.   Tell the jury what you mean by his stuff.

3   A.   I mean his -- the velocity on his fastball, the sink on

4   his sinker.  You know, the cut of his slider, the dive of his

5   fork ball.  The stuff was there.  I think that his numbers

6   reflected the fact that the team wasn't playing very well,

7   offensively and defensively.  He may have had some good

8   outings, but we just didn't score enough runs, and I think his

9   numbers --

10  Q.   Did you notice, did you feel like -- well, let me put

11  this another way.  What was your observation then in the terms

12  of his pitching as to whether it was any noticeably different

13  itself in the first half and the second half of the season?

14  A.   I didn't notice anything significant about his stuff.

15  Q.   All right.  And so though his stuff remained the same,

16  what about the outcome of the games in the second half of the

17  season?

18  A.   The outcomes were starting to turn around.  We as a

19  team, Rusty, were starting to play better.

20  Q.   In what ways?

21  A.   Just the general characteristics of a team winning some

22  ball games, some timely hitting, some better pitching, some

23  good defense.  And Roger I remember putting a couple good

24  starts together, get a couple wins, starting to get on a nice

25  little winning streak.  And what is important to note in my

```
 1   opinion is that great players like Roger Clemens --
 2              MR. GUERRERO:  Objection, Your Honor.
 3   BY MR. HARDIN:
 4    Q.   What is important to note --
 5              THE COURT:  Just ask the next question.
 6   BY MR. HARDIN:
 7    Q.   What is important for you to notice about somebody like
 8   Roger Clemens in that environment?
 9    A.   That the good players, the great players stay in that
10   zone for a long period of time.
11    Q.   Explain to the jury what you mean.
12    A.   The ability to stay in the zone, what I mean by that is
13   that the nuances of pitching, like repeating your mechanics
14   over and over again flawlessly, hitting your corners, hitting
15   your spots.  You know, getting the fork ball to dive down when
16   you need it to.  Remaining focused and, you know, intense.
17   Pitching deep into ball games.  All these things give you a
18   chance to win and improve -- give you a chance to win the ball
19   game and also improve your stats as a pitcher.
20    Q.   Did you notice any difference in his velocity during
21   the course of that year?
22    A.   No.
23    Q.   Did his velocity, the speed and the power with which he
24   was throwing change from the beginning of the year to the end
25   of the year?
```

1      A.   Nothing noticeable to me.

2      Q.   If you had, if somebody in August of 1998 -- did you

3   notice any difference in the way Roger was pitching and in May

4   of '98?

5      A.   As far as the stuff is concerned, I don't think there

6   was any difference in the stuff.  But I think he was

7   displaying characteristics of a great player in the middle of

8   a roll.  And a roll, by -- what I mean by the fact that he was

9   putting together a nice little win streak for himself.

10     Q.   Right.

11     A.   So he was -- I could sense more confidence.

12     Q.   How much of that win streak do you attribute to the

13   team playing better?

14     A.   Oh, I think it has a lot to do with it.  You could

15   pitch a great ball game at the --

16          MR. GUERRERO:  Objection, speculation.

17          THE COURT:  Overruled.

18          THE WITNESS:  You could pitch a great ball game at

19   the major league level and not get any run support and still

20   get the loss.

21   BY MR. HARDIN:

22     Q.   And in fact, what was your observation as to what

23   Roger's record would have been in 1998 in the early part of

24   the year if the team had played the way they were played in

25   July and August?

1          MR. GUERRERO:  Objection, calls for speculation.

2          THE COURT:  That does call for speculation.

3     Sustained.

4     BY MR. HARDIN:

5      Q.   At the end of the -- during that season, how did Roger

6     finish up?  How did he finish up in terms of the season?

7     Anything --

8      A.   Well, he finished up another fine season, and repeated

9     winning the Cy Young Award.  He won the Cy Young Award in '97

10    and then won it again in '98.

11     Q.   Could you see any difference by the end of the year in

12    his physical conditioning or approach than had been present

13    from the beginning when you saw him in February of '98?

14     A.   No, Roger Clemens was, you could tell he was gearing up

15    in spring training, he was getting to go, but once he got the

16    ball rolling and the train started moving, he got going and he

17    was pretty unstoppable toward the end of the season.

18     Q.   With the same stuff he had at the beginning?

19     A.   Absolutely.

20     Q.   Let me ask you this.  How would you rate or describe

21    Roger Clemens in terms of his work ethic and other ball

22    players you ever saw?

23     A.   I'll just say this.  Quite simply, in my opinion he's

24    one of the greatest pitchers ever to pitch in major league

25    baseball.

1    Q.    And what about his work ethic?

2    A.    Goes right along with it.  It has to.  To be as great a

3    pitcher that Roger Clemens was --

4              MR. GUERRERO:  Objection, nonresponsive.

5              THE COURT:  I'll sustain the objection.  What did

6    you see about his work ethic?

7              MR. HARDIN:  Thank you, Judge.

8              THE COURT:  How did he work out?

9              THE WITNESS:  He was a intense workout.  He was

10   admired for his conditioning.

11   BY MR. HARDIN:

12   Q.    How about in terms of his work ethic, if you -- did you

13   watch what he did with younger pitchers?

14   A.    Younger pitchers wanted to be like Roger Clemens.

15             MR. GUERRERO:  Speculation.

16             THE COURT:  Sustained.  Disregard what other

17   pitchers wanted to do.

18   BY MR. HARDIN:

19   Q.    Did you see him in terms of -- what did you observe in

20   terms of him being a leader on the field and in the locker

21   room?

22   A.    Let me just say this.  Not many players can create

23   the --

24             MR. GUERRERO:  Objection, nonresponsive.

25             THE COURT:  Well, I don't know if it is or not.

 1    You can continue about his leadership.

 2            THE WITNESS:  Every time he went out it was like a

 3    pay per view event.

 4    BY MR. HARDIN:

 5      Q.    What do you mean?

 6      A.    I mean like it was a big deal when Roger Clemens took

 7    the mound, and the intensity was there, you could see the

 8    intensity that he was displaying on the way he approached his

 9    craft, pitching, which turned up our intensity as teammates of

10    his.  And I didn't see that type of intensity turned up from

11    other teammates from any other pitcher that I caught, any

12    other teammate that I had been involved with.  And I think

13    that that's a great compliment to a guy that --

14      Q.    Who's 36 years old?

15      A.    Thirty-six years old and in my opinion a hall of fame

16    pitcher.

17      Q.    Did you ever -- were you surprised when he continued to

18    pitch at a quality level to 45?

19      A.    No.

20      Q.    Why not?

21      A.    Because I had conversations with Roger Clemens about

22    his boyhood idol.

23      Q.    Who was that?

24            MR. GUERRERO:  Objection, hearsay.

25

1    BY MR. HARDIN:

2      Q.    Who, just the person he had a conversation about?

3      A.    Nolan Ryan.

4             THE COURT:  Sustained.  Disregard the response.

5    Disregard that.

6    BY MR. HARDIN:

7      Q.    All right.  Did you have, without going into what he

8    said, did you have conversations with him about other players

9    that pitched long into their 40s?

10     A.    I did.

11     Q.    And would you describe, without saying what he told

12   you, would you describe his attitude and demeanor when he

13   would talk about those people?

14             MR. GUERRERO:  Objection, relevance.

15             THE COURT:  Sustained.

16             MR. HARDIN:  It has to do with his whole motivation

17   for staying so long.

18             THE COURT:  What was there about him that made you

19   not be surprised about his longevity?

20             MR. HARDIN:  Thank you, Judge.

21             THE WITNESS:  He was on a mission.

22   BY MR. HARDIN:

23     Q.    What was the mission?

24     A.    To be the best there was.

25     Q.    And what was your view as to whether he made it?

```
 1              MR. GUERRERO:  Objection, relevance.

 2              THE COURT:  Overruled.

 3   BY MR. HARDIN:

 4     Q.   Go ahead.

 5     A.   He did it.

 6     Q.   Now, I want to ask you if you ever recall in the spring

 7   of that year -- well, June I guess.  We can tell from outside

 8   June is approaching summer.  So the summer of 1998, did you

 9   have occasion to go to a lunch party at Jose Canseco's house?

10     A.   I did.

11     Q.   You specifically remember the party?

12     A.   I do.

13     Q.   Was Roger Clemens there?

14              MR. GUERRERO:  Objection, leading.

15              THE COURT:  Overruled.

16   BY MR. HARDIN:

17     Q.   Was he?

18     A.   No.  I did not see Roger Clemens there.

19     Q.   Do you recall thinking and wondering where he was?

20              MR. GUERRERO:  Objection, Your Honor, leading,

21   speculation.

22   BY MR. HARDIN:

23     Q.   Let me rephrase it.  Were you familiar with Roger

24   Clemens already by that time, his basic schedule and routine

25   he followed after pitching a game?
```

1    A.    I was aware of it.

2    Q.    And did he pitch the first night that you all were

3    there for a Miami Marlins series game?

4    A.    He did.

5    Q.    If that was June 8 and the party was on June 9th, which

6    I think both sides can agree, do you recall whether or not you

7    looked around at the party for him?

8            MR. GUERRERO:  Objection, leading.

9    BY MR. HARDIN:

10   Q.    Did you do anything at the party about whether or not

11   he was there?  You can answer that.

12   A.    Didn't need to, Rusty, I knew where he was at.

13   Q.    Where?

14   A.    His routine after he pitched, he would play golf.

15           MR. GUERRERO:  Hearsay.

16           MR. HARDIN:  No.

17           MR. GUERRERO:  Basis of knowledge.

18           MR. HARDIN:  Wow, Judge.

19           THE COURT:  How do you know he wasn't there that

20   day?

21           THE WITNESS:  I didn't see him there, and I knew

22   his routine, Your Honor.

23   BY MR. HARDIN:

24   Q.    What was his routine?

25   A.    After he pitched he would play golf the next morning.

1    Q.   That was a regular routine?

2    A.   Regular routine.

3    Q.   And so at the entire time -- from when to when were you

4    at that party?

5    A.   It was an afternoon cookout, so it wouldn't have

6    been -- it would have been maybe 10:30 to 1:30 tops.  We had a

7    game that evening so we, the team could not -- we couldn't

8    spend a long period of time there.

9    Q.   So there had been -- what is your memory as to whether

10   all three of these games were night games or day games or

11   what?

12   A.   My memory, I believe that all three of them were night

13   games.

14   Q.   So on the 9th, the day of the barbecue, was a game that

15   night?

16   A.   Yes.

17   Q.   And then after -- at the party itself, how did you

18   arrive and how did you leave?

19   A.   I believe I arrived in a courtesy van provided by the

20   hotel.

21   Q.   Okay.  And how many others were in that van?

22   A.   Eight to 10.

23   Q.   And then did other players arrive in buses?

24   A.   I believe they were all courtesy vans.

25   Q.   And how about, do you recall about how many vans, if

1  you remember, you saw parked there?

2  A.   I believe they just dropped us off.  They would --

3  maybe a couple had left and dropped a handful of players off.

4  Q.   All right.  And then, about how many people or players

5  would you estimate were at this barbecue?

6  A.   Of 25 active players and some supporting staff, I would

7  say half.

8  Q.   Okay.  So what is your testimony as to whether there

9  were more or less than 20?

10  A.   I'd say maybe right about 20, maybe a click more.

11  Q.   Now, at this particular party, were people drinking?

12  A.   No.

13  Q.   Why not?

14  A.   Had a ball game that night.  At least I wasn't

15  drinking.

16  Q.   Now, at the time you left, what is your testimony as to

17  whether Roger Clemens had ever arrived at that party?

18  A.   Still hadn't seen him.

19  Q.   What is your testimony under oath as to whether, as far

20  as you're concerned, while you're there that day, as to

21  whether Roger Clemens ever attended that party?

22  A.   He was not there when I was there.

23  Q.   And when you left did other players leave?

24  A.   Majority, yeah.

25  Q.   And during the time that you were at that party, do you

1   recall seeing Mr. McNamee?

2       A.   I don't recall seeing him either.

3       Q.   I know you've answered the question when you say he

4   wasn't there, but I want to ask you just for the record, did

5   you ever see Roger Clemens at that party in a bathing suit?

6       A.   No, I did not.

7       Q.   And you smile why?

8       A.   I've always wanted to see Roger in a bathing suit

9   and --

10      Q.   And actually, have you ever seen Roger Clemens in a

11  bathing suit?

12      A.   Not that day, Rusty.

13      Q.   Now, later, after that day and after that game -- oh,

14  by the way, did you see Jose Canseco at the party?

15      A.   I did.

16      Q.   And how long had you known Jose Canseco?

17      A.   I had met Jose in '98.  He was a new addition to that

18  club along with me.

19      Q.   Now, I want to go back, I just have two areas that I

20  want to cover with you quickly.  But one of them is do you

21  have any personal knowledge one way or the other as to whether

22  Roger Clemens got B12 shots at Toronto?

23      A.   I'm fairly certain he told me he was getting B12 shots.

24           MR. DURHAM:  Objection, hearsay.

25           THE COURT:  I'll sustain the objection.  That's

```
 1    hearsay.  Did you ever see him receive any B12 shots?
 2                THE WITNESS:  No.
 3    BY MR. HARDIN:
 4      Q.  Did you ever, either that year or after Mr. Clemens
 5    left in '99, did you ever have a conversation with Brian
 6    McNamee about B12?
 7                MR. GUERRERO:  Objection, hearsay.
 8                MR. HARDIN:  It's offered --
 9                THE COURT:  Depends.  Approach.
10    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:
11                THE COURT:  Will this be an inconsistent statement?
12                MR. HARDIN:  Yes.
13                THE COURT:  That he made?
14                MR. HARDIN:  Yes, sir.
15                MR. GUERRERO:  Is he confronted with it?  Was Mr.
16    McNamee confronted with an inconsistent statement?
17                MR. HARDIN:  He doesn't have to be --
18                MR. GUERRERO:  I don't think the record was ever
19    established that Mr. McNamee had a conversation with
20    Mr. Fletcher about B12 on cross-examination or direct
21    examination.  I don't see how that was teed up for this
22    impeachment to come forward through Mr. Fletcher.
23                THE COURT:  My understanding of the law, if you're
24    talking about a contradiction, I don't think he has to be
25    confronted with it.  If he made a statement that is
```

1   inconsistent with what he said on the witness stand, whether

2   he was confronted with it or not, he can still ask him about

3   it.  I don't know of any law that says when you're talking

4   about a different witness who's only going to testify

5   contradictory to what a witness said, that the witness had to

6   be confronted with that statement before that can happen.

7          MR. HARDIN:  Mr. McNamee testified that he never

8   gave, never offered, didn't know anything of B12, didn't have

9   anything to do with B12.

10         THE COURT:  What is he going to say?

11         MR. HARDIN:  He's going to say that Mr. McNamee, he

12  and him had a conversation about B12.  What he's not sure is

13  as to whether Mr. McNamee was suggesting he go to someone else

14  and get the shot or whether Mr. McNamee told him that he would

15  give him a shot.  He believes, but he is not certain, that Mr.

16  McNamee told -- offered to give him a shot, but he's not

17  willing to swear totally on that.  He knows they talked about

18  B12.  Mr. McNamee either suggested that he get a B12 shot from

19  somebody or Mr. McNamee offered to give him one.  Both of

20  those, either possibility is inconsistent with Mr. McNamee's

21  testimony.

22         MR. DURHAM:  But that isn't the rule.

23         THE COURT:  Wait a minute.  McNamee said he never

24  gave a B12 shot.

25         MR. HARDIN:  Not only that, Mr. McNamee said that

 1    he never talked to anybody about getting a B12 shot.

 2              THE COURT:  I don't recall that.

 3              MR. DURHAM:  I don't recall that either.  I don't

 4    either, and I understood the rule to be -- clearly it's an

 5    out-of-court statement now offered for the truth of the matter

 6    asserted.  As I've always understood the rule --

 7              THE COURT:  I don't think it would be offered for

 8    the truth of the matter asserted.

 9              MR. HARDIN:  It's not.

10              THE COURT:  I think it's inconsistent.  But that's

11    the question, is it inconsistent.  Like I said, I'm not

12    familiar with any law that says that a party can't present an

13    inconsistent statement that somebody said if they didn't

14    confront them with it.

15              MR. DURHAM:  I thought that was somewhere --

16              THE COURT:  I think it's --

17              MR. DURHAM:  You have to say, did you say -- the

18    predicate, as I always have understood it, and I could be

19    wrong, but the predicate is, didn't you say to Darrin Fletcher

20    that you were offering him B12?

21              THE COURT:  I don't think so.  I think if the

22    question is asked, did you ever say -- if that were in fact

23    the case, did you ever say that -- something about did you

24    ever talk to anybody about B12.  If he definitively said no, I

25    never talked to anybody, I don't think he has to be confronted

1   with a specific statement before it can be grounds to ask the

2   question whether or not that occurred.

3           MR. GUERRERO:  It's our understanding of Rule 613

4   of the federal rules, prior statements --

5           THE COURT:  Rule what?

6           MR. GUERRERO:  Rule 613.  Where the rule says that

7   for the purposes of attacking the character for truthfulness

8   of a witness -- I'm sorry 613(b), extrinsic --

9           THE COURT:  Hold on one moment.

10          MR. GUERRERO:  Extrinsic evidence of a prior

11   inconsistent statement of a witness.  Extrinsic evidence of a

12   prior inconsistent statement by a witness is not admissible

13   unless the witness is afforded an opportunity to explain or

14   deny the same, and the opposite party is afforded an

15   opportunity to interrogate the witness thereon.

16          THE COURT:  Aren't we talking about the same

17   witness?  I think we're talking about the witness who's on the

18   witness stand has to be confronted with it.

19          MR. ATTANASIO:  That's right.

20          THE COURT:  I don't think we're talking about some

21   totally different witness.  But what I'm unsure about is

22   whether or not you're correct that there is in fact a

23   definitive statement by Mr. McNamee that he never talked to

24   anybody about the B12.  But then I think he's got to be able

25   to say that in fact Mr. McNamee did talk to him about it.  If

1    there's equivocation in reference to that, then I don't think

2    we have an inconsistency.

3            So from what you're saying, Mr. Hardin, it seems to

4    me it's not clear that he is saying that there was

5    inconsistency.  He's not definitively saying that McNamee did

6    talk to him about B12.  If that's what you're saying.

7            MR. HARDIN:  He's going to say he definitively did

8    talk to him about B12.  The thing that he's not absolutely

9    certain about is whether Mr. McNamee offered to give him a

10   shot, which is what he thinks he did, but he's not sure -- he

11   can't be totally sure about that as opposed to Mr. McNamee

12   suggesting he get a shot from someone else.

13           THE COURT:  I don't know how we resolve this

14   because Mr. McNamee was on the witness stand for so long.  And

15   I just don't have a specific recollection as to whether he

16   said he never talked to anybody about B12 or not.

17           MR. DURHAM:  I believe, in all fairness, Your

18   Honor, because this is an issue that obviously once the horse

19   is out of the barn, I think it's difficult getting it back in,

20   that we should point to the transcript citation and lay the

21   proper predicate.

22           MR. HARDIN:  How about if we do this?  How about if

23   I finish up with him on direct and while you're on cross we'll

24   look for it.

25           THE COURT:  Okay.

 1  SIDEBAR DISCUSSION CONCLUDED

 2  BY MR. HARDIN:

 3   Q.   I want to go on to another area very briefly, and then

 4  I'm just about through, Mr. Fletcher.  I wonder, you used

 5  several words about different types of pitches.  I just want

 6  to make sure for the record and the jury what you mean by each

 7  one.  For instance.  Let's take split finger fastball.  By the

 8  time you caught Roger, was he throwing a split finger

 9  fastball?

10   A.   Yes.

11   Q.   Would you describe for the jury, can you even show how

12  the grip is, or do you know?

13   A.   I do.

14   Q.   Can you show the jury how he would hold a ball to throw

15  a split finger fastball.  Could you hold your hand up and

16  demonstrate is all I mean.

17   A.   Well, it's called a split finger fastball, sometimes a

18  fork ball.

19   Q.   That's what I want to do, is get those.  Whenever you

20  used the word "fork ball" a while ago, would also another word

21  be split finger fastball?

22   A.   Yes.

23   Q.   Just show how that --

24   A.   The ball, you would kind of fork your fingers around

25  the ball, and it would help take off spin of the ball and

1    create more of a change-up downward effect on the baseball

2    to --

3      Q.   And for a left-handed player that would -- batter, that

4    would break where?

5      A.   Typically right-handed batter or left-handed batter, he

6    would use that pitch that would just dive straight down, not

7    necessarily to the right or to the left.

8      Q.   And then show the jury what a slider is, what is the

9    difference?

10     A.   A slider is a pitch that you would hold with two

11   fingers and it's more --

12     Q.   You're showing close together.

13     A.   Close together, and it's more of a pitch that you might

14   slightly lopside the ball in your hand, and you would simply

15   cut it with a little bit of a twisting action with your wrist

16   to make the ball -- make the ball slide as opposed to staying

17   on a plane.

18     Q.   By the time you caught Roger Clemens in 1998, what

19   pitches was he most relying on?

20     A.   Fastball and fork ball.

21     Q.   And when you say fork ball, also?

22     A.   Split finger.

23     Q.   Split finger fastball.  Can you give me -- you talked

24   about his physical training, you've talked about his mental

25   focus.  What other trait did Roger Clemens have that you

1   attributed much of his success to and his longevity.  For

2   instance, what about his mechanics?

3      A.   Great mechanics.

4      Q.   What do you mean when -- about -- when you say great

5   mechanics?

6      A.   It's not so much the physical act of raising your leg

7   and putting your arm in the right spot, but the ability to

8   repeat that good solid motion over and over again is the real

9   trick.  And he was able to do that.

10      Q.   How would you rank the mechanics you saw exhibited by

11   Roger Clemens with any other pitcher that you saw?

12      A.   He was -- it was envied around the league.

13      Q.   What factor would you put -- or how important a factor

14   would you make his mechanics in judging his longevity?  Do you

15   understand the question?

16      A.   Yeah, absolutely.  Very important, because mechanics

17   have a lot to do with taking stress off your arm.  You know,

18   the health of a pitcher and the longevity of a player is

19   directly correlated to the fact that you have to stay healthy.

20   And the ability to repeat those mechanics to take pressure off

21   his arm and to be able to use his legs and his core to be able

22   to generate the velocity, he was able to do it for a very long

23   time.

24      Q.   Had you ever seen then or since a pitcher with the

25   consistent mechanics of Roger Clemens?

1     A.   Obviously there are some great pitchers that I caught,

2   but Roger's ability to repeat those mechanics were extremely

3   important in his longevity.

4              MR. HARDIN:  Your Honor, on the issue -- may I have

5   just a second on that last issue we were in front of the bench

6   on?

7              THE COURT:  I'll have the jury take a short break

8   so we can deal with that before we proceed.  We'll take a

9   short recess.

10  JURY ESCORTED OUT OF THE COURTROOM AT 3:45 P.M.

11              (Whereupon, the witness exits the courtroom)

12              THE COURT:  Let me explain what I was saying

13  because I think I didn't articulate myself correctly.  I would

14  agree with the government that it is unfair for a witness's

15  credibility to be impeached if the witness hasn't had an

16  opportunity or doesn't have the opportunity to explain the

17  purported inconsistency.  My point is if there was in fact a

18  question as suggested asked, that did you ever -- well, if Mr.

19  McNamee was asked, did you ever talk to anybody about B12

20  shots, if he definitively said no, and if this witness says

21  that's not true, he did in fact talk to him about B12, I think

22  that was a sufficient opportunity for the witness to have

23  explained or have been confronted with the testimony before

24  the impeachment takes place.

25              But there is, looking at this book on federal

1    evidence, courts have held that even if there wasn't a

2    confrontation, so long as the government has the opportunity,

3    or the proponent of the witness has the opportunity to call

4    that witness back to the stand in order to explain the

5    inconsistency, that that is adequate.  So the opportunity to

6    explain need not have occurred before the inconsistency is

7    brought out.  But I would tend to agree with the government

8    that in some way the witness has to have the opportunity to

9    explain the inconsistency, whether it's before or after the

10   impeachment.

11            MR. HARDIN:  Thank you, Your Honor.  I will read

12   you two sections.  I'm going to refer the government to two

13   different times we've located so far just in the last 20

14   minutes.  There may be others.  On May 17, on Thursday, in the

15   testimony that began at 1:46 p.m.  And beginning on page 62 of

16   that day.  "Question" -- this is on cross by me.  "You were

17   asked questions by the government about B12, weren't you?  You

18   know nothing about B12 and ball players, right?

19            "Answer:  Well, I know B12 is the code for steroid.

20            "Question:  Really?

21            "Answer:  I knew that.

22            "Question:  Really?  And did you know that B12 was

23   taken by ball players or were you told -- you just don't think

24   it was anything legitimate or what?

25            "I just know of one player that got a shot in the

1    arm of B12.  That's it."

2            And he talks later in that testimony about another

3    player but it's not this man.

4            And then on May 15, a Tuesday, in the 9:40 a.m.

5    session, on page, again in the 60s, on page 62 there.

6            "Question:  Do you know where you'd get it?

7            "No.  No idea.

8            "Have you heard of liquid vitamin B12, injectable

9    vitamin B12 back in 2001, prior to 2001?

10           "Answer:  In passing, not -- it wasn't a

11   conversational topic.  It was just in passing."

12           And he goes on to be asked:  "Have you ever

13   injected anyone, anyone with liquid vitamin B12?

14           "Never."

15           So what I would point out there, Judge, is that the

16   misleading impression is that he never talked about that with

17   anybody.  And I think I have a right to counter that.  This

18   witness -- he's not in the room, is he?

19           THE COURT:  No.

20           MR. HARDIN:  This witness will testify that he did

21   have a conversation with McNamee about it, and that he

22   believes McNamee offered to give him a shot of it, but he's

23   not sufficiently sure of that as opposed to Mr. McNamee

24   telling him, or may have directed him to somebody else to get

25   a B12.  But he did have a conversation with Mr. McNamee about

1    him getting a -- he, Mr. Fletcher, getting a B12 shot.

2          THE COURT:  Would that, what you've indicated, be

3    different than having had a passing discussion or a passing --

4    having made a passing statement about B12?

5          MR. HARDIN:  Yes, sir, because he said not in a

6    conversational manner.  And here he's having discussed with

7    him getting one.  It's just a question of whether Mr. McNamee

8    was going to give it to him or whether he was going to have

9    somebody else give him one.  But the one thing he will be

10   absolutely insistent on is that Mr. McNamee was recommending

11   to him that he get a B12 shot.  Mr. McNamee has testified in a

12   way inconsistent with that.

13         THE COURT:  What's the government's position as to

14   whether that is in fact an inconsistency?

15         MR. GUERRERO:  We don't think so, Judge, and I'll

16   address each of them one by one.  The first one, there is no

17   reference directly to any conversation at all.

18         THE COURT:  I would agree with that.

19         MR. GUERRERO:  It's completely not even mentioned.

20   The second conversation that Mr. Hardin pointed to, even that

21   one doesn't cut it because the quote is by Mr. -- the question

22   was, "Have you ever heard of liquid vitamin B12 injectable,

23   vitamin B12 back in 2001, prior to 2001?"

24         This witness, the record has established, only met

25   Mr. McNamee, we're talking a timeframe of 1998.  After 1998

1   Mr. McNamee moves on to -- actually he stays in '99 and then

2   he goes on to the New York Yankees in 2000.

3          THE COURT:  So he was only associated with

4   Mr. McNamee in '98 and '99, and this is asking about he's

5   making statements in reference to prior to 2001.

6          MR. GUERRERO:  2000, 2000 -- just 2001, period.

7          THE COURT:  So you're saying -- but that would be,

8   wouldn't it?  That would be inconsistent.

9          MR. GUERRERO:  I guess I misunderstood the quote.

10  But even in this one here -- I would agree that the 2001, now

11  I understand it's actually relating back, I could see that.

12  But his answer was "In passing, no -- it wasn't a

13  conversational topic.  In passing."  So it doesn't sound

14  definitive that Mr. McNamee right there is saying

15  unequivocally no.

16         MR. HARDIN:  If I may, Your Honor, I guess all I'd

17  add --

18         THE COURT:  I guess I'm going to have to hear from

19  this witness what he says about what that entailed to assess

20  whether this is inconsistent.

21         MR. HARDIN:  Fair enough.

22         THE COURT:  So call him back in.

23         (Whereupon, the witness resumed the stand).

24         THE COURT:  Okay.

25

1   BY MR. HARDIN:

2   Q.   Mr. Fletcher, I want to take you back to either 1998 or

3   1999, you tell me when it is.  At some time did you have a

4   conversation with Mr. McNamee about B12?

5   A.   Yes.

6   Q.   Tell us in your own words what you recall about that

7   conversation and roughly when it was.

8   A.   It would have been in '98 or '99 because both years I

9   spent a little bit of time on the disabled list, so that would

10   have been the time where I would have had a lot more

11   one-on-one interaction with Mr. McNamee.

12   Q.   Okay.

13   A.   And --

14   Q.   What do you remember?

15   A.   I remember the subject of B12 coming up.

16   Q.   And how did it come up?

17         THE COURT:  Tell us what that was.

18         MR. HARDIN:  Tell us.

19         THE COURT:  To the best of your recollection.

20         THE WITNESS:  To the best of my recollection, Your

21   Honor, I had a conversation with Mr. McNamee about B12 and the

22   benefits of this liquid form of vitamin.  And I'm recalling a

23   conversation about it where it was either offered or pointed

24   to the direction in which I could get it and I felt

25   uncomfortable about it.

1          THE COURT:  And you said –– who was making those

2     statements?

3          THE WITNESS:  Mr. McNamee.

4          THE COURT:  Okay.  Do you want the witness out

5     before we have further discussion?

6          MR. GUERRERO:  Yes, please.

7          THE COURT:  Sorry to have you run outside again.

8          (Whereupon, the witness exits the courtroom).

9          THE COURT:  Yes.

10         MR. GUERRERO:  The witness's responses are at best

11    vague.  It is a vague recollection that he is not quite

12    recalling the exact specifics.  With that type of vagueness,

13    it's not a inconsistent statement.  It doesn't explain or

14    discredit anything that Mr. McNamee testified when he was

15    before the jury, based on his vague recollection.  And for the

16    jury to hear that and then the defense to be able to argue

17    that there is something meaningful there that undermines Mr.

18    McNamee's testimony.

19         THE COURT:  Well, I think it's sufficiently

20    inconsistent and that the argument you're making goes to

21    weight, and it will be for the jury to decide whether it's

22    sufficiently inconsistent to impugn his integrity or his

23    credibility.

24         But I do think that saying it was only a passing

25    discussion, whereas this witness says Mr. McNamee either

1    directed him to someone who could provide him with the B12 or

2    offered to inject him with B12 is sufficiently inconsistent to

3    let the jury make the assessment as to whether or not it is in

4    fact inconsistent and therefore goes to his credibility.

5              And as I said, the case law is clear that as long

6    as the witness, even after the fact -- Weinstein says most

7    courts hold that the requirements of Rule 612(b) are met if

8    the witness has an opportunity to explain after the contents

9    of the statement are made known to the jury.  So I think as

10   long as Mr. McNamee is available to come back and has the

11   opportunity to describe this conversation that this witness is

12   giving, I think that's a sufficient opportunity to confront.

13             So over objection, I think it is sufficient to

14   permit it to come in.

15             MR. HARDIN:  Thank you, Your Honor.

16             THE COURT:  Obviously we'll hold counsel during

17   closing argument to strictly comply with what was said if the

18   argument is going to be made that there is an inconsistency,

19   so the jury has an accurate opportunity to evaluate whether or

20   not there is in fact an inconsistency.  Okay.

21             MR. HARDIN:  Thank you, Your Honor.

22             THE COURT:  Bring the jury in.

23             MR. HARDIN:  May I inform the witness he's going to

24   be allowed to talk about it so he's not uncomfortable?

25             THE COURT:  Yes.

1              MR. HARDIN:  We're going back to that same area in

2    front of the jury.

3              (Whereupon, the witness resumed the stand)

4    JURY ESCORTED INTO THE COURTROOM AT 4:00 P.M.

5    BY MR. HARDIN:

6     Q.    Before I ask you my last set of questions here,

7    Mr. Fletcher, I'm -- did you spell your first name for the

8    court reporter, please?

9     A.    I did not.  It's D-A-R-R-I-N.

10     Q.    Thank you very much.  Now I want to direct your

11    attention to one final area.  At some time while you were with

12    Toronto Blue Jays -- and I believe that would be the -- what

13    years?

14     A.    '98 and '99.

15     Q.    All right.  And was Brian McNamee there both of those

16    years?

17     A.    Both of those years.

18     Q.    Did you have a conversation at any time with Mr.

19    McNamee about B12?

20     A.    Yes.

21     Q.    Do you recall approximately when that conversation was

22    and perhaps where it was?

23     A.    It was either in '98 or '99.

24     Q.    You're just not sure which year?

25     A.    Yeah.

1    Q.    All right.

2    A.    In the weight room.

3    Q.    Tell us in your own words what happened and how did the

4    subject come up?

5    A.    In both years I spent time on the disabled list, and

6    that's when an injured player would spend the majority of the

7    time and have one-on-one interaction with the strength coach,

8    to help you get back in shape so you can go out there and

9    start playing again.  And I'm quite sure the subject of B12

10   came up.

11   Q.    What do you remember being said?

12   A.    Well, B12 was something that now and again would come

13   up in the general -- that subject would come up now and again

14   in the clubhouse of major league baseball.

15   Q.    What do you remember Mr. McNamee saying?

16   A.    I was hurt.  You know, wanting to come back obviously,

17   energy level was a little low.  I remember that subject came

18   up and simply saying --

19   Q.    Who?

20   A.    Brian McNamee, something about getting a B12 shot.

21   Whether or not it was, hey, you know you can go get a B12 shot

22   and give you some -- try to give you a little -- if you're

23   kind of -- you know, it's a vitamin or whatever that help you

24   give you a little energy and maybe give you a little

25   kick-start to get going.

1    Q.    Or?

2    A.    Or he saying, I can give you a B12 shot.

3    Q.    Now, which do you believe he said?

4    A.    Rusty, what I'm sure of is, well, I'm pretty sure the

5    subject of B12 came up, but what I feel inside of me is the

6    reason why it has come to me is the fact that I was

7    uncomfortable with the conversation with the strength coach --

8    Q.    Why?

9    A.    -- about the subject of B12.

10   Q.    Why?

11   A.    Because the typical protocol in major league baseball

12   is that B12 should be administered by a trainer or a team

13   physician.

14   Q.    And Brian McNamee was neither?

15   A.    Was neither.

16   Q.    Okay.  Finally, I'll ask you if you had an opportunity

17   to observe Mr. McNamee as a trainer?

18   A.    Yes.

19   Q.    Did you ever have any interaction with him as a trainer

20   that gave you concern?

21   A.    Well, obviously Brian McNamee was passionate about

22   training athletes, but if you want my personal opinion, I felt

23   that he was -- at times could be reckless.

24   Q.    How do you mean that?

25          MR. GUERRERO:  Objection, Your Honor, opinion here.

1          THE COURT:  Approach.  We need a proffer.

2          MR. HARDIN:  I'll withdraw the question, Your

3     Honor.

4     BY MR. HARDIN:

5       Q.   Mr. Fletcher, thank you very much.

6          THE WITNESS:  Thank you.

7          THE COURT:  What injury did you have at that time,

8     do you recall?

9          THE WITNESS:  In '98 I was on the disabled list

10    with a hamstring injury.  In '99 I ricocheted a ball off the

11    batting cage in the King Dome and it hit my eye and I was on

12    the disabled list for three weeks.

13         THE COURT:  Okay.  Cross-examination.

14         MR. GUERRERO:  Before we begin, may we approach?

15    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

16         MR. GUERRERO:  Judge, I think that Mr. Fletcher's

17    last response has to be stricken from the record.  That his

18    answer was I thought he was reckless is out there before the

19    jury.  There's no follow-up.  Mr. Hardin withdrew the

20    question.  It's inappropriate, it was -- it's complete opinion

21    and it's out there.  We move to strike that.

22         MR. HARDIN:  If I may, the sequence was I asked the

23    question, he answered it, and then the objection came to that

24    opinion.  So I didn't reask the question or seek to ask it in

25    another way.  I left the subject so we could get on.  I don't

1  think it requires any instruction.

2          THE COURT:  They can request that something be

3  stricken if it's not appropriately before the jury.  I think

4  under the circumstances, since you withdrew the question, and

5  I was going to see if there was a proffer --

6          MR. HARDIN:  We can go back to the question.

7          THE COURT:  Well, I need a proffer then as to what

8  he would say about why --

9          MR. HARDIN:  I will tell you that what he would say

10 is reckless is on that eye injury, my memory is that Mr.

11 McNamee wanted to do a bunch of exercises that were too

12 extreme and were damaging to him.  He thought it was reckless.

13 That is what he would say.

14         THE COURT:  How is that relevant to what is in

15 involved in this case?

16         MR. HARDIN:  Well, it's marginally relevant, that's

17 one reason I backed away.  But it is relevant in this sense.

18 The evidence was, if you recall from a couple of exhibits that

19 are already in evidence, there's the one from Mr. Mangold

20 complaining about Mr. McNamee being reckless with the players.

21 Having Canseco run wind sprints out there during the playoffs,

22 having people doing 400-pound squats, those kind of things.

23 And that evidence is already in the record.

24         THE COURT:  That came in for the purpose of showing

25 why he was relieved of his duties, so it came in for a

 1    different purpose.  I don't think there's a sufficient

 2    correlation between this purported recklessness and what is

 3    involved here.  So I will tell the jury to disregard it.

 4            MR. HARDIN:  The only other thing I'd ask the Court

 5    to think about, Mr. Attanasio is pointing out, it also helps

 6    show the way he would blur the lines.  He has been testifying

 7    that they have been -- their picture is he's just a strength

 8    and conditioning coach, and we've contended that he paraded as

 9    much more than that in a lot of different areas.  This is

10    another one of those areas.

11            THE COURT:  I don't know if I'd agree if somebody

12    has an eye injury if his strength training coach is telling

13    him to do certain exercises, I don't think -- I'll tell them

14    to disregard that.

15            One other thing.  I do have a concern, having

16    thought back on an objection and I overruled it, and that was

17    what Mr. Clemens's routine was on the day after, because if he

18    wasn't with him, I don't think that his routine of going to

19    play golf is the type of habit that would be admissible.  So I

20    think I should have kept that out if he wasn't actually with

21    him when he was at the -- purportedly at the golf course.

22            MR. HARDIN:  I think what he was testifying to is

23    his experience with Mr. Clemens is every day after he pitches

24    he goes out and plays golf that morning, so that is what his

25    thought processes were.

```
 1              THE COURT:  Yeah, but the question is under the

 2    rules of evidence, is that sufficient habit to make it

 3    admissible.  I'm not sure it is because generally you're

 4    talking about an institution, an institutional habit as

 5    compared to the habit of an individual, but --

 6              MR. GUERRERO:  We still object to that for the same

 7    reasons, because what we see the defense trying to argue here

 8    is that habit --

 9              THE COURT:  I'll look at the rule and I'll assess

10    how I deal with it.

11              MR. HARDIN:  Thank you, Judge.

12    SIDEBAR DISCUSSION CONCLUDED

13              THE COURT:  Ladies and gentlemen, I'm going to

14    instruct you to disregard the witness's last statement that

15    Mr. McNamee was reckless.  Disregard that, don't consider that

16    in your deliberations.

17              Cross-examination.

18                        CROSS-EXAMINATION

19    BY MR. GUERRERO:

20     Q.   Mr. Fletcher, good afternoon.

21     A.   Good afternoon.

22     Q.   You and I have never met before, correct?

23     A.   No.

24     Q.   This is our first visit together?

25     A.   Yes, it is.
```

1    Q.   If fact it's also the first visit with the government,

2    correct, before this trial, or did you --

3    A.   Someone called me -- I've been in town since Tuesday

4    and someone related to the case from the prosecution side

5    contacted me.

6    Q.   I see.  But it wasn't me, correct?

7    A.   That's correct.

8    Q.   Before today's trial Mr. Hardin was asking you about

9    the number of times you provided some type of statement I

10   guess or some type of interview with the defense.  Do you

11   remember that?

12   A.   Sure.

13   Q.   The first one was -- was that a telephone interview or

14   was that in person?  Do you recall?

15   A.   I believe the first interview was in person, and we had

16   talked on the phone to set up an interview, and he physically

17   came out.

18   Q.   He, Mr. Hardin came out?

19   A.   No, Billy Belk.

20   Q.   Mr. Belk?

21   A.   Yes.

22   Q.   Was Mr. Belk taking notes?

23   A.   I believe so.

24   Q.   Did you see those notes?

25   A.   I did not.

1    Q.   Did you write a statement?

2    A.   No.

3    Q.   Did you sign any statement?

4    A.   I did not.

5    Q.   Conversation then lasted maybe an hour or so?

6    A.   Yeah, yeah.

7    Q.   And the conversation was about the topics about what

8    you knew about what we're talking about today, right?

9    A.   Yeah, it was about the '98 season that Roger and I were

10   together.

11   Q.   And then after that you had another meeting with the

12   defense, Mr. Belk again, correct?

13   A.   Yes.

14   Q.   Was that --

15   A.   Over the phone.

16   Q.   That was over the phone?

17   A.   Yeah.

18   Q.   Same thing, about 30 minutes to an hour, would you say?

19   A.   I would say less than -- it was a shorter conversation.

20   Q.   And you went over some of the things about the same

21   thing, the '98 season, your association with Mr. Clemens,

22   correct?

23   A.   Yes.

24   Q.   And then you arrived in town here in D.C. this week,

25   correct?

1    A.    Yeah, Tuesday.

2    Q.    And before your testimony today you met directly with

3    Mr. Hardin?

4    A.    Yesterday.

5    Q.    Yesterday.  And in that meeting, Mr. Belk present?

6    A.    Yes.

7    Q.    Was he taking notes?

8    A.    I don't recall.

9    Q.    Did you provide a statement?

10   A.    We talked, yes.

11   Q.    Did you write anything down?

12   A.    No.

13   Q.    Do you sign anything?

14   A.    No.

15   Q.    Again, this would have been your third opportunity now

16   to talk to the defense about the '98 season, right?

17   A.    Yes.

18   Q.    You talked to them again for the third time about your

19   association with Mr. Clemens, yes?

20   A.    Yes.

21   Q.    How long was that visit, an hour or so?

22   A.    Last night?

23   Q.    Yes.

24   A.    An hour.

25   Q.    So three visits with the defense, yet you've only had

1   one telephone call with the government, correct?

2   A.   That's correct.

3   Q.   I just want to pick up very briefly where we left off

4   with Mr. Hardin, and that is Mr. Hardin used the word

5   "trainer" with respect to Brian McNamee.  Do you remember him

6   saying that, "trainer," the word "trainer"?  Yes?

7   A.   Brian McNamee trained athletes physically, but trainer

8   could -- when we think of trainer at the major league level,

9   we think of an athletic trainer, which would be support staff

10  of the team physician that would provide ice and heat and

11  would tend to more of our physical ailments where we needed,

12  you know, ice treatment, massage.

13  Q.   Exactly.  Mr. McNamee was not a trainer in the major

14  league baseball sense?

15  A.   He was not an athletic trainer, he was a strength coach

16  but trained the athletes, I guess.

17  Q.   Right.  The actual trainer for the Toronto Blue Jays

18  was a person by the name of Tommy Craig?

19  A.   Tommy Craig was the head athletic trainer.

20  Q.   And Mr. Craig's duties as the head athletic trainer was

21  different from the duties that Brian McNamee had as a strength

22  and conditioning coach, correct?

23  A.   Duties were different, but they worked closely

24  together.

25  Q.   So your answer is yes, their duties were different,

1    yes?

2    A.    Yes.

3    Q.    Mr. McNamee would work out with people, correct?

4    A.    Correct.

5    Q.    He would do exercises with people, correct?

6    A.    Yes.

7    Q.    That would include weight training, yes?

8    A.    Yes.

9    Q.    That would include running, correct?

10   A.    Yes.

11   Q.    You often worked out with Mr. McNamee as well, correct?

12   A.    Not often.

13   Q.    You did work out with him, yes or no?

14   A.    When I was hurt.

15   Q.    So you did?

16   A.    Yeah.

17   Q.    Not often, though?

18   A.    Not often.

19   Q.    Understand.  But those are the types of things that a

20   strength and conditioning coach like Mr. McNamee would do,

21   correct?

22   A.    That was his job.

23   Q.    Understood.  Now, let's talk a little bit about your

24   baseball career.  You were in the major leagues 22 years?

25   A.    No, 12 years.

1    Q.   Twelve years?

2    A.   Twelve years.

3    Q.   You wish it was 22 years?

4    A.   Yeah.

5    Q.   Your professional baseball career included L.A.

6  Dodgers?

7    A.   Yes.

8    Q.   Was that in '89?

9    A.   '89.

10   Q.   You then went to the Philadelphia Phillies?

11   A.   Yes.

12   Q.   You then played with the Montreal Expos?

13   A.   Yes.

14   Q.   And you ended up your career with the Toronto Blue

15  Jays?

16   A.   That's correct.

17   Q.   That was the '98, '99 seasons?

18   A.   Yes.

19   Q.   So 12 years in the big leagues, that's a lot of ball

20  games that you play at the major league level, correct?

21   A.   Yes.

22   Q.   Did you play baseball in high school as well?

23   A.   I did.

24   Q.   Did you play also in college?

25   A.   College, yeah.

```
 1    Q.   So I mean, like Mr. Hardin said, baseball has been part
 2  of your life for a significant amount of time?
 3    A.   Absolutely.
 4    Q.   Not only in your life but also in the life of your dad
 5  and your granddad?
 6    A.   Uh-huh.
 7    Q.   So you know a lot about baseball, right, I would
 8  venture to say?
 9    A.   Yeah.
10    Q.   Let's talk a little bit about baseball.  Baseball
11  starts sometime in around February for spring training,
12  correct?
13    A.   The official report time is in February.
14    Q.   There could be some like preseason workout, but that
15  would be not part of the regular season, right?
16    A.   Right, that was optional.
17    Q.   Optional.  So officially February the season starts for
18  spring training purposes, and the season can last as long as
19  September, October, November, depending if you make playoffs?
20    A.   Uh-huh.
21    Q.   Yes?
22    A.   Yes.
23    Q.   That is 162 games that you have to play during the
24  season, correct?
25    A.   Right, yes.
```

1    Q.   And you play many of those games in outdoor stadiums,

2  correct?

3    A.   Yes.

4    Q.   You play many of those games oftentimes every day or

5  every other day, correct?

6    A.   Every day.

7    Q.   Every day?

8    A.   Pretty much every day.

9    Q.   And you play those games every day even in the

10  springtime when the weather is mild, yes?

11    A.   Yes.

12    Q.   Because the season starts in April, correct?

13    A.   Yes.

14    Q.   You start to play those games right in the spring and

15  you carry that same playoff regime all throughout the summer,

16  correct?

17    A.   Yes.

18    Q.   And in the summer you would agree that the temperature

19  rises, correct?

20    A.   The temperature does rise.

21    Q.   You might play, have to play in extreme heat, right?

22    A.   Yeah.

23    Q.   Yeah.  You might have to play in extreme humidity,

24  right?

25    A.   Yes.

1   Q.   July could be hot, yes?

2   A.   Yes.

3   Q.   August could be hot, right?

4   A.   Yes.

5   Q.   August could be hot and humid, right?

6   A.   Yes.

7   Q.   I see you smiling, right?

8   A.   Yeah.  Where are you going with it?  That's what I want

9   to know.

10   Q.   As you're playing -- this is where I'm going, so I

11   appreciate it.  As you're playing with this, you would agree

12   then that during those hot summer months, it takes a little

13   bit more out of you during those hot summer months than it

14   does in the cooler days?

15   A.   I would know.  I caught.  I had the gear on, I was

16   throwing on an extra 25 pounds of shin guards, chest

17   protector, helmet and face mask.

18   Q.   That is where I'm going.  It's tougher on the body in

19   the summer, yes?

20   A.   Yes, it's tougher when it's hot.  Tougher when it's

21   hot.

22   Q.   Fair point.  When it's tougher when it's hot, recovery

23   becomes important, yes?

24   A.   Yeah.  For me personally it would be rest.  You know, I

25   needed time to recover.

1    Q.    Time to recover so you can get right back up and play

2    the following day, right?

3    A.    That's correct.

4    Q.    Let's talk a little bit about Mr. Clemens.  I think you

5    were talking about how good he was.  Right?

6    A.    Yeah.

7    Q.    He was exceptional?

8    A.    He was a good player.

9    Q.    He was one of baseball greatest players, right?

10   A.    I believe he was.

11   Q.    And you had direct experience because you were catching

12   for him for many, many games?

13   A.    Yeah, I caught him in the '98 season.

14   Q.    And one of the things that you mentioned in your

15   opinion was attributable to his greatness was mechanics,

16   correct?

17   A.    Yeah.

18   Q.    And part of the mechanics also included not only his

19   delivery but also the hand signs that he exchanged with you,

20   correct?

21   A.    Right.

22   Q.    That was important in baseball for you as a catcher and

23   Mr. Clemens as a pitcher, because you want to communicate

24   privately with your pitcher, right?

25   A.    Yeah.

1   Q.   Not letting the defense know -- the opponent, not the

2   defense, but the opponent know what the next pitch is going to

3   be, right?

4   A.   Yes.

5   Q.   Mr. Clemens can keep a secret, correct?

6   A.   Ha-ha-ha-ha-ha.   Yeah, but I'm in on it.

7   Q.   Understood.   I want to talk to you a little bit about

8   your opinion about Mr. Clemens.   You talked a little bit about

9   your opinions.   Your opinions about Mr. Clemens were very

10  flattering, right?

11  A.   There is no question that I admired Clemens's career

12  before he -- before I had a chance to -- before I had a chance

13  to catch him.   And I was no different than a lot of other

14  players.

15  Q.   And part of that was also by watching how intensely he

16  used to work out, correct?

17  A.   Uh-huh.

18  Q.   Is that a yes?

19  A.   Yes.

20  Q.   And in reaching your opinion, Mr. Fletcher, did you

21  take into consideration that Mr. Clemens openly admitted that

22  he was taking Vioxx dietary supplements like they were

23  Skittles?

24  A.   Never knew that.

25  Q.   Did you take into consideration in reaching your

1   opinion that Mr. Clemens openly admitted he allowed a strength

2   and conditioning coach to inject him with Lidoacaine?  Did you

3   consider that?

4       A.   What's Lidoacaine?

5       Q.   You don't know?

6       A.   I'm not sure what it is.

7       Q.   Let me extract that word.  Did you consider in your

8   opinion that Mr. Clemens openly admitted he allowed a strength

9   and conditioning coach to inject him with a substance?  Yes or

10  no, did you consider it?

11      A.   Did I consider it?

12      Q.   Yeah, in reaching your opinion?

13      A.   At the time when I was -- when I was catching Roger, I

14  was unaware.

15      Q.   So your answer is no, you did not consider that in

16  reaching your opinion, correct?

17      A.   It wouldn't have changed my mind.

18      Q.   Your answer is no, right?  Did you also consider --

19              THE COURT:  Is that right?  You did not consider

20  that?

21              THE WITNESS:  I did not consider -- could you say

22  that again?  Could you repeat the question?

23              THE COURT:  He didn't answer, so reask your

24  question.

25

1    BY MR. GUERRERO:

2     Q.   You did not consider in reaching your opinion about Mr.

3    Clemens the fact that he openly admitted he allowed a strength

4    and conditioning coach to inject him with a substance,

5    correct?

6     A.   I don't know.

7     Q.   So your answer is no, you did not consider it because

8    you didn't know, right?

9     A.   I didn't know, and yeah, I didn't -- I wasn't forming

10   any opinion because of it.  I didn't have no opinion either

11   way.  I'm making my judgment simply on what I saw in my

12   relationship with Mr. Clemens between the white lines.

13    Q.   I understand, I understand.  So would you agree with me

14   that your answer is no, you did not consider what I just said?

15              MR. HARDIN:  He's answered it several times.

16              THE COURT:  That was something you didn't know

17   about at the time when you reached your opinion, is that

18   right?

19              THE WITNESS:  Yeah, I didn't know about it.

20              THE COURT:  Okay.

21              THE WITNESS:  I don't know.

22   BY MR. GUERRERO:

23    Q.   Let me ask you also, when you reached your opinion,

24   when you articulated your opinion, did you consider the fact

25   that Mr. Clemens openly admitted taking ephedra, another

1    dietary supplement, in reaching your opinion?  Did you

2    consider that, yes or no?

3                 THE COURT:  You said Vioxx was a dietary substance.

4    That is not a dietary substance, is it?

5                 MR. GUERRERO:  Ephedra.  Also another one.

6                 THE COURT:  I thought you said Vioxx.

7                 MR. GUERRERO:  Vioxx is a different one.

8                 THE COURT:  Is that a dietary substance?  I thought

9    that was a pharmaceutical.

10                MR. GUERRERO:  Could be used as a dietary

11   supplement.

12   BY MR. GUERRERO:

13    Q.   So the question is just ephedra.  Are you with me,

14   Mr. Fletcher?

15    A.   What's ephedra?

16    Q.   You don't know?

17    A.   No.

18    Q.   So you didn't consider it?

19    A.   No.  I mean, I --

20    Q.   I understand.  Mr. Fletcher, I want to talk to you a

21   little bit about this pool party, the '98 pool party that Mr.

22   Hardin was talking about.

23    A.   Uh-huh.

24    Q.   That was at Mr. Canseco's house?

25    A.   Yes.

1    Q.    Mr. Canseco at that time used to play for the Toronto

2   Blue Jays?

3    A.    Yeah.

4    Q.    You played as well.

5    A.    Yes.

6    Q.    And we're talking about now the summer of '98, correct?

7    A.    Summer of '98.

8    Q.    Mr. McNamee at that time was also a strength and

9   conditioning coach --

10    A.    Yes.

11    Q.    -- at that time.  And the party that you remember you

12   said earlier today that you had arrived in a bus, a courtesy

13   bus.  Do you remember saying that?

14    A.    Yeah, I remember a courtesy bus.

15    Q.    Do you remember, sir, talking to Mr. Jim Baumbach --

16   I'm going to mispronounce that -- Newsday reporter Baumbach,

17   for the record B-A-U-M-B-A-C-H, and telling Mr. Baumbach that

18   that day you had showed up in a rental car?  Do you remember

19   that?

20    A.    No.

21    Q.    Yes or no?  No?  Do you remember earlier today you

22   testified that you had been there somewhere between 10:30 and

23   1:30, do you remember that?

24    A.    Yes.

25    Q.    Do you remember in that same report you making a

1   statement to the Newsday reporter that you had only been there

2   for a brief time?  Do you remember saying that, yes or no?

3      A.   No, I don't remember that.

4      Q.   And you do -- do you remember telling the Newsday

5   reporter that you do remember that it was a barbecue?

6      A.   I don't remember talking to a Newsday reporter.

7      Q.   And do you remember saying, "We had a game that night.

8   There were a lot of players there, but this was 1998, so I

9   can't remember much"?  Do you remember that?

10     A.   No, I think the point of the matter is that --

11     Q.   My question, sir, is do you remember saying that, yes

12  or no?

13              MR. HARDIN:  Please.

14              THE COURT:  He's got to be responsive.  Overruled.

15  BY MR. GUERRERO:

16     Q.   Do you remember saying that, yes or no?

17     A.   Do I remember saying that?  No, I don't remember saying

18  it.  I don't remember the conversation with a Newsday

19  reporter.

20     Q.   You would agree, though, that that statement that I

21  just read is different from what you said today, yes?

22              MR. HARDIN:  Your Honor, may we approach?

23              THE WITNESS:  I was at a barbecue for two weeks --

24              THE COURT:  Hold on.  I'll sustain the objection to

25  that question.  Do you still want to approach?

```
 1            MR. HARDIN:  Not at my --
 2   BY MR. GUERRERO:
 3    Q.    Let me ask you, sir, if you remember saying this
 4   regarding the same barbecue?  "People were floating in and
 5   out."  Do you remember saying that?
 6    A.    Who's quoting me on that?
 7    Q.    Newsday reporter.
 8    A.    I don't remember talking to a Newsday reporter.
 9            MR. HARDIN:  I'm going to object to any more
10   questions about this.  He doesn't even remember the interview.
11            THE COURT:  Approach.
12   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:
13            MR. HARDIN:  It's really inappropriate what he's
14   doing, but if he's going to start doing it, that is the wrong
15   route, because I can bring Mr. McNamee in till the cows come
16   home about newspaper articles.  I had no idea that we'd
17   reached a stage where supposedly he can just ask somebody
18   about an abstract newspaper article, the guy says he doesn't
19   remember even the interview, and then he goes through these --
20   this is wrong.  This is just --
21            MR. GUERRERO:  This is impeachment.  This is
22   something he's completely said different.  It's an
23   out-of-court impeachment, it's not offered for the truth.  It
24   goes to undermine his credibility.  He can have the
25   opportunity to explain.  The newspaper article, we have it,
```

```
 1   Mr. -- it's readily available to Mr. Hardin if he wants to see
 2   it.  This is classic impeachment.
 3            THE COURT:  Look, the question I think is whether
 4   the newspaper article gives him a good faith basis for asking
 5   the question.  If it's in print -- although print obviously
 6   gets things wrong a lot -- I think he has a good faith basis
 7   for asking the questions.  But are you going to be able to --
 8   I assume you're not going to be able to complete the
 9   impeachment because I assume the reporter is not going to
10   testify.  Is that right?
11            MR. GUERRERO:  We haven't explored that option.
12   Right now I think we can follow the protocol to whether or not
13   we should impeach him.  We have a good faith basis to believe,
14   the quote is right there in black and white print.  It's even
15   in quotes.
16            MR. HARDIN:  Let me explain something.  My
17   objection is this guy has said he doesn't even remember the
18   interview.  To then go through a piece of evidence that is not
19   there and list things that he is supposed to have said in an
20   interview that he doesn't even remember or is willing to
21   acknowledge that he even had is inappropriate.
22            I'll give you an example.  This same reporter for
23   Newsday has been Twittering during the trial saying that he
24   interviewed Radomski and Radomski has lied in this case
25   repeatedly because he interviewed him too, and he sets out in
```

1    these articles exactly how Radomski testified.  It didn't

2    occur to me we were going to reach a stage where we were going

3    to start calling reporters in as to whether this person or

4    that person has said so, but --

5              THE COURT:  Well, you're probably not even going to

6    be able to call the reporter.  I assume the reporter will

7    assert --

8              MR. HARDIN:  That's why I assume --

9              THE COURT:  -- the privilege and won't testify.

10             MR. HARDIN:  Right.

11             MR. GUERRERO:  But this is a very significant

12   issue.  This witness was called in directly to undermine an

13   obstructive act, which is right in black and white before this

14   jury.  And if there is information, we have a good faith basis

15   to believe that he said something completely different before

16   this jury.  He was brought in specifically to undermine

17   count -- obstructive act 15 of the indictment.

18             MR. HARDIN:  But if I don't --

19             THE COURT:  I understand that.  Again, my

20   understanding of the law is that if he has a good faith basis

21   for asking the question, he can ask it, but then he's stuck

22   with the answer.  I don't think a witness avoids being

23   impeached with a purported prior inconsistent statement merely

24   because they said they don't remember having made it.

25             MR. HARDIN:  Here's the problem.  He's impeaching

1    him with a statement by somebody that is not going to be

2    available for us.  That is my problem.

3           THE COURT:  And you jam it down his throat in

4    closing argument, he asked these questions, and he hasn't

5    called anybody to show that these statements were made.

6           MR. HARDIN:  Fair enough, Judge.

7    SIDEBAR DISCUSSION CONCLUDED

8    BY MR. GUERRERO:

9    Q.    So, Mr. Fletcher, in response to our exchange about

10   this article, your answer is you just don't remember making

11   those statements?

12   A.    I don't remember the interview.

13   Q.    Okay.

14   A.    But if you want to ask me some more specifics about the

15   party, you can.

16   Q.    I may do that.

17   A.    Okay.

18   Q.    With respect to that same party, you said you got there

19   at about 10:30, is that right?

20   A.    Yeah, I'm assuming that.  Can I elaborate on that?

21   Q.    Let me ask a follow-up.  Are you assuming the answer or

22   do you know for a fact?

23   A.    I know for a fact I was at a cookout, and the period of

24   time in which I was at the cookout was generally coinciding

25   with lunchtime.  So, you know, we got there, we ate lunch, we

1    enjoyed visiting and talking and seeing Jose's house, and then

2    we left to play the ball game that evening.

3       Q.   Did you take a tour of Mr. Canseco's house?

4       A.   I believe I did.

5       Q.   Do you remember other people taking the tour with you?

6       A.   I do.

7       Q.   How many people do you remember?

8       A.   I remember maybe three or four of us.

9       Q.   Do you remember children being there as well?

10      A.   Yeah, I think there were some children there.

11      Q.   It was a pool party, right?

12      A.   It was a pool party, yeah, but I didn't know who the

13   children were.  But there was -- at the major league level

14   there is always people that are around and you're not quite

15   sure who's who or whatever, but.

16      Q.   At the major league level there is a lot of these

17   parties, would you agree?

18      A.   Cookouts?

19      Q.   Yeah.

20      A.   I would say no, not cookouts at lunchtime.

21      Q.   But there's a lot of gatherings of this sort, right?

22      A.   No, I would say that this was something out of the

23   ordinary.

24      Q.   Is that a reason why you have a good memory of this?

25      A.   Yeah, because we -- it was a chance to get out of the

1   hotel and our typical routine of, you know, room service and

2   going to the ballpark.  We had a chance to go to Jose's house

3   and see the home and eat a hamburger.

4      Q.   Okay.  Regarding Mr. Canseco and Mr. Clemens, you would

5   agree, I think we established earlier that they were

6   teammates, correct?

7      A.   Yes.

8      Q.   Would you say they were friends?

9      A.   Yeah, I guess they were friends.

10     Q.   Would you say you're a friend of Mr. Clemens?

11     A.   I played with Roger.

12     Q.   When was the last time you talked to him?

13     A.   I haven't talked to Roger since, I don't know, probably

14  maybe a casual hello, you know, before I retired in '02.  I

15  remember a conversation in '99 after he went to the Yankees,

16  we had a conversation in the clubhouse over the phone.  He was

17  with the Yankees on the visiting side and I was at home with

18  Toronto, and we talked briefly.  That may have been really the

19  only time after Roger left the team in '98 that we had a

20  significant conversation of more than maybe a paragraph

21  spoken.

22     Q.   When was that, do you remember?

23     A.   '99.

24     Q.   '99?

25     A.   Yeah.

1    Q.   I think you said also in regards to B12 that the

2    protocol as you recall it was B12 injections were always given

3    by head athletic trainers or the doctors?  Did you say that or

4    did I misquote you?

5    A.   No, that was my understanding.

6    Q.   It was certainly not ever something provided by a

7    strength coach, right?

8    A.   It could be, but I would -- I never had any shots.  I

9    didn't have a core -- I think I had one cortisone shot, yeah,

10   I think one cortisone shot my whole life playing ball, for my

11   shoulder.

12   Q.   You would agree with me that --

13   A.   And that was administered by the team physician.

14   Q.   You would agree with me that the protocol as you

15   understood it with the Blue Jays was injections were

16   something --

17   A.   That was my understanding, yes.

18   Q.   And let me ask you, let me just go back here to

19   Mr. McNamee's workout regimen.

20   A.   Uh-huh.

21   Q.   Did you see him working out often with Mr. Clemens?

22   A.   I did.

23   Q.   Did you see them working out often after hours?  Or do

24   you not recall?

25   A.   Not really after hours.  If I was there at the ballpark

1    it was -- I would see him.

2    Q.   Do you remember Mr. McNamee's working space at the Sky

3    Dome being in the weight room?  Do you remember that?

4    A.   I do remember that, yeah.

5    Q.   Mr. McNamee's working area in the weight room was quite

6    a ways away from Tommy Craig's office, correct?

7    A.   Yes, that's correct.

8    Q.   You actually had to walk out of the club --

9    A.   Yes.

10   Q.   Is it the club --

11   A.   The clubhouse.

12   Q.   Go ahead.

13   A.   Down a hallway, so yeah, they're not connected.

14   Q.   They are not connected, right?  And Mr. McNamee's work

15   space also was just about the same distance away from the team

16   physician as well, right?

17   A.   Yes.

18   Q.   Who was the team physician again, back in --

19   A.   I believe it was Dr. Taylor.

20   Q.   Dr. Taylor.  He had been there for quite a while?

21   A.   I believe so.  He was a former major league pitcher.

22   Q.   In your experience with Dr. Taylor, you would agree he

23   was a pretty good doctor?

24   A.   I would agree that he was a professional, yes.

25   Q.   You would agree that Tommy Craig was a pretty good head

1   athletic trainer?

2   A.   I agree with that, yes.

3   Q.   Probably Tommy Craig was a very good head athletic

4   trainer, right?

5   A.   Well, he got fired in '99.  So.  I mean, I thought he

6   was a good trainer.  I liked him.  But he got fired in '99.

7   Q.   People come and go in the big leagues all the time,

8   right?

9   A.   Yeah.

10  Q.   As far as you knew, he was a very good --

11  A.   I liked Tommy Craig.  I personally had a positive

12  feeling about Tommy Craig.

13  Q.   And then lastly, let me just go back to this Canseco

14  party.  Do you recall that being the only function that summer

15  at Mr. Canseco's house?

16  A.   The only one that I attended.  I don't remember any

17  other function.

18  Q.   And that was a function, a barbecue that occurred, you

19  were there as a team to play the Florida Marlins, right?

20  A.   Yes.

21  Q.   It was a three-game set?

22  A.   Yes.

23  Q.   And this barbecue was in between that three-game

24  series?

25  A.   Yes, and I believe that was a night game that night,

1    and I believe there was a night game the next night also, sir.

2      Q.   All right.  All right.  I think I stand corrected.  I

3    think the Court was correcting me when Vioxx -- I think I

4    mentioned it was a dietary supplement, but it is an

5    anti-inflammatory, I believe.  I don't think you knew what

6    that substance was anyway, though, right?

7      A.   No.  I took -- everyone was taking anti-inflammatory.

8    That was commonplace.

9      Q.   Now, lastly, this conversation you had with Mr. McNamee

10   in '98, '99, I want to end on that.  Okay?  Mr. Hardin asked

11   you about that conversation and you, you started off by saying

12   "I'm pretty sure."

13     A.   Yeah.

14     Q.   And that's the phrase you used, "I'm pretty sure" that

15   the topic of B12 came up, right?

16     A.   I think that's a fair characterization.

17     Q.   It doesn't sound like it's a definitive memory, right?

18     A.   I wrestled with that memory for a while, but for some

19   reason it came to me and I remember the subject of B12 coming

20   up.

21     Q.   But the term you used was "pretty sure," right?

22     A.   Yeah.

23     Q.   And in that context -- and I think you said you

24   wrestled just recalling the conversation?

25     A.   Yes.

1    Q.   Right.  There's two possibilities, that even those two

2    possibilities you're not sure of, right?  One was whether the

3    topic was B12 can give you a kick-start, right?

4    A.   Well, just what, you know, if the subject of B12 would

5    come up, you'd be like, okay, why would a player want to use

6    B12 or anyone use B12.

7    Q.   So my question --

8    A.   I've had a conversation with family members about B12.

9    Q.   My question is just this one in particular, okay?  It

10   sounds like you're uncertain a little bit whether the topic

11   even came up to begin with, right?

12   A.   I'm pretty sure the topic came up, but the one that I'm

13   unclear of is if McNamee offered me a B12 shot or was the

14   conversation, you should get a B12 shot.

15   Q.   So we start off with you having a pretty sure

16   recollection and --

17   A.   Of the subject.

18   Q.   Of the subject matter?

19   A.   Yes.

20   Q.   But then the actual details --

21   A.   Yes.

22   Q.   -- you're unsure?

23   A.   Yes, I would agree with that.

24   Q.   And those details, are you agreeing with me that

25   even -- those you're less sure about than the actual topic

1    ever coming up?

2    A.    I'm more sure about the topic coming up than --

3    Q.    The actual details?

4    A.    Whether or not it was to go get a B12, or I can give

5    you a B12.

6    Q.    Okay.

7    A.    But I'll tell you what I am sure of.

8    Q.    Let me ask you a question and then, you know, you can

9    answer it.

10   A.    Okay, give me a question.

11   Q.    I'm sure Mr. Hardin will let you follow up.  The

12   topic -- let's just follow this through a little bit here.

13   The topic of B12, it could have been whether or not it could

14   help with recovery, right?

15   A.    Yeah, that was the topic.

16   Q.    And you would agree with me that you have a lot of

17   experience in baseball, and baseball is a competitive sport,

18   right?

19   A.    It's a competitive sport.

20   Q.    It's competitive because everyone is playing at a

21   pretty high level, right?

22   A.    Yes.

23   Q.    The object here is it's a game, people want to win,

24   right?

25   A.    Yes.

1    Q.   And recovery is important.  Yes?

2    A.   Yes.

3    Q.   I mean, you even said --

4    A.   I played plenty of times --

5    Q.   Let me --

6         THE COURT:  One at a time.  What did you say?

7         THE WITNESS:  I just said I played plenty of times

8    tired.  I mean, were players continually on their mind, oh,

9    I've got to recover, I've got to recover?  No.  The grind of

10   the game was tough, but I would think -- I don't think that

11   this point of recovery was something that was continually on

12   our minds as major league baseball players.  I think, you

13   know, we were tired, but we were all ready to go.  I --

14   recovery in my opinion is something that may be discussed, but

15   it wasn't -- it wasn't a big topic.

16   BY MR. GUERRERO:

17   Q.   Okay.  All right.  Back on the topic.  You're

18   competitors, yes?

19   A.   Yes.

20   Q.   You want to win, yes?

21   A.   Yes.

22   Q.   In fact, in the context of wanting to win, you even

23   mentioned that you and Roger developed pretty unique hand

24   signs in order to get that little competitive edge, right?

25   Yes?

1    A.   Yes.

2    Q.   Competitive edge is important at that level of

3  competition, yes?

4    A.   Signs were not a competitive edge.  That was simply the

5  way you played the game.

6    Q.   My question is, at that level of play competitive edge

7  is important, yes?

8    A.   Yes, competitive edge is important.

9         MR. GUERRERO:  Okay.  Thank you.  Nothing further.

10        THE COURT:  Approach for a minute.

11  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

12        THE COURT:  The question of whether I should have

13  kept out the evidence about the habit in reference to Mr.

14  Clemens playing golf after every game, I think there needs to

15  be more in the record about how frequent that occurred in

16  order to establish that it was in fact habit.

17        MR. HARDIN:  Thank you, Judge.

18  SIDEBAR DISCUSSION CONCLUDED

19                    REDIRECT EXAMINATION

20  BY MR. HARDIN:

21    Q.   I have just a couple of areas.  Number one, you talked

22  about, he asked you again about the Canseco party.  You spent

23  some time on that.  How regularly and frequently after a day

24  of pitching was it Mr. Clemens's habit to play golf?

25        MR. GUERRERO:  I object to the "habit," form of the

1    question.

2              THE COURT:  Overruled.  How consistent was it,

3    after he pitched, the next day he played golf?

4              THE WITNESS:  Your Honor, I thought it was after

5    every start.

6    BY MR. HARDIN:

7    Q.    That is my question.  So during 1998, is it your --

8    what is your memory in terms of what Roger Clemens did every

9    day after he started, after he had pitched a game?

10   A.    My recollection of his routine was after a start that

11   if he could, if, you know, if it wasn't he pitched on a

12   getaway day or whatever, if it fit in the schedule, that he

13   would try to play golf.

14   Q.    And as far as you're concerned did that happen every

15   available time?

16   A.    Every available time?  I can't be certain that it

17   happened every time.

18   Q.    Here is what we're trying to establish, and I want it

19   to be in your words one way or the other, how often and how

20   regularly in your experience did Roger Clemens play golf the

21   day after he pitched?

22   A.    I would say fairly regularly.

23   Q.    If he pitched -- how many starts would you estimate he

24   had in 1998?

25   A.    I would say he made 35 starts.

1    Q.   Out of those 35 starts, how many times would you

2    estimate he played golf the next day?

3    A.   I would say over half.

4    Q.   When you say over half, can you get any closer than

5    that?

6    A.   I mean, you've got to factor in also on the getaway

7    days, was it going to work, was it -- there is a few factors

8    when a guy considers the ability to go out and play golf.  I

9    mean, just the whole dynamic and the way that the team was

10   going to travel that particular day or whether it's a day game

11   the next day.  So there is a few factors that go into it, and

12   I'm sure that Roger -- I'm sure Roger would factor that in

13   properly and, when he could, get away and play golf.

14   Q.   Let me put it another way.  If he pitched, how often

15   and regularly, if he pitched the first game of a three or

16   four-game series, would he play golf the next day?

17   A.   That would be more definite.

18   Q.   What would the answer be?

19   A.   Yes, I think.

20   Q.   So is it a fair statement that if he pitched at the

21   beginning or the middle of a series, that his habit and course

22   of conduct was to play golf the next day?  Is that right?

23   A.   Yes.

24   Q.   Now, you -- he properly predicted that I would ask,

25   when you started to say there's one thing you are certain of,

1    what was that?  In a moment ago during your exchange, do you

2    remember?

3      A.   No.  A certain no.

4      Q.   Well, it worked to skip it then, didn't it?

5      A.   Yeah.

6      Q.   All right.

7               THE COURT:  You were being asked questions about

8    this conversation you had with Mr. McNamee about B12.

9               MR. HARDIN:  Thank you, Your Honor.  That is what

10   we were referring to.

11              THE WITNESS:  I thought maybe -- I know I was

12   certain I had a specific conversation about something with

13   Brian McNamee that was not related to B12 that I was

14   uncomfortable with, with his methods and his attitude toward

15   what we were trying to accomplish.

16   BY MR. HARDIN:

17     Q.   And does that go back to your earlier testimony about

18   you thought he was reckless sometimes?

19              MR. GUERRERO:  Objection.

20              THE COURT:  Sustained.

21              MR. HARDIN:  Fair enough.

22   BY MR. HARDIN:

23     Q.   Now, finally, in your conversation with Mr. McNamee --

24   only you can tell us this -- how certain are you that the two

25   of you did talk about B12 in that conversation you related?

1   Just the subject of B12, how certain are you that you talked
2   about B12 with Brian McNamee?  Whatever the truth is, it
3   doesn't matter.  Don't labor over it.
4      A.   Pretty certain the subject matter of B12 came up,
5   Rusty.
6      Q.   If we're on a scale of one to 100, can you put it in
7   there for us as to how certain you are that you had a
8   conversation about B12 with Brian McNamee?  And if you don't
9   know, there's nothing wrong with saying you don't know, but if
10  you can, give it a --
11     A.   I'll put it this way, I don't lie to my wife, and I
12  told my wife that we had this conversation.
13     Q.   So you were certain enough to repeat it to somebody
14  else, is that a fair statement?
15     A.   Absolutely.
16     Q.   Now, finally, have you been available to the government
17  for them to talk to you if they wanted to throughout --
18     A.   Yes, they could talk --
19     Q.   You have to let me finish, I'm sorry, because she just
20  can't get the end of my sentence.
21          Have you been available for the government to
22  talk to you at any time they would have wanted to?
23     A.   Yes.
24     Q.   Has the government tried to talk to you at any time
25  before your testimony today that you have declined to talk to

1   them?

2   A.    No.

3   Q.    If they had called you, would you have talked to them?

4   A.    Yes.

5   Q.    Did they?

6   A.    No.

7   Q.    And finally, all the way back to the Mitchell

8   Commission.  Did the Mitchell Commission ever interview you

9   before they issued their report?

10          MR. GUERRERO:  Outside the scope.

11          THE COURT:  Sustained.

12   BY MR. HARDIN:

13   Q.    Were you ever interviewed by anybody on behalf of the

14   government or people they were helping about this matter?

15          MR. GUERRERO:  Objection, asked and answered.

16          THE COURT:  You've already answered, but you can

17   answer again.  Did anybody from the government ever talk to

18   you about this case?

19          MR. HARDIN:  Or anyone they were helping.

20          THE WITNESS:  No, Your Honor.

21          MR. HARDIN:  Thank you very much, Judge.

22          THE COURT:  Questions?

23          Thank you, sir.

24          MR. GUERRERO:  May we just approach?

25          THE COURT:  Yes.

1    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

2              MR. ATTANASIO:  Mr. Hardin is speaking to the

3    counsel for our next witness.  We have some scheduling issues

4    so I think he wanted to say something.  Go ahead, Mr.

5    Guerrero.

6              MR. GUERRERO:  Judge -- I think Mr. Hardin is

7    coming up, so I'll wait.

8              Judge, just in response to this reckless issue.

9    Now this is two times now before the jury, and the Court

10   admonished the jury the first time and the topic came back up

11   again on redirect.

12             THE COURT:  I readmonished them to disregard it a

13   second time too.

14             MR. GUERRERO:  It seems unfair at this point that

15   the jury has this word "reckless" out there, and our

16   understanding, if the proffer is correct, that the reason why

17   the witness thought that Mr. McNamee was reckless was because

18   it referred to --

19             THE COURT:  What do you want me to do?  I agree

20   it's not properly before the jury.

21             MR. GUERRERO:  I think at this point the government

22   is entitled to clear that up so that he knows that he's

23   talking about his opinion about being reckless.

24             THE COURT:  Do you want to ask him about it?

25             MR. GUERRERO:  I think so.

1          THE COURT:  All right.

2    SIDEBAR DISCUSSION CONCLUDED

3                      RECROSS-EXAMINATION

4    BY MR. GUERRERO:

5    Q.   Mr. Fletcher, I just want to talk to you real quickly.

6    I just have two questions.  Okay?  You mentioned a couple

7    times that in your opinion you thought some of Mr. McNamee's

8    techniques were reckless.  Do you remember saying that?

9    A.   Yes.

10   Q.   Isn't it true that you are referring to he wanted you

11   to work out weight-lifting during the time that you had an eye

12   injury?

13   A.   That is correct.

14          MR. GUERRERO:  All right.  Thank you.  Nothing

15   further.

16          THE COURT:  Anything else?  Anything from the jury?

17          Thank you, sir.

18          The next witness.

19          MR. HARDIN:  Your Honor, may I have a moment?

20          THE COURT:  Yeah.

21          MR. ATTANASIO:  Judge, may the witness be excused?

22          THE COURT:  I assume he can be excused, is that

23   right?  Very well.  He's excused from the rule.

24          MR. ATTANASIO:  Thank you.

25          MR. HARDIN:  Your Honor, the delay here is the next

1    witness we were going to call is not available tomorrow, and

2    so I'm asking the lawyer to check and see when he is next

3    available.  So we're bringing somebody up from the fourth

4    floor.  So it will be just a couple seconds.

5              THE COURT:  We only have 10 minutes but I want to

6    use them if we can.

7              MR. HARDIN:  Fair enough.

8              THE COURT:  While we're waiting, let me ask in

9    reference to Friday -- not this Friday because we are in

10   recess this Friday and Monday, but next Friday, on the 8th, am

11   I correct that everyone is available until 1:00 o'clock that

12   day, on Friday?  Is that correct?

13             JUROR:  Yes.

14             THE COURT:  But somebody has to leave by

15   1:00 o'clock, is that right?  Okay.

16             So I'll rearrange -- I was supposed to -- I have

17   other cases set that morning but I'm going to move those cases

18   so we can sit on Friday until 1 o'clock so we can hopefully

19   get this case to you as soon as we can.

20             MR. HARDIN:  The witness didn't know he was

21   supposed to be next so he was waiting down below.  We call

22   Mr. Phil Garner.

23             THE COURT:  At least we can get him identified.

24   Thereupon,

25                       PHILIP GARNER,

1   the witness herein, having been first duly sworn, was examined

2   and testified as follows.

3                         DIRECT EXAMINATION

4   BY MR. HARDIN:

5     Q.   State your name, please.

6     A.   Phil Garner.

7     Q.   Mr. Garner, how old a man are you?

8              THE COURT:  Is that Phil or Philip?

9              THE WITNESS:  Philip.

10  BY MR. HARDIN:

11    Q.   Would you spell your last name for the court reporter.

12    A.   G-A-R-N-E-R.

13    Q.   And Mr. Garner, how old a man are you?

14    A.   Sixty-three.

15    Q.   Where are you from?

16    A.   Houston, Texas.

17    Q.   Where did you grow up?

18    A.   Rutledge, Tennessee.

19    Q.   And were you at one time a ball player?

20    A.   I was.

21    Q.   How long were you a major league ball player?

22    A.   I played for almost 14 years.

23    Q.   And did you play for Pittsburgh?

24    A.   I did.

25    Q.   What years?

1    A.   I played there in 19 -- from '77 to '81.

2    Q.   Was that your first team in the majors?

3    A.   No.

4    Q.   What was your first team in the majors?

5    A.   Originally I was drafted and signed by the Oakland A's.

6    Q.   And what years were you there?

7    A.   You're making it tough on me now.

8    Q.   I know.  That's okay.

9    A.   I signed in 1971, I got to the big leagues in 1974, and

10   I was there '75, '76, then traded to the Pirates.

11   Q.   Somewhere along the line, and there may be only just a

12   few of us who remember this, did you pick up a nickname?

13   A.   I got the nickname Scrap Iron in Pittsburgh.

14   Q.   How tall a man are you?

15   A.   5-9.

16   Q.   And about how much did you weigh when you were at

17   Pittsburgh?

18   A.   I weighed 169 pounds.

19   Q.   All right, sir.  Where did you get the name "Scrap

20   Iron"?

21   A.   I was traded from the Oakland A's to the Pirates and we

22   were headed down to Puerto Rico to play in what was a charity

23   game for Roberto Clemente, who was a great Pirate, and we were

24   playing against the Philadelphia Phillies.  And Willie

25   Stargell, who was on our team, was doing a radio show with

1    Milo Hamilton, and they asked Willie to describe this new

2    player that they'd gotten from the Oakland A's.  And Willie

3    said, well, he's a little feller, and he's a tough guy, you

4    can beat on him, you can kick him around a little bit and you

5    can bend him, but you can't break him, he's like a piece of

6    scrap metal.  So Milo picked up on it and called me Scrap

7    Iron.

8       Q.   So for the rest of your major league career, were you

9    referred to by that nickname frequently?

10      A.   I was.

11      Q.   Are you married?

12      A.   I am.

13      Q.   You have children?

14      A.   I have three children.

15      Q.   Three children?

16      A.   Five grandchildren.

17      Q.   Okay.  Now, can you -- I think we've got about two

18   minutes.  High school in Tennessee?

19      A.   I did.

20      Q.   And then what did you do?

21      A.   Went to the University of Tennessee after high school

22   and I was drafted out of college, out of Tennessee.

23      Q.   Out of the University of Tennessee?

24      A.   University of Tennessee, by the Oakland A's.  I signed

25   with the Oakland A's after my junior year, then I went back,

1    finished my degree and continued my baseball career.

2    Q.    What year at UT were you -- the other UT, the

3    University of Tennessee, what --

4    A.    We were there before Texas was.

5    Q.    You were there before Texas?

6    A.    Yes, we were founded before Texas.

7    Q.    I think you were.  But what -- how many years were you

8    at UT originally before you were drafted?

9    A.    Three years.  I'd completed my junior year.

10   Q.    The jury's heard from several players that were drafted

11   out of, including Mr. Clemens, the third year.  At that time,

12   in the '70s and '80s, for those players ended up in the majors

13   that went out and went to college, how typical was being

14   drafted out if they were good like after three years?

15   A.    Well, it became more prominent I think in the '70s.

16   Prior to that, major league baseball tended towards high

17   school players.  They liked to get them in the system a little

18   bit earlier.  College baseball prior to the '70s wasn't very

19   competitive and so they didn't tend to go there to get

20   players.

21             And it began to change in the '70s, and certainly

22   more and more as we got into the '80s and '90s.  But the trend

23   was moving toward drafting some college players at the time.

24   But it wasn't a prominent way to get players, particularly out

25   of Tennessee.  We had very few players from Tennessee that

 1    went to college and then went on to pro ball.

 2              THE COURT:  We'll pick up tomorrow.

 3              MR. HARDIN:  Thank you, Judge.

 4              THE COURT:  I have a 9:00 o'clock matter that

 5    should be short, so we should be able to start at 9:15.  We'll

 6    start at that time.  Have a nice evening.

 7    JURY ESCORTED OUT OF THE COURTROOM AT 5:00 P.M.

 8              THE COURT:  Where are we in reference to the

 9    defense case?  I'm not trying to rush anybody, I'm just trying

10    to gauge where we are to see if I need to further alter my

11    schedule.

12              MR. HARDIN:  I think we will have finished –– we

13    only have three days, as I understand it, next week.  Is that

14    correct, Your Honor?

15              THE COURT:  Yeah, we've got –– well, we've got four

16    days.  We've got a full day –– on Tuesday I have to leave at

17    2:45 to speak at the juvenile detention center.  I agreed to

18    do that a long time ago to the young men out there, so I have

19    to leave at 2:45 that day, so we will probably just work

20    through 2:45 and break at that time.  Full day –– we'll start

21    at 9:30 because I have a sentencing at 9:00 o'clock on

22    Thursday, but from 9:30 until 5:00.  And then from 9:00 until

23    1:00 on Friday.

24              MR. HARDIN:  Okay.  I didn't know about Friday.

25    Let me see if I can get it straight in my mind.  We have a

 1  full day Tuesday.

 2          THE COURT:  2:45 on Wednesday.  9:30 to 5:00 on

 3  Thursday.  9:00 o'clock until 1:00 on Friday.  And the

 4  following week I have cleared the deck until I have to leave

 5  Thursday morning to go down to speak at this conference.

 6          MR. HARDIN:  I don't know what the government's --

 7          THE COURT:  I'll be here Monday, Tuesday and

 8  Wednesday.

 9          MR. HARDIN:  All right.  My guess is right now,

10  Your Honor, that we would rest by that Tuesday sometime of the

11  following week.  It could go quicker, we could finish up

12  potentially next week.  I just don't want to promise the Court

13  absolutely.  It is possible that we would rest at the end of

14  business next week.  We have about 21 witnesses, but as you

15  can see, they are mostly -- we're going to move them along

16  pretty quickly.

17          I can give you a preview.  We have programmed for

18  tomorrow something like five or six witnesses.  If we can get

19  through that many during a day as we go along here, it's

20  remotely possible we would rest at the end of next week.  But

21  my guess is certainly by Monday or Tuesday of the following

22  week.  I don't know what dates that takes us to.  Is next

23  Friday the 8th?

24          THE COURT:  Right.

25          MR. HARDIN:  I think we're going to rest sometime

 1    between, at the latest, between the 12th and 13th.  Maybe

 2    before.

 3            THE COURT:  I may -- I'll have to check with the

 4    sentencing commission and see because I may have to tell

 5    them -- I hate to disappoint them but I may have to tell them

 6    I can't do it, because my concern is that if that's the case,

 7    and then the government, if they are going to have rebuttal, I

 8    don't know how extensive that will be.

 9            MR. HARDIN:  Well, let me explain this --

10            THE COURT:  And if I am only here Monday through

11    Wednesday, then we're not going to be able to get the case to

12    the jury that week.  And then the following week I have a

13    commitment to speak in Florida that I have to go to.  And I

14    have to leave Wednesday of that week.  So I may just have to

15    cancel my --

16            MR. HARDIN:  I think that we're going to be on

17    schedule for seven to eight working days.  And so I am told by

18    everybody that has been -- that we're trying to coordinate

19    these witnesses, I'm being told that the rest of my group

20    thinks we're going to rest by the end of next week.  I was

21    only trying to hedge my bets so that the Court -- I didn't get

22    in trouble if we didn't make it.  Our educated guess is we're

23    going to be able to rest by the end of next week.  But I just

24    don't want to overstate it to the Court.  That would have had

25    us putting on testimony for just --

1                THE COURT:  I'm not --

2                MR. HARDIN:  I know, but I think, Judge, my guess

3     is they are right and I'm just being cautious.

4                THE COURT:  Okay.

5                MR. DURHAM:  Is there a 9:00 o'clock hearing

6     tomorrow?

7                THE COURT:  We start at 9:15 tomorrow.

8                MR. DURHAM:  I mean on the Fifth Amendment issue.

9                THE COURT:  I'm sorry.  I should have -- I don't

10    know if we can catch -- has the jury left yet?  It's actually

11    going to be -- I forgot about that.  So it's going to be 10:15

12    when I need them rather than 9:15.  We'll convene at 9:15 and

13    discuss the McNamee issue.

14               MR. DURHAM:  Thank you, Judge.

15               THE COURT:  Thank you.

16    COURT ADJOURNED AT 5:05 P.M.

17

18

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3              I, Lisa M. Foradori, RPR, certify that the

4    foregoing is a correct transcript from the record of

5    proceedings in the above-titled matter.

6

7

8

9              _____

10             Lisa M. Foradori, RPR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'** [11]   1/5 138/21 139/2 139/12
63/8 65/1 65/6 66/5 66/12 74/1
74/22 75/14 75/16 75/20 78/2
78/23 83/8 94/18 99/25 99/25
101/2 126/8 141/7 141/24

**'02 [1]**   132/14
**'3 [1]**   21/17
**'62 [1]**   65/1
**'66 [1]**   62/16
**'70s [4]**   152/12 152/15 152/18
152/21
**'75 [1]**   150/10
**'76 [1]**   150/10
**'77 [1]**   150/1
**'80s [2]**   152/12 152/22
**'81 [1]**   150/1
**'84 [1]**   64/13
**'87 [2]**   61/19 61/20
**'89 [2]**   116/8 116/9
**'90 [1]**   62/24
**'90s [1]**   152/22
**'91 [1]**   62/24
**'92 [2]**   21/17 62/25
**'96 [2]**   26/18 28/4
**'97 [5]**   26/18 28/4 63/1 74/25
79/9
**'98 [23]**   63/10 64/10 64/18
74/23 78/4 79/10 79/13 87/17
100/4 101/8 104/14 104/23
107/9 112/9 112/21 113/16
116/17 120/13 124/21 125/6
125/7 132/19 136/10
**'99 [14]**   88/5 100/1 100/4
101/8 104/14 104/23 107/10
116/17 132/15 132/23 132/24
135/5 135/6 136/10

# 1

**10 [5]**   49/18 64/11 75/6 85/22
148/5
**10-223 [1]**   1/4
**100 [1]**   144/6
**10:15 [1]**   156/11
**10:30 [3]**   85/6 125/22 130/19
**11 [1]**   64/11
**110 [1]**   3/5
**12 [4]**   30/11 49/18 115/25
116/19
**12th [1]**   155/1
**13 [1]**   30/11
**13th [1]**   155/1
**14 [3]**   64/14 69/10 149/22
**140 [1]**   3/5
**1401 [1]**   1/21
**147 [1]**   3/5
**149 [1]**   3/6
**15 [5]**   17/21 26/12 58/10 98/4
129/17
**15 yards [1]**   35/1
**162 [1]**   117/23
**169 pounds [1]**   150/18
**17 [1]**   97/14
**17B-1 [3]**   23/6 23/10 34/2
**17C-1 [1]**   23/6
**17th [1]**   64/23
**19 [3]**   58/10 58/22 150/1
**1971 [1]**   150/9
**1974 [1]**   150/9
**1980 [1]**   62/21
**1987 [1]**   58/1
**1989 [2]**   61/25 62/14
**1996 [1]**   36/15
**1997 [13]**   9/13 12/20 13/3 17/8
23/19 25/17 25/18 26/8 26/11
26/16 30/5 34/6 35/5

**1998 [21]**   1/5 2/5 7/21 7/21
63/8 65/1 65/6 66/5 66/12 74/1
74/22 75/14 75/16 75/20 78/2
78/23 83/8 94/18 99/25 99/25
101/2 126/8 141/7 141/24
**1999 [1]**   101/3
**1:00 [2]**   153/23 154/3
**1:00 o'clock [2]**   148/11 148/15
**1:30 [2]**   85/6 125/23
**1:40 [1]**   1/5
**1:45 [1]**   4/9
**1:46 p.m [1]**   97/15

# 2

**20 [5]**   26/12 41/14 86/9 86/10
97/13
**2000 [5]**   20/2 20/7 100/2 100/6
100/6
**20001 [1]**   2/7
**2001 [8]**   20/2 98/9 98/9 99/23
99/23 100/5 100/6 100/10
**2012 [1]**   1/5
**202 [2]**   1/17 2/8
**20530 [1]**   1/16
**21 [3]**   36/5 36/6 154/14
**22 [3]**   62/16 115/24 116/3
**223 [1]**   1/4
**2250 [1]**   1/22
**25 [1]**   86/6
**25 pounds [1]**   119/16
**252-7862 [1]**   1/17
**2:00 o'clock [1]**   4/5
**2:45 [4]**   153/17 153/19 153/20
154/2

# 3

**30 [2]**   1/5 112/18
**3269 [1]**   2/8
**333 [1]**   2/7
**35 [2]**   141/25 142/1
**354-3269 [1]**   2/8
**36 [3]**   65/3 67/14 81/14
**39 [1]**   3/4
**3:20 [1]**   75/10
**3:45 [1]**   96/10

# 4

**400-pound [1]**   108/22
**40s [1]**   82/9
**4401 [1]**   2/2
**45 [2]**   57/11 81/18
**4:00 [1]**   104/4

# 5

**5-9 [1]**   150/15
**550-6020 [1]**   2/3
**555 [1]**   1/16
**57 [1]**   3/5
**5:00 [3]**   153/7 153/22 154/2
**5:05 [1]**   156/16

# 6

**6020 [1]**   2/3
**60s [1]**   98/5
**612 [1]**   103/7
**613 [3]**   91/3 91/6 91/8
**62 [2]**   97/15 98/5
**652-9000 [1]**   1/23
**6706 [1]**   2/6

# 7

**713 [1]**   1/23
**77010 [1]**   1/22

# 8

**858 [1]**   2/3
**8th [2]**   148/10 154/23

# 9

**9000 [1]**   1/23
**92121 [1]**   2/2
**9:00 [1]**   153/22
**9:00 o'clock [4]**   153/4 153/21
154/3 156/5
**9:15 [4]**   153/5 156/7 156/12
156/12
**9:30 [3]**   153/21 153/22 154/2
**9:40 a.m [1]**   98/4
**9th [2]**   84/5 85/14

# A

**A's [5]**   150/5 150/21 151/2
151/24 151/25
**a.m [1]**   98/4
**a/k/a [1]**   1/6
**AA [3]**   61/24 62/2 62/10
**AAA [2]**   62/2 62/10
**ability [5]**   77/12 95/7 95/20
96/2 142/8
**able [17]**   16/17 20/5 39/8
66/22 67/2 91/24 95/9 95/21
95/21 95/22 102/16 128/7 128/8
129/6 153/5 155/11 155/23
**about [237]**
**above [1]**   157/5
**above-titled [1]**   157/5
**absolute [1]**   25/10
**absolutely [8]**   68/14 79/19
92/8 95/16 99/10 117/3 144/15
154/13
**abstract [1]**   127/18
**accepted [1]**   72/9
**access [1]**   25/10
**accomplish [2]**   21/7 143/15
**accurate [2]**   46/10 103/19
**accustomed [1]**   69/11
**acknowledge [1]**   128/21
**acquainted [1]**   66/5
**across [1]**   34/23
**act [3]**   95/6 129/13 129/17
**action [1]**   94/15
**active [1]**   86/6
**activities [1]**   59/11
**actual [4]**   114/17 137/20
137/25 138/3
**actually [20]**   20/11 20/25 22/5
22/9 22/20 31/14 31/22 39/19
55/12 59/25 62/4 64/13 66/5
68/8 87/10 100/1 100/11 109/20
134/8 156/10
**add [1]**   100/17
**addition [1]**   87/17
**address [2]**   4/6 99/16
**adequate [1]**   97/5
**ADJOURNED [1]**   156/16
**administered [3]**   38/18 106/12
133/13
**administration [1]**   21/11
**admired [2]**   80/10 121/11
**admissible [3]**   91/12 109/19
110/3
**admitted [8]**   23/7 23/9 33/22
121/21 122/1 122/8 123/3
123/25
**admonished [1]**   146/10

**advantage [4]**  6/7 6/11 49/2 61/1
**advised [1]**  61/10
**afforded [2]**  91/13 91/14
**afraid [2]**  17/5 72/5
**after [34]**  46/18 53/25 57/21 62/17 75/8 83/25 84/14 84/25 85/17 87/13 87/13 88/4 97/9 99/25 103/6 103/8 109/17 109/23 112/11 132/15 132/19 133/23 133/25 140/14 140/23 141/3 141/4 141/9 141/9 141/10 141/21 151/21 151/25 152/14 146/11
**afternoon [9]**  4/5 4/6 4/10 4/15 4/16 57/3 85/5 110/20 110/21
**again [27]**  6/8 10/19 16/14 56/2 60/8 60/10 61/19 71/8 72/23 73/17 77/14 79/10 95/8 98/5 102/7 105/9 105/12 105/13 112/12 113/15 113/18 122/22 129/19 134/18 140/22 145/17 146/11
**against [7]**  11/10 11/12 48/19 63/16 63/17 63/21 150/24
**age [2]**  20/11 70/15
**agent [1]**  63/1
**ago [7]**  41/3 41/16 41/18 43/25 93/20 143/1 153/18
**agree [33]**  11/15 18/5 18/7 24/24 25/1 25/8 25/24 26/2 26/3 28/13 35/21 72/11 84/6 96/14 97/7 99/18 100/10 109/11 118/18 119/11 123/13 126/20 131/17 132/5 133/12 133/14 134/22 134/24 134/25 135/2 137/23 138/16 146/19
**agreed [1]**  153/17
**agreeing [1]**  137/24
**ahead [5]**  34/22 36/11 83/4 134/12 146/4
**aided [1]**  2/16
**ailments [1]**  114/11
**alecky [1]**  32/22
**all [71]**  5/13 6/16 7/2 8/17 10/23 11/20 12/14 13/9 19/24 24/2 28/23 31/3 33/9 33/21 38/10 40/6 40/12 41/13 42/22 43/5 43/7 44/23 45/6 46/2 46/9 47/5 47/20 47/21 47/22 48/10 51/18 52/6 52/9 54/3 54/13 59/10 62/17 64/23 65/4 65/25 66/14 68/1 70/14 71/6 74/22 76/15 77/17 82/7 84/2 85/10 85/12 85/24 86/4 92/17 93/16 99/17 100/16 104/15 105/1 118/15 135/7 136/2 136/2 139/13 139/17 143/6 145/7 147/1 147/14 150/19 154/9
**allegations [1]**  52/19
**allowed [4]**  103/24 122/1 122/8 123/3
**allows [1]**  31/11
**almost [2]**  14/13 149/22
**alone [1]**  61/5
**along [9]**  10/16 55/20 67/6 69/6 80/2 87/18 150/11 154/15 154/19
**already [11]**  51/9 55/17 64/10 64/11 67/14 69/8 69/17 83/24

**also [26]**  13/1 35/6 55/12 58/13 66/13 69/15 73/9 73/10 77/19 93/20 94/21 109/5 111/1 116/24 117/4 120/18 120/19 121/15 122/18 123/23 124/5 125/8 133/1 134/15 136/1 142/6
**alter [1]**  153/10
**although [1]**  128/5
**always [9]**  47/21 70/6 70/9 70/13 87/8 90/6 90/18 131/14 133/2
**am [10]**  27/14 58/6 59/11 70/1 70/4 138/7 148/10 151/12 155/10 155/17
**amateur [1]**  11/24
**Amendment [1]**  156/8
**AMERICA [1]**  1/3
**among [5]**  12/1 12/1 13/1 15/2 18/3
**amount [2]**  52/13 117/2
**anabolic [1]**  36/22
**Angeles [1]**  57/24
**another [17]**  11/17 16/16 21/10 43/20 49/19 70/15 76/11 79/8 93/3 93/20 98/2 107/25 109/10 112/11 123/25 124/5 142/14
**answer [24]**  34/18 42/23 43/4 44/13 45/1 56/6 84/11 97/19 97/21 98/10 100/12 107/18 114/25 122/15 122/18 122/23 123/7 123/14 129/22 130/10 130/21 138/9 142/18 145/17
**answered [5]**  87/3 107/23 123/15 145/15 145/16
**answering [1]**  47/5
**anti [4]**  32/15 32/16 136/5 136/7
**anti-inflammatory [4]**  32/15 32/16 136/5 136/7
**any [50]**  4/18 4/19 4/20 26/6 31/5 35/13 38/25 39/3 43/12 43/13 44/23 45/21 46/2 47/3 47/19 49/9 49/13 49/15 54/14 55/22 56/13 59/7 61/9 66/19 66/19 76/12 77/20 78/3 78/6 78/19 79/11 81/11 81/11 87/21 88/1 89/3 90/12 95/11 99/17 104/18 106/19 108/1 112/3 123/10 127/9 133/8 135/16 142/4 144/22 144/24
**anybody [19]**  30/7 30/17 36/6 41/21 44/8 44/23 45/19 60/8 90/1 90/24 90/25 91/24 92/16 96/19 98/17 130/5 145/13 145/17 153/9
**anyone [7]**  38/16 40/1 43/12 98/13 98/13 137/6 145/19
**anything [33]**  20/5 39/1 42/15 44/8 44/8 46/3 46/24 48/1 50/22 51/6 52/14 53/8 53/16 53/19 54/6 54/10 54/10 56/13 60/2 61/1 68/1 69/25 76/14 79/7 84/10 89/8 89/9 97/24 102/14 113/11 113/13 147/16 147/16
**anyway [1]**  136/6
**apart [1]**  11/24
**apologize [1]**  31/21
**appearances [3]**  1/12 53/4 53/4
**appeared [2]**  61/24 62/14
**appreciate [4]**  33/5 33/10

**approach [11]**  52/10 60/19 79/12 88/9 107/1 107/14 126/22 126/25 127/11 140/10 145/24
**approached [1]**  81/8
**approaching [1]**  83/8
**appropriate [2]**  26/7 56/4
**appropriately [1]**  55/15 108/3
**approximately [1]**  104/21
**April [2]**  66/5 118/12
**are [63]**  7/3 9/19 10/20 13/14 13/21 13/24 13/24 14/1 14/5 14/13 16/11 16/11 18/21 20/5 25/5 25/14 27/10 31/3 32/12 33/12 36/16 37/15 44/25 45/17 47/6 47/21 55/8 57/10 58/5 58/9 58/19 59/9 69/25 71/5 96/1 102/10 103/7 103/9 108/19 115/19 119/8 124/13 128/7 130/21 131/14 134/14 137/24 142/25 143/24 144/1 144/7 147/10 148/9 149/7 149/13 149/15 150/14 151/11 153/8 153/10 154/15 155/7 156/3
**area [8]**  25/4 42/16 57/17 59/1 93/3 104/1 104/11 134/5
**areas [4]**  87/19 109/9 109/10 140/21
**Aren't [1]**  91/16
**argue [2]**  102/16 110/7
**argument [4]**  102/20 103/17 103/18 130/4
**arm [7]**  64/21 67/16 68/21 95/7 95/17 95/21 98/1
**around [11]**  10/21 12/3 29/9 59/10 76/18 84/7 93/24 95/12 117/11 131/14 151/4
**arrangements [1]**  4/7
**arrive [2]**  85/18 85/23
**arrived [5]**  40/8 85/19 86/17 112/24 125/12
**article [4]**  127/18 127/25 128/4 130/10
**articles [2]**  127/16 129/1
**articulate [1]**  96/13
**articulated [1]**  123/24
**as [166]**
**ASAP [1]**  10/4
**ask [49]**  5/2 5/18 12/15 12/16 17/16 26/7 32/6 35/24 38/4 40/3 42/1 43/4 48/14 50/21 52/13 52/20 52/20 53/3 53/17 53/22 55/21 55/25 56/2 56/7 61/10 65/14 68/2 72/19 77/5 79/20 83/6 87/4 89/2 91/1 104/6 106/16 107/24 109/4 123/23 127/3 127/17 129/21 130/14 130/21 133/18 138/8 142/24 146/24 148/8
**asked [32]**  5/19 12/13 18/21 20/15 38/14 39/25 41/20 42/5 43/25 46/5 47/25 50/21 50/23 51/5 51/5 53/6 55/24 56/6 56/7 73/25 90/22 96/18 96/19 97/17 98/12 107/22 130/4 136/10 140/22 143/7 145/15 151/1
**asking [16]**  42/6 43/6 46/20 49/5 50/20 51/4 53/7 54/9 55/8 73/4 100/4 111/8 128/4 128/7 129/21 148/2
**assert [1]**  129/7
**asserted [2]**  90/6 90/8

**A**

assess [2]   100/19 110/9
assessment [1]   103/3
assistant [1]   59/11
associated [1]   100/3
Associates [1]   1/21
association [2]   112/21 113/19
assume [6]   55/14 128/8 128/9
129/6 129/8 147/22
assuming [2]   130/20 130/21
ate [3]   32/12 32/13 130/25
athlete [1]   11/23
athletes [4]   25/8 106/22 114/7
114/16
athletic [13]   24/23 24/25
26/11 26/21 27/17 29/4 114/9
114/15 114/19 114/20 133/3
135/1 135/3
Atlanta [2]   27/25 27/25
attacking [1]   91/7
ATTANASIO [2]   2/1 109/5
attempted [1]   44/16
attended [2]   86/21 135/16
attention [5]   6/1 6/3 6/9 70/7
104/11
attitude [2]   82/12 143/14
Attorney's [1]   1/15
attract [1]   16/23
attributable [1]   120/15
attribute [2]   61/9 78/12
attributed [1]   95/1
August [5]   19/18 78/2 78/25
119/3 119/5
available [11]   44/22 103/10
128/1 130/2 141/15 141/16
144/16 144/21 148/1 148/3
148/11
Avenue [1]   2/7
avoids [1]   129/22
Award [1]   68/8 79/9 79/9
aware [9]   32/8 32/12 33/21
54/16 56/9 63/20 63/22 63/23
84/1
awareness [1]   65/15
away [8]   38/6 66/9 69/25 71/20
108/17 134/6 134/15 142/13

**B**

B-A-U-M-B-A-C-H [1]   125/17
B12 [83]   21/12 21/13 21/16
22/8 22/14 30/20 32/2 35/12
38/19 43/13 45/7 46/3 54/18
56/10 87/22 87/23 88/1 88/6
88/20 89/8 89/9 89/12 89/18
89/18 89/24 90/1 90/20 90/24
91/24 92/6 92/8 92/16 96/19
96/21 97/17 97/18 97/19 97/22
98/1 98/8 98/9 98/13 98/25
99/1 99/4 99/11 99/22 99/23
101/4 101/15 101/21 103/1
103/2 104/19 105/9 105/12
105/20 105/21 106/2 106/5
106/9 106/12 133/1 133/2
136/15 136/19 137/3 137/4
137/6 137/6 137/8 137/13
137/14 138/4 138/5 138/13
143/8 143/13 143/25 144/1
144/2 144/4 144/8
back [48]   4/17 10/4 10/7 10/18
14/9 15/20 18/20 24/20 31/12
31/18 32/2 34/2 36/14 41/2

backed [3]   12/6 12/8 108/17
backup [1]   63/4
bad [1]   61/9
ball [74]   8/6 18/8 18/9 18/13
18/15 18/16 18/18 18/19 18/22
18/23 19/2 19/3 19/4 19/6
46/14 47/4 47/8 47/24 48/3
48/6 48/7 48/14 48/18 49/3
49/5 49/9 49/16 49/17 49/18
49/24 50/5 50/8 50/9 51/8
53/10 53/15 54/1 61/23 62/5
71/8 71/19 71/20 71/23 72/4
76/5 76/22 77/15 77/17 77/18
78/15 78/18 79/16 79/21 86/14
93/14 93/18 93/20 93/24 93/25
93/25 94/14 94/16 94/16 94/20
94/21 97/18 97/23 107/10
116/19 131/2 133/10 149/19
149/21 153/1
ballpark [2]   132/2 133/25
balls [5]   50/2 50/13 70/1
71/17 71/21
barbecue [7]   85/14 86/5 126/5
126/23 127/4 135/18 135/23
barn [1]   92/19
base [2]   70/6 70/10
baseball [47]   8/23 10/1 15/10
17/21 19/14 25/7 25/8 25/9
25/9 29/5 31/10 48/23 52/5
52/17 53/18 53/20 54/1 54/11
54/22 58/11 58/22 59/5 59/12
64/3 64/4 64/5 71/2 79/25 94/1
105/14 106/11 114/14 115/24
116/5 116/22 117/1 117/7
117/10 117/10 120/9 120/22
138/17 138/17 139/12 152/1
152/16 152/18
based [3]   15/19 16/14 102/15
basic [1]   83/24
basically [5]   21/1 23/4 27/21
63/8 71/19
basis [7]   74/4 84/17 128/4
128/6 128/13 129/14 129/20
bathing [3]   87/5 87/8 87/11
bats [1]   63/17
batter [3]   94/3 94/5 94/5
batting [1]   107/11
Baumbach [3]   125/15 125/16
125/17
be [126]   4/4 4/8 4/10 6/20 7/3
8/10 8/23 13/11 16/17 20/15
21/24 21/25 22/5 22/6 22/7
23/3 24/25 27/8 28/5 28/10
28/18 28/20 28/23 28/25 29/6
29/13 32/22 34/24 35/17 35/19
37/9 37/12 38/18 42/21 43/3
43/16 43/19 48/8 51/4 51/16
53/5 53/17 54/23 55/3 55/9
55/14 55/24 57/13 62/05 61/10
61/11 61/15 71/24 75/11 80/2
80/14 82/19 82/24 88/11 88/17
88/24 89/6 90/4 90/7 90/18
90/25 91/1 91/18 91/24 92/11
93/21 95/21 95/21 96/15 97/14

[middle column continues]
63/22 64/3 64/6 68/1 73/21
87/19 92/19 97/4 98/9 99/23
100/11 100/22 101/2 103/10
104/1 105/8 105/16 108/6
109/16 120/1 133/18 134/18
135/13 139/17 143/17 145/7
146/10 151/25

[right column]
102/7 100/8
102/16 102/21 103/18 103/24
104/12 106/12 106/23 107/17
108/2 109/19 114/9 117/14
117/15 119/1 119/3 119/5
119/24 121/3 124/10 126/14
128/7 128/8 129/6 130/1 133/8
137/5 139/14 140/15 141/16
141/19 142/17 142/18 147/21
147/22 148/4 148/21 150/11
153/5 153/5 154/7 155/8 155/11
155/16 155/23 156/11 156/11
Beach [1]   61/23
bear [1]   5/4
beat [1]   151/4
became [3]   12/20 53/10 152/15
because [60]   6/20 8/20 10/4
10/9 12/19 12/23 14/14 14/15
15/10 16/2 18/18 26/6 27/14
28/10 30/10 31/14 37/15 45/3
46/11 50/16 51/16 53/10 56/3
66/11 69/4 69/10 69/12 69/15
70/11 70/22 72/21 81/21 92/14
92/18 95/16 96/13 99/5 99/21
101/8 106/11 109/17 110/3
110/7 118/12 120/11 120/23
123/7 123/10 127/15 128/9
128/25 129/24 131/25 138/20
144/19 146/17 148/9 153/21
155/4 155/6
become [1]   14/17
becomes [1]   119/23
been [50]   12/3 22/4 23/6 26/11
26/13 27/5 29/8 29/9 30/10
40/6 44/22 50/2 51/9 56/3 56/7
56/22 58/2 60/11 60/12 60/14
62/6 63/20 64/14 65/2 65/3
68/2 78/23 79/12 81/12 85/6
85/6 85/9 96/23 101/8 101/10
109/6 109/7 111/3 113/15 117/1
125/22 126/1 128/23 132/18
134/20 138/13 144/16 144/21
149/1 155/18
before [57]   1/10 25/20 26/5
32/6 38/4 38/6 38/15 40/4
44/15 49/3 54/21 59/13 59/17
60/14 60/16 60/21 61/15 62/1
62/22 63/14 63/16 65/15 67/11
68/9 69/22 72/20 89/6 91/1
96/8 96/23 97/6 97/9 102/5
102/15 104/6 107/14 107/18
108/3 110/22 111/2 111/8 113/2
121/12 121/12 121/12 129/13
129/15 132/14 144/25 145/9
146/9 146/20 152/4 152/5 152/6
152/8 155/2
began [2]   97/15 152/21
begin [2]   107/14 137/11
beginning [9]   64/17 73/21
73/22 74/1 77/24 79/13 79/18
97/15 142/21
behalf [1]   145/13
being [16]   30/7 47/12 67/3
67/5 80/20 105/11 108/20
129/22 131/9 134/3 135/14
143/7 146/23 152/13 155/19
156/3
believe [27]   25/17 46/5 54/10
55/11 60/1 60/10 63/17 75/3
75/13 85/12 85/19 85/24 86/2
92/17 104/12 106/3 111/15
111/23 120/10 128/13 129/15

Case 1:10-cr-00223-RBW   Document 195   Filed 06/19/12   Page 161 of 181

**B**

believe... **[6]**   131/4 134/19
134/21 135/25 136/1 136/5
believes **[2]**   89/15 98/22
Belk **[12]**   4/24 4/25 5/6 40/23
40/24 41/2 59/23 111/19 111/20
111/22 112/12 113/5
below **[2]**   75/22 148/21
bench **[1]**   96/5
bend **[1]**   151/5
benefits **[1]**   101/22
Benito **[1]**   63/7
bent **[1]**   22/10
best **[9]**   4/4 17/20 25/10 26/2
64/12 82/24 101/19 101/20
102/10
bets **[1]**   155/21
better **[9]**   10/21 13/17 16/17
16/18 16/19 35/7 76/19 76/22
78/13
between **[9]**   55/16 71/4 73/6
109/2 123/12 125/22 135/23
155/1 155/1
beyond **[3]**   51/23 53/14 55/2
big **[15]**   7/2 11/5 49/2 61/24
64/11 64/20 69/9 69/11 69/17
71/18 81/6 116/19 135/7 139/15
150/9
Billy **[6]**   4/24 40/23 59/23
59/25 60/10 111/19
bit **[18]**   16/17 17/17 58/24
67/17 74/24 94/15 101/9 115/23
117/10 119/13 120/4 121/7
121/8 124/21 137/10 138/12
151/4 152/18
black **[2]**   128/14 129/13
Blue **[17]**   13/3 23/19 30/4 30/5
30/20 34/7 36/15 48/11 60/4
63/2 66/11 74/25 104/12 114/17
116/14 125/2 133/15
blur **[1]**   109/6
body **[7]**   19/15 30/16 32/8
37/19 66/2 68/21 119/18
book **[1]**   96/25
born **[3]**   59/1 62/16 65/1
Boston **[3]**   63/18 64/9 68/12
both **[8]**   34/20 72/21 84/6
89/19 101/8 104/15 104/17
105/5
bother **[1]**   11/17
bottle **[2]**   32/20 32/23
bottom **[2]**   36/8 58/23
bounce **[2]**   50/4 50/5
boyhood **[1]**   81/22
boys **[2]**   58/19 58/21
break **[5]**   75/6 94/4 96/7 151/5
153/20
breaking **[8]**   50/5 70/1 71/8
71/17 71/19 71/20 71/22 72/4
Brian **[15]**   66/6 66/8 66/9
66/12 88/5 104/15 105/20
106/14 106/21 114/5 114/7
114/21 143/13 144/2 144/8
brief **[2]**   75/7 126/2
briefly **[6]**   21/11 58/13 62/23
93/3 114/3 132/18
bring **[3]**   4/2 103/22 127/15
bringing **[1]**   148/3
broad **[3]**   52/12 52/25 53/5
brother **[1]**   14/20
brothers **[2]**   14/14 14/17

brought **[2]**   57/7 78/24
bullpen **[2]**   20/15 20/16
bunch **[1]**   108/11
bus **[3]**   125/12 125/13 125/14
buses **[1]**   85/23
business **[4]**   34/6 34/8 66/3
154/14
BUTLER **[1]**   1/14
butt **[1]**   22/12
buttocks **[1]**   31/3

**C**

CA **[1]**   2/2
cage **[1]**   107/11
call **[10]**   20/22 71/8 71/25
79/2 97/3 100/22 114/1 129/6
148/1 148/21
called **[12]**   6/24 7/1 29/13
30/1 31/20 36/16 93/17 111/3
129/12 130/5 145/3 151/6
calling **[2]**   69/20 129/3
calls **[5]**   20/20 21/1 21/2
43/21 79/1
came **[23]**   7/25 7/25 27/24
38/15 41/10 60/22 64/8 69/12
71/18 105/10 105/17 106/5
107/23 108/24 108/25 111/17
111/18 136/15 136/19 137/11
137/12 144/4 146/10
camera **[1]**   70/16
can **[80]**   4/2 4/5 4/6 8/23 8/25
10/5 10/8 16/18 23/7 23/22
23/22 25/25 31/9 31/13 31/14
34/2 34/18 35/21 44/13 44/25
45/4 50/6 53/4 55/15 55/24
56/16 61/3 67/9 75/2 75/11
80/22 81/1 83/7 84/6 84/11
89/2 89/6 91/1 93/11 93/14
94/23 96/8 105/8 105/21 106/2
108/2 108/6 117/18 120/1 121/5
127/15 127/17 127/24 128/12
129/21 130/15 130/20 137/3
138/4 138/8 142/4 143/24 144/6
144/10 145/16 147/22 148/6
148/18 148/18 148/19 148/23
151/4 151/4 151/5 151/17
153/25 154/15 154/17 154/18
156/10
can't **[10]**   10/15 42/21 72/22
90/12 92/11 126/9 141/16
144/20 151/5 155/6
cancel **[1]**   155/15
cannot **[1]**   34/19
Canseco **[7]**   87/14 87/16 108/21
125/1 132/4 135/13 140/22
Canseco's **[4]**   83/9 124/24
131/3 135/15
car **[1]**   125/18
care **[3]**   10/24 32/8 46/17
career **[10]**   9/1 21/14 64/9
68/10 115/24 116/5 116/14
121/11 151/8 152/1
careful **[4]**   5/25 6/3 6/13 7/8
carefully **[2]**   7/12 61/8
carry **[1]**   118/15
carrying **[1]**   20/12
case **[11]**   33/12 90/23 103/5
108/15 111/4 128/24 145/18
148/19 153/9 155/6 155/11
cases **[2]**   148/17 148/17
casual **[1]**   132/14
cat **[1]**   73/6

catch **[2]**   112/2 156/10
catcher **[21]**   12/19 14/10 20/18
20/19 49/3 57/13 63/3 63/4
63/6 63/8 65/21 65/22 67/23
69/7 70/4 70/10 71/3 71/14
73/7 73/17 120/22
catcher-pitcher **[1]**   69/7
catchers **[4]**   20/12 48/23 63/12
74/2
catches **[1]**   19/2
catching **[9]**   12/9 48/11 67/8
69/10 69/12 69/14 71/17 120/11
122/13
caught **[9]**   64/10 68/6 68/8
81/11 93/8 94/18 96/1 119/15
120/13
caused **[1]**   75/25
cautious **[1]**   156/3
center **[1]**   153/17
certain **[16]**   31/23 52/17 73/9
87/23 89/15 92/9 109/13 141/16
142/25 143/3 143/12 143/24
144/1 144/4 144/7 144/13
certainly **[3]**   133/6 152/21
154/21
certify **[1]**   157/3
challenge **[1]**   12/8
Champaign **[1]**   57/19
chance **[7]**   75/19 77/18 77/18
121/12 121/12 131/25 132/2
change **[6]**   23/7 71/6 71/6
77/24 94/1 152/21
change-up **[1]**   94/1
changed **[1]**   122/17
character **[1]**   91/7
characteristics **[2]**   76/21 78/7
characterization **[1]**   136/16
characterizes **[1]**   11/23
charges **[1]**   33/12
charity **[1]**   150/22
CHARLIE **[4]**   3/4 11/2 30/10
31/11
chasing **[1]**   59/10
cheat **[7]**   51/17 52/14 52/17
53/16 53/19 54/11 55/8
cheating **[10]**   19/9 50/22 51/16
52/4 54/6 54/23 55/4 55/9
55/14 55/23
check **[3]**   49/23 148/2 155/3
chest **[1]**   119/16
children **[8]**   58/7 58/8 131/9
131/10 131/13 151/13 151/14
151/15
circle **[6]**   14/25 15/1 15/1
23/22 24/2 36/11
circumstances **[1]**   108/4
citation **[1]**   92/20
classic **[1]**   128/2
clean **[1]**   47/15
clear **[13]**   22/9 22/18 23/1
27/8 36/24 38/15 39/15 39/18
39/19 54/2 92/4 103/5 146/22
clearance **[1]**   53/14
cleared **[1]**   154/4
clearly **[2]**   54/1 90/4
CLEMENS **[106]**   1/6 1/6 5/23
6/11 6/17 7/5 7/24 8/2 8/12
9/9 11/6 11/6 11/15 12/2 12/5
12/5 12/5 12/10 12/11 12/15
12/18 12/20 13/2 13/10 14/10
14/10 14/20 15/3 17/1 17/11
18/3 20/6 21/6 23/25 32/7

C

Case 1:10-cr-00223-RBW   Document 195   Filed 06/19/12   Page 162 of 181

**CLEMENS... [71]**   32/11 33/22
35/25 36/12 45/9 48/1 48/10
49/23 50/22 51/6 52/23 53/19
54/10 55/8 55/17 63/9 63/10
63/21 63/23 64/6 64/24 65/1
65/15 66/23 68/21 68/25 68/25
74/2 74/16 77/1 77/8 79/14
79/21 80/3 80/14 81/6 81/21
83/13 83/18 83/24 86/17 86/21
87/5 87/10 87/22 88/4 94/18
94/25 95/11 95/25 109/23
112/21 113/19 120/4 120/23
121/5 121/8 121/9 121/21 122/1
122/8 123/3 123/12 123/25
132/4 132/10 133/21 140/14
141/8 141/20 152/11
**Clemens's [11]**   5/19 17/17
17/20 19/10 54/17 56/9 67/4
68/15 109/17 121/11 140/24
**Clemente [1]**   150/23
**click [2]**   16/19 86/10
**close [6]**   14/13 14/23 68/4
69/10 94/12 94/13
**closely [2]**   12/23 114/23
**closer [4]**   12/20 14/10 15/5
142/4
**closing [2]**   103/17 130/4
**club [4]**   66/12 87/18 134/8
134/10
**clubhouse [10]**   13/11 14/6 15/4
24/7 34/15 47/15 47/22 105/14
132/16 134/11
**coach [20]**   20/15 20/16 24/10
24/18 34/3 37/25 59/12 66/11
105/7 106/7 109/8 109/12
114/15 114/22 115/20 122/2
122/9 123/4 125/9 133/7
**coaches [2]**   16/9 16/11
**code [1]**   97/19
**coinciding [1]**   130/24
**college [10]**   57/18 58/22 63/24
116/24 116/25 151/22 152/13
152/18 152/23 153/1
**collegiate [2]**   64/3 64/6
**color [2]**   22/8 39/19
**COLUMBIA [1]**   1/1
**Combined [1]**   73/10
**come [26]**   10/16 19/11 24/20
29/15 39/11 41/15 45/8 45/15
58/11 63/1 66/5 66/5 67/16
68/22 88/22 101/16 103/10
103/14 105/4 105/12 105/13
105/16 106/6 127/15 135/7
137/5
**comeback [1]**   69/25
**comfort [1]**   16/17
**comfortability [1]**   16/16
**coming [11]**   10/21 11/1 31/12
31/18 64/6 70/24 101/15 136/19
138/1 138/2 146/7
**commentary [1]**   33/15
**commission [3]**   145/8 145/8
155/4
**commitment [1]**   155/13
**common [5]**   9/16 9/17 21/24
21/25 37/12
**commonplace [1]**   136/8
**communicate [1]**   120/23
**compared [2]**   7/4 110/5
**competent [1]**   35/6

**competing [1]**   150/4
**competition [1]**   140/3
**competitive [12]**   6/7 6/10
18/12 138/17 138/19 138/20
139/24 140/2 140/4 140/6 140/8
152/19
**competitor [2]**   11/18 11/19
**competitors [4]**   12/1 12/2 12/3
139/18
**complain [1]**   30/7
**complaining [1]**   108/20
**complete [2]**   107/20 128/8
**completed [1]**   152/9
**completely [3]**   99/19 127/22
129/15
**compliment [1]**   81/13
**comply [1]**   103/17
**computer [1]**   2/16
**computer-aided [1]**   2/16
**concept [3]**   9/19 9/21 9/25
**concern [5]**   11/4 55/6 106/20
109/15 155/6
**concerned [16]**   10/17 10/18
10/20 10/23 11/1 12/14 65/18
65/21 65/21 65/23 65/24 66/15
70/11 78/5 86/20 141/14
**concerning [1]**   43/13
**concerns [1]**   11/5
**concluded [10]**   26/20 54/4 56/1
56/4 61/13 93/1 110/12 130/7
140/18 147/2
**condition [1]**   64/18
**conditioned [1]**   66/2
**conditioning [14]**   24/10 24/18
66/16 67/24 68/15 79/12 80/10
109/8 114/22 115/20 122/2
122/9 123/4 125/9
**conduct [1]**   142/22
**conference [1]**   154/5
**conferring [1]**   53/25
**confidence [1]**   78/11
**confront [2]**   90/14 103/12
**confrontation [1]**   97/2
**confronted [8]**   88/15 88/16
88/25 89/2 89/6 90/25 91/14
96/23
**connected [2]**   134/13 134/14
**consider [20]**   54/23 55/9 55/14
55/16 55/23 110/15 122/3 122/7
122/10 122/11 122/15 122/18
122/19 122/21 123/2 123/7
123/14 123/24 124/2 124/18
**consideration [2]**   121/21
121/25
**considered [1]**   62/5
**considers [2]**   55/3 142/8
**consistent [3]**   7/2 95/25 141/2
**Constitution [1]**   2/7
**contacted [1]**   111/5
**contend [1]**   26/8
**contended [1]**   109/8
**contents [1]**   103/8
**context [3]**   129/23 139/22
**continually [2]**   139/8 139/11
**continue [2]**   25/25 81/1
**continued [3]**   4/13 81/17 152/1
**contract [1]**   63/1
**contradiction [1]**   88/24
**contradictory [1]**   89/5
**contribute [1]**   14/18
**contributes [1]**   13/6
**convene [2]**   4/5 156/12

**competing [1]**   148/4 82/2 88/5
88/19 89/12 98/21 98/25 99/17
99/20 101/4 101/7 101/21
101/23 103/11 104/18 104/21
106/7 112/5 112/7 112/19
126/18 132/15 132/16 132/20
136/9 136/11 136/24 137/8
137/14 143/8 143/12 143/23
143/25 144/8 144/12
**conversational [3]**   98/11 99/6
100/13
**conversations [2]**   81/21 82/8
**cookout [3]**   85/5 130/23 130/24
**cookouts [2]**   131/18 131/20
**cooler [1]**   119/14
**Cooley [1]**   2/1
**cooley.com [1]**   2/3
**coordinate [1]**   155/18
**core [4]**   67/15 67/22 95/21
133/9
**corners [3]**   69/1 69/2 77/14
**correct [73]**   7/6 7/13 7/20 8/3
8/24 9/15 11/8 12/12 14/21
14/25 16/12 17/2 19/12 19/22
20/3 21/24 22/15 25/5 25/11
25/25 28/8 33/19 34/4 35/14
37/14 37/22 37/25 39/9 40/1
55/19 91/22 110/22 111/2 111/6
111/7 112/12 112/12 112/25
114/1 114/2 114/22 115/3 115/4
115/5 115/9 115/11 115/21
116/16 116/20 117/12 117/24
118/2 118/5 118/12 118/16
118/19 120/3 120/16 120/20
121/5 121/16 122/16 123/5
125/6 132/6 134/6 134/7 146/16
147/13 148/11 148/12 153/14
157/4
**corrected [2]**   26/18 136/2
**correcting [1]**   136/3
**correctly [6]**   13/4 14/18 17/18
17/20 17/22 96/13
**correlated [1]**   95/19
**correlation [2]**   55/16 109/2
**corridor [1]**   34/25
**corticosteroids [1]**   36/20
**cortisone [7]**   36/21 36/25 37/1
38/7 38/11 133/9 133/10
**cosmetic [1]**   47/16
**could [42]**   6/6 6/10 8/10 17/9
19/8 21/10 23/6 34/17 36/11
36/14 62/6 73/11 78/11 78/14
78/18 79/11 79/14 81/7 85/7
90/18 93/15 100/11 101/24
103/1 106/23 107/25 114/8
117/14 119/1 119/3 119/5
122/21 122/22 124/10 133/8
138/13 138/13 141/11 142/13
144/18 154/11 154/11
**couldn't [3]**   9/11 47/4 85/7
**counsel [4]**   4/7 54/7 103/16
146/3
**count [1]**   129/17
**counter [1]**   98/17
**country [1]**   25/11
**couple [9]**   24/8 50/1 76/23
76/24 86/3 108/18 140/21 147/6
148/4
**course [5]**   61/9 71/24 77/21
109/21 142/21
**court [21]**   1/1 2/5 2/6 29/16
34/18 34/19 38/16 57/8 61/7

**C**

**court...** **[12]** 61/7 90/5 104/8 109/4 127/23 136/3 146/9 149/11 154/12 155/21 155/24 156/16
**Court's [2]** 35/23 53/14
**courtesy [4]** 85/19 85/24 125/12 125/14
**Courthouse [1]** 2/6
**COURTNEY [1]** 1/14
**courtney.saleski [1]** 1/19
**courtroom [9]** 4/9 40/24 56/17 75/10 96/10 96/11 102/8 104/4 153/7
**courts [2]** 97/1 103/7
**cover [1]** 87/20
**covered [1]** 51/10
**cows [1]** 127/15
**CR [1]** 1/4
**craft [1]** 81/9
**Craig [20]** 24/21 24/22 26/8 26/9 26/11 26/20 27/15 27/17 27/20 28/1 28/5 28/7 29/25 30/7 114/18 114/19 134/25 135/3 135/11 135/12
**Craig's [3]** 28/12 114/20 134/6
**create [2]** 80/22 94/1
**credibility [4]** 96/15 102/23 103/4 127/24
**cross [8]** 3/2 4/13 88/20 92/23 97/16 107/13 110/17 110/18
**cross-examination [5]** 4/13 88/20 107/13 110/17 110/18
**curious [1]** 27/14
**curves [1]** 69/24
**cut [5]** 68/25 69/2 76/4 94/15 99/21
**Cy [4]** 68/8 74/24 79/9 79/9

**D**

**D-A-R-R-I-N [1]** 104/9
**D.C [1]** 112/24
**dad [1]** 117/4
**damaging [1]** 108/12
**DANIEL [1]** 1/14
**daniel.butler [1]** 1/18
**Danville [2]** 57/15 59/2
**DARRIN [5]** 3/5 56/19 56/21 57/9 90/19
**dates [1]** 154/22
**day [38]** 12/24 29/11 32/21 40/8 84/20 85/10 85/14 86/20 87/12 87/13 97/16 109/17 109/23 118/4 118/5 118/6 118/7 118/8 118/9 120/2 125/18 140/23 141/3 141/9 141/12 141/21 142/2 142/10 142/10 142/11 142/16 142/22 148/12 153/16 153/19 153/20 154/1 154/19
**days [7]** 41/16 41/18 119/14 142/7 153/13 153/16 155/17
**DC [3]** 1/4 1/16 2/7
**deal [5]** 8/19 49/6 81/6 96/8 110/10
**dealt [2]** 14/16 69/22
**debate [1]** 4/3
**debilitating [1]** 8/23
**deceptive [1]** 53/5
**decide [1]** 102/21
**decides [2]** 20/24 21/2

**declined [1]** 144/25
**decrease [1]** 73/3
**dedicated [2]** 10/10 67/21
**deep [2]** 39/17 77/17
**Defendant [3]** 1/7 1/20 3/3
**defense [15]** 4/18 4/25 5/6 5/8 39/3 76/23 102/16 110/7 111/10 112/12 113/16 113/25 121/1 121/2 153/9
**defensively [2]** 75/22 76/7
**definite [1]** 142/17
**definitely [1]** 8/25
**definitive [3]** 91/23 100/14 136/17
**definitively [4]** 90/24 92/5 92/7 96/20
**degree [1]** 152/1
**delay [1]** 147/25
**deliberations [1]** 110/16
**delivery [1]** 120/19
**demeanor [1]** 82/12
**demonstrate [1]** 93/16
**deny [1]** 91/14
**depending [1]** 117/19
**depends [2]** 49/17 88/9
**describe [9]** 48/22 73/3 75/15 79/20 82/11 82/12 93/11 103/11 151/1
**described [1]** 52/4
**description [1]** 75/14
**desire [1]** 56/17
**detail [2]** 39/8 70/7
**details [9]** 6/1 6/4 6/6 6/6 6/9 6/10 137/20 137/24 138/3
**detention [1]** 153/17
**develop [2]** 15/10 16/8
**developed [4]** 15/16 16/15 66/4 139/23
**develops [1]** 15/13
**did [215]**
**didn't [59]** 5/2 8/15 11/4 11/17 12/13 12/15 19/22 19/24 20/2 27/17 29/23 30/3 30/15 30/16 35/13 35/25 39/19 46/22 47/3 49/7 49/19 50/11 50/13 51/16 60/23 63/15 69/16 71/16 72/11 72/16 73/11 76/8 76/14 81/10 84/12 84/21 89/8 89/8 90/13 90/19 96/13 107/24 122/23 123/8 123/9 123/9 123/10 123/16 123/19 124/18 129/1 131/12 133/9 143/4 148/20 152/19 153/24 155/21 155/22
**Diego [1]** 2/2
**dietary [7]** 121/22 124/1 124/3 124/4 124/8 124/10 136/4
**difference [5]** 77/20 78/3 78/6 79/11 94/9
**different [21]** 16/18 41/4 66/19 69/20 70/2 76/12 89/4 91/21 93/5 97/13 99/3 109/1 109/9 114/21 114/23 114/25 121/13 124/7 126/21 127/22 129/15
**difficult [1]** 92/19
**direct [11]** 3/2 7/15 12/11 22/13 22/15 57/1 88/20 92/23 104/10 120/11 149/3
**directed [2]** 98/24 103/1
**direction [1]** 101/24

**directly [3]** 89/17 113/2 129/12
**dirt [2]** 50/3 50/4
**disabled [8]** 9/1 9/4 9/6 9/9 101/9 105/5 107/9 107/12
**disappoint [1]** 155/5
**discredit [1]** 102/14
**discuss [2]** 41/25 156/13
**discussed [6]** 39/25 40/9 41/21 42/4 99/6 139/14
**discussion [20]** 29/12 52/11 54/4 54/15 56/1 60/20 61/13 88/10 93/1 99/3 102/5 102/25 107/15 110/12 127/12 130/7 140/11 140/18 146/1 147/2
**disguise [1]** 71/5
**displaying [2]** 78/7 81/8
**disregard [14]** 33/15 33/16 33/17 54/6 56/5 61/3 80/16 82/4 82/5 109/3 109/14 110/14 110/15 146/12
**distance [1]** 134/15
**DISTRICT [3]** 1/1 1/1 1/10
**dive [3]** 76/4 77/15 94/6
**do [165]**
**doctor [12]** 21/21 21/22 22/4 26/22 27/1 27/4 27/10 31/14 32/19 37/7 37/18 134/23
**doctor's [4]** 37/6 37/10 37/13 37/21
**doctors [4]** 27/12 31/19 31/23 133/3
**Dodgers [5]** 57/24 58/2 61/21 62/10 116/6
**does [14]** 18/23 20/22 20/25 32/20 32/21 32/21 32/22 44/8 49/9 63/11 79/2 118/20 119/14 143/17
**doesn't [13]** 15/13 16/21 88/17 96/16 99/21 100/13 102/13 127/10 127/18 128/17 128/20 136/17 144/3
**doing [11]** 10/21 18/21 27/21 35/24 57/4 59/9 71/5 108/22 127/14 127/14 150/25
**Dome [2]** 107/11 134/3
**don't [96]** 9/11 9/12 9/12 10/25 13/11 13/16 13/18 14/3 16/24 17/18 18/22 19/5 21/21 22/4 22/9 22/20 23/16 25/12 25/13 26/6 26/13 28/16 31/20 32/22 33/4 33/12 34/11 34/11 35/15 43/3 46/13 50/10 51/17 53/11 54/25 55/24 56/2 58/11 61/9 72/24 72/25 73/18 78/5 80/25 87/2 88/18 88/21 88/24 89/3 90/2 90/3 90/3 90/7 90/21 90/25 91/20 92/1 92/13 92/15 97/23 99/15 107/25 109/1 109/11 109/13 109/18 110/15 113/8 122/5 123/6 123/21 124/16 126/3 126/6 126/17 126/18 127/8 129/18 129/22 129/24 130/10 130/12 132/13 135/16 136/5 139/10 144/3 144/8 144/9 144/11 154/6 154/12 154/22 155/8 155/24 156/9
**done [1]** 52/5
**door [3]** 52/16 53/7 53/11
**dove [1]** 69/15
**down [19]** 10/12 12/6 12/8 32/6

**D**

**down... [15]** 34/20 34/25 35/10 36/8 38/4 61/8 72/20 77/15 94/6 113/11 130/3 134/13 148/21 150/22 154/5
**downward [1]** 94/1
**Dr [8]** 27/5 27/6 31/7 31/8 31/8 134/19 134/20 134/22
**drafted [11]** 57/21 57/23 57/24 58/2 61/19 61/21 150/5 151/22 152/8 152/10 152/14
**drafting [1]** 152/23
**draw [1]** 55/16
**drinking [2]** 86/11 86/15
**drive [1]** 68/20
**dropped [2]** 86/2 86/3
**drug [1]** 33/22
**drugs [2]** 37/18 54/22
**dude [1]** 50/9
**duly [2]** 56/22 149/1
**DURHAM [7]** 1/13 43/5 43/25 47/25 50/20 50/21 51/4
**Durham's [1]** 45/6
**during [18]** 21/14 44/15 50/1 52/5 71/24 77/20 79/5 86/25 103/16 108/21 117/23 119/12 119/13 128/23 141/7 143/1 147/11 154/19
**duties [5]** 108/25 114/20 114/21 114/23 114/25
**dynamic [1]** 142/9

**E**

**each [5]** 7/13 16/23 72/22 93/6 99/16
**earlier [6]** 38/14 125/12 125/21 132/5 143/17 152/18
**early [3]** 65/5 74/23 78/23
**earned [1]** 69/4
**Eastgate [1]** 2/2
**eat [2]** 32/23 132/3
**edge [5]** 139/24 140/2 140/4 140/6 140/8
**educated [1]** 50/9
**effect [5]** 49/4 49/9 49/13 49/15 94/1
**eight [2]** 85/22 155/17
**either [13]** 4/18 50/3 87/2 88/4 89/18 89/20 90/3 90/4 101/2 101/23 102/25 104/23 123/10
**elaborate [3]** 69/21 70/7 130/20
**else [13]** 10/16 37/2 40/1 56/13 66/25 68/11 68/11 89/13 92/12 98/24 99/9 144/14 147/16
**end [12]** 58/21 62/18 77/24 79/5 79/11 79/17 136/10 144/20 154/13 154/20 155/20 155/23
**ended [2]** 116/14 152/12
**energy [2]** 105/17 105/24
**engaging [1]** 66/23
**enhancing [1]** 54/22
**enjoyed [2]** 69/11 131/1
**enough [10]** 50/16 54/19 54/24 72/15 76/8 100/21 130/6 143/21 144/13 148/7
**entailed [1]** 100/19
**entire [2]** 74/15 85/3
**entitled [1]** 146/22
**envied [1]** 95/12

**enumerate [1]** 7/22
**ephedra [6]** 33/23 33/25 123/25 124/5 124/13 124/15
**equivocation [1]** 92/1
**era [2]** 54/21 64/12
**ESCORTED [5]** 4/9 75/10 96/10 104/4 153/7
**especially [1]** 19/17
**ESQ [1]** 1/14
**ESQUIRE [6]** 1/13 1/14 1/15 1/20 1/20 2/1
**essentially [1]** 53/15
**establish [2]** 140/16 141/18
**established [3]** 88/19 99/24 132/5
**estimate [3]** 86/5 141/23 142/2
**ethic [12]** 17/17 17/20 18/3 19/10 32/7 65/5 68/16 68/20 79/21 80/1 80/6 80/12
**evaluate [1]** 103/19
**even [28]** 6/3 6/6 43/15 45/21 63/23 64/6 70/6 70/10 71/23 93/11 97/1 99/19 99/20 100/10 103/6 118/9 127/10 127/19 128/14 128/17 128/20 128/21 129/5 137/1 137/11 137/25 139/3 139/22
**evening [3]** 85/7 131/2 153/6
**event [2]** 60/13 81/3
**ever [49]** 9/4 9/6 9/9 11/10 11/12 12/3 13/16 17/21 40/4 40/14 40/17 44/16 45/8 45/17 51/20 52/14 59/13 63/14 63/16 68/25 68/25 74/13 74/15 79/22 79/24 81/17 83/6 86/17 86/21 87/5 87/10 88/1 88/4 88/5 88/18 90/22 90/23 90/24 95/24 96/18 96/19 98/12 99/22 106/19 133/6 138/1 145/8 145/13 145/17
**every [18]** 12/23 15/24 15/24 37/10 81/2 109/23 118/4 118/5 118/6 118/7 118/8 118/9 140/14 141/5 141/8 141/14 141/16 141/17
**everybody [2]** 41/19 155/18
**everyday [1]** 63/8
**everyone [5]** 68/19 68/22 136/7 138/20 148/11
**everything [1]** 43/6
**evidence [11]** 23/7 23/10 91/10 91/11 97/1 108/18 108/19 108/23 110/2 128/18 140/13
**exact [1]** 102/12
**exactly [4]** 21/21 26/14 114/13 129/1
**examination [14]** 4/13 12/11 22/14 22/16 39/23 57/1 88/20 88/21 107/13 110/17 110/18 140/19 147/3 149/3
**examined [2]** 56/22 149/1
**example [1]** 128/22
**except [1]** 72/24
**exceptional [1]** 120/7
**exchange [2]** 130/9 143/1
**exchanged [1]** 120/19
**Excuse [1]** 33/8
**excused [3]** 147/21 147/22 147/23
**exercise [1]** 9/23
**exercises [3]** 108/11 109/13 115/5

**exhibited [1]** 95/10
**exhibits [1]** 108/18
**exits [2]** 96/11 102/8
**experience [7]** 68/13 69/14 109/23 120/11 134/22 138/17 141/20
**experienced [2]** 31/10 69/9
**explain [15]** 47/23 62/2 72/19 77/11 91/13 96/12 96/16 97/4 97/6 97/9 102/13 103/8 127/25 128/16 155/9
**explained [2]** 18/21 96/23
**explored [1]** 128/11
**Expos [4]** 62/24 62/25 63/19 116/12
**express [1]** 26/6
**extensive [1]** 155/8
**extra [1]** 119/16
**extract [1]** 122/7
**extraordinarily [1]** 52/12
**extreme [3]** 108/12 118/21 118/23
**extremely [3]** 18/16 52/25 96/2
**extrinsic [3]** 91/8 91/10 91/11
**eye [4]** 107/11 108/10 109/12 147/11

**F**

**F-L-E-T-C-H-E-R [1]** 57/9
**face [1]** 119/17
**fact [27]** 12/10 16/11 35/17 52/17 73/10 74/13 76/6 78/8 78/22 90/22 91/22 91/25 95/19 96/7 96/21 99/14 103/4 103/6 103/20 106/6 111/1 123/3 123/24 130/22 130/23 139/22 140/16
**factor [5]** 47/7 95/13 95/13 142/6 142/12
**factors [2]** 142/7 142/11
**facts [1]** 52/16
**fair [24]** 7/24 12/21 13/1 14/11 15/2 15/6 18/3 19/14 20/19 21/1 21/6 27/20 34/24 54/19 54/20 54/24 100/21 119/22 130/6 136/16 142/20 143/21 144/14 148/7
**fairly [3]** 69/9 87/23 141/22
**fairness [1]** 92/17
**faith [6]** 61/9 128/4 128/6 128/13 129/14 129/20
**fame [1]** 81/15
**familiar [3]** 9/19 83/23 90/12
**family [3]** 58/11 58/17 137/8
**far [18]** 18/12 29/7 31/15 41/2 46/18 47/7 47/8 57/20 63/21 65/18 65/22 66/14 73/6 78/5 86/19 97/13 135/10 141/14
**fast [3]** 10/5 10/7 50/6
**fastball [12]** 49/8 49/13 49/15 71/19 76/3 93/7 93/9 93/15 93/17 93/21 94/20 94/23
**fastballs [4]** 69/23 70/5 71/7 71/21
**fat [3]** 73/23 74/2 74/11
**father [1]** 58/13
**favored [1]** 16/11
**February [7]** 63/13 64/23 66/4 79/13 117/11 117/13 117/17
**February 17th [1]** 64/23
**federal [3]** 25/20 91/4 96/25

**F**

**feel [5]**   10/10 46/19 46/19 76/10 106/5
**feeling [2]**   64/5 135/12
**feller [1]**   151/3
**felt [6]**   46/11 73/5 75/19 76/1 101/24 106/22
**few [7]**   32/5 68/7 73/16 142/7 142/11 150/12 152/25
**field [4]**   10/4 10/7 14/8 80/20
**fierce [2]**   11/19 12/1
**fiercest [1]**   12/3
**Fifteen [1]**   41/14
**Fifth [1]**   156/8
**figure [1]**   47/4
**final [1]**   104/11
**finally [4]**   106/16 143/23 144/16 145/7
**find [2]**   30/4 48/12
**fine [1]**   79/8
**finger [7]**   93/7 93/8 93/15 93/17 93/21 94/22 94/23
**fingers [2]**   93/24 94/11
**finish [9]**   33/8 34/18 51/5 72/20 79/6 79/6 92/23 144/19 154/11
**finished [3]**   79/8 152/1 153/12
**fired [2]**   135/5 135/6
**firm [2]**   59/18 60/9
**first [35]**   21/16 40/6 40/8 41/17 48/12 49/22 49/23 56/22 59/15 59/25 60/14 60/22 61/25 63/9 64/17 64/19 65/2 65/4 66/8 70/10 71/18 75/20 76/13 84/2 99/16 104/7 110/24 111/1 111/13 111/15 142/15 146/10 149/1 150/2 150/4
**firsthand [1]**   55/22
**fit [1]**   141/12
**five [14]**   14/13 14/13 22/14 22/19 29/18 30/22 35/12 38/17 39/9 54/17 56/10 71/12 151/16 154/18
**fix [1]**   60/25
**flash [4]**   71/16 73/11 73/15 73/17
**flattering [1]**   121/10
**flawlessly [1]**   77/14
**FLETCHER [22]**   3/5 56/19 56/21 57/9 57/9 57/10 59/13 75/13 88/20 88/22 90/19 93/4 99/1 101/2 104/7 107/5 110/20 121/20 124/14 124/20 130/9 147/5
**Fletcher's [1]**   107/16
**flew [1]**   59/25
**flight [2]**   5/1 5/12
**floating [1]**   127/4
**floor [1]**   148/4
**Florida [2]**   135/19 155/13
**focus [2]**   65/25 94/25
**focused [1]**   77/16
**follow [7]**   56/13 64/9 107/19 128/12 130/21 138/11 138/12
**follow-up [3]**   56/13 107/19 130/21
**followed [5]**   64/3 64/4 67/3 67/5 83/25
**following [6]**   21/9 120/2 154/4 154/11 154/21 155/12
**follows [10]**   52/11 54/15 56/23

**foot [2]**   31/16 50/3
**Foradori [3]**   2/5 157/3 157/10
**foregoing [1]**   157/4
**forgive [1]**   30/4
**forgot [1]**   156/11
**fork [8]**   71/21 76/5 77/15 93/18 93/20 93/24 94/20 94/21
**form [6]**   13/9 45/10 66/22 75/24 101/22 140/25
**former [1]**   134/21
**forming [1]**   123/9
**forward [1]**   88/22
**founded [1]**   152/6
**four [16]**   22/14 22/19 22/24 29/18 30/22 35/12 38/17 39/9 39/16 54/17 56/10 62/9 75/3 131/8 142/16 153/15
**four-game [1]**   142/16
**fours [3]**   70/1 70/5 71/7
**Fourteen [1]**   64/16
**fourth [2]**   1/16 148/3
**frame [1]**   60/13
**free [2]**   56/14 63/1
**frequency [1]**   73/2
**frequent [3]**   48/25 52/5 140/15
**frequently [4]**   48/23 140/23 151/9
**Friday [10]**   148/9 148/9 148/10 148/10 148/12 148/18 153/23 153/24 154/3 154/23
**friend [1]**   132/10
**friends [4]**   45/17 47/22 132/8 132/9
**front [3]**   23/14 96/5 104/2
**full [5]**   29/2 62/7 153/16 153/20 154/1
**full-time [1]**   29/2
**function [3]**   135/14 135/17 135/18
**further [5]**   53/17 102/5 140/9 147/15 153/10
**fusion [1]**   26/25
**future [1]**   61/10

**G**

**G-A-R-N-E-R [1]**   149/12
**game [42]**   6/12 7/1 7/13 11/21 12/1 20/20 21/2 21/9 46/14 46/18 47/4 47/8 50/1 67/19 69/16 70/23 71/25 73/6 77/19 78/15 78/18 83/25 84/3 85/7 85/14 86/14 87/13 126/7 131/2 135/21 135/23 135/25 136/1 138/23 139/10 140/5 140/14 141/9 142/10 142/15 142/16 150/23
**games [14]**   76/16 76/22 77/17 85/10 85/10 85/10 85/13 116/20 117/23 118/1 118/4 118/9 118/14 120/12
**GARNER [6]**   3/6 148/22 148/25 149/6 149/7 149/13
**gatherings [1]**   131/21
**gauge [1]**   153/10
**gave [7]**   21/20 31/14 53/11 61/8 89/8 89/24 106/20
**gear [1]**   119/15
**gearing [1]**   79/14
**geez [1]**   30/15
**general [3]**   64/5 76/21 105/13

140/11 146/1 149/2
**generate [1]**   95/22
**generation [2]**   58/15 58/16
**gentleman [2]**   24/9 24/20
**gentlemen [8]**   5/22 10/3 22/23 23/18 24/4 29/19 34/3 110/13
**get [57]**   4/7 10/4 10/7 14/13 18/18 19/20 22/11 26/25 31/5 31/23 32/18 37/5 37/13 37/24 42/20 50/3 50/5 50/6 52/19 67/14 72/5 72/21 72/22 76/24 76/24 78/19 78/20 89/14 89/18 92/12 93/19 98/6 98/24 99/11 101/24 105/8 105/21 105/25 107/25 120/1 131/25 137/14 138/4 139/24 142/4 142/13 144/20 148/19 148/23 150/19 152/17 152/19 152/24 153/25 154/18 155/11 155/21
**getaway [2]**   141/12 142/6
**gets [1]**   128/6
**getting [16]**   10/18 34/10 35/15 44/25 47/15 67/11 67/21 77/15 79/15 87/23 90/1 92/19 99/1 99/1 99/7 105/20
**GILBERTO [1]**   1/15
**gilberto.guerrero [1]**   1/18
**girl [1]**   58/21
**girls [1]**   58/20
**give [32]**   16/1 16/2 16/4 24/11 31/12 38/11 67/9 70/11 71/15 72/3 72/8 77/17 77/18 89/15 89/16 89/19 92/9 94/23 98/22 99/8 99/9 105/22 105/22 105/24 105/24 106/2 128/22 137/3 138/4 138/10 144/10 154/17
**given [1]**   133/2
**gives [1]**   128/4
**giving [5]**   16/5 69/25 70/3 71/3 103/12
**glad [3]**   53/17 60/25 61/11
**go [62]**   7/17 14/9 15/23 22/15 28/6 28/7 28/18 34/22 34/24 36/11 36/14 37/13 43/3 45/6 45/7 47/15 48/16 49/9 53/11 53/12 54/18 55/20 56/10 56/14 57/20 61/18 61/21 62/13 62/20 64/22 67/11 67/22 68/21 73/12 73/13 73/21 79/15 83/4 83/9 87/19 89/13 93/3 105/8 105/21 108/6 128/18 132/2 133/18 134/12 135/7 135/13 138/4 139/13 142/8 142/11 143/17 146/4 152/19 154/5 154/11 154/19 155/13
**God [1]**   52/25
**Godward [1]**   2/1
**goes [14]**   24/25 28/13 64/21 66/3 67/9 67/18 80/2 98/12 100/2 102/20 103/4 109/24 127/19 127/24
**going [76]**   7/3 7/13 7/17 13/11 15/23 16/1 16/2 16/2 16/4 23/11 29/13 29/15 32/2 32/6 40/11 41/25 42/15 48/8 49/5 49/6 50/8 50/20 53/24 54/6 60/2 63/22 67/16 72/5 72/19 74/1 75/20 79/16 82/7 89/4 89/10 89/11 92/7 97/12 99/8 99/8 100/18 103/18 103/23 104/1 105/25 108/5 109/18

**going...** [29]  110/13 119/8
119/10 119/18 121/2 125/16
127/9 127/14 128/7 128/8 128/9
129/2 129/2 129/5 130/1 132/2
142/7 142/10 148/1 148/17
154/15 154/25 155/7 155/11
155/16 155/20 155/23 156/11
156/11
**golf** [16]  60/1 84/14 84/25
109/19 109/21 109/24 140/14
140/24 141/3 141/13 141/20
142/2 142/8 142/13 142/16
142/22
**gone** [2]  28/18 31/22
**good** [41]  4/10 4/15 4/16 6/15
6/22 18/19 27/24 27/25 28/16
34/19 45/3 45/17 47/21 50/16
57/3 57/5 57/6 59/5 73/5 75/19
76/7 76/23 76/23 77/9 95/8
110/20 110/21 120/5 120/8
128/4 128/6 128/13 129/14
129/20 131/24 134/23 134/25
135/3 135/6 135/10 152/14
**got** [28]  30/20 30/25 36/14
37/12 38/1 38/9 38/10 72/19
79/15 79/16 87/22 91/24 97/25
126/14 130/18 130/25 135/5
135/6 139/9 139/9 142/6 150/9
150/13 151/17 152/22 153/15
153/15 153/16
**gotten** [3]  21/13 71/20 151/2
**government** [19]  1/4 1/13 44/16
44/22 55/20 96/14 97/2 97/7
97/12 97/17 111/1 114/1 144/16
144/21 144/24 145/14 145/17
146/21 155/7
**government's** [3]  23/6 99/13
154/6
**grade** [1]  68/15
**grandchildren** [1]  151/16
**granddad** [1]  117/5
**grandfather** [1]  58/12
**great** [15]  8/19 49/6 50/9
67/19 77/1 77/9 78/7 78/15
78/18 80/2 81/13 95/3 95/4
96/1 150/23
**greatest** [2]  79/24 120/9
**greatness** [1]  120/15
**grew** [2]  57/15 59/1
**grind** [2]  19/15 139/9
**grip** [1]  93/12
**groin** [5]  8/12 8/22 8/23 9/6
9/9
**grounds** [1]  91/1
**group** [2]  70/22 155/19
**grow** [2]  57/14 149/17
**guard** [1]  48/17
**guards** [1]  119/16
**GUERRERO** [2]  1/15 146/5
**guess** [22]  4/4 5/7 14/22 16/16
22/25 36/23 40/11 47/16 55/6
55/8 66/13 83/7 100/9 100/16
100/18 111/10 114/16 132/9
154/9 154/21 155/22 156/2
**guy** [8]  13/11 27/24 50/7 81/13
127/18 128/17 142/8 151/3
**guys** [9]  10/11 10/12 14/13
14/13 26/23 29/7 47/22 72/5
72/15

**ha** [5]  121/6 121/6 121/6 121/6
121/6
**Ha-ha-ha-ha-ha** [1]  121/6
**habit** [10]  109/19 110/2 110/4
110/5 110/8 140/13 140/16
140/24 140/25 142/21
**had** [119]  7/16 8/12 12/3 13/2
15/3 17/16 17/21 21/8 21/13
22/13 25/10 26/11 26/13 26/23
26/23 26/24 26/25 30/10 31/17
34/11 37/2 37/10 38/17 39/25
41/20 43/15 43/15 44/15 48/14
56/7 58/2 58/12 59/17 62/4
62/11 62/22 63/14 63/16 63/17
63/20 64/10 64/10 64/14 67/14
68/2 68/4 68/4 68/6 68/13
68/16 69/8 69/10 69/13 69/17
69/17 71/19 72/9 73/5 74/24
75/19 76/7 78/2 78/24 79/12
79/18 81/12 81/21 82/2 85/6
85/9 86/3 86/14 86/17 87/16
87/17 88/19 89/5 89/12 95/24
96/15 99/3 101/10 101/21
106/16 111/15 112/11 113/25
114/21 119/15 120/11 121/12
121/12 125/12 125/18 125/22
126/1 126/7 127/16 128/21
132/2 132/16 132/19 133/8
133/9 134/8 134/20 135/11
136/9 137/8 141/9 141/24 143/8
143/12 144/7 144/12 145/3
147/21 152/25 155/24
**hadn't** [3]  69/22 69/22 86/18
**half** [9]  28/17 29/5 67/22
76/13 76/13 76/16 86/7 142/3
142/4
**hall** [2]  34/23 81/15
**hallway** [1]  134/13
**hamburger** [1]  132/3
**Hamilton** [1]  151/1
**hamstring** [1]  107/10
**hand** [4]  93/15 94/14 120/19
139/23
**handed** [3]  94/3 94/5 94/5
**handful** [1]  86/3
**happen** [3]  19/3 89/6 141/14
**happened** [5]  18/17 42/18 44/23
105/3 141/17
**happens** [1]  21/4
**hard** [4]  8/6 19/12 65/20 69/4
**harder** [3]  18/23 18/24 42/22
**HARDIN** [20]  1/20 1/21 5/18
33/11 53/25 92/3 99/20 107/19
111/8 111/18 113/3 114/4 114/4
117/1 124/22 128/1 136/10
138/11 146/2 146/6
**Hardin's** [1]  53/25
**has** [45]  8/8 15/20 16/21 32/11
33/22 43/12 44/8 46/3 48/17
51/9 52/16 56/3 63/3 68/10
72/21 78/14 80/2 82/16 88/24
90/25 91/18 97/2 97/3 97/8
99/11 99/24 103/8 103/10
103/19 106/6 107/17 109/6
109/12 117/1 128/6 128/17
128/23 128/24 129/4 129/20
144/24 146/15 148/14 155/18
156/10
**hasn't** [2]  96/15 130/4
**hate** [1]  155/5

**have** [251]
**haven't** [2]  128/11 132/13
**having** [12]  34/12 47/25 56/22
99/3 99/4 99/6 108/21 108/22
109/15 129/24 137/15 149/1
**he** [399]
**he'd** [3]  51/17 69/10 73/13
**he's** [43]  11/18 15/24 16/2
16/4 29/4 29/7 49/8 49/13
52/21 55/16 58/24 58/24 71/11
71/11 71/12 79/23 89/11 89/12
89/16 91/24 92/5 92/7 92/8
92/10 98/18 98/22 99/6 100/4
103/23 103/24 109/7 123/15
126/14 127/13 127/14 127/22
129/21 129/25 146/22 147/23
151/3 151/3 151/5
**head** [7]  72/10 72/13 114/19
114/20 133/3 134/25 135/3
**headed** [1]  150/22
**health** [1]  95/18
**healthy** [1]  95/19
**hear** [4]  14/18 22/15 100/18
102/16
**heard** [4]  63/3 98/8 99/22
152/10
**hearing** [1]  156/5
**hearsay** [5]  81/24 84/15 87/24
88/1 88/7
**heat** [2]  114/10 118/21
**heavy** [1]  19/15
**hedge** [1]  155/21
**held** [2]  49/17 97/1
**hello** [1]  132/14
**helmet** [1]  119/17
**help** [15]  13/10 13/14 28/17
31/9 31/13 31/14 41/19 45/9
45/19 46/14 48/8 93/25 105/8
105/23 138/14
**helping** [4]  13/11 47/8 145/14
145/19
**helps** [1]  109/5
**her** [1]  72/25
**here** [33]  4/7 5/12 14/5 21/11
24/8 27/15 29/4 30/19 31/9
32/5 34/3 38/25 40/8 40/8
41/15 45/8 61/6 70/1 99/6
100/10 104/6 106/25 109/3
110/7 112/24 133/18 138/12
138/23 141/18 147/25 154/7
154/19 155/10
**Here's** [1]  129/25
**herein** [2]  56/22 149/1
**hesitate** [2]  12/15 17/2
**hey** [1]  105/21
**high** [9]  11/7 57/16 57/17
59/12 116/22 138/21 151/18
151/21 152/16
**highlight** [1]  61/4
**him** [131]  6/7 11/7 11/10 11/12
12/9 12/13 12/13 14/20 16/1
16/5 17/7 17/8 18/18 18/19
18/21 19/11 19/22 19/24 20/2
24/3 24/20 29/10 29/15 29/25
30/3 31/12 34/11 36/9 36/11
38/1 40/24 42/19 44/4 44/7
45/19 46/10 47/6 48/11 49/3
49/4 49/24 49/25 50/2 50/11
52/7 52/20 52/21 63/14 63/16
63/18 63/22 64/10 64/14 64/17
64/19 65/2 65/5 65/16 66/3
66/17 67/8 67/23 69/10 71/18

**H**

**him... [67]**   73/2 74/6 74/13 74/15 75/23 79/13 80/19 80/20 82/8 82/18 84/7 84/21 86/18 87/2 88/1 89/2 89/12 89/14 89/15 89/16 89/19 90/20 91/25 92/6 92/8 92/9 92/23 96/21 98/22 98/24 98/24 99/1 99/7 99/8 99/9 99/11 100/22 103/1 103/1 103/2 106/19 108/12 109/13 109/18 109/21 114/5 115/13 120/12 120/13 121/13 122/2 122/9 123/4 128/4 128/13 128/25 130/1 132/12 133/21 134/1 135/6 146/24 148/23 151/4 151/4 151/5 151/5
**himself [5]**   17/5 17/9 64/2 64/11 78/9
**hinder [1]**   8/25
**hired [2]**   66/11 66/13
**his [108]**   6/24 8/19 11/14 14/25 24/11 24/11 27/5 28/1 28/12 28/13 29/2 32/7 32/8 34/6 34/8 34/13 50/16 52/24 55/3 55/7 64/9 64/24 65/5 65/23 65/24 66/2 66/3 66/24 67/14 67/15 67/15 67/21 67/22 67/24 67/24 69/21 70/6 71/20 72/3 72/10 72/13 73/11 73/15 74/24 74/25 76/1 76/2 76/3 76/3 76/4 76/4 76/4 76/5 76/8 76/12 76/14 76/15 77/20 77/23 79/12 79/21 80/1 80/6 80/10 80/12 81/1 81/8 81/10 81/22 82/12 82/16 82/19 83/24 84/14 84/22 84/24 94/24 94/24 95/1 95/1 95/2 95/14 95/14 95/21 95/21 95/21 96/3 100/12 102/15 102/22 102/22 103/4 107/17 108/25 109/12 109/18 109/23 109/24 115/22 120/15 120/18 127/24 130/3 141/10 142/21 143/14 143/14 146/23
**hit [6]**   11/12 18/23 18/24 50/3 50/3 107/11
**hitter [3]**   70/23 73/7 73/9
**hitting [3]**   76/22 77/14 77/14
**hold [8]**   72/18 91/9 93/14 93/15 94/10 103/7 103/16 126/24
**home [4]**   59/3 127/16 132/3 132/17
**honest [1]**   69/5
**Honor [32]**   4/11 23/9 33/13 42/17 43/9 50/24 53/3 54/25 56/15 60/18 60/19 72/10 77/2 83/20 84/22 92/18 96/4 97/11 100/16 101/21 103/15 103/21 106/25 107/3 126/22 141/4 143/9 145/20 147/19 147/25 153/14 154/10
**HONORABLE [1]**   1/10
**hope [1]**   17/6
**hopefully [1]**   148/18
**hoping [1]**   18/19
**hormones [1]**   54/23
**Horn [8]**   24/14 24/16 34/3 34/6 35/5 35/6 35/8 35/10
**horse [1]**   92/18
**hot [8]**   119/1 119/3 119/5 119/12 119/13 119/20 119/21

**hotel [2]**   85/20 132/1
**hour [5]**   60/7 112/5 112/18 113/21 113/24
**hours [2]**   133/23 133/25
**house [9]**   4/7 41/9 41/10 83/9 124/24 131/1 131/3 132/2 135/15
**Houston [2]**   1/22 149/16
**how [101]**   7/1 7/17 29/25 30/19 31/10 33/1 41/2 41/13 41/23 42/23 45/17 45/17 46/19 47/20 48/16 48/22 49/17 52/5 57/4 57/5 57/10 57/20 58/9 58/19 58/23 58/23 60/6 62/15 62/22 63/20 63/21 65/2 66/3 66/4 67/9 67/11 67/20 68/2 68/15 69/6 71/10 72/2 72/8 73/3 74/23 75/15 75/15 75/16 75/18 78/12 79/5 79/6 79/20 80/8 80/12 84/19 85/17 85/18 85/21 85/25 85/25 86/4 87/16 88/21 92/13 92/22 92/22 93/11 93/14 93/23 95/10 95/13 101/16 105/3 106/24 108/14 110/10 113/21 120/5 121/15 129/1 131/7 140/15 140/23 141/2 141/19 141/19 141/23 142/1 142/14 143/24 144/1 144/7 149/7 149/13 149/21 150/14 150/16 152/7 152/13 155/8
**huh [13]**   7/9 17/15 17/25 25/19 30/12 32/20 39/14 41/22 117/6 117/20 121/17 124/23 133/20
**humid [1]**   119/5
**humidity [1]**   118/23
**humor [2]**   33/5 33/10
**hundred [2]**   16/4 21/25
**hurt [4]**   38/11 63/7 105/16 115/14

**I**

**I'd [6]**   69/8 86/10 100/16 109/4 109/11 152/9
**I'll [26]**   42/22 43/22 51/1 53/17 53/21 56/2 60/25 61/4 79/23 80/5 87/25 96/7 99/15 106/16 107/2 109/13 110/9 110/9 126/24 128/22 138/7 144/11 146/7 148/16 154/7 155/3
**I'm [73]**   5/10 6/17 7/10 9/17 13/15 15/25 16/4 18/1 18/4 21/25 23/7 26/5 26/18 30/16 31/21 34/9 34/17 38/15 39/6 50/20 53/18 53/24 54/6 54/25 55/9 57/1 59/10 62/1 62/21 69/25 72/18 72/19 73/18 73/25 87/23 90/11 91/8 91/21 93/4 97/12 100/18 101/22 104/7 105/9 106/4 106/4 110/3 110/13 119/10 119/18 121/6 122/6 123/11 125/16 127/9 130/20 136/12 136/14 137/12 137/12 138/2 138/11 142/12 142/12 144/19 148/2 148/17 153/9 153/9 155/19 156/1 156/3 156/9
**I've [10]**   17/19 29/9 31/22 56/3 87/8 90/6 111/3 137/8 139/9 139/9
**ice [2]**   114/10 114/12
**idea [6]**   29/1 38/1 45/21 67/9

**identified [1]**   148/23
**idol [1]**   81/22
**ill [1]**   61/9
**Illinois [5]**   57/15 57/15 57/19 58/3 59/2
**impact [1]**   18/14
**impeach [1]**   128/13
**impeached [2]**   96/15 129/23
**impeaching [1]**   129/25
**impeachment [7]**   88/22 96/24 97/10 127/21 127/23 128/2 128/9
**import [1]**   52/15
**importance [2]**   47/7 67/17
**important [15]**   9/25 30/15 46/18 76/25 77/4 77/7 95/13 95/16 96/3 119/23 120/22 139/1 140/2 140/7 140/8
**importantly [1]**   67/15
**impression [1]**   98/16
**improve [2]**   77/18 77/19
**impugn [1]**   102/22
**in 2000 [3]**   20/2 20/7 100/2
**in 2001 [2]**   98/9 99/23
**inaccurate [2]**   46/11 46/13
**inappropriate [3]**   107/20 127/13 128/21
**inches [1]**   49/18
**include [2]**   115/7 115/9
**included [2]**   116/5 120/18
**including [1]**   152/11
**inconsistency [9]**   92/2 92/5 96/17 97/5 97/6 97/9 99/14 103/18 103/20
**inconsistent [18]**   88/11 88/16 89/1 89/20 90/10 90/11 90/13 91/11 91/12 99/12 100/8 100/20 102/13 102/20 102/22 103/2 103/4 129/23
**incorrect [1]**   17/10
**incredible [1]**   68/10
**indeed [1]**   66/22
**indicated [6]**   13/2 19/11 21/13 22/13 35/12 99/2
**indictment [1]**   129/17
**individual [2]**   24/2 110/5
**indulgence [1]**   35/23
**inflammatory [4]**   32/15 32/16 136/5 136/7
**inform [1]**   103/23
**information [2]**   21/12 129/14
**infuriating [1]**   52/18
**inject [4]**   103/2 122/2 122/9 123/4
**injectable [2]**   98/8 99/22
**injected [1]**   98/13
**injecting [1]**   37/19
**injection [3]**   22/2 37/12 37/24
**injections [11]**   31/5 31/6 31/7 31/12 35/12 36/15 36/17 36/18 37/5 133/2 133/15
**injured [1]**   105/6
**injuries [3]**   8/8 8/22 8/23
**injury [11]**   8/12 8/17 9/7 9/10 9/15 9/22 107/7 107/10 108/10 109/12 147/12
**inner [2]**   14/25 15/1
**input [1]**   7/17
**inside [2]**   106/5
**insistent [1]**   99/10
**instance [4]**   8/13 18/17 93/7

**I**

**instance... [1]**  95/2
**instances [1]**  50/1
**institution [1]**  110/4
**institutional [1]**  110/4
**instruct [1]**  110/14
**instruction [1]**  108/1
**integrity [2]**  70/23 102/22
**intense [4]**  65/20 66/1 77/16 80/9
**intensely [1]**  121/15
**intensity [5]**  65/25 81/7 81/8 81/9 81/10
**interaction [3]**  101/11 105/7 106/19
**interest [1]**  26/2
**interesting [1]**  30/5
**interrogate [1]**  91/15
**interview [12]**  44/16 60/3 111/10 111/13 111/15 111/16 127/10 127/19 128/18 128/20 130/12 145/8
**interviewed [8]**  40/14 40/17 40/20 41/1 60/8 128/24 128/25 145/13
**investigator [2]**  4/25 5/6
**investigators [4]**  4/19 39/3 40/18 59/18
**involved [3]**  81/12 108/15 109/3
**Iron [3]**  150/13 150/20 151/7
**is [320]**
**isn't [9]**  10/13 11/21 11/24 12/24 15/17 16/15 22/22 89/22 147/10
**issue [11]**  4/3 4/6 21/10 21/11 92/18 96/4 96/5 129/12 146/8 156/8 156/13
**issued [1]**  145/9
**issues [1]**  146/3
**it [331]**
**it's [75]**  9/16 10/9 10/10 11/14 14/3 16/8 18/18 19/6 21/8 23/6 23/9 23/10 23/12 23/19 26/6 32/15 34/2 34/23 46/17 47/16 49/2 49/6 53/13 56/3 61/1 71/12 88/8 90/4 90/9 90/10 90/16 91/3 92/4 92/19 93/17 94/11 94/13 95/6 97/9 98/3 99/7 99/19 100/11 102/13 102/19 102/21 104/9 105/23 107/20 107/20 107/21 108/3 108/16 111/1 119/18 119/20 119/20 119/20 119/22 119/22 127/13 127/22 127/23 128/1 128/5 128/14 136/17 138/19 138/20 138/23 142/10 146/20 154/19 156/10 156/11
**itself [2]**  76/13 85/17

**J**

**jam [1]**  130/3
**Jays [17]**  13/3 23/19 30/4 30/5 30/21 34/7 36/15 48/11 60/4 63/2 66/12 74/25 104/12 114/17 116/15 125/2 133/15
**Jeff [3]**  24/5 24/14 24/16
**JEREMY [1]**  1/20
**Jim [1]**  125/15
**jmonthy [1]**  1/24
**job [14]**  6/20 10/10 10/16

**K**

25/17 25/17 30/19 30/19
25/23 28/12 28/12 28/16 29/2
115/22
**jock [2]**  13/13 13/16
**Jose [4]**  83/9 87/14 87/16 87/17
**Jose's [2]**  131/1 132/2
**JR [2]**  1/14 1/20
**JUDGE [27]**  1/10 47/13 49/5 52/9 52/20 53/23 53/24 54/13 60/21 65/12 73/4 80/7 82/20 84/18 98/15 99/15 107/16 110/11 130/6 140/17 145/21 146/6 146/8 147/21 153/3 156/2 156/14
**judging [1]**  95/14
**judgment [1]**  123/11
**July [5]**  19/17 60/16 61/15 78/25 119/1
**June [4]**  83/7 83/8 84/5 84/5
**June 8 [1]**  84/5
**June 9th [1]**  84/5
**junior [3]**  58/22 151/25 152/9
**juror [1]**  56/5
**jurors [1]**  75/5
**jury [50]**  1/9 4/2 4/9 5/22 22/23 23/8 23/18 25/20 26/5 29/19 41/19 47/23 54/14 57/7 62/1 62/2 63/3 67/9 68/10 75/10 76/2 77/11 93/6 93/11 93/14 94/8 96/7 96/10 102/15 102/16 102/21 103/3 103/9 103/19 103/22 104/2 104/4 107/19 108/3 109/3 129/14 129/16 146/9 146/10 146/15 146/20 147/16 153/7 155/12 156/10
**jury's [1]**  152/10
**just [100]**  5/4 6/17 16/4 22/20 23/3 25/17 27/8 27/15 27/24 28/23 29/13 32/5 33/3 36/14 36/24 38/15 42/6 43/3 43/3 44/4 44/7 45/9 46/11 47/4 48/14 48/18 48/18 52/20 58/24 60/21 61/4 61/5 61/10 61/15 66/2 66/2 66/13 67/5 69/23 70/15 71/2 71/13 71/16 72/24 73/16 76/8 76/21 77/5 79/23 80/22 82/2 86/2 87/4 87/19 92/15 93/4 93/5 93/23 94/6 96/5 97/13 97/23 97/25 98/11 99/7 100/6 104/24 109/7 114/3 123/14 124/13 126/21 127/17 127/20 130/10 133/18 134/15 135/13 136/24 137/4 137/9 138/12 139/7 140/21 142/9 144/1 144/19 145/24 146/8 147/5 147/6 148/4 150/11 153/9 153/19 154/12 155/14 155/23 155/25 156/3
**just 2001 [1]**  100/6
**juvenile [1]**  153/17

**keep [5]**  31/18 32/2 48/18 68/21 121/5
**keeping [1]**  47/14
**keeps [1]**  31/12
**kept [2]**  109/20 140/13
**kick [3]**  105/25 137/3 151/4
**kick-start [2]**  105/25 137/3
**kids [2]**  58/19 59/10

**kim [36]**  86/17 87/22 21/8
35/17 45/2 47/21 48/18 48/22
52/4 55/3 58/11 64/18 69/19
93/24 105/23 108/22
**King [1]**  107/11
**knee [1]**  31/16
**knew [27]**  12/5 12/10 12/18 17/2 21/6 21/8 26/8 26/13 27/21 40/13 42/5 42/7 42/16 60/3 65/8 65/24 67/18 68/22 71/15 72/7 84/12 84/21 97/21 112/8 121/24 135/10 136/5
**know [102]**  8/11 8/12 9/1 9/12 17/1 17/19 22/4 26/11 26/12 26/13 28/12 28/25 30/19 31/9 32/9 32/11 33/6 33/21 33/25 34/11 51/21 52/18 53/4 53/19 54/10 59/10 60/23 64/9 64/20 64/20 65/7 65/24 66/1 66/6 67/14 67/16 68/19 69/4 69/20 69/23 70/20 71/3 72/2 72/4 72/9 76/4 77/15 77/16 80/25 84/19 87/3 89/3 89/8 92/13 93/12 95/17 97/18 97/19 97/22 97/25 98/6 105/16 105/21 105/23 109/11 114/12 117/7 119/9 119/15 119/24 121/1 121/2 122/5 123/6 123/8 123/9 123/16 123/19 123/21 124/16 130/22 130/23 130/25 131/12 132/1 132/13 132/14 137/4 138/8 139/13 141/11 143/11 144/9 144/9 148/20 150/8 153/24 154/6 154/22 155/8 156/2 156/10
**knowing [2]**  18/18 31/24
**knowledge [6]**  9/10 15/19 55/22 74/4 84/17 87/21
**known [5]**  13/21 33/22 74/15 87/16 103/9
**knows [4]**  16/2 70/23 89/17 146/22
**Kronish [1]**  2/1

**L**

**L.A [1]**  116/5
**labor [1]**  144/3
**lack [1]**  16/19
**ladies [6]**  5/22 10/3 22/23 23/18 29/19 110/13
**last [16]**  7/1 53/15 53/21 54/5 57/7 59/16 61/15 96/5 97/13 104/6 107/17 110/14 113/22 117/18 132/12 149/11
**lasted [1]**  112/5
**lastly [2]**  135/13 136/9
**later [3]**  19/20 87/13 98/2
**latest [1]**  155/1
**laundry [1]**  46/6
**law [5]**  88/23 89/3 90/12 103/5 129/20
**lawyer [1]**  148/2
**lawyers [2]**  4/19 38/25
**lay [1]**  92/20
**laying [1]**  39/16
**leader [1]**  80/20
**leadership [1]**  81/1
**leading [12]**  42/8 42/17 42/21 43/9 44/10 45/23 47/11 49/10 74/17 83/14 83/20 84/8
**league [35]**  7/3 9/25 14/6 15/10 17/21 19/14 25/7 25/8

**L**

**league... [27]** 25/9 29/4 30/11 31/10 54/21 61/23 62/5 62/6 62/6 62/9 64/5 70/21 78/19 79/24 95/12 105/14 106/11 114/8 114/14 116/20 131/13 131/16 134/21 139/12 149/21 151/8 152/16
**leagues [16]** 57/13 58/14 61/24 62/3 64/11 64/13 68/3 68/5 69/9 69/11 69/18 71/18 115/24 116/19 135/7 150/9
**least [2]** 86/14 148/23
**leave [8]** 61/5 85/18 86/23 148/14 153/16 153/19 154/4 155/14
**left [13]** 57/21 86/3 86/16 86/23 88/5 94/3 94/5 94/7 107/25 114/3 131/2 132/19 156/10
**left-handed [2]** 94/3 94/5
**leg [2]** 67/17 95/6
**legally [1]** 56/4
**legendary [1]** 65/25
**legitimate [1]** 97/24
**legs [7]** 8/19 8/20 67/14 67/16 67/20 71/4 95/21
**less [3]** 86/9 112/19 137/25
**let [44]** 5/18 14/9 17/16 17/19 18/4 21/10 23/5 24/2 24/8 33/8 35/24 36/14 38/4 42/12 45/6 51/5 53/22 65/14 68/1 72/23 72/24 73/21 76/10 79/20 80/22 83/23 96/12 103/3 122/7 123/23 127/3 128/16 130/21 133/18 133/18 135/13 138/8 138/11 139/5 142/14 144/19 148/8 153/25 155/9
**let's [8]** 25/17 27/15 61/18 93/7 115/23 117/10 120/4 138/12
**letting [2]** 10/12 121/1
**level [14]** 7/3 15/10 15/24 62/5 78/19 81/18 105/17 114/8 116/20 131/13 131/16 138/21 140/2 140/6
**Lidoacaine [4]** 37/2 37/24 122/2 122/4
**lie [1]** 144/11
**lied [2]** 52/24 128/24
**life [4]** 117/2 117/4 117/4 133/10
**lifting [1]** 147/11
**ligaments [2]** 31/16 38/9
**light [1]** 55/7
**like [48]** 10/10 14/13 14/17 14/20 15/4 16/4 16/23 21/9 31/11 32/12 32/13 32/23 33/2 33/4 37/10 38/9 39/1 46/18 46/19 55/1 58/15 62/9 64/23 64/24 67/13 69/8 69/10 69/13 73/9 73/19 76/10 77/1 77/7 77/13 80/14 81/2 81/6 90/11 115/20 117/1 117/14 121/22 136/17 137/5 137/10 151/5 152/14 154/18
**Like-minded [1]** 16/23
**liked [7]** 11/15 35/8 65/7 70/20 135/6 135/11 152/17
**line [1]** 150/11
**lined [5]** 22/14 38/18 39/15

**lines [2]** 109/6 123/12
**lips [3]** 72/3 73/19 73/20
**liquid [6]** 39/15 39/18 98/8 98/13 99/22 101/22
**Lisa [3]** 2/5 157/3 157/10
**list [9]** 9/1 9/4 9/6 9/9 101/9 105/5 107/9 107/12 128/19
**listening [1]** 55/12
**little [36]** 7/5 14/5 16/17 17/17 42/22 44/25 48/14 48/17 67/17 70/5 71/13 71/14 71/16 74/24 75/1 76/25 78/9 94/15 101/9 105/17 105/22 105/24 105/24 115/23 117/10 119/12 120/4 121/7 121/8 124/21 137/10 138/12 139/24 151/3 151/4 152/17
**live [2]** 58/25 59/1
**living [2]** 57/12 59/5
**LLP [1]** 2/1
**located [1]** 97/13
**locker [5]** 25/4 34/23 34/25 35/2 80/20
**long [18]** 41/13 60/6 63/20 68/2 77/10 82/9 82/17 85/8 87/16 92/14 95/22 97/2 103/5 103/10 113/21 117/18 149/21 153/18
**longevity [5]** 82/19 95/1 95/14 95/18 96/3
**look [8]** 22/9 23/5 39/19 45/3 45/4 92/24 110/9 128/3
**looked [3]** 26/24 39/19 84/7
**looking [3]** 18/5 18/5 96/25
**lopside [1]** 94/14
**Los [1]** 57/24
**lose [1]** 47/4
**loss [1]** 78/20
**losses [1]** 47/18
**lot [29]** 7/16 8/20 14/1 14/14 18/25 22/22 22/24 28/20 37/10 37/15 37/16 48/9 50/5 50/7 65/7 69/13 70/16 78/14 95/17 101/10 109/9 116/19 117/7 121/13 126/8 128/6 131/16 131/21 138/16
**low [1]** 105/17
**lower [2]** 62/5 67/21
**lunch [2]** 83/9 130/25
**luncheon [1]** 4/17
**lunchtime [2]** 130/25 131/20

**M**

**made [11]** 62/17 82/18 82/25 88/13 88/25 99/4 103/9 103/18 129/24 130/5 141/25
**major [35]** 9/25 14/5 15/10 17/21 19/14 25/7 25/8 25/9 29/4 31/10 47/14 54/21 57/13 58/14 62/9 64/5 64/13 68/2 68/5 70/21 78/19 79/24 105/14 106/11 114/8 114/13 115/24 116/20 131/13 131/16 134/21 139/12 149/21 151/8 152/16
**majority [2]** 86/24 105/6
**majors [7]** 62/11 62/12 62/13 62/18 150/2 150/4 152/12
**make [18]** 4/7 13/17 18/23 36/24 38/15 49/6 54/2 59/5 62/6 67/2 93/6 94/16 94/16 95/14 103/3 110/2 117/19

**makes [2]** 18/16 18/24
**making [9]** 64/1 69/24 100/5 102/1 102/20 123/11 125/25 130/10 150/7
**Mall [1]** 2/2
**man [10]** 11/15 20/14 57/10 64/20 70/10 70/14 98/3 149/7 149/13 150/14
**manage [1]** 59/7
**manager [2]** 12/12 24/7
**Mangold [1]** 108/19
**manner [1]** 99/6
**many [18]** 30/20 41/23 62/22 68/6 71/17 80/22 85/21 85/25 86/4 118/1 118/4 120/12 120/12 131/7 141/23 142/1 152/7 154/19
**March [1]** 66/5
**marginally [1]** 108/16
**marked [1]** 18/10
**Marlins [2]** 84/3 135/19
**marriage [1]** 52/24
**married [3]** 58/5 58/6 151/11
**Martinez [2]** 68/9 68/10
**mask [1]** 119/17
**massage [1]** 114/12
**mattanasio [1]** 2/3
**matter [13]** 5/13 33/19 51/22 52/2 90/5 90/8 126/10 137/18 144/3 144/4 145/14 153/4 157/5
**may [32]** 1/5 4/10 4/11 38/14 52/10 60/19 61/3 63/5 71/2 76/7 78/3 96/4 97/14 97/14 98/4 98/24 100/16 103/23 107/14 107/22 126/22 130/16 132/18 139/14 145/24 147/19 147/21 150/11 155/3 155/4 155/5 155/14
**May 15 [1]** 98/4
**May 17 [1]** 97/14
**maybe [22]** 16/17 20/11 22/9 31/9 33/4 35/1 41/14 62/9 63/17 67/9 70/12 85/6 86/3 86/10 86/10 105/24 112/5 131/8 132/14 132/20 143/11 155/1
**McKinney [1]** 1/21
**McNamee [72]** 66/6 66/8 66/9 66/12 66/19 67/5 87/1 88/6 88/16 88/19 89/7 89/11 89/13 89/14 89/16 89/18 89/19 89/23 89/25 91/23 91/25 92/5 92/9 92/11 92/14 96/19 98/21 98/22 98/23 98/25 99/7 99/10 99/11 99/25 100/1 100/4 100/14 101/4 101/11 101/21 102/3 102/14 102/25 103/10 104/15 104/19 105/15 105/20 106/14 106/17 106/21 108/11 108/20 110/15 114/5 114/7 114/13 114/21 115/3 115/11 115/20 125/8 127/15 136/9 137/13 143/8 143/13 143/23 144/2 144/8 146/17 156/13
**McNamee's [9]** 66/14 66/24 89/20 102/18 133/19 134/2 134/5 134/14 147/7
**me [105]** 5/4 5/11 5/18 11/17 13/17 14/9 16/4 17/16 17/19 18/4 18/22 20/15 21/5 21/10 23/5 24/2 24/3 24/8 26/24 30/4 31/2 31/9 31/13 33/3 33/8 33/8

**M**

**me...** [79]   35/24 36/14 38/4
40/1 41/17 42/5 42/6 42/12
44/6 45/6 46/12 46/23 48/9
50/4 50/8 51/5 52/14 55/7
60/24 61/2 61/3 65/14 65/22
68/1 69/15 71/15 72/3 72/23
72/24 73/21 76/10 78/1 79/20
80/22 83/23 87/18 87/23 92/4
94/23 96/12 97/16 101/3 106/5
106/6 111/3 111/5 111/6 119/24
122/7 123/13 123/23 124/13
127/3 127/6 128/16 129/2
130/14 130/21 133/12 133/14
133/18 133/18 135/13 136/3
136/19 137/13 137/24 138/8
138/10 138/16 139/5 142/14
144/19 146/19 148/8 150/7
151/6 153/25 155/9
**mean** [51]   5/25 7/3 8/5 10/20
13/13 18/9 18/9 20/22 22/2
22/5 23/8 26/6 27/20 32/22
36/20 37/2 38/10 38/10 40/10
41/20 42/3 43/2 46/17 47/2
50/11 53/5 62/16 64/2 68/18
70/9 73/15 75/2 76/2 76/3
77/11 77/12 78/8 81/5 81/6
93/6 93/16 95/4 106/24 117/1
124/19 135/5 139/3 139/8 142/6
142/9 156/8
**meaningful** [1]   102/17
**means** [1]   62/2
**meant** [3]   47/24 50/22 53/9
**measure** [1]   13/18
**mechanical** [1]   2/16
**mechanics** [12]   77/13 95/2 95/3
95/5 95/10 95/14 95/16 95/20
95/25 96/2 120/15 120/18
**medical** [10]   25/5 25/10 25/21
25/23 25/24 30/6 31/11 31/19
31/23 32/3
**medicine** [1]   33/1
**meet** [2]   41/17 63/9
**meeting** [3]   21/8 112/11 113/5
**meetings** [2]   7/16 7/19
**meld** [1]   69/6
**members** [3]   4/18 12/20 137/8
**memory** [9]   6/15 6/22 85/9
85/12 108/10 131/24 136/17
136/18 141/8
**men** [1]   153/18
**mental** [1]   94/24
**mentally** [1]   69/15
**mentioned** [6]   48/3 99/19
120/14 136/4 139/23 147/6
**merely** [1]   129/23
**met** [19]   29/7 40/4 40/7 41/23
41/25 42/12 42/18 59/13 59/15
59/17 63/10 63/14 64/17 65/2
87/17 99/24 103/7 110/22 113/2
**metal** [2]   48/17 151/6
**methods** [1]   143/14
**Mets** [1]   21/19
**Miami** [1]   84/3
**MICHAEL** [1]   2/1
**middle** [4]   58/21 63/13 78/7
142/21
**might** [8]   10/16 12/16 23/3
27/5 29/8 94/13 118/21 118/23
**mild** [1]   118/10
**Milo** [2]   151/1 151/6

**mind-set** [1]   65/14
**minded** [1]   16/23
**minds** [1]   139/12
**Miniaci** [2]   27/5 31/8
**minor** [2]   61/23 62/3
**minute** [3]   43/24 89/23 140/10
**minutes** [6]   41/14 75/6 97/14
112/18 148/5 151/18
**mischaracterize** [2]   14/4 17/18
**misleading** [1]   98/16
**mispronounce** [1]   125/16
**misquote** [1]   133/4
**mission** [2]   82/21 82/23
**misunderstand** [2]   31/1 72/6
**misunderstood** [2]   31/2 100/9
**Mitchell** [2]   145/7 145/8
**moment** [4]   52/10 91/9 143/1
147/19
**Monday** [6]   4/4 4/5 148/10
154/7 154/21 155/10
**money** [2]   14/1 59/8
**month** [1]   75/20
**months** [3]   19/17 119/12 119/13
**MONTHY** [1]   1/20
**Montreal** [6]   20/12 62/24 62/25
68/9 69/13 116/12
**more** [35]   16/11 18/25 24/8
24/8 30/25 31/13 32/5 37/16
38/5 41/4 49/6 58/24 63/5
65/21 65/21 71/21 78/11 86/9
86/10 94/1 94/11 94/13 101/10
109/9 114/11 119/13 127/9
130/14 132/20 138/2 140/15
142/17 152/15 152/22 152/22
**morning** [4]   84/25 109/24
148/17 154/5
**most** [11]   6/24 12/3 14/15
14/16 34/13 35/18 37/6 67/15
67/15 94/19 100/3
**mostly** [1]   154/15
**motion** [1]   95/8
**motivation** [1]   82/16
**mound** [5]   18/21 21/7 71/9
73/16 81/7
**mouse** [1]   73/6
**move** [10]   18/16 38/6 43/20
49/6 49/18 49/19 74/22 107/21
148/17 154/15
**moves** [2]   18/24 100/1
**moving** [2]   79/16 152/23
**Mr** [180]
**Mr.** [49]   4/15 8/12 14/10 20/6
23/23 28/1 28/5 28/7 28/12
28/12 29/25 30/6 30/7 34/3
34/6 35/5 35/6 35/8 35/10 43/5
43/25 45/6 47/25 50/20 50/21
51/4 53/25 55/8 56/19 57/10
59/13 88/20 100/4 104/7 107/16
114/20 121/20 124/14 124/24
125/1 125/15 125/17 130/9
131/3 132/4 133/19 135/15
147/5 148/22
**Mr. Baumbach** [1]   125/17
**Mr. Canseco** [1]   125/1 132/4
**Mr. Canseco's** [3]   124/24 131/3
135/15
**Mr. Clemens** [4]   8/12 14/10
20/6 55/8
**Mr. Craig** [5]   28/1 28/5 28/7
29/25 30/7

**Mr. Craig's** [2]   29/12 114/20
**Mr. Darrin** [1]   56/19
**Mr. Durham** [6]   43/5 43/25
47/25 50/20 50/21 51/4
**Mr. Durham's** [1]   45/6
**Mr. Fletcher** [8]   57/10 59/13
88/20 104/7 121/20 124/14
130/9 147/5
**Mr. Fletcher's** [1]   107/16
**Mr. Hardin** [1]   53/25
**Mr. Horn** [6]   34/3 34/6 35/5
35/6 35/8 35/10
**Mr. Jim** [1]   125/15
**Mr. McNamee** [1]   100/4
**Mr. McNamee's** [1]   133/19
**Mr. O'Brien** [4]   4/15 23/23
28/12 30/6
**Mr. Phil** [1]   148/22
**Ms** [1]   33/4
**much** [14]   7/2 46/25 49/20
52/15 78/12 95/1 95/6 104/10
107/5 109/9 118/8 126/9 145/21
150/16
**mud** [1]   36/16
**multiple** [1]   31/12
**must** [1]   56/5
**my** [72]   5/12 10/25 11/5 14/15
15/25 26/23 26/24 30/16 31/16
31/16 31/16 31/16 33/8 38/9
40/18 41/9 48/17 57/9 58/13
58/21 59/18 60/8 61/24 66/2
70/12 71/4 72/23 76/25 79/23
81/15 85/12 88/23 96/17 101/20
104/6 106/22 107/11 108/10
122/17 123/11 123/11 126/11
127/1 128/16 129/19 130/2
133/5 133/10 133/10 133/17
137/7 137/9 139/14 140/6 141/7
141/10 144/11 144/12 144/20
151/25 152/1 152/1 152/9
153/10 153/25 154/9 154/21
155/6 155/15 155/19 155/21
156/2
**myself** [1]   96/13

**N**

**name** [13]   24/11 24/11 27/5
57/7 57/7 57/9 63/6 64/2 104/7
114/18 149/5 149/11 150/19
**named** [2]   66/6 68/9
**Naprosyn** [2]   32/13 32/14
**nature** [3]   11/21 37/13 42/8
**near** [3]   27/24 57/15 59/2
**necessarily** [3]   15/21 63/21
94/7
**need** [16]   4/7 10/4 10/7 18/22
49/1 50/10 50/12 67/20 70/22
77/16 84/12 97/6 107/1 108/7
153/10 156/12
**needed** [9]   20/13 27/1 28/5
28/6 31/15 48/14 48/25 114/11
119/25
**needle** [1]   22/18
**needles** [14]   22/14 22/19 22/21
22/22 22/24 22/25 29/18 38/18
39/9 43/6 43/13 43/25 54/17
56/10
**needs** [2]   75/5 140/14
**neither** [2]   106/14 106/15
**nervous** [1]   44/25
**never** [22]   11/1 12/6 12/8
37/24 38/1 38/2 38/25 39/1

**N**

**never... [14]** 39/3 72/18 89/7
89/8 89/23 90/1 90/25 91/23
92/16 98/14 98/16 110/22
121/24 133/8
**new [7]** 19/25 21/19 66/12
66/12 87/17 100/2 151/1
**Newsday [8]** 125/16 126/1 126/4
126/6 126/18 127/7 127/8
128/23
**newspaper [4]** 127/16 127/18
127/25 128/4
**next [24]** 56/18 61/22 77/5
84/25 121/12 136/1 141/3 142/2
142/11 142/16 142/22 146/3
147/18 147/25 148/2 148/10
148/21 153/13 154/12 154/14
154/20 154/22 155/20 155/23
**nice [3]** 76/24 78/9 153/6
**nicest [1]** 29/7
**nickname [3]** 150/12 150/13
151/9
**night [12]** 59/16 84/2 85/10
85/12 85/15 86/14 113/22 126/7
135/25 135/25 136/1 136/1
**nine [2]** 58/10 58/24
**no [148]** 1/4 5/15 5/17 7/10
9/8 9/16 9/17 10/22 10/24 11/5
11/17 12/17 12/17 13/16 13/17
13/20 13/23 14/2 14/8 15/9
16/10 17/4 18/1 20/1 20/4
20/11 24/1 25/14 26/22 27/7
27/9 28/24 29/1 29/22 29/24
30/2 30/9 30/18 30/18 32/10
32/13 32/24 32/24 35/15 36/2
36/16 38/1 38/3 38/24 39/2
39/5 39/6 39/7 41/3 42/2 43/8
43/14 44/14 44/17 44/20 45/16
45/18 45/20 46/4 47/19 48/21
51/19 51/22 52/2 52/3 52/8
53/13 53/17 54/12 55/5 55/10
55/25 56/12 59/14 63/15 64/23
66/21 69/2 70/6 72/7 72/7
72/13 73/13 73/24 74/12 74/14
74/21 77/22 79/14 81/19 83/18
84/16 86/12 87/6 88/2 90/24
96/20 98/7 98/7 98/19 99/16
100/12 100/15 107/19 110/23
111/19 112/2 113/12 113/14
115/13 115/25 121/11 121/13
122/10 122/15 122/18 123/7
123/10 123/14 124/2 124/17
124/19 125/20 125/21 125/21
126/2 126/3 126/10 126/12
126/16 126/17 127/16 131/20
131/22 133/5 136/7 139/9 143/3
143/3 145/2 145/6 145/20 150/3
**nobody [3]** 38/22 38/23 70/14
**Nolan [1]** 82/3
**nonresponsive [2]** 80/4 80/24
**not [158]**
**note [3]** 6/13 76/25 77/4
**notes [3]** 111/22 111/24 113/7
**nothing [6]** 14/6 78/1 97/18
140/9 144/9 147/14
**notice [6]** 65/5 76/10 76/14
77/7 77/20 78/3
**noticeable [1]** 78/1
**noticeably [1]** 76/12
**noticed [2]** 66/8 66/9
**November [1]** 117/19

**nu(sic)mile [156/7]** 1/191 25/17
20/18 31/3 32/5 33/21 38/4
39/11 40/14 41/1 41/19 44/15
45/6 46/5 47/23 52/4 58/5
58/22 58/25 58/25 59/9 59/10
59/13 61/18 61/18 64/17 67/8
69/6 70/16 71/8 71/22 72/4
73/16 73/20 74/22 83/6 86/11
86/16 87/13 87/19 90/5 100/10
104/10 105/12 105/13 106/3
113/15 115/25 126/8 128/12
136/9 142/24 143/23 144/16
146/9 146/9 150/7 151/17 154/9
**nuances [2]** 71/13 77/13
**number [5]** 36/3 39/1 39/9
111/9 140/21
**numbers [5]** 74/24 75/1 75/22
76/5 76/9
**numbers-wise [1]** 75/1
**numerous [3]** 31/6 31/7 31/17
**NW [2]** 1/16 2/7

**O**

**O'BRIEN [29]** 3/4 4/15 4/17
5/18 12/18 13/1 14/4 16/14
17/16 21/10 22/13 23/11 23/14
23/23 24/24 25/7 25/24 28/12
30/6 30/10 30/19 31/11 32/5
33/5 34/17 36/11 38/4 39/20
39/25
**O'Brien's [1]** 11/2
**o'clock [8]** 4/5 148/11 148/15
148/18 153/4 153/21 154/3
156/5
**Oakland [5]** 150/5 150/21 151/2
151/24 151/25
**oath [3]** 14/4 22/23 86/19
**object [5]** 51/9 110/6 127/9
138/23 140/25
**objection [42]** 33/14 42/8
42/17 43/17 43/20 43/22 44/2
44/10 45/10 47/11 50/17 50/23
51/1 55/5 60/18 67/1 70/18
74/4 74/17 77/2 78/16 79/1
80/4 80/5 80/24 81/24 82/14
83/1 83/14 83/20 84/8 87/24
87/25 88/7 103/13 106/25
107/23 109/16 126/24 128/17
143/19 145/15
**observation [5]** 17/7 67/3
68/24 76/11 78/22
**observe [5]** 66/17 66/23 75/24
80/19 106/17
**observed [1]** 68/6
**observing [1]** 67/23
**obstructive [2]** 129/13 129/17
**obviously [11]** 53/13 61/6
64/10 65/20 71/18 92/18 96/1
103/16 105/16 106/21 128/5
**occasion [2]** 29/12 83/9
**occasionally [1]** 71/22
**occasions [1]** 31/17
**occur [2]** 37/21 129/2
**occurred [4]** 91/2 97/6 135/18
140/15
**October [1]** 117/19
**odd [2]** 20/14 35/17
**off [17]** 21/5 43/3 73/2 73/12
73/14 74/24 74/25 75/17 86/2
86/3 93/25 95/17 95/20 107/10
114/3 136/11 137/15
**offensively [2]** 75/21 76/7

**offered [12]** 88/8 89/8 89/16
89/19 90/5 90/7 92/9 98/22
101/23 103/2 127/23 137/13
**offering [1]** 90/20
**office [11]** 1/15 34/9 34/11
34/12 37/6 37/8 37/10 37/13
37/22 40/18 134/6
**official [2]** 2/6 117/13
**officially [1]** 117/17
**often [8]** 115/11 115/12 115/17
115/18 133/21 133/23 141/19
142/14
**oftentimes [1]** 118/4
**oh [4]** 36/8 78/14 87/13 139/8
**okay [44]** 4/2 5/3 5/5 14/9
21/22 27/1 30/10 33/5 41/21
45/4 45/5 46/5 55/21 56/16
56/18 72/22 73/20 75/9 85/21
86/8 92/25 100/24 101/12 102/4
103/20 106/16 107/13 123/20
130/13 130/17 132/4 136/10
137/5 137/9 138/6 138/10
139/17 140/9 147/6 148/15
150/8 151/17 153/24 156/4
**old [11]** 57/10 58/9 58/23
62/15 62/16 65/2 67/14 81/14
81/15 149/7 149/13
**on-the-field [1]** 14/8
**once [3]** 41/24 79/15 92/18
**one [86]** 4/22 5/4 7/3 11/5
11/17 12/2 12/12 17/20 18/15
18/16 24/8 26/15 26/22 27/11
27/14 27/15 28/19 28/19 29/7
32/21 35/7 38/1 38/5 45/21
48/11 49/7 49/18 50/6 50/8
50/13 51/21 52/10 53/17 55/21
56/7 62/10 62/10 63/17 64/12
69/20 70/6 70/11 71/16 75/5
79/24 87/20 87/21 89/19 91/9
93/7 97/25 99/7 99/9 99/9
99/16 99/16 99/16 99/21 100/10
101/11 101/11 104/11 105/7
105/7 108/17 108/19 109/10
109/15 111/13 114/1 120/9
120/14 124/5 124/7 133/9
133/10 135/16 137/2 137/9
137/12 139/6 140/21 141/19
142/25 144/6 149/19
**one-on-one [2]** 101/11 105/7
**ones [3]** 33/7 35/7 69/23
**only [24]** 19/6 53/18 55/15
62/10 70/11 89/4 89/25 99/24
100/3 102/24 109/4 113/25
117/4 120/18 126/1 132/19
135/14 135/16 143/24 148/5
150/11 153/13 155/10 155/21
**opened [3]** 52/16 53/7 53/11
**openly [5]** 121/21 122/1 122/8
123/3 123/25
**operation [2]** 26/25 27/1
**opinion [30]** 26/6 55/1 55/3
66/2 66/22 75/24 77/1 79/23
81/15 106/22 106/25 107/20
107/24 120/15 121/8 121/20
122/1 122/8 122/12 122/16
123/2 123/10 123/10 123/17
123/23 123/24 124/1 139/14
146/23 147/7
**opinions [2]** 121/9 121/9
**opponent [2]** 121/1 121/2
**opportunity [16]** 91/13 91/15

**O**

**opportunity... [14]**   96/16
96/16 96/22 97/2 97/3 97/5
97/8 103/8 103/11 103/12
103/19 106/16 113/15 127/25
**opposed [4]**   36/22 92/11 94/16
98/23
**opposing [2]**   11/12 70/12
**opposite [1]**   91/14
**option [1]**   128/11
**optional [2]**   117/16 117/17
**order [3]**   97/4 139/24 140/16
**ordinary [1]**   131/23
**organization [1]**   69/12
**originally [2]**   150/5 152/8
**other [47]**   5/8 7/4 7/15 9/22
10/12 10/15 12/16 12/20 14/11
15/4 15/20 16/23 18/16 18/17
19/8 29/11 31/5 34/9 41/10
45/22 52/19 55/22 65/11 66/1
66/20 68/16 72/22 79/21 80/16
81/11 81/11 81/12 82/8 85/23
86/23 87/21 94/25 95/11 109/4
109/15 118/5 121/13 131/5
135/17 141/19 148/17 152/2
**others [5]**   15/6 16/12 27/12
85/21 97/14
**our [23]**   5/1 7/16 21/8 24/7
24/10 24/23 34/20 46/14 47/14
47/15 61/1 61/8 81/9 91/3
110/24 114/11 130/9 132/1
139/12 146/3 146/15 150/25
155/22
**out [76]**   5/12 10/11 15/23
15/24 15/25 18/20 19/4 19/5
20/14 21/7 28/17 31/10 41/19
47/4 48/12 49/4 49/23 50/8
60/1 60/22 65/7 65/16 65/18
65/20 66/24 68/22 73/23 74/3
74/11 74/16 75/15 75/16 80/8
81/2 90/5 92/19 96/10 97/7
98/15 102/4 105/8 107/18
107/21 108/21 109/5 109/20
109/24 111/17 111/18 115/3
115/11 115/13 119/13 121/16
127/5 127/23 128/25 131/22
131/25 133/21 133/23 134/8
140/13 142/1 142/8 146/15
147/11 151/22 151/22 151/23
152/11 152/13 152/14 152/24
153/7 153/18
**out-of-court [2]**   90/5 127/23
**outcome [1]**   76/16
**outcomes [1]**   76/18
**outdoor [1]**   118/1
**outings [1]**   76/8
**outrageous [1]**   52/20
**outside [6]**   31/22 34/15 34/24
83/7 102/7 145/10
**outward [1]**   53/4
**over [23]**   4/17 15/13 15/16
16/15 22/10 22/10 23/7 38/25
40/14 72/22 72/24 77/14 77/14
95/8 95/8 103/13 112/15 112/16
112/20 132/16 142/3 142/4
144/3
**overall [2]**   46/16 47/9
**overruled [17]**   44/3 44/11
44/19 45/11 51/11 51/13 51/24
67/2 70/19 74/9 74/18 78/17
83/2 83/15 109/16 126/14 141/2

**own [4]**   9/1 26/3 101/6 105/3

**P**

**p.m [8]**   1/5 4/9 75/10 96/10
97/15 104/4 153/7 156/16
**page [4]**   73/8 97/15 98/5 98/5
**paid [3]**   13/24 14/1 14/5
**pain [1]**   36/14
**paraded [1]**   109/8
**paragraph [1]**   132/20
**parameters [1]**   61/8
**Pardon [2]**   44/6 46/12
**parked [1]**   86/1
**part [13]**   6/20 10/13 10/15
46/18 47/16 47/19 63/6 74/23
78/23 117/1 117/15 120/18
121/15
**part-time [1]**   63/6
**participant [1]**   58/24
**particular [5]**   62/8 71/16
86/11 137/9 142/10
**particularly [2]**   55/1 152/24
**parties [1]**   131/17
**party [24]**   83/9 83/11 84/5
84/7 84/10 85/4 85/17 86/11
86/17 86/21 86/25 87/5 87/14
90/12 91/14 124/21 124/21
125/11 130/15 130/18 131/11
131/12 135/14 140/22
**passing [8]**   98/10 98/11 99/3
99/3 99/4 100/12 100/13 102/24
**passionate [1]**   106/21
**past [1]**   59/20
**pay [4]**   5/25 6/3 6/9 81/3
**percent [2]**   16/4 21/25
**perception [1]**   46/23
**perform [1]**   15/23
**performance [3]**   7/19 54/22
67/25
**performance-enhancing [1]**
54/22
**perhaps [1]**   104/22
**period [9]**   15/13 15/16 16/15
42/16 60/3 77/10 85/8 100/6
130/23
**permit [1]**   103/14
**person [14]**   4/22 15/20 40/15
40/17 41/6 48/7 63/20 66/6
82/2 111/14 111/15 114/18
129/3 129/4
**personal [4]**   26/6 55/3 87/21
106/22
**personalities [1]**   16/23
**Personality [2]**   16/20 16/21
**personally [2]**   129/14 135/11
**pharmaceutical [1]**   124/9
**PHIL [4]**   3/6 148/22 149/6
149/8
**Philadelphia [3]**   62/3 116/10
150/24

**PHIL... [3]**   149/6 149/8 149/9
**Phillies [3]**   62/23 116/10
150/24
**phone [5]**   40/14 111/16 112/15
112/16 132/16
**photograph [6]**   23/16 23/20
23/25 24/3 36/1 36/7
**phrase [1]**   136/14
**physical [4]**   79/12 94/24 95/6
114/11
**physically [2]**   111/16 114/7
**physician [6]**   32/18 106/13
114/10 133/13 134/16 134/18
**pick [6]**   13/13 15/4 73/11
114/3 150/12 153/2
**picked [2]**   46/6 151/6
**picking [1]**   13/16
**picture [5]**   23/5 23/19 34/2
46/16 109/7
**piece [2]**   128/18 151/5
**Pirate [1]**   150/23
**Pirates [2]**   150/10 150/21
**pitch [14]**   18/14 21/3 51/8
64/22 71/23 78/15 78/18 79/24
81/18 84/2 94/6 94/10 94/13
121/2
**pitched [13]**   58/13 58/13 82/9
84/14 84/25 141/3 141/9 141/11
141/21 141/23 142/14 142/15
142/20
**pitcher [41]**   5/23 8/3 8/5 8/8
8/17 8/19 8/20 12/19 17/23
17/24 19/2 19/5 20/13 20/18
20/18 20/25 21/1 48/8 48/19
49/2 64/24 67/12 67/23 67/24
67/25 68/13 69/7 70/21 71/19
73/7 73/16 77/19 80/3 81/11
81/16 95/11 95/18 95/24 120/23
120/24 134/21
**pitcher-catcher [1]**   20/18
**pitchers [19]**   14/15 16/8 48/24
63/12 64/12 64/23 67/10 67/19
67/20 68/7 68/16 69/23 73/17
74/2 79/24 80/13 80/14 80/17
96/1
**pitches [7]**   6/24 20/22 21/2
65/23 93/5 94/19 109/23
**pitching [13]**   7/17 15/24 48/10
67/17 74/23 76/12 76/22 77/13
77/17 78/3 81/9 83/25 140/24
**Pittsburgh [3]**   149/23 150/13
150/17
**place [3]**   45/3 60/1 96/24
**plan [1]**   21/9
**plane [1]**   94/17
**planned [1]**   75/20
**plate [1]**   7/4
**play [46]**   10/15 11/10 13/17
14/12 19/22 19/24 19/24 20/2
25/25 46/15 47/7 47/14 47/16
47/19 60/1 63/1 68/11 76/19
84/14 84/25 109/19 116/20
116/22 116/24 117/23 118/1
118/4 118/9 118/14 118/21
118/21 118/23 120/1 125/1
131/2 135/19 140/6 140/24
141/13 141/20 142/8 142/13
142/16 142/22 149/23 150/22
**played [23]**   8/11 11/6 17/8
58/12 62/22 62/23 62/25 63/16
63/21 71/2 73/6 78/24 78/24
116/12 125/4 132/11 139/4

**P**

**played... [6]**  139/7 140/5 141/3 142/2 149/22 150/1
**player [19]**  10/1 17/22 20/10 25/7 25/9 25/9 31/11 64/7 78/7 94/3 95/18 97/25 98/3 105/6 120/8 137/5 149/19 149/21 151/2
**players [37]**  11/1 25/5 25/9 25/25 54/18 55/22 56/11 66/16 66/20 69/12 69/13 77/1 77/9 77/9 79/22 80/22 82/8 85/23 86/3 86/4 86/6 86/23 97/18 97/23 108/20 120/9 121/14 126/8 139/8 139/12 152/10 152/12 152/17 152/20 152/23 152/24 152/25
**playing [16]**  15/25 58/3 58/22 59/5 62/4 62/5 75/21 76/6 78/13 105/9 119/10 119/11 133/10 138/20 140/14 150/24
**playoff [1]**  118/15
**playoffs [2]**  108/21 117/19
**plays [1]**  109/24
**please [9]**  10/8 17/19 34/2 52/20 57/8 102/6 104/8 126/13 149/5
**pleasure [1]**  69/9
**plenty [2]**  139/4 139/7
**PM [1]**  1/9
**point [10]**  43/3 65/25 92/20 96/17 98/15 119/22 126/10 139/11 146/14 146/21
**pointed [2]**  99/20 101/23
**pointing [1]**  109/5
**pool [4]**  124/21 124/21 131/11 131/12
**poor [9]**  25/14 25/21 26/20 27/17 29/25 30/6 30/6 31/11 32/2
**poorly [1]**  75/17
**position [3]**  46/24 71/4 99/13
**positive [1]**  135/11
**possibilities [2]**  137/1 137/2
**possible [2]**  154/13 154/20
**possibly [2]**  34/19 75/3
**potentially [1]**  154/12
**pound [1]**  108/22
**pounds [2]**  119/16 150/18
**power [8]**  8/2 8/5 8/8 8/19 8/20 67/19 67/19 77/23
**predicate [3]**  90/18 90/19 92/21
**predicted [1]**  142/24
**premier [1]**  68/13
**preparation [1]**  7/19
**prepare [1]**  7/12
**prepared [1]**  7/25
**prescribed [1]**  32/18
**prescription [3]**  32/20 32/23 37/18
**preseason [1]**  117/14
**present [3]**  79/12 90/12 113/5
**pressure [1]**  95/20
**pretty [19]**  7/2 7/2 19/14 46/25 52/15 79/17 106/4 118/8 134/23 134/25 136/12 136/14 136/21 137/12 137/15 138/21 139/23 144/4 154/16
**preview [1]**  154/17

**prior [11]**  54/17 56/9 91/4 91/10 91/12 98/9 99/23 100/5 129/23 152/16 152/18
**privacy [1]**  37/21
**privately [2]**  37/13 120/24
**privilege [1]**  129/9
**pro [1]**  153/1
**probably [14]**  12/14 19/19 21/17 29/8 30/24 55/9 55/12 55/13 55/15 60/14 129/5 132/13 135/3 153/19
**problem [2]**  129/25 130/2
**problems [1]**  26/23
**proceed [3]**  4/11 75/11 96/8
**proceedings [2]**  2/16 157/5
**processes [1]**  109/25
**produced [1]**  2/16
**professional [6]**  11/23 25/8 25/13 64/4 116/5 134/24
**professionally [2]**  58/12 58/13
**proffer [4]**  107/1 108/5 108/7 146/16
**programmed [1]**  154/17
**progressed [1]**  73/1
**prominent [2]**  152/15 152/24
**promise [1]**  154/12
**proper [1]**  92/21
**properly [3]**  142/13 142/24 146/20
**proponent [1]**  97/3
**prosecution [1]**  111/4
**protect [1]**  70/22
**protector [1]**  119/17
**protocol [4]**  106/11 128/12 133/2 133/14
**provide [5]**  25/24 34/18 103/1 113/9 114/10
**provided [5]**  25/5 30/7 85/19 111/9 133/6
**providers [1]**  31/19
**publicly [3]**  32/11 33/22 60/22
**Puerto [1]**  150/22
**purported [3]**  96/17 109/2 129/23
**purportedly [1]**  109/21
**purpose [2]**  108/24 109/1
**purposes [2]**  91/7 117/18
**pursing [3]**  72/3 73/19 73/20
**put [8]**  34/2 37/2 42/12 76/10 95/13 142/14 144/6 144/11
**putting [4]**  76/23 78/9 95/7 155/25

**Q**

**quack [1]**  31/18
**quacks [1]**  31/20
**quality [1]**  81/18
**question [80]**  5/4 6/8 12/13 12/15 18/4 33/8 35/25 38/5 40/3 42/24 43/4 43/9 43/21 45/10 45/22 45/23 46/2 46/21 47/5 47/11 47/25 47/25 50/21 50/23 51/2 51/5 51/6 52/13 52/15 53/1 53/5 53/9 53/18 53/22 54/7 54/16 55/1 55/2 56/3 56/4 56/6 72/23 73/25 77/5 87/3 90/11 90/22 91/2 95/15 96/18 97/16 97/20 97/22 98/6 99/7 99/21 107/2 107/20 107/22 107/24 108/4 108/6 110/1 121/11 122/22 122/24

**prior [11]**  54/17 56/9 91/4 128/5 129/21 137/7 137/9 138/8 138/10 140/6 140/12 141/1 141/7
**questions [19]**  5/18 5/19 5/20 32/5 41/20 42/9 45/7 53/15 54/1 54/14 56/8 97/17 104/6 127/10 128/7 130/4 143/7 145/22 147/6
**quick [1]**  17/11
**quicker [1]**  154/11
**quickly [5]**  53/25 73/11 87/20 147/5 154/16
**quite [9]**  48/25 64/1 69/16 79/23 102/11 105/9 131/14 134/5 134/20
**quote [4]**  18/5 99/21 100/9 128/14
**quotes [1]**  128/15
**quoting [1]**  127/6

**R**

**radio [1]**  150/25
**Radomski [3]**  128/24 128/24 129/1
**raised [1]**  59/2
**raising [1]**  95/6
**rank [1]**  95/10
**rarely [1]**  21/5
**rate [1]**  79/20
**rather [3]**  67/23 73/22 156/12
**reach [1]**  129/2
**reached [3]**  123/17 123/23 127/17
**reaching [6]**  121/20 121/25 122/12 122/16 123/2 124/1
**reaction [6]**  43/15 43/19 43/24 46/9 46/20 64/8
**read [2]**  97/11 126/21
**readily [1]**  128/1
**readmonished [1]**  146/12
**ready [11]**  22/15 38/18 47/15 54/18 56/10 64/22 67/12 67/22 68/21 72/2 139/13
**real [4]**  17/11 69/15 95/8 147/5
**really [22]**  6/22 8/6 9/11 10/25 11/3 11/17 25/15 26/2 27/19 30/15 33/6 33/24 46/22 47/3 55/1 65/23 70/11 97/20 97/22 127/13 132/18 133/25
**rearrange [1]**  148/16
**reask [3]**  54/7 107/24 122/23
**reason [5]**  106/6 108/17 131/24 136/19 146/16
**reasons [1]**  110/7
**rebuttal [1]**  155/7
**recall [23]**  5/20 17/17 40/20 41/1 59/22 65/4 83/6 83/19 84/6 85/25 87/1 87/2 90/2 90/3 101/6 104/21 107/8 108/18 111/14 113/8 133/2 133/24 135/14
**recalled [1]**  17/19
**recalling [3]**  101/22 102/12 136/24
**receive [3]**  35/13 38/7 88/1
**received [3]**  22/8 35/13 38/7
**receiving [1]**  22/3
**recently [1]**  29/10
**recess [5]**  4/17 75/7 75/8 96/9 148/10

**recite [1]** 42/16
**reckless [12]** 106/23 107/18
108/10 108/12 108/20 110/15
143/18 146/8 146/15 146/17
146/23 147/8
**recklessness [1]** 109/2
**recognize [5]** 23/16 24/3 24/12
35/25 36/9
**recollection [8]** 28/4 92/15
101/19 101/20 102/11 102/15
137/16 141/10
**recommending [1]** 99/10
**record [20]** 17/11 23/10 52/11
54/15 60/20 78/23 87/4 88/10
88/18 93/6 99/24 107/15 107/17
108/23 125/17 127/12 140/11
140/15 146/1 157/14
**recorded [1]** 2/16
**recover [4]** 119/25 120/1 139/9
139/9
**recovery [8]** 9/19 9/21 9/22
119/22 138/14 139/1 139/11
139/14
**recross [3]** 3/2 52/13 147/3
**RECROSS-EXAMINATION [1]** 147/3
**redirect [6]** 3/2 39/22 39/23
51/12 140/19 146/11
**refer [1]** 97/12
**reference [6]** 92/1 99/17 100/5
140/13 148/9 153/8
**referred [2]** 146/18 151/9
**referring [2]** 143/10 147/10
**reflect [1]** 23/10
**reflected [1]** 76/6
**reformulate [1]** 18/4
**regarding [2]** 127/4 132/4
**regards [1]** 133/1
**REGGIE [1]** 1/10
**regime [1]** 118/15
**regimen [1]** 133/19
**regular [3]** 85/1 85/2 117/15
**regularly [4]** 140/23 141/20
141/22 142/15
**relate [1]** 16/18
**related [3]** 111/4 143/13
143/25
**relating [1]** 100/11
**relationship [6]** 14/9 20/19
49/22 73/3 73/5 123/12
**relationships [2]** 14/15 15/3
**released [1]** 20/9
**relevance [7]** 44/2 44/18 47/3
67/1 70/18 82/14 83/1
**relevant [4]** 53/10 108/14
108/16 108/17
**relief [2]** 20/13 31/15
**relieved [1]** 108/25
**relying [1]** 94/19
**remained [1]** 76/15
**Remaining [1]** 77/16
**remark [1]** 33/17
**remember [72]** 7/5 21/21 22/20
22/20 23/3 34/11 35/15 36/3
46/7 47/24 48/1 50/8 61/18
63/22 69/21 72/20 72/24 76/23
83/11 86/1 101/14 101/15
105/11 105/15 105/17 111/11
114/5 125/11 125/13 125/14
125/15 125/18 125/21 125/23
125/25 126/2 126/3 126/4 126/5

126/16 126/17 126/17 126/18
127/3 127/5 127/8 127/10
127/19 128/17 128/20 129/24
130/10 130/12 131/5 131/7
131/8 131/9 132/15 132/22
134/2 134/3 134/4 135/16
136/19 143/2 147/8 150/12
**remotely [1]** 154/20
**rental [1]** 125/18
**repeat [9]** 49/4 56/2 72/23
74/1 95/8 95/20 96/2 122/22
144/13
**repeated [1]** 79/8
**repeatedly [1]** 128/25
**repeating [1]** 77/13
**repetitive [1]** 19/6
**rephrase [2]** 54/2 83/23
**report [6]** 63/12 73/23 74/2
117/13 125/25 145/9
**reported [2]** 74/2 74/7
**reporter [18]** 2/5 2/6 34/19
34/19 57/8 104/8 125/16 126/1
126/5 126/6 126/19 127/7 127/8
128/9 128/22 129/6 129/6
149/11
**reporters [1]** 129/3
**reports [1]** 73/8
**represented [1]** 4/8
**representing [1]** 59/18
**request [1]** 108/2
**requirements [1]** 103/7
**requires [1]** 108/1
**resolve [1]** 92/13
**respect [4]** 19/10 32/6 114/5
130/18
**response [6]** 53/11 53/22 82/4
107/17 130/9 146/8
**responses [1]** 102/10
**responsible [1]** 24/25
**responsive [2]** 34/18 126/14
**rest [10]** 10/11 119/24 151/8
154/10 154/13 154/20 154/25
155/19 155/20 155/23
**result [3]** 6/6 6/10 19/8
**resumed [2]** 100/23 104/3
**retire [2]** 20/6 20/8
**retired [1]** 132/14
**revolve [1]** 4/4
**rhardin [1]** 1/23
**Rico [1]** 150/22
**ricocheted [1]** 107/10
**right [152]** 6/18 6/20 6/23 7/1
7/8 7/22 9/2 10/5 10/16 10/20
11/19 12/16 13/3 13/6 13/8
13/8 13/22 13/24 14/1 15/11
15/20 16/1 16/6 17/5 17/7
18/12 19/10 20/20 22/3 24/2
27/21 28/2 28/10 29/2 30/13
31/3 32/25 33/9 33/21 34/13
34/23 35/3 35/19 35/19 35/21
37/16 37/16 37/19 38/2 40/6
40/12 42/22 43/5 45/6 46/9
47/5 47/20 48/3 48/7 48/10
54/3 59/9 59/10 62/17 65/4
65/12 66/9 66/14 71/4 73/13
74/22 76/15 78/10 80/2 82/7
86/4 86/10 91/19 94/5 94/7
95/7 97/18 98/17 100/14 104/15
105/1 112/8 113/16 114/17
117/7 117/15 117/16 117/25
118/14 118/21 118/24 119/3

120/9 120/21 120/24 121/3
121/10 122/18 122/19 123/8
123/18 128/10 128/12 128/14
129/10 129/13 130/19 131/11
131/21 133/7 134/14 134/16
135/4 135/8 135/19 136/2 136/2
136/6 136/15 136/17 136/21
137/1 137/2 137/3 137/11
138/14 138/18 138/21 138/24
139/17 139/24 142/22 143/6
147/1 147/14 147/23 148/15
150/19 154/9 154/9 154/24
156/3
**right-handed [1]** 94/5
**rise [1]** 118/20
**rises [1]** 118/19
**ritual [2]** 67/3 67/5
**Roberto [1]** 150/23
**ROGER [78]** 1/6 12/5 12/10
12/15 12/18 13/10 17/1 17/11
45/9 48/1 48/10 50/22 52/23
53/19 54/10 63/9 63/10 63/20
63/23 64/6 64/24 65/1 65/15
66/17 66/23 67/4 67/18 67/21
68/15 68/21 68/24 68/25 69/21
69/25 70/13 71/8 71/14 73/5
73/9 73/11 74/2 74/16 74/23
76/23 77/1 77/8 78/3 79/5
79/14 79/21 80/3 80/14 81/6
81/21 83/13 83/18 83/23 86/17
86/21 87/5 87/8 87/10 87/22
93/8 94/18 94/25 95/11 95/25
112/9 122/13 132/11 132/13
132/19 139/23 141/8 141/20
142/12 142/12
**Roger's [4]** 69/14 75/22 78/23
96/2
**role [6]** 46/15 47/12 47/14
63/4 63/6 66/14
**roll [2]** 78/8 78/8
**rolling [1]** 79/16
**rookie [2]** 62/6 62/6
**room [32]** 2/6 25/1 25/4 25/4
28/1 28/7 28/13 28/21 34/13
34/15 34/21 34/23 34/25 34/25
35/2 35/2 35/10 35/14 35/15
35/18 35/19 37/8 37/11 37/25
38/18 46/6 80/21 98/18 105/2
132/1 134/3 134/5
**Ross [1]** 24/5
**roster [2]** 11/2 69/14
**rough [1]** 61/16
**roughly [1]** 101/7
**route [1]** 127/15
**routine [11]** 62/6 83/24 84/14
84/22 84/24 85/1 85/2 109/17
109/18 132/1 141/10
**RPR [3]** 2/5 157/3 157/10
**rub [1]** 48/18
**ruined [1]** 70/23
**rule [10]** 89/22 90/4 90/6 91/3
91/5 91/6 91/6 103/7 110/9
147/23
**rules [2]** 91/4 110/2
**run [3]** 78/19 102/7 108/21
**running [1]** 115/9
**runs [1]** 76/8
**rural [1]** 57/15
**rush [1]** 153/9
**RUSSELL [1]** 1/20
**Rusty [9]** 1/21 59/8 67/13 72/3

**R**

Rusty... [5]   76/19 84/12 87/12
106/4 144/5
rustyhardin.com [2]   1/23 1/24
Rutledge [1]   149/18
Ryan [1]   82/3

**S**

said [57]   5/10 8/2 11/7 11/7
12/10 14/17 17/10 18/22 20/19
30/25 34/3 35/25 36/14 50/9
50/9 50/11 53/9 55/17 60/2
60/21 67/13 69/8 69/10 82/8
89/1 89/5 89/23 89/25 90/11
90/13 90/24 92/16 96/20 99/5
102/1 103/5 103/17 105/11
106/3 117/1 123/14 124/3 124/6
125/12 126/21 127/22 128/17
128/19 129/4 129/15 129/24
130/18 133/1 136/23 139/3
139/7 151/3
SALESKI [1]   1/14
same [24]   20/11 31/18 32/2
34/20 47/21 50/21 59/1 72/20
73/8 76/1 76/15 79/18 91/14
91/16 104/1 110/6 112/18
112/20 118/15 125/25 127/4
128/22 130/18 134/15
San [1]   2/2
Santiago [1]   63/7
sat [2]   38/16 61/8
satisfied [1]   30/16
save [1]   59/7
saved [1]   59/8
saw [23]   17/7 19/11 22/14
22/18 22/22 22/24 22/24 23/1
39/12 39/13 39/16 44/4 44/7
45/14 64/19 65/5 65/10 79/13
79/22 86/1 95/10 95/11 123/11
say [68]   6/8 7/10 7/24 9/17
12/19 12/21 13/1 15/1 15/2
18/1 18/3 19/14 20/19 21/1
21/6 27/20 30/16 30/20 32/20
32/21 32/21 32/22 34/24 40/9
42/3 43/12 47/1 53/18 55/10
55/13 55/15 69/6 73/15 79/23
80/22 86/7 86/10 87/3 89/10
89/11 90/17 90/17 90/19 90/22
90/23 91/25 92/7 94/21 95/4
108/8 108/9 108/13 112/18
112/19 117/8 122/21 131/20
131/22 132/8 132/10 133/3
139/6 141/22 141/25 142/3
142/4 142/25 146/4
saying [28]   23/2 32/25 82/11
92/3 92/4 92/5 92/6 96/12
100/7 100/14 102/24 105/15
105/18 106/2 114/6 125/13
126/2 126/7 126/11 126/16
126/17 126/17 127/3 127/5
128/23 136/11 144/9 147/8
says [9]   75/5 89/3 90/12 91/6
96/20 100/19 102/25 103/6
127/18
scale [1]   144/6
schedule [4]   83/24 141/12
153/11 155/17
scheduling [1]   146/3
scheme [1]   47/9
school [7]   57/16 57/17 59/12
116/22 151/18 151/21 152/17

score [1]   76/8
scouting [1]   73/8
scrap [4]   150/13 150/19 151/6
151/6
screen [2]   23/14 23/22
scuff [13]   18/15 18/15 18/18
19/6 47/24 48/3 48/7 48/14
49/16 49/24 50/4 51/7 53/10
scuffed [9]   18/8 18/9 18/13
19/2 19/3 48/6 50/2 50/14 51/8
scuffing [4]   49/3 49/9 53/15
54/1
season [29]   19/20 62/7 62/7
64/22 67/11 72/15 73/1 73/21
73/22 73/22 74/22 74/25 75/14
75/19 76/13 76/17 79/5 79/6
79/8 79/17 112/9 112/21 113/16
117/15 117/17 117/18 117/24
118/12 120/13
seasons [2]   62/25 116/17
seated [2]   4/10 75/11
second [7]   70/6 70/14 76/13
76/16 96/5 99/20 146/13
seconds [1]   148/4
secret [1]   121/5
sections [1]   97/12
see [43]   23/14 23/25 28/7
29/13 32/19 35/25 36/6 40/24
47/12 50/6 68/25 71/14 74/6
74/13 74/15 79/11 80/6 80/19
81/7 81/10 83/18 84/21 87/5
87/8 87/14 88/1 88/21 100/11
108/5 110/7 111/6 111/24 119/7
128/1 132/3 133/21 133/23
134/1 148/2 153/10 153/25
154/15 155/4
seeing [7]   22/20 23/3 54/17
56/10 87/1 87/2 131/1
seek [1]   107/24
seeking [1]   53/12
seems [5]   52/14 55/7 55/15
92/3 146/14
seen [6]   17/21 38/17 68/16
86/18 87/10 95/24
sense [8]   33/5 33/10 43/2
46/13 47/1 78/11 108/17 114/14
sensitive [1]   61/7
sentence [1]   144/20
sentencing [2]   153/21 155/4
separate [2]   35/2 40/3
September [2]   19/19 117/19
sequence [1]   107/22
series [4]   84/3 135/24 142/16
142/21
serious [2]   33/19 37/16
seriously [1]   7/22
service [1]   132/1
services [3]   25/10 25/24 30/6
session [2]   1/9 98/5
set [7]   17/11 21/7 65/14 104/6
111/16 135/21 148/17
sets [2]   11/24 128/25
seven [5]   67/10 68/4 69/8
69/17 155/17
several [4]   62/8 93/5 123/15
152/10
shake [4]   21/5 72/10 72/13
73/14
shake-off [1]   73/14
shaking [2]   73/2 73/12
shape [10]   13/9 64/22 64/24

s-c-u-f-f [1]   19/6
Share [1]   10/8
shared [1]   21/12
sharing [1]   63/6
sharp [1]   48/18
she [3]   72/21 72/21 144/19
shin [2]   48/17 119/16
shirts [1]   13/14
short [5]   52/13 62/7 96/7 96/9
153/5
shorter [1]   112/19
shot [24]   21/16 22/11 31/23
36/16 38/11 89/14 89/15 89/16
89/18 89/24 90/1 92/10 92/12
97/25 98/22 99/1 99/11 105/20
105/21 106/2 133/9 133/10
137/13 137/14
shots [11]   21/2 21/13 21/20
30/20 31/3 38/7 87/22 87/23
88/1 96/20 133/8
should [14]   7/14 21/25 22/4
22/7 23/10 92/20 106/12 109/20
128/13 137/14 140/12 153/5
153/5 156/9
shoulder [1]   133/11
show [9]   28/17 63/13 93/11
93/14 93/23 94/8 109/6 130/5
150/25
showed [1]   125/18
showing [3]   23/12 94/12 108/24
side [6]   7/4 18/16 18/17 66/1
111/4 132/17
SIDEBAR [16]   52/11 54/4 54/15
56/1 60/20 61/13 88/10 93/1
107/15 110/12 127/12 130/7
140/11 140/18 146/1 147/2
sides [1]   84/6
sign [9]   70/11 71/8 71/16 72/3
72/8 72/9 72/11 112/3 113/13
signals [1]   70/3
signed [5]   63/1 63/5 150/5
150/9 151/24
significance [2]   45/21 47/9
significant [4]   76/14 117/2
129/11 132/20
signs [16]   69/21 70/6 70/9
70/12 70/13 70/21 70/22 71/3
71/6 73/2 73/11 73/15 73/16
120/19 139/24 140/4
simply [6]   66/2 79/23 94/14
105/18 123/11 140/4
since [7]   44/23 44/23 71/23
95/24 108/4 111/3 132/13
sink [1]   76/3
sinker [1]   76/4
sir [194]
sit [3]   32/6 38/4 148/18
situations [1]   73/10
six [7]   14/13 62/25 67/10
69/17 75/20 81/15 154/18
Sixty [1]   149/14
Sixty-three [1]   149/14
skip [1]   143/4
Skittles [7]   32/12 32/13 32/23
33/2 33/4 33/4 121/23
Sky [1]   134/2
slide [1]   94/16
slider [3]   76/4 94/8 94/10
sliders [1]   69/24
slightly [1]   94/14
slow [1]   72/19

S

**slower [1]**  75/1
**slowly [1]**  72/25
**small [2]**  6/6 6/10
**smallest [1]**  6/4
**smart [2]**  32/22 70/15
**smart-alecky [1]**  32/22
**smile [3]**  69/3 73/25 87/7
**smiling [1]**  119/7
**so [138]**  4/5 4/7 6/23 9/12
  17/13 17/19 18/20 20/2 20/5
  21/1 21/23 25/12 25/22 25/24
  27/22 27/22 27/23 27/23 32/25
  35/2 35/20 41/5 43/25 47/5
  48/10 49/8 49/22 50/4 52/18
  53/9 56/17 59/9 62/16 63/11
  64/10 66/14 67/14 67/25 68/6
  68/13 69/9 69/14 69/21 70/6
  71/2 71/24 72/18 72/23 73/8
  73/11 76/15 78/11 82/17 83/8
  85/3 85/5 85/7 85/9 85/14 86/8
  90/21 92/3 92/14 95/6 96/8
  97/2 97/5 97/13 98/15 99/15
  100/3 100/7 100/13 100/22
  101/9 103/9 103/13 103/19
  103/24 105/8 107/24 107/25
  108/25 109/3 109/19 109/24
  111/23 112/5 113/21 113/25
  114/25 115/15 116/19 117/1
  117/7 117/17 119/10 120/1
  122/15 122/23 123/7 123/13
  124/13 124/18 126/8 129/4
  130/9 130/25 134/13 134/21
  135/5 137/7 137/15 141/7
  142/11 142/20 144/13 146/4
  146/7 146/22 146/25 148/2
  148/3 148/4 148/16 148/18
  148/18 148/21 151/6 151/8
  152/19 153/5 153/18 153/19
  155/14 155/17 155/21 156/11
**So-so [2]**  27/22 27/23
**solid [2]**  64/10 95/8
**solidified [2]**  64/11 66/3
**some [46]**  5/18 5/19 5/20 10/12
  11/7 13/9 13/18 14/17 15/3
  15/5 16/11 21/12 21/13 25/10
  26/24 31/15 39/8 41/10 59/8
  62/18 63/6 66/17 68/13 76/7
  76/21 76/22 76/22 76/22 86/6
  91/20 96/1 97/8 101/3 104/11
  105/22 111/9 111/10 112/20
  117/14 130/14 131/10 136/18
  140/23 146/3 147/7 152/23
**somebody [21]**  8/5 8/8 10/15
  10/20 17/10 20/10 28/5 66/24
  72/5 77/7 78/2 89/19 90/13
  98/24 99/9 109/11 127/17 130/1
  144/13 148/3 148/14
**somebody's [1]**  50/3
**someone [8]**  13/12 43/15 69/14
  89/13 92/12 103/1 111/3 111/4
**something [28]**  10/17 16/18
  16/21 17/10 18/9 19/8 37/2
  38/11 48/23 69/22 70/13 90/23
  102/17 105/12 105/20 108/2
  123/16 127/22 128/16 129/15
  131/22 133/6 133/16 139/11
  139/14 143/12 146/4 154/18
**sometime [4]**  61/15 117/11
  154/10 154/25
**sometimes [7]**  15/16 19/5 28/18

**Somewhat [1]**  28/14
**somewhere [3]**  90/15 125/22
  150/11
**son [3]**  58/19 58/21 58/23
**soon [1]**  148/19
**sorry [17]**  5/10 7/10 9/17
  13/13 18/1 23/7 26/5 26/18
  31/21 34/17 39/6 62/21 73/18
  91/8 102/7 144/19 156/9
**sort [2]**  73/2 131/21
**sound [2]**  100/13 136/17
**sounds [1]**  137/10
**space [3]**  28/1 134/2 134/15
**sparingly [1]**  71/24
**speak [9]**  4/18 4/20 38/17
  38/20 53/25 73/8 153/17 154/5
  155/13
**speaking [2]**  53/18 146/2
**specific [3]**  91/1 92/15 143/12
**specifically [2]**  83/11 129/16
**specifics [2]**  102/12 130/14
**speculate [1]**  56/6
**speculation [7]**  43/21 65/9
  78/16 79/1 79/2 80/15 83/21
**speech [1]**  4/3
**speed [1]**  77/23
**spell [3]**  57/7 104/7 149/11
**spend [2]**  14/14 61/21 85/8
  105/6
**spent [5]**  33/11 34/13 101/9
  105/5 140/22
**spin [1]**  93/25
**split [7]**  93/7 93/8 93/15
  93/17 93/21 94/22 94/23
**spoke [2]**  38/25 39/3
**spoken [2]**  29/10 132/21
**sport [2]**  138/17 138/19
**sports [1]**  25/13
**spot [3]**  11/2 31/15 95/7
**spots [1]**  77/15
**spring [15]**  49/25 63/10 63/11
  63/18 64/18 64/21 65/6 67/8
  67/10 74/7 79/15 83/6 117/11
  117/18 118/14
**springtime [1]**  118/10
**sprints [1]**  108/21
**squat [1]**  71/4
**squats [1]**  108/22
**stadiums [2]**  70/16 118/1
**staff [8]**  25/21 25/23 31/11
  31/18 31/23 32/3 86/6 114/9
**stage [3]**  75/13 127/17 129/2
**stand [13]**  12/11 12/13 17/5
  17/9 26/18 38/16 89/1 91/18
  92/14 97/4 100/23 104/3 136/2
**standard [4]**  68/17 68/19 68/22
  75/22
**Stargell [1]**  150/25
**start [19]**  48/11 63/11 64/22
  67/8 72/21 72/24 105/9 105/25
  118/14 127/14 129/3 137/3
  137/15 141/5 141/10 153/5
  153/6 153/20 156/7
**started [11]**  54/22 65/15 67/11
  74/25 75/16 75/16 75/17 79/16
  136/11 141/9 142/25
**starting [5]**  63/3 71/20 76/18
  76/19 76/24
**starts [8]**  48/10 76/24 117/11
  117/17 118/12 141/23 141/25
  142/1

**stated [1]**  32/11
**statement [27]**  18/6 46/10 54/5
  88/11 88/16 88/25 89/6 90/5
  90/13 91/1 91/11 91/12 91/23
  99/4 102/13 103/9 110/14 111/9
  112/1 112/13 119/3 126/1 126/20
  129/23 130/1 142/20 144/14
**statements [5]**  91/4 100/5
  102/2 130/5 130/11
**STATES [3]**  1/1 1/3 1/10
**stats [1]**  77/19
**stay [4]**  56/16 77/9 77/12
  95/19
**staying [2]**  82/17 94/16
**stays [1]**  100/1
**stealing [1]**  70/13
**stenography [1]**  2/16
**steroid [4]**  36/16 36/18 39/1
  97/19
**steroids [3]**  36/21 36/22 54/23
**STEVEN [1]**  1/13
**steven.durham [1]**  1/17
**still [6]**  4/3 78/19 86/18 89/2
  110/6 126/25
**stood [1]**  12/12
**story [1]**  43/5
**straight [3]**  17/11 94/6 153/25
**strap [2]**  13/16 48/17
**straps [1]**  13/14
**streak [3]**  76/25 78/9 78/12
**Street [2]**  1/16 1/21
**strength [19]**  24/10 24/18 34/3
  37/25 66/11 66/16 67/17 105/7
  106/7 109/7 109/12 114/15
  114/21 115/20 122/1 122/8
  123/3 125/8 133/7
**strenuous [1]**  9/22
**stress [1]**  95/17
**stricken [2]**  107/17 108/3
**strictly [1]**  103/17
**strike [5]**  6/24 20/6 53/21
  68/1 107/21
**strong [1]**  64/20
**stronger [1]**  7/3
**struck [1]**  67/24
**stuck [1]**  129/21
**studious [1]**  5/23
**studiousness [1]**  5/19
**stuff [15]**  26/24 39/2 46/6
  50/16 65/23 66/1 70/17 76/1
  76/2 76/5 76/14 76/15 78/5
  78/6 79/18
**subject [18]**  5/13 53/12 53/13
  61/7 101/15 105/4 105/9 105/13
  105/17 106/5 106/9 107/25
  136/19 137/4 137/17 137/18
  144/1 144/4
**submitted [3]**  56/3 56/5 56/8
**substance [9]**  22/18 23/1 39/4
  122/9 123/4 124/3 124/4 124/8
  136/6
**substances [2]**  55/18 55/23
**succeed [3]**  13/10 13/12 13/15
**success [4]**  13/19 14/6 14/8
  95/1
**such [1]**  52/25
**sufficient [5]**  96/22 103/12
  103/13 109/1 110/2
**sufficiently [4]**  98/23 102/19
  102/22 103/2
**suggest [2]**  43/6 52/16

**S**

**suggested [3]** 43/12 89/18 96/18
**suggesting [2]** 89/13 92/12
**suggestion [1]** 50/25
**suit [3]** 87/5 87/8 87/11
**Suite [1]** 1/22
**summer [10]** 83/8 83/8 118/15 118/18 119/12 119/13 119/19 125/6 125/7 135/14
**supplement [3]** 124/1 124/11 136/4
**supplements [1]** 121/22
**support [2]** 78/19 114/9
**supporting [1]** 86/6
**supposed [3]** 128/19 148/16 148/21
**supposedly [1]** 127/17
**sure [33]** 16/25 21/25 36/24 38/15 45/4 54/25 55/9 62/1 89/12 92/10 92/11 93/6 98/23 104/24 105/9 106/4 106/4 110/3 111/12 122/6 131/15 136/12 136/14 136/21 137/2 137/12 137/15 137/25 138/2 138/7 138/11 142/12 142/12
**surprised [2]** 81/17 82/19
**sustain [6]** 33/14 43/22 51/1 80/5 87/25 126/24
**Sustained [9]** 42/10 45/24 50/18 79/3 80/16 82/4 82/15 143/20 145/11
**swear [1]** 89/17
**sworn [4]** 14/3 25/20 56/22 149/1
**synch [1]** 72/15
**syringes [3]** 22/25 23/4 39/16
**system [2]** 61/23 152/17

**T**

**T-shirts [1]** 13/14
**table [1]** 39/16
**tablet [1]** 32/21
**tagging [1]** 67/6
**take [23]** 6/13 10/16 23/5 27/15 32/21 33/1 34/20 35/13 40/3 46/17 50/7 50/11 51/4 75/6 93/7 93/25 95/20 96/7 96/8 101/2 121/21 121/25 131/3
**taken [1]** 97/23
**takes [4]** 19/14 96/24 119/12 154/22
**taking [8]** 11/2 95/17 111/22 113/7 121/22 123/25 131/5 136/7
**talk [39]** 25/17 28/6 28/6 29/18 29/20 29/23 29/25 30/3 40/11 42/6 44/22 45/8 45/15 59/24 62/1 67/19 72/25 82/13 90/24 91/25 92/6 92/8 96/19 96/21 103/24 113/16 115/23 117/10 120/4 121/7 124/20 143/25 144/17 144/18 144/22 144/24 144/25 145/17 147/5
**talked [25]** 17/16 40/11 42/23 49/25 59/17 59/22 59/25 89/17 90/1 90/25 91/23 92/16 94/23 94/24 98/16 111/16 113/10 113/18 121/8 132/12 132/12 132/18 140/21 144/1 145/3
**talking [30]** 5/1 5/10 5/11

34/20 47/6 52/21 72/21 72/22 75/14 88/24 89/3 91/16 91/17 91/20 99/25 110/4 112/8 120/5 124/22 125/6 125/15 126/6 127/8 131/1 146/23
**talks [1]** 98/2
**tall [1]** 150/14
**Taylor [6]** 27/6 31/7 31/8 134/19 134/20 134/22
**teach [1]** 16/17
**team [46]** 4/18 5/8 10/9 10/10 11/15 12/16 12/21 13/14 13/19 14/7 14/12 15/5 21/18 21/22 26/3 27/10 27/11 29/5 31/24 46/14 62/8 62/9 62/10 66/15 70/12 75/15 75/15 75/17 75/21 76/6 76/19 76/21 78/13 78/24 85/7 106/12 114/10 132/19 133/13 134/15 134/18 135/19 142/9 150/2 150/4 150/25
**teammate [3]** 10/9 11/8 81/12
**teammates [5]** 14/11 14/17 81/9 81/11 132/6
**teams [4]** 25/13 62/8 62/9 62/22
**tears [1]** 26/24
**technical [1]** 67/25
**techniques [1]** 147/8
**teed [1]** 88/21
**telephone [2]** 111/13 114/1
**tell [33]** 5/10 5/22 9/11 10/3 12/2 20/5 23/11 23/18 24/3 29/15 39/8 45/19 46/23 54/6 57/7 61/3 65/10 75/2 76/2 79/14 83/7 101/3 101/6 101/17 101/18 105/3 108/9 109/3 109/13 138/7 143/24 155/4 155/5
**telling [6]** 27/2 34/21 98/24 109/12 125/17 126/4
**temperature [2]** 118/18 118/20
**tend [4]** 16/23 97/7 114/11 152/19
**tended [1]** 152/16
**tendencies [1]** 6/22
**Tennessee [9]** 149/18 151/18 151/21 151/22 151/23 151/24 152/3 152/25 152/25
**term [1]** 136/21
**terms [11]** 42/6 44/1 47/18 66/24 76/11 79/6 79/21 80/12 80/19 80/20 141/8
**testified [9]** 32/7 40/4 56/23 89/7 99/11 102/14 125/22 129/1 149/2
**testify [4]** 89/4 98/20 128/10 129/9
**testifying [2]** 109/6 109/22
**testimony [35]** 5/14 13/4 14/3 14/4 17/19 22/15 25/20 26/5 29/5 29/14 32/3 39/4 40/1 40/9 41/21 42/4 44/1 45/8 45/13 54/17 55/2 55/7 56/9 86/8 86/16 86/19 89/21 96/23 97/15 98/2 102/18 113/2 143/17 144/25 155/25
**testing [1]** 54/22
**Texas [5]** 64/1 149/16 152/4 152/5 152/6
**than [22]** 12/20 14/10 15/5 16/12 30/25 41/4 41/10 49/6

116/9 99/3 109/9 112/19 119/13 121/13 132/20 137/25 138/2 142/4 156/12
**thank [26]** 39/20 47/13 53/23 56/13 65/12 71/11 80/7 82/20 97/11 103/15 103/21 104/10 107/5 107/6 110/11 140/9 140/17 143/9 145/21 145/23 147/14 147/17 147/24 153/3 156/14 156/15
**that [767]**
**that's [52]** 5/7 8/17 9/15 10/17 11/21 11/23 12/23 14/15 15/8 16/1 19/8 19/9 21/4 21/9 23/23 28/5 33/1 33/13 34/9 36/12 45/3 52/9 52/21 53/12 54/13 55/14 55/19 61/4 69/20 81/13 87/25 90/10 91/19 92/6 93/19 96/21 98/1 103/12 105/6 108/16 111/7 114/2 116/16 116/19 119/8 120/3 129/8 134/7 136/14 136/16 150/8 155/6
**the 2001 [1]** 100/10
**their [12]** 8/20 46/24 47/9 47/12 59/11 61/23 67/20 82/9 109/7 112/25 139/8 145/9
**them [39]** 4/20 11/24 14/14 31/17 31/20 35/15 36/16 37/10 38/10 39/1 46/15 46/19 47/20 48/18 48/24 50/4 61/3 67/20 71/5 71/6 71/6 85/12 87/20 90/14 99/16 109/13 113/18 133/23 144/17 145/1 145/3 146/12 148/6 152/17 154/15 155/5 155/5 155/5 156/12
**then [62]** 4/6 10/24 34/18 41/15 41/25 42/3 57/18 58/12 58/19 60/8 61/24 62/6 62/7 62/11 62/12 62/15 62/17 62/22 62/24 63/1 63/14 63/16 64/3 67/5 72/4 76/11 79/10 85/17 85/23 86/4 91/24 92/1 93/3 94/8 95/24 98/4 100/1 102/16 107/23 108/7 112/5 112/11 112/24 116/10 116/12 119/12 127/19 128/18 129/21 131/1 135/13 137/20 138/8 143/4 150/10 151/20 151/25 153/1 153/22 155/7 155/11 155/12
**there [106]** 10/11 13/9 13/14 14/12 15/23 15/24 15/25 16/11 23/1 23/23 26/13 26/22 27/12 28/18 28/23 29/6 36/8 37/11 45/4 49/19 50/1 50/9 57/16 62/8 64/4 64/14 66/4 67/25 71/13 73/13 74/5 76/5 78/5 81/7 82/18 82/24 83/13 83/18 84/3 84/11 84/19 84/21 85/8 85/9 86/1 86/8 86/20 86/22 86/22 87/4 91/22 92/4 96/1 96/17 96/25 97/1 97/14 98/5 98/15 99/16 100/14 102/17 102/17 103/18 103/20 104/15 105/8 107/18 107/21 108/5 108/21 117/14 121/11 125/22 126/1 126/8 126/8 128/14 128/19 129/14 130/18 130/25 131/9 131/10 131/10 131/13 131/14 131/16 133/25 134/20 135/19 136/1 140/14 142/7 142/11 144/7 146/15 150/1

**T**

**there...** **[8]**  150/6 150/10
150/12 152/4 152/5 152/19
153/18 156/5
**there's** **[9]**  70/16 92/1 107/19
108/19 109/1 131/21 137/1
142/25 144/9
**therefore** **[2]**  56/5 103/4
**thereon** **[1]**  91/15
**Thereupon** **[2]**  56/20 148/24
**these** **[15]**  7/5 13/21 14/5
38/25 53/15 55/17 71/3 77/17
85/10 127/19 129/1 130/4 130/5
131/16 155/19
**they** **[83]**  4/8 6/10 6/10 7/3
8/10 8/25 13/14 13/21 13/24
13/24 14/1 16/24 17/3 19/4
19/5 19/5 20/12 20/15 21/5
25/14 32/12 35/18 35/19 36/16
37/2 43/4 46/13 46/15 46/17
47/7 47/8 47/14 47/15 47/19
47/21 48/7 48/25 49/1 50/2
50/3 50/4 50/5 55/8 55/15
55/16 55/23 56/5 58/9 58/19
62/4 67/11 67/20 78/24 85/24
86/2 86/2 89/17 90/13 108/2
109/7 114/23 121/22 129/24
129/24 132/5 132/8 132/9
134/14 144/17 144/18 144/22
145/3 145/5 145/9 145/14
145/19 151/1 152/14 152/17
152/19 154/15 155/7 156/3
**they'd** **[2]**  38/11 151/2
**they're** **[3]**  7/2 55/7 134/13
**thing** **[11]**  47/24 53/24 65/4
69/21 92/8 99/9 109/4 109/15
112/18 112/21 142/25
**things** **[19]**  7/5 11/7 37/3 42/7
46/18 48/12 52/17 67/24 69/16
69/19 69/20 71/14 77/17 108/22
112/20 115/19 120/14 128/6
128/19
**think** **[131]**  7/12 8/2 9/11 9/12
12/10 13/11 13/16 13/18 14/17
17/9 21/23 22/5 22/6 22/9
24/12 25/12 25/13 25/14 27/5
27/12 27/17 28/16 28/25 30/15
31/20 32/7 33/7 35/20 37/1
38/14 41/5 46/13 46/15 46/23
49/25 51/16 51/17 52/15 53/11
55/11 55/12 55/24 64/2 64/4
66/8 67/4 67/15 67/16 67/18
67/21 68/19 68/20 68/22 69/16
72/17 75/22 75/23 76/5 76/8
78/5 78/6 78/14 81/12 84/6
88/18 88/24 90/7 90/10 90/16
90/21 90/21 90/25 91/17 91/20
91/24 92/1 92/19 96/13 96/21
97/23 98/17 99/15 102/19
102/24 103/9 103/12 103/13
107/16 108/1 108/3 109/1 109/5
109/13 109/18 109/20 109/22
114/8 114/9 120/4 126/10 128/3
128/6 128/12 129/22 131/10
132/5 133/1 133/9 133/10 136/2
136/3 136/3 136/5 136/16
136/23 139/10 139/10 139/12
140/14 142/19 146/4 146/6
146/21 146/25 151/17 152/7
152/15 153/12 154/25 155/16
156/2

**thinks** **[2]**  92/10 155/20
**third** **[5]**  58/15 58/16 113/15
113/18 152/11
**Thirty** **[1]**  81/15
**Thirty-six** **[1]**  81/15
**this** **[124]**  15/19 17/19 18/5
22/2 23/7 23/20 24/8 24/20
25/20 25/21 26/3 26/5 26/8
27/14 30/4 30/6 30/15 30/16
32/22 33/12 33/19 34/3 34/19
38/14 40/3 41/11 42/12 42/16
44/15 44/23 50/9 51/9 51/23
52/16 52/19 52/25 53/5 53/12
55/2 55/9 61/6 63/20 65/14
76/11 79/20 79/23 80/22 86/5
86/11 88/11 88/21 92/13 92/18
92/22 96/20 96/25 97/16 98/3
98/17 98/20 99/24 100/4 100/10
100/19 100/20 101/22 102/25
103/11 103/11 108/15 108/17
109/2 109/9 110/24 111/2
112/24 113/15 119/10 119/11
124/21 126/8 127/3 127/10
127/20 127/20 127/21 127/21
128/2 128/17 128/22 128/24
129/3 129/11 129/12 129/13
129/16 130/10 131/21 131/22
131/24 135/13 135/23 136/9
137/9 138/12 139/11 143/8
143/24 144/11 144/12 145/14
145/18 146/8 146/9 146/14
146/15 146/21 148/9 148/10
148/19 150/12 151/1 154/5
155/9
**those** **[45]**  5/20 6/9 7/19 8/22
13/9 15/3 15/4 21/20 22/19
31/3 37/5 37/9 37/15 37/16
37/18 37/21 50/13 70/3 70/21
71/2 82/13 89/20 93/19 95/20
96/2 102/1 104/15 104/17
108/22 109/10 111/24 115/19
118/1 118/4 118/9 118/14
119/12 119/13 130/11 137/1
137/24 137/25 142/1 148/17
152/12
**though** **[7]**  6/18 32/13 42/21
76/15 115/17 126/20 136/6
**thought** **[21]**  7/15 25/22 26/22
30/1 30/25 33/3 53/9 73/7
90/15 107/18 108/12 109/16
109/25 124/6 124/8 135/5 141/4
143/11 143/18 146/17 147/7
**three** **[29]**  20/12 22/24 26/24
27/12 37/3 39/16 57/21 58/8
61/22 62/9 70/6 70/9 70/13
71/6 75/3 85/10 85/12 107/12
113/25 131/8 135/21 135/23
142/15 149/14 151/14 151/15
152/9 152/14 153/13
**three-game** **[2]**  135/21 135/23
**threes** **[2]**  69/24 71/7
**threw** **[1]**  18/20
**throat** **[1]**  130/3
**through** **[13]**  38/10 62/25 71/11
71/12 71/12 88/22 93/4 127/19
128/18 138/12 153/20 154/19
155/10
**throughout** **[2]**  118/15 144/17
**throw** **[17]**  18/18 18/19 19/4
19/5 20/22 48/19 49/4 49/8
50/2 50/7 50/8 50/13 71/17

**throwing** **[4]**  49/13 77/24 93/8
119/16
**thrown** **[1]**  71/24
**throws** **[2]**  8/5 49/4
**thumb** **[1]**  31/16
**Thursday** **[4]**  97/14 153/22
154/3 154/5
**till** **[1]**  127/15
**time** **[114]**  4/4 4/6 5/4 6/25
8/9 8/9 12/12 14/14 14/16
14/22 15/13 15/24 15/25 16/15
21/21 22/5 27/12 27/14 27/15
28/17 28/19 28/19 29/2 29/5
30/11 33/11 34/13 34/20 35/18
36/4 37/6 38/5 39/20 40/6
44/15 44/23 50/8 52/6 57/22
59/15 59/25 60/3 61/25 62/4
62/18 63/6 63/6 64/14 64/25
65/17 65/24 66/4 66/15 67/13
68/2 68/4 69/6 70/14 71/7
71/17 72/20 73/12 74/6 74/15
75/25 77/10 81/2 83/24 85/3
85/8 86/16 86/25 93/8 94/18
95/23 101/3 101/9 101/10
104/11 104/18 105/5 105/7
107/7 113/18 117/2 117/13
119/25 120/1 122/13 123/17
125/1 125/8 125/11 126/2
130/24 132/12 132/19 135/7
139/6 140/23 141/15 141/16
141/17 144/22 144/24 146/10
146/13 147/11 149/19 152/11
152/23 153/6 153/18 153/25
**timeframe** **[4]**  60/13 60/14
61/16 99/25
**timely** **[1]**  76/22
**times** **[15]**  8/25 28/20 41/23
48/9 50/5 50/7 97/13 106/23
111/9 123/15 139/4 139/7 142/1
146/9 147/7
**tired** **[2]**  139/8 139/13
**titled** **[1]**  157/5
**to 2001** **[3]**  98/9 99/23 100/5
**today** **[7]**  38/16 112/8 113/2
125/12 125/21 126/21 144/25
**today's** **[1]**  111/8
**together** **[9]**  12/23 66/17 76/24
78/9 94/12 94/13 110/24 112/10
114/24
**told** **[21]**  7/15 22/23 26/24
29/19 33/3 39/1 42/15 44/4
44/7 44/9 48/5 62/1 72/18
82/11 87/23 89/14 89/16 97/23
144/12 155/17 155/19
**Tommy** **[19]**  24/21 24/22 26/8
26/8 26/11 26/20 27/15 27/17
27/20 28/16 28/17 30/18 114/18
114/19 134/6 134/25 135/3
135/11 135/12
**tomorrow** **[5]**  148/1 153/2
154/18 156/6 156/7
**too** **[5]**  19/5 71/9 108/11
128/25 146/13
**took** **[7]**  7/22 10/24 18/6 20/10
33/22 81/6 136/7
**top** **[1]**  15/24
**topic** **[15]**  30/4 98/11 100/13
136/15 137/3 137/10 137/12
137/25 138/2 138/12 138/13
138/15 139/15 139/17 146/10
**topics** **[1]**  112/7

Case 1:10-cr-00223-RBW Document 195 Filed 06/19/12 Page 179 of 181

# T

**tops [1]** 85/6
**torn [2]** 31/15 38/9
**Toronto [17]** 13/3 23/5 26/15 30/20 34/7 36/15 48/11 60/4 62/18 62/20 63/2 87/22 104/12 114/17 116/14 125/1 132/18
**Total [1]** 30/23
**totally [3]** 89/17 91/21 92/11
**touch [1]** 23/22
**tough [3]** 139/10 150/7 151/3
**tougher [4]** 119/18 119/20 119/20 119/22
**tour [2]** 131/3 131/5
**toward [3]** 79/17 143/14 152/23
**towards [1]** 152/16
**town [2]** 111/3 112/24
**traded [3]** 62/24 150/10 150/21
**train [1]** 79/16
**trained [3]** 67/10 114/7 114/16
**trainer [27]** 24/23 24/25 26/12 26/21 27/18 28/6 28/7 29/4 29/8 30/1 106/12 106/17 106/19 114/5 114/6 114/6 114/7 114/8 114/9 114/13 114/15 114/17 114/19 114/20 135/1 135/4 135/6
**trainer's [1]** 37/11
**trainers [2]** 29/8 133/3
**training [32]** 25/1 25/4 28/1 28/7 28/13 28/21 35/18 35/19 37/8 37/11 38/18 46/6 49/25 63/10 63/11 63/18 64/18 64/21 65/6 66/16 66/17 66/19 67/9 67/10 74/7 79/15 94/24 106/22 109/12 115/7 117/11 117/18
**trait [1]** 94/25
**transcript [4]** 1/9 2/16 92/20 157/4
**transcription [1]** 2/16
**travel [1]** 142/10
**treat [2]** 47/20 69/15
**treated [2]** 13/3 13/8
**treatment [1]** 114/12
**treatments [1]** 25/5
**trend [1]** 152/22
**trial [7]** 1/9 44/15 60/15 60/22 111/2 111/8 128/23
**trick [1]** 95/9
**tried [3]** 50/1 60/25 144/24
**trouble [1]** 155/22
**true [6]** 11/14 19/17 45/9 45/15 96/21 147/10
**trust [8]** 15/11 15/13 15/16 15/19 15/23 16/8 16/14 16/16
**truth [4]** 90/5 90/8 127/23 144/2
**truthfulness [1]** 91/7
**try [7]** 42/22 52/19 53/19 68/25 72/25 105/22 141/13
**trying [10]** 42/20 49/8 71/5 110/7 141/18 143/15 153/9 153/9 155/18 155/21
**Tuesday [8]** 94/4 111/3 113/1 153/16 154/1 154/7 154/10 154/21
**turn [2]** 21/10 76/18
**turned [3]** 22/10 81/9 81/10
**Twelve [2]** 116/1 116/2
**twice [1]** 32/21
**twisting [1]** 94/15

**Twelve...** [1] 12/23
**two [22]** 26/17 26/18 27/12 37/2 41/16 41/18 58/21 60/6 61/22 63/17 69/6 87/19 94/10 97/12 97/12 126/23 137/1 137/1 143/24 146/9 147/6 151/17
**twos [4]** 69/24 70/1 70/5 71/7
**TX [1]** 1/22
**type [5]** 81/10 102/12 109/19 111/9 111/10
**types [2]** 93/5 115/19
**typical [3]** 106/11 132/1 152/13
**typically [2]** 70/10 94/5

# U

**U.S [2]** 1/15 2/6
**Uh [13]** 7/9 17/15 17/25 25/19 30/12 32/20 39/14 41/22 117/6 117/20 121/17 124/23 133/20
**Uh-huh [13]** 7/9 17/15 17/25 25/19 30/12 32/20 39/14 41/22 117/6 117/20 121/17 124/23 133/20
**ultimately [3]** 20/24 21/3 21/4
**umpire [1]** 19/2
**umpires [1]** 6/22
**umpiring [1]** 6/12
**unaware [1]** 122/14
**uncertain [1]** 137/10
**unclear [1]** 137/13
**uncomfortable [4]** 101/25 103/24 106/7 143/14
**uncommon [4]** 8/17 9/15 15/8 16/8
**under [5]** 14/4 22/23 86/19 108/4 110/1
**undermine [3]** 127/24 129/12 129/16
**undermines [1]** 102/17
**underneath [1]** 67/20
**understand [13]** 13/4 17/22 33/11 46/22 73/18 95/15 100/11 115/19 123/13 123/13 124/20 129/19 153/13
**understanding [8]** 7/16 46/2 88/23 91/3 129/20 133/5 133/17 146/16
**understands [1]** 61/7
**understood [7]** 46/20 90/4 90/6 90/18 115/23 121/7 133/15
**unequivocally [1]** 100/15
**unfair [2]** 96/14 146/14
**unfortunately [1]** 52/16
**uniform [1]** 46/17
**uniforms [1]** 47/15
**uninitiated [1]** 8/23
**unique [2]** 48/20 139/23
**UNITED [3]** 1/1 1/3 1/10
**University [7]** 57/19 58/3 64/1 151/21 151/23 151/24 152/3
**unless [1]** 91/13
**unnoticed [1]** 67/18
**unpaid [1]** 59/11
**unstoppable [1]** 79/17
**unsure [2]** 91/21 137/22
**until [8]** 34/17 62/21 148/11 148/18 153/22 153/22 154/3 154/4
**unusual [2]** 68/1 70/5
**up [86]** 11/2 12/11 12/12 12/13 13/13 13/16 15/4 16/1 16/2

16/3 17/8 17/12 17/13 23/23 28/17 34/2 38/16 38/18 39/11 39/15 45/4 45/8 45/15 46/6 49/9 54/18 56/10 56/13 57/14 57/15 59/1 61/6 61/24 62/7 62/18 63/13 64/14 68/1 71/6 71/6 71/18 73/11 79/6 79/6 79/8 79/14 81/9 81/10 88/21 92/23 93/15 94/1 101/15 101/16 105/4 105/10 105/13 105/13 105/18 106/5 107/19 111/16 114/3 116/14 120/1 125/18 130/21 136/15 136/20 137/5 137/11 137/12 138/1 138/2 138/11 144/4 146/7 146/10 146/22 148/3 149/17 150/12 151/6 152/12 153/2 154/11
**us [30]** 7/15 8/22 9/11 10/8 12/2 17/16 20/5 21/12 23/11 28/17 34/21 39/8 47/8 61/8 65/10 72/21 72/22 75/2 86/2 101/6 101/17 101/18 105/3 130/2 131/8 143/24 144/7 150/12 154/22 155/25
**usdoj.gov [4]** 1/17 1/18 1/18 1/19
**use [17]** 18/8 18/19 18/20 19/6 48/6 50/9 54/23 55/17 55/23 69/23 72/10 73/9 94/6 95/21 137/5 137/6 148/6
**used [12]** 57/12 57/13 70/4 71/7 93/4 93/20 114/4 121/16 124/10 125/1 136/14 136/21
**uses [2]** 8/19 8/20
**using [3]** 19/3 70/13 70/20
**usually [7]** 9/16 14/12 14/16 22/10 37/3 37/6 69/23
**UT [3]** 152/2 152/2 152/8

# V

**vague [3]** 102/11 102/11 102/15
**vagueness [1]** 102/12
**van [2]** 85/19 85/21
**vans [2]** 85/24 85/25
**velocity [4]** 76/3 77/20 77/23 95/22
**venture [1]** 117/8
**Vero [1]** 61/23
**very [41]** 5/23 5/25 6/3 7/8 7/12 7/16 7/22 9/16 9/17 11/7 21/4 25/14 25/21 27/25 28/16 46/11 46/13 53/5 53/21 61/12 65/20 67/21 70/7 73/5 73/11 75/21 76/6 93/3 95/16 95/22 104/10 107/5 114/3 121/9 129/11 135/3 135/10 145/21 147/23 152/18 152/25
**veteran [2]** 64/23 73/17
**video [2]** 70/16 70/16
**view [3]** 27/20 81/3 82/25
**viewed [1]** 14/20
**violent [1]** 18/16
**Vioxx [7]** 32/9 32/12 121/22 124/3 124/6 124/7 136/3
**visit [6]** 41/13 42/13 60/6 110/24 111/1 113/21
**visiting [2]** 131/1 132/17
**visits [1]** 113/25
**vitamin [10]** 21/12 21/13 21/16 98/8 98/9 98/13 99/22 99/23 101/22 105/23
**voluntary [1]** 59/11

Case 1:10-cr-00223-RBW Document 195 Filed 06/19/12 Page 180 of 181

**V**

**volunteer [1]** 51/15
**volunteered [1]** 51/7

**W**

**wait [4]** 34/17 72/18 89/23
146/7
**waiting [3]** 64/5 148/8 148/21
**walk [1]** 134/8
**WALTON [1]** 1/10
**want [47]** 14/3 17/18 27/14
30/19 31/9 38/15 39/20 40/3
45/7 47/23 50/13 53/3 60/24
61/1 61/2 61/3 61/4 73/13 83/6
87/4 87/19 87/20 93/3 93/5
93/19 101/2 102/4 104/10
106/22 114/3 119/8 120/23
121/7 124/20 126/25 130/14
136/10 137/5 138/23 139/20
141/18 146/19 146/24 147/5
148/5 154/12 155/24
**wanted [20]** 21/6 36/24 48/12
48/13 48/24 49/24 54/9 70/21
71/15 71/23 72/13 73/13 80/14
80/17 87/8 108/11 144/17
144/22 146/4 147/10
**wanting [3]** 68/20 105/16
139/22
**wants [3]** 49/8 52/19 128/1
**was [423]**
**Washington [4]** 1/4 1/16 2/7
41/15
**wasn't [26]** 11/5 14/23 17/5
24/18 27/6 27/24 45/9 45/15
48/20 62/21 76/6 84/19 86/14
87/4 97/1 98/10 100/12 109/18
109/20 111/6 123/9 139/15
139/15 141/11 152/18 152/24
**waste [1]** 73/12
**watch [1]** 80/13
**watching [2]** 65/16 121/15
**way [39]** 11/17 13/9 35/6 42/12
43/12 45/21 46/20 46/21 47/21
49/18 55/15 58/5 61/24 62/7
64/21 64/24 66/2 70/15 70/15
74/13 75/18 76/11 78/3 78/24
81/8 87/14 87/21 97/8 99/12
107/25 109/6 123/11 140/5
141/19 142/9 142/14 144/11
145/7 152/24
**ways [2]** 76/20 134/6
**we [134]** 4/3 4/5 4/6 5/1 6/16
7/17 10/4 11/20 12/14 20/12
21/8 21/8 21/9 23/5 23/7 23/12
32/19 34/2 35/21 36/16 41/25
41/25 42/6 42/12 42/23 47/3
52/10 55/5 57/4 59/15 60/19
61/8 61/9 62/1 63/13 69/13
71/6 71/7 73/7 75/13 75/19
75/19 75/21 76/8 76/18 83/7
85/6 85/7 85/7 91/16 92/2
92/13 92/20 92/22 96/5 96/8
96/8 99/15 102/5 107/1 107/14
107/14 107/21 107/25 108/6
110/6 110/7 111/15 113/10
114/3 114/8 114/9 114/11 126/7
126/22 127/25 128/11 128/12
128/13 128/13 129/2 129/2
129/14 130/25 130/25 130/25
131/2 131/25 132/2 132/5
132/16 132/18 132/19 137/15

**we'd [2]** 61/10 127/16
**we'll [13]** 4/6 24/20 55/20
61/5 61/11 75/6 92/23 96/8
103/16 153/2 153/5 153/20
156/12
**we're [20]** 36/24 61/6 72/22
91/1 91/20 99/25 104/1 112/8
125/6 141/18 144/6 148/3 148/8
154/15 154/25 155/11 155/16
155/18 155/20 155/22
**we've [7]** 62/1 97/3 109/8
151/17 153/15 153/15 153/16
**weather [1]** 118/10
**Wednesday [4]** 154/2 154/8
155/11 155/14
**week [13]** 112/24 153/13 154/4
154/11 154/12 154/14 154/20
154/22 155/12 155/12 155/14
155/20 155/23
**weeks [4]** 67/10 75/20 107/12
126/23
**weigh [1]** 150/16
**weighed [1]** 150/18
**weight [15]** 34/13 34/15 34/21
34/25 35/2 35/10 35/14 35/15
37/25 102/21 105/2 115/7 134/3
134/5 147/11
**weight-lifting [1]** 147/11
**Weinstein [1]** 103/6
**welcome [2]** 4/17 39/21
**well [59]** 6/17 8/11 10/24
11/15 13/21 15/22 17/7 18/4
22/2 23/10 28/15 30/19 43/24
45/3 45/17 46/19 50/20 51/23
53/3 53/21 55/6 61/12 62/4
62/23 64/1 64/9 67/13 68/1
69/8 75/3 75/21 76/6 76/10
79/8 80/25 83/7 93/17 96/18
97/19 102/19 105/12 106/4
106/21 108/7 108/16 115/11
116/22 125/4 129/5 131/9
134/16 135/5 137/4 143/4
147/23 151/3 152/15 153/15
155/9
**well-known [1]** 13/21
**went [20]** 18/20 26/23 49/23
53/14 57/19 57/21 59/3 64/13
69/6 72/15 81/2 112/20 116/10
132/15 151/21 151/25 152/13
152/13 153/1 153/1
**were [140]** 5/1 5/10 5/11 5/13
7/17 7/19 7/19 9/4 9/6 11/1 11/14
11/20 12/14 12/19 13/8 13/9
14/10 14/15 14/25 17/3 20/12
20/14 21/9 21/18 26/15 27/12
29/15 30/3 30/5 30/6 32/8
32/12 33/21 34/21 35/18 36/15
37/16 37/18 39/8 40/14 40/17
41/1 41/8 48/8 50/13 53/15
54/1 54/16 56/9 57/23 58/2
60/8 61/19 62/15 63/22 65/23
66/22 67/2 69/16 69/21 70/1

144/12 145/24 146/3 148/1
148/5 148/6 148/9 148/18
148/18 148/19 148/21 148/23
150/21 150/23 152/4 152/6
152/22 152/25 153/5 153/8
153/10 153/12 153/12 153/19
153/25 154/10 154/11 154/13
154/14 154/17 154/18 154/19
154/20 155/22 156/7 156/10

76/18 76/19 78/24 81/17 83/23
84/2 85/3 85/10 85/12 85/21
85/24 86/5 86/9 86/11 86/25
90/20 90/22 96/2 96/5 97/16
97/23 104/11 108/11 108/12
109/25 112/9 114/23 114/25
115/24 120/5 120/11 121/9
121/22 126/8 127/4 129/2 129/2
130/5 131/10 131/13 132/5
132/8 132/9 133/2 133/15
135/19 139/8 139/13 139/13
140/4 143/7 143/10 143/15
144/13 145/13 145/14 145/19
147/8 148/1 149/19 149/21
150/6 150/16 150/22 150/23
151/8 152/2 152/4 152/5 152/6
152/7 152/7 152/8 152/10
152/14
**weren't [5]** 70/11 72/5 75/20
75/21 97/17
**what [237]**
**what's [4]** 70/23 99/13 122/4
124/15
**whatever [7]** 18/6 61/2 73/20
105/23 131/15 141/12 144/2
**when [114]** 7/25 11/6 11/14
12/9 14/12 20/6 21/7 21/16
22/18 30/1 30/3 30/5 35/5
36/15 37/12 40/6 40/8 40/9
41/25 42/3 42/12 42/18 43/25
47/1 47/5 48/10 49/22 49/22
50/11 50/20 51/4 51/5 53/9
58/2 59/15 60/11 61/19 62/1
62/13 62/17 63/8 63/9 63/11
63/11 63/18 63/23 64/6 64/8
64/17 64/18 65/2 66/8 66/23
67/8 67/16 67/18 68/19 68/22
71/17 71/18 71/23 73/1 73/15
73/21 73/25 74/1 74/6 77/15
79/13 81/6 81/17 82/12 85/3
85/3 86/22 86/23 87/3 89/3
94/21 95/4 95/4 101/3 101/7
102/14 104/21 105/6 109/21
114/8 115/14 118/10 119/20
119/20 119/22 119/22 122/13
122/13 123/17 123/23 123/24
132/12 132/22 136/3 142/4
142/8 142/13 142/25 148/2
150/16 156/12
**whenever [2]** 38/11 93/19
**where [42]** 6/24 22/11 25/5
28/5 28/10 28/25 34/6 34/21
37/5 41/8 50/2 57/14 58/25
59/24 60/1 61/21 68/11 68/11
69/13 70/16 71/3 83/19 84/12
84/13 91/6 94/4 98/6 101/10
101/23 104/22 114/3 114/11
119/8 119/10 119/18 127/17
129/2 149/15 149/17 150/19
153/8 153/10
**whereas [1]** 102/25
**Whereupon [4]** 96/1 100/23
102/8 104/3
**whether [53]** 8/12 38/17 42/3
44/25 45/4 45/8 46/9 47/3
48/12 49/24 51/6 52/23 53/8
53/8 55/8 55/22 68/24 70/14
76/12 82/25 84/6 84/10 85/9
86/8 86/17 86/19 86/21 87/21
89/1 89/13 89/14 91/2 91/22

**W**

**whether... [20]**   92/9 92/15 97/9 99/7 99/8 99/14 100/20 102/21 103/3 103/19 105/21 128/3 128/12 129/3 137/2 137/10 138/4 138/13 140/12 142/10

**which [14]**   4/3 21/12 27/4 70/5 77/23 81/9 84/5 92/10 101/24 104/24 106/3 114/9 129/13 130/24

**while [12]**   26/13 35/24 41/3 42/13 61/6 86/20 92/23 93/20 104/11 134/20 136/18 148/8

**white [3]**   123/12 128/14 129/13

**who [34]**   4/23 6/12 8/5 8/8 13/13 14/5 14/15 15/3 16/19 20/24 21/20 24/6 26/3 30/10 38/16 38/20 40/20 40/22 48/8 48/24 56/5 59/22 71/2 81/23 82/2 102/1 103/1 105/19 131/12 131/15 134/18 150/12 150/23 150/25

**who's [8]**   24/3 24/22 70/3 81/14 89/4 91/17 127/6 131/15

**whole [4]**   70/22 82/16 133/10 142/9

**Whom [1]**   57/23

**whose [2]**   66/23 67/3

**why [24]**   10/3 10/7 18/13 20/8 49/1 50/15 51/7 51/8 51/15 63/25 66/10 69/3 81/20 86/13 87/7 106/6 106/8 106/10 108/8 108/25 129/8 131/24 137/5 146/16

**wife [2]**   144/11 144/12

**will [17]**   4/8 33/14 56/7 61/9 88/11 97/11 98/20 99/9 102/21 108/9 109/3 129/6 138/11 148/4 153/12 153/19 155/8

**WILLIAM [1]**   1/6

**Willie [3]**   150/24 151/1 151/2

**willing [2]**   89/17 128/20

**win [15]**   18/6 18/8 46/14 47/8 48/1 50/22 51/6 53/8 77/18 77/18 78/9 78/12 138/23 139/20 139/22

**wind [1]**   108/21

**winner [1]**   68/8

**winning [3]**   76/21 76/25 79/9

**wins [2]**   47/18 76/24

**winter [2]**   63/7 66/13

**wise [1]**   75/1

**wish [1]**   116/3

**withdraw [1]**   107/2

**withdrew [2]**   107/19 108/4

**without [6]**   31/24 42/15 53/14 60/2 82/7 82/11

**witness [51]**   3/2 29/14 38/16 54/5 55/11 55/12 56/18 56/22 89/1 89/4 89/5 89/5 91/8 91/11 91/12 91/13 91/15 91/17 91/17 91/18 91/21 92/14 96/11 96/15 96/20 96/22 97/3 97/4 97/8 98/18 98/20 99/24 100/19 100/23 102/4 102/8 102/25 103/6 103/8 103/11 103/23 104/3 129/12 129/22 146/3 146/17 147/18 147/21 148/1 148/20 149/1

**witness's [4]**   55/2 96/14

**witnesses [5]**   61/8 61/10 154/14 154/18 155/19

**women [1]**   52/20

**won [4]**   47/3 74/24 79/9 79/10

**won't [3]**   55/21 55/25 129/9

**wonder [1]**   93/4

**wondering [1]**   83/19

**word [10]**   5/16 16/16 16/19 39/6 93/20 93/20 114/4 114/6 122/7 146/15

**words [9]**   5/8 7/15 9/22 19/8 34/9 93/5 101/6 105/3 141/19

**wore [1]**   36/3

**work [30]**   7/25 14/5 15/11 17/17 17/20 18/3 19/10 19/11 19/11 28/1 32/7 35/10 64/21 65/5 65/7 65/16 68/16 68/20 79/21 80/1 80/6 80/8 80/12 115/3 115/13 121/16 134/14 142/7 147/11 153/19

**worked [7]**   12/23 35/5 61/24 65/20 114/23 115/11 143/4

**worker [1]**   69/4

**working [10]**   59/18 64/24 65/18 66/24 68/22 133/21 133/23 134/2 134/5 155/17

**workout [4]**   65/20 80/9 117/14 133/19

**workouts [1]**   66/1

**works [1]**   5/8

**worry [1]**   10/25

**worse [1]**   37/15

**worst [2]**   19/19 29/8

**worthless [2]**   46/24 47/1

**would [237]**

**wouldn't [17]**   15/1 17/2 17/12 18/8 28/23 29/6 35/17 48/3 48/6 51/7 51/7 53/10 64/15 71/25 85/5 100/8 122/17

**Wow [1]**   84/18

**wrestled [2]**   136/18 136/24

**wrist [5]**   26/23 26/25 31/16 38/10 94/15

**write [2]**   112/1 113/11

**wrong [7]**   17/3 17/11 90/19 127/14 127/20 128/6 144/9

**Y**

**Yankees [4]**   19/25 100/2 132/15 132/17

**yards [1]**   35/1

**yeah [62]**   22/4 22/7 22/22 27/24 28/14 29/17 29/21 32/19 37/15 46/25 48/25 53/7 59/4 59/8 61/17 64/16 65/7 66/21 86/24 95/16 104/25 110/1 112/6 112/6 112/9 112/17 113/1 115/16 116/4 116/25 117/9 118/22 118/23 119/8 119/24 120/6 120/13 120/17 120/25 121/6 122/12 123/9 123/19 125/3 125/14 130/20 131/10 131/12 131/19 131/25 132/9 132/25 133/9 134/4 134/13 135/9 136/13 136/22 138/15 143/5 147/20 153/15

**year [23]**   8/11 20/11 26/15 41/4 41/10 41/11 57/25 61/15 61/19 62/20 68/8 77/21 77/24 77/25 78/24 79/11 83/7 88/4 104/24 151/25 152/2 152/9

**years [42]**   15/17 17/21 26/12 26/14 26/17 26/18 30/11 30/11 38/10 52/5 57/21 59/20 61/22 62/16 64/11 64/14 64/16 67/14 68/4 69/8 69/11 69/17 71/12 81/14 81/15 101/8 104/13 104/16 104/17 105/5 115/24 115/25 116/11 116/2 116/3 116/19 149/22 149/25 150/6 152/7 152/9 152/14

**yes [267]**

**Yesterday [2]**   113/4 113/5

**yet [3]**   23/12 113/25 156/10

**York [3]**   19/25 21/19 100/2

**you [952]**

**you'd [5]**   24/12 28/7 28/18 98/6 137/5

**you're [50]**   6/12 9/13 10/9 10/11 10/12 10/17 10/18 10/23 14/4 15/23 16/1 16/2 22/2 23/2 23/20 32/25 35/24 39/21 45/3 47/5 53/12 58/15 69/24 86/20 86/20 88/23 89/3 91/22 92/3 92/6 92/23 94/12 100/7 102/20 104/24 105/22 110/3 119/10 119/11 128/8 129/5 131/14 132/10 137/2 137/10 137/22 137/25 139/17 141/14 150/7

**you've [10]**   21/12 35/13 52/4 74/15 87/3 94/24 99/2 113/25 142/6 145/16

**young [6]**   64/2 68/8 74/25 79/9 79/9 153/18

**younger [9]**   11/1 20/10 20/12 64/3 69/12 69/13 69/23 80/13 80/14

**your [172]**

**yourself [3]**   15/5 65/10 65/15

**Z**

**zone [3]**   6/24 77/10 77/12