IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,

       Government,           CR No. 10-223
                            Washington, DC
    vs.                   May 31, 2012
                            1:40 p.m.
WILLIAM R. CLEMENS,
a/k/a ROGER CLEMENS,
       Defendant.
_____


TRANSCRIPT OF JURY TRIAL – PM SESSION
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE


APPEARANCES:


For the Government:       STEVEN DURHAM, ESQUIRE
                       DANIEL BUTLER, ESQUIRE
                       COURTNEY G. SALESKI, JR., ESQ.
                       GILBERTO GUERRERO, ESQUIRE
                       U.S. Attorney's Office
                       555 Fourth Street, NW
                       Washington, DC  20530
                       (202) 252-7862
                       steven.durham@usdoj.gov
                       daniel.butler@usdoj.gov
                       gilberto.guerrero@usdoj.gov
                       courtney.saleski@usdoj.gov


For the Defendant:        RUSSELL HARDIN, JR., ESQUIRE
                       JEREMY T. MONTHY, ESQUIRE
                       Rusty Hardin & Associates
                       1401 McKinney Street
                       Suite 2250
                       Houston, TX  77010
                       (713) 652-9000
                       rhardin@rustyhardin.com
                       jmonthy@rustyhardin.com

```
                                    MICHAEL A. ATTANASIO, ESQUIRE
                                    Cooley, Godward, Kronish, LLP
                                    4401 Eastgate Mall
                                    San Diego, CA  92121
                                    (858) 550-6020
                                    mattanasio@cooley.com


Court Reporter:                     Lisa M. Foradori, RPR
                                    Official Court Reporter
                                    U.S. Courthouse, Room 6706
                                    333 Constitution Avenue, NW
                                    Washington, DC  20001
                                    (202) 354-3269
```

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| For the Defendant: | | | | |
| PHIL GARNER | | 4 | 33 | |
| LARRY LEE LIKOVER, M.D. | 59 | 67 | | |
| FANNY GABILANEZ | 77 | 102 | 113 | |
| CHERYL REDFERN | 119 | 133 | | |
| RICHARD W. VORDER BRUEGGE | 136 | 143 | | |

1                           P R O C E E D I N G S

2     JURY ESCORTED INTO THE COURTROOM AT 1:45 P.M.

3                 THE COURT:  Good afternoon.  Be seated.

4                           CROSS-EXAMINATION

5     BY MR. DURHAM:

6      Q.   Mr. Garner, good afternoon again.  Welcome back.  Mr.

7     Garner, I want to ask you some questions about leadership on a

8     team.  I know Mr. Hardin asked you a number of questions about

9     Mr. Clemens and his leadership.

10                I think when you started your testimony you

11    talked about when you were a younger ball player coming up,

12    and when you went to Pittsburgh there was a ball player by the

13    name of Willie Stargell.  Did I hear you correctly?

14     A.   That's right.

15     Q.   And Willie Stargell was by the time you arrived in

16    Pittsburgh a very well established major league baseball

17    player, right?

18     A.   Correct.

19     Q.   He was a man who got a lot of respect from the

20    teammates, correct?

21     A.   Right.

22     Q.   And especially from a younger ball player coming up who

23    admired and wanted to have the success that Willie Stargell

24    had, is that fair?

25     A.   That's fair.

1    Q.   And is it fair to say, Mr. Garner, that Willie

2  Stargell, when you arrived in Pittsburgh, served as a mentor

3  to younger ball players?

4    A.   That's right.

5    Q.   And by mentor, you tell us, what do you mean?  When I

6  say a mentor to younger ball players, tell the ladies and

7  gentlemen of the jury what you mean by that.

8    A.   Well, he established a certain way to play.  You saw

9  how he handled himself when he played.  You saw how he –- his

10  work ethic.  In those days we didn't spend a lot of time –- he

11  didn't spend a lot of time in the weight room, but he did a

12  lot of batting practice, worked hard in the field.  So you

13  looked at that work ethic.

14         He had a great deal of respect for the game.  And

15  when we say respect for the game, we mean by the way he

16  played.  He didn't slack off, he didn't not run a ball out if

17  he hit a ground ball.  He showed a great deal of respect for

18  teammates in playing.  So that's what I mean when I say he

19  sort of mentored other players.  And if a young player didn't

20  do what we considered proper baseball etiquette, he would say

21  something to you.

22    Q.   Did he mentor you?

23    A.   I was probably a little bit past the mentoring stage at

24  that point.  But I certainly respected him, and I certainly

25  felt like he was our team leader.

1    Q.   Would you occasionally go to him for counsel?

2    A.   Sure.

3    Q.   And when he spoke to you, would you listen to him?

4    A.   I would.

5    Q.   And you would listen very carefully to him, wouldn't

6    you?

7    A.   Yes.

8    Q.   And the reason that you would listen very carefully to

9    an established ball player like Willie Stargell is because he

10   was very successful at what he had done, correct?

11   A.   That's right.  Successful, but also we had a great deal

12   of respect for him aside from his baseball skills.

13   Q.   And with a player like that is it fair to say that

14   within a major league clubhouse -- you referred back to "we

15   are family" as being a theme of that 1979 Pirate team that I

16   remember so well as a youngster.  "We are family," inside the

17   clubhouse or the locker room of a major league baseball

18   stadium, it's a very close atmosphere, isn't it?

19   A.   Yes.

20   Q.   And there's some people that they are literally like

21   brothers to you, would you agree with that?

22   A.   I would.

23   Q.   Because you spend so much time with these same people

24   day after day and you go to battle with them, right?

25   A.   That's correct.

1    Q.   And that brings a closeness between people, correct?

2    A.   Yes.

3    Q.   And that's true between players and other players,

4    correct?

5    A.   Yes.

6    Q.   And that's true between players and coaches, correct?

7    A.   Yes.  A little different between players and coaches.

8    There is a line you try not to cross once you become a coach.

9    Q.   That is important, isn't it?  When you're a coach there

10   is a little more separation than a player to player, right?

11   A.   That's true.

12   Q.   And that's important because a coach needs to be a

13   little bit more objective, a coach needs to know when to say

14   no to a player, right?

15   A.   That's right.

16   Q.   And that was your job as a coach, that if a player

17   wanted something or asked for something that you thought was

18   inappropriate, Phil Garner would say no.  Right?

19   A.   That's correct.

20   Q.   Do you agree, Mr. Garner, that there's a trust level

21   that develops between players?

22   A.   Yes.

23   Q.   And there are certain confidences that players share

24   among each other, correct?

25   A.   Yes.

```
1    Q.   And those are confidence that they would not share

2    publicly, right?

3    A.   Many times that's true.

4    Q.   And it's fair to say that some of those confidences are

5    intended as just that, to remain secret and held back from the

6    public, correct?

7    A.   Yes.

8    Q.   And the reason for that is that a major league baseball

9    team, like any organization, if you pull back the curtain,

10   it's not exactly what it sometimes appears to be on the

11   surface.  Is that a fair statement?

12   A.   I think sometimes that can be correct, yes.

13   Q.   So there may be things that go on inside of a clubhouse

14   or in a major league baseball team that are not intended for

15   the public view, correct?

16   A.   Yes.

17   Q.   I think you said, and I want to make sure I have this

18   right, and you tell me if I wrote it down right or wrong.  You

19   said something like if a key guy buys into something, others

20   will follow.  Did I hear you correctly?

21   A.   That's right.

22   Q.   What that means is that if you have one of the leaders

23   on the team buy into something or adopt something, then others

24   who are influenced on the team may follow that.  Is that

25   accurate?
```

1    A.    That's accurate.

2    Q.    And the leader would set the tone for that on a team,

3    correct?

4    A.    Yes.

5    Q.    Also, again if I wrote this down incorrectly, you let

6    me know.  You said something like if Roger does it, I'll do

7    it.  And that was referring to a conditioning program.  Did I

8    hear that correctly?

9    A.    Did I say I would do it?

10   Q.    Yes, you were telling a story --

11   A.    Oh, I -- yes, I was referring to the --

12   Q.    I'm sorry, Mr. Garner.  Go ahead.  I didn't mean to

13   interrupt you.

14   A.    I think what you're referring to is what I was

15   referring to as the flak jacket.

16   Q.    Yes, sir.

17   A.    I put the flak jacket on after watching him do it.  I'd

18   never done that.  And I did the -- tried to do the series of

19   exercises and then found out how difficult it was.

20   Q.    Was that in the context of the statement, if Roger does

21   it, I'll do it?

22   A.    Yes, I'm pretty sure that's what I was talking about.

23   Q.    Okay.  Okay.

24             THE COURT:  Was that actually in the context of

25   holding a runner on the base so they don't have a chance to

1    steal?

2              THE WITNESS:  No, we were talking about his workout

3    the first day of his pitching in spring training and what he

4    had done.  And I sort of referred to, well, he worked with

5    this flak jacket.  I'd not seen that before.  I put it on and

6    I tried it.  It was pretty tough.  I wanted to see how tough

7    it was.

8              MR. DURHAM:  I think, Judge, actually, maybe we are

9    two ships passing in the night.

10   BY MR. DURHAM:

11   Q.    Did you tell us -- one of the stories that you told us

12   was about how Roger, Mr. Clemens was trying to hold a runner

13   on base and he was showing a younger pitcher.  Did I hear that

14   correctly?

15   A.    No.

16   Q.    Okay.  Okay.  But did Mr. Clemens mentor people when he

17   was on the Astros?

18   A.    Yes.

19   Q.    Did he take young players under his wing, so to speak?

20   A.    Yes.

21   Q.    And was one of those players younger than him, was that

22   a player by the name of Andy Pettitte?

23   A.    No, no.  Andy was older.  He and Andy were

24   contemporaries, would not have been a mentor relationship.

25   Q.    Let me just ask you, do you recall as you sit here

1    today, is there an age difference between Mr. Clemens and Mr.

2    Pettitte?

3       A.    Yes.  Yeah.

4       Q.    Does 10 years sound about right?

5       A.    No, it doesn't sound quite right, but I don't know what

6    the actual numbers are.  It sounds to me more like seven or

7    eight, but.

8       Q.    If I told you it was 10 years, would that be accurate,

9    do you think?

10      A.    I don't know.

11      Q.    That's fine.  By the time that Mr. Pettitte -- did Mr.

12   Pettitte and Mr. Clemens arrive at the Astros in 2004, the

13   same time?

14      A.    No, Andy was already there.

15      Q.    And do you know, did they play together with the

16   Yankees prior to that?

17      A.    Yes.

18      Q.    So -- I'm sorry.

19      A.    They did play together.

20      Q.    Mr. Pettitte and Mr. Clemens had been teammates before

21   they got to the Astros, correct?

22      A.    That's correct.

23      Q.    Do you know whether they were close friends on the

24   Astros?

25      A.    I think they were close friends.  I don't, I don't know

1    quite how you would define that.  I don't think they spent a

2    lot of time socially together.  They had different lifestyles.

3    But certainly they appeared to be reasonably close.

4    Q.   Did you ever see them work out together?

5    A.   No, I didn't.

6    Q.   I think that story we were talking about was about

7    Wandy Rodriguez.  Does that ring a bell?

8    A.   Yes.

9    Q.   Was that the context where you said Roger -- if Roger

10   does it, I'll do it?  Was that it?

11   A.   I don't think so.

12   Q.   Okay.  That's fine.

13   A.   Unless I was referring to Wandy.

14   Q.   Yes.

15   A.   Roger did it, so Wandy did it.  He stepped up his game

16   at that moment, stepped up his practice.

17   Q.   And that's what I thought you meant.  Was that what you

18   meant?  Wandy, was he a younger player?

19   A.   Yes, he was.

20   Q.   How much younger than Mr. Clemens?

21   A.   Well, that was Jandy's first or second year in the big

22   leagues.  He would have been 25 maybe at that time, 24.

23   Q.   And this is what year?

24   A.   This was '04.

25   Q.   Okay.  So Mr. Clemens is 10 or 12, 14 years older than

1   Mr. Rodriguez at this point?

2    A.    Yeah, at least that.

3    Q.    Okay.  And that's the context of "if Roger does it,

4   I'll do it," that's what Wandy Rodriguez is saying?

5    A.    Yes.

6    Q.    I think you told us -- one of the stories you told us

7   about a trip that you started in Los Angeles on the road and

8   then you took a plane overnight to, was it Cincinnati you told

9   us?

10    A.    Cincinnati.

11    Q.    And you had a game that night in Cincinnati?

12    A.    Yes.

13    Q.    And did you see Mr. Clemens working out earlier that

14   day after you arrived in Cincinnati?

15    A.    No.  The workout was on the field to do what we call

16   PFP, pitchers fielding practice.

17    Q.    Was that before the game?

18    A.    Yes, it was.  That was at 2:30 in the afternoon.  2 to

19   2:30 in the afternoon.

20    Q.    What time do players have to be at the ballpark

21   generally for a night game?

22    A.    7:00 o'clock game they are usually, I require them to

23   be there at least 50 minutes before batting practice.

24   Everybody has -- every manager has a little different

25   schedule.  So about 50 minutes before our batting practice

1   because we do have to stretch prior to that.  And so based on

2   the game time --

3      Q.   How about a 7:00 game?

4      A.   7:00 game, if we're at home we would have batting

5   practice at 4:44, players would need to be there at about

6   4:15.

7      Q.   And what does it mean in your mind as a manager to be

8   at the ballpark extremely early?

9      A.   Oh, if you're there at 2:00 o'clock, you're there very

10  early.

11     Q.   All right.  Your observations again.  When Mr. Clemens

12  gave directions, did people follow it?

13     A.   Well, I don't know that he was giving directions.  What

14  I was referring to, when he stepped out on the field, when I

15  asked for the pitchers to be quicker to the plate, hold

16  runners on, he wasn't instructing anybody, he was going out

17  and practicing it himself.  Players noticed that and seemed to

18  fall in line.

19          We did not have any issues with that.  I don't

20  know that I -- I'd hear him on occasion say to a player, yeah,

21  you need to work out a little bit harder, you need to do

22  something.  But as far as specific instructions, I wasn't

23  privy to some of those things.

24     Q.   That's fine.  Would Mr. Clemens hesitate at all to

25  correct people if something he told them was wrong -- if

1    something he was told was wrong?  In other words, somebody is

2    telling him something, would Roger Clemens hesitate to say,

3    well, no, that's not right?

4    A.   Well, I don't know that I ever heard him do that, but I

5    would suspect that he would.

6    Q.   Okay.  What I'm getting at is, and I don't mean to be

7    confusing, is Roger Clemens wasn't a shrinking violet, not the

8    person you knew?

9    A.   No, he wasn't.

10   Q.   That's not him at all, right?

11   A.   That's correct.

12   Q.   If someone were to say something that was just totally

13   flat out wrong, Roger Clemens that you knew would say that's

14   just wrong, correct?

15   A.   Yes.

16   Q.   You indicated Mr. Clemens was -- bear with me for a

17   moment, Mr. Garner.

18            Mr. Garner, I want to move to a different topic

19   area.  Mr. Hardin had asked you a number of questions about

20   anabolic steroids, and I want to follow up a little bit if I

21   could.  And again, I'm doing this, trying to write things down

22   from time to time, and I don't want to misstate anything that

23   you said, so please correct me if I'm wrong about any of this.

24            Were anabolic steroids -- you said that you knew

25   two players in your career that had used -- that you had

1    firsthand knowledge that used anabolic steroids, is that

2    correct?

3      A.   Because they told me, yes.

4      Q.   And that's because they told you?

5      A.   That's right.

6      Q.   Correct?  And those players, were they position

7    players?

8      A.   They were.

9      Q.   They weren't pitchers, correct?

10     A.   They were not.

11     Q.   And when you played in your career, you were a second

12   baseman, correct?

13     A.   I was.

14     Q.   You were not a pitcher?

15     A.   That's correct.

16     Q.   Actually started at -- did you start at third base?

17     A.   I did.

18     Q.   And the position players that told you that they had

19   used anabolic steroids, other than those two individuals, do

20   you have any knowledge, firsthand knowledge that is, that

21   anybody else that you ever coached or played with used

22   anabolic steroids?

23     A.   When you mean firsthand, that I was told by them?

24     Q.   Well, let me just -- I'll define it for you.

25     A.   Or did I suspect?

1    Q.    Exactly.  That is where I'm getting at.

2    A.    I suspected others.

3    Q.    So firsthand knowledge, let's define that as a player

4    told you or you actually saw the player get injected or inject

5    himself with anabolic steroids.  So we have that category of

6    firsthand knowledge.  Right?

7    A.    Okay.  Yeah.  Two players.

8    Q.    Two players.

9    A.    That I'm aware of by that definition.

10   Q.    Okay.  And they are both position players?

11   A.    That's correct.

12   Q.    And they -- did they tell you what kind of regimen or

13   cycle they were on?

14   A.    Yes.

15   Q.    So they shared this information with you?

16   A.    Correct.

17   Q.    What year was this?

18   A.    The first one would have been in 1987, the year I had

19   back surgery and I was trying to come back.  And a player

20   explained to me how he used steroids and HGH.  It's called

21   stacking.  Steroids and HGH --

22   Q.    Together?

23   A.    Together.  It's called stacking.  And he did it on a

24   seven-week cycle.

25   Q.    HGH, I'm sorry, is that shorthand for human growth

1    hormone?

2        A.    Human growth hormone, correct.

3        Q.    And that was 1987?

4        A.    I believe it was '87.

5        Q.    And then you said there was a second player that told

6    you that they had used anabolic steroids.  What year was that?

7        A.    That would have been in 2001.

8        Q.    Okay.  So 2001, is that a player under your

9    supervision?

10       A.    It was.

11       Q.    Now, there was no drug testing in major league baseball

12   for anabolic steroids until 2003, is that correct?

13       A.    Yes, that's right.

14       Q.    And there to this day is no drug testing in major

15   league baseball for human growth hormone, correct?

16       A.    That is correct.

17       Q.    So -- but in 2001 when the player told you about this,

18   anabolic steroids were banned by the league, were they not?

19       A.    Actually I don't remember the exact date when they were

20   banned.  I was opposed to them based on the research that I

21   had done.  I didn't think it was a healthy alternative.

22       Q.    As a manager, though, and I don't mean to quarrel with

23   you, you were the manager, but you knew that it was illegal

24   for major league baseball players to use anabolic steroids in

25   2001, correct?

1    A.    Again, I don't remember exactly the time that it was

2    deemed illegal.  But about in the year 2001 is when I tried to

3    convince a player not to do it.

4    Q.    But in other words, I guess what I'm getting at is, you

5    couldn't go to the athletic trainer or the team physician

6    for -- who were you managing in 2001?

7    A.    Detroit.

8    Q.    Detroit Tigers.  So you couldn't go to the team doctor

9    or the athletic trainer, a player couldn't, and ask for

10   anabolic steroids, correct?

11   A.    That is correct.

12   Q.    Because the team physician or the athletic trainer

13   wouldn't give a player anabolic steroids, right?

14   A.    That's right.

15   Q.    The question that I have is the player that admitted

16   their use of anabolic steroids, did you take some type of

17   action against them?

18   A.    I did not.  I chose not to turn him in.  I asked him to

19   not do it.  I said you need to get more information before you

20   even consider these kind of things, I don't think it's healthy

21   for you.  So I chose not to turn him in.

22   Q.    Did you follow up to make sure that he had followed

23   through with your counsel not to use these drugs?

24   A.    We talked often, which would be every few days for the

25   rest of the season.

1    Q.   So it was a concern to you, if I hear you correctly?

2    A.   Yes.

3    Q.   And you indicated suspicion.  I mean, do you agree

4    generally that major league baseball in the late '90s and

5    early 2000s had a significant problem with the use of

6    performance-enhancing drugs?

7    A.   Yes, I think we had a problem.  I had heard, you know,

8    Canseco and another player, Ken Caminiti, had said that the

9    numbers were upward of 50 percent.  I didn't think it was that

10   much.  Based on what I could see, based on what I knew of what

11   steroids could do to you, I didn't think it was 50 percent.

12   But you might argue that if two players are doing it, that's a

13   significant problem.

14           From my standpoint it was a health issue.  And so

15   somewhere between one or two and 50 percent maybe we had it in

16   baseball, but certainly we needed to take care of it.

17   Q.   And it was a problem that needed to be addressed,

18   correct?

19   A.   It did, yes.

20   Q.   Are you familiar with there were some Congressional

21   hearings in March of 2005, right?

22   A.   Yes.

23   Q.   You remember those?

24   A.   Yes, I do.

25   Q.   And in fact you were the manager of the Astros at that

1   point?

2   A.   I was.

3   Q.   And you were in spring training in Kissimmee, Florida

4   at that point, correct?

5   A.   Well, we were in March of that year.

6   Q.   March of 2005?

7   A.   Right, uh-huh.

8   Q.   And Mr. Clemens would have been on your team?

9   A.   Yes.

10   Q.   And Mr. Pettitte would have been on your team?

11   A.   Yes.

12   Q.   And the hearings in March of 2005, were you aware that

13   they were going on?

14   A.   Yes.

15   Q.   And you agree, would you not, Mr. Garner, that those

16   Congressional hearings served a very important purpose at the

17   time?

18   A.   Yes, I would agree with that, yes.

19   Q.   And the important purpose that those hearings served is

20   that it cast light on a significant problem within major

21   league baseball about the use of these drugs and the examples

22   that were being set for younger kids.  Do you agree with that?

23   A.   Actually I didn't necessarily agree with that part

24   because my experience were the drugs were filtering up from

25   the young kids as opposed from older established big league

1   players coming down.  I saw it coming from new and younger

2   players as opposed to older players influencing younger

3   players.  So I would disagree with that.

4            The other thing I would disagree with is I would

5   have preferred major league baseball, meaning players and

6   owners, would have taken care of this issue on their own

7   rather than having Congressional hearings.

8   Q.   Yes, but unfortunately, major league baseball and the

9   management and the owners weren't acting responsibly.  Do you

10  agree with that?

11  A.   I was in negotiations prior to that for a drug testing

12  program as a player rep, and on the union side we had player

13  representatives.  And I was part of the negotiations that

14  tried to establish a proper testing forum.  We could not agree

15  on that.

16  Q.   Did you tell the New York Times in March of 2005, while

17  these hearings were going on, did you say that baseball

18  management and players should have dealt with steroids before

19  they did.  Players, he said, had good reason to address the

20  issue.

21            Did you make that statement?

22  A.   I'm sure that I did.

23  Q.   And what that indicates is that you believed as of

24  March of 2005 that major league baseball simply was falling

25  down on the job in acting responsibly with this serious issue.

1  Is that fair?

2    A.   That's fair.

3    Q.   And you also would agree, Mr. Garner, that the use of

4  these drugs created a competitive advantage.  You talked about

5  performance in connection with Mr. Hardin asked you some

6  questions -- the use of steroids in connection with

7  performance.  You would agree that these drugs created an

8  unfair competitive advantage for the people that used them,

9  yes?

10    A.   Yes.  A good player taking steroids can be a little bit

11  better.  If you've got a bad player taking steroids, it won't

12  make any difference, he's still a bad player.  Just bigger and

13  stronger.

14    Q.   I'm sorry.  I didn't mean to interrupt you.  Let me

15  read you a quote and tell me if you agree with the statement.

16  "You and I are the same player.  We're fighting for the second

17  base job.  If you're willing to do steroids, you're going to

18  be better than me.  If we're close to the same ability, you'll

19  get the job and I'll get shut out."  Do you agree with that

20  statement?

21    A.   I said that statement, and the key to that is if we're

22  close to the same ability --

23    Q.   Exactly.

24    A.   -- and you do steroids, you'll have an advantage.

25    Q.   Because the margin at the level that you played and

1  managed is that thin, isn't it?

2      A.    That's right.

3      Q.    And the difference between being a great player and

4  being an elite player is that thin (indicating)?

5      A.    Maybe a little more between the elite player and the

6  great player, but still close.

7      Q.    The difference between, let's say an Andy Pettitte,

8  who's -- is he a great pitcher in your mind?

9      A.    Yes, I think he's, he would qualify as a great pitcher

10 in his last couple of decades.

11     Q.    But he's not a Roger Clemens, is he?

12     A.    No, I would put Roger ahead of him.

13     Q.    Do you agree, Mr. Garner, that major league baseball

14 players are role models for younger kids?

15     A.    Yes, I think we can be role models, that's true.

16     Q.    Do you agree that there is indeed a responsibility

17 among major league baseball players to be role models for

18 younger kids who are influenced?

19     A.    Yes, I think that's part of our responsibility.

20     Q.    You indicated, I think, to us that different -- you

21 knew firsthand knowledge two different players that used

22 anabolic steroids.  Do you know any pitchers who used anabolic

23 steroids?

24     A.    Only the ones that I read about from the Mitchell

25 report.

1    Q.    Right.   The ones you read about in the Mitchell report?

2    A.    Right.

3    Q.    You realize Mr. Clemens was in the Mitchell report?

4    A.    Yes.

5    Q.    Now, do you know that different anabolic steroids have

6    different effects?  Are you aware of that?

7    A.    No, I'm not.  Are you saying that Winstrol would have a

8    different effect as Dianabol?

9    Q.    Yes.  Are you aware of that?

10   A.    I am not aware of that.

11   Q.    Okay.  Would you be aware then, for instance, that

12   certain anabolic steroids create enormous muscle mass?  You've

13   seen --

14             THE COURT:  Approach for a minute.

15   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

16             THE COURT:  You have about 20 minutes left.  But

17   you objected to him going into this, but -- you can go on and

18   venture into it, but I'm going to let it in.

19             MR. DURHAM:  I'm not going to --

20             THE COURT:  Go ahead.

21             MR. DURHAM:  Wait, wait, wait.

22             MR. HARDIN:  If I might, Your Honor, for your

23   leisure reading I'll give you this.  These are excerpts from

24   the testimony so far as to what was elicited by the Government

25   in their examination from both lay and expert witnesses.  And

1    in all of these are excerpts of things they were allowed to

2    elicit from people about symptoms and signs of it.  And this

3    is what has been put before the jury by them in their

4    questioning of witnesses.  And I can for the record get a copy

5    and mark it as an exhibit number for purposes of the record.

6            They have been doing it the whole trial, and I

7    respectfully suggest that the defense should be allowed to ask

8    these witnesses if they saw any of these things.  Not

9    necessarily -- I'm not going to go to the next step and ask

10   them about steroids.  But I think in light of what they were

11   excerpting out in their own testimony, they have had

12   everybody, it wasn't just Lintner, it wasn't just Radomski, it

13   was a whole bunch of people in their case in chief.  These are

14   all quotes for the Court to look at at your leisure, but I

15   think now he has opened the door, period.

16           MR. DURHAM:  I have not.  Let me explain, Your

17   Honor.  Your Honor did allow latitude, over government

18   objection --

19           THE COURT:  Only on one area --

20           MR. DURHAM:  On performance.

21           THE COURT:  -- a factual predicate --

22           MR. DURHAM:  It was performance.  I have tried to

23   restrict the scope of examination.  I will move on off this

24   area.  This witness has already indicated that he really

25   doesn't know much about the differences between different

 1   types.

 2             MR. HARDIN:  It is very important to understand

 3   something.  He is misstating what the state of the art and law

 4   is.  The only person who says it has different effects is Kirk

 5   Radomski, a lay person.  They have put on no evidence at all

 6   to say they are treated differently.  What this witness will

 7   say to him is no, and if he goes further, he'll say I don't

 8   agree.  They all have the same effect.  There is no evidence

 9   in this record from any source except Kirk Radomski

10   contending, a lay person, that he was giving a different

11   concoction.  But they put nothing on from any doctors or

12   experts to for one second say there is a difference.  And I

13   challenge them to prove that, that it's different.  That is my

14   point.  That is what he said.

15             THE COURT:  Let me just say in reference to this,

16   now, this stuff came in without objection.  If there had been

17   objections, I would have kept this stuff out.  I would not

18   have permitted Radomski, who's not an expert, to have

19   testified about this.  But if there's no objection, there's

20   nothing I can by and large do about it unless I feel that

21   there really is no reason for this to come in.

22             But again, I don't think that this opens the door

23   for someone who doesn't know about steroids to start opining

24   about what impact it has on the body and how someone is going

25   to look if they are using.  I don't know what impact it has.

 1            MR. HARDIN:  I'm not asking what impact.  What I'm

 2   asking to be able to ask him is if they saw any of these

 3   symptoms.  Did they see this, did they see that.  It's just

 4   like negative evidence.  That's all, Judge.  Did you find

 5   fingerprints?  No, I didn't find fingerprints.  Did you have

 6   eyewitness testimony?  I don't have eyewitness testimony.

 7            But that is all I'm seeking to do from these

 8   witnesses is just ask them did you see bloating, did you see

 9   this, did you see that.  And that's all.

10            THE COURT:  I understand what you're saying, but

11   what I've expressed, and I still think it's the right ruling,

12   is that it seems to me just obvious that what the regimen is,

13   how much you use, how long you use it, the frequency of it, is

14   going to have a different impact.  And unless we're going to

15   have some evidence that would say that if Mr. Clemens was

16   allegedly using, that you're going to see these results, I

17   just don't see how it proves anything.

18            MR. HARDIN:  I would suggest respectfully that that

19   goes to the weight and not to admissibility.  So they can all

20   the time be talking in terms of seeing any of these symptoms.

21   Right now this jury has heard about all these symptoms, and

22   I'm not being allowed to ask if they saw any of those symptoms

23   in Mr. Clemens.

24            THE COURT:  I understand.  If I'm wrong, the Court

25   of Appeals will deal with it.  Thank you.

1                    MR. HARDIN:  I hope we don't get there.

2                    THE COURT:  Maybe we won't.

3     SIDEBAR DISCUSSION CONCLUDED

4                    MR. DURHAM:  Court's indulgence, Your Honor.

5     BY MR. DURHAM:

6      Q.    Mr. Garner, I'm almost complete with my questions.  Let

7     me turn to the topic of vitamin B12 if I could.  I think you

8     had indicated when Mr. Hardin was asking you some questions

9     that you in your playing career had taken vitamin B12

10    injections.  Is that accurate?

11     A.    That's correct.

12     Q.    Was that with every team you played for?  Pittsburgh?

13     A.    Probably so, yes.  Later in Pittsburgh, yes.

14     Q.    I'm sorry.

15     A.    Pittsburgh, yes.  Every team.

16     Q.    And they were injections?

17     A.    Injections.

18     Q.    In the buttocks?

19     A.    Yes.

20     Q.    And do you remember what color B12 was?

21     A.    No, I don't.

22     Q.    When you got B12, did you go to the team doctor for it?

23     A.    The typical protocol was to go to the trainer and ask

24    the trainer, hey, I need a B12 shot, I'm feeling a little

25    flat.

1 Q. The athletic trainer?

2 A. The athletic trainer.  And at that point I would think

3 it was the doctor, I'm not sure, trainers.  I couldn't speak

4 exactly one way or the other.

5 Q. You wouldn't go to the weight room for a B12 shot,

6 right?

7 A. No.

8 Q. You wouldn't go to the weight room for a prescription

9 drug injection, right?

10 A. No.

11 Q. Let me ask you about Houston.  You managed the Astros

12 in '04, '05 and '06, do I have that right?

13 A. That's correct.

14 Q. And I just want to make sure I understand correctly.

15 Did the Astros in those years administer B12, liquid B12 to

16 players?

17 A. Yes.

18 Q. Do you recall who the team physician was?  You said Dr.

19 Lintner?

20 A. Dr. Lintner was the orthopedic, Dr. Muntz was the

21 general practitioner.  And then there were other doctors -- I

22 can't recall any of the names -- that were involved.  But

23 those were the main guys.

24 Q. Dr. Lintner, was he the head team physician?

25 A. The head team orthopedic.

1    Q.   Was Dr. Lintner in charge of knowing what medications

2    were dispensed in the Astros organization?

3    A.   I don't know that, if he was the main guy.  I don't

4    know that.

5    Q.   Who was?

6    A.   I don't know that.

7    Q.   I mean, you were the field manager, correct?

8    A.   That's right.

9    Q.   And you had players that were injured from time to

10   time?

11   A.   Yes.

12   Q.   Would you get reports?

13   A.   Yes, I did, every day.

14   Q.   And where would those reports come from?  Who would

15   give them to you?

16   A.   From the trainer.

17   Q.   And that was Mr. --

18   A.   The head athletic trainer.

19   Q.   Mr. LaBossiere?

20   A.   Correct.

21   Q.   But it's fair to say, is it not, that Mr. LaBossiere,

22   the head athletic trainer, and Dr. Lintner were in charge of

23   the provision of medical services to the Houston Astros?

24   A.   That's correct.  Along with Dr. Muntz.  Muntz had stuff

25   to do with it too.

1    Q.   Yes, you mentioned Dr. Muntz.  And each of those men,

2   Dr. Muntz, Dr. Lintner and Mr. LaBossiere, were they capable

3   people as far as you were concerned?

4    A.   Yes.

5    Q.   Seemed to know what they were doing?

6    A.   Yes.

7    Q.   Mr. Garner, I just have a couple more questions.  You

8   had indicated that at one point I think you took Vioxx.  Is

9   that right?

10   A.   Yes.

11   Q.   And that was an anti-inflammatory, right?

12   A.   Correct.

13   Q.   Tell the ladies and gentlemen of the jury, why is an

14  anti-inflammatory important to a major league baseball player?

15   A.   Well, you're playing every day.  In my case I was.

16  Towards the end of my career I had severe back pain.  I had to

17  have deep tissue massage every day to be able to play.  And

18  the anti-inflammatories helped with the pain.

19   Q.   Is baseball a game that is hard on your joints?

20   A.   Yes, it is.

21   Q.   And does a drug like Vioxx, did that help with joint

22  lubrication or relieving joint stress?

23   A.   I don't know if it helps with joint lubrication, but it

24  does help with the pain.

25   Q.   And was the Vioxx, was it prescribed by a physician?

1     A.    Yes.

2     Q.    And was there a dosage on the Vioxx, take one tablet

3  two times a day, that type of thing?

4     A.    Yes.

5     Q.    Did you follow that dosage?

6     A.    I did.

7           MR. DURHAM:  May I have a moment, Your Honor?

8  BY MR. DURHAM:

9     Q.    Mr. Garner, thank you very much for your time.  I hope

10  you've enjoyed your trip.  It was nice seeing you.

11    A.    Thank you, Steve.

12          THE COURT:  Redirect.

13          MR. HARDIN:  Thank you, Your Honor.

14                   REDIRECT EXAMINATION

15  BY MR. HARDIN:

16    Q.    Mr. Garner, do you still, either yourself or your wife,

17  still take B12?

18    A.    My wife does.

19    Q.    How does she get it?

20    A.    She takes a shot.

21    Q.    And who gives her the shot now?

22    A.    I do.

23    Q.    And that's still even after you've left baseball and

24  everything else?

25    A.    That's correct.

1   Q.   I want to ask you –– he asked you about testing.  And I

2   want to ask you a couple of questions about that.  First of

3   all –– and you talked about 2001.  If I were to tell you that

4   baseball did not ban steroids until 2002, then the time that

5   you were having these conversations with these players, it

6   would not be a banned substance, is that correct?

7   A.   If you tell me those dates.  As I told him, I'm not

8   sure of the exact dates when steroids were considered banned

9   by baseball.

10   Q.   What is your memory as to –– when you were encountering

11   it in the early 2000s, when you were encountering it then,

12   what is your memory in terms of whether it had been banned as

13   yet?

14   A.   I don't remember the date, whether it was '01, '02 or

15   '03.  I don't remember the exact time.

16   Q.   Now, the first time baseball tested would have been

17   what year?

18   A.   It was '02, I believe.

19   Q.   Do you recall testing being done anonymously in 2003?

20   A.   If I'm not mistaken, did we not test in '02 under the

21   plan to see how many people came up positive?  Was that not in

22   '02?  Or was that in '03?

23   Q.   Let me ask you to test your memory on this respect.  Do

24   you recall that in '02 the baseball union and the owners

25   agreed to conduct anonymous random testing of everyone in '03?

1    A.   Okay.  That's what I'm referring to, that we were going

2    to determine, if there was a certain threshold, five percent,

3    I believe, if five percent of the players tested positive,

4    then we would implement a drug program.  If less than that,

5    then they were going to deal with it differently.  If that's

6    in '02 for the '03 season, I'll have to --

7    Q.   And were you on the negotiating group for the players

8    discussing that?

9    A.   Not that.  I was on the negotiating team back in the

10   '80s, early '80s when we were first discussing drug testing

11   when it related to cocaine, marijuana, other banned --

12   amphetamines, other drugs that we wanted to test players for,

13   that owners wanted to test players for.

14   Q.   And for the jury to understand, were the players

15   opposed to at that time the testing or how it was going to be

16   tested?

17   A.   We were not opposed to testing.  And I'm speaking as a

18   player and also as a player rep for the National League.  We

19   were okay with testing.  But we were talking about two

20   different type tests.  One test, from the best that we could

21   tell, was somewhere between 35 and 40 percent false positives,

22   which meant that you could go be tested and you had a one

23   third of a chance, roughly speaking, of coming back positive

24   when you had done nothing.  We felt like that was way -- that

25   was not a tight enough spectrum, that that would leave players

1   wide open to subjection.

2           There was another test, I don't remember what

3   that test was called, but the more accurate test, which was

4   about 98 percent accurate, two percent false positives.  The

5   one that the players association wanted to agree to, it was

6   called the light spectrum test, it was about four or five

7   times more costly, and the owners would not agree to that.  So

8   we could never reach an agreement on testing at that time,

9   which was not steroid testing.

10   Q.   In fact, what the owners declined to do was a test that

11   cost about $700 a person, wasn't it?

12   A.   That's about right.

13   Q.   So when testing had come up originally -- and that was

14   really before the concern about steroids, was it not?

15           MR. DURHAM:  Objection on leading questions.

16           MR. HARDIN:  I'll move on.

17           THE COURT:  Sustained.

18           MR. HARDIN:  I'll ask it again.

19   BY MR. HARDIN:

20   Q.   At any rate, then, as you've said several times, fast

21   forward, in the early 2000s ultimately anonymous testing was

22   done to see what percentage --

23   A.   Correct.

24   Q.   -- of players tested positive?

25           MR. DURHAM:  That's the same, leading, form of the

1    question.

2              MR. HARDIN:  You're right.  I'm sorry.  Let me

3    rephrase it.

4    BY MR. HARDIN:

5    Q.   So on that test, what was the agreement between the

6    union and the owners as to how public those results would be

7    initially?

8    A.   Are you talking about back in the '80s?

9    Q.   No, in 2000.

10   A.   In 2000.  It was my understanding, and I was not privy

11   to the negotiations in those, but it was my understanding they

12   were supposed to remain confidential.

13             MR. DURHAM:  Objection.

14             THE COURT:  If he doesn't have direct knowledge of

15   it, then he obviously would be speculating or predicated on

16   what somebody told him.  I'll sustain the objection.

17   BY MR. HARDIN:

18   Q.   Now, during that time, after -- were you part of -- you

19   were managing.  Were you a manager at the time that the union

20   and the owners agreed for each year going forward there would

21   be testing of all players?

22   A.   I was fired at the end of -- or at the beginning of

23   '03, after six games in that season, so that first part of

24   that testing, I was not a manager, for the next couple of

25   years, until '04.

1    Q.   All right.  Then when you joined the Houston Astros in
2    the middle of 2004 --
3    A.   Yes.
4    Q.   -- was there then random testing of every player?
5    A.   We were doing random testing, yes.
6    Q.   Did you happen to walk in the clubhouse at different
7    times and observe some testing being done?
8    A.   The testing was in the bathroom between the player and
9    an agent, but I would see that -- I never had pre-knowledge
10   that they were coming in.  I'd come in the clubhouse and all
11   of a sudden the drug testing guys were there, and so they
12   tested the players.  So I knew there was random testing going
13   on.
14   Q.   Were you aware -- or what was your level of awareness
15   as to whether there was random testing during the seasons of
16   2004, '05, '06, and '07 until you quit becoming a manager?
17   A.   As far as I recall, we -- '04 I'm pretty sure.  But
18   '05, '06 and '07, I'm pretty sure there was random testing all
19   year long.
20   Q.   And was the policy for every player to be tested each
21   year?
22   A.   Yes.
23   Q.   And then as the manager, if somebody failed the test,
24   would you be made aware?
25   A.   Yes, but they dealt with that through the higher

1    levels, with my boss actually, it was conveyed to my boss.

2    But I knew it because I got -- you know, in the end they told

3    me about the player.

4    Q.   In 2004, '05 and '06 were you ever informed that Roger

5    Clemens failed a drug test?

6    A.   No.

7    Q.   Did Roger -- he asked you about conversations and stuff

8    with players and mentoring.  Did Roger Clemens ever talk about

9    steroids with you?

10   A.   No.

11   Q.   Did you ever see anything in the way he conducted

12   himself or acted that made you suspect him of using steroids?

13             MR. DURHAM:  Objection.

14             THE COURT:  Conducted himself or acted.  Overruled.

15   BY MR. HARDIN:

16   Q.   Did you?

17   A.   I did not.

18   Q.   You talked about hearing about pitchers in the Mitchell

19   report, one of whom was Mr. Clemens.  Would you tell the jury

20   what your reaction was when the Mitchell report was issued as

21   it applied to Roger Clemens in terms of what was your reaction

22   in hearing that the Mitchell report was saying he was one of

23   those who used?

24             MR. DURHAM:  Your Honor, I object.

25             THE COURT:  Approach.

1    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

2              THE COURT:  You did bring this up on

3    cross-examination and I think it's sort of unfair to have

4    planted that seed and he can't do anything to deal with it.  I

5    mean, that didn't come out on direct.

6              MR. DURHAM:  But I assume his reaction is going to

7    be I was shocked, I had no idea.

8              THE COURT:  But you've brought this out on cross.

9    That's why I've had a problem -- I'll be honest with both

10   sides.  I think you all have done things that have opened

11   doors that didn't need to be opened, and as a result of that,

12   information that shouldn't have come out came out.  But you

13   opened the door, and I think it's unfair to Mr. Clemens for

14   you to have brought out the fact that this was in the Mitchell

15   report and ask him about it, and then he can't do anything

16   about it.

17             MR. DURHAM:  But Judge, he brought in the Mitchell

18   report.  I didn't --

19             THE COURT:  He mentioned the Mitchell report, but

20   he didn't say anything about Mr. Clemens having been mentioned

21   in the Mitchell report.

22             MR. DURHAM:  But he did, Your Honor.  He did, oh,

23   absolutely he did.  He said that Mr. -- he did not know

24   pitchers were using until he read the Mitchell report, and

25   he --

1            THE COURT:  He didn't say Mr. Clemens.  He didn't

2    say Mr. Clemens.

3            MR. DURHAM:  I'd have to look at the transcript.

4            THE COURT:  One at a time.

5            MR. DURHAM:  I'd have to look at the transcript,

6    but he alluded to the Mitchell report, and I don't know if I

7    asked him about --

8            THE COURT:  He did, he did ask about the Mitchell

9    report, but he did not say anything, my recollection is,

10   relating to Mr. Clemens having been mentioned in that report

11   as somebody who was using.  That was something that you

12   brought out.

13           MR. DURHAM:  But that's just what he reads in the

14   report, which -- and that allegation is already in this trial.

15   He's not bringing in any extra evidence that is prejudicial in

16   any way to Mr. Clemens.

17           THE COURT:  But as I recall, you specifically asked

18   about pitchers.  Before that, the only thing that had come

19   out, if anything, was that a position -- he had said position

20   players he knew were using.  I think you may have in fact

21   brought that out also.  And then you specifically asked him

22   about pitchers.  And I think the clear implication, when you

23   ask about that, is it's Mr. Clemens.

24           MR. DURHAM:  But the reason that I asked in the

25   first instance is because the Court allowed Mr. Hardin to

1    connect the use or nonuse of steroids with performance.  And

2    my position is that I had the right to ask, to probe his

3    knowledge, because he is making assumptions.  So that --

4              THE COURT:  There is not a problem with you asking

5    questions related to performance, and I didn't see how

6    bringing out about the Mitchell report related to my having

7    let this comment about -- that he didn't say anything about

8    his performance based upon what he had seen regarding other

9    players that would suggest that Mr. Clemens was using.

10             MR. DURHAM:  Right.  Right.

11             THE COURT:  I'll permit it.

12   SIDEBAR DISCUSSION CONCLUDED

13             THE COURT:  The jury is asking for a break, so

14   we'll take 10 minutes.

15   JURY ESCORTED OUT OF THE COURTROOM

16             THE COURT:  A couple things.  My clerk has asked me

17   to ask counsel whether the Rule 16 issue regarding the defense

18   experts, whether that is still a live issue that I have to

19   deal with.

20             MS. SALESKI:  It is, Your Honor, just relating to

21   the experts, and we can put it on the record, the government

22   moves to exclude --

23             THE COURT:  I understand that.  She just wanted to

24   know before she starts to work on it and be in a position to

25   advise me.  We'll address that issue on Monday also.

1            MR. ATTANASIO:  Just so it's clear, Mr. Butler

2   asked me earlier today when we would be putting them on, and I

3   told him that we weren't going to put them on this week, that

4   there would be more time -- we wouldn't put them on until next

5   week in part so that there would be more time.

6            THE COURT:  We'll address it on Monday.  She just

7   wanted to know so she doesn't do a lot of unnecessary

8   research.

9            I just wanted to clear the record in reference to

10  this transcript that has been given to me.  If there had been

11  objections to the government having brought out through Mr.

12  Radomski the impact generally of steroids on people, I would

13  have kept that out, because I don't see how he has the

14  expertise to provide what is expert testimony about the

15  consequences or impact of the use of these substances.  He

16  obviously could say what impact it would have on him because

17  he had used it personally and he would know what the

18  consequences were, whether it's acne or whether he got bigger

19  or whatever.

20           But I don't recall there having been an objection

21  to the government having brought out this information about

22  what impact these substances have through, in my view, a

23  witness who wasn't competent to give that testimony.  And I

24  have seen in the 40 years, almost 40 years I've been doing

25  this work, many times that a party does not object to the

1   other side bringing out inappropriate information because of

2   the hope that they can maybe exploit that in their own case.

3   And I can see how, if there were no objections to this coming

4   out, how it could have been exploited, and in my view

5   incompetent evidence being put before the jury about what

6   wasn't seen in reference to Mr. Clemens and why it could be

7   inferred that he wasn't using even though the person who would

8   be providing that information is incompetent to say what

9   effect these substances have on the human body.

10          So I don't see, as I say, how the fact that there

11  was no objection, and the fact that this information comes in,

12  that it then becomes unfair to permit someone to testify about

13  whether they saw certain things, because it seems to me the

14  only reason to do that is to then suggest to the jury that

15  because those things weren't seen in reference to Mr. Clemens,

16  that that would mean that he wasn't using.

17          If we had some expert testimony, as I said,

18  corresponding, or at least providing a correspondence between

19  what Mr. Clemens was allegedly using, according to what Mr. --

20  the trainer, Mr. McNamee says, and they didn't see any signs

21  consistent with that amount that he was using, then that would

22  be another thing.  But again, I think it would require expert

23  testimony in reference to that, because I would assume that

24  steroid use, just like any other substance, may have one

25  effect on one person and not have another effect on another

1    person.

2            I in fact knew several guys who were using, and one

3    guy got huge and the other didn't.  And I knew that both were

4    using.  So, you know, I just don't think without expert

5    testimony it would be appropriate for the jury to conclude

6    that because they didn't see certain signs, that that would

7    mean that Mr. Clemens wasn't using.  And that's why I didn't

8    let it in.  And as I say, I don't think the fact that

9    incompetent evidence came in indicating what the effect was

10   without an objection opens the door for otherwise incompetent

11   evidence to further come before the jury, and then in some way

12   be exploited to the benefit of the party who decided not to

13   object.

14           MR. HARDIN:  Your Honor, I appreciate that.  Can I

15   point out that we are not just speaking of Mr. Radomski --

16           MR. BUTLER:  Your Honor, I don't mean --

17           THE COURT:  You're right, there was the testimony

18   of one expert.  But I think --

19           MR. HARDIN:  Two, Your Honor.  If I can refer you

20   to actually what we've done, the excerpts there --

21           MR. BUTLER:  Your Honor, before we proceed I just

22   wanted to point out that we have the witness still in the box.

23           THE COURT:  If you want him to step outside, that's

24   fine.  I don't think it's relevant to his testimony.  But if

25   you don't want him in, that's fine.  But I don't think

1   anything we're saying relates to his testimony.

2           MR. BUTLER:  He's still on redirect.

3           THE COURT:  If you want him to go out, he can go

4   out.  But I don't think anything we're saying relates to his

5   testimony because I'm not going to permit him to go into this.

6   But if you want him outside, you're technically right.

7           MR. BUTLER:  Yes, Your Honor, we'd like for him to

8   step out.

9           THE COURT:  That's fine.

10          (Witness exits courtroom.)

11          MR. HARDIN:  While he's walking out, Your Honor, if

12  I could refer you to page 2 of the summary that we gave you of

13  the excerpts.  What I wanted to point out is that the state of

14  the evidence is now that -- by the way, first, I deliberately

15  did not object when the government sought it from Mr. Radomski

16  because we have a respectful disagreement with the Court as to

17  whether it was admissible.  I thought it was admissible.  And

18  I did tactically want it in, but I also thought it was

19  admissible.

20          Having said that, more to the point is if we look

21  at Dr. Lintner and Dr. Boos.  And Dr. Boos is coming back on.

22  We're calling him this afternoon on another matter.  But each

23  of those experts was asked by the government what certain

24  characteristics were, and they testified to it as experts and

25  doctors, people who know.

1          THE COURT:  But you're still missing the point that

2    I've made.  Maybe it doesn't make sense, and you're right, I

3    don't know if there's going to be a conviction.  There may

4    well not be a conviction, so the Court of Appeals may never

5    get it.  But for the sake of the record, if there is a

6    conviction and appeal, my position -- again, maybe the Court

7    will feel I'm wrong -- is that I didn't hear any testimony

8    that regardless of how much you use, how frequent you use,

9    what doses you use, means that you're going to get these

10   results.

11         And I would suspect any expert would say that it

12   would depend upon those various factors as to whether you see

13   these consequences.  And therefore, it seems to me that unless

14   there's going to be some evidence that is going to draw a

15   correlation between what Mr. Clemens was allegedly using and

16   what was not seen, to bring out evidence about how he looked

17   doesn't really establish anything.

18         MR. HARDIN:  Then if I may -- I'm satisfied I'm not

19   going to change the Court's opinion on this, but if I may, we

20   didn't foresee this happening, and so in opening statement

21   that is one of the things I mentioned to them.  And in fact we

22   have flown in from Canada a woman that gave him, who's here

23   waiting to testify today, who gave him massage therapy for the

24   period, all of the period in the past that is at issue here.

25         And I don't want to flaunt the government -- or the

1   Court's ruling, so we are probably not going to call her now

2   in light of this ruling, but I would like some help with the

3   jury at some time, whether it's jury charge stage or what, for

4   them to know that this is the result of a legal ruling of the

5   Court, and not us just folding up and not addressing an issue

6   I promised them we would.

7            So if the Court would just keep that in mind.  I

8   hear your ruling.  We respectfully disagree, but at least we

9   need that jury to know, when the government trotted in people

10  and talked about what the characteristics and traits of a user

11  were, and then the defense never addresses in front of the

12  jury whether Mr. Clemens had any of those characteristics,

13  I've got to have some relief as to the jury to understand I'm

14  not doing it because you won't let me, not because we didn't

15  want to ask those questions.

16           THE COURT:  I mean, if there's something I need to

17  do in order to ensure that that's not inappropriately used, I

18  obviously will do it.  But again, I don't know how much -- I

19  mean, all we know is what Mr. McNamee said about what

20  allegedly Mr. Clemens was using and how much he was using.

21           MR. HARDIN:  Actually one thing, Judge, excuse me

22  for interrupting, but you know we have a juror, who is the

23  last alternate now, who in jury selection told us he worked

24  out and he watched these guys bulk up and he knows what the

25  traits are.  He even discussed them some in jury selection as

1   I recall.  He's bringing personal knowledge to the

2   deliberations that I'm afraid if he ends up on the jury --

3   right now he's not -- he's going to in his own mind --

4           THE COURT:  I still have a problem with 13.  I keep

5   watching her and I'm not definitive about what her situation

6   is but she at times does appear to be nodding off.  So he may

7   end up on the jury.

8           MR. HARDIN:  One way or the other, I'm sure that

9   juror at least, and I would respectfully suggest all of them

10  expect some evidence from somebody as to whether Mr. Clemens

11  exhibited any of these physical symptoms that they have now

12  heard of from Mr. Radomski, from Dr. Lintner and Dr. Boos.

13          THE COURT:  Again, if you can call -- if somebody

14  is prepared to testify that hypothetically if you had -- if

15  evidence was presented to you that someone was using this type

16  of steroid or HGH and they used it on this amount of time,

17  over this period of time, what symptoms would you expect to

18  see.  And if somebody qualified to say that could say that,

19  then I would be agreeable that you then could bring in the

20  fact that Mr. Clemens did not show any signs consistent with

21  that use.  But how much he was using, it seemed to -- even

22  based upon the government's best evidence, it seems to have

23  been extremely sporadic and only have occurred on several

24  occasions.

25          MR. HARDIN:  That is the reason we couldn't present

1   the expert testimony you're talking about.  Ironically, the

2   government at one time through this case has told us that

3   their own medical experts had agreed that even if Mr. Clemens

4   took the amounts that Mr. McNamee contends, it would not have

5   been sufficient to affect his performance.  So we are here on

6   a trial that we cannot -- that by the government has agreed at

7   least one stage -- whether they disagree now, I can't speak --

8   at one stage has told us, in the charging process, that their

9   evidence is not going to be that Mr. Clemens did enough to

10  even enhance his performance.

11          That is irony number one.  Then when we go to try

12  to talk to experts about whether or not -- to address the

13  question that the Court is properly asking, we don't -- the

14  thing has evolved so much and the time frames are so

15  uncertain, and you're right, it's so sporadic, that we cannot

16  get somebody to come in and say I can't guess as to what -- we

17  do know this.  We know the government's own medical experts

18  that they consulted cannot find anything in his medical

19  records that addresses one way or the other for them whether

20  he was ever a steroid user.  So.

21          THE COURT:  And that may be, that might be

22  appropriate evidence, I don't know, to come in.  Now, whether

23  they would say, well, considering the fact that it was so long

24  ago, we couldn't at this point determine whether there was use

25  or not.

1            MR. HARDIN:  No, they are looking at his current

2   medical records.  The government has his medical records from

3   Boston all the way through, and their experts are going to

4   say, if they were called, we cannot give an opinion at all

5   that these medical records -- and here's why they say it.

6   That the medical records are usually created in the springtime

7   during their physical, the bulk of it, the examinations and

8   everything.  And so they are taking the position is that they

9   don't tell you one way or the other.

10           So we have what Mr. Clemens has always said.  We

11   have a burden moving here to prove a negative, which is

12   impossible.  The government doesn't have evidence to say it

13   enhanced his performance.  As you noticed, they have not been

14   putting on any evidence to suggest that.  The government

15   doesn't have evidence to show this his medical records in any

16   way indicate the use of steroids or HGH.  And now we're just

17   fighting shadows, Judge.  That's our problem.

18           THE COURT:  I would be in total agreement that the

19   government should not have brought out evidence about what the

20   effects of steroids are unless they were going to be able to

21   show a correlation between what Mr. Clemens was allegedly

22   using and what or what was not exhibited as a result of that.

23   That should not have come in.  I would totally agree with

24   that.  If there had been an objection, I would have sustained

25   the objection because I agree, as far as Mr. Radomski is

1   concerned, he does not have the expertise to say what impact

2   these drugs would have generally on people.

3            I guess he would have, as I said before, the

4   ability to say the effect it had on him, since he was using

5   it, and directly he could say he saw things start to happen to

6   him as a result of it as far as acne and getting bigger.  But

7   he couldn't say that that would have the same effect on other

8   people.  He is not a doctor, he is not an expert.

9            But if we had such evidence, I would be inclined to

10  let it in.  But as I say, there wasn't an objection, even for

11  tactical reasons.  If I were in your shoes, maybe I would have

12  done the same thing if I thought I could then somehow exploit

13  it.  But it came in without objection.  I would have kept that

14  stuff out.

15           Now, as far as the experts are concerned, I assume

16  they have the ability to say that.  But the problem as I say I

17  have, even with their testimony, is that if we don't have any

18  information before this jury that would show a correlation

19  between what allegedly Mr. Clemens was using and the lack of

20  evidence suggesting the alleged use consistent with what has

21  been presented during this case, I'd be inclined to let it in.

22  But without that, I just don't know how as a factual predicate

23  for that information being relevant and the jury drawing

24  inferences from it.

25           But that's the record as it is.  You're right,

1    maybe the Court of Appeals will never get a chance to tell me

2    whether I'm right or wrong.

3              MR. HARDIN:  Your Honor, what I said to you at the

4    bench is I hope the Court of Appeals does not.

5              THE COURT:  You might be right.

6              MR. HARDIN:  It only happens if he's convicted.

7              THE COURT:  You might be right.

8              MR. HARDIN:  Thank you.  I hope you go unjudged.

9    BRIEF RECESS

10                         AFTER RECESS

11             THE COURT:  For the record, I was just telling

12   counsel, I'd like for them to submit something to me regarding

13   whether a statement -- a false statement allegedly made by Mr.

14   Clemens about not having been at the Jose Canseco house for an

15   afternoon party.  Whether that statement -- the jury would

16   have a basis for concluding that that statement is material or

17   was material, and therefore, would be a sufficient basis for

18   that charge being submitted to the jury for their

19   consideration.

20             MR. HARDIN:  Thank you, Your Honor.  We will do

21   that.  And I have just this one area that the Court allowed --

22   overruled the objection on -- that's the only thing I have

23   left with this witness.

24             THE COURT:  Okay.  Let's bring the jury in.

25   OFF THE RECORD

1          THE COURT:  Ms. Powell-Taylor is telling me that

2     one of the jurors -- the one on the end in the first row?

3          COURTROOM DEPUTY:  Yes.

4          THE COURT:  Indicated that somebody on the first

5     row of this side of the courtroom said Hi to her, and not

6     thinking, she turned and said Hi back.  And she had some

7     concerns about whether such a statement should have been made

8     to her.  So, I don't know who that was, but --

9          MR. HARDIN:  Have the record reflect --

10         THE COURT:  -- there should be no communication

11    whatsoever with a juror by anybody, especially anybody who is

12    associated with either side.  And I understand, that would be

13    something on the Government's side on the first row.

14         MR. GUERRERO:  Judge, I think one of our agents who

15    is helping us with the case, who is new to the case, we have

16    some assistance each week, just indicated to me that when the

17    Court addressed this issue, it was him.  I believe it was

18    accidental.  We'll admonish him not to have that.

19         THE COURT:  Very well.  Obviously that shouldn't

20    occur.  Okay.

21    JURY ESCORTED INTO THE COURTROOM AT 3:00 P.M.

22         THE COURT:  You may be seated.  Okay.

23         MR. HARDIN:  Thank you.

24    BY MR. HARDIN:

25      Q.   Mr. Garner, be aware if a lawyer says that he's almost

1  through, but I am almost through.  All right.  If you would,

2  do you recall what your personal reaction was when you first

3  heard of the allegation through the Mitchell report and

4  Congressional hearings or anything, that Mr. Clemens had used

5  steroids and HGH?

6      A.   I was totally surprised.  Again, referring to what I

7  had earlier said, I saw no indication whatsoever that anything

8  done.  And if Your Honor allows, based on my experiences, I

9  didn't see the kind of changes with him that I had seen in the

10  past that would indicate to me he had been doing anything.

11  So, I had no evidence whatsoever to think that he had done

12  anything.

13     Q.   Was there anything about his conduct or his pitching

14  that ever suggested or made you suspect in any way that he was

15  using any of these performance enhancing drugs?

16     A.   No.

17     Q.   Finally, he asked you about Mr. Clemens's deal that was

18  already in effect when he joined the -- when you joined the

19  Astros in 2004.  You had understood that he had retired, is

20  that correct?

21     A.   That's right.

22     Q.   What was your understanding as to what he was -- with

23  respect in your own mind as to what he wanted to do in his

24  retirement years?

25     A.   Well, it was my understanding that to get him out of

1    retirement, our owner who -- it's unusual for an owner to be

2    involved in negotiations -- had agreed to do that with Roger

3    so that Roger could spend time with his family, because that's

4    what he wanted to do.  He's very devoted to his boys and

5    really wants to help them in their baseball careers.

6              And that's my understanding why our owner agreed

7    to do that so that Rocket would come out of retirement and

8    pitch.

9    Q.   And Andy Pettitte had already agreed and -- had he

10   already agreed and signed a contract with the Astros for

11   the 2004 year at the time Roger Clemens decided to come out?

12   A.   That's correct.

13   Q.   And you knew of their friendship and relationship, he

14   asked you about that, correct?

15   A.   That's correct.

16   Q.   And so for the next three years did these two friends

17   pitch together?

18   A.   They did.

19   Q.   All under your management after July of '04?

20   A.   That's correct.

21   Q.   He asked you -- you used the phrase deteriorating

22   physical ability.  Did you actually see -- how would you

23   characterize as to whether that is an accurate word that you

24   saw with Mr. Clemens?

25   A.   Well, that might be a little aggressive.  Certainly

1   aging.  His fast ball wasn't what it used to be in terms of

2   velocity.  I didn't think his slider was as good as it was

3   that I had seen earlier.  But his pitching skills -- the

4   ability to think the game was there, and he could still

5   execute what he needed to execute and that's why he won.

6   Q.   And, finally, he talked to you about the younger

7   players and whether he mentored and so on.  If you were on a

8   scale of 1 to 10, how would you rank Roger Clemens as a

9   teammate and leader of the other players?

10  A.   A 10.

11        MR. HARDIN:  Thank you, sir.

12        THE COURT:  Anything from the jury?

13        MR. DURHAM:  May we approach briefly.

14  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

15        MR. DURHAM:  Your Honor, Mr. Hardin was permitted

16  to ask a question that we did object to, that is:  Were you

17  shocked or surprised when you learned that Mr. Clemens's name

18  was in the Mitchell report?  I would ask, Your Honor, for some

19  latitude for one or two short questions that relate to the

20  same area of inquiry concerning Mr. Pettitte, who also was

21  named and who also in 2004 used human growth hormone.

22        I assume that his answer will be that he was also

23  equally surprised.

24        THE COURT:  But then you're going to be asking the

25  jury to infer that because he would have been surprised about

1    Mr. Pettitte, that they could somehow use that in deciding

2    that his surprises are relevant as it relates to Mr. Clemens

3    because if he was mistaken about Mr. Pettitte, then he may be

4    mistaken about Mr. Clemens.

5            And the only reason I let it in, as I said, I

6    thought there was an implication raised by the questions that

7    you asked that opens the door to permit this, otherwise, I

8    would not have let it come in to neutralize the suggestion I

9    thought that was being made that the Mitchell report was in

10   fact accurate in reference to Mr. Clemens's alleged use.

11           MR. DURHAM:  Very well.  I understand.

12   SIDEBAR DISCUSSION CONCLUDED

13           THE COURT:  Anything from the jury?

14           (No response).

15           THE COURT:  Thank you, sir.  Next witness.

16           MR. HARDIN:  May he be excused from the rule, Your

17   Honor?

18           THE COURT:  Yes.  Any objection?

19           MR. DURHAM:  No.

20           THE COURT:  Very well.

21           MR. HARDIN:  Your Honor, we call Dr. Likover.  And

22   they're getting him now.

23

24

25

1    Thereupon,

2                        LARRY LEE LIKOVER,

3    the witness herein, having been first duly sworn, was examined

4    and testified as follows.

5                        DIRECT EXAMINATION

6    BY MR. HARDIN:

7        Q.    Good afternoon, Doctor.

8        A.    Hi.

9        Q.    Would you state your name, please, for the jury.

10       A.    My name is Larry Lee Likover, Medical Doctor.

11       Q.    And how would you spell your last name?

12       A.    L-I-K-O-V-E-R.

13       Q.    All right.  Mr. Likover, how old a man are you?

14       A.    I'm 62.

15       Q.    Where do you live?

16       A.    Houston, Texas.

17       Q.    What type of doctor are you?

18       A.    I'm a board certified orthopedic surgeon.

19       Q.    And how long have you been a doctor?

20       A.    I've been a doctor since 1975.  I've been an orthopedic

21   surgeon since 1980, or 32 years.

22                  THE COURT:  One moment.

23   BY MR. HARDIN:

24       Q.    Now, Doctor, can you give us a brief background of your

25   training and education that got you to where you are?

1    A.    I went to college at the University of Michigan.  I

2    graduated in Michigan in 1968.  I went to -- I grew up in

3    Cleveland, Ohio.  My father moved to Texas in 1972, and I went

4    to medical school at Baylor College of Medicine in Houston

5    from 1972 to 1975.  I then went to orthopedic surgery

6    internship and residency from 1975 until 1980.  After that I

7    went into private practice in orthopedic surgery on the west

8    side of Houston.

9    Q.    And so you have been practicing in that orthopedic

10   surgery on the west side of Houston from when to what now?

11   A.    1982 to currently.  32 years.

12   Q.    All right.  In that capacity do you happen to know

13   Roger Clemens?

14   A.    Yes, I do.

15   Q.    When did you first meet Mr. Clemens?

16   A.    I met Mr. Clemens when I was called to see his baby,

17   his second son, Cory, when he was born in about 1988.

18   Q.    And have you -- did Cory have a particular problem that

19   you were looking at?

20   A.    Yes, sir.  Cory was born with --

21          MR. DURHAM:  Objection.  Approach for just a

22   moment, please.

23          THE COURT:  Yes.

24   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

25          MR. DURHAM:  Your Honor, this witness was not

1    noticed as an expert, so assume he's a fact witness.  And I

2    just don't understand the relevancy.  I guess I would want a

3    little bit of a proffer before we have information --

4              THE COURT:  What's he going to say?

5              MR. HARDIN:  This was just background.  If you want

6    to me to withdraw that question, I will.  But he has treated

7    him and has given him shots of B12.

8              THE COURT:  Treated Mr. Clemens?

9              MR. HARDIN:  Yes.  He's treated Mr. Clemens and

10   he's given him B12 over the years.

11             THE COURT:  How is the son's situation --

12             MR. HARDIN:  It's not.  It was just sort of

13   background of how he met him.

14             THE COURT:  Let's move on.

15   SIDEBAR DISCUSSION CONCLUDED

16             THE COURT:  I'll sustain the objection.  Next

17   question.

18             MR. HARDIN:  Thank you, Judge.

19   BY MR. HARDIN:

20   Q.   Now, after you met the family and all, did you begin to

21   treat different members of the family -- and I'm not really

22   into what you treated them for -- but over the years did you

23   become almost a family doctor?

24   A.   Well, Cory's medical condition required he come to the

25   office every week for about four months.

 1                MR. DURHAM:  Objection.

 2                THE COURT:  I'll sustain the objection.

 3                MR. HARDIN:  Well, I think he was just trying to

 4   show how often he saw the family, Judge.  We weren't really

 5   getting -- I think all he was doing was simply establishing

 6   the frequency of the contact he had.

 7                THE COURT:  You can tell us how often you saw him,

 8   but don't tell us why.

 9                THE WITNESS:  I saw the baby every week for four

10   months.

11   BY MR. HARDIN:

12    Q.   And then -- by the way, do you know how old Cory is

13   now?

14    A.   Cory is 24.  I've since done many surgeries on him.

15    Q.   All right.  Now, at some period of time did you become

16   not only the doctor but friends with Roger Clemens?

17    A.   I became friends with Roger, a running mate with Roger,

18   and I treated all members of the family for various

19   conditions.

20    Q.   And when you say running, you yourself do a good deal

21   of running, do you not?

22    A.   I try to run five days a week.

23    Q.   And have you done marathons?

24    A.   I've done 17 marathons.

25    Q.   All right.  And when you and Roger Clemens would go

1   running together, what part of the year would that usually be?

2   A.    That would be year-round, winter, summer, spring, fall.

3   Q.    All right.  Did you follow his career throughout that

4   period of time that you've known him?

5   A.    Yes, I did.  But to be honest with you, we really just

6   didn't start doing running until he came back to Houston to be

7   with the Astros because he was gone in New York or Toronto or

8   wherever he was.

9   Q.    So that the jury knows, during the period of time that

10  you've known Mr. Clemens, would the primary period be then

11  that you were running together beginning 2004 when he returned

12  to Houston?

13  A.    Yes, sir.

14  Q.    All right.  During that time, how often would you see

15  him from, let's say, the season of 2004 until now even, how

16  often would you see him?

17  A.    We tried to run almost every Friday.  Sometimes we

18  would run Monday and Friday.  He would miss some because he

19  was out of town, I'd miss some because I'd be out of town.

20  But we tried to run --

21  Q.    Slow down for this lady.

22  A.    Excuse me.  We tried to run at least once a week.

23  Q.    All right.  Now, during this period, did you ever

24  prescribe B12 for him?

25  A.    Yes, I did.

1    Q.   And when would you have been doing that?

2    A.   Since 2004.

3    Q.   So when he was with the Astros, was he receiving B12

4    shots periodically by you?

5    A.   Yes, sir.

6    Q.   How often?

7    A.   Whenever he wanted to.  Whenever he felt he needed

8    quote, a boost, is the word he would use.

9    Q.   And what was your own view of the utilitarian nature of

10   a B12 shot?

11   A.    If it makes you feel good, I'm in favor of it.  And

12   he's an elite -- what I call an elite athlete, and anything

13   that makes an elite athlete feel better, that's legal, to me

14   is good.

15   Q.   Did Roger Clemens ever ask you for anything that was

16   illegal?

17   A.   No, sir.

18   Q.   Now, the question of the B12.  If you had to estimate

19   from 2004 to the end of 2007, how many B12 shots would you

20   estimate you gave him?

21   A.   Many.  I've reordered that bottle from his pharmacy

22   many times.

23   Q.   Did you ever give B12 shots to any other members of his

24   family?

25   A.   I gave one to Debbie.

1    Q.    Now, how about -- have you ever prescribed Vioxx for

2  him?

3    A.    On many occasions.  I gave him samples when Vioxx was

4  available, and subsequently gave him -- still give him

5  Celebrex occasionally.

6    Q.    Now, for the jury to understand, Vioxx was ultimately

7  by FDA taken off the stand, as you may?

8    A.    Correct.

9    Q.    Do you recall what year?

10   A.    No.

11   Q.    All right.  And did you as a doctor believe that Vioxx

12  was very helpful?

13   A.    I prescribed may prescriptions of Vioxx when it was

14  available, it was a great drug.

15   Q.    All right.  And, indeed, have you ever used Vioxx?

16   A.    Yes.

17   Q.    What do you use it for?

18   A.    Aches and pains.  But I prescribed -- for myself -- but

19  I prescribed it to thousands of patients.

20   Q.    And in Roger's case, how often would you have

21  prescribed it for him when he was with the Astros?

22   A.    He would call me and say:  Do you have any samples?  I

23  would usually give him some samples.

24   Q.    Slow down.  Slow down.

25   A.    Excuse me.  He would call me and if he needed some

1   samples I would drop some samples off at the house.

2   Q.   During this time all the way up through when Roger left

3   to play again with New York in 2007, how would you describe

4   during all that period of time, Roger Clemens's workout or

5   conditioning approach?

6   A.   In the extreme.  He's an elite athlete who works out in

7   the extreme.

8   Q.   And during the period of time that you cared for him,

9   did you -- from the time that he came back to Houston -- by

10  the way, did you ever meet Brian McNamee?

11  A.   No, sir.

12  Q.   Did you work out with Mr. Clemens frequently during

13  that 2 1/2 years?

14  A.   I ran with Roger for years now since 2004.

15  Q.   And was Brian McNamee ever involved in any of your

16  workouts?

17  A.   No, sir.

18  Q.   During the period of time that you worked out with Mr.

19  Clemens and that you ran with him or so, he -- let me back up.

20  As an orthopedic surgeon, have you over the years seen and

21  treated numerous athletes?

22  A.   Yes, sir.  I've done lots of sports medicine.   For

23  30 years I took care of Katy School District, which has six

24  teams.  And I went to three to four high school football games

25  a week for 30 years.

1    Q.   Have you ever seen any man in his 40s take care of

2    himself physically the way Roger Clemens did?

3    A.   No, sir.

4              MR. DURHAM:  Leading nature of the question, Your

5    Honor.

6              THE COURT:  Overruled.

7    BY MR. HARDIN:

8    Q.   And your answer was?

9    A.   No, sir.

10             MR. HARDIN:  I'll pass the witness, Your Honor.

11             THE COURT:  Cross-examination.

12             MR. DURHAM:  Court's indulgence for a moment,

13   please.

14                        CROSS-EXAMINATION

15   BY MR. DURHAM:

16   Q.   Dr. Likover?

17   A.   Yes, sir.

18   Q.   My name is Steve Durham, I'm an Assistant U.S. Attorney

19   here in D.C.  I don't think we've ever met before.  I have

20   just a few questions for you, I won't be long.  Did you come

21   up from Houston?

22   A.   Yes, sir.

23   Q.   We won't keep you too long here.  Tell me -- I'm sorry,

24   help me understand.  When did you first meet Mr. Clemens?

25   A.   I met him in 1988.

1    Q.   So, you've known him since 1988, 24 years?

2    A.   Yes, sir, since Cory was born.

3    Q.   And do you consider yourself friends with Mr. Clemens?

4    A.   Yes.

5    Q.   Do you socialize with Mr. Clemens?

6    A.   Rarely.

7    Q.   Do you see him from time to time outside the medical

8 practice?

9    A.   No.

10    Q.   Have you been to his house?

11    A.   Many times.

12    Q.   And do you know that he has a gym attached to his

13 house?

14    A.   Yes, sir.

15    Q.   Have you been there?

16    A.   Yes, sir.

17    Q.   Have you seen him work out there?

18    A.   I've never seen him work out, no.

19    Q.   Okay.  Mr. Hardin asked you about a gentleman by the

20 name of Brian McNamee.  Had you ever met Mr. McNamee?

21    A.   No, sir.

22    Q.   Had you ever seen Mr. McNamee working without Mr.

23 Clemens in the gym?

24    A.   No, sir.

25    Q.   Were you aware, though, that Mr. Clemens in 2006 called

1     Mr. McNamee one of the best strength trainers that he worked

2     with; were you aware of that?

3        A.    I have no knowledge of that.

4        Q.    Was -- do you -- well, I'll move on.  Mr. Hardin asked

5     you some questions about your administration of vitamin B12 to

6     Mr. Clemens.  What is vitamin B12?

7        A.    Cyanocobalamin, I believe is the name of it.  It's a

8     vitamin that is used to treat pernicious anemia, which is a

9     rare problem with red blood cells.

10       Q.    That's the clinical application for it, for pernicious

11    anemia, right?

12       A.    Yes, sir.

13       Q.    And you said it was -- I get this wrong myself,

14    cyanocobalamin?

15       A.    Yes, sir.

16       Q.    That's what it is?

17       A.    Yes, sir.

18       Q.    I'm not going to correct a physician with as much

19    experience as you had.  That's prescribed, is that correct?

20       A.    What's the question?

21       Q.    It's an Rx?

22       A.    Yes.

23       Q.    In other words, you can't just go walk into a CVS and

24    buy it over-the-counter, correct?

25       A.    Correct.

1    Q.   You have to have a doctor's prescription, right?

2    A.   Yes, sir.

3    Q.   And you -- Mr. Clemens -- and I don't want to invade

4    private medical conditions, but Mr. Clemens doesn't have

5    pernicious anemia, does he?

6    A.   Not to my knowledge.

7    Q.   So, the reason that you would prescribe cyanocobalamin

8    to Mr. Clemens would be purely for psychological purchases?

9    A.   I would say that that's not necessarily true.  Vitamin

10   B12 is used a lot by family practitioners historically in this

11   country, all over the country, because it's seems for years

12   that patients have felt it makes you feel better.

13              And whether that's a placebo effect, we call it,

14   or something that actually does, I don't know that it's

15   actually ever been well studied scientifically.

16   Q.   But you don't see any danger in giving an injection of

17   vitamin B12?

18   A.   No, sir, it's a vitamin.

19   Q.   But it is an injection, correct?

20   A.   Yes.

21   Q.   And is that injected into the buttocks?

22   A.   No.  I never injected Roger in the buttocks.  I

23   injected him in the left arm.  I was afraid to inject his

24   right arm.

25   Q.   Okay.  But when you inject him, you inject him you said

1    into the arm?

2        A.    Yes, sir.

3        Q.    And do you have him lift his shirt or do you inject him

4    through his shirt?

5        A.    With lift up his sleeve and inject in his upper arm.

6        Q.    You would never inject anybody through clothing,

7    correct?

8        A.    Correct.

9        Q.    And the reason is is because that's not a sterile

10   field, correct?

11       A.    Correct.

12       Q.    And you prepare the needles yourself?

13       A.    Yes, sir.

14       Q.    And you prepare the needle individually, correct?

15       A.    Yes, sir.

16       Q.    And the reason you do that is because one needle, one

17   patient, right?

18       A.    Correct.

19       Q.    And it's authorized and supervised by you, correct?

20       A.    Yes.

21       Q.    You give the injection, right?

22       A.    Yes.

23       Q.    And you've been giving injections for how long?

24       A.    To patients, since 1975.

25       Q.    And how many B12 injections do you think you've given

1    to patients between 1975 and today?

2        A.    Other than Mr. Clemens, very few.

3        Q.    Mr. Clemens was one of the very few people who you gave

4    B12 injections?

5        A.    Correct.  I don't do that routinely in my office.

6        Q.    And you would do that to accommodate Mr. Clemens's

7    desire to get a little "boost" as you say?

8        A.    Correct.

9        Q.    And with respect to the injections themselves -- the

10   injections you've given Mr. Clemens, has he ever had an

11   adverse reaction to any of those injections?

12       A.    No, sir.

13       Q.    Has he -- have you ever given him an injection that has

14   caused some type of abscess?

15       A.    No, sir.

16       Q.    An that's because, as an experienced physician, you

17   know how to inject people without causing injury, correct?

18       A.    Yes, sir.

19       Q.    That's part of your job, right?

20       A.    Yes, sir.

21       Q.    And that's why people would go to a medical

22   professional to get an injection, correct?

23       A.    Yes, sir.

24       Q.    I mean, if they had the choice between a medical

25   professional and somebody who had no training in giving

1    injections, you would agree that they would choose the medical

2    professional, correct?

3    A.   I would agree.

4    Q.   Mr. Clemens, how would he communicate to you that he

5    wanted a vitamin B12 injection?

6    A.   Well, when we're done running sometimes he would say --

7    we would run by my house or his house, and he would say:  Doc,

8    can you give me a B12, I'm going to be doing a golf tournament

9    or something.  We'd stop in my house and give him a B12.

10   Q.   And you would never refuse him, correct?

11   A.   Correct.

12   Q.   You would never say:  No, Roger, I can't give you a B12

13   today, right?

14   A.   I never refused him.

15   Q.   Now, Mr. Hardin asked you some questions about

16   injections of B12.  I take it Mr. Clemens never asked you for

17   any type of illegal drugs, is that correct?

18   A.   Mr. Clemens had plenty of opportunity to ask me for

19   illegal drugs in private and he never did.

20   Q.   But illegal drugs -- you, as a licensed physician, you

21   would refuse to provide illegal drugs, right?

22   A.   Absolutely.

23   Q.   I mean, you would absolutely say:  No way.  Ain't

24   happening.  Right?

25   A.   Correct.

1    Q.   Mr. Hardin asked you some questions about -- by the

2    way, with respect to B12, do you create a medical record when

3    you inject Mr. Clemens?

4    A.   I did not in Mr. Clemens' case.

5    Q.   With respect to Vioxx, Mr. Hardin asked you some

6    questions about Vioxx.  You had, I think, told us that you had

7    prescribed Mr. Clemens Vioxx on various occasions?

8    A.   Yes, sir.

9    Q.   And there came a point in time when Vioxx was -- well,

10   Vioxx is an anti-inflammatory, or was, correct?

11   A.   Yes.

12   Q.   And that's helpful for joints, is that correct?

13   A.   Yes.

14   Q.   And with respect to Vioxx, Mr. Clemens would ask you

15   for Vioxx and you would prescribe it?

16   A.   Yes.

17   Q.   And would there be a dosage that you would prescribe

18   for Vioxx?

19   A.   The standard dose.

20   Q.   Which is what?

21   A.   Which was -- as I recall, once a day.  You could take

22   it twice a day if you needed it.

23   Q.   Now, Dr. Likover, and I don't mean to be flippant when

24   I say this because this is a serious question.  But as a

25   physician you would never prescribe Vioxx and then on the

1    dosage put something like:  Eat like Skittles.  Correct?

2    A.    No.

3    Q.    Because that would be way too much, right?

4    A.    Correct.

5    Q.    And with respect to Vioxx, Doctor, was Vioxx eventually

6    taken off the market because the FDA learned that it could

7    potentially cause heart damage?

8    A.    Yes.

9         MR. DURHAM:  Very well.  One moment.  Doctor, thank

10   you very much for being here.

11        THE COURT:  Redirect.

12        MR. HARDIN:  I have nothing further.  May he be

13   released?

14        THE COURT:  Anything from the jury?

15        (No response).

16        THE COURT:  Thank you, Doctor.

17   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

18        THE COURT:  Would it be legal for you to prescribe

19   and administer anabolic steroids or HGH to Mr. Clemens?  Has

20   he ever asked you to?

21        MR. HARDIN:  We have no objection.  I think second

22   must have been written at the early stages because the next

23   part --

24        THE COURT:  Did you only give samples of Vioxx or

25   did you write prescriptions for Vioxx?

 1              MR. HARDIN:  Fair enough.

 2              THE COURT:  Did you ever prescribe or administer

 3   B12 to Roger Clemens before 2004?

 4              MR. HARDIN:  Fair enough.

 5   SIDEBAR DISCUSSION CONCLUDED

 6              THE COURT:  A question from the jury.  One:  Did

 7   you ever prescribe or administer B12 to Roger Clemens

 8   before 2004?

 9              THE WITNESS:  No.

10              THE COURT:  Would it be illegal for you to

11   prescribe and administer anabolic steroids or HGH to Mr.

12   Clemens?

13              THE WITNESS:  That's interesting.  I am able to

14   legally obtain HGH or anabolic steroids.  I have never given

15   that medicine to any patient ever.  I'm an orthopedic surgeon,

16   the doctors that use that are generally urologists.  Male --

17   doctors that treat testicular insufficiency.  So, I've never

18   given that drug in my life to any patient.

19              THE COURT:  You've already, I think, answered this,

20   but also a question:  Did you ever give or were you ever asked

21   by Mr. Clemens to give him either of those substances?

22              THE WITNESS:  That's a very good question.  Roger

23   has had more than adequate opportunity to ask me for any of

24   that type of drug.  He never ever asked me for any of those

25   drugs.

 1            THE COURT:  And did you only give samples of Vioxx

 2    or did you give or write prescriptions for Vioxx for Mr.

 3    Clemens?

 4            THE WITNESS:  As I recall, just samples.

 5            THE COURT:  Okay.  Anything else?

 6        (No response).

 7            THE COURT:  Thank you, Doctor.  You're free to go

 8    or wait in the courtroom if you want.  Next witness.

 9            MR. HARDIN:  Your Honor, we would call Fanny

10    Gabilanez.  I'm sorry, I'm mangling the Gabilanez.  I'll spell

11    it for you when she comes.

12            THE COURT:  What is that?  You can spell it for us

13    now.

14            MR. HARDIN:  G-A-B as in Boy I-L-A-N-E-Z.  And

15    first name is F-A-N-N-Y, spelled like Fanny, but not

16    pronounced that way.

17    Thereupon,

18                        FANNY GABILANEZ,

19    the witness herein, having been first duly sworn, was examined

20    and testified as follows.

21                        DIRECT EXAMINATION

22    BY MR. HARDIN:

23     Q.   Good afternoon.

24     A.   Good afternoon.

25     Q.   All right.  Now, I'm going to ask you a couple of

1    things.  To pull the microphone up or speak as closely to it

2    as you can.  And, secondly, this lady in front of you has to

3    write down everything you're saying.  So, if you could try to

4    speak up enough for both her and the last juror to hear you.

5    Okay?

6         A.    Okay.

7         Q.    But, see, you got to speak much louder than that?

8         A.    Okay.

9         Q.    They you are.  Would you tell the jury your name,

10   please.

11        A.    Fanny Gabilanez.

12        Q.    And would you spell your last name, please.

13        A.    Gabilanez, G-A-B-I-L-A-N-E-Z.

14        Q.    And how old a lady are you?

15        A.    What is it?

16        Q.    How old are you?

17        A.    Forty-nine.

18        Q.    And is English your second language?

19        A.    Yeah.

20        Q.    If at any time you're not sure what I'm asking or the

21   other lawyers, just ask us to repeat it.  Okay?

22        A.    Okay.

23        Q.    Do you have children?

24        A.    Yes.

25        Q.    Where -- first of all, where do you live?

1    A.    In Queens, New York.

2    Q.    How old were you when you came to Queens?

3    A.    Fifteen.

4    Q.    Where did you come from and where did you grow up?

5    A.    Ecuador.

6              THE COURT:  When you say Queens, what city is that?

7              THE WITNESS:  Queens?

8              THE COURT:  Queens, yeah.

9              THE WITNESS:  New York.

10             THE COURT:  Okay.

11   BY MR. HARDIN:

12   Q.    Yeah, I didn't ask you where.  There are other Queens

13   in the country, that's why the judge is asking?

14   A.    Oh, okay.  Sorry.

15   Q.    Now, when you came to the United States at the age of

16   15, did you speak English?

17   A.    No.

18   Q.    Why did you come?  Did you come by yourself?

19   A.    Yes.  I come by myself but my father was here.

20   Q.    And what did you expect when you came?

21   A.    Well, I expect there will be a different life.  Like

22   everybody dreamed it will be nice over here, better life.  But

23   when I find out when I was here, it was not like that.

24   Q.    And did you expect to get help from your father?

25   A.    Well, I expect my father to do everything for me, but

1    he didn't.

2    Q.    So, once you got here and found out that your father

3    was not going to help you, and you were 15, what did you do?

4    A.    Work.  I looked for work and I have to survive for

5    that.

6    Q.    Tell these people how you went about it?

7    A.    Well, I went to look for the jobs.  I tracked the

8    people whenever they go to the factories and I -- I asked for

9    jobs.

10   Q.    And your first job was?

11   A.    Sewing.

12   Q.    Did you know how to sew?

13   A.    No.  But I told them yes.  And then I try to -- they

14   give me the job, and then I learned because I was 15 and I

15   catch up everything what they show me.

16   Q.    How did you learn English?

17   A.    Reading the newspaper.

18   Q.    Tell them how you did it?

19   A.    The horoscope every day.

20   Q.    What would you do?

21   A.    Read every day.  Every day a little part -- you know,

22   and that's how I learn.

23   Q.    How would you know what the English words meant?

24   A.    Well, first of all, you know, when I started it was

25   hard for me.  I learned letter by letter and time by time.

1    Q.    Where did you live in Queens?

2    A.    In Richmond Hill.

3          THE COURT:  Ridgemont Hill?

4          THE WITNESS:  Richmond Hill.

5    BY MR. HARDIN:

6    Q.    Would you spell the word?

7    A.    It's R-I-C-H-L-L -- no, no, I'm sorry.

8    Q.    That's okay.

9          THE COURT:  Can you write it down?

10         THE WITNESS:  Yes.

11         MR. HARDIN:  Thank you, Judge.

12         THE COURT:  Spell it out for us.

13         THE WITNESS:  R-I-C-H-M-O-N-D Hill, H-I-L-L.

14   BY MR. HARDIN:

15   Q.    Oh, that's my fault.  Richmond Hills is where you

16   lived?

17   A.    Yes.

18   Q.    And did you live by yourself?

19   A.    No.  For a little while I was with my father, but he

20   make me pay the rent.  I had to pay the food because they told

21   me that I had to pay everything in here.

22   Q.    All right.  Now at some time --

23   A.    Yeah.

24   Q.    -- as you moved on in your work, did you start doing

25   housekeeping work?

1    A.    Yes.

2    Q.    When did you start doing that?

3    A.    When I was 17 and 18, and then I cleaned buildings, you

4    know, everything.

5    Q.    When you were cleaning buildings and doing housekeeping

6    work for people, who would you work for?

7    A.    Well, I work -- in the buildings, you know, I don't

8    even remember which -- what is the name of the people.  But,

9    you know, I work cleaning over there, taking garage and

10   everything in one building.

11   Q.    How now -- you have how many children?

12   A.    Four.

13   Q.    Tell the jury how old they are and what they are doing?

14   A.    20, 19, 14 and 7 years old.

15   Q.    And the 20-year-old, is it a girl or a boy?

16   A.    It's a boy in college.

17   Q.    Where is he in college?

18   A.    He's in King's College -- King's College in --

19   Q.    -- in Pennsylvania?

20   A.    Pennsylvania.  My daughter is --

21   Q.    Excuse me, the daughter is 19?

22   A.    She's 19.

23   Q.    Where is she in school?

24   A.    In Hunter College in Manhattan.

25   Q.    Tell them about the 14-year-old, where is he about to

1    go?

2        A.   The 14-year-old is going to Exeter High School for four

3    years.

4        Q.   A very, very good --

5        A.   He's very smart.  He won a scholarship and going over

6    there for the four years.

7        Q.   Yeah.  Tell them how much that scholarship is a year?

8        A.   $45,000.

9        Q.   So, is he very bright?

10       A.   Yeah.  And I don't have to pay.  I'm happy for it.

11       Q.   And then the 7-years-old is in what grade?

12       A.   First grade.

13       Q.   Are you a citizen of the United States now?

14       A.   Yes.

15       Q.   How did you do that?

16       A.   Well, a long time ago I did my papers with they have

17   that -- how you call that -- the person signed out, is it --

18       Q.   Was it an amnesty program?

19       A.   Yeah, amnesty.

20       Q.   And you became a citizen?

21       A.   Yes.

22       Q.   And you have the four children that you've raised by

23   yourself?

24       A.   Yes.

25       Q.   How many jobs at a time have you worked?

1    A.    Many jobs different places, cleaning -- most of the

2  them cleaning.

3    Q.    Do you know this man over here, Roger Clemens?

4    A.    Yes.

5    Q.    How do you know him?

6    A.    Well, when I went to the building that I was working

7  cleaning, they told me they need somebody to clean for the --

8  first of all, I didn't know he was a celebrity because hire

9  somebody else.

10   Q.    So, let's stop and go through this?

11   A.    Yeah.

12   Q.    First of all, what year do you think it was?

13   A.    I think it was in.

14   Q.    Let me see if I can help you.  Tell the jury where you

15 were on the day of 9/11?

16   A.    I was working in his apartment.

17   Q.    You were cleaning whose apartment on 9/11?

18   A.    Mr. Clemens's apartment.

19   Q.    That is where you physically were?

20   A.    I was doing cleaning that apartment that day.

21   Q.    You'll never forget?

22   A.    No, of course not, because I had to walk to Queens

23 because they didn't have no trains, no buses.

24   Q.    How far was Queens away when you finished?

25   A.    I passed the -- how you say it?  I passed the bridge

1   and then I take a taxi from there.

2       Q.   Okay.  You crossed the bridge?

3       A.   Yes.

4       Q.   Over?

5       A.   To Queens.

6       Q.   To Queens and then got a cab?

7       A.   Yeah, because a lot of people was doing that.

8       Q.   How far back -- did you ever clean his apartment again

9   after 9/11?

10      A.   Yes.  Yes.  But I don't remember which day.

11      Q.   If we go back -- if we take 9/11 as our point?

12      A.   Yeah.

13      Q.   How far back would you estimate you had been cleaning

14  his apartment?

15      A.   I think until he left.  I don't know.

16              THE COURT:  What did you say?

17              THE WITNESS:  Until he leave from there.

18              THE COURT:  No.  Before 9/11, how long had you been

19  cleaning his apartment?

20              THE WITNESS:  Oh, before.  A couple times.  I don't

21  remember.

22  BY MR. HARDIN:

23      Q.   Would it have been more than two times?

24      A.   Yeah.

25      Q.   So you're just not sure how many.  Okay.  During that

1    whole year of 2011 --

2    A.   Yeah.

3    Q.   -- before 9/11, would you periodically or sometimes

4    clean his apartment?

5    A.   Yes.

6    Q.   And how -- and this apartment, where was it?

7    A.   It was in Manhattan.

8    Q.   Yes.  Do you remember the address?

9    A.   90th Street and 2nd Avenue.

10   Q.   And how was it that you were first assigned and asked

11   to do his apartment?

12   A.   Well, somebody -- somebody -- they hire me, somebody

13   else.  They hired me to clean his apartment.  They asked me if

14   I know to clean, and I said, yes.  So, I went to clean.

15   Q.   And when you first went, had you ever heard of him?

16   A.   No, the first time that -- you know, I just clean and

17   that's it and --

18   Q.   How long when you would go to his apartment to clean

19   would you be there?

20   A.   How long what?

21   Q.   How long would you be there?  How many hours would you

22   work?

23   A.   Like two or three hours.

24   Q.   Do you still remember what the apartment looked like?

25   A.   Yeah.

1    Q.    Can you describe it for the jury, please?

2    A.    When you get in, to the right is his bedroom, bathroom,

3    the closet.  The kitchen -- when you get in -- in the front,

4    the kitchen is in the front.  The living room and two bedroom

5    more in the back with two bathrooms, I think.  I think --

6              MR. HARDIN:  If we may have just a moment, Your

7    Honor.

8    BY MR. HARDIN:

9    Q.    I want to show you some pictures that are in evidence

10   and see if that -- it we're talking about the same apartment.

11   Okay?  So, if you would put up Government 19B, and this should

12   be an outside of a building.  I want you to tell me if that's

13   the building you're talking about?

14   A.    Okay.

15   Q.    Can you look to the left of this, is that the building?

16   A.    Yeah, that's the building.

17   Q.    That's the building that had the apartment of Mr.

18   Clemens that you would clean?

19   A.    Yeah.

20   Q.    Now, would you like at the two pictures on the right.

21   Is that the inside of the apartment that you would clean?  Can

22   you tell from these pictures?

23             THE COURT:  Inside of the apartment or inside of

24   the apartment building?

25             MR. HARDIN:  Oh, I'm sorry.  Mike's telling me

1    that's the lobby.  That's the lobby, excuse me.  I thought I

2    was getting the picture of the inside of the apartment.  Can I

3    have that, please.  That's right.  Thank you.

4    BY MR. HARDIN:

5    Q.   Now, do you recognize what these pictures show?

6    A.   The living room.

7    Q.   Which if you touch where you are pointing?

8    A.   Yes (indicating).

9    Q.   It will make a red mark, which is good, which is what

10   we want.  So, will you take your finger and point to the room

11   that you're saying is the living room and just draw your

12   finger a little circle?

13   A.   That's the living room (indicating).

14   Q.   There you go.  All right.  And what is -- what is to

15   the left of that?  Forget the door, we can all tell that.  But

16   what is in the bottom left, tell me what that is showing?

17   A.   It's a hall.

18   Q.   Do you recognize that hall and that living room?

19   A.   Yes.

20   Q.   Now, have I ever shown you these pictures before?

21   A.   No.

22   Q.   And then the two -- when you said bathroom a minute

23   ago, would you put your finger on where -- make a little mark,

24   a red mark where the bathroom is?

25   A.   (Indicating).

1    Q.   What is the picture to the left of that in the top

2    middle?

3    A.   Kitchen.  The kitchen.

4    Q.   Pardon me.

5    A.   That's the kitchen.

6    Q.   So just put a mark there for the kitchen.  There you

7    go.  Down in the bottom right-hand corner, what is that?

8    A.   That is the bathroom.

9    Q.   Would you put a mark for the bathroom.  Now, each of

10   these rooms that you have marked?

11   A.   Yes.

12   Q.   Did you clean these rooms?

13   A.   Yes.

14   Q.   Tell the jury now, if you'll come back to me for a

15   second.

16   A.   Yes.

17   Q.   That's all right.  Tell the jury what all you would do

18   in and where you would go in that apartment when all you were

19   cleaning it in 2001?

20   A.   I just went to change the sheets, clean the towels,

21   dust.

22   Q.   Pardon me.

23   A.   Dust, and the floors.  And actually that's it.

24   Q.   Would you clean the bathroom?

25   A.   Yeah, I clean the bathrooms.  I clean the bathroom,

1    changed the sheets, put the new towels -- fresh towels.

2        Q.   Would you empty the trash?

3        A.   No.

4        Q.   Would there be trash in any of the rooms?

5        A.   Sometimes a little bit because he never used to be

6    there -- so very little.  Very little tiny garbage.

7        Q.   Did you have a chance to look in the cabinets of the

8    bathroom?

9        A.   Maybe when I was cleaning the middle, yes, I open up,

10   yes.

11       Q.   Did you -- sometimes would you open the refrigerator to

12   see if anything had spoiled in there?

13       A.   Yes, I opened up and I cleaned like twice, I think.

14       Q.   You cleaned that?

15       A.   Yes.

16       Q.   Did you go in the closets?

17       A.   To put the things -- the clothes, yes.

18       Q.   Did you have a chance to look on the shelves of his

19   closet?

20       A.   Yeah, I seen on top.  Yes.

21       Q.   Did you go into his bedroom?

22       A.   Yes.  To make the bed.

23       Q.   And did you look at whatever was lying around in his

24   bedroom?

25       A.   Nothing, only pictures.

```
 1      Q.    Did you ever see any bottles or little vials in the --
 2              MR. DURHAM:  Objection, leading.
 3              MR. HARDIN:  I don't know quite how to ask it any
 4    other way, Judge, I'm sorry.
 5              THE COURT:  Overruled.
 6    BY MR. HARDIN:
 7      Q.    Did you ever see any little vials sitting around
 8    anywhere in the bathroom or in the kitchen, in the
 9    refrigerator, in a closet, any of those places?
10      A.    No.
11      Q.    Do you remember ever seeing beer cans?
12      A.    No.
13      Q.    Did he keep beer in the refrigerator?
14              MR. GUERRERO:  Objection, speculation.
15              THE WITNESS:  No, I didn't see it.
16              THE COURT:  When you opened the refrigerator, did
17    you ever see beer in there?
18              THE WITNESS:  No, I did not.
19    BY MR. HARDIN:
20      Q.    What kind of drinks would you see in the refrigerator?
21      A.    Coke.  Water.
22      Q.    When you cleaned this house?
23      A.    Uh-huh.
24              MR. HARDIN:  May I have just a moment?
25
```

BY MR. HARDIN:

Q.   I'm going to ask Stacey to put up Government 41C.

THE COURT:  Do you want to take those dots off there?

MR. HARDIN:  Yeah, Judge.  I will.  47 -- 47 is 47-2.  I'm sorry.

BY MR. HARDIN:

Q.   I want to you look at the things in this picture, did you ever see any of these kind of things in his apartment?

A.   No.

Q.   Can you look and do you recognize what they are even?

A.   No, I don't.  I never see that.

Q.   And in anyplace in his apartment did you ever see any of these things -- these kinds of things that are there?

A.   No.

Q.   Now, how soon after you started cleaning his apartment did you meet Mr. Clemens?

A.   Like four times later.

Q.   Four times later?

A.   Yeah.

Q.   So, you probably cleaned it about four times before you ever met him?

A.   Yes.

Q.   When you met him, how was it that you met him.  How did that happen?

1    A.   I went to the apartment and I take my little son, he

2    was only four years old.  I didn't know he was going to be in

3    the apartment, so I take my son to clean.  So certainly he

4    come in to the door and I saw him.  And I told him, you know,

5    I bring my son.  He said:  Don't worry about it.  You know, he

6    bring toys for his children, and he said:  You can play over

7    here until Mommy finish.  That's all he said.

8    Q.   So, who went and got the toys for your son?

9    A.   Mr. Clemens.

10   Q.   What did he do?

11   A.   Well, he said to my son, you know, play over here until

12   Mommy finish cleaning.  And then after, he said, you know, he

13   bring with baseball player.

14   Q.   Did you --

15   A.   To my son.

16   Q.   At that time did you know he was a famous baseball

17   player yet?

18   A.   At that time, yeah.  Yeah, I know it.

19   Q.   All right.  So then what did he do with your son?

20   A.   He gave a baseball balls to my son and pictures, and

21   they said, you know, this is for you -- for my little son.

22   And maybe one day it will be worth it.  That's what he said.

23   Q.   Maybe one day it will be worth?

24   A.   Worth it.  That's what he said to my son.

25   Q.   Did you tell him to save it?

1    A.   Yes.  And also my son has his picture in the room and,

2  you know --

3    Q.   Is this the boy that is going off to Exeter?

4    A.   Yes.  Yes.

5    Q.   And then after that?

6    A.   Yeah.

7    Q.   Would you describe how Mr. Clemens treated you and your

8  son there at the house?

9    A.   Very nice.  You know, he was very nice, very sweet.

10  You know, he didn't say anything about my son.  I mean, you

11  know, I was scared because, you know, I'm not supposed to

12  bring my son over there, but I did.

13    Q.   How long were you there with your four year old son and

14  Mr. Clemens?

15    A.   Like two hours or three hours, I think it was.

16          MR. GUERRERO:  Objection.

17          THE COURT:  Overruled.  Hold on.  Sustained.  I

18  don't see relevance.  I'll sustain the objection.

19  BY MR. HARDIN:

20    Q.   Well, in that particular time you were there when Mr.

21  Clemens was there?

22    A.   Uh-huh.

23    Q.   Did you go through the same routine of cleaning you

24  always did?

25    A.   The same thing -- same like I always do.

1    Q.    And did you go into all the same areas you told the

2    jury about a minute ago?

3    A.    Yes.

4    Q.    Did you, while Mr. Clemens was there, see anything

5    different about the things that were there than all the times

6    you had cleaned up when he was not there.  Do you understand

7    my question?

8    A.    Yeah.

9    Q.    In other words, was -- you know, I showed you some

10   things on the screen?

11   A.    Yes.

12   Q.    Did you ever see those kinds of things in his

13   apartment?

14   A.    No.

15   Q.    And did you go through his whole apartment each time?

16   A.    Yes.  Yes, I cleaned everything.  Yes.

17   Q.    And on this particular occasion when your son and you

18   arrive and Mr. Clemens was there, did he stay there the whole

19   time you were cleaning?

20   A.    No.

21   Q.    How long did he stay there?

22   A.    Oh, a little while -- like a half an hour, I guess.

23   Q.    All right.  And then after he left, how much longer

24   were you there?

25   A.    Like three hours.

```
 1    Q.    And during that time did you find any of those kind of
 2  things anywhere in the house?
 3    A.    No.
 4    Q.    Now, how did he arrange for you to come to the house?
 5  After that -- first of all, who paid you?
 6    A.    The first time he paid me, the other person.  And then
 7  like four times later he paid me straight.  He did himself and
 8  he called me himself to clean the apartment.
 9    Q.    All right.  So, if he was going to be at the apartment,
10  who made the arrangements with you after awhile?  Who called
11  you?
12    A.    Before?
13    Q.    Yes.
14    A.    I think it was Mr. Ken.
15    Q.    Mr. Jowdy?  Is that who initially hired you?
16    A.    Yes.  Yes.
17    Q.    And then was Mr. Jowdy supposed to be paying you
18  sometimes?
19    A.    He's supposed to pay me because he hired me because I
20  thought I would be working for him, I didn't know it was him.
21    Q.    You didn't know -- the second him you just said --
22    A.    Yes.
23    Q.    -- you didn't know that who?
24    A.    Yes.
25    Q.    Mr. Clemens?
```

1    A.   Yes.

2    Q.   All right.  And then at one time did you go to Mr.

3  Clemens about anything about your pay?

4    A.   Yes.

5    Q.   And what was that?

6    A.   I asked him to pay me straight to me because the other

7  person would not pay me.

8    Q.   And so when Mr. Clemens found out the other person

9  wasn't paying you, what did he do?

10            MR. GUERRERO:  Objection, relevance.

11            THE WITNESS:  He said he want to start --

12            THE COURT:  One moment.  One moment.  Sustained.

13  BY MR. HARDIN:

14    Q.   Well, let me ask you this.  During the time that you

15  were there --

16    A.   Uh-huh.

17    Q.   -- after Mr. Clemens began paying you himself?

18    A.   Yeah.

19    Q.   Was he the one that would call you and tell you when he

20  wanted the apartment cleaned?

21    A.   Yes.  He called me, he said, I'm going to be there,

22  please clean the apartment.

23    Q.   All right.

24    A.   And he paid me himself or I will leave the money

25  there -- when he was not there.

1    Q.   And all during that time, would he call you before he

2    came into town or would he call you after he was in town?

3    A.   Well, when -- he called me when he said he was going to

4    be here soon before.

5    Q.   Right.

6    A.   And sometimes after he finish here to clean the

7    apartment, too.  That's when he used to call me.

8    Q.   So, sometimes did you clean the apartment after he was

9    leaving?

10   A.   Yes.

11   Q.   Okay.  And then sometimes you cleaned the apartment

12   before?

13   A.   Before.

14   Q.   Gotcha.  Now, during that period of time, the year --

15   can we call it the year of 9/11, or did you do it even before

16   that year?  Do you know how long you did it?

17   A.   9/11 and after 9/11.

18   Q.   Okay.  And then when you told the Judge earlier that

19   after 9/11 until the time he left, do you mean until he quit

20   playing ball in New York?

21   A.   Yes.

22   Q.   Okay.  So, by that time, 2001 on, how often each year,

23   if you had to guess, 2001, 2002 and 2003, how often would you

24   estimate in those years you would go to clean his apartment?

25   A.   Maybe.

1    Q.   Each year?

2    A.   Only he called me when he need it.  He don't call me

3    every month, you know, maybe seven times, eight times, I don't

4    know.

5    Q.   Seven, ten times a year?

6            THE COURT:  I think she said seven, eight.

7            MR. HARDIN:  I'm sorry.

8            THE COURT:  You said seven, eight times?

9            THE WITNESS:  I don't remember really.  I don't

10   remember.

11   BY MR. HARDIN:

12   Q.   But would it be a number of times each year?

13   A.   I don't remember.

14   Q.   All right.  Now, after 9/11 though the next year, did

15   you continue to clean the apartment?

16   A.   Yeah.

17   Q.   Did you ever see needles in the apartment any time

18   during those three years?

19   A.   No.

20   Q.   Did you ever see anything that looked like drugs any

21   time of those years?

22   A.   No.

23   Q.   Would you have recognized that if you did?

24   A.   Yes.

25   Q.   During all of that time did Mr. Clemens ever come back

1  to the house or apartment again at the same time you were

2  cleaning?

3     A.   There was another time that I saw him, yes.

4     Q.   And do you remember what that was or when?

5     A.   No.  But I saw him -- he come into the place, that's

6  all.

7     Q.   During this entire time -- by the way, did you ever see

8  any -- do you know what a film container is?

9     A.   Yes.

10    Q.   Did you ever see any film containers in his apartment?

11    A.   No.

12    Q.   During all this time you knew him, how would you

13 describe what he was like in terms of the way he kept his

14 apartment and all?

15         MR. GUERRERO:  Objection, speculation.

16         THE COURT:  Whoa, whoa, whoa.

17         THE WITNESS:  He was very neat.

18         THE COURT:  One moment.  I don't see the relevance

19 of this.

20         MR. HARDIN:  Well, I think what his habit was, Your

21 Honor, in terms of whether he was or wasn't neat.

22         THE COURT:  What does that have to do with this

23 case?

24         MR. HARDIN:  It has to do with whether or not the

25 things that Brian McNamee contended were there were there.

1          THE COURT:  She said she didn't see any --

2          MR. HARDIN:  That's important.

3    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

4          THE COURT:  You're saying if it was neat then it

5    would be --

6          MR. HARDIN:  -- easier for her to see.

7          THE COURT:  I'll permit some --

8          MR. HARDIN:  Thank you.

9    SIDEBAR DISCUSSION CONCLUDED

10   BY MR. HARDIN:

11   Q.   How would you describe -- let me explain, I'm almost

12   through, but the reason that Judge sometimes says stop, stop,

13   it's because maybe the other side has something they want to

14   say to the Judge, and he's asking you to wait until he decides

15   what to do.  Okay?  It's not that you've done anything wrong,

16   it's us.

17   A.   Okay.

18   Q.   The witness is never wrong, only the lawyers.  Okay?

19   All right.  Now, what I wanted to ask you is, how would you

20   describe the way he kept it in terms of whether or not it was

21   messy, neat, what did you observe about him?

22   A.   Was neat.

23   Q.   In what way, how do you mean?

24   A.   I mean, everything was in place.  You know, there was

25   nothing on the floor, you know, like it was clean.  You know,

1  everything in place.

2     Q.   What was he like?

3           MR. GUERRERO:  Objection, Your Honor.

4           MR. HARDIN:  My last question.

5           THE COURT:  Sustained.

6           MR. HARDIN:  All right.  I'll pass the witness.

7           THE COURT:  Cross-examination.

8                 CROSS-EXAMINATION

9  BY MR. GUERRERO:

10     Q.   Miss Gabilanez?

11     A.   Si.

12     Q.   Yes.  My name is Gilberto Guerrero, we have never met

13  before, correct?

14     A.   No.

15     Q.   First time?

16     A.   Yes.

17     Q.   You're from Ecuador?

18     A.   Si.

19     Q.   Do you understand English pretty well?

20           THE COURT:  Is that a yes?

21           THE WITNESS:  Yes.

22           THE COURT:  Okay.

23           MR. GUERRERO:  Thank you, Your Honor.

24           THE WITNESS:  I just -- sometimes I confuse, I'm

25  sorry.

 1              THE COURT:  That's all right.

 2    BY MR. GUERRERO:

 3      Q.   At what age did you come to the United States?

 4      A.   What -- I speak Spanish when I come.

 5      Q.   How about what age?  What age did you come to the U.S?

 6      A.   15.

 7      Q.   15.  Did you go to high school in Ecuador?

 8      A.   No, no -- oh, over there, yes.  Over here, no.

 9      Q.   You learned English on your own then?

10      A.   Yes.

11      Q.   Do you have any difficulty with English, understanding

12    it?

13      A.   Well --

14      Q.   Little bit?

15      A.   Just very little, yeah.

16      Q.   All right.  If you don't understand me, I can slow

17    down, okay?

18      A.   Okay.

19      Q.   I want to talk a little bit about the apartment

20    building, okay?

21      A.   Sure.

22            MR. GUERRERO:  Can we have 19C, please, Ms. Hayes.

23    With the Court's assistance, please.  Thank you.

24    BY MR. GUERRERO:

25      Q.   All right.  This is the inside of the apartment that

1  belonged to Mr. Clemens, correct?  Yes?

2  A.   Yeah.

3  Q.   We just need to hear you, so you have to speak into

4  the --

5  A.   Yes.  Yes.

6  Q.   Thank you.  All right.  Mr. Hardin asked you when you

7  first started to work in that apartment, do you remember that?

8  A.   No, I don't remember.  That was before 9/11.

9  Q.   Let's use 9/11 as the -- that's the date that you do

10  remember, right?

11  A.   Yes.

12  Q.   Because something bad happened that day?

13  A.   And I remember.

14  Q.   And that we're clear?

15  A.   Yes.

16  Q.   You were working there on that date, right?

17  A.   Yes.

18  Q.   Before that date, before 9/11, you really don't know

19  how many times you had been in that apartment, right?

20  A.   Like -- no.

21  Q.   You really just don't know, right?

22  A.   No, I don't remember.

23  Q.   Okay.  And then also after 9/11, right, we keep 9/11

24  in, you really can't tell how many times you were back again?

25  A.   Exactly exactly, no.  Exactly days, no, but I was

1    there, yes.

2       Q.   So, at best, at best, you would agree with me that you

3    think maybe you were there six times?  Do you remember saying

4    that before?

5            THE COURT:  I think she said seven to eight, I

6    thought she said.

7            THE WITNESS:  Yeah.

8            THE COURT:  After.

9    BY MR. GUERRERO:

10      Q.   Is that right, seven to eight?  Or do you remember

11   saying six times before?

12      A.   Yeah, I said six, but I don't -- exactly exactly, I

13   don't know, probably it would be more times, yeah.

14      Q.   Okay.  All right.  Let's take them, if we can, let's

15   take them one by one.  When you used to go to this apartment?

16      A.   Yeah.

17      Q.   Usually Mr. Clemens, this gentleman over here, he was

18   not there, right?  Usually?

19      A.   Yeah, I saw two times.

20      Q.   Only two times?

21      A.   Two times, yes.

22      Q.   So, out of all the times that you were there, you only

23   saw Mr. Clemens in the apartment?

24      A.   Two times.

25      Q.   Two times?

1    A.   Yes.

2    Q.   So, normally when you would go to that apartment it

3  would not be at night, right?

4    A.   No.  In the daytime.

5    Q.   It would be in the daytime?

6    A.   Yes.

7    Q.   It wouldn't be midnight, right?

8    A.   No.

9    Q.   It wouldn't be 1:00 o'clock in the morning, right?

10   A.   No.

11   Q.   It would be during the day?

12   A.   Yes.

13   Q.   When Mr. Clemens was not there?

14   A.   Yeah.

15   Q.   And you knew at some point that Mr. Clemens traveled

16 because he played baseball, right?

17   A.   Yes.

18   Q.   Yes.  So, when you went there it was common, when you

19 used to go there, nothing would really be there because he was

20 gone, right?

21   A.   Well, he called me when he need the apartment -- when

22 he's coming and sometimes he's leaving, so...

23   Q.   Right.  But you wouldn't see -- when you were going

24 there you wouldn't see bags, right, like suitcases?

25   A.   Only one time when he come when I saw him, yeah, I see

1    suitcases, yeah, one time.

2       Q.    You wouldn't -- now let's focus now when you're there,

3    okay?

4       A.    Yeah.

5       Q.    When you were there --

6                MR. GUERRERO:  Can we see the bedroom, please, Ms.

7    Hayes.

8    BY MR. GUERRERO:

9       Q.    Do you recognize the bedroom?

10      A.    Yeah.

11      Q.    Yes?

12      A.    Yes.

13      Q.    I'm going to draw a box here.  Do you see that box?

14      A.    Yeah.

15      Q.    For the record, I just drew a box around the lower

16   right-hand corner picture of Government's Exhibit --

17                MR. GUERRERO:  Ms. Hayes, help me, please.  19C-2.

18                THE COURT:  Very well.

19   BY MR. GUERRERO:

20      Q.    That's the closet of Mr. Clemens, do you recognize

21   that?

22      A.    Yes.

23      Q.    When you used to go and clean that closet, you used to

24   change the towels maybe?  Yes?

25      A.    In the closet?

1    Q.   Yeah.

2    A.   I don't change in the closet -- towels.

3    Q.   You didn't change towels at all then, right?

4         THE COURT:  No, she said she didn't change towels

5    in the closet.

6    BY MR. GUERRERO:

7    Q.   In the closet.

8    A.   You said in the closet?

9    Q.   In the closet.

10   A.   Why I'm going to change in the closet?

11   Q.   I misspoke.  I misspoke.  You're correcting me.

12   A.   Maybe I don't speak English very well, you --

13   Q.   I think that was my mistake.  That was my mistake.  Let

14   me ask a better question.  Did you clean that closet, let me

15   ask that?

16   A.   Actually, no, because, you know, only I used to put the

17   things, you know, like if they have something -- the clothes

18   that I washed, maybe, maybe once if they have it, but not

19   really, no, in that closet, no.

20   Q.   So you never went through any of Mr. Clemens' bags in

21   that closet, right?

22   A.   Of course not.  I opened up nothing.  I just go clean

23   and leave.

24   Q.   Right.  So, you couldn't say at all that you ever went

25   through any of his personal stuff in the closet, right,

1    because you never touched the stuff?

2    A.   No.  I never go through -- I never go open up

3    drawers -- I just go, clean, leave.

4    Q.   Right.  Same thing for -- do you remember whether or

5    not he had drawers there?  Do you know what I mean by drawers

6    where the clothing is kept?

7    A.   Drawers where?

8    Q.   In the apartment.  Do you remember if he had drawers

9    where you put the clothes in?

10   A.   By the bed?

11   Q.   By the bed?

12   A.   Yeah.

13   Q.   Okay.  Did you see those there, the drawers?

14   A.   Did I see the drawers?

15   Q.   Yeah.  Not in this picture, but do you remember when

16   you used to go there whether or not you saw drawers in the

17   master bedroom?

18   A.   Where you put the clothes?

19   Q.   Yes.

20   A.   Yeah, I saw with the bed, right.

21   Q.   And you never went drew those drawers either, right?

22   A.   No.

23   Q.   You have never no idea what was inside those drawers,

24   right?

25   A.   No.

1    Q.    Just like you have no idea what was inside the closet,

2    right?

3    A.    No.

4    Q.    Because you never went through there, right?

5    A.    No.

6    Q.    All right.

7          MR. GUERRERO:  So, Government's Exhibit 47, can we

8    put that up.  I'm sorry, which ones did you show?  47-2.

9    Thank you.

10   BY MR. GUERRERO:

11   Q.    When Mr. Hardin was asking you if you ever saw what's

12   in the picture -- can you see the screen?

13   A.    Yes.

14   Q.    You don't know at all whether or not this was inside

15   some bag or not, right?  You never went through his bags?

16   A.    I never see that.

17   Q.    Right.  Because you never went through any bags either?

18   A.    What bags are you talking about?

19   Q.    Any bags.  Did you ever go through any bags of Mr.

20   Clemens?  Any personal bags?

21   A.    Personal bags?

22   Q.    Yeah.

23   A.    Of course not.

24   Q.    Of course not.  Thank you.

25         MR. GUERRERO:  Take that off, please.  All right.

1   BY MR. GUERRERO:

2      Q.   Do you remember Mr. Jowdy, Mr. Ken Jowdy?

3      A.   Yes.

4      Q.   He was a friend of Mr. Clemens, right?

5      A.   I don't know.

6      Q.   All right.

7      A.   Just -- he hired me and I saw one time and that's it.

8      Q.   Did you ever see Mr. Jowdy and Mr. Clemens together?

9      A.   No.

10     Q.   Did you ever clean Mr. Jowdy's apartment?

11     A.   No.

12     Q.   Do you remember Mr. Hardin was asking you about the

13  little film canisters?

14     A.   Yeah.

15     Q.   Those are the ones that usually you put film in and it

16  has a cover, right?

17     A.   Yeah.

18     Q.   When you were cleaning Mr. Clemens's apartment, you

19  weren't looking for those in particular, right?

20     A.   Why I have to look for it?

21     Q.   Exactly.  You were there to clean, right?  Yes or no?

22     A.   Yeah, but I don't see anything about that.

23     Q.   Just like if one of those canisters was in the drawer,

24  you would never know because you never checked the drawer,

25  right?  Yes or no?

1      A.   Why I have to go and check the drawers?  I mean, if I
2   don't have to.
3      Q.   Exactly.  So, you never did.  That's my point.  All
4   right.
5             MR. GUERRERO:  Court's indulgence.
6   BY MR. GUERRERO:
7      Q.   I want to just talk about the refrigerator?
8      A.   Yeah.
9      Q.   You only checked the refrigerator two times, is that
10   right?
11      A.   Yeah, because there was -- that was always clean.  I
12   mean, there was sodas -- once in awhile I wipe it out only.
13      Q.   So, as far as opening up the refrigerator and looking
14   inside?
15      A.   Yeah, I see inside.
16      Q.   You only did that two times?
17      A.   Yeah.
18             THE COURT:  But you're saying you only cleaned it
19   two times or only looked in it two times?
20             THE WITNESS:  No, I cleaned two times.  But the
21   refrigerator was always clean because, you know, there was
22   nothing -- they didn't cook, they didn't do nothing.  So,
23   there was no food inside, only sodas, things like that.
24             THE COURT:  So, every time you were there, did you
25   check the refrigerator to see if it needed to be cleaned?

1          THE WITNESS:  Only twice I opened up and cleaned

2    up, that's it.

3          THE COURT:  Okay.

4          MR. GUERRERO:  All right.  That's all I have,

5    Judge.  Thank you.

6          THE COURT:  Redirect.

7          MR. HARDIN:  Very brief.

8                    REDIRECT EXAMINATION

9    BY MR. HARDIN:

10   Q.   By the way, last year some time did the Government

11   interview you?

12   A.   No.

13   Q.   The Government, some FBI agents, did they come to talk

14   to you or did they talk to you by phone or in person?

15   A.   Only by phone, yes.

16   Q.   So you were interviewed over the phone by them?

17   A.   Yes.

18   Q.   Do you recall how long you talked to them?

19   A.   One hour and the next day another hour.

20   Q.   The first time you talked to them, did you tell them

21   what you've told the jury today?

22   A.   Yes.

23   Q.   And then why did they call back the next day?

24         MR. GUERRERO:  Objection.

25

1    BY MR. HARDIN:

2      Q.   Well, let me back up.  When they called back the next

3    day, did they ask you the same questions again?

4      A.   Yes.

5      Q.   What do you remember thinking?

6      A.   Well, they called me and they said if I --

7              THE COURT:  Whoa, whoa, whoa, whoa, whoa, hold on.

8    As to what she was thinking, I'll sustain.

9    BY MR. HARDIN:

10     Q.   I think her -- well, when the Government questions

11   you --

12     A.   Yes.

13     Q.   -- twice --

14     A.   Yes.

15     Q.   -- did you always tell them the same thing?

16     A.   The same thing, yes.

17     Q.   And I want to ask you about the film container.  Can

18   we -- it's not in evidence --

19             MR. HARDIN:  Can we show her 255 without it going

20   up in front of the jury, if we switch back over?

21             THE COURT:  Yeah, switch.

22   BY MR. HARDIN:

23     Q.   I want you to look -- this is not in evidence as yet.

24   I want to you look on this screen and see.

25             MR. GUERRERO:  Your Honor --

1            MR. HARDIN:  Oops.  Well, is there any objection to

2    a film container?

3            THE COURT:  Any objection?

4            MR. GUERRERO:  No objection.

5            THE COURT:  What number is that?

6            MR. HARDIN:  255, Your Honor.

7            THE COURT:  It will be admitted without objection.

8            MR. HARDIN:  All right.  You can put it up now,

9    please.

10   BY MR. HARDIN:

11   Q.    Now, do you recognize what this is?

12   A.    Yeah.

13   Q.    And you've seen them many times before?

14   A.    Yeah, that's for the camera, right?

15   Q.    For a camera.

16   A.    For the camera.

17   Q.    Did you ever see one of these in Mr. Clemens's

18   refrigerator?

19   A.    No.

20   Q.    Now, I want to be clear -- the last exchange -- the

21   last time you talked to the Judge, I still wasn't quite sure.

22   You said you cleaned the refrigerator twice, is that right?

23   But other times that you did not clean the refrigerator when

24   you came, did you ever open the door?

25   A.    I don't remember, but probably, yes -- yeah.

1    Q.   And I only want you to testify to what you remember.

2    Do you understand all of us are just asking if you could

3    estimate how many times you had -- while you were cleaning --

4    you would have opened the door?  Whether you cleaned the

5    refrigerator or not, can you tell us how many times -- let me

6    put it this way.

7              Each time you went to clean, however many times

8    that was, did you open the door to see whether you needed to

9    clean it?

10    A.   I opened up, yes, I opened up.  Sometimes when I -- I

11    might need water to drink myself -- water.

12    Q.   Any of those times you opened the refrigerator, did you

13    ever see a film canister like this in the board?

14    A.   No.

15              MR. HARDIN:  That's all I have, Judge.

16              THE COURT:  Anything from the jury.  Approach.

17    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

18              THE COURT:  Question:  How did you get into the

19    apartment?  Did you have a key or did Mr. Clemens let you in?

20              MR. HARDIN:  Okay.

21    SIDEBAR DISCUSSION CONCLUDED

22              THE COURT:  Miss, when you went to Mr. Clemens's

23    apartment to clean.

24              THE WITNESS:  Yes.

25              THE COURT:  How would you get into the apartment?

1            THE WITNESS:  They gave me the key downstairs, the

2  door man.

3            THE COURT:  The doorman?

4            THE WITNESS:  Yeah.  They gave me the key and I

5  guess they sign out there.

6            THE COURT:  Okay.  He had to sign for it?

7            THE WITNESS:  No, they sign out.  They put my name

8  I guess, yes.

9            THE COURT:  So you would go and open the door?

10           THE WITNESS:  Yeah.

11           THE COURT:  And would you keep the key with you the

12  whole time you were there cleaning?

13           THE WITNESS:  Yeah.  After I finish, and then I

14  bring downstairs -- when I finish cleaning, I give it back the

15  key.

16           THE COURT:  Okay.  Any other questions.

17           (No response).

18           THE COURT:  Thank you, Miss, you're free to go.

19           MR. HARDIN:  May she be released, Your Honor?

20           THE COURT:  Yes.  We'll take our 10 minutes now.

21  BRIEF RECESS

22                           AFTER RECESS

23           MR. HARDIN:  For purposes of the record, we can do

24  this in front of the jury, but just so a later reader, if it's

25  necessary, would know what we were talking about.  I just want

1    to introduce for the record Defendant's Exhibit 256, is the

2    number for that summary of previous testimony regarding side

3    effects that the Court read up at the bench.  And so that

4    there's a number assigned to what I tendered to you and the

5    Government as previous testimony.

6              THE COURT:  You want this, you say?

7              MR. HARDIN:  I just want to give that an exhibit

8    number so the reader will later know what we were talking

9    about at the bench.  That's all.  I'm not going to introduce

10   it in front of the jury or anything.

11             So that the record reflects, Defense Exhibit 256

12   was a summary of trial testimony to date regarding steroid

13   side effects that we provided the Court and the government

14   during our conversations.  Thank you, Judge.

15             THE COURT:  Okay.

16   JURY ESCORTED INTO THE COURTROOM AT 4:28 A.M.

17             THE COURT:  Next witness.

18             MR. HARDIN:  Your Honor, we call Ms. Cheryl

19   Redfern.

20   Thereupon,

21                       CHERYL REDFERN,

22   the witness herein, having been first duly sworn, was examined

23   and testified as follows:

24

25

```
 1                     DIRECT EXAMINATION
 2   BY MR. HARDIN:
 3     Q.   Good afternoon.
 4     A.   Hi.
 5     Q.   Now, if you will, I want you to speak loudly enough
 6   into that microphone so that both the lady in front of you and
 7   the last jurors can hear you.  Okay?  Would you state your
 8   name for the jury, please?
 9     A.   Cheryl Redfern.
10     Q.   Would you spell both names for the court reporter,
11   please?
12     A.   C-H-E-R-Y-L.  Last name R-E-D-F-E-R-N.
13           THE COURT:  R-E-D what?
14           THE WITNESS:  R-E-D-F-E-R-N.
15   BY MR. HARDIN:
16     Q.   Ms. Redfern, where do you live?
17     A.   Toronto, Ontario, Canada.
18     Q.   And how old a lady are you?
19     A.   Forty-six.
20     Q.   And what is your profession?
21     A.   I'm a registered massage therapist.
22     Q.   Now I'm going to ask you to speak just a little bit
23   closer to that microphone.  There you go.
24           Can you give the jury a little bit of your
25   professional background.  Where did you grow up?
```

1    A.    In Toronto.

2    Q.    And high school there?

3    A.    High school graduate, college, everything there.

4    Q.    Have you been -- are you sure you're not from New

5    England?

6    A.    I'm sure.

7    Q.    Are you one of those people, if I ask you do you know

8    where so and so is and how to get there, you go yes?

9    A.    Yes.

10   Q.    Well, see if you can help them out a little bit more

11   than that, will you?

12   A.    Sure.

13   Q.    Let me ask you, when you graduated from high school,

14   what type of education did you go on to then?

15   A.    I went to massage college.  It was a private college at

16   the time.

17   Q.    And what did going to massage college consist of?  How

18   long did it last, what did you do and so on?

19   A.    Three years, anatomy, physiology, sports treatment,

20   massage therapy technique.

21   Q.    And so during those three years that you were in

22   massage therapy school --

23   A.    Uh-huh.

24   Q.    -- can you give the jury an idea of what courses that

25   you took during all of that?

1    A.    Anatomy, pathology, physiology, massage technique,

2    treatments, business.

3    Q.    I'm particularly interested in how much you had in the

4    way of courses to study the body, and did you -- for instance,

5    did you do any study of pharmacology, of the effect of drugs

6    on the body or anything?

7    A.    No, it wasn't -- it was more anatomy, physiology,

8    pathology, treatments that would be -- so it was taught in a

9    way that basically what a medical -- so if there was an

10   injury, you know, you were taught how you would proceed with

11   the injury, how a medical doctor might proceed with the

12   injury, how it may be treated --

13   Q.    All right.

14   A.    -- by the medical profession, plus then how it would

15   properly be administered by you.

16   Q.    You studied how the medical profession would treat

17   injuries rather than how you would treat them?

18   A.    No.

19   Q.    Okay.  Say it --

20   A.    We were taught that that is how they would treat it and

21   what could be administered if they went to a medical doctor

22   or -- you know.

23   Q.    And then.  Go ahead.

24   A.    Just so we had knowledge of how to communicate with the

25   medical profession.

1    Q.   And when -- at the time you graduated from massage

2    therapy school, you were how old?

3    A.   Twenty-eight.

4    Q.   What did you do then?

5    A.   I went to the hotels and started working in the hotels.

6    Q.   What year would this have been?

7    A.   '94, '95.

8    Q.   And then did you -- and these hotels, were these in

9    Toronto?

10   A.   Yes.  They were in downtown Toronto.

11   Q.   How often would you treat athletes?

12   A.   Quite commonly because it was the main hotels in

13   Toronto where they would stay.

14   Q.   So where visiting athletes would stay?

15   A.   Yeah.

16   Q.   Okay.  Now, in 1995 or sometime -- when in that time

17   did you first meet Roger Clemens?

18   A.   I would say probably the first year I was working in

19   the hotels, '95.  1995.

20   Q.   And how was it that you met him?

21   A.   I believe it was one of the hotels, Marriott.  We went

22   through four hotels.

23   Q.   Okay.

24   A.   And they were just -- it was just a random sort of I

25   was called for that treatment, to go give that treatment.

1    Q.    And how long would one of your massage therapy sessions

2    last?

3    A.    Anywhere from an hour to two hours depending.

4    Q.    So what year did you first give Roger Clemens a

5    massage?

6    A.    I would say '95, 1995.

7    Q.    And how did that come about?  Was who was he playing

8    for at the time?

9    A.    Boston Red Sox.

10   Q.    Were you a baseball fan?

11   A.    No.

12   Q.    Are you yet a baseball fan?

13   A.    No.

14   Q.    Did you know who Roger Clemens was?

15   A.    No.

16   Q.    How did you find out?

17   A.    Because the fellow at the hotels who was doing the

18   booking said Roger Clemens keeps booking massages with you.

19   And so he said, you know, he keeps requesting you for a

20   treatment, do you know who he is, and I said no.

21   Q.    Now, how long did you treat this guy with massage

22   therapy and massages before you even found out he was famous?

23   A.    I would say --

24   Q.    To some people?

25   A.    Probably a season.

1      Q.    A season?

2      A.    Well, yeah, the summer season of '95.

3      Q.    Well, did you ultimately find out that in sports he was

4   a big deal?

5      A.    Eventually.

6      Q.    But it took how long?

7      A.    I'm really not sure.

8      Q.    But did he act like he was a big deal?

9      A.    No.

10     Q.    Did he ever act like he was famous?

11     A.    No, he was always just cordial and...

12     Q.    Without going into what was said, what kind of things

13  would you all talk about during these therapies?

14          MS. SALESKI:  Objection, relevance.

15          THE COURT:  Sustained.

16  BY MR. HARDIN:

17     Q.    Now, during the period of time when you started giving

18  him massages, there are different kinds of massages, what kind

19  did you always give him, or was it always the same type?

20     A.    It was basically deep tissue, sports oriented for

21  injury, whatever was going on.

22     Q.    Okay.

23     A.    He was pretty specific, when I would go in, he was

24  pretty specific what was happening with his body.  He

25  explained to me what was going on.

1   Q.   So whenever you gave -- now, when he was with Boston --

2   A.   Uh-huh.

3   Q.   -- what would be the occasion for you giving him a

4   massage?  How would it come about?

5   A.   When he would arrive at the hotels he would book a

6   massage.

7   Q.   Okay.

8   A.   Depending on whether he was pitching or not pitching

9   would kind of determine what we were going to work on or how

10  we were going to work.

11  Q.   Now, whether he was pitching, what effect would that

12  have?  When would that be relevant?

13  A.   Well, that would be relevant because I wouldn't do as

14  much trigger therapy or intense --

15  Q.   I'm sorry, I missed part of that.

16  A.   Sorry.  It wouldn't be such an intense treatment

17  because he would have to go out and pitch, so it would be

18  basically warming the tissues up, getting the tissues mobile,

19  working the joints.

20  Q.   Now, what were you able to observe in terms of whether

21  this man kept himself -- well, what were you able to observe

22  in terms of whether this man -- kind of condition he kept

23  himself in?

24  A.   He was always in pretty good condition, the tissues

25  always responded really quickly to treatment.  You know, he

1    was pretty determined, he would always speak about his

2    workouts, how he --

3    Q.   I'm sorry, what?

4    A.   He would speak about his workouts, how he was working

5    out.

6    Q.   Let me ask you -- go ahead.

7    A.   And his response to treatment was always good, fast.

8    Q.   Tell the jury what that means in terms of massage

9    therapy, when you say he responds to treatment good -- well,

10   what does that mean in your world?

11   A.   Tissues are in good condition physiologically,

12   pathology.  Means he keeps himself in good condition, good

13   physicality.

14   Q.   Now, as time went on, he ultimately -- if the evidence

15   says he ultimately joined the Toronto Blue Jays, then did you

16   begin to give him massages much more often?

17   A.   Yes.

18   Q.   How did that happen?

19   A.   He obtained my phone number -- well, prior to me

20   leaving the hotels, because I went out on my own.  So

21   somebody, one of the girls I was working with gave him my

22   number, and then he -- actually I was doing that before he

23   actually went to the Blue Jays.

24   Q.   Let's back up quickly.  When did you go out on your

25   own?

1    A.   Probably in '96.

2    Q.   In '96 where did you understand Roger Clemens still was

3    playing?

4    A.   Boston Red Sox.

5    Q.   And then, so whenever he was coming to Toronto with the

6    Red Sox, what would he do?

7    A.   He would phone me.

8    Q.   Did you all set up a time?

9    A.   Yeah, we'd set up a time for treatment.

10    Q.   Do you have any idea during that period how often the

11    Red Sox would be in Toronto in a series?

12    A.   I would say three times a season, two times.

13    Q.   Pardon me?

14    A.   I think it's three times a season, I'm not quite sure.

15    Q.   Then once he joined Toronto, how often would he call

16    you for a massage?

17    A.   He would call every time he was in town.

18          THE COURT:  When -- one thing is not clear.  When

19    he was in town, how many days would he be there, when he was

20    with the Red Sox?

21          THE WITNESS:  I believe it was two or three.

22    BY MR. HARDIN:

23    Q.   Follow up on the Judge's question.  In a three-day

24    series --

25    A.   Uh-huh.

1    Q.   -- she doesn't have an "uh-huh" button.

2    A.   Sorry.

3    Q.   In a three-day series, would he ever get a massage

4  twice within a three-day series?

5    A.   Yes.

6    Q.   And how would that happen?

7    A.   That usually happened if he was pitching, so I'd do a

8  pretreatment, and he would pitch that night or afternoon, and

9  then I would go back the next day and do a posttreatment.

10   Q.   Where did you give him these massages?

11   A.   Wherever he was staying.

12   Q.   So when he was with Boston, do you recall what hotels

13 it would be when he came to Toronto?

14   A.   I believe it was mostly the Marriott.

15   Q.   And when he came to Toronto with Boston were there ever

16 any three-day series then where you would give him at least

17 two massages?

18   A.   Yes.

19   Q.   And then what about happened when he was with Toronto?

20 How often then?  If we assume the season is 162 games, I

21 believe.

22   A.   Uh-huh.

23   Q.   During the course of the year -- when you say whenever

24 he was in town --

25   A.   Uh-huh.

1    Q.   -- do you mean whenever there was a series in town with

2    Toronto?

3    A.   When there was a series generally there would be like

4    pretreatment before he was pitching, posttreatment, and then

5    sometimes before he would go back out on the road.

6    Q.   So he might have, in a three or four-day period, how

7    many massages from you?

8    A.   He could have two to three massages.

9    Q.   And was that a fairly constant pattern throughout 1997

10   and 1998?

11   A.   Yes.

12   Q.   Then when he went to the Yankees, do you remember that?

13   A.   Yes.

14   Q.   If the evidence is that was 1999 --

15   A.   Uh-huh.

16   Q.   -- did you continue to give him massages?

17   A.   When he was in town.

18   Q.   And how often would he be in town?

19   A.   Whenever the Yankees were in the -- again, two or three

20   times a season.   Three times a season I believe.

21   Q.   Tell the jury and the Court whether or not he continued

22   that same pattern that you've described in terms of numbers of

23   massages he would get when they were in town?

24   A.   Yes, he did.

25   Q.   How long did you continue, starting in 1995, how long

1    did you continue to give Roger Clemens massages?

2    A.    Sorry.  I didn't -- how long I gave him massages --

3    Q.    Years, in number of years.

4    A.    So '95 through I believe 2000.  Wait a minute.  When

5    did he finish with the Yankees?

6    Q.    Let's assume the evidence is that he retired from the

7    Yankees at the end of the 2003 season, and moved -- and then

8    signed with the Astros in 2004.  Were you still giving him

9    massages during that timeframe?

10   A.    Yeah.

11   Q.    So even after he joined the Astros did you continue to

12   give him massages?

13   A.    No.

14   Q.    So pick a time for us that you think you finally

15   stopped giving him massages?

16   A.    When he finished with the New York Yankees.

17   Q.    At the end of 2003?

18   A.    Uh-huh.  Yes.

19   Q.    Now, during that entire time that you gave him massages

20   all those years --

21             MR. HARDIN:  Your Honor, not to run afoul, can I

22   approach?

23   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

24             MR. HARDIN:  My memory is that you previously said

25   it was okay to ask if somebody saw acne.

1        THE COURT:  Government have any position on that?

2        MR. HARDIN:  Pardon me, sir?

3        THE COURT:  I asked the government if they have any

4   position on that.

5        MS. SALESKI:  Your Honor, the Court's indulgence.

6        We have no objection to that.

7        THE COURT:  Very well.  That's fine.

8   SIDEBAR CONCLUDED

9   BY MR. HARDIN:

10   Q.   Ms. Redfern, during the entire time that you gave him

11   massages or so, what was the -- can you describe for the jury

12   the level of undress or dress that he would be.  In other

13   words, how would he be dressed during your massages?

14   A.   He would just wear a pair of lose-fitting shorts.  Sort

15   of like running shorts.

16   Q.   Would he be shirtless and no socks or shoes?

17   A.   Yeah.  Just the shorts.

18   Q.   And then if you were going to massage any part of his

19   body underneath the shorts, how would you do that?

20   A.   I would use a sheet to drape and just basically drape

21   it up and under and push the shorts up, giving like sort of

22   like a wedgie.

23   Q.   During that time, throughout that entire period going

24   back from '95 to end of 2003, did you ever see any acne on his

25   body anywhere?

1    A.    No.

2            MR. HARDIN:  Your Honor, would it be possible to

3    make a quick bill so that --

4            THE COURT:  A quick?

5            MR. HARDIN:  A bill of other -- may I approach with

6    what else I'd like to ask?

7    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

8            MR. HARDIN:  I'd like to ask this witness just for

9    the record, did she see any change in his body from that time,

10   from 1995 to 2003.

11           MS. SALESKI:  Your Honor, with the Court's

12   indulgence.

13           I think we don't have an objection to that

14   question, Your Honor.

15           THE COURT:  If there's no objection, fine.

16   SIDEBAR DISCUSSION CONCLUDED

17   BY MR. HARDIN:

18    Q.    During that entire period, from 1995 to the end of

19   2003, did you ever see any change in the upper body of Roger

20   Clemens at all?

21    A.    No.

22           MR. HARDIN:  I'll pass the witness, Your Honor.

23           THE COURT:  Cross-examination.

24           MS. SALESKI:  Court's indulgence.

25

                           CROSS-EXAMINATION

2  BY MS. SALESKI:

3    Q.   Ms. Redfern, hello.  How are you?

4    A.   Good.

5    Q.   I'm Courtney Saleski, I'm an AUSA here in D.C.  We have

6  not met, right?

7    A.   No.

8    Q.   I just have a couple of questions for you.

9           THE COURT:  She probably doesn't know what that

10 acronym stands for.

11 BY MS. SALESKI:

12   Q.   I'm sorry.  I'm an assistant United States Attorney

13 here.  It's like a prosecutor.  Or it is a prosecutor.

14           So you testified that you oftentimes would give

15 massages to professional athletes, is that right?

16   A.   Yes.

17   Q.   And can you tell the jury, does your work as a massage

18 therapist, does that help an athlete recover from hard work?

19   A.   Yes.

20   Q.   And did you work with professional baseball players

21 often?

22   A.   It was lots of sports, baseball, hockey, soccer.

23   Q.   And did I understand you correctly that before Mr.

24 Clemens joined the Toronto Blue Jays, that you maybe worked

25 with him two to three times a year, is that right?

1    A.    No, it could be -- no.  Two to three times when he was

2  in town playing baseball.  So if they were in town for three

3  days, I could have seen him maybe once to two times per trip

4  into Toronto.

5    Q.    And can you estimate for the jury when Mr. Clemens

6  wasn't with the Toronto Blue Jays how many trips he would make

7  a year into town.

8    A.    I believe the American League came up three times, I

9  think, in a season.  I'm not really sure.

10   Q.    So if it's three times in a season and you would see

11 him on average two times each visit, it would be about six

12 times a year when he wasn't with the Toronto Blue Jays, is

13 that right?

14   A.    Yeah, six to eight times, yeah.

15   Q.    Six to eight times is fair.

16        MS. SALESKI:  That's all I have.  Thank you, Your

17 Honor.

18        THE COURT:  Redirect?

19        MR. HARDIN:  No, Your Honor.

20        THE COURT:  Anything from the jury?

21        (No response.)

22        THE COURT:  Very well.  You're excused then.

23        MR. HARDIN:  May she be allowed to return to

24 Toronto?

25        THE COURT:  Yes.

 1              MR. HARDIN:  Thank you, Your Honor.  Your Honor, we

 2    call Mr. Richard Vorder Bruegge.  And I probably mispronounced

 3    his name.

 4              MR. BUTLER:  May I consult counsel one more moment,

 5    Your Honor.

 6              MR. HARDIN:  Perhaps we need to tell the Court the

 7    problem.

 8    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

 9              MR. HARDIN:  This is a government witness employee,

10    he's an FBI agent at Quantico.  The government has just told

11    me that their understanding is he's not available next week

12    until Friday, talking about starting --

13              THE COURT:  Next week until?

14              MR. HARDIN:  Until Friday, so the concern is here.

15    A lot of it is going to depend upon cross for them.  I can get

16    out what I need from him.  It won't have him going into the

17    basis of it in all the details, which he's very qualified to

18    do.  This is a very cooperative guy with both sides.  I'm

19    totally satisfied.  He's right in the middle.

20              But the question is going to be the government's

21    cross, not my direct.  I can tailor my direct to do it in

22    about seven minutes.  And so the question is going to be what

23    they want to do.

24              MR. BUTLER:  I don't expect to be long with him,

25    Your Honor, but on the other hand, we have 10 minutes to go

1    and I don't imagine we're going to finish.

2              THE COURT:  If you think he's needed, I can't wait

3    until Friday.  Maybe we'll move faster than what counsel said.

4    I'd like to get this done as soon as we can.

5              MR. HARDIN:  And I think our team --

6              THE COURT:  I'll try to sit a little later.

7    SIDEBAR CONCLUDED

8    Thereupon,

9                   RICHARD W. VORDER BRUEGGE,

10   the witness herein, having been first duly sworn, was examined

11   and testified as follows.

12                   DIRECT EXAMINATION

13   BY MR. HARDIN:

14     Q.   Would you state your name, please.

15     A.   My name is Richard --

16     Q.   Oh, the microphone is off.

17     A.   Richard.  My name is Richard, middle initial W., last

18   name Vorder Bruegge.  Vorder Bruegge is two words.  The first

19   word, Vorder, is V, as in Victor, O-R-D-E-R, second word

20   Bruegge, B as in Baker, R-U-E-G-G-E.

21     Q.   Mr. Vorder Bruegge, tell the jury whom you work for and

22   how you're employed.

23     A.   I work for the Federal Bureau of Investigation in the

24   operational technology division at Quantico in the digital

25   evidence laboratory.

1    Q.   I want to apologize to you ahead of time and explain

2    something if I may.  My understanding is after today, are you

3    not available until Friday of next week?

4    A.   That is correct.

5    Q.   In an attempt to move along here then, I'm going to ask

6    you what you did and I'm not going to ask you the basis for

7    the opinions I'm about to ask you about.  I'm going to get to

8    the heart and the government will try to ask you whatever they

9    want.  Okay?

10    A.   Okay.

11    Q.   Did you receive -- did you receive a request concerning

12    this case from Agent Longmire?

13    A.   Yes, I did.

14    Q.   And what request --

15    THE COURT:  Sorry to interrupt, but let me ask the

16    jury.  Since he's not going to be available until next Friday

17    and I want to get his testimony done, is there any problem

18    with is sitting beyond 5:00 o'clock shortly for a little

19    while, anybody?

20    JUROR:  I can't.

21    THE COURT:  How long?  Give me your best estimate,

22    how long.

23    JUROR:  I guess to get to the short of the matter,

24    I need to pick up my son.

25    THE COURT:  What time do you have to pick your son

1    up?

2                  JUROR:  As soon after 5:00 as I can.

3                  THE COURT:  Okay.  We'll see.  Hopefully we can get

4    it done quickly.

5                  MR. HARDIN:  Thank you, Your Honor.

6    BY MR. HARDIN:

7     Q.    What were you requested by Agent Longmire to do and

8    when did he make the request?

9     A.    On March 23rd or 24th I received a request that

10   identified that there was a photograph in which there was a

11   desire to know what time of day the photograph was taken.

12    Q.    And when you say March, what day, 25th?

13    A.    23rd or 24th was the first time I was contacted about

14   this.  The formal request did not come into the laboratory,

15   however, until March 27th.

16    Q.    And that is of this year?

17    A.    That is of this year.

18    Q.    Shortly before trial?

19    A.    Yes, sir.

20    Q.    Before that time had you done anything on this case?

21    A.    No, sir.

22    Q.    Before that request in March of this year came, when

23   was the last time you had performed the kind of examination

24   that you were requested to do in this case?

25    A.    It was about 10 years ago.

1    Q.   And if you can give me a minute and a half, just see if

2    you can, real quick, as to what your qualifications are and

3    what you do?

4              MR. BUTLER:  Your Honor, I will stipulate his

5    qualifications.

6              MR. HARDIN:  That's fair enough.  I appreciate

7    that.  Fair enough.

8              THE COURT:  The government has agreed that he

9    qualifies as an expert?  Is that what it is?

10             MR. BUTLER:  Yes, Your Honor, in the area of --

11   well, why don't we ask Mr. --

12             THE WITNESS:  Image analysis, photogrammetry,

13   forensic photogrammetry.

14   BY MR. HARDIN:

15   Q.   Let me ask you this.  Were you asked to examine two

16   pictures taken at what was represented to you as a time at

17   Mr. Jose Canseco's house in Florida?

18   A.   I was asked originally to analyze four different

19   photographs.

20   Q.   All right.  And then were there two -- were two of

21   those photographs photographs of a man you now know as Roger

22   Clemens and a young boy?

23   A.   One of the photographs was of a man who appeared to be

24   Roger Clemens and a young man.  The other photograph

25   appeared -- was an individual who appeared to be Mr. Clemens

1    swimming in a pool.

2      Q.   By himself?

3      A.   By himself.

4      Q.   Can we have those two exhibits up, please, if you know,

5    Ms. Manella, what they are.  They're government exhibits

6    initially.  Can we put up, if we may, Government 95E.

7             All right.  Is this one of the photographs you

8    were asked to look at?

9      A.   Yes, this is one of the photographs I was asked to look

10   at.

11     Q.   All right.  And then if you would, would you put up

12   95F, Government.  Can you put those two, Ms. Manella, side by

13   side.

14            Now, what were you asked to do with these two

15   photographs?

16     A.   I was asked to determine if I could use a shadow

17   analysis to determine the time of day at which these

18   photographs were taken.

19     Q.   Can you, in about a 30-second explanation, tell me what

20   a shadow analysis is?

21     A.   Yes.  As the sun tracks across the sky it rises from

22   the horizon and sets again.  As it goes across the sky it

23   casts a shadow.  The length of the shadow can be used to

24   determine how high up in the sky it is, and the direction of

25   the shadow can be used to determine in what direction the sun

1    is.  Both of those aspects of where the sun is can be used to

2    determine the time of day on a specific date.

3        Q.   Let's take the picture on the left of Mr. Clemens and

4    the young boy.  Through all of the -- all of the effort that

5    we're not asking you to go into at this time, were you able to

6    set a time parameter for when this picture was taken?

7        A.   Yes, I was.

8        Q.   And again, just for purposes of the record, you were

9    asked to look at a photograph that was represented to you as

10   taken on June 9 of 1998, is that correct?

11       A.   That is correct.

12       Q.   And what time parameters are you willing to testify

13   under oath based on your expertise that this picture would

14   have been taken?

15       A.   The photograph on the left, Government Exhibit 95E, as

16   I wrote in my report, was taken sometime between 2:55 p.m. and

17   4:20 p.m. Eastern Daylight Savings time.

18       Q.   And was the second photograph, what were you -- what

19   was your determination there?  Could you reach one?

20       A.   I could not reach any determination based on a shadow

21   analysis.

22       Q.   And did you -- there is a watch there.  Did you attempt

23   to make some type of analysis there?

24       A.   In both of these photographs I enhanced the watch on

25   Mr. Clemens's wrist in an attempt to see if you could see what

1   time the watch said.

2   Q.   And were you able to reach any determination one way or

3   the other?

4   A.   I was not able to determine a specific time of what

5   time the watch depicted, but I was able to determine that

6   there appears as though at least one of the hands was pointing

7   in the 3:00 o'clock direction in both of these photographs.

8   Whether it is the hour hand or the minute hand, I cannot tell

9   you.

10   Q.   And whether it would be before or after that number it

11   was pointing at, you also couldn't tell?

12   A.   Correct.   It was in the vicinity of the 3:00 o'clock

13   region, and I can't tell if there's one hand or two hands

14   showing.

15   Q.   From an expert analysis standpoint, how comfortable are

16   you that this picture on the left was sometime 2:55 or later,

17   up to 4:30?

18   A.   To 4:20.

19   Q.   4:20.

20   A.   I'm very comfortable.

21        MR. HARDIN:   Okay.   That's all I have, Your Honor.

22   Pass the witness.

23        MR. BUTLER:   Thank you, Your Honor.

24

25

CROSS-EXAMINATION

BY MR. BUTLER:

Q.    Mr. Vorder Bruegge, I'll be brief.  Let me ask you just a few questions.  In terms of these photographs, without getting into all the detail, were they ideal for doing your examination, in a brief fashion?

A.    No, the photographs were not ideal.

Q.    And just in a sentence or two, why not?

A.    Well, the original photographs were printed photographs.  I received electronic copies of the printed photographs.  So the level of detail that I could make out -- it would have been ideal to have the original film negative.

Q.    Let me ask you this.  We talked previously, is that correct?

A.    Yes.

Q.    And you talked about that if you have like a flag pole that you can see the shadow, that it would be -- is that correct?

A.    Yes, it's the quality of the content that is what I believe the prosecutor is getting at.  This type of analysis would be best done with a clearly defined vertical feature, like a flag pole or a sign, which you could see from top to bottom, and in which you could see the entire shadow from the ground.  That way, if you could see from the base of the flag pole along the shadow, that would give you the exact direction

1   that the shadow was pointed in.  That also would allow you to

2   measure the exact length of the shadow versus the exact length

3   of the flag pole.

4                In this analysis I had to make some

5   approximations, which is why I have a big range of values,

6   both to determine the direction in which the sun is, as well

7   as to know just how high up in the sky the sun was.

8   Q.   Just briefly, the science that you're talking about

9   here is fairly imprecise science, is that accurate?

10  A.   Well, photogrammetry can be a very precise science.

11  Q.   But under these circumstances I guess is what I'm

12  asking?

13  A.   Yes, the accuracy -- well, the accuracy of my analysis

14  is reflected in the fact that I have such a large range of

15  time.

16  Q.   Okay.  And your best estimate, as you said, was between

17  2:55 and 4:20 p.m. on that day, June 9?

18  A.   That's correct.

19  Q.   1998.  And then you also had one other piece of

20  information contained within that which was the watch on Mr.

21  Clemens, is that accurate?

22  A.   Yes.

23  Q.   And in terms of the hand that you could see, you

24  couldn't tell if that was an hour hand or a minute hand, is

25  that correct?

1    A.    That's correct.

2    Q.    Is that hand closer to 3 or closer to 4 in the picture?

3    A.    The hand appears to be directed in the direction of 3,

4    closer to 3.

5    Q.    So if it was the hour hand, it was more likely closer

6    to 3:00 o'clock in the afternoon, correct?

7    A.    Correct.

8    Q.    And if it was the minute hand, then it would be 15

9    minutes after the hour.  Is that accurate?

10   A.    Yes.

11   Q.    And let me just if I could -- let me ask Mr. Hardin if

12   I could for a moment.

13             I'd like to show you what has been marked and

14   without objection will be admitted, Government Exhibit 107.

15   There is no objection, counsel?

16             MR. HARDIN:  There's none.  I'm sorry.

17             THE COURT:  Very well, it will be admitted if

18   that's what you're requesting.

19             MR. BUTLER:  Yes, Your Honor.  If we can show that

20   to the jury on the ELMO.

21   BY MR. BUTLER:

22   Q.    Can you see that up there?

23   A.    Yes.

24   Q.    And have you seen that before?

25   A.    Yes.  This is a photographic montage that I generated

1    in my laboratory.

2      Q.   And is that, in the center of the picture, the watch of

3    Mr. Clemens that you're referring to?

4      A.   Yes, it is.

5      Q.   And that's the one that you say the hand of what you

6    see is --

7              THE COURT:   I have to let this juror go.   How much

8    longer are you going to be?

9              MR. BUTLER:   I'll be just a minute or two, Your

10   Honor.

11             If we can focus in on that.   Pull out a little bit,

12   please.

13   BY MR. BUTLER:

14     Q.   Is that what you're talking about in terms of the hand

15   that is pointing toward the 3 on the watch?

16     A.   Exactly.   In the representation we're seeing here, the

17   3:00 position is up in the upper left-hand corner.   There is a

18   dark line across the middle of the watch face that appears to

19   me to be pointed in the 3:00 direction.

20     Q.   I'll just show you briefly 108, which without objection

21   has been admitted.   Is that the same watch that you're talking

22   about?

23     A.   Yes, it is.

24     Q.   And again, if we -- these will be available to the jury

25   when they have a little bit more time to look at them.   But

1   that's the -- what you're referring to, that hand, whatever

2   hand that is, is pointing toward 3?

3       A.   Yes, it is.

4       Q.   So based on that is it -- and based on the way the sun

5   casts shadows as well as the watch, is it fair to say that the

6   best estimate you can do for time, based on those two factors,

7   would be somewhere between 3 and 3:15 based on the watch hand

8   and your other estimate as to the sun angle?

9       A.   Both 3:15 and 4:15 are possible with both of these

10  analysis because I can't be sure that the hour hand either is

11  invisible or it's overlapping enough in the 4:15 position that

12  you can't see the difference.

13      Q.   Just one last question.  If that was the hour hand,

14  then it would be 3:00 o'clock, is that accurate?

15      A.   Yes, sir.

16      Q.   And if it's the minute hand, it could be 3:15 or 4:15?

17      A.   Correct.

18          MR. BUTLER:  Okay.  I have no further questions,

19  Your Honor.

20          THE COURT:  Redirect?

21          MR. HARDIN:  No.

22          THE COURT:  Anything from the jury?

23  SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

24          THE COURT:  He couldn't say -- the question is:  Is

25  he sure it is Roger Clemens?  I don't think there's any

1    question.

2                MR. HARDIN:  I'm sorry.  What?

3                THE COURT:  Is he sure it's Roger Clemens?  I don't

4    think he can say that.

5                MS. SALESKI:  I don't think you can ask him that.

6                THE COURT:  He said it looked like Roger Clemens.

7                MR. ATTANASIO:  I don't object to the question.

8                THE COURT:  I mean, there's no challenge that it's

9    Roger Clemens, right?

10               MR. ATTANASIO:  No, sir.  I have no objection.

11               THE COURT:  Do you want me to ask the question or

12   just tell them there's no challenge that it's Roger Clemens?

13               MR. HARDIN:  It is him.

14               MR. ATTANASIO:  You can tell them that.

15               THE COURT:  The parties can stipulate to that?

16               MS. SALESKI:  Yes, sir.

17   SIDEBAR DISCUSSION CONCLUDED

18               THE COURT:  Okay.  There has been an agreement or a

19   stipulation between the parties that the man depicted in the

20   two photographs is in fact Roger Clemens.

21               Okay.  Any other questions?

22               (No response.)

23               Thank you, sir.  Okay.  We will recess at this

24   time.  You know we're in recess tomorrow because of one of the

25   jurors has to go to a graduation, and also on Monday because

1   of that.  We will convene, the parties will convene at

2   2:00 o'clock on Monday so we can discuss some legal matters.

3   But we'll see you on Tuesday at 9:00 o'clock.  Have a good

4   weekend.

5   JURY ESCORTED OUT OF THE COURTROOM AT 5:10 P.M.

6           THE COURT:  Based on the progression we've made, is

7   there any different estimate as to when we might be --

8           MR. HARDIN:  Well, that's why we were concerned

9   about Friday.  Our best estimate now is we may be able to rest

10  by Thursday.  We're definitely going to rest by sometime

11  Friday, Judge, I think.

12          THE COURT:  Okay.  Thank you.  Have a good weekend.

13  COURT ADJOURNED AT 5:10 P.M.

14

15              C E R T I F I C A T E

16          I, Lisa M. Foradori, RPR, certify that the

17  foregoing is a correct transcript from the record of

18  proceedings in the above-titled matter.

19

20

21

22          _____

23                  Lisa M. Foradori, RPR

24

25

**$**

**$45,000 [1]**  83/8
**$700 [1]**  36/11

**'**

**'01 [1]**  34/14
**'02 [6]**  34/14 34/18 34/20 34/22 34/24 35/6
**'03 [5]**  34/15 34/22 34/25 35/6 37/23
**'04 [5]**  12/24 30/12 37/25 38/17 56/19
**'05 [4]**  30/12 38/16 38/18 39/4
**'06 [4]**  30/12 38/16 38/18 39/4
**'07 [2]**  38/16 38/18
**'80s [3]**  35/10 35/10 37/8
**'87 [1]**  18/4
**'90s [1]**  20/4
**'94 [1]**  122/7
**'95 [6]**  122/7 122/19 123/6 124/2 130/4 131/24
**'96 [2]**  127/1 127/2

**1**

**1/2 [1]**  66/13
**10 [9]**  11/4 11/8 12/25 42/14 57/8 57/10 117/20 135/25 138/25
**10-223 [1]**  1/4
**102 [1]**  3/7
**107 [1]**  145/14
**108 [1]**  146/20
**11 [16]**  84/15 84/17 85/9 85/11 85/18 86/3 98/15 98/17 98/17 98/19 99/14 104/8 104/9 104/18 104/23 104/23
**113 [1]**  3/7
**119 [1]**  3/8
**12 [1]**  12/25
**13 [1]**  49/4
**133 [1]**  3/8
**136 [1]**  3/9
**14 [2]**  12/25 82/14
**14-year-old [2]**  82/25 83/2
**1401 [1]**  1/21
**143 [1]**  3/9
**15 [6]**  79/16 80/3 80/14 103/6 103/7 145/8
**16 [1]**  42/17
**162 [1]**  128/20
**17 [2]**  62/24 82/3
**18 [1]**  82/3
**19 [3]**  82/14 82/21 82/22
**1968 [1]**  60/2
**1972 [2]**  60/3 60/5
**1975 [5]**  59/20 60/5 60/6 71/24 72/1
**1979 [1]**  6/15
**1980 [2]**  59/21 60/6
**1982 [1]**  60/11
**1987 [2]**  17/18 18/3
**1988 [3]**  60/17 67/25 68/1
**1995 [6]**  122/16 122/19 123/6 129/25 132/10 132/18
**1997 [1]**  129/9
**1998 [3]**  129/10 141/10 144/19
**1999 [1]**  129/14
**19B [1]**  87/11
**19C [1]**  103/22
**19C-2 [1]**  107/17
**1:00 o'clock [1]**  106/9
**1:40 [1]**  1/5

**2**

**20 [2]**  25/16 82/14
**20-year-old [1]**  82/15
**2000 [3]**  37/9 37/10 130/4
**20001 [1]**  2/7
**2000s [3]**  20/5 34/11 36/21
**2001 [10]**  18/7 18/8 18/17 18/25 19/2 19/6 34/3 89/19 98/22 98/23
**2002 [2]**  34/4 98/23
**2003 [8]**  18/12 34/19 98/23 130/7 130/17 131/24 132/10 132/19
**2004 [15]**  11/12 38/2 38/16 39/4 55/19 56/11 57/21 63/11 63/15 64/2 64/19 66/14 76/3 76/8 130/8
**2005 [5]**  20/21 21/6 21/12 22/16 22/24
**2006 [1]**  68/25
**2007 [2]**  64/19 66/3
**2011 [1]**  86/1
**2012 [1]**  1/5
**202 [2]**  1/17 2/8
**20530 [1]**  1/16
**223 [1]**  1/4
**2250 [1]**  1/22
**23rd [2]**  138/9 138/13
**24 [3]**  12/22 62/14 68/1
**24th [2]**  138/9 138/13
**25 [1]**  12/22
**252-7862 [1]**  1/17
**255 [2]**  114/19 115/6
**256 [2]**  118/1 118/11
**25th [1]**  138/12
**27th [1]**  138/15
**2:00 o'clock [2]**  14/9 149/2
**2:30 [2]**  13/18 13/19
**2:55 [2]**  142/16 144/17
**2:55 p.m [1]**  141/16
**2nd [1]**  86/9

**3**

**30 [2]**  66/23 66/25
**30-second [1]**  140/19
**31 [1]**  1/5
**32 [2]**  59/21 60/11
**3269 [1]**  2/8
**33 [1]**  3/5
**333 [1]**  2/7
**35 [1]**  35/21
**354-3269 [1]**  2/8
**3:00 [3]**  54/21 146/17 146/19
**3:00 o'clock [4]**  142/7 142/12 145/6 147/14
**3:15 [3]**  147/7 147/9 147/16

**4**

**40 [3]**  35/21 43/24 43/24
**40s [1]**  67/1
**41C [1]**  92/2
**4401 [1]**  2/2
**47 [3]**  92/5 92/5 110/7
**47-2 [2]**  92/6 110/8
**4:15 [4]**  14/6 147/9 147/11 147/16
**4:20 [2]**  142/18 142/19
**4:20 p.m [2]**  141/17 144/17
**4:28 [1]**  118/16
**4:30 [1]**  142/17
**4:44 [1]**  14/5

**5**

**50 [2]**  13/23 13/25
**50 percent [3]**  20/9 20/11 20/15
**550-6020 [1]**  2/3
**555 [1]**  1/16
**59 [1]**  3/6
**5:00 [1]**  138/2
**5:00 o'clock [1]**  137/18
**5:10 [2]**  149/5 149/13

**6**

**6020 [1]**  2/3
**62 [1]**  59/14
**652-9000 [1]**  1/23
**67 [1]**  3/6
**6706 [1]**  2/6

**7**

**7-years-old [1]**  83/11
**713 [1]**  1/23
**77 [1]**  3/7
**77010 [1]**  1/22
**7862 [1]**  1/17
**7:00 [2]**  14/3 14/4
**7:00 o'clock [1]**  13/22

**8**

**858 [1]**  2/3

**9**

**9/11 [16]**  84/15 84/17 85/9 85/11 85/18 86/3 98/15 98/17 98/17 98/19 99/14 104/8 104/9 104/18 104/23 104/23
**9000 [1]**  1/23
**90th [1]**  86/9
**92121 [1]**  2/2
**95E [2]**  140/6 141/15
**95F [1]**  140/12
**98 [1]**  36/4
**9:00 o'clock [1]**  149/3

**A**

**A.M [1]**  118/16
**a/k/a [1]**  1/6
**ability [6]**  23/18 23/22 52/4 52/16 56/22 57/4
**able [11]**  28/2 32/17 51/20 76/13 125/20 125/21 141/5 142/2 142/4 142/5 149/9
**about [126]**  4/7 4/8 4/11 9/22 10/2 10/12 11/4 12/6 12/6 13/7 13/25 14/3 14/5 15/19 15/23 18/17 19/2 21/21 23/4 24/24 25/1 25/16 26/2 26/10 26/25 27/19 27/20 27/23 27/24 28/21 30/11 34/1 34/2 34/3 35/19 36/4 36/6 36/11 36/12 36/14 37/8 39/3 39/7 39/8 39/18 39/18 40/15 40/16 40/20 41/7 41/8 41/18 41/22 41/23 42/6 42/7 42/7 43/14 43/21 44/5 44/12 47/16 48/10 48/19 49/5 50/1 50/12 51/19 53/14 54/7 55/13 55/17 56/14 57/6 57/25 58/3 58/4 60/17 61/25 65/1 68/19 69/5 73/15 74/1 74/6 80/6 82/25 82/25 87/10 87/13 92/21 93/5 94/10 95/2 95/5 97/3 97/3 101/21 103/5 103/19 110/18 111/12 111/22 112/7

**A**

**about... [22]**  114/17 117/25
118/9 123/7 124/13 125/4 126/1
126/4 128/19 134/11 135/12
135/22 137/7 137/7 138/13
138/25 140/19 143/16 144/8
146/14 146/22 149/9
**about 2001 [1]**  34/3
**above [1]**  149/18
**above-titled [1]**  149/18
**abscess [1]**  72/14
**absolutely [3]**  40/23 73/22
73/23
**accidental [1]**  54/18
**accommodate [1]**  72/6
**according [1]**  44/19
**accuracy [2]**  144/13 144/13
**accurate [12]**  8/25 9/1 11/8
29/10 36/3 36/4 56/23 58/10
144/9 144/21 145/9 147/14
**Aches [1]**  65/18
**acne [4]**  43/18 52/6 130/25
131/24
**acronym [1]**  133/10
**across [3]**  140/21 140/22
146/18
**act [2]**  124/8 124/10
**acted [2]**  39/12 39/14
**acting [2]**  22/9 22/25
**action [1]**  19/17
**actual [1]**  11/6
**actually [16]**  9/24 10/8 16/16
17/4 18/19 21/23 39/1 45/20
48/21 56/22 70/14 70/15 89/23
108/16 126/22 126/23
**address [5]**  22/19 42/25 43/6
50/12 86/8
**addressed [2]**  20/17 54/17
**addresses [2]**  48/11 50/19
**addressing [1]**  48/5
**adequate [1]**  76/23
**ADJOURNED [1]**  149/13
**administer [5]**  30/15 75/19
76/2 76/7 76/11
**administered [2]**  121/15 121/21
**administration [1]**  69/5
**admired [1]**  4/23
**admissibility [1]**  28/19
**admissible [3]**  46/17 46/17
46/19
**admitted [5]**  19/15 115/7
145/14 145/17 146/21
**admonish [1]**  54/18
**adopt [1]**  8/23
**advantage [3]**  23/4 23/8 23/24
**adverse [1]**  72/11
**advise [1]**  42/25
**affect [1]**  50/5
**afoul [1]**  130/21
**afraid [2]**  49/2 70/23
**after [33]**  6/24 9/17 13/14
33/23 37/18 37/23 53/10 56/19
60/6 61/20 85/9 92/16 93/12
94/5 95/23 96/5 96/10 97/17
98/2 98/6 98/8 98/17 98/19
99/14 104/23 105/8 117/13
117/22 130/11 137/2 138/2
142/10 145/9
**afternoon [12]**  4/3 4/6 13/18
13/19 46/22 53/15 59/7 77/23
77/24 119/3 128/8 145/6

**adjournment [1]**  96/9
19/1 27/22 36/18 44/22 47/6
48/18 49/13 55/6 66/3 85/8
100/1 104/24 114/3 129/19
140/22 141/8 146/24
**against [1]**  19/17
**age [5]**  11/1 79/15 103/3 103/5
103/5
**agent [4]**  38/9 135/10 137/12
138/7
**agents [2]**  54/14 113/13
**aggressive [1]**  56/25
**aging [1]**  57/1
**ago [5]**  50/24 83/16 88/23 95/2
138/25
**agree [23]**  6/21 7/20 20/3
21/15 21/18 21/22 21/23 22/10
22/14 23/3 23/7 23/15 23/19
24/13 24/16 27/8 36/5 36/7
51/23 51/25 73/1 73/3 105/2
**agreeable [1]**  49/19
**agreed [9]**  34/25 37/20 50/3
50/6 56/2 56/6 56/9 56/10
139/8
**agreement [4]**  36/8 37/5 51/18
148/18
**ahead [6]**  9/12 24/12 25/20
121/23 126/6 137/1
**aided [1]**  2/16
**Ain't [1]**  73/23
**all [102]**  14/11 14/24 15/10
26/1 26/14 27/5 27/8 28/4 28/7
28/9 28/19 28/21 34/3 37/21
38/1 38/10 38/18 40/10 47/24
48/19 49/9 51/3 51/4 55/1
56/19 59/13 60/12 61/20 62/5
62/15 62/18 62/25 63/3 63/14
63/23 65/11 65/15 66/2 66/4
70/11 77/25 78/25 80/24 81/22
84/8 84/12 88/14 88/15 89/17
89/17 89/18 93/7 93/19 95/1
95/5 95/23 96/5 96/9 97/2
97/23 98/1 99/14 99/25 100/6
100/12 100/14 101/19 102/6
103/1 103/16 103/25 104/6
105/14 105/22 108/3 108/24
110/6 110/14 110/25 111/6
112/3 113/4 113/4 115/8 116/2
116/15 118/9 120/25 121/13
124/13 127/8 130/20 132/20
134/16 135/17 139/20 140/7
140/11 141/4 141/4 142/21
143/5
**allegation [2]**  41/14 55/3
**alleged [2]**  52/20 58/10
**allegedly [7]**  28/16 44/19
47/15 48/20 51/21 52/19 53/13
**allow [2]**  26/17 144/1
**allowed [5]**  26/1 26/7 28/22
41/25 53/21 134/23
**allows [1]**  55/8
**alluded [1]**  41/6
**almost [7]**  29/6 43/24 54/25
55/1 61/23 63/17 101/11
**along [3]**  31/24 137/5 143/25
**already [7]**  11/14 26/24 41/14
55/18 56/9 56/10 70/19
**also [17]**  6/11 9/5 23/3 35/18
41/21 42/25 46/18 57/20 57/21
57/22 76/20 94/1 104/23 142/11
144/1 144/19 148/25
**alternate [1]**  48/23

**alternatives [1]**  43/21
**always [13]**  51/10 94/24 94/25
112/11 112/21 114/15 124/11
124/19 124/19 125/24 125/25
126/1 126/7
**am [3]**  25/10 55/1 76/13
**AMERICA [1]**  1/3
**American [1]**  134/8
**amnesty [2]**  83/18 83/19
**among [2]**  7/24 24/17
**amount [2]**  44/21 49/16
**amounts [1]**  50/4
**amphetamines [1]**  35/12
**anabolic [20]**  15/20 15/24 16/1
16/19 16/22 17/5 18/6 18/12
18/18 18/24 19/10 19/13 19/16
24/22 24/22 25/5 25/12 75/19
76/11 76/14
**analysis [10]**  139/12 140/17
140/20 141/21 141/23 142/15
143/20 144/4 144/13 147/10
**analyze [1]**  139/18
**anatomy [3]**  120/19 121/1 121/7
**and 2003 [1]**  98/23
**Andy [6]**  10/22 10/23 10/23
11/14 24/7 56/9
**anemia [3]**  69/8 69/11 70/5
**Angeles [1]**  13/7
**angle [1]**  147/8
**anonymous [2]**  34/25 36/21
**anonymously [1]**  34/19
**another [8]**  20/8 36/2 44/22
44/25 44/25 46/22 100/3 113/19
**answer [2]**  57/22 67/8
**answered [1]**  76/19
**anti [4]**  32/11 32/14 32/18
74/10
**anti-inflammaties [1]**  32/18
**anti-inflammatory [3]**  32/11
32/14 74/10
**any [80]**  8/9 14/19 15/23 16/20
23/12 24/22 26/8 27/9 27/11
28/2 28/20 28/22 30/22 36/20
41/15 41/16 44/20 44/24 47/7
47/11 48/12 49/11 49/20 51/14
51/15 52/17 55/14 55/15 58/18
64/23 65/22 66/15 67/1 70/16
72/11 73/17 76/15 76/18 76/23
76/24 78/20 90/4 91/1 91/3
91/7 91/9 92/9 92/13 96/1
99/17 99/20 100/8 100/10 101/1
103/11 108/20 108/25 110/17
110/19 110/19 110/20 115/1
115/3 116/12 117/16 121/5
127/10 128/16 131/1 131/3
131/18 131/24 132/9 132/19
137/17 141/20 142/2 147/25
148/21 149/7
**anybody [6]**  14/16 16/21 54/11
54/11 71/6 137/19
**anyplace [1]**  92/13
**anything [37]**  15/22 28/17
39/11 40/4 40/15 40/20 41/9
41/19 42/7 46/1 46/4 47/17
50/18 55/4 55/7 55/10 55/12
55/13 57/12 58/13 64/12 64/15
75/14 77/5 90/12 94/10 95/4
97/3 99/20 101/15 111/22
116/16 118/10 121/6 134/20
138/20 147/22
**anywhere [4]**  91/8 96/2 123/3
131/25

## A

**apartment [54]**   84/16 84/17 84/18 84/20 85/8 85/14 85/19 86/4 86/6 86/11 86/13 86/18 86/24 87/10 87/17 87/21 87/23 87/24 88/2 89/18 92/9 92/13 92/16 93/1 93/3 95/13 95/15 96/8 96/9 97/20 97/22 98/7 98/8 98/11 98/24 99/15 99/17 100/1 100/10 100/14 103/19 103/25 104/7 104/19 105/15 105/23 106/2 106/21 109/8 111/10 111/18 116/19 116/23 116/25

**apologize [1]**   137/1
**appeal [1]**   47/6
**Appeals [4]**   28/25 47/4 53/1 53/4
**appear [1]**   49/6
**APPEARANCES [1]**   1/12
**appeared [4]**   12/3 139/23 139/25 139/25
**appears [4]**   8/10 142/6 145/3 146/18
**application [1]**   69/10
**applied [1]**   39/21
**appreciate [2]**   45/14 139/6
**approach [8]**   25/14 39/25 57/13 60/21 66/5 116/16 130/22 132/5
**appropriate [2]**   45/5 50/22
**approximations [1]**   144/5
**are [70]**   6/15 6/16 6/20 7/23 8/1 8/4 8/14 8/24 10/8 11/6 13/22 17/10 20/12 20/20 23/16 24/14 24/18 25/6 25/7 25/9 25/23 26/1 26/13 27/6 27/25 37/8 45/15 48/1 48/25 50/5 50/14 51/1 51/3 51/6 51/8 51/20 52/15 58/2 59/13 59/17 59/25 76/16 78/9 78/14 78/16 79/12 82/13 82/13 83/13 87/9 88/7 92/11 92/14 110/18 111/15 116/2 119/18 120/4 120/7 123/12 124/18 126/11 133/3 137/2 139/2 140/5 141/2 142/15 146/8 147/9
**area [6]**   15/19 26/19 26/24 53/21 57/20 139/10
**areas [1]**   95/1
**argue [1]**   20/12
**arm [4]**   70/23 70/24 71/1 71/5
**around [3]**   90/23 91/7 107/15
**arrange [1]**   96/4
**arrangements [1]**   96/10
**arrive [3]**   11/12 95/18 125/5
**arrived [3]**   4/15 5/2 13/14
**art [1]**   27/3
**as [132]**   5/2 6/15 6/16 7/16 8/5 9/15 10/25 14/7 14/22 14/22 17/3 18/22 21/25 22/2 22/12 22/23 24/9 25/8 25/15 25/24 26/5 32/3 32/3 34/7 34/10 34/12 35/17 35/18 36/20 37/6 38/15 38/17 38/17 38/23 39/20 40/1 40/11 41/11 41/17 44/10 44/17 45/8 46/16 46/24 47/12 48/13 48/25 49/10 50/16 51/13 51/22 51/25 51/25 52/3 52/6 52/6 52/6 52/10 52/15 52/15 52/16 52/22 52/25 55/22 55/23 56/23 57/2 57/2 57/8

**A**   61/1 65/7 65/11 66/20 69/18 69/19 72/7 72/16 73/20 74/21 74/24 75/17 77/4 77/14 77/20 78/1 78/2 81/24 85/11 101/3 104/9 112/13 112/13 114/8 114/23 116/17 118/5 118/23 125/13 126/14 130/23 132/7 133/17 135/8 136/4 136/4 136/11 136/19 136/20 138/2 138/2 139/2 139/9 139/16 139/21 140/21 140/22 141/9 141/15 142/6 144/6 144/7 144/16 147/5 147/5 147/8 147/23 149/7
**aside [1]**   6/12
**ask [56]**   4/7 10/25 19/9 26/7 26/9 28/2 28/8 28/22 29/23 30/11 34/1 34/2 34/23 36/18 40/15 41/8 41/23 42/2 42/17 48/15 57/16 57/18 64/15 73/18 74/14 76/23 77/25 78/21 79/12 91/3 92/2 97/14 101/19 108/14 108/15 114/3 114/17 119/22 120/7 120/13 126/6 130/25 132/6 132/8 137/5 137/6 137/7 137/8 137/15 139/11 139/15 143/3 143/13 145/11 148/5 148/11
**asked [41]**   4/8 7/17 14/15 15/19 19/18 23/5 34/1 39/7 41/7 41/17 41/21 41/24 42/16 43/2 46/23 55/17 56/14 56/21 58/7 68/19 69/4 73/15 73/16 74/1 74/5 75/20 76/20 76/24 80/8 86/10 86/13 97/6 104/6 131/3 139/15 139/18 140/8 140/9 140/14 140/16 141/9
**asking [15]**   28/1 28/2 29/8 42/4 42/13 50/13 57/24 78/20 79/13 101/14 110/11 111/12 116/2 141/5 144/12
**aspects [1]**   141/1
**assigned [2]**   86/10 118/4
**assistance [2]**   54/16 103/23
**assistant [2]**   67/18 133/12
**associated [1]**   54/12
**Associates [1]**   1/21
**association [1]**   36/5
**assume [7]**   40/6 44/23 52/15 57/22 61/1 128/20 130/6
**assumptions [1]**   42/3
**Astros [17]**   10/17 11/12 11/21 11/24 20/25 30/11 30/15 31/2 31/23 38/1 55/19 56/10 63/7 64/3 65/21 130/8 130/11
**athlete [4]**   64/12 64/13 66/6 133/18
**athletes [4]**   66/21 122/11 122/14 133/15
**athletic [7]**   19/5 19/9 19/12 30/1 30/2 31/18 31/22
**atmosphere [1]**   6/18
**attached [1]**   68/22
**ATTANASIO [2]**   2/1
**attempt [3]**   137/5 141/22 141/25
**Attorney [2]**   67/18 133/12
**Attorney's [1]**   1/15
**AUSA [1]**   133/5
**authorized [1]**   71/19
**available [6]**   65/4 65/14

**B**

**B12 [31]**   29/7 29/9 29/20 29/22 29/24 30/5 30/15 30/15 33/17 61/7 61/10 63/24 64/3 64/10 64/18 64/19 64/23 69/5 69/6 70/10 70/17 71/25 72/4 73/5 73/8 73/9 73/12 73/16 74/2 76/3 76/7
**baby [2]**   60/16 62/9
**back [31]**   4/6 6/14 8/5 8/9 17/19 17/19 32/16 35/9 35/23 37/8 46/21 54/6 63/6 66/9 66/19 85/8 85/11 85/13 87/5 89/14 99/25 104/24 113/23 114/2 114/2 114/20 117/14 126/24 128/9 129/5 131/24
**background [4]**   59/24 61/5 61/13 119/25
**bad [3]**   23/11 23/12 104/12
**bag [1]**   110/15
**bags [9]**   106/24 108/20 110/15 110/17 110/18 110/19 110/19 110/20 110/21
**Baker [1]**   136/20
**ball [10]**   4/11 4/12 4/22 5/3 5/6 5/16 5/17 6/9 57/1 98/20
**ballpark [2]**   13/20 14/8
**balls [1]**   93/20
**ban [1]**   34/4
**banned [6]**   18/18 18/20 34/6 34/8 34/12 35/11
**base [5]**   9/25 10/13 16/16 23/17 143/24
**baseball [35]**   4/16 5/20 6/2 6/17 8/8 8/14 18/11 18/15 18/24 20/4 20/16 21/21 22/5 22/8 22/17 22/24 24/13 24/17 32/14 32/19 33/23 34/4 34/9 34/16 34/24 56/5 93/13 93/16 93/20 106/16 123/10 123/12 133/20 133/22 134/2
**based [14]**   14/1 18/20 20/10 20/10 42/8 49/22 55/8 141/13 141/20 147/4 147/4 147/6 147/7 149/6
**baseman [1]**   16/12
**basically [4]**   121/9 124/20 125/18 131/20
**basis [4]**   53/16 53/17 135/17 137/6
**bathroom [10]**   38/8 87/2 88/22 88/24 89/8 89/9 89/24 89/25 90/8 91/8
**bathrooms [2]**   87/5 89/25
**batting [4]**   5/12 13/23 13/25 14/4
**battle [1]**   6/24
**Baylor [1]**   60/4
**be [162]**
**bear [1]**   15/16
**became [2]**   62/17 83/20
**because [68]**   6/9 6/23 7/12

**Avenue [2]**   2/7 86/9
**average [1]**   134/11
**aware [11]**   17/9 21/12 25/6 25/9 25/10 25/11 38/14 38/24 54/25 68/25 69/2
**awareness [1]**   38/14
**away [1]**   84/24
**awhile [2]**   96/10 112/12

**because... [65]**  14/1 16/3 16/4
19/12 21/24 23/25 39/2 41/25
42/3 43/13 43/16 44/1 44/13
44/15 44/23 45/6 46/5 46/16
48/14 48/14 51/25 56/3 57/25
58/3 63/7 63/18 63/19 70/11
71/9 71/16 72/16 74/24 75/3
75/6 75/22 80/14 81/20 84/8
84/22 84/23 85/7 90/5 94/11
96/19 96/19 97/6 101/13 104/12
106/16 106/19 108/16 109/1
110/4 110/17 111/24 112/11
112/21 122/12 123/17 125/13
125/17 126/20 147/10 148/24
148/25
**become [3]**  7/8 61/23 62/15
**becomes [1]**  44/12
**becoming [1]**  38/16
**bed [4]**  90/22 109/10 109/11
109/20
**bedroom [7]**  87/2 87/4 90/21
90/24 107/6 107/9 109/17
**been [53]**  10/24 11/20 12/22
17/18 18/7 21/8 21/10 26/3
26/6 27/16 34/16 34/16 40/20
41/10 43/10 43/10 43/20 43/24
44/4 49/23 50/5 51/13 51/24
52/21 53/14 54/7 55/10 57/25
59/3 59/19 59/20 59/20 60/9
64/1 68/10 68/15 70/15 71/23
75/22 77/19 85/13 85/18 85/23
104/19 118/22 120/4 122/6
136/10 141/14 143/12 145/13
146/21 148/18
**beer [3]**  91/11 91/13 91/17
**before [49]**  1/10 10/5 11/20
13/17 13/23 13/25 19/19 22/18
26/3 36/14 41/18 42/24 44/5
45/11 45/21 52/3 52/18 61/3
67/19 76/3 76/8 85/18 85/20
86/3 88/20 92/21 96/12 98/1
98/4 98/12 98/13 98/15 102/13
104/8 104/18 104/18 105/4
105/11 115/13 123/22 126/22
129/4 129/5 133/23 138/18
138/20 138/22 142/10 145/24
**before 2004 [2]**  76/3 76/8
**began [1]**  97/17
**begin [2]**  61/20 126/16
**beginning [2]**  37/22 63/11
**beginning 2004 [1]**  63/11
**being [12]**  6/15 21/22 24/3
24/4 28/22 34/19 38/7 44/5
52/23 53/18 58/9 75/10
**believe [14]**  18/4 34/18 35/3
54/17 65/11 69/7 122/21 127/21
128/14 128/21 129/20 130/4
134/8 143/20
**believe 2000 [1]**  130/4
**believed [1]**  22/23
**bell [1]**  12/7
**belonged [1]**  104/1
**bench [3]**  53/4 118/3 118/9
**benefit [1]**  45/12
**best [10]**  35/20 49/22 69/1
105/2 105/2 137/21 143/21
144/16 147/6 149/9
**better [6]**  23/11 23/18 64/13
70/12 79/2 108/14
**between [24]**  7/1 7/3 7/6 7/7

26/25 35/21 37/5 38/8 44/18
47/15 51/21 52/19 72/1 72/24
141/16 144/16 147/7 148/19
**beyond [1]**  137/18
**big [5]**  12/21 21/25 124/4
124/8 144/5
**bigger [3]**  23/12 43/18 52/6
**bill [2]**  132/3 132/5
**bit [14]**  5/23 7/13 14/21 15/20
23/10 61/3 90/5 103/14 103/19
119/22 119/24 120/10 146/11
146/25
**bloating [1]**  28/8
**blood [1]**  69/9
**Blue [5]**  126/15 126/23 133/24
134/6 134/12
**board [2]**  59/18 116/13
**body [9]**  27/24 44/9 121/4
121/6 124/24 131/19 131/25
132/9 132/19
**book [1]**  125/5
**booking [2]**  123/18 123/18
**Boos [3]**  46/21 46/21 49/12
**boost [2]**  64/8 72/7
**born [3]**  60/17 60/20 68/2
**boss [2]**  39/1 39/1
**Boston [6]**  51/3 123/9 125/1
127/4 128/12 128/15
**both [14]**  17/10 25/25 40/9
45/3 78/4 119/6 119/10 135/18
141/1 141/24 142/7 144/6 147/9
147/9
**bottle [1]**  64/21
**bottles [1]**  91/1
**bottom [3]**  88/16 89/7 143/23
**box [4]**  45/22 107/13 107/13
107/15
**boy [6]**  77/14 82/15 82/16 94/3
139/22 141/4
**boys [1]**  56/4
**break [1]**  42/13
**Brian [4]**  66/10 66/15 68/20
100/25
**bridge [2]**  84/25 85/2
**brief [6]**  53/9 59/24 113/7
117/21 143/3 146/6
**briefly [3]**  57/13 144/8 146/20
**bright [1]**  83/9
**bring [9]**  40/2 47/16 49/19
53/24 93/5 93/6 93/13 94/12
117/14
**bringing [4]**  41/15 42/6 44/1
49/1
**brings [1]**  7/1
**brothers [1]**  6/21
**brought [8]**  40/8 40/14 40/17
41/12 41/21 43/11 43/21 51/19
**BRUEGGE [8]**  3/9 135/2 136/9
136/18 136/18 136/20 136/21
143/3
**building [9]**  82/10 84/6 87/12
87/13 87/15 87/16 87/17 87/24
103/20
**buildings [3]**  82/3 82/5 82/7
**bulk [2]**  48/24 51/7
**bunch [1]**  26/13
**burden [1]**  51/11
**Bureau [1]**  136/23
**buses [1]**  84/23
**business [1]**  121/2
**BUTLER [2]**  1/14 43/1

button [1]  70/21 70/22
**button [1]**  128/1
**buy [2]**  8/23 69/24
**buys [1]**  8/19

**C**

**C-H-E-R-Y-L [1]**  119/12
**CA [1]**  2/2
**cab [1]**  85/6
**cabinets [1]**  90/7
**call [21]**  13/15 46/1 49/13
58/21 64/12 65/22 65/25 70/13
77/9 83/17 97/19 98/1 98/2
98/7 98/15 99/2 113/23 118/18
127/15 127/17 135/2
**called [16]**  17/20 17/23 36/3
36/6 51/4 60/16 68/25 96/8
96/10 97/21 98/3 99/2 106/21
114/2 114/6 122/25
**calling [1]**  46/22
**came [17]**  27/16 34/21 40/12
45/9 52/13 63/6 66/9 74/9 79/2
79/15 79/20 98/2 115/24 128/13
128/15 134/8 138/22
**camera [3]**  115/14 115/15
115/16
**Caminiti [1]**  20/8
**can [73]**  8/12 23/10 24/15
25/17 26/4 27/20 28/19 42/21
44/2 44/3 45/14 45/19 46/3
49/13 59/24 62/7 73/8 77/12
78/2 81/9 84/14 87/1 87/15
87/21 88/2 88/15 92/11 93/6
98/15 103/16 103/22 105/14
107/6 110/7 110/12 114/17
114/19 115/8 116/5 117/23
119/7 119/24 120/10 120/24
130/21 131/11 133/17 134/5
135/15 135/21 136/4 138/2
138/3 139/1 139/2 140/4 140/6
140/12 140/19 140/23 140/25
141/1 143/17 144/10 145/19
145/22 146/11 147/6 148/4
148/5 148/14 148/15 149/2
**can't [13]**  30/22 40/4 40/15
50/7 50/16 69/23 73/12 104/24
136/2 137/20 142/13 147/10
147/12
**Canada [2]**  47/22 119/17
**canister [1]**  116/13
**canisters [2]**  111/13 111/23
**cannot [5]**  50/6 50/15 50/18
51/4 142/8
**cans [1]**  91/11
**Canseco [2]**  20/8 53/14
**Canseco's [1]**  139/17
**capable [1]**  32/2
**capacity [1]**  60/12
**care [4]**  20/16 22/6 66/23 67/1
**cared [1]**  66/8
**career [5]**  15/25 16/11 29/9
32/16 63/3
**careers [1]**  56/5
**carefully [2]**  6/5 6/8
**case [13]**  26/13 32/15 44/2
50/2 52/21 54/15 54/15 65/20
74/4 100/23 137/12 138/20
138/24
**cast [1]**  21/20
**casts [2]**  140/23 147/5
**catch [1]**  80/15
**category [1]**  17/5

**C**

cause [1]   75/7
caused [1]   72/14
causing [1]   72/17
Celebrex [1]   65/5
celebrity [1]   84/8
cells [1]   69/9
center [1]   146/2
certain [7]   5/8 7/23 25/12
35/2 44/13 45/6 46/23
certainly [6]   5/24 5/24 12/3
20/16 56/25 93/3
certified [1]   59/18
certify [1]   149/16
challenge [3]   27/13 148/8
148/12
chance [5]   9/25 35/23 53/1
90/7 90/18
change [9]   47/19 89/20 107/24
108/2 108/3 108/4 108/10 132/9
132/19
changed [1]   90/1
changes [1]   55/9
characteristics [3]   46/24
48/10 48/12
characterize [1]   56/23
charge [4]   31/1 31/23 48/3
53/18
charging [1]   50/8
check [2]   112/1 112/25
checked [2]   111/24 112/9
CHERYL [4]   3/8 118/18 118/21
119/9
chief [1]   26/13
children [4]   78/23 82/11 83/22
93/6
choice [1]   72/24
choose [1]   73/1
chose [2]   19/18 19/21
Cincinnati [4]   13/8 13/10
13/11 13/14
circle [1]   88/12
circumstances [1]   144/11
citizen [2]   83/13 83/20
city [1]   79/6
clean [35]   84/7 85/8 86/4
86/13 86/14 86/14 86/16 86/18
87/18 87/21 89/12 89/20 89/24
89/25 89/25 93/3 96/8 97/22
98/6 98/8 98/24 99/15 101/25
107/23 108/14 108/22 109/3
111/10 111/21 112/11 112/21
115/23 116/7 116/9 116/23
cleaned [15]   82/3 90/13 90/14
91/22 92/21 95/6 95/16 97/20
98/11 112/18 112/20 112/25
113/1 115/22 116/4
cleaning [20]   82/5 82/9 84/1
84/2 84/7 84/17 84/20 85/13
85/19 89/19 90/9 92/16 93/12
94/23 95/19 100/2 111/18 116/3
117/12 117/14
clear [6]   41/22 43/1 43/9
104/14 115/20 127/18
clearly [1]   143/21
CLEMENS [136]   1/6 1/6 4/9
10/12 10/16 11/1 11/12 11/20
12/20 12/25 13/13 14/11 14/24
15/2 15/7 15/13 15/16 21/8
24/11 25/3 28/15 28/23 39/5
39/8 39/19 39/21 40/13 40/20
42/9 44/6 44/15 44/19 45/7
47/15 48/12 48/20 49/10 49/20
50/3 50/9 51/10 51/21 52/19
53/14 55/4 56/11 56/24 57/8
58/2 58/4 60/13 60/15 60/16
61/8 61/9 62/16 62/25 63/10
64/15 66/12 66/19 67/2 67/24
68/3 68/5 68/23 68/25 69/6
70/3 70/4 70/8 72/2 72/3 72/10
73/4 73/16 73/18 74/3 74/7
74/14 75/19 76/3 76/7 76/12
76/21 77/3 84/3 87/18 92/17
93/9 94/7 94/14 94/21 95/4
95/18 96/25 97/3 97/8 97/17
99/25 104/1 105/17 105/23
106/13 106/15 107/20 110/20
111/4 111/8 116/19 122/17
123/4 123/14 123/18 127/2
130/1 132/20 133/24 134/5
139/22 139/24 139/25 141/3
144/21 146/3 147/25 148/3
148/6 148/9 148/12 148/20
Clemens' [2]   74/4 108/20
Clemens's [10]   55/17 57/17
58/10 66/4 72/6 84/18 111/18
115/17 116/22 141/25
clerk [1]   42/16
Cleveland [1]   60/3
clinical [1]   69/10
close [7]   6/18 11/23 11/25
12/3 23/18 23/22 24/6
closely [1]   78/1
closeness [1]   7/1
closer [5]   119/23 145/2 145/2
145/4 145/5
closet [17]   87/3 90/19 91/9
107/20 107/23 107/25 108/2
108/5 108/7 108/8 108/9 108/10
108/14 108/19 108/21 108/25
110/1
closets [1]   90/16
clothes [4]   90/17 108/17 109/9
109/18
clothing [2]   71/6 109/6
clubhouse [5]   6/14 6/17 8/13
38/6 38/10
coach [5]   7/8 7/9 7/12 7/13
7/16
coached [1]   16/21
coaches [2]   7/6 7/7
cocaine [1]   35/11
Coke [1]   91/21
college [1]   60/1 60/4 82/16
82/17 82/18 82/19 82/24 120/3
120/15 120/15 120/17
color [1]   29/20
COLUMBIA [1]   1/1
come [34]   17/19 27/21 31/14
36/13 38/10 40/5 40/12 41/18
45/11 50/16 50/22 51/23 56/7
56/11 58/8 61/24 67/20 79/4
79/18 79/18 79/19 89/14 93/4
96/4 99/25 100/5 103/3 103/4
103/5 106/25 113/13 123/7
125/4 138/14
comes [2]   44/11 77/11
comfortable [2]   142/15 142/20
coming [10]   4/11 4/22 22/1
22/1 35/23 38/10 44/3 46/21
106/22 127/5
comment [1]   42/7

commonly [1]   122/12
communicate [2]   73/4 121/24
communication [1]   54/10
competent [1]   43/23
competitive [2]   23/4 23/8
complete [1]   29/6
computer [1]   2/16
computer-aided [1]   2/16
concern [3]   20/1 36/14 135/14
concerned [4]   32/3 52/1 52/15
149/8
concerning [2]   57/20 137/11
concerns [1]   54/7
conclude [1]   45/5
CONCLUDED [11]   29/3 42/12
58/12 61/15 76/5 101/9 116/21
131/8 132/16 136/7 148/17
concluding [1]   53/16
concoction [1]   27/11
condition [5]   61/24 125/22
125/24 126/11 126/12
conditioning [2]   9/7 66/5
conditions [2]   62/19 70/4
conduct [2]   34/25 55/13
conducted [2]   39/11 39/14
confidence [1]   8/1
confidences [2]   7/23 8/4
confidential [1]   37/12
confuse [1]   102/24
confusing [1]   15/7
Congressional [4]   20/20 21/16
22/7 55/4
connect [1]   42/1
connection [2]   23/5 23/6
consequences [3]   43/15 43/18
47/13
consider [2]   19/20 68/3
consideration [1]   53/19
considered [2]   5/20 34/8
considering [1]   50/23
consist [1]   120/17
consistent [3]   44/21 49/20
52/20
constant [1]   129/9
Constitution [1]   2/7
consult [1]   135/4
consulted [1]   50/18
contact [1]   62/6
contacted [1]   138/13
contained [1]   144/20
container [3]   100/8 114/17
115/2
containers [1]   100/10
contemporaries [1]   10/24
contended [2]   100/25
contending [1]   27/10
contends [1]   50/4
content [1]   143/19
context [4]   9/20 9/24 12/9
13/3
continue [5]   99/15 129/16
129/25 130/1 130/11
continued [1]   129/21
contract [1]   56/10
convene [2]   149/1 149/1
conversations [3]   34/5 39/7
118/14
conveyed [1]   39/1
convicted [1]   53/6
conviction [3]   47/3 47/4 47/6
convince [1]   19/3

Case 1:10-cr-00223-RBW   Document 96   Filed 06/19/12   Page 135 of 173

**C**

cook [1]  112/22
Cooley [1]  2/1
cooley.com [1]  2/3
cooperative [1]  135/18
copies [1]  143/10
copy [1]  26/4
cordial [1]  124/11
corner [3]  89/7 107/16 146/17
correct [90]  4/18 4/20 6/10
 6/25 7/1 7/4 7/6 7/19 7/24 8/6
 8/12 8/15 9/3 11/21 11/22
 14/25 15/11 15/14 15/23 16/2
 16/6 16/9 16/12 16/15 17/11
 17/16 18/12 18/12 18/15 18/16
 18/25 19/10 19/11 20/18 21/4
 29/11 30/13 31/7 31/20 31/24
 32/12 33/25 34/6 36/23 55/20
 56/12 56/14 56/15 56/20 65/8
 69/18 69/19 69/24 69/25 70/19
 71/7 71/8 71/10 71/11 71/14
 71/18 71/19 72/5 72/8 72/17
 72/22 73/2 73/10 73/11 73/17
 73/25 74/10 74/12 75/1 75/4
 102/13 104/1 137/4 141/10
 141/11 142/12 143/14 143/18
 144/18 144/25 145/1 145/6
 145/7 147/17 149/17
correcting [1]  108/11
correctly [7]  4/13 8/20 9/8
 10/14 20/1 30/14 133/23
correlation [3]  47/15 51/21
 52/18
correspondence [1]  44/18
corresponding [1]  44/18
Cory [6]  60/17 60/18 60/20
 62/12 62/14 68/2
Cory's [1]  61/24
cost [1]  36/11
costly [1]  36/7
could [39]  15/21 20/10 20/11
 22/14 29/7 35/20 35/22 36/8
 43/16 44/4 44/6 46/12 49/18
 49/19 52/5 52/12 56/3 57/4
 58/1 74/21 75/6 78/3 116/2
 121/21 129/8 134/1 134/3
 140/16 141/19 141/20 141/25
 143/11 143/22 143/23 143/24
 144/23 145/11 145/12 147/16
couldn't [11]  19/5 19/8 19/9
 30/3 49/25 50/24 52/7 108/24
 142/11 144/24 147/24
counsel [7]  6/1 19/23 42/17
 53/12 135/4 136/3 145/15
counter [1]  69/24
country [3]  70/11 70/11 79/13
couple [8]  24/10 32/7 34/2
 37/24 42/16 77/25 85/20 133/8
course [5]  84/22 108/22 110/23
 110/24 128/23
courses [2]  120/24 121/4
court [22]  1/1 2/5 2/6 26/14
 28/24 41/25 46/16 47/4 47/6
 48/5 48/7 50/13 53/1 53/4
 53/21 54/17 118/3 118/13
 119/10 129/21 135/6 149/13
Court's [9]  29/4 47/19 48/1
 67/12 103/23 112/5 131/5
 132/11 132/24
Courthouse [1]  2/6
COURTNEY [2]  1/14 133/5

**C** [continued]

courtroom [8]  4/2 42/15 46/10
 54/5 54/21 77/8 118/16 149/5
cover [1]  111/16
CR [1]  1/4
create [2]  25/12 74/2
created [3]  23/4 23/7 51/6
cross [14]  3/3 4/4 7/8 40/3
 40/8 67/11 67/14 102/7 102/8
 132/23 133/1 135/15 135/21
 143/1
cross-examination [9]  4/4 40/3
 67/11 67/14 102/7 102/8 132/23
 133/1 143/1
crossed [1]  85/2
current [1]  51/1
currently [1]  60/11
curtain [1]  8/9
CVS [1]  69/23
cyanocobalamin [3]  69/7 69/14
 70/7
cycle [2]  17/13 17/24

**D**

D.C [2]  67/19 133/5
damage [1]  75/7
danger [1]  70/16
DANIEL [1]  1/14
daniel.butler [1]  1/18
dark [1]  146/18
date [7]  18/19 34/14 104/9
 104/16 104/18 118/12 141/2
dates [2]  34/7 34/8
daughter [2]  82/20 82/21
day [35]  6/24 6/24 10/3 13/14
 18/14 31/13 32/15 32/17 33/3
 74/21 74/22 80/19 80/21 80/21
 84/15 84/20 85/10 93/22 93/23
 104/12 106/11 113/19 113/23
 114/3 127/23 128/3 128/4 128/9
 128/16 129/6 138/11 138/12
 140/17 141/2 144/17
Daylight [1]  141/17
days [6]  5/10 19/24 62/22
 104/25 127/19 134/3
daytime [2]  106/4 106/5
DC [3]  1/4 1/16 2/7
deal [11]  5/14 5/17 6/11 28/25
 35/5 40/4 42/19 55/17 62/20
 124/4 124/8
dealt [2]  22/18 38/25
Debbie [1]  64/25
decades [1]  24/10
decided [2]  45/12 56/11
decides [1]  101/14
deciding [1]  58/1
declined [1]  36/10
deemed [1]  19/2
deep [2]  32/17 124/20
Defendant [3]  1/7 1/20 3/4
Defendant's [1]  118/1
defense [4]  26/7 42/17 48/11
 118/11
define [3]  12/1 16/24 17/3
defined [1]  143/21
definitely [1]  149/10
definition [1]  17/9
definitive [1]  49/5
deliberately [1]  46/14
deliberations [1]  49/2
depend [2]  47/12 135/15
depending [2]  123/3 125/8

**D** [continued]

149/25 148/19
describe [7]  66/3 87/1 94/7
 100/13 101/11 101/20 131/11
described [1]  129/22
desire [2]  72/7 138/11
detail [2]  143/5 143/11
details [1]  135/17
deteriorating [1]  56/21
determination [3]  141/19
 141/20 142/2
determine [11]  35/2 50/24
 125/9 140/16 140/17 140/24
 140/25 141/2 142/4 142/5 144/6
determined [1]  126/1
Detroit [2]  19/7 19/8
develops [1]  7/21
devoted [1]  56/4
Dianabol [1]  25/8
did [236]
didn't [47]  5/10 5/11 5/16
 5/16 5/19 9/12 12/5 18/21 20/9
 20/11 21/23 23/14 28/5 40/5
 40/11 40/18 40/20 41/1 41/1
 42/5 42/7 44/20 45/3 45/6 45/7
 47/7 47/20 48/14 55/9 57/2
 63/6 79/12 80/1 84/8 84/23
 91/15 93/2 94/10 96/20 96/21
 96/23 101/1 108/3 108/4 112/22
 112/22 130/2
Diego [1]  2/2
difference [6]  11/1 23/12 24/3
 24/7 27/12 147/12
differences [1]  26/25
different [23]  7/7 12/2 13/24
 15/18 24/20 24/21 25/5 25/6
 25/8 26/25 27/4 27/10 27/13
 28/14 35/20 38/6 61/21 79/21
 84/1 95/5 124/18 139/18 149/7
differently [2]  27/6 35/5
difficult [1]  9/19
difficulty [1]  103/11
digital [1]  136/24
direct [9]  3/3 37/14 40/5 59/5
 77/21 119/1 135/21 135/21
 136/12
directed [1]  145/3
direction [7]  140/24 140/25
 142/7 143/25 144/6 145/3
 146/19
directions [2]  14/12 14/13
directly [1]  52/5
disagree [4]  22/3 22/4 48/8
 50/7
disagreement [1]  46/16
discuss [1]  149/2
discussed [1]  48/25
discussing [2]  35/8 35/10
DISCUSSION [20]  25/15 29/3
 40/1 42/12 57/14 58/12 60/24
 61/15 75/17 76/5 101/3 101/9
 116/17 116/21 130/23 132/7
 132/16 135/8 147/23 148/17
dispensed [1]  31/2
DISTRICT [4]  1/1 1/1 1/10
 66/23
division [1]  136/24
do [157]
Doc [1]  73/7
doctor [19]  19/8 29/22 30/3
 52/8 59/7 59/10 59/17 59/19
 59/20 59/24 61/23 62/16 65/11
 75/5 75/9 75/16 77/7 121/11

**D**

**doctor... [1]** 121/21
**doctor's [1]** 70/1
**doctors [5]** 27/11 30/21 46/25
76/16 76/17
**does [21]** 9/6 9/20 11/4 12/7
12/10 13/3 14/7 32/21 32/24
33/18 33/19 43/25 49/6 52/1
53/4 70/5 70/14 100/22 126/10
133/17 133/18
**doesn't [12]** 11/5 26/25 27/23
37/14 43/7 47/2 47/17 51/12
51/15 70/4 128/11 133/9
**doing [21]** 15/21 20/12 26/6
32/5 38/5 43/24 48/14 55/10
62/5 63/6 64/1 73/8 81/24 82/2
82/5 82/13 84/20 85/7 123/17
126/22 143/5
**don't [95]** 9/25 11/5 11/10
11/25 11/25 12/1 12/11 14/13
14/19 15/4 15/6 15/22 18/19
18/22 19/1 19/20 27/7 27/22
27/25 28/6 28/17 29/1 29/21
31/3 31/3 31/6 32/23 34/14
34/15 36/2 41/6 43/13 43/20
44/10 45/4 45/8 45/16 45/24
45/25 45/25 46/4 47/3 47/25
48/18 50/13 50/22 51/9 52/17
52/22 54/8 61/2 62/8 67/19
70/3 70/14 70/16 72/5 74/23
82/7 83/10 85/10 85/15 85/20
91/3 92/12 93/5 94/18 99/2
99/3 99/9 99/9 99/13 100/18
103/16 104/8 104/18 104/21
104/22 105/12 105/13 108/2
108/12 110/14 111/5 111/22
112/2 115/25 132/13 135/24
136/1 139/11 147/25 148/3
148/5 148/7
**done [24]** 6/10 9/18 10/4 18/21
34/19 35/24 36/22 38/7 40/10
45/20 52/12 55/8 55/11 62/14
62/23 62/24 66/22 73/6 101/15
136/4 137/17 138/4 138/20
143/21
**door [12]** 26/15 27/22 40/13
45/10 58/7 88/15 93/4 115/24
116/4 116/8 117/2 117/9
**doorman [1]** 117/3
**doors [1]** 40/11
**dosage [4]** 33/2 33/5 74/17
75/1
**dose [1]** 74/19
**doses [1]** 47/9
**dots [1]** 92/3
**down [12]** 8/18 9/5 15/21 22/1
22/25 63/21 65/24 65/24 78/3
81/9 89/7 103/17
**downstairs [2]** 117/1 117/14
**downtown [1]** 122/10
**Dr [18]** 30/18 30/20 30/20
30/24 31/1 31/22 31/24 32/1
32/2 32/2 46/21 46/21 46/21
49/12 49/12 58/21 67/16 74/23
**drape [2]** 131/20 131/20
**draw [10]** 47/14 88/11 107/13
**drawer [2]** 111/23 111/24
**drawers [11]** 109/3 109/5 109/5
109/7 109/8 109/13 109/14
109/16 109/21 109/23 112/1
**drawing [1]** 52/23

**drawn [1]** 89/22
**dress [1]** 131/12
**dressed [1]** 131/13
**drew [2]** 107/15 109/21
**drink [1]** 116/11
**drinks [1]** 91/20
**drop [1]** 66/1
**drug [12]** 18/11 18/14 22/11
30/9 32/21 35/4 35/10 38/11
39/5 65/14 76/18 76/24
**drugs [16]** 19/23 20/6 21/21
21/24 23/4 23/7 35/12 52/2
55/15 73/17 73/19 73/20 73/21
76/25 99/20 121/5
**duly [4]** 59/3 77/19 118/22
136/10
**DURHAM [2]** 1/13 67/18
**during [35]** 37/18 38/15 51/7
52/21 63/9 63/14 63/23 66/2
66/4 66/8 66/12 66/18 85/25
96/1 97/14 98/1 98/14 99/18
99/25 100/7 100/12 106/11
118/14 120/21 120/25 124/13
124/17 127/10 128/23 130/9
130/19 131/10 131/13 131/23
132/18
**dust [2]** 89/21 89/23

**E**

**each [13]** 7/24 32/1 37/20
38/20 46/22 54/16 89/9 95/15
98/22 99/1 99/12 116/7 134/11
**earlier [5]** 13/13 43/2 55/7
57/3 98/18
**early [7]** 14/8 14/10 20/5
34/11 35/10 36/21 75/22
**early 2000s [2]** 34/11 36/21
**easier [1]** 101/6
**Eastern [1]** 141/17
**Eastgate [1]** 2/2
**Eat [1]** 75/1
**Ecuador [3]** 79/5 102/17 103/7
**education [2]** 59/25 120/14
**effect [12]** 25/8 27/8 44/9
44/25 44/25 45/9 52/4 52/7
55/18 70/13 121/5 125/11
**effects [5]** 25/6 27/4 51/20
118/3 118/13
**effort [1]** 141/4
**eight [9]** 11/7 99/3 99/6 99/8
105/5 105/10 122/3 134/14
134/15
**either [6]** 33/16 54/12 76/21
109/21 110/17 147/10
**electronic [1]** 143/10
**elicit [1]** 26/2
**elicited [1]** 25/24
**elite [6]** 24/4 24/5 64/12
64/12 64/13 66/6
**ELMO [1]** 145/20
**else [6]** 16/21 33/24 77/5 84/9
86/13 132/6
**employed [1]** 136/22
**employee [1]** 135/9
**empty [1]** 90/2
**encountering [2]** 34/10 34/11
**end [10]** 32/16 37/22 39/2 49/7
54/2 64/19 130/7 130/17 131/24
132/18
**ends [1]** 49/2
**England [1]** 120/5
**English [8]** 78/18 79/16 80/16

**drawn [1]** 80/25 89/22 102/9 103/11
108/12
**enhance [1]** 50/10
**enhanced [2]** 51/13 141/24
**enhancing [2]** 20/6 55/15
**enjoyed [1]** 33/10
**enormous [1]** 25/12
**enough [9]** 35/25 50/9 76/1
76/4 78/4 119/5 139/6 139/7
147/11
**ensure [1]** 48/17
**entire [6]** 100/7 130/19 131/10
131/23 132/18 143/23
**equally [1]** 57/23
**ESCORTED [5]** 4/2 42/15 54/21
118/16 149/5
**especially [2]** 4/22 54/11
**ESQ [1]** 1/14
**ESQUIRE [6]** 1/13 1/14 1/15
1/20 1/20 2/1
**establish [2]** 22/14 47/17
**established [4]** 4/16 5/8 6/9
21/25
**establishing [1]** 62/5
**estimate [12]** 64/18 64/20
85/13 98/24 116/3 134/5 137/21
144/16 147/6 147/8 149/7 149/9
**ethic [2]** 5/10 5/13
**etiquette [1]** 5/20
**even [15]** 19/20 33/23 44/7
48/25 49/21 50/3 50/10 52/10
52/17 63/15 82/8 92/11 98/15
123/22 130/11
**eventually [2]** 75/5 124/5
**ever [58]** 12/4 15/4 16/21 39/4
39/8 39/11 50/20 55/14 63/23
64/15 64/23 65/1 65/15 66/10
66/15 67/1 67/19 68/20 68/22
70/15 72/10 72/13 75/20 76/2
76/7 76/15 76/20 76/20 76/24
85/8 86/15 88/20 91/1 91/7
91/11 91/17 92/9 92/13 92/22
95/12 99/17 99/20 99/25 100/7
100/10 108/24 110/11 110/19
111/8 111/10 115/17 115/24
116/13 124/10 128/3 128/15
131/24 132/19
**every [18]** 13/24 19/24 29/12
29/15 31/13 32/15 32/17 38/4
38/20 61/25 62/9 67/19 80/19
80/21 80/21 99/3 112/24 127/17
**everybody [3]** 13/24 26/12
79/22
**everyone [1]** 34/25
**everything [12]** 33/24 51/8
78/3 79/25 80/15 81/21 82/4
82/10 95/16 101/24 102/1 120/3
**evidence [30]** 27/5 27/8 28/4
28/15 41/15 44/5 45/9 45/11
46/14 47/14 47/16 49/10 49/15
49/22 50/9 50/22 51/12 51/14
51/15 51/19 52/9 52/20 55/11
87/9 114/18 124/23 126/14
129/14 130/6 136/25
**evolved [1]** 50/14
**exact [6]** 18/19 34/8 34/15
143/25 144/2 144/2
**exactly [13]** 8/10 17/1 19/1
23/23 30/4 104/25 104/25
104/25 105/12 105/12 111/21
112/3 146/16
**examination [19]** 4/4 25/25

**E**

**examination... [17]**  26/23 33/14 40/3 59/5 67/11 67/14 77/21 102/7 102/8 113/8 119/1 132/23 133/1 136/12 138/23 143/1 143/6
**examinations [1]**  51/7
**examine [1]**  139/15
**examined [4]**  59/3 77/19 118/22 136/10
**examples [1]**  21/21
**except [1]**  27/9
**excerpting [1]**  26/11
**excerpts [4]**  25/23 26/1 45/20 46/13
**exchange [1]**  115/20
**exclude [1]**  42/22
**excuse [5]**  48/21 63/22 65/25 82/21 88/1
**excused [2]**  58/16 134/22
**execute [2]**  57/5 57/5
**exercises [1]**  9/19
**Exeter [2]**  83/2 94/3
**exhibit [8]**  26/5 107/16 110/7 118/1 118/7 118/11 141/15 145/14
**exhibited [2]**  49/11 51/22
**exhibits [2]**  140/4 140/5
**exits [1]**  46/10
**expect [7]**  49/10 49/17 79/20 79/21 79/24 79/25 135/24
**experience [2]**  21/24 69/19
**experienced [1]**  72/16
**experiences [1]**  55/8
**expert [13]**  25/25 27/18 43/14 44/17 44/22 45/4 45/18 47/11 50/1 52/8 61/1 139/9 142/15
**expertise [3]**  43/14 52/1 141/13
**experts [10]**  27/12 42/18 42/21 46/23 46/24 50/3 50/12 50/17 51/3 52/15
**explain [3]**  26/16 101/11 137/1
**explained [2]**  17/20 124/25
**explanation [1]**  140/19
**exploit [2]**  44/2 52/12
**exploited [2]**  44/4 45/12
**expressed [1]**  28/11
**extra [1]**  41/15
**extreme [2]**  66/6 66/7
**extremely [2]**  14/8 49/23
**eyewitness [2]**  28/6 28/6

**F**

**F-A-N-N-Y [1]**  77/15
**face [1]**  146/18
**fact [15]**  20/25 36/10 40/14 41/20 44/10 44/11 45/2 45/8 47/21 49/20 50/23 58/10 61/1 144/14 148/20
**factories [1]**  80/8
**factors [2]**  47/12 147/6
**factual [2]**  26/21 52/22
**failed [2]**  38/23 39/5
**fair [15]**  4/24 4/25 5/1 6/13 8/4 8/11 23/1 23/2 31/21 76/1 76/4 134/15 139/6 139/7 147/5
**fairly [2]**  129/9 144/9
**fall [2]**  14/18 63/2
**falling [1]**  22/24
**false [3]**  35/21 36/4 53/13

**family [10]**  6/15 6/16 56/3 61/20 61/21 61/23 62/4 62/18 64/24 70/10
**famous [3]**  93/16 123/22 124/10
**fan [2]**  123/10 123/12
**FANNY [5]**  3/7 77/9 77/15 77/18 78/11
**far [11]**  14/22 25/24 32/3 38/17 51/25 52/6 52/15 84/24 85/8 85/13 112/13
**fashion [1]**  143/6
**fast [3]**  36/20 57/1 126/7
**faster [1]**  136/3
**father [6]**  60/3 79/19 79/24 79/25 80/2 81/19
**fault [1]**  81/15
**favor [1]**  64/11
**FBI [2]**  113/13 135/10
**FDA [2]**  65/7 75/6
**feature [1]**  143/21
**Federal [1]**  136/23
**feel [5]**  27/20 47/7 64/11 64/13 70/12
**feeling [1]**  29/24
**fellow [1]**  123/17
**felt [4]**  5/25 35/24 64/7 70/12
**few [5]**  19/24 67/20 72/2 72/3 143/4
**field [5]**  5/12 13/15 14/14 31/7 71/10
**fielding [1]**  13/16
**Fifteen [1]**  79/3
**fighting [2]**  23/16 51/17
**film [8]**  100/8 100/10 111/13 111/15 114/17 115/2 116/13 143/12
**filtering [1]**  21/24
**finally [3]**  55/17 57/6 130/14
**find [7]**  28/4 28/5 50/18 79/23 96/1 123/16 124/3
**fine [8]**  11/11 12/12 14/24 45/24 45/25 46/9 131/7 132/15
**finger [3]**  88/10 88/12 88/23
**fingerprints [2]**  28/5 28/5
**finish [7]**  93/7 93/12 98/6 117/13 117/14 130/5 136/1
**finished [2]**  84/24 130/16
**fired [1]**  37/22
**first [39]**  10/3 12/21 17/18 34/2 34/16 35/10 37/23 41/25 46/14 54/2 54/4 54/13 55/2 59/3 60/15 67/24 77/15 77/19 78/25 80/10 80/24 83/12 84/8 84/12 86/10 86/15 86/16 96/5 96/6 102/15 104/7 113/20 118/22 122/17 122/18 123/4 136/10 136/18 138/13
**firsthand [6]**  16/1 16/20 16/23 17/3 17/6 24/21
**fitting [1]**  131/14
**five [4]**  35/2 35/3 36/6 62/22
**five percent [1]**  35/2
**flag [4]**  143/16 143/22 143/24 144/3
**flak [3]**  9/15 9/17 10/5
**flat [2]**  15/13 29/25
**flaunt [1]**  47/25
**flippant [1]**  74/23
**floor [1]**  101/25
**floors [1]**  89/23
**Florida [2]**  21/3 139/17

**focus [2]**  107/2 146/11
**folding [1]**  48/5
**follow [8]**  8/20 8/24 14/12 15/20 19/22 33/5 63/3 127/23
**followed [1]**  19/22
**follows [15]**  25/15 40/1 57/14 59/4 60/24 75/17 77/20 101/3 116/17 118/23 130/23 132/7 135/8 136/11 147/23
**food [2]**  81/20 112/23
**football [1]**  66/24
**Foradori [3]**  2/5 149/16 149/23
**foregoing [1]**  149/17
**forensic [1]**  139/13
**foresee [1]**  47/20
**forget [2]**  84/21 88/15
**form [1]**  36/25
**formal [1]**  138/14
**Forty [2]**  78/17 119/19
**Forty-nine [1]**  78/17
**Forty-six [1]**  119/19
**forum [1]**  22/14
**forward [2]**  36/21 37/20
**found [4]**  9/19 80/2 97/8 123/22
**four [17]**  36/6 61/25 62/9 66/24 82/12 83/2 83/6 83/22 92/18 92/19 92/21 93/2 94/13 96/7 122/22 129/6 139/18
**four-day [1]**  129/6
**Fourth [1]**  1/16
**frames [1]**  50/14
**free [2]**  77/7 117/18
**frequency [2]**  28/13 62/6
**frequent [1]**  47/8
**frequently [1]**  66/12
**fresh [1]**  90/1
**Friday [9]**  63/17 63/18 135/12 135/14 136/3 137/3 137/16 149/9 149/11
**friend [1]**  111/4
**friends [6]**  11/23 11/25 56/16 62/16 62/17 68/3
**friendship [1]**  56/13
**from 2004 [1]**  64/19
**front [8]**  48/11 78/2 87/3 87/4 114/20 117/24 118/10 119/6
**further [4]**  27/7 45/11 75/12 147/18

**G**

**G-A-B [1]**  77/14
**G-A-B-I-L-A-N-E-Z [1]**  78/13
**GABILANEZ [7]**  3/7 77/10 77/10 77/18 78/11 78/13 102/10
**game [12]**  5/14 5/15 12/15 13/11 13/17 13/21 13/22 14/2 14/3 14/4 32/19 57/4
**games [3]**  37/23 66/24 128/20
**garage [1]**  82/9
**garbage [1]**  90/6
**GARNER [17]**  3/5 4/6 4/7 5/1 7/18 7/20 9/12 15/17 15/18 21/15 23/3 24/13 29/6 32/7 33/9 33/16 54/25
**gave [17]**  14/12 46/12 47/22 47/23 64/20 64/25 65/3 65/4 72/3 93/20 117/1 117/4 125/1 126/21 130/2 130/19 131/10
**general [1]**  30/21
**generally [6]**  13/21 20/4 43/12

**G**

**generally... [3]** 52/2 76/16 129/3
**generated [1]** 145/25
**gentleman [2]** 68/19 105/17
**gentlemen [2]** 5/7 32/13
**get [30]** 17/4 19/19 23/19 23/19 26/4 29/1 31/12 33/19 47/5 47/9 50/16 53/1 55/25 69/13 72/7 72/22 79/24 87/2 87/3 116/18 116/25 120/8 128/3 129/23 135/15 136/4 137/7 137/17 137/23 138/3
**getting [10]** 15/6 17/1 19/4 52/6 58/22 62/5 88/2 125/18 143/5 143/20
**GILBERTO [2]** 1/15 102/12
**gilberto.guerrero [1]** 1/18
**girl [1]** 82/1
**girls [1]** 126/21
**give [36]** 19/13 25/23 31/15 43/23 51/4 59/24 64/23 65/4 65/23 71/21 73/8 73/9 73/12 75/24 76/20 76/21 77/1 77/2 80/14 117/14 118/7 119/24 120/24 122/25 123/4 124/19 126/16 128/10 128/16 129/16 130/1 130/12 133/14 137/21 139/1 143/25
**given [8]** 43/10 61/7 61/10 71/25 72/10 72/13 76/14 76/18
**gives [1]** 33/21
**giving [10]** 14/13 27/10 70/16 71/23 72/25 124/17 125/3 130/8 130/15 131/21
**go [67]** 6/1 6/24 8/13 9/12 19/5 19/8 25/17 25/20 26/9 29/22 29/23 30/5 30/8 35/22 46/3 46/3 46/5 50/11 53/8 62/25 69/23 72/21 77/7 80/8 83/1 84/10 85/11 86/18 88/14 89/7 89/18 90/16 90/21 94/23 95/1 95/15 97/2 98/24 103/7 105/15 106/2 106/19 107/23 108/22 109/2 109/2 109/3 109/16 110/19 112/1 117/9 117/18 119/23 120/8 120/14 121/23 122/25 124/23 125/17 126/6 126/24 128/9 129/5 135/25 141/5 146/7 148/25
**Godward [1]** 2/1
**goes [3]** 27/7 28/19 140/22
**going [69]** 14/16 21/13 22/17 23/17 25/17 25/18 25/19 26/9 27/24 28/14 28/14 28/16 35/1 35/5 35/15 37/20 38/12 40/6 43/3 46/5 47/3 47/9 47/14 47/14 47/19 48/1 49/3 50/9 51/3 51/20 57/24 61/4 69/18 73/8 77/25 80/3 83/2 83/5 92/2 93/2 94/3 96/9 97/21 98/3 106/23 107/13 108/10 114/19 118/9 119/22 120/17 124/12 124/21 124/25 125/9 125/10 131/18 131/23 135/15 135/16 135/20 135/22 136/1 137/5 137/6 137/7 137/16 146/8 149/10
**golf [1]** 73/8
**gone [2]** 63/7 106/20
**good [24]** 4/3 4/6 22/19 23/10

76/22 77/23 77/24 83/4 88/9 119/3 125/24 126/7 126/9 126/11 126/12 126/12 133/4 149/3 149/12
**got [13]** 4/19 11/21 23/11 29/22 39/2 43/18 45/3 48/13 59/25 78/7 80/2 85/6 93/8
**Gotcha [1]** 98/14
**government [35]** 1/4 1/13 25/24 26/17 42/23 43/11 43/21 46/15 46/23 47/25 48/9 50/2 50/6 51/2 51/12 51/14 51/19 87/11 92/2 113/10 113/13 114/10 118/5 118/13 131/1 131/3 135/9 135/10 137/8 139/8 140/5 140/6 140/12 141/15 145/14
**government's [6]** 49/22 50/17 54/13 107/16 110/7 135/20
**grade [2]** 83/11 83/12
**graduate [1]** 120/3
**graduated [3]** 60/2 120/13 122/1
**graduation [1]** 148/25
**great [8]** 5/14 5/17 6/11 24/3 24/6 24/8 24/9 65/14
**grew [1]** 60/2
**ground [2]** 5/17 143/24
**group [1]** 35/7
**grow [2]** 79/4 119/25
**growth [4]** 17/25 18/2 18/15 57/21
**GUERRERO [2]** 1/15 102/12
**guess [10]** 19/4 50/16 52/3 61/2 95/22 98/23 117/5 117/8 137/23 141/11
**guy [5]** 8/19 31/3 45/3 123/21 135/18
**guys [4]** 30/23 38/11 45/2 48/24
**gym [2]** 68/12 68/23

**H**

**H-I-L-L [1]** 81/13
**habit [1]** 100/20
**had [98]** 4/24 5/14 6/10 6/11 10/4 11/20 12/2 13/11 15/19 15/25 15/25 16/18 17/18 18/6 18/21 19/22 20/5 20/7 20/7 20/8 20/15 22/12 22/19 26/11 27/16 29/8 29/9 31/9 31/24 32/8 32/16 32/16 34/12 35/22 35/24 36/13 38/9 40/7 40/9 41/18 41/19 42/2 42/8 43/10 43/17 44/17 48/12 49/14 50/3 51/24 52/4 52/9 54/6 55/4 55/7 55/9 55/10 55/11 55/11 55/19 55/19 56/2 56/9 56/9 57/3 62/6 64/18 68/20 68/22 69/19 72/10 72/24 72/25 73/18 74/6 74/6 76/23 81/20 81/21 84/22 85/23 85/18 86/15 87/17 90/12 95/6 98/23 104/19 109/5 109/8 116/3 117/6 121/3 121/24 138/20 138/23 144/4 144/19
**half [2]** 95/22 139/1
**hall [2]** 88/17 88/18
**hand [22]** 89/7 107/16 135/25 142/8 142/8 142/13 144/23 144/24 144/24 145/2 145/3 145/5 145/8 146/5 146/14 146/17 147/1 147/2 147/7

**handled [1]** 5/9
**hands [2]** 142/6 142/13
**happen [6]** 38/6 52/5 60/12 92/25 126/18 128/6
**happened [3]** 104/12 128/7 128/19
**happening [3]** 47/20 73/24 124/24
**happens [1]** 53/6
**happy [1]** 83/10
**hard [4]** 5/12 32/19 80/25 133/18
**harder [1]** 14/21
**HARDIN [17]** 1/20 1/21 4/8 15/19 23/5 29/8 41/25 57/15 68/19 69/4 73/15 74/1 74/5 104/6 110/11 111/12 145/11
**has [39]** 13/24 13/24 26/3 26/15 26/24 27/4 27/24 27/25 28/21 42/16 43/10 43/13 50/2 50/6 50/8 50/14 51/2 51/10 52/20 61/6 61/7 66/23 68/12 72/10 72/13 72/13 75/19 76/23 78/2 94/1 100/24 101/13 111/16 135/10 139/8 145/13 146/21 148/18 148/25
**have [192]**
**have just [1]** 91/24
**having [14]** 22/7 34/5 40/20 41/10 42/6 43/11 43/20 43/21 46/20 53/14 59/3 77/19 118/22 136/10
**Hayes [3]** 103/22 107/7 107/17
**he [336]**
**he'll [1]** 27/7
**he's [29]** 23/12 24/9 24/11 41/15 46/2 46/11 49/1 49/3 49/3 53/6 54/25 56/4 61/1 61/9 61/10 64/12 66/6 82/18 83/5 96/19 101/14 106/22 106/22 135/10 135/11 135/17 135/19 136/2 137/16
**head [4]** 30/24 30/25 31/18 31/22
**health [1]** 20/14
**healthy [2]** 18/21 19/20
**hear [11]** 4/13 8/20 9/8 10/13 14/20 20/1 47/7 48/8 78/4 104/3 119/7
**heard [6]** 15/4 20/7 28/21 49/12 55/3 86/15
**hearing [2]** 39/18 39/22
**hearings [7]** 20/21 21/12 21/16 21/19 22/7 22/17 55/4
**heart [2]** 75/7 137/8
**held [1]** 8/5
**hello [1]** 133/3
**help [11]** 32/21 32/24 48/2 56/5 67/24 79/24 80/3 84/14 107/17 120/10 133/18
**helped [1]** 32/18
**helpful [2]** 65/12 74/12
**helping [1]** 54/15
**helps [1]** 32/23
**her [10]** 33/21 48/1 49/5 49/5 54/5 54/8 78/4 101/6 114/10 114/19
**here [27]** 10/25 47/22 47/24 50/5 51/11 67/19 67/23 75/10 79/19 79/22 79/23 80/2 81/21 84/3 93/7 93/11 98/4 98/6

**H**

**here... [9]**   103/8 105/17
107/13 133/5 133/13 135/14
137/5 144/9 146/16
**here's [1]**   51/5
**herein [4]**   59/3 77/19 118/22
136/10
**hesitate [2]**   14/24 15/2
**hey [1]**   29/24
**HGH [9]**   17/20 17/21 17/25
49/16 51/16 55/5 75/19 76/11
76/14
**Hi [4]**   54/5 54/6 59/8 119/4
**high [8]**   66/24 83/2 103/7
120/2 120/3 120/13 140/24
144/7
**higher [1]**   38/25
**Hill [4]**   81/2 81/3 81/4 81/13
**Hills [1]**   81/15
**him [116]**   5/24 6/1 6/3 6/5
6/12 9/17 10/21 14/20 15/2
15/4 15/10 19/18 19/18 19/21
24/12 25/17 27/7 28/2 34/7
37/16 39/12 40/15 41/7 41/21
43/3 43/16 45/23 45/25 46/3
46/5 46/6 46/7 46/22 47/22
47/23 52/4 52/6 54/17 54/18
55/9 55/25 58/22 61/7 61/7
61/10 61/13 62/7 62/14 63/4
63/15 63/16 63/24 64/20 65/2
65/3 65/4 65/4 65/21 65/23
66/8 66/19 67/25 68/1 68/7
68/17 68/18 70/23 70/25 70/25
71/3 71/3 72/13 73/9 73/10
73/14 76/21 84/5 86/15 92/22
92/24 92/24 93/4 93/4 93/25
96/20 96/20 96/21 97/6 100/3
100/5 100/12 101/21 106/25
122/20 124/18 124/19 125/3
126/16 126/21 128/10 128/16
129/16 130/2 130/8 130/12
130/15 130/19 131/10 133/25
134/3 134/11 135/16 135/16
135/24 148/5 148/13
**himself [15]**   5/9 14/17 17/5
39/12 39/14 67/2 96/7 96/8
97/17 97/24 125/21 125/23
126/12 140/2 140/3
**hire [2]**   84/8 86/12
**hired [4]**   86/13 96/15 96/19
111/7
**his [82]**   4/9 5/9 6/12 10/2
10/3 10/19 12/15 12/16 24/10
40/6 42/2 42/8 45/24 46/1 46/4
49/3 50/5 50/10 50/18 51/1
51/2 51/13 51/15 55/13 55/13
55/23 56/3 56/4 57/1 57/2 57/3
57/22 58/2 60/16 60/17 63/3
64/21 64/23 67/1 68/10 68/12
70/23 71/3 71/4 71/5 71/5 73/7
84/16 85/8 85/14 85/19 86/4
86/11 86/13 86/18 87/2 90/18
90/21 90/23 92/9 92/13 92/16
93/6 94/1 95/12 95/15 98/24
100/10 100/13 100/20 108/25
110/15 124/24 126/1 126/4
126/7 131/18 131/24 132/9
135/3 137/17 139/4
**historically [1]**   70/10
**hit [1]**   5/17
**hockey [1]**   133/22

**holding [1]**   9/25
**home [1]**   14/4
**honest [2]**   40/9 63/5
**Honor [54]**   25/22 26/17 26/17
29/4 33/7 33/13 39/24 40/22
42/20 45/14 45/16 45/19 45/21
46/7 46/11 53/3 53/20 55/8
57/15 57/18 58/17 58/21 60/25
67/5 67/10 77/9 87/7 100/21
102/3 102/23 114/25 115/6
117/19 118/18 130/21 131/5
132/2 132/11 132/14 132/22
134/17 134/19 135/1 135/1
135/5 135/25 138/5 139/4
139/10 142/21 142/23 145/19
146/10 147/19
**HONORABLE [1]**   1/10
**hope [5]**   29/1 33/9 44/2 53/4
53/8
**Hopefully [1]**   138/3
**horizon [1]**   140/22
**hormone [4]**   18/1 18/2 18/15
57/21
**horoscope [1]**   80/19
**hotels [11]**   122/5 122/5 122/8
122/12 122/19 122/21 122/22
123/17 125/5 126/20 128/12
**hour [10]**   95/22 113/19 113/19
123/3 142/8 144/24 145/5 145/9
147/10 147/13
**hours [6]**   86/21 86/23 94/15
94/15 95/25 123/3
**house [13]**   53/14 66/1 68/10
68/13 73/7 73/7 73/9 91/22
94/8 96/2 96/4 100/1 139/17
**housekeeping [2]**   81/25 82/5
**Houston [12]**   1/22 30/11 31/23
38/1 59/16 60/4 60/8 60/10
63/6 63/12 66/9 67/21
**how [149]**   5/9 5/9 9/19 10/6
10/12 12/1 12/20 14/3 17/20
27/24 28/13 28/13 28/17 33/19
34/21 35/15 37/6 42/5 43/13
44/3 44/4 44/10 47/8 47/8
47/16 48/18 48/20 49/21 52/22
56/22 57/8 59/11 59/13 59/19
61/11 61/13 62/4 62/7 62/12
63/14 63/15 64/6 64/19 65/1
65/20 66/3 71/23 71/25 72/17
73/4 78/14 78/16 79/2 80/6
80/12 80/16 80/18 80/22 80/23
82/11 82/11 82/13 83/7 83/15
83/17 83/25 84/5 84/24 84/25
85/8 85/13 85/18 85/25 86/6
86/10 86/18 86/20 86/21 86/21
91/3 92/16 92/24 92/24 94/7
94/13 95/21 95/23 96/4 98/16
98/22 98/23 100/12 101/11
101/19 101/23 103/5 104/19
104/24 113/18 116/3 116/5
116/18 116/25 119/18 120/8
120/17 121/3 121/10 121/11
121/12 121/14 121/16 121/17
121/20 121/24 122/2 122/11
122/20 123/1 123/7 123/16
123/21 124/6 125/4 125/9 126/2
126/4 126/18 127/10 127/15
127/18 128/20 128/20 129/6
129/18 129/25 129/25 130/2
131/13 131/19 133/3 134/6

**however [2]**   116/7 138/15
**huge [1]**   45/3
**huh [12]**   21/7 91/23 94/22
97/16 120/23 125/2 127/25
128/1 128/22 128/25 129/15
130/18
**human [5]**   17/25 18/2 18/15
44/9 57/21
**Hunter [1]**   82/24
**hypothetically [1]**   49/14

**I**

**I'd [15]**   9/17 10/5 14/20 38/10
41/3 41/5 52/21 53/12 63/19
63/19 128/7 132/6 132/8 136/4
146/13
**I'll [27]**   9/6 9/21 12/10 13/4
16/24 23/19 25/23 35/6 36/16
36/18 37/16 40/9 42/11 61/16
62/2 67/10 69/4 77/10 94/18
101/7 102/6 114/8 132/22 136/6
143/3 146/9 146/20
**I'm [91]**   9/12 9/22 11/18 15/6
15/21 15/23 17/1 17/9 17/25
19/4 22/22 23/14 25/7 25/18
25/19 26/9 28/1 28/1 28/7
28/22 28/24 29/6 29/14 29/24
30/3 34/7 34/20 35/1 35/17
37/2 38/17 38/18 46/5 47/7
47/18 47/18 48/13 49/2 49/5
49/8 53/2 59/14 59/18 61/21
64/11 67/18 67/23 69/18 73/8
76/15 77/10 77/10 77/25 78/20
81/7 83/10 87/25 91/4 92/2
92/6 94/11 97/21 99/7 101/11
102/24 107/13 108/10 110/8
118/9 119/21 119/22 120/6
121/3 124/7 125/15 126/3
127/14 133/5 133/5 133/12
133/12 134/9 135/18 137/5
137/6 137/7 137/7 142/20
144/11 145/16 148/2
**I've [13]**   28/11 40/9 43/24
47/2 48/13 59/20 59/20 62/14
62/24 64/21 66/22 68/18 76/17
**I-L-A-N-E-Z [1]**   77/14
**idea [5]**   40/7 109/23 110/1
120/24 127/10
**ideal [3]**   143/5 143/7 143/12
**identified [1]**   138/10
**illegal [8]**   18/23 19/2 64/16
73/17 73/19 73/20 73/21 76/10
**Image [1]**   139/12
**imagine [1]**   136/1
**impact [9]**   27/24 27/25 28/1
28/14 43/12 43/15 43/16 43/22
52/1
**implement [1]**   35/4
**implication [2]**   41/22 58/6
**important [7]**   7/9 7/12 21/16
21/19 27/2 32/14 101/2
**impossible [1]**   51/12
**imprecise [1]**   144/9
**in 2000 [1]**   37/9
**in 2001 [3]**   18/7 18/17 89/19
**in 2004 [5]**   11/12 39/4 55/19
57/21 130/8
**in 2006 [1]**   68/25
**in 2007 [1]**   66/3
**inappropriate [2]**   7/18 44/1

**I**

**inappropriately [1]** 48/17
**inclined [2]** 52/9 52/21
**incompetent [4]** 44/5 44/8 45/9 45/10
**incorrectly [1]** 9/5
**indeed [2]** 24/16 65/15
**indicate [2]** 51/16 55/10
**indicated [8]** 15/16 20/3 24/20 26/24 29/8 32/8 54/4 54/16
**indicates [1]** 22/23
**indicating [5]** 24/4 45/9 88/8 88/13 88/25
**indication [1]** 55/7
**individual [1]** 139/25
**individually [1]** 71/14
**individuals [1]** 16/19
**indulgence [6]** 29/4 67/12 112/5 131/5 132/12 132/24
**infer [1]** 57/25
**inferences [1]** 52/24
**inferred [1]** 44/7
**inflammatories [1]** 32/18
**inflammatory [3]** 32/11 32/14 74/10
**influenced [2]** 8/24 24/18
**influencing [1]** 22/2
**information [11]** 17/15 19/19 40/12 43/21 44/1 44/8 44/11 52/18 52/23 61/3 144/20
**informed [1]** 39/4
**initial [1]** 136/17
**initially [3]** 37/7 96/15 140/6
**inject [9]** 17/4 70/23 70/25 70/25 71/3 71/5 71/6 72/17 74/3
**injected [4]** 17/4 70/21 70/22 70/23
**injection [7]** 30/9 70/16 70/19 71/21 72/13 72/22 73/5
**injections [11]** 29/10 29/16 29/17 71/23 71/25 72/4 72/9 72/10 72/11 73/1 73/16
**injured [1]** 31/9
**injuries [1]** 121/17
**injury [5]** 72/17 121/10 121/11 121/12 124/21
**inquiry [1]** 57/20
**inside [13]** 6/16 8/13 87/21 87/23 87/23 88/2 103/25 109/23 110/1 110/14 112/14 112/15 112/23
**instance [3]** 25/11 41/25 121/4
**instructing [1]** 14/16
**instructions [1]** 14/22
**insufficiency [1]** 76/17
**intended [2]** 8/5 8/14
**intense [2]** 125/14 125/16
**interested [1]** 121/3
**interesting [1]** 76/13
**internship [1]** 60/6
**interrupt [3]** 9/13 23/14 137/15
**interrupting [1]** 48/22
**interview [1]** 113/11
**interviewed [1]** 113/16
**introduce [2]** 118/1 118/9
**invade [1]** 70/3
**Investigation [1]** 136/23
**invisible [1]** 147/11
**involved [3]** 30/22 56/2 66/15

Irish ... [1] 49/50
**irony [1]** 50/11
**is [282]**
**isn't [3]** 6/18 7/9 24/1
**issue [10]** 20/14 22/6 22/20 22/25 42/17 42/18 42/25 47/24 48/5 54/17
**issued [1]** 39/20
**issues [1]** 14/19
**it [322]**
**it's [43]** 6/18 8/4 8/10 17/20 17/23 19/20 27/13 28/3 28/11 31/21 40/3 40/13 41/23 43/1 43/18 45/24 48/3 50/15 56/1 61/12 69/7 69/21 70/11 70/14 70/18 71/19 81/7 82/16 88/17 101/13 101/15 101/16 114/18 117/24 127/14 133/13 134/10 143/19 147/11 147/16 148/3 148/8 148/12
**it's unusual [1]** 56/1

**J**

**jacket [3]** 9/15 9/17 10/5
**Jandy's [1]** 12/21
**Jays [5]** 126/15 126/23 133/24 134/6 134/12
**JEREMY [1]** 1/20
**jmonthy [1]** 1/24
**job [7]** 7/16 22/25 23/17 23/19 72/19 80/10 80/14
**jobs [4]** 80/7 80/9 83/25 84/1
**joined [7]** 38/1 55/18 55/18 126/15 127/15 130/11 133/24
**joint [3]** 32/21 32/22 32/23
**joints [3]** 32/19 74/12 125/19
**Jose [2]** 53/14 139/17
**Jowdy [5]** 96/15 96/17 111/2 111/2 111/8
**Jowdy's [1]** 111/10
**JR [2]** 1/14 1/20
**judge [21]** 1/10 10/8 28/4 40/17 48/21 51/17 54/14 61/18 62/4 79/13 81/11 91/4 92/5 98/18 101/12 101/14 113/5 115/21 116/15 118/14 149/11
**Judge's [1]** 127/23
**July [1]** 56/19
**June [2]** 141/10 144/17
**June 9 [2]** 141/10 144/17
**juror [5]** 48/22 49/9 54/11 78/4 146/7
**jurors [3]** 54/2 119/7 148/25
**jury [65]** 1/9 4/2 5/7 26/3 28/21 32/13 35/14 39/19 42/13 42/15 44/5 44/14 45/5 45/11 48/3 48/3 48/9 48/12 48/13 48/23 48/25 49/2 49/7 52/18 52/23 53/15 53/18 53/24 54/21 57/12 57/25 58/13 59/9 63/9 65/6 75/14 76/6 78/9 82/13 84/14 87/1 89/14 89/17 95/2 113/21 114/20 116/16 117/24 118/10 118/16 119/8 119/24 120/24 126/8 129/21 131/11 133/17 134/5 134/20 136/21 137/16 145/20 146/24 147/22 149/5
**just [87]** 8/5 10/25 15/12 15/14 16/24 23/12 26/12 27/15 28/3 28/8 28/12 28/17 30/14 32/7 41/13 42/20 42/23

Irish ... [1] 44/1 44/24 45/4
45/15 45/21 48/5 48/7 51/16
52/22 53/11 53/21 54/16 60/21
61/2 61/5 61/12 62/3 63/5
67/20 69/23 77/4 78/21 85/25
86/16 87/6 88/11 89/6 89/20
91/24 96/21 102/24 103/15
104/3 104/21 107/15 108/22
109/3 110/1 111/7 111/23 112/7
116/2 117/24 117/25 118/7
119/22 121/24 122/24 122/24
124/11 131/14 131/17 131/20
132/8 133/8 135/10 139/1 141/8
143/3 143/8 144/7 144/8 145/11
146/9 146/20 147/13 148/12

**K**

**Katy [1]** 66/23
**keep [6]** 48/7 49/4 67/23 91/13 104/23 117/11
**keeps [3]** 123/18 123/19 126/12
**Ken [3]** 20/8 96/14 111/2
**kept [8]** 27/17 43/13 52/13 100/13 101/20 109/6 125/21 125/22
**key [7]** 8/19 23/21 116/19 117/1 117/4 117/11 117/15
**kids [4]** 21/22 21/25 24/14 24/18
**kind [11]** 17/12 19/20 55/9 91/20 92/9 96/1 124/12 124/18 125/9 125/22 138/23
**kinds [3]** 92/14 95/12 124/18
**King's [2]** 82/18 82/18
**Kirk [2]** 27/4 27/9
**Kissimmee [1]** 21/3
**kitchen [7]** 87/3 87/4 89/3 89/3 89/5 89/6 91/8
**knew [14]** 15/8 15/13 15/24 18/23 20/10 24/21 38/12 39/2 41/20 45/2 45/3 56/13 100/12 106/15
**know [109]** 4/8 7/13 9/6 11/5 11/10 11/15 11/23 11/25 14/13 14/20 15/4 20/7 24/22 25/5 26/25 27/23 27/25 31/3 31/4 31/6 32/5 32/23 39/2 40/23 41/6 42/24 43/7 43/17 45/4 46/25 47/3 48/4 48/9 48/18 48/19 48/22 50/17 50/17 50/22 52/22 54/8 60/12 62/12 68/12 70/14 72/17 80/12 80/21 80/23 80/24 82/4 82/7 82/9 84/3 84/5 84/8 85/15 86/14 86/16 91/3 93/2 93/4 93/5 93/11 93/12 93/16 93/18 93/21 94/2 94/9 94/10 94/11 94/11 95/9 96/20 96/21 96/23 98/16 99/3 99/4 100/8 101/24 101/25 101/25 104/18 104/21 105/13 108/16 108/17 109/5 110/14 111/5 111/24 112/11 117/25 118/8 120/7 121/10 121/24 123/9 123/19 123/20 125/25 133/9 138/11 139/21 140/4 144/7 148/24
**knowing [1]** 31/1
**knowledge [13]** 16/1 16/20 16/20 17/3 17/6 24/21 37/14 38/9 42/3 49/1 69/3 70/6 121/24
**known [3]** 63/4 63/10 68/1

**K**

knows [2]   48/24 63/9
Kronish [1]   2/1

**L**

L-I-K-O-V-E-R [1]   59/12
laboratory [3]   136/25 138/14
146/1
LaBossiere [3]   31/19 31/21
32/2
lack [1]   52/19
ladies [2]   5/6 32/13
lady [5]   63/21 78/2 78/14
119/6 119/18
language [1]   78/18
large [2]   27/20 144/14
LARRY [3]   3/6 59/2 59/10
last [16]   24/10 48/23 59/11
78/4 78/12 102/4 113/10 115/20
115/21 119/7 119/12 120/18
123/2 136/17 138/23 147/13
late [1]   20/4
later [8]   29/13 92/18 92/19
96/7 117/24 118/8 136/6 142/16
latitude [2]   26/17 57/19
law [1]   27/3
lawyer [1]   54/25
lawyers [2]   78/21 101/18
lay [3]   25/25 27/5 27/10
leader [3]   5/25 9/2 57/9
leaders [1]   8/22
leadership [2]   4/7 4/9
leading [4]   36/15 36/25 67/4
91/2
league [25]   4/16 6/14 6/17 8/8
8/14 18/11 18/15 18/18 18/24
20/4 21/21 21/25 22/5 22/8
22/24 24/13 24/17 32/14 35/18
134/8
leagues [1]   12/22
learn [2]   80/16 80/22
learned [5]   57/17 75/6 80/14
80/25 103/9
least [9]   13/2 13/23 44/18
48/8 49/9 50/7 63/22 128/16
142/6
leave [5]   35/25 85/17 97/24
108/23 109/3
leaving [3]   98/9 106/22 126/20
LEE [3]   3/6 59/2 59/10
left [16]   25/16 33/23 53/23
66/2 70/23 85/15 87/15 88/15
88/16 89/1 95/23 98/19 141/3
141/15 142/16 146/17
left-hand [1]   146/17
legal [4]   48/4 64/13 75/18
149/2
legally [1]   76/14
leisure [2]   25/23 26/14
length [3]   140/23 144/2 144/2
less [1]   35/4
let [36]   9/5 10/25 16/24 23/14
25/18 26/16 27/15 29/6 30/11
34/23 37/2 42/7 45/8 48/14
52/10 52/21 58/5 58/8 66/19
84/14 97/14 101/11 108/13
108/14 114/2 116/5 116/19
120/13 126/6 137/15 139/15
143/3 143/13 145/11 145/11
146/7
let's [13]   17/3 24/7 53/24

105/14 107/2 126/24 130/6
141/3
letter [2]   80/25 80/25
level [5]   7/20 23/25 38/14
131/12 143/11
levels [1]   39/1
licensed [1]   73/20
life [3]   76/18 79/21 79/22
lifestyles [1]   12/2
lift [2]   71/3 71/5
light [4]   21/20 26/10 36/6
48/2
like [55]   5/25 6/9 6/13 6/20
8/9 8/19 9/6 11/6 28/4 32/21
35/24 44/24 46/7 48/2 53/12
75/1 75/1 77/15 79/21 79/23
86/23 86/24 87/20 90/13 92/18
94/15 94/25 95/22 95/25 96/7
99/20 100/13 101/25 102/2
104/20 106/24 108/17 110/1
111/23 112/23 116/13 124/8
124/10 129/3 131/15 131/21
131/22 132/6 132/8 133/13
136/4 143/16 143/22 145/13
148/6
likely [1]   145/5
LIKOVER [7]   3/6 58/21 59/2
59/10 59/13 67/16 74/23
line [3]   7/8 14/18 146/18
Lintner [9]   26/12 30/19 30/20
30/24 31/1 31/22 32/2 46/21
49/12
liquid [1]   30/15
Lisa [3]   2/5 149/16 149/23
listen [3]   6/3 6/5 6/8
literally [1]   6/20
little [36]   5/23 7/7 7/10 7/13
13/24 14/21 15/20 23/10 24/5
29/24 56/25 61/3 72/7 80/21
81/19 88/12 88/23 90/5 90/6
90/6 91/1 91/7 93/1 93/21
95/22 103/14 103/15 103/19
111/13 119/22 119/24 120/10
136/6 137/18 146/11 146/25
live [6]   42/18 59/15 78/25
81/1 81/18 119/16
lived [1]   81/16
living [5]   87/4 88/6 88/11
88/13 88/18
LLP [1]   2/1
lobby [2]   88/1 88/1
locker [1]   6/17
long [26]   28/13 38/19 50/23
59/19 67/20 67/23 71/23 83/16
85/18 86/18 86/20 86/21 94/13
95/21 98/16 113/18 120/18
123/1 123/21 124/6 129/25
129/25 130/2 135/24 137/21
137/22
longer [2]   95/23 146/8
Longmire [2]   137/12 138/7
look [19]   26/14 27/25 41/3
41/5 46/20 80/7 87/15 90/7
90/18 90/23 92/8 92/11 111/20
114/23 114/24 140/8 140/9
141/9 146/25
looked [7]   5/13 47/16 80/4
86/24 99/20 112/19 148/6
looking [4]   51/1 60/19 111/19
112/13
Los [1]   13/7

lose-fitting [1]   131/14
lot [9]   4/19 5/10 5/11 5/12
12/2 43/7 70/10 85/7 135/15
lots [2]   66/22 133/22
louder [1]   78/7
loudly [1]   119/5
lower [1]   107/15
lubrication [2]   32/22 32/23
lying [1]   90/23

**M**

M.D [1]   3/6
made [9]   38/24 39/12 47/2
53/13 54/7 55/14 58/9 96/10
149/6
main [3]   30/23 31/3 122/12
major [16]   4/16 6/14 6/17 8/8
8/14 18/11 18/14 18/24 20/4
21/20 22/5 22/8 22/24 24/13
24/17 32/14
make [16]   8/17 19/22 22/21
23/12 30/14 47/2 81/20 88/9
88/23 90/22 132/3 134/6 138/8
141/23 143/11 144/4
makes [3]   64/11 64/13 70/12
making [1]   42/3
Male [1]   76/16
Mall [1]   2/2
man [11]   4/19 59/13 67/1 84/3
117/2 125/21 125/22 139/21
139/23 139/24 148/19
managed [2]   24/1 30/11
management [3]   22/9 22/18
56/19
manager [10]   13/24 14/7 18/22
18/23 20/25 31/7 37/19 37/24
38/16 38/23
managing [2]   19/6 37/19
Manella [2]   140/5 140/12
mangling [1]   77/10
Manhattan [2]   82/24 86/7
many [24]   8/3 34/21 43/25
62/14 64/19 64/21 64/22 65/3
68/11 71/25 82/11 83/25 84/1
85/25 86/21 104/19 104/24
115/13 116/3 116/5 116/7
127/19 129/7 134/6
marathons [2]   62/23 62/24
March [10]   20/21 21/5 21/6
21/12 22/16 22/24 138/9 138/12
138/15 138/22
March 23rd [1]   138/9
March 27th [1]   138/15
margin [1]   23/25
marijuana [1]   35/11
mark [6]   26/5 88/9 88/23 88/24
89/6 89/9
marked [2]   89/10 145/13
market [1]   75/6
Marriott [2]   122/21 128/14
mass [1]   25/12
massage [19]   32/17 47/23
119/21 120/15 120/17 120/20
120/22 121/2 121/2 123/1 123/5
123/21 125/4 125/6 126/8
127/16 128/3 131/18 133/17
massages [20]   123/18 123/22
124/18 124/18 126/16 128/10
128/17 129/7 129/8 129/16
129/23 130/1 130/2 130/9
130/12 130/15 130/19 131/11

**M**

**massages... [2]**  131/13 133/15
**master [1]**  109/17
**mate [1]**  62/17
**material [2]**  53/16 53/17
**mattanasio [1]**  2/3
**matter [3]**  46/22 137/23 149/18
**matters [1]**  149/2
**may [29]**  1/5 8/13 8/24 33/7
41/20 44/24 47/3 47/4 47/18
47/19 49/6 50/21 54/22 57/13
58/3 58/16 65/7 65/13 75/12
87/6 91/24 117/19 121/12 132/5
134/23 135/4 137/2 140/6 149/9
**maybe [24]**  10/8 12/22 20/15
24/5 29/2 44/2 47/2 47/6 52/11
53/1 90/9 93/22 93/23 98/25
99/3 101/13 105/3 107/24
108/12 108/18 108/18 133/24
134/3 136/3
**McKinney [1]**  1/21
**McNamee [10]**  44/20 48/19 50/4
66/10 66/15 68/20 68/20 68/22
69/1 100/25
**me [114]**  8/18 9/6 10/25 11/6
15/16 15/23 16/3 16/24 17/20
23/14 23/15 23/18 26/16 27/15
28/12 29/7 30/11 34/7 34/23
37/2 39/3 42/16 42/25 43/2
43/10 44/13 47/13 48/14 48/21
53/1 53/12 54/1 54/16 55/10
61/6 63/22 64/13 65/22 65/25
65/25 66/19 67/23 67/24 73/8
73/18 76/23 76/24 79/25 80/14
80/15 80/25 81/20 81/21 82/21
84/7 84/14 86/12 86/13 86/13
87/12 87/25 88/1 88/16 89/4
89/14 89/22 96/6 96/7 96/8
96/19 96/19 97/6 97/6 97/7
97/14 97/21 97/24 98/3 98/7
99/2 99/2 101/11 103/16 105/2
106/21 107/17 108/11 108/14
108/14 111/7 114/2 114/6 116/5
117/1 117/4 120/13 124/25
126/6 126/19 127/7 127/13
131/2 135/11 137/15 137/21
139/1 139/15 140/19 143/3
143/13 145/11 145/11 146/19
148/11
**mean [31]**  5/5 5/7 5/15 5/18
9/12 14/7 15/6 16/23 18/22
20/3 23/14 31/7 40/5 44/16
45/7 45/16 48/16 48/19 72/24
73/23 74/23 94/10 98/19 101/23
101/24 109/5 112/1 112/12
126/10 129/1 148/8
**meaning [1]**  22/5
**means [4]**  8/22 47/9 126/8
126/12
**meant [4]**  12/17 12/18 35/22
80/23
**measure [1]**  144/2
**mechanical [1]**  2/16
**medical [24]**  31/23 50/3 50/17
50/18 51/2 51/2 51/5 51/6
51/15 59/10 60/4 61/24 68/7
70/4 72/21 72/24 73/1 74/2
121/9 121/11 121/14 121/16
121/21 121/25
**medications [1]**  31/1
**medicine [3]**  60/4 66/22 76/15

**meet [5]**  41/9 66/7 67/10 67/13
92/17 122/17
**members [3]**  61/21 62/18 64/23
**memory [4]**  34/10 34/12 34/23
130/24
**men [1]**  32/1
**mentioned [5]**  32/1 40/19 40/20
41/10 47/21
**mentor [6]**  5/2 5/5 5/6 5/22
10/16 10/24
**mentored [2]**  5/19 57/7
**mentoring [2]**  5/23 39/8
**messy [1]**  101/21
**met [12]**  60/16 61/13 61/20
67/19 67/25 68/20 92/22 92/24
92/24 102/12 122/20 133/6
**MICHAEL [1]**  2/1
**Michigan [2]**  60/1 60/2
**microphone [4]**  78/1 119/6
119/23 136/16
**middle [6]**  38/2 89/2 90/9
135/19 136/17 146/18
**midnight [1]**  106/7
**might [10]**  20/12 25/22 50/21
53/5 53/7 56/25 116/11 121/11
129/6 149/7
**Mike's [1]**  87/25
**mind [5]**  14/7 24/8 48/7 49/3
55/23
**minute [10]**  25/14 88/22 95/2
130/4 139/1 142/8 144/24 145/8
146/9 147/16
**minutes [8]**  13/23 13/25 25/16
42/14 117/20 135/22 135/25
145/9
**mispronounced [1]**  135/2
**miss [5]**  63/18 63/19 102/10
116/22 117/18
**missed [1]**  125/15
**missing [1]**  47/1
**misspoke [2]**  108/11 108/11
**misstate [1]**  15/22
**misstating [1]**  27/3
**mistake [2]**  108/13 108/13
**mistaken [3]**  34/20 58/3 58/4
**Mitchell [17]**  24/24 25/1 25/3
39/18 39/20 39/22 40/14 40/17
40/19 40/21 40/24 41/6 41/8
42/6 55/3 57/18 58/9
**mobile [1]**  125/18
**models [3]**  24/14 24/15 24/17
**moment [14]**  12/16 15/17 33/7
59/22 60/22 67/12 75/9 87/6
91/24 97/12 97/12 100/18 135/4
145/12
**Mommy [2]**  93/7 93/12
**Monday [5]**  42/25 43/6 63/18
148/25 149/2
**money [1]**  97/24
**montage [1]**  145/25
**month [1]**  99/3
**months [2]**  61/25 62/10
**MONTHY [1]**  1/20
**more [21]**  7/10 7/13 11/6 19/19
24/5 32/7 36/3 36/7 43/4 43/5
46/20 76/23 85/23 87/5 105/13
120/10 121/7 126/16 135/4
145/5 146/25
**morning [1]**  106/9
**most [1]**  84/1
**mostly [1]**  128/14
**move [7]**  15/18 26/23 36/16

**moved [3]**  60/3 81/24 130/7
**moves [1]**  42/22
**moving [1]**  51/11
**Mr [171]**
**Mr. [12]**  29/6 51/21 51/25 70/4
72/6 73/16 73/18 74/3 96/14
111/2 135/2 139/17
**Mr. Clemens [5]**  51/21 70/4
73/16 73/18 74/3
**Mr. Clemens's [1]**  72/6
**Mr. Garner [1]**  29/6
**Mr. Jose [1]**  139/17
**Mr. Ken [2]**  96/14 111/2
**Mr. Radomski [1]**  51/25
**Mr. Richard [1]**  135/2
**Ms [10]**  54/1 103/22 107/6
107/17 118/18 119/16 131/10
133/3 140/5 140/12
**much [21]**  6/23 12/20 20/10
26/25 28/13 33/9 47/8 48/18
48/20 49/21 50/14 69/18 75/3
75/10 78/7 83/7 95/23 121/3
125/14 126/16 146/7
**Muntz [5]**  30/20 31/24 31/24
32/1 32/2
**muscle [1]**  25/12
**must [1]**  75/22
**my [66]**  20/14 21/24 27/13 29/6
32/15 32/16 33/18 37/10 37/11
39/1 39/1 41/9 42/2 42/6 42/16
43/22 44/4 47/6 55/8 55/25
56/6 59/10 60/3 67/18 70/6
72/5 73/7 73/9 76/18 79/19
79/25 81/15 81/19 82/20 83/16
93/1 93/3 93/5 93/11 93/15
93/20 93/21 93/24 94/1 94/10
94/12 95/7 102/4 102/12 108/13
108/13 112/3 117/7 126/19
126/20 126/21 130/24 135/21
135/21 136/15 136/17 137/2
137/24 141/16 144/13 146/1
**myself [4]**  65/18 69/13 79/19
116/11

**N**

**name [22]**  4/13 10/22 57/17
59/9 59/10 59/11 67/18 68/20
69/7 77/15 78/9 78/12 82/8
102/12 117/7 119/8 119/12
135/3 136/14 136/15 136/17
136/18
**named [1]**  57/21
**names [2]**  30/22 119/10
**National [1]**  35/18
**nature [2]**  64/9 67/4
**neat [5]**  100/17 100/21 101/4
101/21 101/22
**necessarily [3]**  21/23 26/9
70/9
**necessary [1]**  117/25
**need [16]**  14/5 14/21 14/21
19/19 29/24 40/11 48/9 48/16
84/7 99/2 104/3 106/21 116/11
135/6 135/16 137/24
**needed [9]**  20/16 20/17 57/5
64/7 65/25 74/22 112/25 116/8
136/2
**needle [2]**  71/14 71/16
**needles [2]**  71/12 99/17
**needs [2]**  7/12 7/13
**negative [3]**  28/4 51/11 143/12

**N**

**negotiating [2]**   35/7 35/9
**negotiations [4]**   22/11 22/13
  37/11 56/2
**neutralize [1]**   58/8
**never [36]**   9/18 36/8 38/9 47/4
  48/11 53/1 68/18 70/22 71/6
  73/10 73/12 73/14 73/16 73/19
  74/25 76/14 76/17 76/24 84/21
  90/5 92/12 101/18 102/12
  108/20 109/1 109/2 109/2
  109/21 109/23 110/4 110/15
  110/16 110/17 111/24 111/24
  112/3
**new [11]**   22/1 22/16 54/15 63/7
  66/3 79/1 79/9 90/1 98/20
  120/4 130/16
**newspaper [1]**   80/17
**next [18]**   26/9 37/24 43/4
  56/16 58/15 61/16 75/22 77/8
  99/14 113/19 113/23 114/2
  118/17 128/9 135/11 135/13
  137/3 137/16
**nice [4]**   33/10 79/2 94/9 94/9
**night [5]**   10/9 13/11 13/21
  106/3 128/8
**nine [1]**   78/17
**no [152]**
**nodding [1]**   49/6
**none [1]**   145/16
**nonuse [3]**   42/1
**normally [1]**   106/2
**not [150]**
**nothing [10]**   27/11 27/20 35/24
  75/12 90/25 101/25 106/19
  108/22 112/22 112/22
**noticed [3]**   14/17 51/13 61/1
**now [66]**   18/11 25/5 26/15
  27/16 28/21 33/21 34/16 37/18
  46/14 48/1 48/23 49/3 49/11
  50/7 50/22 51/16 52/15 58/22
  59/24 60/10 61/20 62/13 62/15
  63/15 63/23 64/18 65/1 65/6
  66/14 73/15 74/23 77/13 77/25
  79/15 81/22 82/11 83/13 87/20
  88/5 88/20 89/9 89/14 92/16
  96/4 98/14 99/14 101/19 107/2
  107/2 115/8 115/11 115/20
  117/20 119/5 119/22 122/16
  123/21 124/17 125/1 125/11
  125/20 126/14 130/19 139/21
  140/14 149/9
**number [13]**   4/8 15/19 26/5
  50/11 99/12 115/5 118/2 118/4
  118/8 126/19 126/22 130/3
  142/10
**numbers [3]**   11/6 20/9 129/22
**numerous [1]**   66/21
**NW [2]**   1/16 2/7

**O**

**o'clock [10]**   13/22 14/9 106/9
  137/18 142/7 142/12 145/6
  147/14 149/2 149/3
**O-R-D-E-R [1]**   136/19
**oath [1]**   141/13
**object [6]**   39/24 43/25 45/13
  46/15 57/16 148/7
**objected [1]**   25/17
**objection [41]**   26/18 27/16
  27/19 36/15 37/13 37/16 39/13

**objections [3]**   27/17 43/11
  44/3
**objective [1]**   7/13
**observations [1]**   14/11
**observe [4]**   38/7 101/21 125/20
  125/21
**obtain [1]**   76/14
**obtained [1]**   126/19
**obvious [1]**   28/12
**obviously [4]**   37/15 43/16
  48/18 54/19
**occasion [3]**   14/20 95/17 125/3
**occasionally [2]**   6/1 65/5
**occasions [3]**   49/24 65/3 74/7
**occur [1]**   54/20
**occurred [1]**   49/23
**of 2003 [2]**   130/17 131/24
**of 2004 [1]**   63/15
**of 2007 [1]**   64/19
**of 2011 [1]**   86/1
**off [16]**   5/16 26/23 49/6 53/25
  65/7 66/1 75/6 92/3 94/3
  110/25 136/16
**office [2]**   1/15 61/25 72/5
**Official [1]**   2/6
**often [16]**   19/24 62/4 62/7
  63/14 63/16 64/6 65/20 98/22
  98/23 122/11 126/16 127/10
  127/15 128/20 129/18 133/21
**oftentimes [1]**   133/14
**oh [10]**   9/11 14/9 40/22 79/14
  81/15 85/20 87/25 95/22 103/8
  136/16
**Ohio [1]**   60/3
**okay [68]**   9/23 9/23 10/16
  10/16 12/12 12/25 13/3 15/6
  17/7 17/10 18/8 25/11 35/1
  35/19 53/24 54/20 54/22 68/19
  70/25 77/5 78/5 78/6 78/8
  78/21 78/22 79/10 79/14 81/8
  85/2 85/25 87/11 87/14 98/11
  98/18 98/22 101/15 101/17
  101/18 102/22 103/17 103/18
  103/20 104/23 105/14 107/3
  109/13 113/3 116/20 117/6
  117/16 118/15 119/7 121/19
  122/16 122/23 124/22 125/7
  130/25 137/9 137/10 138/3
  142/21 144/16 147/18 148/18
  148/21 148/23 149/12
**old [15]**   59/13 62/12 78/14
  78/16 79/2 82/13 82/14 82/15
  82/25 83/2 83/11 93/2 94/13
  119/18 122/2
**older [4]**   10/23 12/25 21/25
  22/2
**once [8]**   7/8 63/22 74/21 80/2
  108/18 112/12 127/15 134/3
**one [76]**   8/22 10/11 10/21 13/6
  17/18 20/15 26/19 27/12 30/4
  32/8 33/2 35/20 35/22 36/5
  39/19 39/22 41/4 44/24 45/2
  45/2 45/18 47/21 48/21 49/8
  50/2 50/7 50/8 50/11 50/19

  52/10 52/13 53/22 58/18 60/21
  61/16 62/1 62/2 75/21 91/2
  91/14 94/16 94/18 97/10 100/15
  102/3 113/24 115/1 115/3 115/4
  115/7 124/14 131/6 132/13
  132/15 145/14 145/15 146/20
  148/10
**ones [4]**   24/24 25/1 110/8
  111/15
**only [29]**   24/24 26/19 27/4
  41/18 44/14 49/23 53/6 53/22
  58/5 62/16 75/24 77/1 90/25
  93/2 99/2 101/18 105/20 105/22
  106/25 108/16 112/9 112/12
  112/16 112/18 112/19 112/23
  113/1 113/15 116/1
**Ontario [1]**   119/17
**Oops [1]**   115/1
**open [7]**   36/1 90/9 90/11 109/2
  115/24 116/8 117/9
**opened [12]**   26/15 40/10 40/11
  40/13 90/13 91/16 108/22 113/1
  116/4 116/10 116/10 116/12
**opening [2]**   47/20 112/13
**opens [3]**   27/22 45/10 58/7
**operational [1]**   136/24
**opining [1]**   27/23
**opinion [2]**   47/19 51/4
**opinions [1]**   137/7
**opportunity [2]**   73/18 76/23
**opposed [5]**   18/20 21/25 22/2
  35/15 35/17
**order [1]**   48/17
**organization [2]**   8/9 31/2
**oriented [1]**   124/20
**original [2]**   143/9 143/12
**originally [2]**   36/13 139/18
**orthopedic [9]**   30/20 30/25
  59/18 59/20 60/5 60/7 60/9
  66/20 76/15
**other [41]**   5/19 7/3 7/24 15/1
  16/19 19/4 22/4 30/4 30/21
  35/11 35/12 42/8 44/1 44/24
  45/3 49/8 50/19 51/9 52/7 57/9
  64/23 69/23 72/2 78/21 79/12
  91/4 95/9 96/6 97/6 97/8
  101/3 115/23 117/16 131/12
  132/5 135/25 139/24 142/3
  144/19 147/8 148/21
**others [3]**   8/19 8/23 17/2
**otherwise [2]**   45/10 58/7
**our [12]**   5/25 13/25 24/19
  51/17 54/14 56/1 56/6 85/11
  117/20 118/14 136/5 149/9
**out [69]**   5/16 9/19 12/4 13/13
  14/14 14/16 14/21 15/13 23/19
  26/11 27/17 40/5 40/8 40/12
  40/12 40/14 41/12 41/19 41/21
  42/6 42/15 43/11 43/13 43/21
  44/1 44/4 45/15 45/22 46/3
  46/4 46/8 46/11 46/13 47/16
  48/24 51/19 52/14 55/25 56/7
  56/11 63/19 63/19 66/6 66/12
  66/18 68/17 68/18 79/23 80/2
  81/12 83/17 97/8 105/22 112/12
  117/5 117/7 120/10 123/16
  123/22 124/3 125/17 126/5
  126/20 126/24 129/5 135/16

**O**

**out... [3]** 143/11 146/11 149/5
**outside [4]** 45/23 46/6 68/7
87/12
**over [20]** 26/17 49/17 61/10
61/22 66/20 69/24 70/11 79/22
82/9 83/5 84/3 85/4 93/6 93/11
94/12 103/8 103/8 105/17
113/16 114/20
**over-the-counter [1]** 69/24
**overlapping [1]** 147/11
**overnight [1]** 13/8
**overruled [5]** 39/14 53/22 67/6
91/5 94/17
**own [11]** 22/6 26/11 44/2 49/3
50/3 50/17 55/23 64/9 103/9
126/20 126/25
**owner [3]** 56/1 56/1 56/6
**owner who [1]** 56/1
**owners [8]** 22/6 22/9 34/24
35/13 36/7 36/10 37/6 37/20

**P**

**p.m [8]** 1/5 4/2 54/21 141/16
141/17 144/17 149/5 149/13
**page [1]** 46/12
**paid [4]** 96/5 96/6 96/7 97/24
**pain [3]** 32/16 32/18 32/24
**pains [1]** 65/18
**pair [1]** 131/14
**papers [1]** 83/16
**parameter [1]** 141/6
**parameters [1]** 141/12
**Pardon [4]** 89/4 89/22 127/13
131/2
**part [12]** 21/23 22/13 24/19
37/18 37/23 43/5 63/1 72/19
75/23 80/21 125/15 131/18
**particular [4]** 60/18 94/20
95/17 111/19
**particularly [1]** 121/3
**parties [3]** 148/15 148/19
149/1
**party [3]** 43/25 45/12 53/15
**pass [4]** 67/10 102/6 132/22
142/22
**passed [2]** 84/25 84/25
**passing [1]** 10/9
**past [5]** 5/23 47/24 55/10
**pathology [3]** 121/1 121/8
126/12
**patient [3]** 71/17 76/15 76/18
**patients [4]** 65/19 70/12 71/24
72/1
**pattern [2]** 129/9 129/22
**pay [8]** 81/20 81/20 81/21
83/10 96/19 97/3 97/6 97/7
**paying [3]** 96/17 97/9 97/17
**Pennsylvania [2]** 82/19 82/20
**people [26]** 6/20 6/23 7/1
10/16 14/12 14/25 23/8 26/2
26/13 32/3 34/21 43/12 46/25
48/9 52/2 52/8 72/3 72/17
72/21 80/6 80/8 82/6 82/8 85/7
120/7 123/24
**per [1]** 134/3
**percent [8]** 20/9 20/11 20/15
35/2 35/3 35/21 36/4 36/4
**percentage [1]** 36/22
**performance [12]** 20/6 23/5
23/7 26/20 26/22 42/1 42/5

**performance-enhancing [1]** 20/6
**performed [1]** 138/23
**Perhaps [1]** 135/6
**period [18]** 26/15 47/24 47/24
49/17 62/15 63/4 63/9 63/10
63/23 64/4 66/8 66/18 98/14
124/17 127/10 129/6 131/23
132/18
**periodically [2]** 64/4 86/3
**permit [5]** 42/11 44/12 46/5
58/7 101/7
**permitted [2]** 27/18 57/15
**pernicious [3]** 69/8 69/10 70/5
**person [13]** 15/8 27/4 27/5
27/10 36/11 44/7 44/25 45/11
83/17 96/6 97/7 97/8 113/14
**personal [5]** 49/1 55/2 108/25
110/20 110/21
**personally [1]** 43/17
**Pettitte [11]** 10/22 11/2 11/11
11/12 11/20 21/10 24/7 56/9
57/20 58/1 58/3
**PFP [1]** 13/16
**pharmacology [1]** 121/5
**pharmacy [1]** 64/21
**PHIL [2]** 3/5 7/18
**phone [5]** 113/14 113/15 113/16
126/19 127/7
**photogrammetry [3]** 139/12
139/13 144/10
**photograph [6]** 138/10 138/11
139/24 141/9 141/15 141/18
**photographic [1]** 145/25
**photographs [16]** 139/19 139/21
139/21 139/23 140/7 140/9
140/15 140/18 141/24 142/7
143/4 143/7 143/9 143/10
143/11 148/20
**phrase [1]** 56/21
**physical [3]** 49/11 51/7 56/22
**physicality [1]** 126/13
**physically [2]** 67/2 84/19
**physician [9]** 19/5 19/12 30/18
30/24 32/25 69/18 72/16 73/20
74/25
**physiologically [1]** 126/11
**physiology [3]** 120/19 121/1
121/7
**pick [3]** 130/14 137/24 137/25
**picture [13]** 88/2 89/1 92/8
94/1 107/16 109/15 110/12
141/3 141/6 141/13 142/16
145/2 146/2
**pictures [8]** 87/9 87/20 87/22
88/5 88/20 90/25 93/20 139/16
**piece [1]** 144/19
**Pirate [1]** 6/15
**pitch [4]** 56/8 56/17 125/17
128/8
**pitcher [4]** 10/13 16/14 24/8
24/9
**pitchers [8]** 13/16 14/15 16/9
24/22 39/18 40/24 41/18 41/22
**pitching [8]** 10/3 55/13 57/3
125/8 125/8 125/11 128/7 129/4
**Pittsburgh [5]** 4/12 4/16 5/2
29/12 29/13 29/15
**place [3]** 100/5 101/24 102/1
**placebo [1]** 70/13
**places [2]** 84/1 91/9
**plan [1]** 34/21

**planted [1]** 40/4
**plate [1]** 14/15
**play [7]** 5/8 11/15 11/19 32/17
66/3 93/6 93/11
**played [7]** 5/9 5/16 16/11
16/21 23/25 29/12 106/16
**player [44]** 4/11 4/12 4/17
4/22 5/19 6/9 6/13 7/10 7/10
7/14 7/16 10/22 12/18 14/20
17/3 17/14 17/19 18/5 18/8
18/17 19/3 19/9 19/13 19/15
20/8 22/12 22/12 23/10 23/11
23/12 23/16 24/3 24/4 24/5
24/6 32/14 35/18 35/18 38/4
38/8 38/20 39/3 93/13 93/17
**players [52]** 5/3 5/6 5/19 7/3
7/3 7/6 7/7 7/21 7/23 10/19
10/21 13/20 14/5 14/17 15/25
16/6 16/7 16/18 17/7 17/8
17/10 18/24 20/12 22/1 22/2
22/2 22/3 22/5 22/18 22/19
24/4 24/17 24/21 30/16 31/9
34/5 35/3 35/7 35/12 35/13
35/14 35/25 36/5 36/24 37/21
38/12 39/8 41/20 42/9 57/7
57/9 133/20
**playing [7]** 5/18 29/9 32/15
98/20 123/7 127/3 134/2
**please [20]** 15/23 59/9 60/22
67/13 78/10 78/12 87/1 88/3
97/22 103/22 103/23 107/6
107/17 110/25 115/9 119/8
119/11 136/14 140/4 146/12
**plenty [1]** 73/18
**plus [1]** 121/14
**PM [1]** 1/9
**point [18]** 5/24 13/1 21/1 21/4
27/14 30/2 32/8 45/15 45/22
46/13 46/20 47/1 50/24 74/9
85/11 88/10 106/15 112/3
**pointed [2]** 144/1 146/19
**pointing [5]** 88/7 142/6 142/11
146/15 147/2
**pole [4]** 143/16 143/22 143/25
144/3
**policy [1]** 38/20
**pool [1]** 140/1
**position [13]** 16/6 16/18 17/10
41/19 41/19 42/2 42/24 47/6
51/8 131/1 131/4 146/17 147/11
**positive [4]** 34/21 35/3 35/23
36/24
**positives [2]** 35/21 36/4
**possible [2]** 132/2 147/9
**posttreatment [2]** 128/9 129/4
**potentially [1]** 75/7
**Powell [1]** 54/1
**Powell-Taylor [1]** 54/1
**practice [8]** 5/12 12/16 13/16
13/23 13/25 14/5 60/7 68/8
**practicing [2]** 14/17 60/9
**practitioner [1]** 30/21
**practitioners [1]** 70/10
**pre [1]** 38/9
**pre-knowledge [1]** 38/9
**precise [1]** 144/10
**predicate [2]** 26/13 52/22
**predicated [1]** 37/15
**preferred [1]** 22/5
**prejudicial [1]** 41/15
**prepare [2]** 71/12 71/14

Case 1:10-cr-00223-RBW   Document 196   Filed 06/19/12   Page 165 of 173

**P**

**prepared [1]** 49/14
**prescribe [9]** 63/24 70/7 74/15
74/17 74/25 75/18 76/2 76/7
76/11
**prescribed [8]** 32/25 65/1
65/13 65/18 65/19 65/21 69/19
74/7
**prescription [2]** 30/8 70/1
**prescriptions [3]** 65/13 75/25
77/2
**present [1]** 49/25
**presented [2]** 49/15 52/21
**pretreatment [2]** 128/8 129/4
**pretty [9]** 9/22 10/6 38/17
38/18 102/19 124/23 124/24
125/24 126/1
**previous [2]** 118/2 118/5
**previously [2]** 130/24 143/13
**primary [1]** 63/10
**printed [2]** 143/9 143/10
**prior [4]** 11/16 14/1 22/11
126/19
**private [4]** 60/7 70/4 73/19
120/15
**privy [2]** 14/23 37/10
**probably [11]** 5/23 29/13 48/1
92/21 105/13 115/25 122/18
123/25 127/1 133/9 135/2
**probe [1]** 42/2
**problem [14]** 20/5 20/7 20/13
20/17 21/20 40/9 42/4 49/4
51/17 52/16 60/18 69/9 135/7
137/17
**proceed [3]** 45/21 121/10
121/11
**proceedings [2]** 2/16 149/18
**process [1]** 50/8
**produced [1]** 2/16
**profession [4]** 119/20 121/14
121/16 121/25
**professional [6]** 72/22 72/25
73/2 119/25 133/15 133/20
**proffer [1]** 61/3
**program [4]** 9/7 22/12 35/4
83/18
**progression [1]** 149/6
**promised [1]** 48/6
**pronounced [1]** 77/16
**proper [2]** 5/20 22/14
**properly [2]** 50/13 121/15
**prosecutor [3]** 133/13 133/13
143/20
**protocol [1]** 29/23
**prove [2]** 27/13 51/11
**proves [1]** 28/17
**provide [2]** 43/14 73/21
**provided [1]** 118/13
**providing [2]** 44/8 44/18
**provision [1]** 31/23
**psychological [1]** 70/8
**public [3]** 8/6 8/15 37/6
**publicly [1]** 8/2
**pull [3]** 8/9 78/1 146/11
**purchases [1]** 70/8
**purely [1]** 70/8
**purpose [2]** 21/16 21/19
**purposes [3]** 26/5 117/23 141/8
**push [1]** 131/21
**put [29]** 9/17 10/5 24/12 26/3
27/5 27/11 42/21 43/3 43/4
89/9 90/1 90/17 92/2 108/16
109/9 109/18 110/8 111/15
115/8 116/6 117/7 140/6 140/11
140/12
**putting [2]** 43/2 51/14

**Q**

**qualifications [2]** 139/2 139/5
**qualified [2]** 49/18 135/17
**qualifies [1]** 139/9
**qualify [1]** 24/9
**quality [1]** 143/19
**Quantico [2]** 135/10 136/24
**quarrel [1]** 18/22
**Queens [11]** 79/1 79/2 79/6
79/7 79/8 79/12 81/1 84/22
84/24 85/5 85/6
**question [26]** 19/15 37/1 50/13
57/16 61/6 61/17 64/18 67/4
69/20 74/24 76/6 76/20 76/22
95/7 102/4 108/14 116/18
127/23 132/14 135/20 135/22
147/13 147/24 148/1 148/7
148/11
**questioning [1]** 26/4
**questions [25]** 4/7 4/8 15/19
23/6 29/6 29/8 32/7 34/2 36/15
42/5 48/15 57/19 58/6 67/20
69/5 73/15 74/1 74/6 114/3
114/10 117/16 133/8 143/4
147/18 148/21
**quick [3]** 132/3 132/4 139/2
**quicker [1]** 14/15
**quickly [3]** 125/25 126/24
138/4
**quit [2]** 38/16 98/19
**quite [6]** 11/5 12/1 91/3
115/21 122/12 127/14
**quote [2]** 23/15 64/8
**quotes [1]** 26/14

**R**

**R-E-D [1]** 119/13
**R-E-D-F-E-R-N [2]** 119/12
119/14
**R-I-C-H-L-L [1]** 81/7
**R-I-C-H-M-O-N-D [1]** 81/13
**R-U-E-G-G-E [1]** 136/20
**Radomski [9]** 26/12 27/5 27/9
27/18 43/12 45/15 46/15 49/12
51/25
**raised [2]** 58/6 83/22
**ran [2]** 66/14 66/19
**random [7]** 34/25 38/4 38/5
38/12 38/15 38/18 122/24
**range [2]** 144/5 144/14
**rank [1]** 57/8
**rare [1]** 69/9
**Rarely [1]** 68/6
**rate [1]** 36/20
**rather [2]** 22/7 121/17
**reach [4]** 36/8 141/19 141/20
142/2
**reaction [5]** 39/20 39/21 40/6
55/2 72/11
**read [6]** 23/15 24/24 25/1
40/24 80/21 118/3
**reader [2]** 117/24 118/8
**reading [2]** 25/23 80/17
**reads [1]** 41/13
**real [1]** 139/2
**really [17]** 26/24 27/21 36/14
47/17 56/5 61/21 62/4 63/5
99/9 104/18 104/21 104/24
106/19 108/19 124/7 125/25
134/9
**reason [12]** 6/8 8/8 22/19
27/21 41/24 44/14 49/25 58/5
70/7 71/9 71/16 101/12
**reasonably [1]** 12/3
**reasons [1]** 52/11
**recall [15]** 10/25 30/18 30/22
34/19 34/24 38/17 41/17 43/20
49/1 55/2 65/9 74/21 77/4
113/18 128/12
**receive [2]** 137/11 137/11
**received [2]** 138/9 143/10
**receiving [1]** 64/3
**recess [6]** 53/9 53/10 117/21
117/22 148/23 148/24
**recognize [6]** 88/5 88/18 92/11
107/9 107/20 115/11
**recognized [1]** 99/23
**recollection [1]** 41/9
**record [29]** 25/15 26/4 26/5
27/9 40/1 42/21 43/9 47/5
52/25 53/11 53/25 54/9 57/14
60/24 74/2 75/17 101/3 107/15
116/17 117/23 118/1 118/11
130/23 132/7 132/9 135/8 141/8
147/23 149/17
**recorded [1]** 2/16
**records [6]** 50/19 51/2 51/2
51/5 51/6 51/15
**recover [1]** 133/18
**RECROSS [1]** 3/3
**red [8]** 69/9 88/9 88/24 123/9
127/4 127/6 127/11 127/20
**REDFERN [7]** 3/8 118/19 118/21
119/9 119/16 131/10 133/3
**redirect [9]** 3/3 33/12 33/14
46/2 75/11 113/6 113/8 134/18
147/20
**refer [2]** 45/19 46/12
**reference [7]** 27/15 43/9 44/6
44/15 44/23 58/10
**referred [2]** 6/14 10/4
**referring [10]** 9/7 9/11 9/14
9/15 12/13 14/14 35/1 55/6
146/3 147/1
**reflect [1]** 54/9
**reflected [1]** 144/14
**reflects [1]** 118/11
**refrigerator [15]** 90/11 91/9
91/13 91/16 91/20 112/7 112/9
112/13 112/21 112/25 115/18
115/22 115/23 116/5 116/12
**refuse [2]** 73/10 73/21
**refused [1]** 73/14
**regarding [5]** 42/8 42/17 53/12
118/2 118/12
**regardless [1]** 47/8
**REGGIE [1]** 1/10
**regimen [2]** 17/12 28/12
**region [2]** 142/13
**registered [1]** 119/21
**relate [1]** 57/19
**related [3]** 35/14 42/5 42/6
**relates [3]** 46/1 46/4 58/2
**relating [2]** 41/10 42/20
**relationship [2]** 10/24 56/13
**released [2]** 75/13 117/19

Case 1:10-cr-00223-RBW   Document 196   Filed 06/19/12   Page 1 of 173

**R**

**relevance [4]** 94/18 97/10 100/18 124/14
**relevancy [1]** 61/2
**relevant [5]** 45/24 52/23 58/2 125/12 125/13
**relief [1]** 48/13
**relieving [1]** 32/22
**remain [2]** 8/5 37/12
**remember [34]** 6/16 18/19 19/1 20/23 29/20 34/14 34/15 36/2 82/8 85/10 85/21 86/8 86/24 91/11 99/9 99/10 99/13 100/4 104/7 104/8 104/10 104/13 104/22 105/3 105/10 109/4 109/8 109/15 111/2 111/12 114/5 115/25 116/1 129/12
**rent [1]** 81/20
**reordered [1]** 64/21
**rep [2]** 22/12 35/18
**repeat [1]** 78/21
**rephrase [1]** 37/3
**report [20]** 24/25 25/1 25/3 39/19 39/20 39/22 40/15 40/18 40/19 40/21 40/24 41/6 41/9 41/10 41/14 42/6 55/3 57/18 58/9 141/16
**reporter [3]** 2/5 2/6 119/10
**reports [2]** 31/12 31/14
**representation [1]** 146/16
**representatives [1]** 22/13
**represented [2]** 139/16 141/9
**request [6]** 137/11 137/14 138/8 138/9 138/14 138/22
**requested [2]** 138/7 138/24
**requesting [2]** 123/19 145/18
**require [2]** 13/22 44/22
**required [1]** 61/24
**research [2]** 18/20 43/8
**residency [1]** 60/6
**respect [12]** 4/19 5/14 5/15 5/17 6/12 34/23 55/23 72/9 74/2 74/5 74/14 75/5
**respected [1]** 5/24
**respectful [1]** 46/16
**respectfully [4]** 26/7 28/18 48/8 49/9
**responded [1]** 125/25
**responds [1]** 126/9
**response [7]** 58/14 75/15 77/6 117/17 126/7 134/21 148/22
**responsibility [2]** 24/16 24/19
**responsibly [2]** 22/9 22/25
**rest [3]** 19/25 149/9 149/10
**restrict [1]** 26/23
**result [4]** 40/11 48/4 51/22 52/6
**results [3]** 28/16 37/6 47/10
**retired [2]** 55/19 130/6
**retirement [3]** 55/24 56/1 56/7
**return [1]** 134/23
**returned [1]** 63/11
**rhardin [1]** 1/23
**RICHARD [6]** 3/9 135/2 136/9 136/15 136/17 136/17
**Richmond [3]** 81/2 81/4 81/15
**Ridgemont [1]** 81/3
**right [146]** 4/14 4/17 4/21 5/4 6/11 6/24 7/10 7/14 7/15 7/18 8/2 8/18 8/18 8/21 11/4 11/5 14/11 15/3 15/10 16/5 17/6

24/2 25/1 25/2 28/11 28/21 30/6 30/9 30/12 31/8 32/9 32/11 36/12 37/2 38/1 42/2 42/10 42/10 45/17 46/6 47/2 49/3 50/15 52/25 53/2 53/5 53/7 55/1 55/21 59/13 60/12 62/15 62/25 63/3 63/14 63/23 65/11 65/15 69/11 70/1 70/24 71/17 71/21 72/19 73/13 73/21 73/24 75/3 77/25 81/22 87/2 87/20 88/3 88/14 89/7 89/17 93/19 95/23 96/9 97/2 97/23 98/5 99/14 101/19 102/6 103/1 103/16 103/25 104/6 104/10 104/16 104/19 104/21 104/23 105/10 105/14 105/18 106/3 106/7 106/9 106/16 106/20 106/23 106/24 107/16 108/3 108/21 108/24 108/25 109/4 109/20 109/21 109/24 110/2 110/4 110/6 110/15 110/17 110/25 111/4 111/6 111/16 111/19 111/21 111/25 112/4 112/10 113/4 115/8 115/14 115/22 121/13 133/6 133/15 133/25 134/13 135/19 139/20 140/7 140/11 148/9
**right-hand [1]** 89/7 107/16
**ring [1]** 12/7
**rises [1]** 140/21
**road [2]** 13/7 129/5
**Rocket [1]** 56/7
**Rodriguez [3]** 12/7 13/1 13/4
**ROGER [52]** 1/6 9/6 9/20 10/12 12/9 12/9 12/15 13/3 15/2 15/7 15/13 24/11 24/12 39/4 39/7 39/8 39/21 56/2 56/3 56/11 57/8 60/13 62/16 62/17 62/17 62/25 64/15 66/2 66/4 66/14 67/2 70/22 73/12 76/3 76/7 76/22 84/3 122/17 123/4 123/14 123/18 127/2 130/1 132/19 139/21 139/24 147/25 148/3 148/6 148/9 148/12 148/20
**Roger's [1]** 65/20
**role [3]** 24/14 24/15 24/17
**room [12]** 2/6 5/11 6/17 30/5 30/8 87/4 88/6 88/10 88/11 88/13 88/18 94/1
**rooms [3]** 89/10 89/12 90/4
**roughly [1]** 35/23
**round [1]** 63/2
**routine [1]** 94/23
**routinely [1]** 72/5
**row [1]** 54/2 54/5 54/13
**RPR [3]** 2/5 149/16 149/23
**rule [2]** 42/17 58/16
**ruling [5]** 28/11 48/1 48/2 48/4 48/8
**run [8]** 5/16 62/22 63/17 63/18 63/20 63/22 73/7 130/21
**runner [2]** 9/25 10/12
**runners [1]** 14/16
**running [8]** 62/17 62/20 62/21 63/1 63/6 63/11 73/6 131/15
**RUSSELL [1]** 1/20
**Rusty [1]** 1/21
**rustyhardin.com [2]** 1/23 1/24
**Rx [1]** 69/21

**S**

**said [61]** 8/17 8/19 9/6 12/9

13/1 13/14 14/1 14/4 14/8 15/12 15/14 20/4 24/2 25/1 25/2 28/11 28/21 22/19 23/21 27/14 30/18 36/20 40/23 41/19 44/17 46/20 48/19 51/10 52/3 53/3 54/5 54/6 55/7 58/5 69/13 70/25 86/14 88/22 93/5 93/6 93/7 93/11 93/12 93/21 93/22 93/24 96/24 96/21 97/11 97/21 98/3 99/6 99/8 101/1 105/5 105/6 105/12 108/4 108/8 114/6 115/22 123/18 123/19 123/20 124/12 130/24 136/3 142/1 144/16 148/6
**sake [1]** 47/5
**SALESKI [2]** 1/14 133/5
**same [23]** 6/23 11/13 23/16 23/18 23/22 27/8 36/25 52/7 52/12 57/20 87/10 94/23 94/25 94/25 95/1 100/1 109/4 114/3 114/15 114/16 124/19 129/22 146/21
**samples [8]** 65/3 65/22 65/23 66/1 66/1 75/24 77/1 77/4
**San [1]** 2/2
**satisfied [2]** 47/18 135/19
**save [1]** 93/25
**Savings [1]** 141/17
**saw [25]** 5/8 5/9 17/4 22/1 26/8 28/2 28/22 44/13 52/5 55/7 56/24 62/4 62/7 62/9 93/4 100/3 100/5 105/19 105/23 106/25 109/16 109/20 110/11 111/7 130/25
**say [77]** 5/1 5/6 5/15 5/18 5/20 6/13 7/13 7/18 8/4 9/9 14/20 15/2 15/12 15/13 22/17 24/7 27/6 27/7 27/7 27/12 27/15 28/15 31/21 40/20 41/1 41/2 41/9 42/7 43/16 44/8 44/10 45/8 47/11 49/18 49/18 50/16 50/23 51/4 51/5 51/12 52/1 52/4 52/5 52/7 52/10 52/16 52/16 61/4 62/20 63/15 65/22 70/9 72/7 73/6 73/7 73/12 73/23 74/24 79/6 84/25 85/16 94/10 101/14 108/24 118/6 121/19 122/18 123/6 123/23 126/9 127/12 128/23 138/12 146/5 147/5 147/24 148/4
**saying [12]** 13/4 25/7 28/10 39/22 46/1 46/4 78/3 88/11 101/4 105/3 105/11 112/18
**says [5]** 27/4 44/20 54/25 101/12 126/15
**scale [1]** 57/8
**scared [1]** 94/11
**schedule [1]** 13/25
**scholarship [2]** 83/5 83/7
**school [11]** 60/4 66/23 66/24 82/23 83/2 103/7 120/2 120/3 120/13 120/22 122/2
**science [3]** 144/8 144/9 144/10
**scientifically [1]** 70/15
**scope [1]** 26/23
**screen [3]** 95/10 110/12 114/24
**season [15]** 19/25 35/6 37/23 63/15 123/25 124/1 124/2 127/12 127/14 128/20 129/20 129/20 130/7 134/9 134/10
**seasons [1]** 38/15
**seated [2]** 4/3 54/22
**second [13]** 12/21 16/11 18/5

**second...** [10] 23/16 27/12
60/17 75/21 78/18 89/15 96/21
136/19 140/19 141/18
**secondly** [1] 78/2
**secret** [1] 8/5
**see** [87] 10/6 12/4 13/13 20/10
28/3 28/3 28/8 28/8 28/9 28/16
28/17 34/21 36/22 38/9 39/11
42/5 43/13 44/3 44/10 44/20
45/6 47/12 49/18 55/9 56/22
60/16 63/14 63/16 68/7 70/16
78/7 84/14 87/10 90/12 91/1
91/7 91/15 91/17 91/20 92/9
92/12 92/13 94/18 95/4 95/12
99/17 99/20 100/7 100/10
100/18 101/1 101/6 106/23
106/24 106/25 107/6 107/13
109/13 109/14 110/12 110/16
111/8 111/22 112/15 112/25
114/24 115/17 116/8 116/13
120/10 131/24 132/9 132/19
134/10 138/3 139/1 141/25
141/25 143/17 143/22 143/23
143/24 144/23 145/22 146/6
147/12 149/3
**seed** [1] 40/4
**seeing** [4] 28/20 33/10 91/11
146/16
**seeking** [1] 28/7
**seemed** [3] 14/17 32/5 49/21
**seems** [5] 28/12 44/13 47/13
49/22 70/11
**seen** [18] 10/5 25/13 42/8
43/24 44/6 44/15 47/16 55/9
57/3 66/20 67/1 68/17 68/18
68/22 90/20 115/13 134/3
145/24
**selection** [2] 48/23 48/25
**sense** [1] 47/2
**sentence** [1] 143/8
**separation** [1] 7/10
**series** [8] 9/18 127/11 127/24
128/3 128/4 128/16 129/1 129/3
**serious** [2] 22/25 74/24
**served** [3] 5/2 21/16 21/19
**services** [1] 31/23
**SESSION** [1] 1/9
**sessions** [1] 123/1
**set** [5] 9/2 21/22 127/8 127/9
141/6
**sets** [1] 140/22
**seven** [9] 11/6 17/24 99/3 99/5
99/6 99/8 105/5 105/10 135/22
**seven-week** [1] 17/24
**several** [3] 36/20 45/2 49/23
**severe** [1] 32/16
**sew** [1] 80/12
**Sewing** [1] 80/11
**shadow** [11] 140/16 140/20
140/23 140/23 140/25 141/20
143/17 143/23 143/25 144/1
144/2
**shadows** [2] 51/17 147/5
**share** [2] 7/23 8/1
**shared** [1] 17/15
**she** [24] 33/19 33/20 42/23
42/24 43/6 43/7 49/6 54/6 54/6
77/11 82/23 99/6 101/1 101/1
105/5 105/6 108/4 108/4 114/8
117/19 128/1 132/9 133/9

**She's** [1] 82/22
**sheet** [1] 131/20
**sheets** [2] 89/20 90/1
**shelves** [1] 90/18
**ships** [1] 10/9
**shirt** [2] 71/3 71/4
**shirtless** [1] 131/16
**shocked** [2] 40/7 57/17
**shoes** [2] 52/11 131/16
**short** [2] 57/19 137/23
**shorthand** [1] 17/25
**shortly** [2] 137/18 138/18
**shorts** [5] 131/14 131/15
131/17 131/19 131/21
**shot** [5] 29/24 30/5 33/20
33/21 64/10
**shots** [4] 61/7 64/4 64/19
64/23
**should** [7] 22/18 26/7 51/19
51/23 54/7 54/10 87/11
**shouldn't** [2] 40/12 54/19
**show** [13] 49/20 51/15 51/21
52/18 62/4 80/15 87/9 88/5
110/8 114/19 145/13 145/19
146/20
**showed** [2] 5/17 95/9
**showing** [3] 10/13 88/16 142/14
**shown** [1] 88/20
**shrinking** [1] 15/7
**shut** [1] 23/19
**Si** [2] 102/11 102/18
**side** [12] 22/12 44/1 54/5
54/12 54/13 60/8 60/10 101/13
118/2 118/13 140/12 140/13
**SIDEBAR** [22] 25/15 29/3 40/1
42/12 57/14 58/12 60/24 61/5
75/17 76/5 101/3 101/9 116/17
116/21 130/23 131/8 132/7
132/16 135/8 136/7 147/23
148/17
**sides** [2] 40/10 135/18
**sign** [4] 117/5 117/6 117/7
143/22
**signed** [3] 56/10 83/17 130/8
**significant** [3] 20/5 20/13
21/20
**signs** [4] 26/2 44/20 45/6
49/20
**simply** [2] 22/24 62/5
**since** [10] 52/4 59/20 59/21
62/14 64/2 66/14 68/1 68/2
71/24 137/16
**since 2004** [2] 64/2 66/14
**sir** [40] 9/16 57/11 58/15
60/20 63/13 64/5 64/17 66/11
66/17 66/22 67/3 67/9 67/17
67/22 68/2 68/14 68/16 68/21
68/24 69/12 69/15 69/17 70/2
70/18 71/2 71/13 71/15 72/12
72/15 72/18 72/20 72/23 74/8
131/2 138/19 138/21 147/15
148/10 148/16 148/23
**sit** [2] 10/25 136/6
**sitting** [2] 91/7 137/18
**situation** [2] 49/5 61/11
**six** [9] 37/23 66/23 105/3
105/11 105/12 119/19 134/11
134/14 134/15
**skills** [2] 6/12 57/3
**Skittles** [1] 75/1
**sky** [4] 140/21 140/22 140/24

**slack** [1] 5/16
**sleeve** [1] 71/5
**slider** [1] 57/2
**slow** [4] 63/21 65/24 65/24
103/16
**smart** [1] 83/5
**so** [137] 5/12 5/18 6/16 6/23
8/13 9/25 10/19 11/18 12/11
12/15 12/25 13/25 14/1 15/23
17/3 17/5 17/15 18/8 18/17
19/8 19/21 20/1 20/14 22/3
25/24 28/19 29/13 36/7 36/13
37/5 37/23 38/11 38/12 42/3
42/13 43/1 43/5 43/7 44/10
45/4 47/4 47/20 48/1 48/7 49/6
50/5 50/14 50/14 50/15 50/20
50/23 51/8 51/10 54/8 55/11
56/3 56/7 56/16 57/7 60/9 61/1
63/9 64/3 66/19 68/1 70/7
76/17 78/3 80/2 83/9 84/10
85/25 86/14 87/11 88/10 89/6
90/6 92/21 93/3 93/3 93/8
93/19 96/9 97/8 98/8 98/22
104/3 105/2 105/22 106/2
106/18 106/22 108/20 108/24
110/7 112/3 112/13 112/22
112/24 113/16 117/9 117/24
118/3 118/8 118/11 119/6 120/8
120/8 120/18 120/21 121/8
121/9 121/24 122/14 123/4
123/19 125/1 125/17 126/20
127/5 128/7 128/12 129/6 130/4
130/11 130/14 131/11 132/3
133/14 134/2 134/10 135/14
135/22 143/11 145/5 147/4
149/2
**So 2001** [1] 18/8
**soccer** [1] 133/22
**socialize** [1] 68/5
**socially** [1] 12/2
**socks** [1] 131/16
**sodas** [2] 112/12 112/23
**some** [44] 4/7 6/20 8/4 14/23
19/16 20/20 23/5 28/15 29/8
38/7 44/17 45/11 47/14 48/2
48/3 48/13 48/25 49/10 54/6
54/16 57/18 62/15 63/18 63/19
65/23 65/25 66/1 69/5 72/14
73/15 74/1 74/5 81/22 87/9
95/9 101/7 106/15 110/15
113/10 113/13 123/24 141/23
144/4 149/2
**somebody** [17] 15/1 37/16 38/23
41/11 49/10 49/13 49/18 50/16
54/4 72/25 84/7 84/9 86/12
86/12 86/12 126/21 130/25
**somehow** [2] 52/12 58/1
**someone** [5] 15/12 27/23 27/24
44/12 49/15
**something** [25] 5/21 7/17 7/17
8/19 8/19 8/23 8/23 9/6 14/22
14/25 15/1 15/2 15/12 27/3
41/11 48/16 53/12 54/13 70/14
73/9 75/1 101/13 104/12 108/17
137/2
**sometime** [4] 122/16 141/16
142/16 149/10
**sometimes** [16] 8/10 8/12 63/17
73/6 86/3 90/5 90/11 96/18
98/6 98/8 98/11 101/12 102/24
106/22 116/10 129/5

## S

**somewhere [3]**  20/15 35/21 147/7
**son [19]**  60/17 93/1 93/3 93/5 93/8 93/11 93/15 93/19 93/20 93/21 93/24 94/1 94/8 94/10 94/12 94/13 95/17 137/24 137/25
**son's [1]**  61/11
**soon [4]**  92/16 98/4 136/4 138/2
**sorry [25]**  9/12 11/18 17/25 23/14 29/14 37/2 67/23 77/10 79/14 81/7 87/25 91/4 92/6 99/7 102/25 110/8 125/15 125/16 126/3 128/2 130/2 133/12 137/15 145/16 148/2
**sort [7]**  5/19 10/4 40/3 61/12 122/24 131/14 131/21
**sought [1]**  46/15
**sound [2]**  11/4 11/5
**sounds [1]**  11/6
**source [1]**  27/9
**Sox [5]**  123/9 127/4 127/6 127/11 127/20
**Spanish [1]**  103/4
**speak [14]**  10/19 30/3 50/7 78/1 78/4 78/7 79/16 103/4 104/3 108/12 119/5 119/22 126/1 126/4
**speaking [3]**  35/17 35/23 45/15
**specific [5]**  14/22 124/23 124/24 141/2 142/4
**specifically [2]**  41/17 41/21
**spectrum [2]**  35/25 36/6
**speculating [1]**  37/15
**speculation [2]**  91/14 100/15
**spell [7]**  59/11 77/10 77/12 78/12 81/6 81/12 119/10
**spelled [1]**  77/15
**spend [4]**  5/10 5/11 6/23 56/3
**spent [1]**  12/1
**spoiled [1]**  90/12
**spoke [1]**  6/3
**sporadic [2]**  49/23 50/15
**sports [5]**  66/22 120/19 124/3 124/20 133/22
**spring [3]**  10/3 21/3 63/2
**springtime [1]**  51/6
**Stacey [1]**  92/2
**stacking [2]**  17/21 17/23
**stadium [1]**  6/18
**stage [4]**  5/23 48/3 50/7 50/8
**stages [1]**  75/22
**stand [1]**  65/7
**standard [1]**  74/19
**standpoint [2]**  20/14 142/15
**stands [1]**  133/10
**Stargell [5]**  4/13 4/15 4/23 5/2 6/9
**start [7]**  16/16 27/23 52/5 63/6 81/24 82/2 97/11
**started [8]**  4/10 13/7 16/16 80/24 92/16 104/7 122/5 124/17
**starting [2]**  129/25 135/12
**starts [1]**  42/24
**state [5]**  27/3 46/13 59/9 119/7 136/14
**statement [12]**  8/11 9/20 22/21 23/15 23/20 23/21 47/20 53/13 53/13 53/15 53/16 54/7

## STATES [7]

**states [7]**  1/6 1/10 67/10 83/13 103/3 133/12
**stay [4]**  95/18 95/21 122/13 122/14
**staying [1]**  128/11
**steal [1]**  10/1
**stenography [1]**  2/16
**step [3]**  26/9 45/23 46/8
**stepped [3]**  12/15 12/16 14/14
**sterile [1]**  71/9
**steroid [5]**  36/9 44/24 49/16 50/20 118/12
**steroids [41]**  15/20 15/24 16/1 16/19 16/22 17/5 17/20 17/21 18/6 18/12 18/18 18/24 19/10 19/13 19/16 20/11 22/18 23/6 23/10 23/11 23/17 23/24 24/22 24/23 25/5 25/12 26/10 27/23 34/4 34/8 36/14 39/9 39/12 42/1 43/12 51/16 51/20 55/5 75/19 76/11 76/14
**Steve [2]**  33/11 67/18
**STEVEN [1]**  1/13
**steven.durham [1]**  1/17
**still [17]**  3/22 24/6 28/11 33/16 33/17 33/23 42/18 45/22 46/2 47/1 49/4 57/4 65/4 86/24 115/21 127/2 130/8
**stipulate [2]**  139/4 148/15
**stipulation [1]**  148/19
**stop [4]**  73/9 84/10 101/12 101/12
**stopped [1]**  130/15
**stories [2]**  10/11 13/6
**story [2]**  9/10 12/6
**straight [2]**  96/7 97/6
**Street [3]**  1/16 1/21 86/9
**strength [1]**  69/1
**stress [1]**  32/22
**stretch [1]**  14/1
**stronger [1]**  23/13
**studied [2]**  70/15 121/16
**study [2]**  121/4 121/5
**stuff [7]**  27/16 27/17 31/24 39/7 52/14 108/25 109/1
**subjection [1]**  36/1
**submit [1]**  53/12
**submitted [1]**  53/18
**subsequently [1]**  65/4
**substance [2]**  34/6 44/24
**substances [4]**  43/15 43/22 44/9 76/21
**success [1]**  4/23
**successful [2]**  6/10 6/11
**such [4]**  52/9 54/7 125/16 144/14
**sudden [1]**  38/11
**sufficient [2]**  50/5 53/17
**suggest [6]**  26/7 28/18 42/9 44/14 49/9 51/14
**suggested [1]**  55/14
**suggesting [1]**  52/20
**suggestion [1]**  58/8
**suitcases [2]**  106/24 107/1
**Suite [1]**  1/22
**summary [3]**  46/12 118/2 118/12
**summer [2]**  63/2 124/2
**sun [7]**  140/21 140/25 141/1 144/6 144/7 147/4 147/8
**supervised [1]**  71/19
**supervision [1]**  18/9
**supposed [4]**  37/12 94/11 96/17

**sure [24]**  6/2 8/17 9/22 19/22 22/22 30/3 30/14 34/8 38/17 38/18 49/8 78/20 85/25 103/21 115/21 120/4 120/6 120/12 124/7 127/14 134/9 147/10 147/25 148/3
**surface [1]**  8/11
**surgeon [4]**  59/18 59/21 66/20 76/15
**surgeries [1]**  62/14
**surgery [4]**  17/19 60/5 60/7 60/10
**surprised [4]**  55/6 57/17 57/23 57/25
**surprises [1]**  58/2
**survive [1]**  80/4
**suspect [5]**  15/5 16/25 39/12 47/11 55/14
**suspected [1]**  17/2
**suspicion [1]**  20/3
**sustain [5]**  37/16 61/16 62/2 94/18 114/8
**sustained [6]**  36/17 51/24 94/17 97/12 102/5 124/15
**sweet [1]**  94/9
**swimming [1]**  140/1
**switch [2]**  114/20 114/21
**sworn [4]**  59/3 77/19 118/22 136/10
**symptoms [7]**  26/2 28/3 28/20 28/21 28/22 49/11 49/17

## T

**tablet [1]**  33/2
**tactical [1]**  52/11
**tactically [1]**  46/18
**tailor [1]**  135/21
**take [20]**  10/19 19/16 20/16 33/2 33/17 42/14 67/1 73/16 74/21 85/1 85/11 88/10 92/3 93/1 93/3 105/14 105/15 110/25 117/20 141/3
**taken [11]**  22/6 29/9 65/7 75/6 138/11 139/16 140/18 141/6 141/10 141/14 141/16
**takes [1]**  33/20
**taking [4]**  23/10 23/11 51/8 82/9
**talk [7]**  39/8 50/12 103/19 112/7 113/13 113/14 124/13
**talked [12]**  4/11 19/24 23/4 34/3 39/18 48/10 57/6 113/18 113/20 115/21 143/13 143/16
**talking [16]**  9/22 10/12 12/6 28/20 35/19 37/8 50/1 87/10 87/13 110/18 117/25 118/8 135/12 144/8 146/14 146/21
**taught [3]**  121/8 121/10 121/20
**taxi [1]**  85/1
**Taylor [1]**  54/1
**team [21]**  4/8 5/25 6/15 8/9 8/14 8/23 8/24 9/2 19/5 19/8 19/12 21/8 21/10 29/12 29/15 29/22 30/18 30/24 30/25 35/9 136/5
**teammate [1]**  57/9
**teammates [3]**  4/20 5/18 11/20
**teams [1]**  66/24
**technically [1]**  46/6
**technique [2]**  120/20 121/1
**technology [1]**  136/24

**T**

**tell [48]**   5/5 5/6 8/18 10/11
17/12 22/16 23/15 32/13 34/3
34/7 35/21 39/19 51/9 53/1
62/7 62/8 67/23 78/9 80/6
80/18 82/13 82/25 83/7 84/14
87/12 87/22 88/15 88/16 89/14
89/17 93/25 97/19 104/24
113/20 114/15 116/5 126/8
129/21 133/17 135/6 136/21
140/19 142/8 142/11 142/13
144/24 148/12 148/14

**telling [5]**   9/10 15/2 53/11
54/1 87/25

**ten [1]**   99/5

**tendered [1]**   118/4

**terms [14]**   28/20 34/12 39/21
57/1 100/13 100/21 101/20
125/20 125/22 126/8 129/22
143/4 144/23 146/14

**test [13]**   34/20 34/23 35/12
35/13 35/20 36/2 36/3 36/3
36/6 36/10 37/5 38/23 39/5

**tested [7]**   34/16 35/3 35/16
35/22 36/24 38/12 38/20

**testicular [1]**   76/17

**testified [7]**   27/19 46/24 59/4
77/20 118/23 133/14 136/11

**testify [5]**   44/12 47/23 49/14
116/1 141/12

**testimony [21]**   4/10 25/24
26/11 28/6 28/6 43/14 43/23
44/17 44/23 45/5 45/17 45/24
46/1 46/5 47/7 50/1 52/17
118/2 118/5 118/12 137/17

**testing [25]**   18/11 18/14 22/11
22/14 34/1 34/19 34/25 35/10
35/15 35/17 35/19 36/8 36/9
36/13 36/21 37/21 37/24 38/4
38/5 38/7 38/8 38/11 38/12
38/15 38/18

**tests [1]**   35/20

**Texas [2]**   59/16 60/3

**than [16]**   7/10 10/21 12/20
12/25 16/19 22/7 23/18 35/4
72/2 76/23 78/7 85/23 95/5
120/11 121/17 136/3

**thank [30]**   28/25 33/9 33/11
33/13 53/8 53/20 54/23 57/11
58/15 61/18 75/9 75/16 77/7
81/11 88/3 101/8 102/23 103/23
104/6 110/9 110/24 113/5
117/18 118/14 134/16 135/1
138/5 142/23 148/23 149/12

**that [706]**

**that's [121]**   4/14 4/25 5/4
5/18 6/11 6/25 7/3 7/6 7/11
7/12 7/15 7/19 8/3 8/21 9/1
9/22 11/11 11/22 12/12 12/17
13/3 13/4 14/24 15/3 15/10
15/11 15/13 16/4 16/5 16/15
17/11 18/13 19/14 20/12 23/2
24/2 24/15 24/19 28/4 28/9
29/11 30/13 31/8 31/24 33/23
33/25 35/1 35/5 36/12 36/25
40/9 41/13 45/7 45/23 45/25
46/9 48/17 51/17 52/25 53/22
55/21 56/3 56/6 56/12 56/15
56/20 57/5 64/13 69/10 69/16
69/19 70/9 70/13 71/9 72/16
72/19 72/21 74/12 76/13 76/22

87/12 87/16 87/17 88/1 88/1
88/3 88/13 89/5 89/17 89/23
93/7 93/22 93/24 98/7 100/5
101/2 103/1 104/9 107/20 111/7
112/3 113/2 113/4 115/14
116/15 118/9 131/7 134/16
139/6 142/21 144/18 145/1
145/18 146/5 147/1 149/8

**the 2003 [1]**   130/7

**the 2004 [1]**   56/11

**their [16]**   19/16 22/6 25/25
26/3 26/11 26/13 44/2 50/3
50/8 51/3 51/7 52/17 53/18
56/5 56/13 135/11

**them [44]**   6/24 12/4 13/22
14/25 16/23 18/20 19/17 23/8
26/3 26/10 27/13 28/8 31/15
43/2 43/3 43/4 47/21 48/4 48/6
48/25 49/9 50/19 53/12 56/5
61/22 80/13 80/18 82/25 83/7
84/2 105/14 105/15 113/16
113/18 113/20 113/20 114/15
115/13 120/10 121/17 135/15
146/25 148/12 148/14

**theme [1]**   6/15

**themselves [1]**   72/9

**then [79]**   8/23 9/19 13/8 18/5
25/11 30/21 34/4 34/11 35/4
35/5 36/20 37/15 38/1 38/4
38/23 40/15 41/21 44/12 44/14
44/21 45/11 47/18 48/11 49/19
49/19 50/11 52/12 57/24 58/3
60/5 62/12 63/10 74/25 80/13
80/14 82/3 83/11 85/1 85/6
88/22 93/12 93/19 94/5 95/23
96/6 96/17 97/2 98/11 98/18
101/4 103/9 104/23 108/3
113/23 117/13 120/14 121/14
121/23 122/4 122/8 126/15
126/22 127/5 127/15 128/9
128/16 128/19 128/20 129/4
129/12 130/7 131/18 134/22
137/5 139/20 140/11 144/19
145/8 147/14

**therapies [1]**   124/13

**therapist [2]**   119/21 133/18

**therapy [8]**   47/23 120/20
120/22 122/2 123/1 123/22
125/14 126/9

**there [141]**   4/12 7/8 7/9 7/23
8/13 11/1 11/14 13/23 14/5
14/9 14/9 18/5 18/11 18/14
20/20 24/16 27/8 27/12 27/16
27/21 29/1 30/21 33/2 35/2
36/2 37/20 38/4 38/11 38/12
38/15 38/18 42/4 43/4 43/5
43/10 43/20 44/3 44/10 45/17
45/20 47/3 47/5 50/24 51/24
52/10 54/10 55/13 57/4 58/6
68/15 68/17 74/9 74/17 79/12
79/21 82/9 83/6 85/1 85/17
86/19 86/21 88/14 89/6 89/6
90/4 90/6 90/12 91/17 92/4
92/14 94/8 94/12 94/13 94/20
94/21 95/4 95/5 95/6 95/18
95/18 95/21 95/24 97/15 97/21
97/25 97/25 100/3 100/25
100/25 101/24 103/8 104/16
105/1 105/3 105/18 105/22
106/13 106/18 106/19 106/19
106/24 107/2 107/5 109/5

111/4 111/11 111/14 111/21
112/11 112/12 112/21 112/23
112/24 115/1 117/5 117/12
119/23 120/2 120/3 120/8 121/9
121/24 127/19 128/15 129/1
129/3 129/3 137/17 138/10
138/10 139/20 141/19 141/22
141/22 141/23 142/6 145/15
145/24 146/17 148/18 149/7

**there's [14]**   6/20 7/20 27/19
27/19 47/3 47/14 48/16 118/4
132/15 142/13 145/16 147/25
148/8 148/12

**therefore [2]**   47/13 53/17

**Thereupon [4]**   59/1 77/17
118/20 136/8

**these [52]**   6/23 19/20 19/23
21/21 22/17 23/4 23/7 25/23
26/1 26/8 26/8 26/13 28/2 28/7
28/16 28/20 28/21 34/5 34/5
43/15 43/22 44/9 47/9 47/13
48/24 49/11 51/5 52/2 55/15
56/16 80/6 87/22 88/5 88/20
89/10 89/12 92/9 92/14 92/14
115/17 122/8 122/8 124/13
128/10 140/14 140/17 141/24
142/7 143/4 144/11 146/24
147/9

**they [121]**   6/20 8/1 9/25 11/15
11/19 11/21 11/23 11/25 12/1
12/2 12/3 13/22 16/3 16/4 16/6
16/8 16/9 16/10 16/18 17/10
17/12 17/12 17/13 17/15 18/6
18/18 18/19 21/13 22/19 26/1
26/6 26/8 26/10 26/11 27/5
27/6 27/8 27/11 27/25 28/2
28/3 28/3 28/19 28/22 29/16
32/2 32/5 35/5 37/11 38/10
38/11 38/25 39/2 44/2 44/13
44/20 45/6 46/24 49/11 49/16
50/7 50/18 50/23 51/1 51/4
51/5 51/8 51/8 51/13 51/20
52/16 56/18 58/1 72/24 73/1
78/9 80/8 80/13 80/15 81/20
82/13 82/13 83/16 84/7 84/7
84/23 86/12 86/13 86/13 92/11
93/21 101/13 108/17 108/18
112/22 112/22 113/13 113/14
113/23 114/2 114/3 114/6 114/6
117/1 117/4 117/5 117/7 117/7
121/20 121/21 122/10 122/13
122/24 129/23 131/3 134/2
135/23 137/8 140/5 143/5
146/25

**they're [2]**   58/22 140/5

**thin [2]**   24/1 24/4

**thing [13]**   22/4 33/3 41/18
44/22 48/21 50/14 52/12 53/22
94/25 109/4 114/15 114/16
127/18

**things [26]**   8/13 14/23 15/21
19/20 26/1 26/8 40/10 42/16
44/13 44/15 47/21 52/5 78/1
90/17 92/8 92/9 92/14 92/14
95/5 95/10 95/12 96/2 100/25
108/17 112/23 124/12

**think [74]**   4/10 8/12 8/17 9/14
10/8 11/9 11/25 12/1 12/6
12/11 13/6 18/21 19/20 20/7
20/9 20/11 24/9 24/15 24/19
24/20 26/10 26/15 27/22 28/11
29/7 30/2 32/8 40/3 40/10

**T**

**think... [45]**  40/13 41/20
41/22 44/22 45/4 45/8 45/18
45/24 45/25 46/4 54/14 55/11
57/2 57/4 62/3 62/5 67/19
71/25 74/6 75/21 76/19 84/12
84/13 85/15 87/5 87/5 90/13
94/15 96/14 99/6 100/20 105/3
105/5 108/13 114/10 127/14
130/14 132/13 134/9 136/2
136/5 147/25 148/4 148/5
149/11
**thinking [3]**  54/6 114/5 114/8
**third [2]**  16/16 35/23
**this [128]**  8/17 9/5 10/5 12/23
12/24 13/1 15/21 15/23 17/15
17/17 18/14 18/17 22/6 22/25
25/17 25/23 26/2 26/23 26/24
27/6 27/9 27/15 27/16 27/17
27/19 27/21 27/22 28/3 28/9
28/21 34/23 40/2 40/8 40/14
41/14 42/7 43/3 43/10 43/21
43/25 44/3 44/11 46/5 46/22
47/19 47/20 48/2 48/4 49/15
49/16 49/17 50/2 50/17 50/24
51/15 52/18 52/21 53/21 53/23
54/5 54/17 58/7 60/25 61/5
63/21 63/23 66/2 69/13 70/10
74/24 74/24 76/19 78/2 84/3
84/10 86/6 87/11 87/15 91/22
92/8 93/21 94/3 95/17 97/14
100/7 100/12 100/19 100/22
103/25 105/15 105/17 109/15
110/14 114/23 114/24 115/11
116/6 116/13 117/24 118/6
122/6 123/21 125/21 125/22
132/8 135/9 135/18 136/4
137/12 138/14 138/16 138/17
138/20 138/22 138/24 139/15
140/7 140/9 141/5 141/6 141/13
142/16 143/13 143/20 144/4
145/25 146/7 148/23
**those [49]**  5/10 8/1 8/4 10/21
14/23 16/6 16/19 20/23 21/15
21/19 28/22 30/15 30/23 31/14
32/1 34/7 37/6 37/11 39/23
44/15 46/23 47/12 48/12 48/15
72/11 76/21 76/24 91/9 92/3
95/12 96/1 98/24 99/18 99/21
109/13 109/21 109/23 111/15
111/19 111/23 116/12 120/7
120/21 130/20 139/21 140/4
140/12 141/1 147/6
**though [5]**  18/22 44/7 68/25
99/14 142/6
**thought [10]**  7/17 12/17 46/17
46/18 52/12 58/6 58/9 88/1
96/20 105/6
**thousands [1]**  65/19
**three [24]**  56/16 66/24 86/23
94/15 95/25 99/18 120/19
120/21 127/12 127/14 127/21
127/23 128/3 128/4 128/16
129/6 129/8 129/19 129/20
133/25 134/1 134/2 134/8
134/10
**three-day [4]**  127/23 128/3
128/4 128/16
**threshold [1]**  35/2
**through [26]**  19/23 38/25 43/11
43/22 50/2 51/3 55/1 55/1 55/3

95/15 101/12 108/20 108/25
109/2 110/4 110/15 110/17
110/19 122/22 130/4 141/4
**throughout [3]**  63/3 129/9
131/23
**Thursday [1]**  149/10
**Tigers [1]**  19/8
**tight [1]**  35/25
**time [118]**  4/15 5/10 5/11 6/23
11/11 11/13 12/2 12/22 13/20
14/2 15/22 15/22 19/1 21/17
28/20 31/9 31/10 33/9 34/4
34/15 34/15 35/15 36/8 37/18
37/19 41/4 43/4 43/5 48/3
49/16 49/17 50/2 50/14 56/3
56/11 62/15 63/4 63/9 63/14
66/2 66/4 66/8 66/9 66/18 68/7
68/7 74/9 78/20 80/25 80/25
81/22 83/16 83/25 86/16 93/16
93/18 94/20 95/15 95/19 96/1
96/6 97/2 97/14 98/1 98/14
98/19 98/22 99/17 99/21 99/25
100/1 100/3 100/7 100/12
102/15 106/25 107/1 111/7
112/24 113/10 113/20 115/21
116/7 117/12 120/16 122/1
122/16 123/8 124/17 126/14
127/8 127/9 127/17 130/14
130/19 131/10 131/23 132/9
137/1 137/25 138/11 138/13
138/20 138/23 139/16 140/17
141/2 141/5 141/6 141/12
141/17 142/1 142/4 142/5
144/15 146/25 147/6 148/24
**timeframe [1]**  130/9
**times [58]**  8/3 22/16 33/3 36/7
36/20 38/7 43/25 49/6 64/22
68/11 85/20 85/23 92/18 92/19
92/21 95/5 96/7 99/3 99/3 99/5
99/8 99/12 104/19 104/24 105/3
105/11 105/13 105/19 105/20
105/21 105/22 105/24 105/25
112/9 112/16 112/19 112/19
112/20 115/13 115/23 116/3
116/5 116/7 116/12 127/12
127/12 127/14 129/20 129/20
133/25 134/1 134/3 134/8
134/10 134/11 134/12 134/14
134/15
**tiny [1]**  90/6
**tissue [2]**  32/17 124/20
**tissues [4]**  125/18 125/18
125/24 126/11
**titled [1]**  149/18
**to 2003 [1]**  132/10
**today [7]**  11/1 43/2 47/23 72/1
73/13 113/21 137/2
**together [10]**  11/15 11/19 12/2
12/4 17/22 17/23 56/17 63/1
63/11 111/8
**told [30]**  10/11 11/8 13/6 13/6
13/8 14/25 15/1 16/3 16/4
16/18 16/23 17/4 18/5 18/17
34/7 37/16 39/2 43/3 48/23
50/2 50/8 74/6 80/13 81/20
84/7 93/4 95/1 98/18 113/21
135/10
**tomorrow [1]**  148/24
**tone [1]**  9/2
**too [4]**  31/25 67/23 75/3 98/7
**took [6]**  13/8 32/8 50/4 66/23

**top [3]**  89/1 90/20 143/22
**topic [2]**  15/18 29/7
**Toronto [19]**  63/7 119/17 120/1
122/9 122/10 122/13 126/15
127/5 127/11 127/15 128/13
128/15 128/19 129/17 134/3
134/4 134/6 134/12 134/24
**total [1]**  51/18
**totally [4]**  15/12 51/23 55/6
135/19
**touch [1]**  88/7
**touched [1]**  109/1
**tough [2]**  10/6 10/6
**tournament [1]**  73/8
**toward [2]**  146/15 147/2
**Towards [1]**  32/16
**towels [7]**  89/20 90/1 90/1
107/24 108/2 108/3 108/4
**town [14]**  63/19 63/19 98/2
98/2 127/17 127/19 128/24
129/1 129/17 129/18 129/23
134/2 134/2 134/7
**toys [2]**  93/6 93/8
**tracked [1]**  80/7
**tracks [1]**  140/21
**trainer [11]**  19/5 19/9 19/12
29/23 29/24 30/1 30/2 31/16
31/18 31/22 44/20
**trainers [2]**  30/3 69/1
**training [4]**  10/3 21/3 59/25
72/25
**trains [1]**  84/23
**traits [2]**  48/10 48/25
**transcript [6]**  1/9 2/16 41/3
41/5 43/10 149/17
**transcription [1]**  2/16
**trash [2]**  90/2 90/4
**traveled [1]**  106/15
**treat [8]**  61/21 69/8 76/17
121/16 121/17 121/20 122/11
123/21
**treated [9]**  27/6 61/6 61/8
61/9 61/22 62/18 66/21 94/7
121/12
**treatment [9]**  120/19 122/25
122/25 123/20 125/16 125/25
126/7 126/9 127/9
**treatments [2]**  121/2 121/8
**trial [6]**  1/9 26/6 41/14 50/6
118/12 138/18
**tried [8]**  9/18 10/6 19/2 22/14
26/22 63/17 63/20 63/22
**trigger [1]**  125/14
**trip [3]**  13/7 33/10 134/3
**trips [1]**  134/6
**trotted [1]**  48/9
**true [6]**  7/3 7/6 7/11 8/3
24/15 70/9
**trust [1]**  7/20
**try [7]**  7/8 50/11 62/22 78/3
80/13 136/6 137/8
**trying [4]**  10/12 15/21 17/19
62/3
**Tuesday [1]**  149/3
**turn [3]**  19/18 19/21 29/7
**turned [1]**  54/6
**Twenty [1]**  122/3
**Twenty-eight [1]**  122/3
**twice [6]**  74/22 90/13 113/1
114/13 115/22 128/4
**two [53]**  10/9 15/25 16/19 17/7

**T**

**two... [49]**   17/8 20/12 20/15 24/21 33/3 35/19 36/4 45/19 56/16 57/19 85/23 86/23 87/4 87/5 87/20 88/22 94/15 105/19 105/20 105/21 105/24 105/25 112/9 112/16 112/19 112/19 112/20 123/3 127/12 127/21 128/17 129/8 129/19 133/25 134/1 134/3 134/11 136/18 139/15 139/20 139/20 140/4 140/12 140/14 142/13 143/8 146/9 147/6 148/20
**two percent [1]**   36/4
**TX [1]**   1/22
**type [12]**   19/16 33/3 35/20 49/15 59/17 72/14 73/17 76/24 120/14 124/19 141/23 143/20
**types [1]**   27/1
**typical [1]**   29/23

**U**

**U.S [4]**   1/15 2/6 67/18 103/5
**uh [12]**   21/7 91/23 94/22 97/16 120/23 125/2 127/25 128/1 128/22 128/25 129/15 130/18
**uh-huh [8]**   21/7 91/23 94/22 97/16 120/23 125/2 127/25 128/1 128/22 128/25 129/15 130/18
**ultimately [5]**   36/21 65/6 124/3 126/14 126/15
**uncertain [1]**   50/15
**under [7]**   10/19 18/8 34/20 56/19 131/21 141/13 144/11
**underneath [1]**   131/19
**understand [18]**   27/2 28/10 28/24 30/14 35/14 42/23 48/13 54/12 58/11 61/2 65/6 67/24 95/6 102/19 103/16 116/2 127/2 133/23
**understanding [8]**   37/10 37/11 55/22 55/25 56/6 103/11 135/11 137/2
**understood [1]**   55/19
**undress [1]**   131/12
**unfair [4]**   23/8 40/3 40/13 44/12
**unfortunately [1]**   22/8
**union [4]**   22/12 34/24 37/6 37/19
**UNITED [7]**   1/1 1/3 1/10 79/15 83/13 103/3 133/12
**University [1]**   60/1
**unjudged [1]**   53/8
**unless [5]**   12/13 27/20 28/14 47/13 51/20
**unnecessary [1]**   43/7
**until [23]**   18/12 34/4 37/25 38/16 40/24 43/4 60/6 63/6 63/15 85/15 85/17 93/7 93/11 98/19 98/19 101/14 135/12 135/13 135/14 136/3 137/3 137/16 138/15
**until 2002 [1]**   34/4
**until 2003 [1]**   18/12
**unusual [1]**   56/1
**up [59]**   4/11 4/22 12/15 12/16 15/20 19/22 21/24 34/21 36/13 40/2 48/5 48/24 49/2 49/7 60/2 66/2 66/19 67/21 71/5 78/1

90/13 92/2 95/6 108/22 109/2 110/8 112/13 113/1 113/2 114/2 114/20 115/8 116/10 116/10 118/3 119/25 125/18 126/24 127/8 127/9 127/23 131/21 131/21 134/8 137/24 138/1 140/4 140/6 140/11 140/24 142/17 144/7 145/22 146/17
**upon [4]**   42/8 47/12 49/22 135/15
**upper [3]**   71/5 132/19 146/17
**upward [1]**   20/9
**urologists [1]**   76/16
**us [23]**   5/5 10/11 10/11 13/6 13/6 13/9 24/20 48/5 48/23 50/2 50/8 54/15 59/24 62/7 62/8 74/6 77/12 78/21 81/12 101/16 116/2 116/5 130/14
**usdoj.gov [4]**   1/17 1/18 1/18 1/19
**use [27]**   18/24 19/16 19/23 20/5 21/21 23/3 23/6 28/13 28/13 42/1 43/15 44/24 47/8 47/8 47/9 49/21 50/24 51/16 52/20 58/1 58/10 64/8 65/17 76/16 104/9 131/20 140/16
**used [31]**   15/25 16/1 16/19 16/21 17/20 18/6 23/8 24/21 24/22 39/23 43/17 48/17 49/16 55/4 56/21 57/1 57/21 65/15 69/8 70/10 90/5 98/7 105/15 106/19 107/23 107/23 108/16 109/16 140/23 140/25 141/1
**user [2]**   48/10 50/20
**using [23]**   27/25 28/16 39/12 40/24 41/11 41/20 42/9 44/7 44/16 44/19 44/21 45/2 45/4 45/7 47/15 48/20 48/20 49/15 49/21 51/22 52/4 52/19 55/15
**usually [8]**   13/22 51/6 63/1 65/23 105/17 105/18 111/15 128/7
**utilitarian [1]**   64/9

**V**

**values [1]**   144/5
**various [3]**   47/12 62/18 74/7
**velocity [1]**   57/2
**venture [1]**   25/18
**versus [2]**   144/2
**vertical [1]**   143/21
**very [40]**   4/16 6/5 6/8 6/10 6/18 14/9 21/16 27/2 33/9 54/19 56/4 58/11 58/20 65/12 72/2 72/3 75/9 75/10 76/22 83/4 83/4 83/5 83/9 90/6 90/6 94/9 94/9 94/9 100/17 103/15 107/18 108/12 113/7 131/7 134/22 135/17 135/18 142/20 144/10 145/17
**vials [2]**   91/1 91/7
**vicinity [1]**   142/12
**Victor [1]**   136/19
**view [4]**   8/15 43/22 44/4 64/9
**violet [1]**   15/7
**Vioxx [25]**   32/8 32/21 32/25 33/2 65/1 65/3 65/6 65/11 65/13 65/15 74/5 74/6 74/7 74/9 74/10 74/14 74/15 74/18 74/25 75/5 75/5 75/24 75/25 77/1 77/2

**visiting [1]**   122/14
**vitamin [9]**   29/7 29/9 69/5 69/6 69/8 70/9 70/17 70/18 73/5
**VORDER [8]**   3/9 135/2 136/9 136/18 136/18 136/19 136/21 143/3

**W**

**wait [7]**   25/21 25/21 25/21 77/8 101/14 130/4 136/2
**waiting [1]**   47/23
**walk [3]**   38/6 69/23 84/22
**walking [1]**   46/11
**WALTON [1]**   1/10
**Wandy [5]**   12/7 12/13 12/15 12/18 13/4
**want [42]**   4/7 8/17 15/18 15/20 15/22 30/14 34/1 34/2 45/23 45/25 46/3 46/6 46/18 47/25 48/15 61/2 61/5 70/3 77/8 87/9 87/12 88/10 92/3 92/8 97/11 101/13 103/19 112/7 114/17 114/23 114/24 115/20 116/1 117/25 118/6 118/7 119/5 135/23 137/1 137/9 137/17 148/11
**wanted [17]**   4/23 7/17 10/6 35/12 35/13 36/5 42/23 43/7 43/9 45/22 46/13 55/23 56/4 64/7 73/5 97/20 101/19
**wants [1]**   56/5
**warming [1]**   125/18
**was [401]**
**washed [1]**   108/18
**Washington [3]**   1/4 1/16 2/7
**wasn't [20]**   14/16 14/22 15/7 15/9 26/12 26/12 36/11 43/23 44/6 44/7 44/16 45/7 52/10 57/1 97/9 100/21 115/21 121/7 134/6 134/12
**watch [11]**   141/22 141/24 142/1 142/5 144/20 146/2 146/15 146/18 146/21 147/5 147/7
**watched [1]**   48/24
**watching [2]**   9/17 49/5
**water [3]**   91/21 116/11 116/11
**way [34]**   5/8 5/15 30/4 35/24 39/11 41/16 45/11 46/14 49/8 50/19 51/3 51/9 51/16 55/14 62/12 66/2 66/10 67/2 73/23 74/2 75/3 77/16 91/4 100/7 100/13 101/20 113/10 116/6 121/4 121/9 142/2 143/24 147/4
**we [138]**   5/10 5/15 5/15 5/20 6/11 6/14 6/16 10/2 10/8 12/6 13/15 14/1 14/4 14/19 17/5 19/24 20/7 20/15 20/16 21/5 22/12 22/14 24/15 29/1 29/2 34/20 35/1 35/4 35/10 35/12 35/17 35/18 35/19 35/20 35/24 36/8 38/5 38/17 42/21 43/2 43/3 43/4 44/17 45/15 45/21 45/22 46/12 46/16 46/20 47/19 47/21 48/1 48/6 48/8 48/8 48/14 48/19 48/22 49/25 50/5 50/6 50/11 50/13 50/15 50/16 50/17 50/24 51/4 51/10 51/10 52/9 52/17 53/20 54/15 57/13 57/16 58/21 61/3 62/4 63/5

**we... [58]** 63/17 63/17 63/20 63/22 67/23 70/13 73/7 75/21 77/9 85/11 85/11 87/6 88/10 88/15 98/15 102/12 103/22 104/3 104/23 105/14 107/6 110/7 114/18 114/19 114/20 117/23 117/25 118/8 118/13 118/18 121/20 121/24 122/21 125/9 125/10 128/20 131/6 132/13 133/5 135/1 135/6 135/25 136/4 138/3 139/11 140/4 140/6 140/6 143/13 145/19 146/11 146/24 148/23 149/1 149/2 149/7 149/8 149/9

**we'd [3]** 46/7 73/9 127/9

**we'll [18]** 42/14 42/25 43/6 54/18 117/20 136/3 138/3 149/3

**we're [17]** 14/4 23/16 23/18 23/21 28/14 46/1 46/4 46/22 51/16 73/6 87/10 104/14 136/1 141/5 146/16 148/24 149/10

**we've [3]** 45/20 67/19 149/6

**wear [1]** 131/14

**wedgie [1]** 131/22

**week [12]** 17/24 43/3 43/5 54/16 61/25 62/9 62/22 63/22 66/25 135/11 135/13 137/3

**weekend [2]** 149/4 149/12

**weight [4]** 5/11 28/19 30/5 30/8

**Welcome [1]** 4/6

**well [64]** 4/16 5/8 6/16 10/4 12/21 14/13 15/3 15/4 16/24 21/5 32/15 47/4 50/23 54/19 55/25 56/25 58/11 58/20 61/24 62/3 69/4 70/15 73/6 74/9 75/9 79/21 79/25 80/7 80/24 82/7 83/16 84/6 86/12 93/11 94/20 97/14 98/3 100/20 102/19 103/13 106/21 107/18 108/12 114/2 114/6 114/10 115/1 120/10 124/2 124/3 125/13 125/21 126/9 126/19 131/7 134/22 139/11 143/9 144/6 144/10 144/13 145/17 147/5 149/8

**went [32]** 4/12 60/1 60/2 60/3 60/5 60/7 66/24 80/6 80/7 84/6 86/14 86/15 89/20 93/1 93/8 106/18 108/20 108/24 109/21 110/4 110/15 110/17 116/7 116/22 120/15 121/21 122/5 122/21 126/14 126/20 126/23 129/12

**were [149]** 4/11 9/10 10/2 10/23 11/23 11/25 12/6 15/12 15/24 16/6 16/8 16/10 16/11 16/14 17/13 18/18 18/18 18/19 18/23 19/6 20/9 20/20 20/25 21/3 21/5 21/12 21/13 21/22 21/24 21/24 22/17 26/1 26/10 29/16 30/21 30/22 30/23 31/2 31/7 31/9 31/22 32/2 32/3 32/5 34/3 34/5 34/8 34/10 34/11 35/1 35/5 35/7 35/10 35/14 35/17 35/19 35/19 37/12 37/18 37/19 37/19 38/5 38/10 38/11 38/14 39/4 40/24 41/20 43/18 44/3 45/2 45/3 46/24 48/11 51/4 51/20 52/11 57/7 57/16 79/2 80/3 82/5 84/15 84/17 84/19 86/10 89/18 94/13 94/20 95/5 95/19 95/24 97/15 100/1 100/25 100/25 104/16 104/24 105/3 105/22 106/23 107/5 111/18 111/21 112/24 113/16 116/3 117/12 117/25 118/8 120/21 121/10 121/20 122/2 122/8 122/10 122/24 123/10 125/9 125/10 125/20 125/21 128/15 129/19 129/23 130/8 131/18 134/2 138/7 138/24 139/15 139/20 139/20 140/8 140/14 140/18 141/5 141/8 141/18 142/2 143/5 143/7 143/9 149/8

**weren't [6]** 16/9 22/9 43/3 44/15 62/4 111/19

**west [2]** 60/7 60/10

**what [230]**

**what's [3]** 61/4 69/20 110/11

**whatever [5]** 43/19 90/23 124/21 137/8 147/1

**whatsoever [3]** 54/11 55/7 55/11

**when [152]**

**whenever [8]** 64/7 64/7 80/8 125/1 127/5 128/23 129/1 129/19

**where [35]** 12/9 17/1 31/14 59/15 59/25 78/25 78/25 79/4 79/4 79/12 81/1 81/15 82/17 82/23 82/25 84/14 84/19 86/6 88/7 88/23 88/24 89/18 109/6 109/7 109/9 109/18 119/16 119/25 120/8 122/13 122/14 127/2 128/10 128/16 141/1

**wherever [2]** 63/8 128/11

**whether [41]** 11/23 34/12 34/14 38/15 42/17 42/18 43/18 43/18 44/13 46/17 47/12 48/3 48/12 49/10 50/7 50/12 50/19 50/22 50/24 53/2 53/13 53/15 54/7 56/23 57/7 70/13 100/21 100/24 101/20 109/4 109/16 110/14 116/4 116/8 125/8 125/11 125/20 125/22 129/21 142/8 142/10

**which [25]** 19/24 35/22 36/3 36/9 41/14 51/11 66/23 69/8 74/20 74/21 82/8 85/10 88/7 88/9 88/9 110/8 135/17 138/10 140/17 143/22 143/23 144/5 144/6 144/20 146/20

**while [7]** 22/16 46/11 81/19 95/4 95/22 116/3 137/19

**who [45]** 4/19 4/22 8/24 19/6 24/18 24/22 27/4 27/23 30/18 31/5 31/14 33/21 39/23 41/11 43/23 44/7 45/2 45/12 46/25 47/23 48/22 48/23 54/8 54/11 54/14 54/15 56/1 57/20 57/21 66/6 72/3 72/25 82/6 93/8 96/5 96/10 96/10 96/15 96/23 123/7 123/14 123/17 123/20 139/23 139/25

**who's [3]** 24/8 27/18 47/22

**whoa [8]** 100/16 100/16 100/16 114/7 114/7 114/7 114/7 114/7

**whole [6]** 26/6 26/13 86/1 95/15 95/18 117/12

**whom [3]** 57/24 64/13 80/21

**whose [1]** 84/17

**why [19]** 32/13 40/9 44/6 45/7 51/5 56/6 57/5 62/8 72/21 79/13 79/18 108/10 111/20 112/1 113/23 139/11 143/8 144/5 149/8

**wide [1]** 36/1

**wife [2]** 33/16 33/18

**will [30]** 8/20 26/23 27/6 28/25 47/7 48/18 53/1 53/20 57/22 61/6 79/21 79/22 83/9 88/10 92/5 93/22 93/23 97/24 115/7 118/8 119/5 120/11 137/8 139/4 145/14 145/17 146/24 148/23 149/1 149/1

**WILLIAM [1]** 1/6

**Willie [5]** 4/13 4/15 4/23 5/1 6/9

**willing [2]** 23/17 141/12

**wing [1]** 10/19

**Winstrol [1]** 25/7

**winter [1]** 63/2

**wipe [1]** 112/12

**withdraw [1]** 61/6

**within [4]** 6/14 21/20 128/4 144/20

**without [13]** 27/16 45/4 45/10 52/13 52/22 68/22 72/17 114/19 115/7 124/12 143/4 145/14 146/20

**witness [23]** 3/3 26/24 27/6 43/23 45/22 46/10 53/23 58/15 59/3 60/25 61/1 67/10 77/8 77/19 101/18 102/6 118/17 118/22 132/8 132/22 135/9 136/10 142/22

**witnesses [4]** 25/25 26/4 26/8 28/8

**woman [1]** 47/22

**won [2]** 57/5 83/5

**won't [6]** 23/11 29/2 48/14 67/20 67/23 135/16

**word [5]** 56/23 64/8 81/6 136/19 136/19

**words [7]** 15/1 19/4 69/23 80/23 95/9 131/13 136/18

**work [26]** 5/10 5/13 12/4 14/21 42/24 43/25 66/12 68/17 68/18 80/4 80/4 81/24 81/25 82/6 82/6 82/7 82/9 86/22 104/7 125/9 125/10 133/17 133/18 133/20 136/21 136/23

**worked [7]** 5/12 10/4 48/23 66/18 69/1 83/25 133/24

**working [11]** 13/13 68/22 84/6 84/16 96/20 104/16 122/5 122/18 125/19 126/4 126/21

**workout [3]** 10/2 13/15 66/4

**workouts [3]** 66/16 126/2 126/4

**works [1]** 66/6

**world [1]** 126/10

**worry [1]** 93/5

**worth [3]** 93/22 93/23 93/24

**would [275]**

**wouldn't [12]** 6/5 19/13 30/5 30/8 43/4 106/7 106/9 106/23 106/24 107/2 125/13 125/16

**wrist [1]** 141/25

**write [5]** 15/21 75/25 77/2 78/3 81/9

**written [1]** 75/22

**W**

**wrong [12]**   8/18 14/25 15/1
15/13 15/14 15/23 28/24 47/7
53/2 69/13 101/15 101/18
**wrote [3]**   8/18 9/5 141/16

**Y**

**Yankees [6]**   11/16 129/12
129/19 130/5 130/7 130/16
**yeah [68]**   11/3 13/2 14/20 17/7
78/19 79/8 79/12 81/23 83/7
83/10 83/19 84/11 85/7 85/12
85/24 86/2 86/25 87/16 87/19
89/25 90/20 92/5 92/20 93/18
93/18 94/6 95/8 97/18 99/16
103/15 104/2 105/7 105/12
105/13 105/16 105/19 106/14
106/25 107/1 107/4 107/10
107/14 108/1 109/12 109/15
109/20 110/22 111/14 111/17
111/22 112/8 112/11 112/15
112/17 114/21 115/12 115/14
115/25 117/4 117/10 117/13
122/15 124/2 127/9 130/10
131/17 134/14 134/14
**year [41]**   12/21 12/23 17/17
17/18 18/6 19/2 21/5 34/17
37/20 38/19 38/21 56/11 63/1
63/2 65/9 82/15 82/25 83/2
83/7 84/12 86/1 94/13 98/14
98/15 98/16 98/22 99/1 99/5
99/12 99/14 113/10 122/6
122/18 123/4 128/23 133/25
134/7 134/12 138/16 138/17
138/22
**year 2001 [1]**   19/2
**year-round [1]**   63/2
**years [34]**   11/4 11/8 12/25
30/15 37/25 43/24 43/24 55/24
56/16 59/21 60/11 61/10 61/21
66/13 66/14 66/20 66/23 66/25
68/1 70/11 82/14 83/3 83/6
83/11 93/2 98/24 99/18 99/21
120/19 120/21 130/3 130/3
130/20 138/25
**yes [225]**
**yet [4]**   34/13 93/17 114/23
123/12
**York [7]**   22/16 63/7 66/3 79/1
79/9 98/20 130/16
**you [983]**
**you'll [4]**   23/18 23/24 84/21
89/14
**you're [40]**   7/9 9/14 14/9 14/9
23/17 23/17 28/10 28/16 32/15
37/2 45/17 46/6 47/1 47/2 47/9
50/1 50/15 52/25 57/24 77/7
78/3 78/20 85/25 87/13 88/11
101/4 102/17 107/2 108/11
112/18 117/18 120/4 134/22
136/22 144/8 145/18 146/3
146/14 146/21 147/1
**you've [18]**   23/11 25/12 33/10
33/23 36/20 40/8 63/4 63/10
68/1 71/23 71/25 72/10 76/19
83/22 101/15 113/21 115/13
129/22
**young [6]**   5/19 10/19 21/25
139/22 139/24 141/4
**younger [14]**   4/11 4/22 5/3 5/6
10/13 10/21 12/18 12/20 21/22

**youngster [1]**   6/16
**your [126]**   4/10 7/16 14/7
14/11 15/25 16/11 18/8 19/23
21/8 21/10 24/8 25/22 25/22
26/14 26/16 26/17 29/4 29/9
32/19 33/7 33/9 33/10 33/13
33/16 34/10 34/12 34/23 38/14
39/20 39/21 39/24 40/22 42/20
45/14 45/16 45/19 45/21 46/7
46/11 48/8 52/11 53/3 53/20
55/2 55/8 55/22 55/23 56/19
57/15 57/18 58/16 58/21 59/9
59/11 59/24 60/25 64/9 66/15
67/4 67/8 67/10 69/5 72/19
77/9 78/9 78/12 78/18 79/24
80/2 80/10 81/24 87/6 88/10
88/11 88/23 93/8 93/19 94/7
94/13 95/17 97/3 100/20 102/3
102/23 103/9 114/25 115/6
117/19 118/18 119/7 119/20
119/24 123/1 126/10 126/24
130/21 131/5 131/13 132/2
132/11 132/14 132/22 133/17
134/16 134/19 135/1 135/1
135/5 135/25 136/14 137/21
137/25 138/5 139/2 139/4
139/10 141/13 141/19 142/21
142/23 143/5 144/16 145/19
146/9 147/8 147/19
**yourself [7]**   33/16 62/20 68/3
71/12 79/18 81/18 83/23