IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Government,            CR No. 10-223
                              Washington, DC
    vs.                      June 5, 2012
                              1:40 p.m.
WILLIAM R. CLEMENS,
a/k/a ROGER CLEMENS,
       Defendant.
_____

TRANSCRIPT OF JURY TRIAL – PM SESSION
BEFORE THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        STEVEN DURHAM, ESQUIRE
                            DANIEL BUTLER, ESQUIRE
                            COURTNEY G. SALESKI, JR., ESQ.
                            GILBERTO GUERRERO, ESQUIRE
                            U.S. Attorney's Office
                            555 Fourth Street, NW
                            Washington, DC  20530
                            (202) 252-7862
                            steven.durham@usdoj.gov
                            daniel.butler@usdoj.gov
                            gilberto.guerrero@usdoj.gov
                            courtney.saleski@usdoj.gov

For the Defendant:         RUSSELL HARDIN, JR., ESQUIRE
                            JEREMY T. MONTHY, ESQUIRE
                            Rusty Hardin & Associates
                            1401 McKinney Street
                            Suite 2250
                            Houston, TX  77010
                            (713) 652-9000
                            rhardin@rustyhardin.com
                            jmonthy@rustyhardin.com

MICHAEL A. ATTANASIO, ESQUIRE
Cooley, Godward, Kronish, LLP
4401 Eastgate Mall
San Diego, CA  92121
(858) 550-6020
mattanasio@cooley.com


Court Reporter:          Lisa M. Foradori, RPR
                         Official Court Reporter
                         U.S. Courthouse, Room 6706
                         333 Constitution Avenue, NW
                         Washington, DC  20001
                         (202) 354-3269


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1

2                           I N D E X

3    WITNESS                  DIRECT   CROSS   REDIRECT   RECROSS

4    For the Defendant:

5    ROHAN BIACHU                        5        27

6    BRUCE GOLDBERGER          31/93    107      118

7    MARC SCOTT TAYLOR         125

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2          THE COURT:  How many additional witnesses will the

3     defense be calling?

4          MR. HARDIN:  May I have just a second, Your Honor?

5          Maybe 9 or 10.  But I still think we're on

6     schedule, Your Honor, to rest sometime late Friday.

7          THE COURT:  Are any of those going to be just

8     cumulative of what we've been hearing already about Mr.

9     Clemens's work ethic?  I think we got a lot on that.

10         MR. HARDIN:  There is only one other witness on

11    that issue.  But it was because he chronologically is at the

12    beginning of his junior college year, his first year out of

13    high school.  That is Coach Graham.  He was not available

14    because Rice was in the playoffs.  But other than that,

15    there's nobody else about that subject.

16         THE COURT:  Okay.  Okay.  Anything before we bring

17    the jury in?

18         MR. BUTLER:  Your Honor, Court's indulgence.

19         MR. HARDIN:  Before you answer, we went back and

20    checked.  In the 2-1/2 days last week we went through 11

21    witnesses.  That is why I'm so optimistic we'll be able to do

22    it this week.

23         MR. BUTLER:  Your Honor, thank you.  The defense is

24    going to call an expert, Bruce Goldberger, the person we

25    talked about yesterday, Your Honor.

 1             THE COURT:  The forensic toxicologist?

 2             MR. BUTLER:  Yes.  During his testimony we'd like

 3   to have our toxicologist sit in to assist the government in

 4   forming cross-examination questions.  Her name is Cynthia

 5   Morris-Kukoski, who the Court has already heard from.  I don't

 6   believe there's any objection from the defense side.

 7             MR. HARDIN:  No, I think Mr. -- I think Mr.

 8   Attanasio already said we have no objection.  We do not.

 9             THE COURT:  Very well.  Okay.

10   JURY ESCORTED INTO THE COURTROOM AT 1:45 P.M.

11             THE COURT:  You may be seated.  Good afternoon.

12   The witness can resume the witness stand.

13                       CROSS-EXAMINATION

14   BY MR. DURHAM:

15   Q.   Mr. Baichu?

16   A.   Yes, sir.

17   Q.   Good afternoon, sir.

18   A.   Good afternoon to you, sir.

19   Q.   My name is Steve Durham, I'm an assistant U.S. Attorney

20   here in D.C.  And we haven't met before, but you did speak

21   with the FBI in November of 2010.  Do you recall that?

22   A.   Yeah, I spoke with them.  Yeah, it was November 2010 I

23   think, yes, sir.

24   Q.   And they asked you some questions about this, what you

25   may or may not know, correct?

A.   Yes, sir.

Q.   Let me go back to, I think, about where you started. You indicated I think to us that you met Mr. Clemens in 1999, was that right?

A.   Correct, sir.

Q.   And that was when he joined the New York Yankees?

A.   That is correct, sir.

Q.   When he joined the New York Yankees I think you described it as this was a big deal, Mr. Clemens coming to the Yankees, yes?

A.   Yeah.  Yes, sir.

Q.   And did I hear you correctly that when he joined the Yankees, that people -- that the team loved him at that point, is that correct?

A.   That is correct, sir.  We were happy to have him on our team, yeah.

Q.   Did I hear you correctly -- and please correct me if I'm misstating this -- did I hear you correctly that you -- when he was with other teams, that you hated him?

A.   Well, that's standard for a good player on another team, yeah.

Q.   But you used that word.  That is a strong word.

A.   No, I wouldn't -- we didn't hate him as a person, we just hated playing against him because, you know -- I mean, when I say we, mostly the players.  He was a tough pitcher to

1    face.   Same like Pedro at the time and those guys.

2    Q.    Sometimes he would throw the ball at hitters?

3    A.    What do you mean, throw the ball?

4              THE COURT:  Wait, wait, wait.

5    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

6              THE COURT:  How is that relevant?  I sustained the

7    objection to this same inquiry previously.  You're

8    suggesting --

9              MR. DURHAM:  Well, I appreciate --

10             THE COURT:  You're suggesting that he, what,

11   assaultive behavior?

12             MR. DURHAM:  Well, the Court sustained an objection

13   when I asked Mr. Pettitte about throwing the ball, and I don't

14   intend to ask him that.  But we've heard -- we've heard a lot

15   of information here that indicates --

16             MR. HARDIN:  They are suggesting putting on

17   evidence that is -- but otherwise, that's an incredibly

18   inflammatory -- that's a 404(b) thing.  He's been suggesting

19   it from the outset.  It's outrageous.  I should not have to

20   object to that kind of question.

21             MR. DURHAM:  Mr. Attanasio asked Mr. Pettitte in

22   cross-examination, and that information has been elicited by

23   the defense.

24             THE COURT:  Asked who on cross?

25             MR. DURHAM:  He asked Mr. Pettitte -- or excuse me,

1  Mr. Pettitte about pitching inside, at batters --

2           THE COURT:  That's not throwing it at somebody.

3  All pitchers in the major leagues will throw inside to brush a

4  player back.  But that doesn't mean they're trying to hit him.

5           MR. DURHAM:  I guess my reservation is, Your Honor,

6  and I'll move on --

7           THE COURT:  All right.

8  SIDEBAR DISCUSSION CONCLUDED

9           THE COURT:  Disregard the last question that was

10 asked.

11 BY MR. DURHAM:

12  Q.   Mr. Baichu, I think you had described for the ladies

13 and gentlemen of the jury your work with Mr. Clemens, is that

14 correct?

15  A.   Yes, sir.

16  Q.   And part of your work that you did with Mr. Clemens was

17 to provide massage therapy, yes?

18  A.   Yes, sir.

19  Q.   And did that include, I think you said deep tissue

20 massage?

21  A.   That is correct, sir.

22  Q.   And that was a number of days a week?

23  A.   Yes, sir.

24  Q.   And the point of deep tissue massage is to help the

25 muscles recuperate, is that correct?

9

1    A.    Correct, sir.   That was what I was taught in massage

2   school, and it actually, to me it worked in real life, yes,

3   sir.

4    Q.    And the benefits of deep tissue massage are they help

5   the muscles recover from injury or exercise, correct?

6    A.    An acute injury, you don't do deep tissue massage.

7   It's got to be something chronic that is healing.   Exercise,

8   yes, depending on the kind of massage, the physical condition

9   of the athlete, it will absolutely help, sir.

10    Q.    So if somebody exercises very hard, say they pitch a

11   game or they lift weights, that causes some tear-down of the

12   muscle, correct?

13    A.    Yeah, we call it microtears and you would do a specific

14   massage right after, but the following day you do a deep

15   tissue massage.

16    Q.    And the benefits of that is it helps the muscle recover

17   to full capacity, correct?

18    A.    Well, you hope it's to full capacity, sir, yeah.

19    Q.    That is your goal?

20    A.    That is the goal, correct.

21    Q.    And sometimes in a massage you don't always achieve

22   your goal, correct?

23    A.    To some -- you would get some benefit out of it.   There

24   is some benefit.

25    Q.    There is some benefit --

1    A.   At the very minimum, yes.

2    Q.   A massage will give you, from what you say, a minimum

3    benefit as far as tissue recovery?

4    A.   No, not minimum benefit.  But I said you can get

5    maximum -- the threshold would be at the very least you will

6    benefit from it.  It may actually get the job done, but it

7    just enhances your recovery.

8    Q.   It may get the job done?

9    A.   That is why I'm hired, to do deep tissue and get the

10   guys back ready ASAP, sir.

11   Q.   That is the goal, isn't it?

12   A.   Yes, sir.

13   Q.   To get the guys back ready ASAP, right?

14   A.   Yes, sir.

15   Q.   That's a very important concept in the game of major

16   league baseball, correct?

17   A.   Yes, sir.

18   Q.   And in other words, recovery from exercise is a very

19   important concept?

20   A.   Yes, sir.

21   Q.   Because a pitcher has to go out every five days and

22   pitch again, right?

23   A.   That is correct, sir.

24   Q.   And part of what you do as a massage therapist is to

25   help the muscles recover from exercise?

1    A.   Yes, sir.

2    Q.   And you say that sometimes you're more successful than

3    other times at that?

4    A.   Well, I think every time you're successful.  It's just

5    to what extent you're successful.  But I think every time that

6    you touch somebody, you're bringing them some relief from the

7    adhesions.

8    Q.   Sometimes it might be 75 percent.  Sometimes it might

9    be a hundred percent?

10   A.   I would say yes, sir.

11   Q.   Is it true, Mr. Baichu, in your experience with major

12   league baseball players, that July and August are very

13   difficult months on the players?

14   A.   I would say every -- sometimes April -- every month is

15   very difficult, sir.  On a good team they make you -- you

16   know, we don't try -- the good teams I've been on, you don't

17   take days off or months off.

18   Q.   You can't afford to, can you?

19   A.   No, sir.

20   Q.   You would agree that as the season wears on, the

21   rigors, the physical rigors become more and more difficult?

22   You would agree with that, wouldn't you?

23   A.   Yes, sir, to manage, yes.

24   Q.   And you would also agree, Mr. Baichu, that as an

25   athlete ages, that it becomes more and more difficult as an

1    athlete ages?

2      A.    To recover?

3      Q.    Yes.

4      A.    Yeah, that's commonly known, sir.

5      Q.    Commonly known?

6      A.    I think -- I think it's -- I'm not an expert on

7    ultimate recovery, but massage -- of course you got to follow

8    things like hydration, rest.

9      Q.    You would agree with me --

10     A.    Yes, sir.

11     Q.    You would agree that -- and you've touched a number --

12   you've touched Mr. Clemens's body on numerous times, correct?

13     A.    Yes, sir.

14     Q.    And you've worked with other major league players,

15   correct?

16     A.    Correct, sir.

17     Q.    And you've laid hands on their bodies from time to

18   time, correct?

19     A.    That is correct.

20     Q.    And you would agree, would you not, that the body of a

21   35-year-old athlete is different than the body of a

22   25-year-old athlete?

23     A.    That is a good question, sir.  Depending on who the

24   athlete is.

25     Q.    Would you generally agree, though, that that's true?

1    A.    All other things being equal, yes, sir.

2    Q.    All other things being equal?

3    A.    Correct, sir.

4    Q.    And the body, as the body ages, the body, it's more

5    difficult for the body to recover.  Would you agree with that?

6    A.    I would agree with that, sir, in general.

7    Q.    Do you know, Mr. Baichu -- you worked for the Yankees

8    in the year 2000, yes?

9    A.    Yes, sir.

10   Q.    Do you know whether Mr. Clemens spent any time on the

11   disabled list in the year 2000?

12   A.    Sir, I do not recall.

13   Q.    Would it surprise you to learn that Mr. Clemens spent

14   several weeks on the disabled list in June of 2000 for a groin

15   injury?  Do you recall that?

16   A.    You know, I recall, yes, I recall his groin bothering

17   him different times, yes, sir.

18   Q.    And that's not an uncommon injury in the game of

19   baseball, is it?

20   A.    No, sir, very common.

21   Q.    It was not an uncommon injury with Mr. Clemens, was it?

22   A.    No, sir.

23   Q.    And in fact, time on the disabled list, people want to

24   get off the disabled list as quickly as possible so they can

25   get back to playing.  Would you agree with that?

1    A.   Well, that's the hope, that you can get the guys back

2    out, but the head trainer decides that -- I mean, what you

3    work with, you know.

4    Q.   The head trainer, you mean the head athletic trainer?

5    A.   That is correct.

6    Q.   With the New York Yankees -- you were employed by the

7    Yankees?

8    A.   That is correct, sir.

9    Q.   And your job in 2000 and 2001 was -- your job title was

10   massage therapist?

11   A.   Yes, sir.

12   Q.   And as massage therapist, did you have an office?

13   A.   Yes, sir.

14   Q.   Where was that?

15   A.   It was in the, like in the locker room, adjacent to the

16   training room.  It was in old Yankee stadium.  How can I

17   describe it?  You walk into where all the lockers were.  If it

18   was this room, it was off to the left, and the training room

19   was on the other side, yeah.

20   Q.   Was there a weight room that was outside the clubhouse

21   and down the hallway?

22   A.   Yes, sir.

23   Q.   And you didn't work there, correct?

24   A.   I did sometimes, sir.

25   Q.   You did go down to the weight room?

1    A.    Yeah, I spent a lot of time.

2    Q.    Have I accurately described it, that it's outside the

3    clubhouse and down the hallway?

4    A.    You have, sir.

5    Q.    Now, the training room, you said you were in the

6    training room from time to time?

7    A.    Yes, sir.

8    Q.    And you know, Mr. Baichu, being a member of a major

9    league baseball team, that there is a difference between an

10   athletic trainer and a strength coach?

11   A.    Yes, sir.

12   Q.    You smile.  Those are two different jobs, right?

13   A.    Oh, certainly, sir.

14   Q.    And the athletic trainer is the person who's in charge

15   of dispensing medical services, correct?

16   A.    That is correct, sir.

17   Q.    And with the New York Yankees in 2000 and 2001, sir,

18   that was a gentlemen by the name of Gene Monahan, right?

19   A.    Correct, sir.

20   Q.    And you held him in high regard as an athletic trainer?

21   A.    Absolutely, sir.

22   Q.    In fact, you would agree that Mr. Monahan was probably

23   one of the best athletic trainers in the business at the time?

24   A.    I would say he was -- yes, I held him in high regard.

25   I don't want to say anything to offend other trainers, but

1    he's definitely one of the -- yes, a good --

2    Q.    You don't have to say anything negative about anybody,

3    but with respect to Mr. Monahan --

4    A.    Yeah.

5    Q.    -- fair to say he was in the upper echelon?

6    A.    That is very fair to say, yes, sir.

7    Q.    Now, Mr. Baichu, as a member of the New York Yankees as

8    the massage therapist, you never provided any injections to

9    anybody?

10   A.    No, sir.

11   Q.    You wouldn't do that, right?

12   A.    No.  No, sir.

13   Q.    Because you had no authority to do that?

14   A.    Absolutely not, sir, no.

15   Q.    You never saw Mr. Clemens get any injections, did you?

16   A.    No, sir.

17   Q.    Not a single one, right?

18   A.    Not a single one, sir.

19   Q.    In your dealings with Mr. Clemens is it fair to say

20   that Mr. Clemens was the gatekeeper of his own body?

21   A.    The gatekeeper of his own body?

22   Q.    Let me explain.

23   A.    Yeah.

24   Q.    Mr. Clemens knew what he was -- what he was doing with

25   respect to what he was eating, correct?

17

1    A.    Yeah.  With his food?

2    Q.    Yeah.

3    A.    Yes, I would say yeah.

4    Q.    Is it fair to say that he paid careful attention to

5    those details?

6    A.    Yes, it would be fair to say, yeah, that -- you know, I

7    wasn't with him every single minute of the day, but I know

8    sometimes he ate meat and stuff like that.

9    Q.    I understand.

10   A.    Yeah.

11   Q.    Just in the limited -- in the times that you were with

12   him --

13   A.    Yes, sir.

14   Q.    -- just those observations.  I mean, obviously, you

15   can't say what happened in times when you were not with Mr.

16   Clemens, right?

17   A.    That's correct, sir.

18   Q.    You couldn't tell us what may have happened during

19   times when Rohan Baichu wasn't there, right?

20   A.    That is right, sir.

21   Q.    But when Rohan Baichu was there, Mr. Clemens was a

22   person who paid very careful attention to details, correct?

23   A.    That is right, sir.  That is correct, sir.

24   Q.    Mr. Clemens had a very good memory for those details,

25   did he not?

1    A.   Experience is the word I would say.

2    Q.   I'm sorry?

3    A.   Experience, sir.  With his years with the Red Sox and,

4  you know, he was regarded as a very knowledgeable guy,

5  experienced, yeah.

6    Q.   And with respect to treatments that he had given you or

7  counsel, did he listen to that?

8    A.   Treatment that he gave me?

9    Q.   No, treatments that you gave him, massage,

10 recommendations for --

11   A.   Yes, he listened to me, sir, yeah, he did.

12   Q.   Paid careful attention to you?

13   A.   Yes, sir, he did.

14   Q.   And when he spoke to you, did you pay attention to him?

15   A.   Of course, yes, sir.

16   Q.   Very closely?

17   A.   Yeah.

18   Q.   And that was important to you, wasn't it?

19   A.   Of course, yes, sir.

20   Q.   Mr. Baichu, let me turn to a slightly different topic

21 area if I could.

22   A.   Yes.

23   Q.   I think you had shared with the ladies and gentlemen of

24 the jury that at some point you spent some time in Mr.

25 Clemens's pool house.  Did I hear you correctly?

1    A.    Yes, sir.

2    Q.    And when did that begin?  When did you start spending

3    some time in Houston at Mr. Clemens's pool house?

4    A.    2004, sir.

5    Q.    And do you know whether Mr. Clemens in 2003 had retired

6    from the New York Yankees?

7    A.    Well, yes, I mean, he was supposed to have retired but

8    he signed with Houston in 2004, so he didn't really retire.

9    Q.    Was there a period of time, though, that in the 2003

10   season, if you recall --

11   A.    Uh-huh.

12   Q.    -- that was announced as Mr. Clemens's last season as a

13   major league baseball player?

14   A.    I remember watching the World Series against the

15   Marlins and seeing him tipping his cap.

16   Q.    Going out?

17   A.    Yes, sir.

18   Q.    As in adios, I'm not returning as a baseball player, at

19   least I have no plans to?

20   A.    Right, sir.

21   Q.    You know, Mr. Baichu -- you mentioned the name of Brian

22   McNamee.  Do you know, during the 2003 season -- by the way,

23   were you with the Yankees as a massage therapist during that

24   year?

25   A.    In what?

1    Q.    2003.

2    A.    No, sir.  My last year was 2002.

3    Q.    Fair enough.  Do you know whether Mr. Clemens worked

4    with Mr. McNamee, used Mr. McNamee as a private strength coach

5    in 2003?

6    A.    I couldn't tell you that, sir.

7    Q.    You don't know that?

8    A.    I don't know that, sir.  We never crossed paths.

9    Q.    Understood.  At the end of the '03 season I think you

10   said that -- we agreed that Mr. Clemens had announced his

11   retirement, correct?

12   A.    Yes, sir.  I mean, it was on national TV.

13   Q.    Did you -- I'm sorry.

14   A.    It was -- especially during the World Series.

15   Q.    Tipped the cap?

16   A.    Yeah, well, everybody -- yes, sir.

17   Q.    And did you tell us on direct examination that you knew

18   an individual by the name of Andy Pettitte?

19   A.    Yes, sir.

20   Q.    And you knew Andy Pettitte because Andy Pettitte was on

21   the New York Yankees as well, correct?

22   A.    That is correct, sir.

23   Q.    And you knew that Mr. Clemens and Mr. Pettitte knew

24   each other, right?

25   A.    Yes, sir.

1    Q.   You knew that they were close friends, right?

2    A.   Yes, sir.

3    Q.   That's a fair characterization?

4    A.   It's fair, yeah, on the Yankees, yes, sir.

5    Q.   Do you know, Mr. Baichu, whether when Mr. Clemens

6    retired at the end of the 2003 season, whether Mr. Pettitte

7    asked Mr. Clemens whether he could hire Mr. McNamee as his

8    private strength coach?

9    A.   I have no knowledge of that, sir, what went on between

10   Rock and Andy, I couldn't tell you that.

11   Q.   Understood, understood.  Because that's a discussion

12   that would go on outside of your presence, correct?

13   A.   Not necessarily, but it didn't happen in my presence.

14   They could have spoken in my presence.

15   Q.   Exactly.  That's all I'm getting at.

16   A.   Yes, sir.

17   Q.   You can't say what happened between two people if you

18   weren't present?

19   A.   Exactly, sir.  Thank you.

20   Q.   Thank you.

21   A.   Sure.

22   Q.   So in 2004, I think you said there came a point in time

23   when you were at the pool house.  When did that begin?

24   A.   Sir, I don't want to give you exact dates.

25   Q.   That's okay, I won't hold you to an exact date.  Do the

1    best you can.

2       A.   I want to say April maybe, or mid, late April.  And

3    Rock might have better times of those.  And we could look at

4    old airline tickets if we can.

5       Q.   That's okay.  I don't want to -- I just -- let me just

6    confirm if I could, would it be during the season?

7       A.   It would be during the season.

8       Q.   During the season?

9       A.   Yes, sir.

10      Q.   Okay.  As opposed to the off-season, say January or

11   February?

12      A.   No, not during the off-season, sir.

13      Q.   So if others were visiting Mr. Clemens during the

14   off-season, you wouldn't necessarily know about that?

15      A.   No, sir.

16      Q.   Did you ever go to Andy Pettitte's house for any type

17   of workouts?

18      A.   No, sir.

19      Q.   Have you ever been to Andy Pettitte's house?

20      A.   Not in Deer Park, no, sir.

21      Q.   Do you know whether or not Mr. Clemens and Mr. Pettitte

22   and Mr. McNamee worked out together in 2004 at Andy Pettitte's

23   gym in Deer Park?

24      A.   No knowledge of that, sir.

25      Q.   Because you weren't present for that?

1    A.    No, I wasn't present, I never went to Andy's house,

2    sir.

3    Q.    Understood.

4    A.    Yes, sir.

5    Q.    I think you said, Mr. Baichu, that Mr. Clemens worked

6    with a gentleman by the name of Gene Coleman.  Did I hear you

7    correctly?

8    A.    Yes, sir, you did.

9    Q.    And Gene Coleman was the strength and conditioning

10   coach for the Houston Astros in '04 and '05 and '06, correct?

11   A.    Yes, head strength coach, sir.

12   Q.    Head strength coach?

13   A.    Yes.

14   Q.    You knew him?

15   A.    Very well, sir.

16   Q.    And he had -- he lived in the Houston area?

17   A.    Correct, sir.

18   Q.    And he worked at the ballpark?

19   A.    Yes, sir.

20   Q.    The Astros ballpark?

21   A.    Yes, sir.

22   Q.    He was accessible to Mr. Clemens on a regular daily

23   basis?

24   A.    Yes, sir.

25   Q.    And Mr. Coleman, did you hold him in high regard?

1    A.   Yes, sir.

2    Q.   Mr. Coleman didn't have to come in from another state,

3    say New York or anywhere else, to train Mr. Clemens, correct?

4    A.   No, sir.

5    Q.   He was right there?

6    A.   He was part of the Astros major league staff.

7    Q.   Do you know, Mr. Baichu, whether Mr. Clemens may have

8    made any payments to Mr. McNamee in 2005 or 2006?

9    A.   No, sir, none that I know of.

10         MR. DURHAM:   Court's indulgence.

11   BY MR. DURHAM:

12   Q.   Mr. Baichu, I'm almost finished.

13   A.   No problem, sir.

14   Q.   Let me ask you a couple more questions about

15   Mr. Pettitte.  I think you described the relationship between

16   Mr. Pettitte and Mr. Clemens as being close friends, is that

17   correct?

18   A.   Yes, I'd say they were friends.

19   Q.   When you talked to Mr. Hardin on direct examination I

20   think one of the things you said was that Mr. Clemens would

21   take a leadership role, is that correct?

22   A.   Not in -- yeah, in -- not so much when he first got

23   there, but within -- him establishing himself on the Yankees,

24   yes, definitely a leadership -- you know, people emulated him,

25   other pitchers.

1    Q.   That's the word, thank you.

2    A.   Yes, sir.

3    Q.   People emulated him?

4    A.   Yes, sir.

5    Q.   Which means in your mind -- and please correct me if

6    I'm wrong, is that they tried to model their behavior after

7    his, correct?

8    A.   That is correct, sir.

9    Q.   And younger pitchers, would Mr. Clemens talk to younger

10   pitchers in your observation?

11   A.   Oh, yes, sir.

12   Q.   And would those younger pitchers listen to Mr. Clemens?

13   A.   Yes, sir.

14   Q.   And your observation was, Mr. Baichu, that those

15   younger pitchers listened very carefully to Mr. Clemens?

16   A.   Yes, sir.

17   Q.   And the reason they listened very carefully to Mr.

18   Clemens was because they wanted to know what he knew about

19   success in major league baseball, correct?

20   A.   I would say -- yeah, you could say that, but -- yeah,

21   yeah, pitching.  They discussed pitching all the time.

22   Q.   And there were some people on the Yankees that you

23   would consider to be closer to Mr. Clemens than others,

24   correct?

25   A.   I would think I was one of those, but who knows how he

1   looked at me, but.

2   Q.   What I'm getting at is there were some players on the

3   Yankees that --

4   A.   Oh, players.

5   Q.   Players.

6   A.   Players, yes.

7   Q.   Mr. Clemens wasn't as close with all the players as he

8   was with others, correct?

9   A.   Well, he was never I would say not available to anyone.

10  I mean, he was available to anyone.

11  Q.   So if people wanted to come up and ask him something,

12  he was available to do that?

13  A.   Any time.

14  Q.   But what I'm getting at, I guess, is that he had

15  closer -- some people were closer friends than others, is that

16  fair?

17  A.   Yeah.  Well, Andy for sure.

18  Q.   Andy for sure?

19  A.   We already know.

20  Q.   And you say that because you were able to observe the

21  relationship?

22  A.   I'd say friends, they were starting pitchers together,

23  and starting pitchers are like, if you look at any team in the

24  dugout during a game that the pitcher is not pitching, you

25  will see three or four starting pitchers lumping together.

1    They all —— they are always a bunch unto themselves.

2        Q.    You said a bunch onto themselves?

3        A.    Like starting pitchers, they always, they just hang out

4    together, during the game, during —— sometimes during

5    workouts, if the strength coach is available, yeah.

6        Q.    Would you consider Andy Pettitte to be one of the

7    pitchers that emulated Mr. Clemens?

8        A.    Andy was pretty established, but I would say he

9    deferred —— Rocket was higher up in the order than Andy, so I

10   would say Andy looked up to him.

11       Q.    Mr. Baichu, thank you very much.

12       A.    You're welcome, sir.

13             THE COURT:  Redirect.

14                      REDIRECT EXAMINATION

15   BY MR. HARDIN:

16       Q.    You were asked about Mr. Coleman.  Now, did Mr. Coleman

17   ever catch for warm—ups or anything like that?

18       A.    Not to my knowledge.  He may have had a glove, but I

19   never seen him catch —— you mean like bullpen catching?

20       Q.    Yes.

21       A.    No, he didn't catch bullpen, but he probably played ——

22   we all played, at different times played catch with each

23   other.

24       Q.    Well, I'm really speaking catch for Mr. Clemens or

25   pitchers.

1    A.    That was -- if he did, it was rarely he did that.  I

2    mean.

3    Q.    Secondly, he asked you, the prosecutor just asked you

4    about taking a 35-year-old and a younger pitcher and they are

5    different, and you recall that?

6    A.    Yes, sir.

7    Q.    Recovery?

8    A.    Yeah.  The officer asked me that.

9    Q.    And you said something like depending on who the

10   athlete is.  What did you mean?

11   A.    Well, some young guys come in with a lot of talent but

12   they have what we call bad bodies.  Like they didn't -- they

13   have talent, but not in the kind of shape that you would

14   expect them to be in.  And that's just because they were

15   gifted coming up through the system.

16   Q.    Well, to follow along with the prosecutor's questions,

17   how would you compare the condition and the body of Mr.

18   Clemens when he was in his 40s in Houston, with the body of

19   other players 10, 15 years younger that you also massaged?

20   A.    Okay.  If I was to say, and I'm not the ultimate

21   expert, so please understand, but my opinion on that is

22   that -- you say him as a 40-year-old?

23   Q.    Yes.

24   A.    He was definitely, biologically he was not 40, I don't

25   think.  He was younger, in my opinion.  Has always been that.

1    But a lot of the good guys are like that.

2    Q.   Let me ask you this.  Did the massage therapy that you

3    engaged in with him and the constant exercise, did that seem

4    to help him recover?

5    A.   Definitely, sir, yeah.

6    Q.   And every five days, by the time he pitched the fifth

7    day, what was his stage of recovery from the previous four

8    days?

9    A.   Sir, you could ask anyone, I don't think when a guy

10   takes the mound, anybody will tell you they are a hundred

11   percent, even a position player, I mean, but they are in a

12   good position to compete on that given day.

13   Q.   And during the time that you used and you saw massage

14   therapy, did you see any need for Roger Clemens to have

15   anything else to try to help him recover?

16   A.   No, sir.

17           MR. DURHAM:  Objection.

18           MR. HARDIN:  That's all I have, Judge.  What was

19   the ruling?  I'm sorry.

20           That's all I have.

21           THE COURT:  I'll sustain the objection to the last

22   question and answer.  Disregard both.

23           Any questions from the jury?

24           (No response.)

25           THE COURT:  Thank you, sir.

1        THE WITNESS:  Thank you, Your Honor.

2        THE COURT:  Did you have a question, sir?

3        Next witness.

4        MR. HARDIN:  Dr. Bruce Goldberger, Your Honor.

5        MR. BUTLER:  May we approach just briefly?

6    SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:

7        MR. BUTLER:  Your Honor, as to these two, the next

8    two witnesses we expect, which are Dr. Goldberger and Mr.

9    Taylor, we assume the defense counsel is not going to move to

10   admit reports by these individuals or reports of the

11   government through these individuals.  I just want to make

12   sure that that's not in the cards here, so to speak.

13       THE COURT:  Did you ask that?

14       MR. BUTLER:  Well, the only reports we have is a

15   two-page one from Dr. Goldberger, which is just a --

16       THE COURT:  What I'm saying is did you ask them

17   whether they intended to do that, so we wouldn't have to have

18   this discussion if they weren't going to do it?

19       MR. BUTLER:  I haven't asked that yet, Your Honor,

20   no.

21       MR. HARDIN:  The answer would have been no.

22       THE COURT:  Okay.

23   SIDEBAR DISCUSSION CONCLUDED

24

25

```
1    Thereupon,
2                        BRUCE A. GOLDBERGER,
3    the witness herein, having been first duly sworn, was examined
4    and testified as follows.
5                          DIRECT EXAMINATION
6    BY MR. HARDIN:
7      Q.   State your name, please.
8      A.   My name is Bruce A. Goldberger.
9      Q.   Would you give the court reporter the spelling of your
10   last name, please?
11     A.   G-O-L-D-B-E-R-G-E-R.
12     Q.   Dr. Goldberger, how old a man are you?
13     A.   Fifty-two.
14     Q.   Where do you live?
15     A.   In Newberry, Florida.
16     Q.   What do you do?
17     A.   I'm professor and director of toxicology at the
18   University of Florida, I work in the college of medicine in
19   the departments of pathology and psychiatry.
20     Q.   All right.  Are you married?
21     A.   Yes, I am.
22     Q.   Do you have children?
23     A.   I do.
24     Q.   How many?
25     A.   I have two.
```

1    Q.    How old?

2    A.    A 22-year-old daughter and a 15-year-old son.

3    Q.    Where did you grow up?

4    A.    Half my life in Baltimore and more or less the other

5    half in Florida.

6    Q.    Which half in Baltimore?

7    A.    I grew up in Baltimore, went to high school in

8    Baltimore, moved out of town for a bit, moved back to

9    Baltimore for graduate school.

10   Q.    Where did you go in undergraduate?

11   A.    I went to a small liberal arts college in New Jersey.

12   It's called Drew University.

13   Q.    What was your major?

14   A.    Zoology.

15   Q.    How do you pronounce it?

16   A.    Zoology, Z-O-O-L-O-G-Y.

17   Q.    You don't say zoology?

18   A.    No, you don't.

19   Q.    Do you take your children to the zoo?

20   A.    To the zoo.

21   Q.    Now, where did you go to graduate school?

22   A.    After undergraduate school in New Jersey I returned to

23   Baltimore and went to graduate school at the University of

24   Maryland School of Medicine in the department of pathology.  I

25   have a master's degree and a doctoral degree in toxicology.

1     Q.    Did you get both the master's and the doctoral degree?

2     A.    I did.

3     Q.    When you say the doctoral degree in toxicology --

4                THE COURT:  Both University of Maryland?

5                THE WITNESS:  Yes, sir.

6   BY MR. HARDIN:

7     Q.    If you could stay just a little closer.  I don't mean

8   to have you there, but just a little bit closer.  Thank you.

9     A.    Okay.

10    Q.    Now, the actual Ph.D that you received at Maryland, the

11  full title of what it was was -- was it just a Ph.D in

12  toxicology?

13    A.    Technically I think it's -- I'd have to look at my CV,

14  but it's a Ph.D degree in forensic toxicology from the

15  department of pathology, division of forensic pathology.

16    Q.    Well, that's what I wanted to lead into.  When we say

17  forensic toxicology, what do you mean?

18    A.    The term "forensic" means applied to the law.  So in

19  terms of forensic science, which is what I practice, or

20  forensic toxicology, is all the science and the work behind

21  that as is applicable to the law, so it can be used in a court

22  like today.

23    Q.    So when you say applicable to the law, so that it can

24  be used in a court of law, again, what do you mean?  You're

25  doing -- you're applying science in what way, if you're doing

1   forensic toxicology?

2   A.   The major prerequisite to the utilization of evidence,

3   biological or nonbiological, whatever type of evidence you

4   have, and if it's used in court, it has to be accurate and

5   reliable.  It can't be erroneous or false, it has to be

6   correct, correct answer.

7   Q.   All right.  Now let's go over the background and

8   experience and training that you've had that gets you to where

9   you are.  First of all, what year did you get your Ph.D in

10  forensic toxicology?

11  A.   1993.

12  Q.   And what did you do upon receiving your Ph.D?

13  A.   I stayed in Baltimore for a year, and then I moved to

14  Florida in 1994, and I've been there since.

15  Q.   When you moved to Florida in 1994, what position did

16  you initially have?

17  A.   I was an assistant professor, so it's an entry level

18  position, as well as director of toxicology.

19  Q.   And director of toxicology at Florida?

20  A.   Yes.

21  Q.   Was there a department at the University of Florida

22  that dealt with toxicology?

23  A.   Yes, it was the department of pathology in the College

24  of Medicine.

25  Q.   All right.  And what is the science of pathology?

1    A.   Pathologists study tissue.  So there's a variety of

2    practices in pathology, from anatomic, clinical and forensic.

3    Q.   You of course are not a pathologist, are you?

4    A.   No.  To be a pathologist, card-carrying pathologist you

5    need to be a medical doctor.

6    Q.   And you're not a medical doctor?

7    A.   I am not.

8    Q.   Now, when you were assistant professor of toxicology in

9    the pathology department at the University of Florida, what

10   were your duties?

11   A.   It's always been directing the toxicology laboratory,

12   and I built a laboratory essentially from scratch in the early

13   '90s or mid-'90s, to the point where it is at -- that it is

14   right now.  I spend about 80 percent of my time directing the

15   toxicology laboratory.

16        THE COURT:  It might help if you tell us what

17   toxicology is.

18        THE WITNESS:  Toxicology is the study of poisons,

19   and I think you're going ask me more what I do.

20   BY MR. HARDIN:

21   Q.   Well, I was, but he just beat me to the punch.  That

22   was the next question.  But when you say a study of poisons,

23   what do you mean?

24   A.   So the focus of my work primarily is post-mortem

25   forensic toxicology.  So the study of poisons could be illicit

1    drugs, it could be carbon monoxide or even prescription drugs

2    in fluids and tissues from decedents, or dead people.  We also

3    work closely with local and state law enforcement agencies in

4    the investigation of crime, including traffic homicide.

5    Q.   All right.  So essentially when we say toxicology, and

6    you've used the word poisons, would that include the study of

7    drugs?

8    A.   Yes, sir.

9    Q.   And in this -- since 1993 have you been involved in the

10   study of drugs?

11   A.   Yes, actually 1982 when I entered graduate school.  I

12   started working in the field in 1982.

13   Q.   All right.  And now, when you are -- when we say the

14   study of drugs and so, has your area been to look at drugs in

15   terms of how evidence about them might be used forensically?

16   A.   Yes.  There's two areas of practice.  One is doing the

17   test, and that's analytical toxicology, which is

18   chemistry-based.  But the other area is the interpretation of

19   the results, how can the results impact an opinion regarding

20   cause of death, for example, or whether someone is impaired

21   and that led to a car crash.

22   Q.   All right.  Let's go further and talk about as far as

23   this lab.  First of all, can you describe, what is your

24   position now with the lab that you started?

25   A.   I am and have always been director of the laboratory.

1    Q.    How many employees now are in that lab?

2    A.    Depending on time of year, between 10 and 12.

3    Q.    And what does that lab do?

4    A.    We work with state medical examiners across the state

5    of Florida and conduct toxicology testing on approximately one

6    quarter of the decedents or dead persons in the state of

7    Florida.

8    Q.    One quarter?

9    A.    One quarter.  Now, these are cases investigated by

10   state medical examiners, not one quarter of all deaths,

11   because that would be a huge figure.  It's one quarter of the

12   cases investigated by state medical examiners.

13   Q.    Are state medical examiners required to investigate the

14   death of anyone that dies from unknown causes and not under

15   medical care?

16   A.    Yes.

17   Q.    Okay.  So, but let's go further.  Tell the jury in what

18   ways and how often you work with law enforcement in

19   investigating crimes?

20   A.    So there's two areas regarding the investigation of

21   crime.  One is to assist the law enforcement officers in the

22   development of a theory that an individual is impaired by

23   drugs when they were involved in a car accident, or a traffic

24   homicide.  So I work closely with Florida Highway Patrol

25   traffic homicide investigators in their investigation of a

 1   traffic homicide.

 2            And I work with investigators from around the

 3   entire state of Florida in those types of cases, several cases

 4   a month.  And in my work with them it involves oftentimes

 5   doing drug analyses in the laboratory and then the

 6   interpretation of those findings and how -- it eventually is

 7   put together in a report that could lead to the prosecution of

 8   a DUI.

 9   Q.   How often does your work involve assessing the

10   collection and preservation of evidence in determining whether

11   it can produce a reliable result?

12   A.   Every single time.  So while in Florida somewhere

13   between 30 and 40,000 cases.  The evidence is evaluated for

14   its integrity, for its reliability before a test is ever

15   conducted.

16   Q.   And what kind of things are you looking at when you

17   talk about its integrity and its reliability?

18   A.   In my setting oftentimes it's looking at the

19   documentation of collection of evidence from a source, like a

20   living person, a driver, or a decedent, a dead person.  And

21   then following the chain of custody till the evidence is

22   received in my laboratory.  And the chain of custody is that

23   piece of paper that tracks everyone who handled the evidence,

24   and it also includes the reason why they handled it.

25            Once it's in my laboratory, we continue that

1    chain of custody, but it's oftentimes a different form.

2    Q.   Let's go back to some more of your qualifications.  Do

3    you belong to any professional organizations?

4    A.   Yes.  There's many that I'm a member of.  I'm a member

5    of the American Academy of Forensic Sciences, and I'm actually

6    past president of that organization.  I was president about

7    five years ago.

8    Q.   Let me stop you there.  What is that organization?

9    A.   The American Academy of Forensic Sciences is

10   headquartered out of Colorado Springs, Colorado.  It's the

11   world's largest professional organization devoted to the

12   practice of forensic science.  We have members covering all

13   areas of forensic science, dentists, pathologists, engineers,

14   psychiatrists, and toxicologists, for example.

15   Q.   Then are there other organizations and do you hold any

16   particular positions now and in the future scheduled to take

17   any other major positions?

18   A.   Yes, there's another organization, I wouldn't consider

19   it to be a professional organization, but it's a board,

20   certification and accreditation board.  It's the American

21   Board of Forensic Toxicology.

22   Q.   What is that board and what does it do?

23   A.   That board certifies individuals as well as accredits

24   laboratories in the practice of forensic toxicology.  I'm

25   currently president—elect and will become president on July 1.

1    Q.   That means what?  You'll be president of an

2    organization nationally that does what?

3    A.   It certifies toxicologists and accredits laboratories.

4    So it's like a pediatrician that is board certified in

5    pediatrics, we have a certification process to certify

6    toxicologists that work forensic toxicology.  And then with

7    regards to the laboratory accreditation program, they, the

8    board accredits roughly 30 laboratories currently, again to

9    ensure that the practice of toxicology in the laboratory is

10   reliable.

11   Q.   Is this in the private sector, this lab, how would you

12   compare the work your lab does in the private sector with the

13   lab that the FBI does?

14   A.   Well, technically my lab is not in the private sector.

15   I'm a State of Florida employee.  I'm of course not here today

16   on behalf of the state, I'm here on my private time.  But it's

17   a state laboratory with state employees, with a budget, with

18   monies that come from the state.  It is a fee-for-service

19   laboratory, so for every case that we work, we bill the state

20   medical examiner, and they pay us for that service.  So it's

21   somewhat like a fee-for-service lab or a private lab, but we

22   are a state facility.

23   Q.   Are you a Florida state employee?

24   A.   Yes.

25   Q.   Now, do you work with the FBI lab?

1    A.    I have --

2    Q.    Have you?

3    A.    I have worked with people who work with the FBI, but I

4    don't work directly with the FBI.

5    Q.    All right.  Let's -- can you tell me whether or not you

6    have done any publication in the area?  First of all, let me

7    do this.  What certifications do you have?

8    A.    I'm board certified by the American Board of Forensic

9    Toxicology.  That is the organization that I'll become

10    president of.  Don't worry, there's no --

11    Q.    That's good, you're certified by the board you're going

12    to be president of?

13    A.    That's right.  And my laboratory's accredited as well,

14    but don't worry, there is no conflict of interest because when

15    I became certified many, many years ago, I was not on the

16    board.  So I wouldn't vote myself in, for example.

17    Q.    What other certifications?

18    A.    I have a license in the state of Florida to practice as

19    a laboratory director.  And I'm also certified by the National

20    Registry of Certified Chemists.

21    Q.    Now, how about honors and awards, have you received any

22    of those?

23    A.    Yes, I received many honors throughout my entire career

24    as a forensic toxicologist, starting off early on I received a

25    Sunshine Award from the toxicology section of the American

1   Academy of Forensic Sciences.

2      Q.   What was that award for?

3      A.   My research in forensic toxicology.  Recognition of my

4   research.  Mid-year career, although I think I'm still young,

5   but around 45 or so, I received a mid-year career achievement

6   award from the International Association of Forensic

7   Toxicologists.  And then more recently I received a Gettler

8   Award, which is recognizing my lifetime achievements in

9   forensic toxicology, and that was from the American Academy of

10  Forensic Sciences.

11     Q.   Do you teach?

12     A.   Yes.

13     Q.   What do you teach?

14     A.   I teach forensic toxicology.  Now, most of my time is

15  devoted to running the laboratory, 80 percent.  But we have

16  students in the laboratory and I do teach in the College of

17  Medicine and the College of Pharmacy and other programs around

18  campus.

19     Q.   Doctor, in addition to that do you do some -- well,

20  have you done some writing and some editorial work in the

21  area?

22     A.   Yes, I'm the editor and chief of the principal or

23  primary journal in my field, it's called Journal of Analytical

24  Toxicology, and have been for more than 10 years.

25     Q.   The editor?

1    A.    Yes.

2    Q.    Of the premier, the -- is it the most important

3    publication for your field?

4    A.    In my field.

5              MR. BUTLER:  Objection, leading, Your Honor.

6              THE COURT:  It is.  Sustained.

7    BY MR. HARDIN:

8    Q.    And then in addition, any other editorial work?

9    A.    Yes, I have three books that have been published that

10   I've been co-editor of.  I'm working on two additional books.

11   I'm also coauthor on over 30 chapters in textbooks associated

12   with toxicology and psychiatry, and over 80 peer-reviewed

13   papers in the scientific literature relating to toxicology,

14   addiction medicine, psychiatry and other areas, related areas.

15   Q.    Finally, have you done some consulting with other

16   outside agencies concerning forensic toxicology?

17   A.    Yes.

18   Q.    Who are those agencies?

19   A.    Yes, even more broad than that, over the years I've

20   consulted with the Drug Enforcement Administration here in

21   Washington.

22   Q.    That's the DEA?

23   A.    Yes.

24   Q.    And what have you consulted with the DEA on?

25   A.    For a period of time there was a great concern by the

1    DEA, still is a concern, about the epidemic of prescription

2    drug abuse and the number of deaths associated with that.  And

3    I've consulted directly with the administrator from time to

4    time on that problem, with the hopes of receiving funding from

5    Congress to develop a national database of drug deaths.  But

6    it's been a bad time in terms of funding, so it never got off

7    the ground.

8       Q.   What about other agencies?  What about the State

9    Department?

10      A.   Yes, I also currently work with the U.S. State

11   Department in the study of the drug abuse problem in

12   Afghanistan.

13      Q.   What is that about?

14      A.   Not our military.  Oftentimes people get confused.

15   We're not concerned in this study about potential drug abuse

16   among our military.  But we're concerned about the abuse of

17   drugs by the people in Afghanistan.  Some of our work is

18   focused on mothers that use opium and heroin and give that

19   drug to their young children.  So it carries on a generational

20   effect of drugs on the children that grow into young adults

21   into adults.  We're also conducting a nationwide study of drug

22   abuse across the entire country so we can quantify the, or

23   estimate the number of people that are using or abusing drugs

24   in that country.

25      Q.   Finally, have you consulted with any athletic leagues?

1   A.   Yes.   Some time ago I consulted with the National

2  Football League Players Association.   It was about five years

3  ago when Gene Upshaw, who was their director, was alive.   And

4  I've consulted with players and player reps over the years as

5  well, and in litigation, not this type of litigation but other

6  sorts of litigation.

7   Q.   Now, have you also done any work with the Anti-Doping

8  Agency?

9   A.   Well, some of the work that I do does consider the

10  application of anti-doping procedures in professional sports.

11  I have worked with the World Anti-Doping Agency, for example.

12  Oftentimes I might be on the other side, to confront them with

13  issues related to the conduct of a drug test or the lack of

14  custody of a specimen for an athlete, for example.

15   Q.   Do you lecture nationally and internationally on

16  forensic toxicology?

17   A.   Yes.   They are listed on my CV.   I never counted them,

18  but many, many times across my career.

19   Q.   And in effect, have you -- do you have a CV that you

20  have up there with you?

21   A.   Yes.

22   Q.   Now, Doctor, let me ask you this.   I want to if I

23  can -- first of all, Your Honor, I'd ask that he be certified

24  as an expert in this area.

25             MR. BUTLER:   Your Honor, the --

1          THE COURT:  Any voir dire of the witness?

2          MR. BUTLER:  Yes.  Thank you, Your Honor.

3                    VOIR DIRE EXAMINATION

4   BY MR. BUTLER:

5    Q.    Dr. Goldberger, we've never met, is that correct?

6    A.    That's correct.

7    Q.    My name is Daniel Butler.  We talked on the phone, is

8   that correct?

9    A.    This morning?

10   Q.    Yes.

11   A.    Yes.

12   Q.    You're a forensic toxicologist.  Forensic, the word

13  "forensic" means basically related to the courts, is that

14  correct?

15   A.    Yes, sir.

16   Q.    And toxicology is the study of poisons, the nature, the

17  effect, the treatment of poisoning, is that correct?

18   A.    Yes, as well as even the measurement of those poisons

19  in samples.

20   Q.    Okay.  And most of the work you have done as a forensic

21  toxicologist has to do with things that people ingest or

22  inject, drugs of abuse, alcohol, nicotine, those types of

23  things, is that accurate?

24   A.    Yes, it can be.  Now, my work in the State Department,

25  we've also looked at routes of exposure with children, for

1   example, that they are exposed to drugs in the environment.

2   They are not ingesting the drug per se, like we would ingest a

3   Tylenol tablet, but they are exposed through the environment.

4   So it's a contamination.

5   Q.   But again, the bulk of your work has to do with

6   decedents, dead people, who have been killed through different

7   substances, is that accurate?

8   A.   Yes, you're correct.

9   Q.   Okay.  And your work that you do, your lab doesn't do

10   work with regard to steroids, anabolic steroids, is that

11   accurate?

12   A.   That's correct.  There's a select few labs in the

13   country that do that work.

14   Q.   UCLA being one of those labs?

15   A.   Yes.

16   Q.   You've worked with the UCLA lab before?

17   A.   I've reviewed their work but I've never worked with

18   them.  I knew their former director.

19   Q.   And you're familiar with a lab in California called

20   Anti-Doping Research?

21   A.   Yes.

22   Q.   Dr. Catlin?

23   A.   Yes, he used to be director of the UCLA lab until he

24   retired.

25   Q.   So the work that you do has nothing to do with

1   steroids?  Your lab doesn't have the ability to do steroid

2   testing, is that correct?

3       A.   Well, we have the ability, but that's not the focus of

4   our mission.

5       Q.   You send out -- if it had to do with steroids, you

6   would send that to one of these other labs to do that work, is

7   that accurate?

8       A.   That's correct.

9       Q.   And the same would go for human growth hormone, you

10   don't do that work in your lab, do you?

11       A.   No.  I think there's only one lab in the country right

12   now that does HGH for anti-doping purposes.  Obviously

13   hospitals and doctors will concern themselves with levels of

14   growth hormone.  But for anti-doping purposes, one lab, that's

15   in Utah.

16       Q.   And the certification board for those labs that do that

17   kind of work is called ISO, is that accurate?

18       A.   Yes.

19       Q.   That's the International Standards Organization?

20       A.   Yes.

21       Q.   And your lab is not ISO accredited, is that correct?

22       A.   Not currently.

23       Q.   Well, has it ever been?

24       A.   No, but it's interesting that you ask, though, because

25   at the University of Florida we have an ISO accredited lab,

1    it's a racing lab, an anti-doping lab devoted to testing

2    horses and dogs.  And just last week our director of the

3    pari-mutuel wagering program for the state of Florida asked

4    that I take control of that laboratory.  So if all the

5    signatures can get on that piece of paper by the end of the

6    month, I'll be in control of an ISO accredited laboratory.

7    I'm very familiar with ISO, but there's no requirement in

8    forensic toxicology to be ISO accredited.

9    Q.   Again, it goes back to forensic toxicology is one area

10   of science, and we're talking about a different area of

11   science that you do not work in, and that's the analysis of

12   steroids, is that accurate?

13   A.   Well, when you say we're talking about, I don't think

14   we've talked about anything yet today except me.

15   Q.   Well, in terms of you, you're a forensic toxicologist,

16   accurate?

17   A.   That's right, but I'm not here to talk about drug

18   overdoses.  I'm here to talk about scientific evidence.

19   Q.   Okay.  But let's just take it one step at a time if we

20   could.  You're a forensic toxicologist, that is what Mr.

21   Hardin has been asking you about, correct?

22   A.   Yes.

23   Q.   You have never worked in an ISO lab, is that accurate?

24   A.   That is correct.  There is so few in this country,

25   there's no opportunity to.

1    Q.   So the answer is yes?

2    A.   I've never worked in an ISO accredited lab.  Soon,

3    hopefully July 1, but not right now.

4    Q.   But you have not worked in an ISO lab, is that yes or

5    no?

6              THE COURT:  That's what he said.

7              THE WITNESS:  I said no, I have not.

8    BY MR. BUTLER:

9    Q.   Let me ask you, you're not testifying here as an expert

10   on steroids?

11   A.   No, I've never put myself out as an expert in steroids.

12   Q.   On human growth hormone?

13   A.   No.

14   Q.   On the testing of those substances, steroids or human

15   growth hormone?

16   A.   No.

17   Q.   And you are not an expert on DNA, is that accurate?

18   A.   That's definitely true.

19   Q.   You never worked in a DNA lab?

20   A.   I've worked in labs that have DNA units, including my

21   current lab, that does some DNA work.  But no, I don't

22   consider myself an expert in DNA.

23   Q.   You haven't worked in a lab doing DNA analysis, is that

24   accurate?

25   A.   That's correct.

1    Q.   And let me ask you –– and you're not here today to ––

2    you've read the transcripts in this case, have you not, at

3    least some of them?

4    A.   Yes.

5    Q.   You've read the transcripts ––

6         MR. HARDIN:  Excuse me.  Are we going kind of far

7    from a voir dire here?

8         THE COURT:  Does this relate to his qualifications?

9         MR. BUTLER:  Well, I'm trying to establish for what

10   he is qualified, Your Honor.  Mr. Hardin said qualified in ––

11        THE COURT:  I don't see how reviewing the

12   transcripts would be relevant to that, but.

13   BY MR. BUTLER:

14   Q.   Well, let me ask you, you're not here to contest the

15   findings of the labs that did work in this case, is that

16   accurate?

17   A.   That's accurate.

18   Q.   So you're not here to contest the work done by

19   Anti–Doping Research, are you?

20   A.   No, I'm not.

21   Q.   You're not here to contest the results found by

22   Forensic Science Associates, are you?

23   A.   It's beyond my scope of expertise, so obviously not.

24   Q.   You're not here to contest the findings by the FBI lab,

25   are you?

```
 1    A.    No.

 2    Q.    You're not here to contest the handling of the evidence

 3  that was received by the IRS agent in this case, are you?

 4    A.    I'm contesting the -- what happened with the evidence

 5  before it was received by the government.

 6    Q.    Okay.  We'll get there.  But you're not here to contest

 7  the handling of the evidence by the IRS once it received that

 8  evidence, are you?

 9    A.    No.

10    Q.    And you have not done any independent testing of the

11  items of evidence in this case, have you?

12    A.    No, there's no reason to because I'm not contesting the

13  work of the government in this matter.

14    Q.    Well, just trying to establish for what purpose you're

15  being called here, since it has not been specified at the

16  moment what purpose you're being called.  I just want to make

17  sure, you have not tested the items involved in this case, the

18  items of evidence in this case, have you?

19    A.    I have not.

20    Q.    And in terms of -- so that in terms of the items of

21  evidence in this case, you have nothing to offer from a

22  scientific testing point of view what those items show, is

23  that accurate?

24    A.    No, it's not, not accurate.

25    Q.    Well, did you do any testing on these items?
```

1    A.    Not, but I read the reports.

2    Q.    All right.  But in terms of the --

3              MR. HARDIN:  Your Honor, excuse me.  This sounds

4    like cross-examination, which he's perfectly free to do when

5    it's his turn, but not the testing of the qualifications.

6    I'll be glad to ask a couple more questions of the witness so

7    that he can --

8              THE COURT:  I guess the question is what areas he's

9    going to testify --

10             MR. HARDIN:  Forensic toxicology, the collection

11   and preservation of evidence and whether or not it can be

12   reliably tied to a particular person in light of the way it

13   was collected and preserved.

14             MR. BUTLER:  That's what I'm -- thank you, Your

15   Honor.

16   BY MR. BUTLER:

17   Q.    And in terms of the work that you do as a forensic

18   toxicologist, you don't go out in the field and collect

19   evidence, do you?

20   A.    No, not usually.  That's typically not the role of a

21   forensic toxicologist.  We are not CSIs.

22   Q.    So you're not out there collecting evidence.  The

23   evidence is brought to you in the lab, is that correct?

24   A.    Most of the time it is, yes.

25   Q.    That is primarily blood or urine samples?

1   A.   It can be body fluids like blood and urine, or even
2   body tissues like kidney and brain.
3   Q.   You test those items for the things we already talked
4   about, drugs of abuse, alcohol, that type of thing?
5   A.   We test for over-the-counter drugs, prescription drugs,
6   illicit drugs, even those funny named drugs like bath salts
7   that you hear in the news today.  So we test for a wide range
8   of drugs that can potentially kill someone.
9   Q.   And you were a toxicologist doing the lab work up until
10   1994, is that accurate?
11   A.   Before I graduated from the University of Maryland I
12   was working at the office of the chief medical examiner in
13   Baltimore, so I was doing the same sort of work even as a
14   graduate student before I left Baltimore and went to Florida.
15   So I've been doing this for 30 years.
16   Q.   I understand, but the forensic toxicology -- as a
17   toxicologist, you did that work as a lab person up until 1994,
18   is that accurate?
19   A.   Yes, even when I went to Florida, when I had only one
20   or two staff, I would work in the laboratory as well.
21   Q.   Since that time, since '94, you have been in a
22   professor position, is that correct?
23   A.   Yes, I started as assistant professor and now I'm
24   professor.
25   Q.   So you have not been working as a working toxicologist

1   since '94, is that accurate?

2       A.   No, no, that's not true at all.  Granted, I don't work

3   on the bench any longer with specimens, so I'm not isolating

4   drug or alcohol from samples.  What I do now is I review all

5   the work that my chemists produce and give to me every day.  I

6   sign and certify reports for state medical examiners, and

7   consult with them on an almost daily basis regarding the

8   effects of drugs on people.

9       Q.   That's in the position of a manager, is that accurate?

10  Not as a working toxicologist, as a manager of toxicologists?

11      A.   I'm director.  I'm the guy.  I'm the one who signs

12  every report, who reviews every piece of paper.  My office is

13  right in the laboratory.  As a matter of fact, all the

14  specimens that get received are received about 10 feet from my

15  door.  So I'm actively involved in this process.

16      Q.   And the substances that are being looked for again are

17  not steroids, not growth hormone?

18           THE COURT:  He's already said no.  He already

19  testified to that.

20  BY MR. BUTLER:

21      Q.   And do you look for vitamins in the work that you do?

22      A.   No.

23      Q.   And let me ask you, in terms of the collection of

24  evidence in the field -- which you said you do not do, is that

25  accurate?

1    A.    Typically I don't.  I have as recent as January, but

2    not the usual case where I would collect guns or fingerprint

3    or trace evidence.

4    Q.    Let me ask you, in terms of the evidence that's brought

5    from the field, there is the evidence once it's in the lab and

6    how it's handled in the lab, but then is it unremarkable for

7    evidence to come in from the field and not be in the pristine

8    condition that it would be kept in the lab?

9              MR. HARDIN:  That is clearly a cross-examination

10   question.

11             THE COURT:  Sustained.

12   BY MR. BUTLER:

13   Q.    And let me ask you, in terms of the issue of -- I

14   believe Mr. Hardin said he was going to ask you or try to have

15   you qualified as an expert on -- as to chain of custody, I

16   believe is what he said?

17             MR. HARDIN:  No, I didn't say that.

18             MR. BUTLER:  He said the collection of evidence?

19             MR. HARDIN:  Yes.

20   BY MR. BUTLER:

21   Q.    Which you don't do any collection of evidence, is that

22   accurate?

23   A.    I'm going to speak to the creation of evidence, and in

24   this case it is almost the same as collection of evidence, not

25   referring to what was done by the government, but what

1    became -- what came before the government's role in this

2    matter.

3      Q.   But you are not in the position of collecting evidence

4    in the field?  That's not your role, is that accurate?

5      A.   It's not my job duty.  But like I said, I did it in

6    January and I'll do it when necessary.

7      Q.   And let me ask you in terms of the collection of

8    evidence, would you in the lab decline to test evidence that

9    came in that was not up to your standard as to what you

10   thought the evidence should be, the shape that evidence should

11   be in at that time, in terms of the collection of it?  Would

12   you refuse to test those items?

13     A.   Yes.

14     Q.   So you would not give the benefit of giving the test to

15   that evidence if it was brought in to you?  Is that what

16   you're saying?

17           MR. HARDIN:  What does that have to do with

18   qualifications, Your Honor?  I'm sorry.

19           THE COURT:  I'll allow it.

20   BY MR. BUTLER:

21     Q.   Would you refuse to test it because it wasn't up to

22   your standards?

23     A.   I have pretty high standards and my staff have pretty

24   high standards.  So what would the benefit be, hypothetically

25   speaking, if the evidence has been confounded by commingling

1    or not labeled properly or was opened in transport?  Those

2    things have happened, where we have evidence that breaks in

3    transport or has been opened in transport.  And that can be a

4    serious problem, particularly if there's going to be a

5    prosecution of a crime.  And those have to be made obvious to

6    the triers.

7      Q.   Well, the other alternative would be to test the items,

8    make it known what the -- the circumstances the items were in

9    when they were found, but to do the testing and let the court,

10   the prosecution, the defense and the jury decide what it all

11   means.  Is that another way to go about it?

12     A.   That's why I'm here today.

13           THE COURT:  Are you saying that you make an

14   assessment as to whether evidence is sufficiently reliable in

15   order for you to do a test that you can give testimony about?

16           THE WITNESS:  Yes, because otherwise, if the

17   evidence is flawed from the start, it affects the work in the

18   end.  So if you have garbage in the front, you get garbage in

19   the back.  There's no way to avoid that, as you'll see in my

20   testimony today.

21   BY MR. BUTLER:

22     Q.   So -- okay.

23           MR. BUTLER:  Your Honor, I --

24           THE COURT:  Is that something you've been trained,

25   to make those types of assessments in order to assess whether

1    evidence is worthy of credibility?

2              THE WITNESS:  Yes, absolutely.  As a trained

3    forensic scientist, forget about the fact that I'm a

4    toxicologist and that is the discipline I chose to practice

5    in, there's principles of forensic science that ensure the

6    accuracy and reliability of evidence.  And we've seen over the

7    years numerous cases where evidence has been shown to have

8    been tampered with or altered or questionable in origin.  And

9    those come out in trial, like today, through the use of

10   experts.  So that's what I'm here today for.

11             THE COURT:  Is that something you've been trained

12   in?

13             THE WITNESS:  Absolutely.

14   BY MR. BUTLER:

15    Q.   Let me ask you this question, Dr. Goldberger.  Do you

16   have any evidence that any evidence in this case was

17   manipulated?

18             THE COURT:  That does go beyond.  I'll sustain.

19             MR. BUTLER:  It goes to his gatekeeper function,

20   Your Honor, but the --

21             THE COURT:  It goes beyond whether he's qualified.

22   BY MR. BUTLER:

23    Q.   Let me ask you this question, Dr Goldberger, then.  You

24   say forensic scientist.  Isn't that the same as saying like

25   somebody to say I'm a doctor?  It's such a broad category,

1    forensic science.  You're a forensic toxicologist, that's what

2    you are, is that accurate?

3       A.   That's right, but that is the perfect analogy, is you

4    have a doctor, someone who goes through four years of medical

5    school and then chooses a specialty for residency and

6    fellowship.  So the common standard of practice of medicine is

7    taught in those four years, how do you measure blood pressure,

8    how do you measure the diameter of a pupil, those are common

9    practices.  It doesn't matter what area of medicine you

10   practice, dermatology or ob-gyn.

11            So the same holds true in the practice of

12   forensic science.  We have rudimentary courses that focus on

13   that even before we raise our level of competence to

14   toxicology.

15      Q.   But your area of expertise is forensic toxicology,

16   which is a subpart of forensic science, is that accurate?

17      A.   Absolutely, yes.

18      Q.   So your area of expertise is the specific of forensic

19   toxicology.  Forensic science is the very broad category that

20   encompasses a whole lot more than what you do, is that

21   accurate?

22      A.   That's right.  But my understanding of forensic

23   evidence would be very similar to a serologist or a dentist

24   that practices forensic science.  It's -- and that's what I'm

25   here today to talk about is the integrity of evidence, the

1    reliability of evidence and what does it take.

2              MR. BUTLER:  May I have the Court's indulgence for

3    a moment, Your Honor?

4              THE COURT:  Yes.

5    BY MR. BUTLER:

6     Q.   Dr. Goldberger, thank you for your patience.  Let me

7    ask you, in terms of collection of evidence, you said you did

8    that in January of this year?

9     A.   Yes.

10    Q.   Is that a regular part of your job?

11    A.   No, it was an unusual circumstance.

12    Q.   So other than that time in January, that's not a part

13    of your job on a day-to-day function?

14    A.   That is correct.

15              MR. BUTLER:  All right.

16              THE COURT:  Have you ever been involved in doing

17    that other than that one time?

18              THE WITNESS:  Well, I guess I should tell you what

19    the one time was so you would understand the issue.  But on

20    January 29, I believe it was, in Gainesville, we had a

21    multi-vehicle crash and we had essentially a mass disaster.

22    So one of my jobs is the program director for the state's

23    mortuary team, and we got called to I-75 to recover the

24    bodies.  So I was on the scene recovering bodies, which is

25    considered to be scientific evidence because it's an

1    investigation of a crime.

2              So I did that all day, into the late afternoon.  So

3    usually no, I do not go to scenes, I don't go to crime scenes,

4    I don't go to car crashes.  But in that instance I was called.

5              THE COURT:  Besides that one occasion have you ever

6    gone to a scene in order to be involved in the collection of

7    evidence?

8              THE WITNESS:  Only to watch.  For educational

9    purposes, not to participate.

10             THE COURT:  About how many times have you actually

11   gone to a scene to watch?

12             THE WITNESS:  Only a few times.

13             THE COURT:  Any other questions?

14             MR. BUTLER:  No, Your Honor.

15             THE COURT:  The specimens that you say you receive

16   in the laboratory to examine, what type of specimens are we

17   talking about?

18             THE WITNESS:  Blood and urine, so those are body

19   fluids.  Other types of body fluids as well, body tissues like

20   brain, kidney, liver.  Vomitus or stomach contents.  There are

21   times when we do receive what I refer to as nonbiological

22   evidence, those would be pills, residues, syringes, needles

23   and other items from the scene that may be helpful in the

24   investigation of a death.

25             THE COURT:  Is that only assessment that you're

1    making based upon specimens that came from body -- from the

2    body in some way?  Do you ever examine other items, like

3    clothing or anything else that substances are on, to assess

4    what those substances are?

5            THE WITNESS:  Yes.  About a year ago the courts in

6    Florida asked that I examine evidence from a gentleman who was

7    involved in a law enforcement shooting.  He killed a deputy in

8    central Florida.  He was shot as well, injured critically.

9    And during the process, when he was injured, he bled out.  So

10   the courts asked that I examine the bloody evidence from this

11   gentleman for drug residue.  So we did that and I testified in

12   a hearing a couple months ago.

13           THE COURT:  And was that within what your area of

14   training is, to test such items to see whether they contain

15   the substances you're qualified to assess?

16           THE WITNESS:  Yes.

17           THE COURT:  Okay.  We will go on and take a short

18   break and then I'll have some discussions with counsel.

19   JURY ESCORTED OUT OF THE COURTROOM AT 2:52 P.M.

20           (Whereupon, the witness exits the witness stand.)

21           THE COURT:  Any discussions before I rule on the

22   motion?

23           MR. BUTLER:  Your Honor, I'll defer to Mr. Hardin

24   to specify what topics he says Dr. Goldberger is an expert on,

25   but the --

1          THE COURT:  I think he already has.

2          MR. BUTLER:  Well, he gave a very –– he gave three

3   things that he said.  One was collection of evidence, which

4   this individual is not an expert in that area, Your Honor.

5   He's done it one time that he can remember, in January.  He is

6   a forensic toxicologist, but that is not the purpose he is

7   being called in this case.  So that is an irrelevant

8   qualification for purposes of this examination.  And I don't

9   recall the last one that he said, but the first two that I

10  just mentioned, one, Dr. Goldberger is not an expert as to

11  that.  Number two, the forensic toxicology is not relevant to

12  this case.  He's not being called here to question the testing

13  that was done on these items.  He's simply being called in

14  order to address ––

15         THE COURT:  He is qualified to testify to give an

16  opinion about the integrity of evidence, isn't he?  I mean, I

17  assume any forensic scientist is going to be qualified to make

18  assessments as to whether evidence has the sufficient degree

19  of integrity where you can give credence to any testing you're

20  going to do in reference to those items.

21         MR. BUTLER:  Well, but when you take a look at the

22  opinion that he rendered in this case, Your Honor, the one

23  that the Court was looking at yesterday, it has to do with

24  speculation about things that he doesn't know what the answer

25  to those questions are.  And the –– it's –– he says that ––

1   and that's where that question was going, Your Honor, in terms

2   of manipulation or contamination or fabrication.  He has no

3   evidence of manipulation or fabrication in this case.  And so

4   it's clothing an expert -- clothing a person in the guise of

5   an expert to tell the jury how it should think about evidence

6   that is not beyond the ken of an ordinary juror.  And this is

7   what we tried to raise with the Court by the pleading that we

8   filed, and that's -- he gets --

9        THE COURT:  If he's talking about whether a

10  substance, a substance that he's familiar with and his

11  expertise is in, and whether that item can be transferred to

12  another item -- I mean obviously you're talking about whether

13  somebody can pour something on something, sure, that's within

14  the ken of the average person to know that that can happen.

15  But if we're talking about whether two items in close

16  proximity with each other, whether the type of items -- the

17  type of substances he's qualified to testify about, whether

18  there is the possibility from a medical perspective that that

19  substance would be transferred from one substance to another,

20  I think he's qualified to do that.

21       MR. BUTLER:  But the issue, Your Honor, is that he

22  doesn't work with steroids, he doesn't work with growth

23  hormone.

24       THE COURT:  I don't know if that's what he's going

25  to testify about.  I guess I do need to know that.  If his

1    expertise is not in DNA, then obviously he can't testify about

2    whether DNA can be transferred from one item to another.  If

3    he's not an expert in steroids, then if he doesn't know about

4    steroids, then I guess I'd agree, how would me know from a

5    medical perspective whether transferal from one substance to

6    another can occur.

7            MR. BUTLER:  That is the only substances that are

8    being talked about in this case.

9            THE COURT:  Let me hear from counsel.

10           MR. HARDIN:  In all due respect, the government's

11   position, as gently as I can say, is ludicrous.  This man is

12   an expert in how the collection and preservation of evidence

13   affects conclusions you can ultimately reach as to the source

14   and whether that is reliable.  And what he is going to

15   testify -- and that would include whether the drug substance

16   is anabolic steroids or HGH, if they are -- if it's on these

17   cotton balls, it's in these needles, he certainly is qualified

18   as a forensic scientist to discuss whether or not it is

19   possible to commingle those in such a way that you're not

20   comfortable with a result, that the result, when you're trying

21   to point to a particular source, whether or not that is

22   reliable or not.

23           What he is going to say is that the evidence in

24   this case, because of the way it was collected, preserved and

25   intermingled, is unreliable for any scientific conclusion as

1    to whether or not it was deliberately commingled or whether it

2    was accidentally commingled, or whether or not it comes from

3    one source.  And he is eminently qualified, all of these

4    qualifications he has go to how evidence is forensically used.

5    And the Court's question and observation a moment ago is

6    exactly what he's going to testify to.

7              And of course the government was not offended when

8    their own expert volunteered that that cotton ball came from

9    wiping from an injection spot.  Incredible that they had their

10   guy get up there and testify to that.  They had their guy get

11   up there and testify that on the needle it couldn't have been

12   put there deliberately -- and that doesn't take a DNA

13   expert -- because the sample was too small in his mind for

14   that to have been able to do.

15             And what we're saying is this is an expert who's

16   not going to talk about DNA, he's not going to be asked

17   anything about that DNA.  He's going to be asked if you have

18   substances on cotton balls and those substances are mixed with

19   syringes that have things in them and they are all jumbled

20   together and they are collected by the accuser, he will talk

21   about the different things that make this unreliable to point

22   to any source.  Or the way it was collected, by whom it was

23   collected.  It's like having the murder weapon turned over by

24   the guy -- the guy goes and fabricates the own gun and then

25   brings it in and says this is the one that he shot me with.

1    People would look at that as a matter and then they would look

2    to other things as to whether or not it was reliable.

3           So there is no difference, and he will say this, I

4    think unequivocally, there is no difference in the ability of

5    anabolic steroids or HGH to migrate to another location than

6    any other drug.

7           THE COURT:  But if he's not an expert in that, in

8    reference to those substances, what would be his professional

9    predicate to say that?  I don't know.  I mean --

10          MR. HARDIN:  Right.

11          THE COURT:  -- obviously some substances may

12   transfer to another item a lot easier than others.  I don't

13   know.

14          MR. HARDIN:  I think he will say that is not the

15   case and we're talking about different drugs.  That there is

16   no difference than B12 transferring to something else than an

17   anabolic steroid, and that any time you are looking for the

18   reliability of evidence, that whenever you start having the

19   person making the allegation, the accuser, collects the

20   evidence and then commingles it and puts it all together and

21   preserves it in this type of situation as Mr. McNamee has

22   said, and then it's commingled with samples from other people,

23   and then it's put with different -- and then you've got -- for

24   instance, let me give you an example.

25          THE COURT:  That sounds logical, but I just don't

1   know whether the transferal of steroids, whether that is

2   similar to this transfer of other items.  Maybe it is.  I

3   don't know.

4            MR. HARDIN:  You know, we can certainly ask him.

5   Remember that one of his -- as a toxicologist, his expertise

6   is studying in drugs, period.  And the fact that he's looking

7   at drugs and what the content is in somebody's body after they

8   have been killed or after they have killed somebody in the

9   majority of his cases, but also they regularly evaluate

10  different drugs as to what they are.  They don't take a

11  substance to see if it's an anabolic steroid.  As he has said,

12  they would send that to somebody else.  But the body of the

13  drug itself would have the same characteristics.

14           He talks about using -- you know, they study

15  regularly prescription drugs.  Anabolic steroids is a

16  prescription drug.  HGH is a prescription drug.  The fact that

17  he doesn't test the substance to see which one of those it is,

18  but that some other lab does it, doesn't affect his lab's

19  collection and assessment as to whether this evidence came to

20  us in a reliable enough way that we can reach conclusions as

21  to the source.

22           At the end of the day, Judge, he's going to say

23  there's no way to know, you can't say that because there are

24  steroids on that cotton ball, that somehow that is going to be

25  the same source as the blood that is on there.  Those are two

 1   separate issues.

 2           THE COURT:  Okay.  Anything else from the

 3   government?

 4           MR. BUTLER:  Just briefly, Your Honor.  As you

 5   heard from this witness, he does not collect these types of

 6   materials.  He does not test these types of materials.  He

 7   does not have the expertise with these materials, steroids, or

 8   growth hormone.  He doesn't perform these types of tests done

 9   here.  So to put him in this broad category of a forensic

10   scientist, that is like saying a doctor.  That can mean a

11   whole lot of different things, Your Honor.  And if I talk to a

12   doctor who deals with this topic but doesn't deal with this

13   topic, I can't call him as to the second topic.  The same

14   thing here.

15           THE COURT:  Yeah, but he says there are general

16   principles, as far as forensic science is concerned, that

17   applies across the board.  And that, I guess he's suggesting

18   are ways in which evidence is -- the integrity of evidence is

19   protected, to make sure that you end up with accurate results.

20   And he says those are general principles that would apply

21   regardless of what you're talking about.

22           MR. HARDIN:  That's correct.

23           MR. BUTLER:  Isn't the reliability of evidence,

24   Your Honor, for the Court and for the jury to determine?  You

25   know, the answer he gave to me --

1          THE COURT:  Yeah, but I mean, in reality, I mean

2     obviously, whenever the government, for example, is going to

3     seek to rely upon certain evidence that it wants to link to a

4     certain person, and to show the integrity of that evidence,

5     obviously you call someone who's in a position to say that the

6     collection and the preservation of that evidence was such that

7     the jury or the fact finder can rely upon the results that are

8     ultimately made at a laboratory at a future time.

9          So I guess the question is whether he's got the

10     expertise to say what should be done in reference to any type

11     of evidence to ensure that when that evidence comes into a

12     laboratory for analysis, that the results are in fact reliable

13     results.

14          MR. BUTLER:  But that's my point, Your Honor, is

15     that it's his job to do the test that he can do, and then let

16     the Court and the jury decide what the reliability, you know,

17     knowing all the factors, just like so much the Court does on a

18     day-to-day basis, where the Court will hear information, as

19     long as it has all the information, that's for the Court to

20     decide, that's for the jury to decide, it's not for him to be

21     the gatekeeper and say this is unreliable evidence and

22     therefore it's completely worthless and you can't rely upon

23     it.

24          MR. HARDIN:  It is perfectly appropriate.

25          THE COURT:  I understand your arguments.  I'll take

1    a short break.

2    BRIEF RECESS

3                        AFTER RECESS

4            THE COURT:  Okay.  In reference to whether the

5    witness should be permitted to testify, the first question

6    I've got to ask is whether expert testimony is in fact

7    necessary for the jury to understand the evidence in this

8    case.

9            Obviously, it seems to me, in reference to the

10   vials and the syringe that were placed inside of the can and

11   the other porous items, the gauze and the cotton ball that

12   were placed inside the can, I don't think it's necessary for

13   an expert to testify that there is the possibility that if an

14   unsealed vial that had a liquid in it, whether it be the vials

15   that the substances –– the steroids were in at one point, or

16   the syringe, that those items should not be placed inside of

17   the same container.

18           Because I think a lay person would know, without

19   expert testimony, that when you do that that there is a

20   potential if there is liquid inside of an unopened vial or

21   syringe, that those items may pour onto a porous item and,

22   therefore, the substance, the liquid, got on that area in that

23   manner as compared to the Government's theory as to how it got

24   there.  And I don't think expert testimony is needed in

25   reference to that.

 1          The other issue becomes -- in reference to

 2   transferal or cross contamination as it relates to two porous

 3   substances, I would agree that in reference to that the jury

 4   would not, based upon their every day knowledge, be able to

 5   assess whether transferal or cross contamination could occur.

 6          The problem, however, with this witness is that we

 7   are talking about specific substances.  Obviously, counsel

 8   said you're not going to seek to have him testify about cross

 9   contamination or transferal of DNA.  But I assume you are

10   seeking to have him testify about transferal or cross

11   contamination of steroids.

12          The problem I see with that is that his expertise,

13   and he admits that, does not relate to the identification of

14   steroids.  And like any material, steroids has a certain

15   chemical structure.  I don't know if you have one type of

16   chemical -- one type of substance as compared to another --

17   now, maybe a pharmacologist would be in a position because

18   that's his expertise, i.e., steroids and other types of

19   medicines of this nature.

20          Maybe that person would be able to say if you have

21   a substance that that person is trained in on one porous item,

22   and if it's in close proximity with another porous item,

23   transferal or cross contamination can occur.  Maybe a person

24   with that expertise can do that.  The problem I'm having is if

25   this gentleman, who is highly qualified in his area, is

1    qualified to testify about poisons, but he's not qualified to

2    say anything about steroids and the chemical makeup of

3    steroids, and whether steroids have the capacity of being

4    transferred from one porous substance to another porous

5    substance if they are in close proximity with each other.

6           And it seems to me he's being asked to give an

7    opinion outside of his expertise.  And that's the problem I'm

8    having as to his qualifications to say that in this case that

9    transferal could not have -- could have occurred because these

10   items were in close proximity.

11          And the other problem I'm having is related to

12   evidence collection.  His expertise really is in how you

13   preserve the integrity of evidence once it gets into the

14   laboratory.  I would think that that type of testimony could

15   equate to what ideally you would want to take place in the

16   field also in order to ensure that evidence -- the integrity

17   of evidence is maintained.  I think that's probably a given.

18          But, obviously, as the Government says, he's not

19   trained in how you go to a scene and what you do at a scene in

20   order to collect evidence and preserve its integrity.  But I

21   think to the extent that he does have expertise to testify

22   about how evidence should be maintained in the lab, can you

23   extrapolate from that how evidence, therefore, should be

24   collected and preserved out in the field in order to ensure

25   the integrity of the evidence, maybe, I don't know.  But I'll

 1    hear from counsel in reference to those thoughts.

 2           MR. HARDIN:  We've been together six weeks now and

 3    I respectfully could not disagree more with the concern the

 4    Court has that the Government has stated.  He is an expert on

 5    whether or not evidence, as it is received and as it is

 6    collected and as it is preserved, is going to produce a

 7    sufficient reliable opinion.  In the industry and in the

 8    profession --

 9           THE COURT:  I don't want to interrupt you, but I'm

10    trying to get to the heart of this because I don't want to

11    keep out something that should come in.  Are you seeking to

12    have him give an opinion that it is plausible for an item if

13    it's a porous item that has a substance on it, that it's

14    plausible, scientifically plausible, for transferal to occur

15    from that one porous item to another item because they are in

16    close proximity?

17           MR. HARDIN:  Yes.

18           THE COURT:  If he's not qualified, if he doesn't

19    know anything about steroids and the chemical makeup and the

20    qualities of steroids, how then is he able to say that

21    steroids can in fact transfer from one item to another because

22    they're in close proximity?

23           MR. HARDIN:  Because he is a toxicologist and a

24    Ph.D in chemistry.

25           THE COURT:  But looking at totally different

1   substances.

2            MR. HARDIN:  No, sir.  In all due respect, the same

3   thing.  Prescription drugs regularly, which these two are.

4   And I believe he would say that there is nothing unique about

5   steroids or HGH that would have their transfer characteristics

6   be any different.

7            THE COURT:  I haven't heard that.

8            MR. HARDIN:  I know, sir.

9            THE COURT:  We'll have to call him in and find out

10  if that's true.  I haven't heard that.

11           MR. HARDIN:  Right.  If he says that, though --

12  it's not only just that, I think the standards of the

13  profession and an expert in the standards of forensic science,

14  how you rely on evidence, how you can decide and reach

15  conclusions sufficiently that you think it is reliable to

16  reach a conclusion, and that this collection and storage

17  violates that to such a degree that you cannot from a

18  scientist standpoint, from a forensic standpoint, rely on it

19  for any conclusion.

20           There are several different possibilities, and none

21  of which can be excluded because of the way that evidence was

22  collected.

23           THE COURT:  That may or may not be true, Mr.

24  Hardin, because I in fact have heard experts say that despite

25  what may be argued -- what was a manner in which evidence

1    should not be collected and preserved, that nonetheless the

2    expert could give an opinion that could be relied upon because

3    of the nature of the substance in question.

4           MR. HARDIN:  Then we should be allowed to say, no,

5    that's not true, because the way it was collected and

6    accumulated to begin with, and what all it was mixed with

7    makes that result that you're seeking to have introduced

8    against this individual unreliable.

9           THE COURT:  I think I've got to find out some more

10   information from him.  I hate taking all this time because I

11   want to move this case along, but I think I need to have more

12   information from him about his knowledge about steroids.

13          MR. HARDIN:  That's fine.  The only thing I would

14   add, Judge, is that right now the state of the record is --

15   they have put a man up there on the stand and had him

16   elicit -- and elicited from him in front of the jury, a theory

17   as to who the source was and says it's irrefutable.  It

18   couldn't have been anybody else.  And that's the state of

19   their evidence.

20          We should be entitled to put somebody on that says

21   that because of the way this evidence was collected and stored

22   and mixed, that's not true.

23          THE COURT:  I don't disagree with you, Mr. Hardin,

24   but it has to be the right person.  You just can't call anyone

25   if they're not really qualified to try and refute what the

1   Government has presented.  I'm not trying to restrict you from

2   being able to do that.  The question is whether or not this

3   man is qualified to give that opinion.

4           MR. HARDIN:  That's fine, Judge.

5           THE COURT:  So, that's the --

6           MR. HARDIN:  -- and he's President of the forensic

7   organization nationwide.  Should we bring him in?

8           THE COURT:  I'll have to hear from him in reference

9   to this type of evidence.

10          MR. HARDIN:  Here he comes.

11          (Whereupon, the witness resumed the stand).

12          MR. HARDIN:  Do you want to question or --

13          THE COURT:  I'll ask some initial questions and

14  I'll let counsel follow-up.

15          Doctor, in reference to chemical substances that

16  you test for, what type of substances have you been trained in

17  testing to find whether they are present?

18          THE WITNESS:  Most of the substances that I work

19  with or test for would be over-the-counter drugs, prescription

20  drugs and elicit drugs.

21          THE COURT:  And as far as steroids are concerned,

22  in what category would you place steroids?

23          THE WITNESS:  Typically --

24          THE COURT:  Anabolic steroids?

25          THE WITNESS:  Yeah.  It could be a prescription

1    drug or an elicit drug, it depends on which one it is.

2            THE COURT:  And have you ever done any studies in

3    reference to steroids, the chemical makeup and so forth of

4    steroids?

5            THE WITNESS:  There have been a few instances where

6    we've had submissions to my laboratory from either state

7    medical examiners or law enforcement to test for an unknown

8    substance or drug.  And we have found steroids, like

9    testosterone, for example.  So, we have detected steroid

10   compounds in some of our submissions.

11           THE COURT:  So, you do have the scientific

12   background to assess whether steroids are in fact present on

13   something that's been sent to you for analysis?

14           THE WITNESS:  Yes.  But the focus of our work is

15   still drugs and -- but sometimes we'll receive a submission

16   from an agency to see what it is that is associated with a

17   case.  And from time to time it will be a steroid.

18           THE COURT:  When you say you do that, is that you

19   yourself or is that somebody else within your lab who has

20   expertise in pharmacology?

21           THE WITNESS:  No.  It would be someone under my

22   direction, someone who I trained to do that work.

23           THE COURT:  Is that person trained in pharmacology

24   or have they been trained in toxicology or both?

25           THE WITNESS:  Both.  He's a Board certified

1    forensic toxicologist as well.

2            THE COURT:  And are you yourself familiar with the

3    chemical structure of steroids?

4            THE WITNESS:  Generally, yes, I can't draw out the

5    structure for you.  But I can't draw the structure for cocaine

6    either.  I'd have to look in a textbook.  That would be a wise

7    decision to go refer to a textbook if you're going to draw a

8    structure.  Structure aren't that important here.

9            THE COURT:  Does the chemical makeup of a substance

10   have any impact on whether it has the capacity of being

11   transferred from one item to another because items are in

12   close proximity with each other?

13           THE WITNESS:  Sure.  Many steroids are lipophilic,

14   they love fat and they tend to be more sticky like an oil.

15   So, those substances do transfer more readily than other

16   substances.  But simply being in the mere presence of cocaine

17   or the mere presence of a steroid, you can have transfer from

18   one item to another.

19           THE COURT:  How does that occur?

20           THE WITNESS:  Just by coming in close contact with.

21   Or if there's a liquid in a container, the liquid will move

22   from one vessel to another.

23           THE COURT:  Well, if you have a -- let's take

24   first -- if you have a wet substance, steroids, on one porous

25   item and it's put in close proximity to another porous item,

1    is there the capacity for the substance to transfer from the

2    wet item to the other dry porous item?

3               THE WITNESS:  Absolutely.  And it could be a

4    substance that's actually on a surface like this bench.  If I

5    touched it, I could transfer.  That is called third-hand

6    exposure.  And there's a developing base of literature that

7    shows third-hand exposure in individuals that have potential

8    clinical importance like smoking, for example.  We have

9    second-hand and third-hand.

10              We've shown in Afghanistan that simply kids that

11   are in the environment with a drug pick it up and it's in

12   their -- it's on their stuffed animals, in their bed, it's in

13   their person, in their body, on their hair.  So, it takes very

14   little substance to transfer from one point to another.

15              Remember, we might be dealing with milligrams of

16   quantity, and the methodology that's used -- the methodology

17   used by the government lab is very, very sensitive.  Now, they

18   didn't really provide quantitative information on their

19   results, but they can see very trace amounts -- very low

20   amounts of drug.

21              THE COURT:  Does the literature say the same thing

22   in reference to steroids in reference to transference.

23              THE WITNESS:  Well, there hasn't been any

24   third-hand exposure studies with steroids because, simply,

25   it's not an issue clinically or medically.

```
 1                THE COURT:  So, do you have the scientific
 2   background to say if, for example, you've got steroids on a
 3   porous item that is dry, whether that can transfer to another
 4   porous item that's dry?
 5                THE WITNESS:  If it's a porous dry item, the
 6   likelihood of transference is much lower than to another item
 7   than if you have liquid in a syringe or liquid in a vial or
 8   even trace residue in a vial that's introduced, say, in this
 9   case, in a beer can that has potentially liquid in it.
10                So, that's my concern, is that the way the evidence
11   was obtained and stored provides for readily contamination.
12   It could -- there's nothing there to prevent contamination.
13                THE COURT:  Any questions?  Any questions?
14                MR. HARDIN:  I think the Court has asked them,
15   Judge.
16                THE COURT:  Any questions?
17                MR. BUTLER:  If I could have a moment, Your Honor.
18   OFF THE RECORD
19                MR. BUTLER:  No questions, Your Honor.
20                THE COURT:  Okay.  Let me just speak to my clerk
21   for two minutes.  I'll make a ruling.
22   OFF THE RECORD
23                THE COURT:  I think based upon the testimony that
24   now has been presented, I think the witness can testify and
25   give an opinion about the ability of substances, including
```

1   steroids to cross contaminate from one item to another,

2   whether it be a wet substance to a dry substance or whether it

3   be -- or a wet substance -- or whether it be from a dry

4   substance to another dry substance, based upon the testimony

5   he's subsequently given.

6          However, I would not permit him to give the

7   ultimate conclusion that there was manipulation or

8   manufacturing of evidence.  I don't think he can do that.

9   That's ultimately for the jury to say.  But I think he can say

10  that if you put these items in a can like you have now, that

11  there is the potential that the substance could end up on the

12  other substance as a result of transferal that takes place

13  within that closed environment.

14         MR. HARDIN:  Thank you, Your Honor.  All I intended

15  to do -- we were never going to ask him to testify, and he

16  couldn't, as a legitimate scientist, testify to the ultimate

17  conclusion that you're talking about.  But I did want to --

18         THE COURT:  I think he did, and I will permit him

19  to testify about the ultimate way that evidence should be

20  preserved in order to ensure its integrity.

21         MR. HARDIN:  Yes, sir.  But I also would like the

22  ability to ask him:  Can you exclude deliberate contamination?

23  What I think he's going to say -- what he's certainly said to

24  everybody, because of the way it's collected and preserved,

25  you can't exclude any of these theories.  Okay.  You can't --

1    you cannot reasonably -- this --

2              THE COURT:  It seems to me that's trying to get in

3    the back door what I said you can't get in the front, because

4    the logical implication of what you're suggesting is that

5    there was in fact manufacturing and manipulation, and I think

6    that's for the jury to determine based upon the evidence.

7              MR. HARDIN:  Yes, sir.  I'm just saying -- I think

8    he would say that you can't exclude that just like you can't

9    exclude any other theory.  Because of the way it was done, all

10   of those things are possible.  Any of that could have

11   happened.  He's not going for a second say what did happen.

12             THE COURT:  I think the logical implication of that

13   is that what you're suggesting can occur, did in fact occur.

14   And I think that's for the jury to argue.  I think you can

15   argue to the jury in closing argument that because these

16   items, based upon his testimony, were in close proximity to

17   each other that they could have been transferred from one item

18   or another because you've got open vials that aren't -- that

19   the liquid is not contained, that it could have been poured on

20   something.  But I think that's for you to argue, based upon

21   the evidence, and not for him to opine on.

22             MR. HARDIN:  Then we're left unable to rebut

23   Mr. Keels' testimony where he gave that opinion.

24             THE COURT:  He gave his opinion based upon his

25   scientific perspective that the amount in question was such

1    that it was his view that it could not have been manipulated.

2    Now, if he's able to give some something to that extent, that

3    the amount -- I mean, it's not his expertise, so he couldn't

4    really --

5               MR. HARDIN:  He would say that under these

6    circumstances it could have been manipulated.

7               THE COURT:  We're talking about what, the DNA?

8               MR. BUTLER:  Yes, Your Honor.

9               MR. HARDIN:  He's not going to talk about DNA.

10              MR. BUTLER:  Keel was the DNA, Your Honor.

11              THE COURT:  But Keel, he was the one that testified

12   about the small amount, and therefore, his view that that was

13   not put there by way of manipulation.

14              MR. HARDIN:  Yes, sir.

15              THE COURT:  He can't give an opinion regarding that

16   because he's not a DNA expert.

17              MR. HARDIN:  He's not going to about that.

18              THE COURT:  So, what are you seeking to have him

19   testify about that the Government was able to present evidence

20   on?

21              MR. HARDIN:  That if we look at the pictures and

22   the way all this stuff that came out of the beer can, you

23   cannot exclude somebody having manipulated these results.

24   That if you -- and you can't exclude that it might have

25   happened inadvertently.  And you can't exclude that it wasn't.

1    All three of those are possibilities, equal possibilities.

2              He would testify that it's possible that these

3    samples appear and you got the source.  The source of the

4    steroids are the same as the source of the blood, that's

5    possible.

6              You also could not exclude that they were

7    inadvertently, accidently commingled to where you produced

8    that result.  And, third, you cannot exclude the fact that

9    they were deliberately manipulated.  That because of the

10   condition they were turned in to the Government on and the way

11   they were collected and stored and by whom, you can't exclude

12   any of those three possibilities.

13             MR. BUTLER:  Two things, Your Honor.  One is that

14   the -- in terms of anything -- in terms of Mr. Keel, that's

15   the DNA.  They have an expert as to Mr. Keel, and that's Mr.

16   Taylor.  So, that's not this person to do that.

17             THE COURT:  I would agree, in reference to the DNA

18   he can't do that.

19             MR. HARDIN:  I only predict they are going to make

20   the same argument with Mr. Taylor, but we'll see.  Go ahead.

21   Excuse me.

22             THE COURT:  I can only deal with one witness at a

23   time.

24             MR. HARDIN:  Fair enough.

25             MR. BUTLER:  Your Honor, as to the whole idea of

1  transfer -- could I go back to one thing, Your Honor?

2          THE COURT:  You did -- in your case -- you did

3  present evidence indicating that the substances as they

4  appeared on the cotton balls, I'm not sure about the gauze,

5  that that was consistent with after there was an injection,

6  having been used to wipe that area.  Now --

7          MR. BUTLER:  That was the DNA --

8          THE COURT:  -- DNA expert.

9          MR. BUTLER:  Again, that goes to what I was saying

10  a moment ago.

11          THE COURT:  What about steroids?  Do we have

12  anything about steroids?

13          MR. BUTLER:  Not as to that issue, Your Honor.  The

14  only --

15          THE COURT:  No, I'm trying to recollect.

16  Steroids -- were there any steroids that were actually

17  recovered on anything?

18          MR. BUTLER:  Steroids were recovered on the cotton

19  balls.  Steroids were on the needle that was in the beer can.

20          MR. HARDIN:  No.

21          MR. BUTLER:  That's what we're talking about.  And

22  so there are steroids on the cotton balls, Your Honor, 3-1 and

23  3-2, which are the two cotton balls in the beer can.

24          MR. HARDIN:  Let me back up.  I think he's

25  inadvertently mistaken.

1          MR. BUTLER:  No, I'm not.

2          MR. HARDIN:  The syringe has steroids on it, it has

3    three different steroids on it that's found in the beer can.

4    The cotton balls have two different steroids on each of them.

5    One of those cotton balls has pus instead of blood and the

6    other has blood.  But on each of them they have the same

7    steroid.

8          And then the two containers that were found in the

9    beer can, two of the three containers, there's an ampule that

10   was broken open that has one steroid, that's found on the

11   cotton balls and the syringe in the beer can.  The other

12   container is another steroid and that was found on each of the

13   cotton balls.  So, what you have is --

14         THE COURT:  Did he actually examine the evidence?

15         MR. HARDIN:  No, he's accepting at face value the

16   Government's findings.  As to the Government's finding of what

17   was in the beer can.

18         THE COURT:  As I recall, in reference to the cotton

19   balls, the Government's expert did in fact look at them and

20   said that what he saw was consistent with them having been

21   used to swipe an area that had been injected.

22         MR. HARDIN:  Yes, sir.  Yes, sir.  And then he went

23   on further to say -- in fact, he volunteered from the stand,

24   that cotton ball was used to wipe an injection site.  And Mr.

25   Attanasio came after him a little bit on cross, but he

1    volunteered that on direct.

2          Now, all I'm seeking to show through this man is

3    that when you take all of these circumstances that are

4    uncontradicted by the Government's findings and testing, that

5    the way these were commingled and preserved, you cannot reach

6    any conclusion to a reasonable certainty scientifically about

7    the source of these different things you're finding, and

8    that's the issue.

9          THE COURT:  I think he's qualified to say that

10   cross contamination can occur.  But based upon what you just

11   said, I have some concerns about him saying -- having not

12   actually examined the cotton balls and seeing exactly what the

13   cotton balls looked like and what the substance on the cotton

14   balls looked like, I have a problem with him being able to

15   opine as to how they got there.

16         I think the best he can say is that cross

17   contamination can occur.  Because these items were in close

18   proximity with each, one is not in the position to say how the

19   substance got there.  But I don't think he can say that it

20   could have -- can you rule out that it got there by having

21   been poured or manipulated if he didn't actually examine the

22   items himself.

23         MR. HARDIN:  He wouldn't need to examine the items

24   to take at face value what the Government has found in the

25   photograph.  For instance, on the syringe --

1          THE COURT:  Well, has he looked at the photographs?

2          MR. HARDIN:  Absolutely.

3          THE COURT:  And is his testimony about these

4    various theories that you have, based upon his examination of

5    the photographs and who those items --

6          MR. HARDIN:  Yes.

7          THE COURT:  Let me just ask, sir.  Did you review

8    the photographs?

9          THE WITNESS:  Yes.

10         THE COURT:  Were you able to draw any opinions

11   based upon your review of the photographs as to how those --

12   well, the steroids could have gotten on there?

13         THE WITNESS:  Yes.

14         THE COURT:  What was that based upon?

15         THE WITNESS:  Well, what I saw in the -- you might

16   say the virgin evidence, the untouched, unanalyzed evidence.

17   Because once the Government lab analyzed the evidence, it's

18   destructive.  The evidence is destroyed from its original

19   form.  But it's my belief that the evidence could be as a

20   result of cross contamination, it could be manipulated or

21   purposefully fabricated.

22         THE COURT:  What's your basis for saying that it

23   could have been manipulated or fabricated?  What's the basis

24   for saying that, other than speculating that maybe that's what

25   occurred.  Is there a scientific basis, based upon your

1    observations, for you to say that?

2                    THE WITNESS:  Because no one knows how that got

3    there.

4                    THE COURT:  My question is not that.  My question

5    is whether or not your observations of the evidence, from a

6    scientific perspective, would give you the ability to opine

7    that those items could have been placed there intentionally?

8                    THE WITNESS:  No, I can't say that.

9                    THE COURT:  See, that's the problem I have.

10                   MR. HARDIN:  The only issue is whether he can

11   exclude it.

12                   THE COURT:  No.  No.  Because if he can't, upon

13   observing the items, give an opinion as to how, from a

14   scientific perspective, those items could have gotten there, I

15   think he's just speculating.  He's guessing.

16                   MR. HARDIN:  I think he's going to say one of three

17   possibilities.

18                   THE COURT:  No, I think he can say that cross

19   contamination can occur.  And that based upon what he

20   observed, he can't say how it got there.  I think that's the

21   best he can say.  Okay.  Let's bring the jury in.

22                   MR. HARDIN:  Your Honor, we have pending, my

23   request that he be declared an expert in forensic toxicology.

24                   THE COURT:  I will declare him as an expert.

25                   MR. HARDIN:  Thank you.

1              MR. BUTLER:  Your Honor, can I ask, though, an

2    expert as to what?

3              MR. HARDIN:  Forensic toxicology.

4              MR. BUTLER:  And that's not a relevant topic for

5    this discussion, Your Honor.

6              THE COURT:  Well, I did ask him questions about

7    steroids, and I think his testimony gives a sufficient

8    predicate to testify about the potential of cross

9    contamination as it relates to steroids.  And I would conclude

10   that his expertise as a forensic scientist does give him a

11   basis to say what the optimum way evidence should be collected

12   and preserved in order to ensure its integrity.  So, I'll give

13   him the leeway to testify about that.

14             MR. BUTLER:  As a forensic scientist or a forensic

15   toxicologist, Your Honor?

16             THE COURT:  Well, forensic -- I mean, forensic

17   toxicology is a subspecialty of being a forensic scientist.

18   As he said, there is basic principles that you have to

19   integrate into his expertise regarding what he is.  So, I'll

20   permit it over objection.  Okay.

21   JURY ESCORTED INTO THE COURTROOM AT 3:55 P.M.

22             THE COURT:  You can be seated.  My clerk may have

23   asked you, but I indicated we would break at 4:30 because I do

24   have a meeting.  I'm supposed to attend, but I'll just be

25   late.  So, we can sit until 5:00.  I would sit beyond 5:00,

1   but I can't because these people don't get paid overtime.  We

2   don't have any money to pay them,and I don't believe in

3   slavery, so I don't work my people for free.  Okay.

4           MR. HARDIN:  Your Honor, I move to have him

5   admitted as a forensic toxicologist.

6           THE COURT:  He'll be qualified as an expert in that

7   area.

8           DIRECT EXAMINATION CONTINUED

9   BY MR. HARDIN:

10   Q.   Now, Doctor, have you -- let me ask you, if I could, if

11   we could put up Government Exhibit 52Y.  Let me see what 03 is

12   and then 04.  03.  03 is the first one I want.

13          Now, have you reviewed, at my request, this

14   photograph of the Government's evidence?

15   A.   Yes, I have.

16   Q.   I want you to assume several things for me, if you

17   will.  Did you look at each item and review the results of the

18   testing the Government did on these matters?

19   A.   Yes, I have.

20   Q.   Now, you and I can agree at the outset, you're not

21   talking about DNA at all, is that right?

22   A.   That's correct.

23   Q.   All right.  So, none of my questions are ever directed

24   to you concerning the topic of DNA.

25   A.   Okay.

1    Q.   What I want to talk to you about, Doctor, is your

2    expertise and history in terms of whether or not you would be

3    willing to render a reliable opinion as to the source of these

4    items when -- in light of the way the evidence was collected

5    and stored?

6    A.   Okay.

7    Q.   All right.  Now, if we can look at this.  I want you to

8    first look at the cotton balls.  And those would be Q7 --

9    excuse me, not Q7.  The cotton balls would be -- the two

10   cotton balls you see on the top right there, do you see them?

11   A.   Yes.

12   Q.   The first two there.  Assume with me for a moment that

13   those cotton balls -- one of those cotton balls has blood on

14   it and another one of those three, I can't remember whether

15   it's the top two or three, so let's just circle all three of

16   them.  Thank you.  That one of those cotton balls is not

17   tested.  One of those cotton balls had pus on it.  And another

18   cotton ball had blood on it.

19              Are you with me?

20   A.   Yes.

21   Q.   Assume that the cotton ball that had pus on it had two

22   steroids on it, Deca-Durabolin and Primobolan.  All right?

23   A.   Yes.

24   Q.   Assume further that the other one that had blood on it

25   had two steroids on it, Deca-Durabolin and Primobolan.  Are

1    you with me?

2      A.   Yes.

3      Q.   And now let's go down to Q4 here, and assume that that

4    syringe had three steroids on it.  That it had two of the same

5    steroids that are on the cotton ball, plus one other,

6    Sustanon.  Okay?  So, assume with me that that syringe had

7    Deca-Durabolin and Primobolan in addition to Sustanon, the

8    same two that were on the cotton balls I just asked you about?

9    Are you with me?

10           MR. BUTLER:  Your Honor, that misstates the

11   evidence in this case.

12           THE COURT:  All right.

13           MR. HARDIN:  Pardon me.

14           THE COURT:  Confer with Mr. Hardin.  I don't know

15   what you're talking about.

16   OFF THE RECORD

17           MR. HARDIN:  The Government has correctly pointed

18   out that I'm wrong about the syringe, it did not have that

19   third -- that Sustanon.  That the steroids on the syringe are

20   the same, Deca-Durabolin and Primobolan, as were on two of the

21   three cotton balls.  Are you with me?

22     A.   Yes.

23     Q.   Now, assume with me further that everything we're

24   looking at at this picture, in this photograph, in this

25   exhibit, came out of the beer can removed by the Government

1    after they got this evidence.  Are you with me?

2    A.   Yes.

3    Q.   Assume further that where you see Q7 -- okay?  Check

4    and make sure I get this right.  That where you see Q7, assume

5    that is a bottle with a closed top on it of Deca-Durabolin,

6    one of the two steroids found on the cotton balls and in the

7    syringe.

8    A.   Correct.

9    Q.   Are you with me?

10   A.   Yes.

11   Q.   Assume that this ampule that is broken off where you

12   see the arrow, and that is Q5, is an ampule that has

13   Primobolan.  Are you with me?

14   A.   Yes.

15   Q.   Now, assume further that these two cotton balls, along

16   with that syringe -- the two cotton balls that are in the

17   photograph, all three of them were in the beer can.  That the

18   ampule and the vial containing one of each of the two steroids

19   were in the beer can.

20          Assume further that the syringe there has the

21   same two steroids that are on the cotton balls, and one of

22   each of which is in these two containers, the vial and the

23   ampule.  Assume all of those are in that beer can that you see

24   that has been open or cut open from the bottom.

25          Now, because -- first of all, tell me, what is

1    cross contamination?

2    A.   It would be transference of a compound or compounds

3    from one item to another item.

4    Q.   All right.  Now, if one collects evidence that way and

5    stores it in this beer can -- and, by the way, assume with me

6    further -- do you see where it said Q6?  Do you see that?

7    A.   Yes, I do.

8    Q.   That is a vial, if you notice, of another steroid.  Are

9    you with me?

10   A.   Yes.

11          MR. BUTLER:  Your Honor, it misstates the record.

12          THE COURT:  Oh.  Again, confer.

13   OFF THE RECORD.

14   BY MR. HARDIN:

15   Q.   You're right.  Thank you.  Thank you.  I got a little

16   sloppy in my language.  Assume that is HGH.  That is not a

17   steroid.  Okay.  But that is also in the can.

18   A.   Correct.

19   Q.   And then if you look at all of these matters, assume

20   they're in the beer can and that there is no evidence one way

21   or the other as to whether there was any residue of the beer

22   left.  Okay?  It's unknown.  Are you with me?

23   A.   Yes.

24   Q.   Now, assume further that this beer can stays the way

25   I'm describing, according to the evidence, from somewhere in

 1   late October of 2001 until January of 2008.

 2           MR. BUTLER:  Misstates the record, Your Honor.

 3   Objection.

 4           THE COURT:  Different year?

 5           MR. BUTLER:  August.

 6           THE COURT:  Confer.

 7   OFF THE RECORD

 8   BY MR. HARDIN:

 9    Q.   The Government and I have a different memory.  But for

10   purposes of my hypothetical, I'll be glad to assume their

11   memory.

12           THE COURT:  If you have a good faith basis for

13   asking what you want to ask, that's --

14           MR. HARDIN:  Thank you.

15   BY MR. HARDIN:

16    Q.   But assume for purposes of the hypothetical, let's just

17   plug in August of 2001 as to when it's collected, instead of

18   when I gave you later.  So, August of 2001 it's collected, and

19   stays in that state in the beer can until January of 2008.

20           Assume further that these items are collected and

21   stored by the person that is making the accusation against Mr.

22   Clemens about having used these items.  Are you with me?  In

23   other words, he is the source of the evidence we have been

24   discussing?

25    A.   Yes.

1    Q.    Now, assume further that that beer can actually

2    contained a needle from some other -- used with some other

3    unknown person, known or unknown to the jury, somebody other

4    than the claimed Mr. Clemens.  And that it was also in the

5    beer can.

6                 When you put all of that together, what is your

7    reaction as to whether that collection of evidence with that

8    group of items could have created cross contamination?

9    A.    The problem is, if we look at this as evidence,

10   scientific evidence, there's the possibility of transference

11   of drug from the vials, from the syringe, to the cotton balls.

12   It would be impossible, in my belief, that one could rule out

13   the possibility of contamination.

14   Q.    All right.  And would it be impossible --

15             THE COURT:  When you say contamination, that would

16   have taken place inside of the can or otherwise?

17             THE WITNESS:  Or otherwise.  But we're focusing on

18   in the can right now, I think.

19   BY MR. HARDIN:

20   Q.    That's right.  For purposes of our conversation we're

21   focusing on the can.  So, when you say contamination, what do

22   you mean?

23   A.    The transference or movement of drug from one item to

24   another.  So, for example, we have the Exhibit Q5, which is a

25   broken ampule.  That broken ampule is open to the environment.

1    So, there could have actually been liquid in that vial before

2    it was placed into the beer can, which could have contaminated

3    the cotton balls.

4           We also have a syringe that contains both

5    steroids that were found in Q7 and Q5.  Most people when you

6    handle a syringe, you handle it from top down so that the

7    needle portion is facing down, so you don't risk contamination

8    with a blood borne pathogen or drug or chemical.  So, it's

9    possible that if there's liquid in the syringe as it's placed

10   into the beer can, there's some release of drug from the

11   syringe onto the evidence in the can, almost as if it was

12   misted or dropped onto.

13          So, the other problem is the potential for liquid

14   in a beer can.  I know when I drink -- I don't drink beer, but

15   when I drink soda, and when I'm done with the can there's

16   always a little bit left.

17          MR. BUTLER:  Objection to that from an expert

18   opinion.

19          THE COURT:  Overruled.

20          THE WITNESS:  My point is that that little bit

21   left, that residue left, the couple milliliters, certainly not

22   an ounce, but a couple milliliters of residue is liquid that

23   could facilitate transference of drug from one item to

24   another.

25   BY MR. HARDIN:

1    Q.   How?

2    A.   It just simply comes in contact.  It's not complicated.

3    So, if we had a residue of drug on this bench top and I go

4    like this (indicating) and swipe my hand, I have residue on my

5    hand.  And then I might have residue on my paper.  So, I'm

6    just transferring from one point to another point.

7    Q.   Okay.

8         THE COURT:  So, in layman terms, you're saying it

9    could have spilled out of those items where it had previously

10   been contained onto the cotton balls?

11        THE WITNESS:  Correct.  Spilled or released if

12   there was liquid in the syringe as it was placed into the can.

13   BY MR. HARDIN:

14   Q.   So, the vial, the ampule or the syringe or all three

15   could have done what?

16   A.   Contaminated the cotton balls.  So, we have problem --

17   the main problem is we have drug in the can with the cotton

18   balls.  The Government's evidence here that's linked to the

19   defendant.  So, there's no way we can say -- I can say, I

20   believe, that you cannot rule out cross contamination or

21   transference from the pure drug, the medication that's there,

22   to the cotton balls.

23   Q.   Now, is it also possible that these items could have

24   been contamination even before they were put into the beer

25   can?

1          MR. BUTLER:  Objection.  Calls for speculation,

2    Your Honor?

3          THE COURT:  Well, whether he can say based upon his

4    observations -- could you assess, based upon your

5    observations, whether contamination could have occurred before

6    they ended up in the beer can?

7          THE WITNESS:  Well, we know there's drug on the

8    cotton balls, so certainly it could have come onto the cotton

9    balls beforehand.  I think that's the Government's story.  Is

10   that it was there before it was placed into the can.  But it

11   could have come through contamination as well.

12   BY MR. HARDIN:

13    Q.   What is your opinion as to you can rule out either

14   cross contamination or non-cross contamination.  Can you

15   definitively decide one way or the other in this case as to

16   which happened?

17    A.   No.  And I don't believe there's a test that we could

18   perform or that the Government could perform that could rule

19   that out.

20    Q.   Now, if we look at each of these pieces of evidence in

21   that way, from a forensic -- by the way, do you consult on the

22   TV show NCI?

23    A.   CSI.

24    Q.   CSI, excuse me.  NCI is a client.  With CSI?

25    A.   Yes, I have.

1    Q.    How often?

2    A.    Pretty frequently last seen with Jon Wellner who is one

3    of their writers and actors -- not this year so much.

4    Q.    Now, basically, are you engaged in the same business

5    that CSI is making a television show about?

6              MR. BUTLER:  Objection, Your Honor, relevancy.

7              THE COURT:  Sustained.

8    BY MR. HARDIN:

9    Q.    Well, in this particular case, what is your opinion as

10   to the way this evidence was collected and stored in terms of

11   how -- whether or not any reliable conclusions could be

12   reached according to the standards in your profession as to

13   the source of the steroids?

14             MR. BUTLER:  Objection, Your Honor, goes beyond his

15   expertise and usurps the function of the jury.

16             THE COURT:  Overruled.  Are you able to give any

17   opinion as to how the steroids would have gotten on those

18   items -- the cotton balls?

19             THE WITNESS:  As I said, I believe there's the

20   possibility of contamination or transference from drug from

21   one item to another, which leads to an unreliable laboratory

22   finding and unreliable conclusions.

23   BY MR. HARDIN:

24   Q.    According to the standards in your profession, forensic

25   science, what is your opinion as to whether any reliable

1  conclusion can ever be reached, according to the standards in

2  your profession, as to the source of those steroids?

3          MR. BUTLER:  Objection, Your Honor.

4          THE COURT:  Overruled.

5          THE WITNESS:  We do everything in the laboratory,

6  be it a serologist or a toxicologist or some other

7  subspecialty to prevent -- a more technical term would be

8  carry-over from one specimen to another.  We try not to

9  commingle evidence.  We try to separate evidence.  Sometimes

10  we're worried about exposing our own body to the fluids that

11  could cause contamination.

12          So, there are procedures in place in my lab and

13  other labs that are there only to prevent contamination.

14          THE COURT:  What are those procedures that you

15  employ in the lab?

16          THE WITNESS:  In my laboratory, when we do drug

17  tests we run a -- it gets really complicated, but we run a

18  solvent blank between every decedent specimen.  So, we have

19  Decedent A, a solvent blank, Decedent B, and a solvent blank,

20  and a Decedent C.  This way -- in no way possible that we can

21  transfer from one sample to another.  We always have an

22  intermediate sample.

23          So now that application doesn't really play out

24  here with the beer can scenario, but what's important is the

25  fundamentals that commingling results in contamination.  And

1    we have to do everything possible to prevent that.

2    BY MR. HARDIN:

3     Q.    But when you see a collection and storage like this --

4    and, by the way, I've failed to mention to you, assume that

5    after all this is collected and put into a beer can, there may

6    have been other thing added to it by the collector, the same

7    gatherer.  And then that it is moved around in somebody's

8    residence for the next seven years before it's then -- not

9    taken to a lab, but then taken to the accuser and gatherer's

10   lawyer.  And it is laid out on a table then and then gathered

11   up, placed in three different bags, and turned over to the

12   Government two days later.  Assume all of that in terms of how

13   this evidence is both collected, stored and delivered.

14              What about that sequence of facts that I

15   discussed with you and what you have seen in this picture

16   makes you unwilling to treat this evidence as reliable?

17    A.    All of that compromises the integrity and the

18   reliability of the evidence.  The movement of the evidence

19   from one point to another multiple times could enhance the

20   probability of contamination or cross contamination or

21   transference.  You could have potential custody issues.

22   Obviously, there is no chain of custody of the evidence while

23   the evidence is in the custody of the accuser.

24              So, this is just very unusual evidence with a

25   commingling of evidence and items.

1    Q.   But keep the DNA out of it.  Would you in your

2    professional opinion ever be willing to rely on the

3    reliability of this evidence as to determination of who the

4    source of the steroids was?

5    A.   I couldn't, no.

6    Q.   And what is your opinion as to the standards of your

7    industry, forensic toxicology and forensic science, in terms

8    of whether this collection, preservation and commingling would

9    produce a reliable result.

10             MR. BUTLER:  Asked and answered at this point, Your

11   Honor.

12             THE COURT:  He can answer again.  You can respond

13   to that again.

14             THE WITNESS:  I think that the Government's

15   conclusions are overreaching with regards to the

16   interpretation of these evidence.

17             MR. HARDIN:  That's all I have, Judge.

18             THE COURT:  Cross-examination.

19             MR. BUTLER:  Yes.  Your Honor, might I have a

20   moment.

21             THE COURT:  Yes.

22             MR. BUTLER:  Thank you.

23   OFF THE RECORD

24             MR. BUTLER:  Thank you, Your Honor.

25

1                          CROSS-EXAMINATION

2  BY MR. BUTLER:

3   Q.   Dr. Goldberger, would it be a fair statement to say

4  that there's a difference between the standards within your

5  lab in terms of how you handle evidence and prevent transfer

6  within a lab versus that which you -- the evidence that you

7  receive from the field?  I would think that most of that

8  evidence always runs the risk of cross contamination as

9  opposed to what happens in the lab where you do try to prevent

10 transfer of substances from one to another.

11              Let me just break it down.  You take steps within

12 the lab to prevent transfer from one substance to -- one item

13 to another, is that correct?

14  A.   Yes.

15  Q.   However, when you receive evidence from the field, you

16 often don't know what was done with that evidence before you

17 obtained it; is that accurate?

18  A.   That's correct.  And you hope that your analysts in the

19 laboratory can put the puzzle together and tell the difference

20 between Drug A and Drug B or Person A and Person B, basically

21 to remove the commingling of evidence to separate distinct

22 findings that can be relied on.

23  Q.   And regardless of whether you can make those

24 conclusions or draw those -- have a complete understanding of

25 the evidence that comes into the lab, you still do the testing

1   of those items to see what you find; is that accurate?

2      A.   Well, I think that depends on the lab.  I mean, you can

3   be a law enforcement officer and ask the lab to run a test for

4   you, but you have to have a willing analyst that will follow

5   standard protocol.  And if the evidence doesn't meet the

6   evidentiary requirements for that agency, then it might be

7   rejected.  So, if it doesn't have a security seal, they may

8   reject it.

9      Q.   Let me ask you this question.  Let's go through it

10  again, if we could.  Once it's in the lab, you can control

11  what's done with it and prevent transfer of substances, one

12  item to the next; is that accurate?

13     A.   If you're a good laboratory, of course, yes.

14     Q.   Your lab is a good laboratory, right?

15     A.   I think so.

16     Q.   But, however, life is messy.  Items come in to you from

17  outside of the lab and items -- you don't know -- you don't

18  know always with back story or what's happened with those

19  items before they come into your lab, do you?

20     A.   That's absolutely true.  But if you submit garbage to

21  the laboratory, more than likely you're going on get garage on

22  the end.  And you have to have qualified people running the

23  tests, qualified managers and directors interpreting the

24  results so people like yourself can rely on them.  That's the

25  process in forensic science.

1    Q.   And the area of forensic science that you operate in,

2    forensic toxicology, correct?

3    A.   It is.

4    Q.   So, you're not a forensic scientist, you're a forensic

5    toxicology; is that accurate?

6    A.   No, I am a forensic scientist.  I was the President of

7    the American Academy of Forensic Scientists, the premiere

8    leading organization in the states.

9    Q.   But the area that you work in day-to-day over 30 years,

10   as you said, is forensic toxicology; is that accurate?

11   A.   That's my subspecialty.

12   Q.   And so within forensic toxicology, you know, you --

13   yes, you obtain items within the context of what you do, but

14   as a forensic toxicologist you often don't know the back story

15   of a piece of evidence before it comes in to you, do you?

16   A.   Actually, that's totally wrong because every submission

17   that comes to my laboratory comes with the request, with the

18   history.  If there's no history, we go back and get it.  I

19   won't ask my employees to blindly test evidence that has no

20   history, because what do you test for?  What direction do you

21   take?  What's the medical, clinical or forensic significance

22   of your finding?

23          So, you work with a history.  You work with a

24   background.  And the background in this case is you have

25   evidence in a beer can that was in the possession of an

1    accuser for six years.

2    Q.   And that's all you've talked about is the evidence in

3    the beer can; is that accurate?

4    A.   Yes.

5    Q.   All right.  And let me ask you, in terms of those items

6    that you were asked about, you did not do any testing of those

7    items; is that accurate?

8    A.   No.  And --

9    Q.   It's not accurate?

10   A.   That's accurate.  I did no testing.  Keep in mind that

11   the work that was done by the FBI and by the laboratory in

12   California are destructive techniques.

13   Q.   Well --

14   A.   So, evidence is destroyed when you do a toxicology

15   test.

16   Q.   Well, have you been shown the items -- you've been

17   shown the cotton balls which still exist; is that accurate?

18   A.   I know they do.  I know they are in bags somewhere in

19   this courtroom.

20   Q.   And you've been shown the syringes that were involved

21   in this matter, is that correct?

22   A.   Yes.

23   Q.   And you have been told you do could your own testing of

24   those items if you wanted to; is that accurate?

25   A.   That's possible.  But if I tested a syringes it's very

1    likely that I'd find nothing because the laboratory washes the

2    syringes to obtain a sample for their methodology.  So,

3    they've removed the drug from the syringes.

4        Q.   But you don't know that.  You don't know if there was

5    residual amounts left over for further testing, do you?

6        A.   It has nothing --

7        Q.   Yes or no.  That's a simple question.

8        A.   No.

9        Q.   Do you know one way or the other?

10       A.   No.  But it has nothing to do with my opinions that I

11   expressed today.

12       Q.   Well, it does in terms of whether you tested these

13   items and you have any evidence to offer this jury as to the

14   this question.  Do you have any evidence from testing that

15   there was cross contamination?

16       A.   No.  I said that there's no laboratory technique or

17   methodology that could prove that or disprove that.  So, even

18   the Government laboratory or contract laboratory couldn't run

19   a test to rule it out.  So, it's there on the table.

20       Q.   So, you don't know.  You don't know because you haven't

21   looked.  You say there's no test that can be done and you

22   haven't looked to test these items; is that accurate?

23       A.   There's no test that I could run or I could ask to be

24   run that would differentiate that this came from the defendant

25   or that this was due to contamination.

1    Q.   Well, did you look at, say, Item Q7, the file with
2    Deca-Durabolin in it, have you looked at that?
3    A.   Can someone throw that up on the screen for me, please.
4    Q.   I can have Ms. Hayes pull that up for you, Q -- 52Y,
5    Page 4.  Ms. Taylor, could you --
6    BY MR. BUTLER:
7    Q.   Do you see Q7 on there, Dr. Goldberger?
8    A.   Yes.
9    Q.   Do you see a cap on that vial?
10   A.   Yes.  Now, refresh my memory, but I believe Mr. McNamee
11   wasn't sure how that cap got on there.
12   Q.   Well, let me ask you, do you know how that cap got on
13   there?
14   A.   I have no idea.
15   Q.   And that has a cap on it at the moment -- at this
16   present moment; is that accurate?
17   A.   That's true.
18   Q.   And do you know if that cap is a porous cap or is that
19   a cap that prevents a liquid from coming out of the vial?
20   A.   Presumably it would prevent the liquid from coming out
21   of the vial.
22   Q.   So, if that cap is on that vial, how would that cause
23   cross contamination?
24   A.   What if the liquid came out of the vial?
25   Q.   Well, if it has a cap on it, how would that happen?

1 A. It's spilled or leaked out.

2 Q. A sealed cap?

3 A. I don't know how well sealed that is.

4 Q. Because you haven't looked, right?

5 A. I haven't looked.

6 Q. And so is it a fair statement to say that some of what

7 you're testifying about here today is based upon speculation

8 on your part as to what could have been, but you don't know

9 because you haven't looked at the items or there's no test

10 that could be run for it, and a number of other factors; is

11 that accurate?

12 A. No, it's not speculation.  I can tell you definitively

13 that there is no test that will show the difference between

14 contamination and authenticity.

15 Q. Well, the answer you just gave about the vial a moment

16 ago, that was a speculative answer, was it not; in terms you

17 don't know if that cap was sealed, you don't know if that cap

18 was on there; correct?

19 A. I see it on the vial, but I can't speak to its

20 integrity.  That's the problem.  We don't know for sure what

21 the integrity of that vial is.  It's been sitting for six

22 years in a can in a box exposed to the elements, moved from

23 point to point.

24 Q. And in terms of transfer of substances from one item to

25 another, if those cotton balls were dry at the time that they

1   were in the beer can and there's no liquid in the beer can,

2   the chances of any transfer is much reduced from the situation

3   where there was moisture in that beer can, is that accurate?

4   A.   That's possible.

5   Q.   But that's not what you told the Judge.

6          MR. HARDIN:  Let him finish his answer.

7          THE WITNESS:  I think that's more speculative

8   than -- my opinion is that it simply cannot be ruled out.  I

9   can speculate that there was, there was not.  My concern is a

10  forensic concern about the integrity and the ultimate

11  reliability of the evidence.  That you simply cannot rule out

12  contamination.

13  BY MR. BUTLER:

14  Q.   But you can't say that it didn't happen either, can

15  you?

16  A.   Well, that's the other side of my statement, yes, I

17  agree.

18  Q.   So it could have happened, correct?  Correct?  Yes or

19  on no?

20  A.   Yes.

21  Q.   And it might not have happened, correct?

22  A.   That's correct, but --

23  Q.   Yes or no.  I want to explain --

24          THE COURT:  Go ahead.  Go ahead.  You can answer.

25          THE WITNESS:  That's correct.  But, remember, this

 1   is forensics, and you learn in Forensics 101 that there are no

 2   maybes, there's no uncertainty.  You have to be certain.  You

 3   have to be definite that your findings are correct.

 4   Otherwise, we learn and we've learned many years ago that we

 5   put guilty to people to jail -- send guilty people to jail.

 6            So, that is why we have such rigorous standards in

 7   forensic science today, and we are building additional

 8   standards with the help of the FBI and the National Institutes

 9   of Justice, so these mistakes don't get overlooked.

10   BY MR. BUTLER:

11    Q.   And that's the point of a trial, is it not, to put the

12   facts before a jury so the jury can make those decisions; is

13   that accurate?

14    A.   That is correct.  So, I'm addressing -- to use a legal

15   term, the weight of the evidence.  I'm saying that the weight

16   of the evidence in this case is lacking because of the

17   potential for contamination.

18    Q.   Well -- and I just want to make it as clear as I can.

19   You don't know whether there was contamination in this case

20   one way -- you don't know there was, you don't know there

21   wasn't; is that an accurate statement?

22    A.   That's correct.

23    Q.   And in terms of going back to what I was asking you a

24   moment ago, if those cotton balls were dry when they were put

25   in with the beer can, didn't you tell the Judge about 10

1    minutes ago that the chance of transfer in that situation is

2    much reduced?

3       A.    If the entire environment is dry, then the potential

4    for transference would be reduced because you don't have

5    aqueous or liquid material to facilitate your transfer.  But

6    we have several sources of liquid, we have the broken vial, we

7    have the syringe without a cap, we have the beer can.

8       Q.    Again, you don't know the condition of those items when

9    they were placed in the beer can?  You don't know one way or

10   the other, do you?

11      A.    I don't, and I simply can't speculate to that.  That's

12   the problem, we don't know the state of the evidence when they

13   were introduced to the can, which is problematic in my

14   opinion.

15      Q.    And in terms of the -- going back to my question, I

16   think the wording you used to the Judge was much less chance

17   if the items were dry at that time?

18      A.    Yes, I said that.

19      Q.    All right.  You don't know the order in which the items

20   were put in the beer can; is that accurate?

21      A.    I don't recall reading any testimony that Mr. McNamee

22   knew either.

23      Q.    And you don't know whether those items were dry or wet

24   at the time, correct?

25      A.    That's correct.

```
 1              MR. BUTLER:  Court's indulgence.
 2   BY MR. BUTLER:
 3     Q.   It is a fair summary of your testimony that it's
 4   possible for chemicals in a closed container like a beer can
 5   to potentially transfer over to another item within that beer
 6   can?  Is that a good summary of your testimony?
 7     A.   Part of it, yes.
 8     Q.   All right.
 9              MR. BUTLER:  Court's indulgence.
10   OFF THE RECORD
11              MR. BUTLER:  Thank you, Your Honor.
12   BY MR. BUTLER:
13     Q.   Dr. Goldberger, you're not contesting the finding of
14   what these labs found on these items, is that accurate?
15     A.   That's correct.
16     Q.   So, you're not -- you're not saying that those findings
17   are inaccurate in any way or those findings are wrong; is that
18   accurate?
19     A.   That's correct.
20     Q.   And what your testimony is, is your interpretation or
21   your hypothesis as to this issue of a possibility of cross
22   contamination, is that what you're saying, within the beer
23   can?
24     A.   Yes.
25              MR. BUTLER:  Okay.  I have no further questions,
```

1    Your Honor.

2              THE COURT:  Redirect.

3                        REDIRECT EXAMINATION

4    BY MR. HARDIN:

5     Q.    You understand the Government's hypothesis that the

6    steroids and the blood, whatever, and the pus, whatever, all

7    came from Roger Clemens, correct?

8              MR. BUTLER:  Objection, Your Honor.

9              THE COURT:  Overruled.

10             MR. BUTLER:  As to the blood.

11             MR. HARDIN:  I'm not asking about DNA.

12             THE COURT:  Hold on.  Hold on.  Within the confines

13   of what he asked, I'll permit it.

14   BY MR. HARDIN:

15    Q.    Do you understand their hypothesis is that blood on

16   the -- whatever the substance is, whether it's blood or pus or

17   anything that may be in it, and the steroids on the cotton

18   balls all came from Mr. Clemens, correct?

19    A.    Yes.

20    Q.    All right.  And your hypothesis is because of the way

21   that the evidence was collected and stored is what?

22    A.    It can't be proven.  The Government's theory cannot be

23   proven.  You cannot exclude the possibility of transference or

24   contamination.

25    Q.    All right.  Now, he asked you about whether or not it

1    would be as easily transferred if it was dry; do you recall

2    those questions?

3    A.    Yes.

4    Q.    But you read Mr. McNamee's testimony, didn't you, in

5    this case?

6    A.    Yes.

7    Q.    That was some of the things we sent you to review?

8    A.    Yes.

9    Q.    And do you recall if Mr. McNamee -- let me give you

10   this hypothetical -- if the gatherer, the accuser/gatherer of

11   this evidence has testified that he put these items in the

12   beer can the same night that he gave a shot that the cotton

13   balls are used to wipe off.  Are you with me?

14   A.    That's correct.

15   Q.    So, rather than speculation, if we took Mr. McNamee's

16   testimony as accurate in that respect, what would that mean

17   about the possibility of cross contamination if everything was

18   created that night?

19            MR. BUTLER:  Objection, Your Honor, the --

20            THE COURT:  Overruled.  Do you understand the

21   question?

22            THE WITNESS:  Yes.  The cotton balls could be moist

23   because they were used to wipe the arm, which would have

24   liquid on it.

25

 1   BY MR. HARDIN:

 2    Q.   And if the beer can, as Mr. McNamee contends, was taken

 3   out of the garbage and wasn't crumbled up at that time, and

 4   all of the other things that I've included in my hypothetical

 5   earlier were the case, what would that indicate to you as to

 6   the danger and possibility of cross contamination?

 7    A.   There's liquid in the can that could facilitate the

 8   transfer of drug to the cotton balls.

 9    Q.   How many years have you been doing this?

10    A.   30 years.

11    Q.   In those 30 years, have you ever encountered somebody

12   claiming evidence like this could reach a conclusion beyond a

13   reasonable doubt as to the source?

14         MR. BUTLER:  Objection, Your Honor, that's the

15   province of the jury, not for this witness.

16         THE COURT:  Sustained.

17   BY MR. HARDIN:

18    Q.   Strike beyond a reasonable doubt in my question.  When

19   you listen to my hypothetical and what you have studied and

20   learned and testified about to both sides, what is your

21   opinion as to whether that evidence could ever reliably be

22   used to point to a specific source?

23         MR. BUTLER:  Objection, again, same objection, Your

24   Honor.

25         THE COURT:  Overruled.

```
 1              THE WITNESS:  I have never seen evidence of that
 2   like that was used in a prosecution to link a person with a
 3   drug.
 4              MR. HARDIN:  Thank you.  No further questions.
 5              THE COURT:  Anything from the jury?  Let me just
 6   ask one question before I ask the question from the jury.  Is
 7   there any way that your laboratory can test what the age of a
 8   stain is?
 9              THE WITNESS:  No.
10              THE COURT:  Okay.  Approach, please.
11   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:
12              THE COURT:  The question is:  Explain when you say
13   there are no maybes, only certainties, when it comes to
14   looking at evidence like this.
15              MR. BUTLER:  No objection.
16              MR. HARDIN:  No objection.
17   SIDEBAR DISCUSSION CONCLUDED
18              THE COURT:  Doctor, the question is:  Explain,
19   again, when you say there are no maybes, only certainties,
20   when it comes to looking at evidence like this -- like we have
21   in this case.
22              THE WITNESS:  I can speak as a forensic scientist,
23   I'm no lawyer, but I can speak with regards to the way that a
24   scientist has to practice.  In a criminal court of law where
25   we use the standard beyond a reasonable doubt, we don't use
```

1    maybes or don't knows.  We have to know.  There has to be
2    certainty in our evidence beyond the reasonable doubt, that
3    way we ensure that the work is reliable, the work is
4    interpreted properly, and that the conclusions are accurate.
5    And that there's no deviation from the science and from the
6    practice -- the field.  And that way we know no mistakes are
7    made.
8                THE COURT:  Anything else?
9                (No response).
10               THE COURT:  Thank you, Doctor.
11               THE WITNESS:  Thank you.
12               THE COURT:  Who's our the next witness?
13               MR. ATTANASIO:  Your Honor, the defendant calls
14   Marc Scott Taylor.
15               THE COURT:  Is the witness excused -- this witness?
16               MR. ATTANASIO:  At this time, yes, Your Honor.
17               THE COURT:  Thank you.  Approach for a minute,
18   please.
19   SIDEBAR DISCUSSION ON THE RECORD AS FOLLOWS:
20               THE COURT:  I have some concerns about what he last
21   said in reference to the evaluation of the evidence because he
22   said there has to be no doubt.  Now, maybe that's the standard
23   that applies within the scientific community, but that's not
24   the standard that they have to imply.  I don't want the jury
25   to get confused that the standard that they would have -- and

1    it wouldn't be the standard for the admissibility of evidence

2    either.

3            So, I don't want the jury to misunderstand what the

4    standard is that they have to apply.

5            MR. HARDIN:  I thought, Judge, what he said is

6    because the standard is beyond a reasonable doubt, we, the

7    scientists, have to be certain.  But he put in there as a

8    prelude --

9            THE COURT:  This is different than that.

10            MR. HARDIN:  That was my --

11            MR. DURHAM:  -- mistaken impression that needs to

12    be corrected, and it needs to be corrected sooner rather than

13    later.

14            MR. HARDIN:  I have no objection to the Court

15    instructing that the standard they are to use in weighing all

16    the evidence is beyond a reasonable doubt, if the Court is

17    concerned about it.  But my hearing of it was that because the

18    standard in a criminal court is beyond a reasonable doubt, we,

19    the scientist have to be certain.

20            THE COURT:  Maybe that's what he meant, but I don't

21    think it came out that way.

22            MR. HARDIN:  If the Court wants to --

23            MR. DURHAM:  There's clearly a chance for a

24    misinterpretation of what he said, Your Honor.

25            THE COURT:  So, what are you asking me to say then?

1            MR. DURHAM:  One possibility, Your Honor, is to

2  address the -- just the reasonable doubt standard.  To just

3  give that instruction at this point as to -- that you will

4  hear -- at the end of this case you will hear at the end of

5  this case the standard in this case is that the proof has to

6  be beyond a reasonable doubt.  Reasonable doubt is defined

7  as --

8            THE COURT:  I think he was talking about the

9  standard that they apply as scientists.  But the standard that

10 they have to apply as a jury is the beyond a reasonable doubt

11 standard that I'll give them at the end of the trial.

12           MR. BUTLER:  Does the Court want to instruct some

13 modified version of that at this time in terms of just to say

14 to the jury that the --

15           THE COURT:  Well, I already gave them the

16 reasonable doubt instruction in my preliminary instructions.

17 So, I'll remind them of that and tell them that I'll give that

18 instruction at the end of the trial.

19           MR. DURHAM:  The other thing we would add, Your

20 Honor, is that that is based on all of the evidence admitted

21 in a trial, not -- so they don't --

22           THE COURT:  Right.

23 SIDEBAR DISCUSSION CONCLUDED

24           THE COURT:  Ladies and gentlemen, the Doctor said

25 something at the end of his testimony in response to a juror's

1    question that I want to speak on so that you're not confused

2    about what he said.  What he was saying that the standard that

3    he applies within the scientific community in rendering

4    testimony regarding evidence in a court of law.

5            What he said in that regard does not control in

6    reference to the standard that you apply in deciding whether

7    the Government has proven its case, because their burden of

8    proving their case is what is called beyond a reasonable

9    doubt.  The instruction that I gave you at the beginning of

10   the trial, and I'll give you at the end of the trial, and your

11   assessment as to whether the Government has proven its case

12   beyond a reasonable doubt is based upon all of the evidence

13   that will be presented during this case, including testimony

14   that was presented by expert witnesses.

15           Anything else from counsel?

16           MR. ATTANASIO:  No, Your Honor.

17           THE COURT:  Okay.

18           MR. ATTANASIO:  We call Marc Scott Taylor.  Mr.

19   Thereupon,

20                    MARC SCOTT TAYLOR,

21   the witness herein, having been first duly sworn, was examined

22   and testified as follows.

23                    DIRECT EXAMINATION

24   BY MR. ATTANASIO:

25     Q.   Good afternoon, sir.

1    A.   Good afternoon.

2    Q.   For the court reporter and the jury, will you please

3  state your full name.

4    A.   Certainly.  My name is Marc, M-A-R-C, Scott, S-C-O-T-T,

5  Taylor, T-A-Y-L-O-R.

6    Q.   Mr. Taylor, what do you do for a living?

7    A.   I'm a forensic scientist.  I am the laboratory director

8  and DNA technical leader, technical manager of Technical

9  Associates, Incorporated, in Ventura, California.

10   Q.   That's in Southern California?

11   A.   That's correct.

12   Q.   And you said Technical Associates, Inc., is that right?

13   A.   That's correct.

14   Q.   And does that sometimes go by the abbreviation TAI?

15   A.   Yes, it does.

16   Q.   Are you also the President of that company?

17   A.   I am.

18   Q.   Are you one of the founders of that company?

19   A.   Yes, I am the founder.

20   Q.   So, you are the founder?

21   A.   That's correct.

22   Q.   How long has Technical Associates, Inc. been in

23  operation as a laboratory?

24   A.   Since 1980.

25   Q.   What is Technical Associates, Inc., and what type of

1  analysis does it perform?

2     A.   Technical Associates is a forensic science consulting

3  and laboratory testing firm.  We do consultation to attorneys

4  and courts across the United States in a variety of different

5  areas within the forensic sciences, but the great majority of

6  it is in DNA analysis.

7     Q.   What type of clients -- I think you've alluded to this,

8  but what type of clients typically does Technical Associates,

9  Inc. do DNA analysis for?

10    A.   Most of the work we do is -- it's court-appointed work,

11 usually for defense attorneys in criminal cases.  We will also

12 do it in civil cases and in various types of insurance and

13 private cases.  But the great majority is criminal case work

14 and primarily working for defense attorneys.

15    Q.   Under what circumstances is your company and you

16 actually appointed by a court where the Court says, we're

17 going to hire you to perform some of this work in a particular

18 case?

19    A.   In a situation where a defendant is indigent, he can't

20 pay for the services, that is generally the reason.  And then

21 we'll be appointed by the Court.

22    Q.   Have you been hired in this case by the defense to

23 perform to render certain opinions about the DNA evidence in

24 this case, sir?

25    A.   To evaluate the DNA testing that was done and give my

1   opinions on that.

2   Q.   Let me talk to you a little bit about your own

3   background, if I may?

4   A.   Sure.

5   Q.   Where were you born?

6   A.   San Francisco, California.

7   Q.   Did you grow up there or somewhere else?

8   A.   Southern California from the age of 5 on.

9   Q.   Went to high school in Southern California?

10  A.   Yes, I did.

11  Q.   What city?

12  A.   Fontana.

13  Q.   After high school did you go to college?

14  A.   Yes, I did.

15  Q.   Where did you attend college?

16  A.   UC Santa Barbara.  University of California, Santa

17  Barbara and California State Polytechnic University in Pomona.

18  Q.   Is Cal Poly -- is that sometimes called Cal Poly, the

19  second school?

20  A.   That's correct.

21  Q.   Is that a science focused university?

22  A.   Science and engineering.

23  Q.   Yes, sir.  When did you graduate from Cal Poly?

24  A.   1972.

25  Q.   What was your degree?

1    A.   Degree in zoology, it's a specialty within -- it's a

2    biology degree with additional course work in animal systems.

3    Q.   After you received that degree from the California

4    Polytechnic Institute, did you attend additional university by

5    way of starting the process of earning a Master's degree or

6    doing further study in that field?

7    A.   Yes.  I completed the course work for a Master of

8    Science degree in Cellular Biology.

9    Q.   And where was that?

10   A.   Again, at Cal Poly.

11   Q.   After you were done with that course work, did you

12   begin employment?

13   A.   I'm sorry.

14   Q.   After you completed that course work that you've just

15   described, what was your first job?

16   A.   I was hired by the L.A. county coroner's office as a

17   research criminalist to evaluate the needs in forensic science

18   and develop new techniques for assisting the medical examiners

19   in determination of cause and mode of death.

20   Q.   What type of techniques would you refer to there?

21   A.   We did a variety of different investigations.  We dealt

22   with a variety of different tool marks, identification of

23   certain types of materials that were sometimes related to

24   cause of death using elemental analysis and electron

25   microscopy.

1          Work involved with identification of bullet

2   projectiles and attempt to tie them back to different types of

3   ammunition.  Gunshot residue analysis.  We evaluated a number

4   of different procedures for the detection of gunshot residue

5   and worked with the Aerospace Corporation as one of the

6   laboratories that was working with them.  They were working

7   under a grant from the Law Enforcement Assistance Association.

8          In addition to that, serological testing.  There

9   was an evaluation of various types of serological testing for

10  examination of evidence that was associated with deaths.

11  Q.   For how many years were you with the coroner's office

12  in Los Angeles County, California?

13  A.   Five years.

14  Q.   And what year, approximately, did you leave the

15  coroner's office in Los Angeles County?

16  A.   1978.

17  Q.   After that, beginning in 1978-1979, is that around when

18  you formed Technical Associates, Inc. and began that part of

19  your career?

20  A.   That was in 1980.

21  Q.   And in the interim, did you have any particular

22  employment?

23  A.   I did.  It was a little bit of an aside.  I was hired

24  as the technical adviser on the Quincy television program

25  because of my expertise and experience with the LA coroner's

1    office, they needed a technical adviser on the program, so I

2    did that for a period of years in between.

3        Q.    Quincy with Jack Klugman, that show?

4        A.    That's the one.

5        Q.    Okay.  Now, when you began Technical Associates, Inc.,

6    was there a particular focus of the company in 1980, such as

7    DNA, or did that evolve over time?

8        A.    When I formed the company we were doing consulting on a

9    variety of different areas, but at that point in 1980 there

10   wasn't DNA analysis in forensic science.  I continued taking

11   various classes that dealt with serological testing, and was

12   involved in performing that type of testing in case work.

13              About 1985 -- it was in 1985, the first use of

14   DNA technology in forensic science was utilized in the United

15   Kingdom.  I read an article about that -- a journal article

16   about that and was quite interested in that because some of

17   the graduate research I had done was involved in

18   identification of DNA in certain -- what are believed to be a

19   transitionary group between a bacteria and an organelle, it's

20   a structure within a cell.  And had been doing research in

21   that area.

22              And when they first used it in forensic science,

23   I thought, well, this is going to be extremely important

24   technology.  At that period of time then I started proceeding

25   in the direction of learning all that I could about the

1    technology that was being done.  I took additional course work

2    in molecular biology and statistics.  And then a whole series

3    of workshops and courses that were associated with dealing

4    with the specific techniques that were utilized in the field

5    of forensic science for analysis of evidence.

6                During that period of time I also -- I am of

7    member of the American Academy of Forensic Scientists and the

8    California Association of Criminalists.  And at the meetings

9    that they have, the annual and bi-annual meetings that they

10   have, I attended any workshops/presentations that I saw with

11   regard to DNA analysis, and got basically as much as I

12   could -- as much knowledge as I could as how that was being

13   used in forensic science.  And what some of the molecular

14   background was on the technology that was being used.

15   Q.   And let's make sure we define our terms.  Is it fair to

16   say from your testimony that prior to 1985 there certainly was

17   knowledge about and research into DNA within the human body?

18   A.   That's correct.

19   Q.   But that beginning in 1985, in this case, I believe a

20   murder case in a village in England.

21   A.   That's correct.

22   Q.   That was the first time a forensic scientist was

23   allowed by a court and was able to scientifically make a match

24   between a DNA sample and a defendant for purposes of a

25   criminal court proceeding; is that right?

1    A.    That's correct.  He was a research molecular biologist

2   and brought that expertise to bear in forensic science case

3   work.

4    Q.    From that time to this day, have you been engaged in

5   the study and analysis and testing of DNA in criminal court

6   cases in one form or another?

7    A.    Yes.

8    Q.    Now, you mentioned that you have received some

9   specialized training in DNA analysis over the years, going

10   back even to the 80s, is that correct?

11    A.    That's correct.

12    Q.    Can you elaborate on that just briefly, please?

13    A.    Other than the general background in DNA analysis, the

14   specific areas that relate to the work that we're currently

15   doing was a series of several courses I took at various

16   institutions.  I took a course in criminalistics at the FBI

17   Academy in Quantico, Virginia, and one in crime laboratory

18   photography.  In addition, there was a course in forensic

19   medicine through California State University in Los Angeles.

20               As part of that early work I did, I knew that one

21   of the things that I was very interested in was the

22   identification of body fluids and potentially identification

23   of the individuals from whom body fluids may have originated.

24   So, I took a series of courses in conventional serology, that

25   being the A/B/O blood typing system and what we call

 1   polymorphic enzyme systems.

 2           With the advent then of the DNA analysis, I

 3   filled in on that with courses that dealt with how the DNA

 4   analysis applied to the same types of evidence that we had

 5   been previously using serological testing for.  But then also

 6   how that then expanded into many, many new areas, and this was

 7   a lot of the research that I was involved with.  In new things

 8   that we could do with DNA analysis, that we could never go the

 9   serology, in part because of the high level of specificity of

10   the DNA analysis, but also the sensitivity of the DNA

11   analysis, and because in DNA analysis you're actually looking

12   at a different component than what we looked at with

13   serological testing.  And it's also a much more stable

14   component as far as forensic case work is concerned.

15           So, there was a series of these programs that

16   were put on associated generally with scientific meetings that

17   dealt with the original DNA fingerprinting.  It was known as

18   RFLP analysis, that stands for Restriction Fragment Length

19   Polymorphisms.  And then courses that dealt with PCR analysis,

20   which is the Polymerase Chain Reaction.  And that is the

21   current testing that is being utilized around the world right

22   now in forensic casework.  And currently it's aimed at a

23   system, particularly a type of polymorphism known as Short

24   Tandem Repeats, STRs.

25           Previously, there were other systems that had

1   early –– the first system that came out using the PCR process

2   was in the late 80s, 1988-1989.  And I took courses that dealt

3   with how that system is applied, and in addition to the RFLP

4   testing, during that period of time I basically transitioned

5   my laboratory, it required some remodeling and rebuilding, but

6   I transitioned it into a laboratory that could do DNA

7   analysis, and started performing research in that area, along

8   with the courses that I was taking.

9           The research dealt with different approaches that

10  were being utilized in crime laboratories for analyzing DNA,

11  and mechanisms that would improve those processes.  Some of

12  the techniques that I developed at that period of time ––

13  Q.   Let me stop you there because –– that's all right.  The

14  last question was:  Have you taken courses in DNA?  And I

15  think you've filled that in.  And now I want to make sure I

16  ask a question that goes to this next phase.

17          THE COURT:  Well, we'll have to do that first thing

18  in the morning.

19          MR. ATTANASIO:  That's fine, Your Honor.

20          THE COURT:  We'll recess at this time, and we'll

21  pick up at 9:00 o'clock tomorrow.  As I indicated to you

22  earlier, I have a commitment tomorrow.  I had committed a long

23  time ago to speak to some young men about education and the

24  importance of education.  I try and do that a lot.  So, I

25  apologize for having to break early to do that.  But since I

1    did make that commitment, I don't like to disappoint young

2    people.

3            I will have to break at 2:45.  So, what we'll do

4    tomorrow is sit until about 12:30.  We'll only break for a

5    half hour.  And we'll permit you to go downstairs to get

6    something.  I hate to rush you, but we want to get as much

7    time as we can tomorrow.  So, we'll break from about 1:30

8    until 12:30 until about 1:00 o'clock and go until 2:45, and

9    then break for the day and pick up on Thursday.

10           Have a nice evening.

11   COURT ADJOURNED AT 5:00 P.M.

12

13

14                   C E R T I F I C A T E

15           I, Lisa M. Foradori, RPR, certify that the

16   foregoing is a correct transcript from the record of

17   proceedings in the above-titled matter.

18

19

20                              _____

21                              Lisa M. Foradori, RPR

22

23

24

25

**'**

'03 [1]   20/9
'04 [1]   23/10
'05 [1]   23/10
'06 [1]   23/10
'90s [2]   35/13 35/13
'94 [2]   54/21 55/1

**0**

03 [3]   93/11 93/12 93/12
04 [1]   93/12

**1**

10 [5]   4/5 28/19 37/2 42/24
 115/25
10 feet [1]   55/14
10-223 [1]   1/4
101 [1]   115/1
107 [1]   3/6
11 [1]   4/20
118 [1]   3/6
12 [1]   37/2
125 [1]   3/7
12:30 [2]   136/4 136/8
1401 [1]   1/21
15 [1]   28/19
15-year-old [1]   32/2
1972 [1]   128/24
1978 [1]   130/16
1978-1979 [1]   130/17
1979 [1]   130/17
1980 [4]   126/24 130/20 131/6
 131/9
1982 [2]   36/11 36/12
1985 [4]   131/13 131/13 132/16
 132/19
1988-1989 [1]   135/2
1989 [1]   135/2
1993 [2]   34/11 36/9
1994 [4]   34/14 34/15 54/10
 54/17
1999 [1]   6/3
1:00 o'clock [1]   136/8
1:30 [1]   136/7
1:40 [1]   1/5
1:45 [1]   5/10

**2**

2-1/2 [1]   4/20
2000 [5]   13/8 13/11 13/14 14/9
 15/17
20001 [1]   2/7
2001 [5]   14/9 15/17 98/1 98/17
 98/18
2002 [1]   20/2
2003 [6]   19/5 19/9 19/22 20/1
 20/5 21/6
2004 [4]   19/4 19/8 21/22 22/22
2005 [1]   24/8
2006 [1]   24/8
2008 [2]   98/1 98/19
2010 [2]   5/21 5/22
2012 [1]   1/5
202 [2]   1/17 2/8
20530 [1]   1/16
22-year-old [1]   32/2
223 [1]   1/4
2250 [1]   1/22
25-year-old [1]   12/22
252-7862 [1]   1/17
27 [1]   3/5
29 [1]   61/20

**2** (cont.)

2:51 [2]   97/13
2:52 [1]   63/19

**3**

3-1 [1]   87/22
3-2 [1]   87/23
30 [7]   38/13 40/8 43/11 54/15
 109/9 120/10 120/11
31/93 [1]   3/6
3269 [1]   2/8
333 [1]   2/7
35-year-old [2]   12/21 28/4
354-3269 [1]   2/8
3:55 P.M [1]   92/21

**4**

40 [1]   28/24
40,000 [1]   38/13
40-year-old [1]   28/22
404 [1]   7/18
40s [1]   28/18
4401 [1]   2/2
45 [1]   42/5
4:30 [1]   92/23

**5**

52Y [2]   93/11 112/4
550-6020 [1]   2/3
555 [1]   1/16
5:00 [2]   92/25 92/25
5:00 P.M [1]   136/11

**6**

6020 [1]   2/3
652-9000 [1]   1/23
6706 [1]   2/6

**7**

713 [1]   1/23
75 [1]   61/23
75 percent [1]   11/8
77010 [1]   1/22
7862 [1]   1/17

**8**

80 [1]   43/12
80 percent [2]   35/14 42/15
80s [2]   133/10 135/2
858 [1]   2/3

**9**

9000 [1]   1/23
92121 [1]   2/2
93 [1]   3/6
9:00 o'clock [1]   135/21

**A**

A/B/O [1]   133/25
a/k/a [1]   1/6
abbreviation [1]   126/14
ability [6]   48/1 48/3 68/4
 82/25 83/22 91/6
able [13]   4/21 26/20 67/14
 73/4 73/20 75/20 78/2 85/2
 85/19 89/14 90/10 103/16
 132/23
about [120]   4/8 4/15 4/25 5/24
 6/2 7/13 8/1 16/2 22/14 24/14
 25/18 27/16 28/4 35/14 36/15
 36/22 38/17 39/6 41/21 44/1
 44/8 44/8 44/13 44/15 44/16
 45/2 49/10 49/13 49/14 49/17
 49/18 49/21 54/4 55/14 58/11

**A** (cont.)

59/1 59/12 60/17 61/25 62/10 62/17
 63/5 64/16 64/24 65/5 65/9
 65/12 65/15 65/15 66/1
 66/3 66/8 67/16 67/17 67/21
 68/15 69/14 70/21 73/7 73/8
 73/10 74/1 74/2 74/22 75/19
 76/4 77/12 77/17 82/25 83/17
 83/19 85/7 85/9 85/12 85/17
 85/19 87/4 87/11 87/12 87/21
 89/6 89/11 90/3 92/6 92/8
 92/13 93/21 94/1 95/8 95/15
 95/18 98/22 103/5 104/10
 105/14 110/2 110/6 113/7
 113/15 114/10 115/25 118/11
 118/25 119/17 120/20 122/20
 123/17 124/8 125/2 127/23
 128/2 131/13 131/15 131/16
 131/25 132/17 135/23 136/4
 136/7 136/8
above [1]   136/17
above-titled [1]   136/17
absolutely [9]   9/9 15/21 16/14
 59/2 59/13 60/17 81/3 90/2
 108/20
abuse [7]   44/2 44/11 44/15
 44/16 44/22 46/22 54/4
abusing [1]   44/23
Academy [7]   39/5 39/9 42/1
 42/9 109/7 132/7 133/17
accepting [1]   88/15
accessible [1]   23/22
accident [1]   37/23
accidentally [1]   67/2
accidently [1]   86/7
according [4]   97/25 103/12
 103/24 104/1
accreditation [2]   39/20 40/7
accredited [6]   41/13 48/21
 48/25 49/6 49/8 50/2
accredits [3]   39/23 40/3 40/8
accumulated [1]   77/6
accuracy [1]   59/6
accurate [48]   34/4 46/23 47/7
 47/11 48/7 48/17 49/12 49/16
 49/23 50/17 50/24 51/16 51/17
 52/23 52/24 54/10 54/18 55/1
 55/9 55/25 56/22 57/4 60/2
 60/16 60/21 70/19 107/17 108/1
 108/12 109/5 109/10 110/3
 110/7 110/9 110/10 110/17
 110/24 111/22 112/16 113/11
 114/3 115/13 115/21 116/20
 117/14 117/18 119/16 122/4
accurately [1]   15/2
accusation [1]   98/1
accuser [6]   67/20 68/19 105/9
 105/23 110/1 119/10
accuser/gatherer [1]   119/10
achieve [1]   9/21
achievement [1]   42/5
achievements [1]   42/8
across [5]   37/4 44/22 45/18
 70/17 127/4
actively [1]   55/15
actors [1]   103/3
actual [1]   33/10
actually [15]   9/2 10/6 36/11
 39/5 62/10 81/4 87/16 88/14
 89/12 89/21 99/1 100/1 109/16
 127/16 134/11
acute [1]   9/6
add [2]   77/14 124/19

**A**

added [1]   105/6
addiction [1]   43/14
addition [6]   42/19 43/8 95/7
 130/8 133/18 135/3
additional [6]   4/2 43/10 115/7
 129/2 129/4 132/1
address [2]   64/14 124/2
addressing [1]   115/14
adhesions [1]   11/7
adios [1]   19/18
adjacent [1]   14/15
ADJOURNED [1]   136/11
Administration [1]   43/20
administrator [1]   44/3
admissibility [1]   123/1
admit [1]   30/10
admits [1]   73/13
admitted [2]   93/5 124/20
adults [2]   44/20 44/21
advent [1]   134/2
adviser [2]   130/24 131/1
Aerospace [1]   130/5
affect [1]   69/18
affects [2]   58/17 66/13
afford [1]   11/18
Afghanistan [3]   44/12 44/17
 81/10
after [15]   9/14 25/6 32/22
 69/7 69/8 72/3 87/5 88/25 96/1
 105/5 128/13 129/3 129/11
 129/14 130/17
afternoon [6]   5/11 5/17 5/18
 62/2 125/25 126/1
again [15]   10/22 33/24 40/8
 47/5 49/9 55/16 87/9 97/12
 106/12 106/13 108/10 116/8
 120/23 121/19 129/10
against [4]   6/24 19/14 77/8
 98/21
age [2]   121/7 128/8
agencies [4]   36/3 43/16 43/18
 44/8
agency [4]   45/8 45/11 79/16
 108/6
agent [1]   52/3
ages [3]   11/25 12/1 13/4
ago [13]   39/7 41/15 45/1 45/3
 63/5 63/12 67/5 87/10 113/16
 115/4 115/24 116/1 135/23
agree [16]   11/20 11/22 11/24
 12/9 12/11 12/20 12/25 13/5
 13/6 13/25 15/22 66/4 73/3
 86/17 93/20 114/17
agreed [1]   20/10
ahead [3]   86/20 114/24 114/24
aided [1]   2/16
aimed [1]   134/22
airline [1]   22/4
alcohol [3]   46/22 54/4 55/4
alive [1]   45/3
all [81]   8/3 8/7 13/1 13/2
 14/17 21/15 25/21 26/7 27/1
 27/22 29/18 29/20 31/20 33/20
 34/7 34/9 34/25 36/5 36/13
 36/22 36/23 37/10 39/12 41/5
 41/6 45/23 49/4 53/2 55/2 55/4
 55/13 58/10 61/15 62/2 66/10
 67/3 67/19 68/20 71/17 71/19
 76/2 77/6 77/10 83/14 84/9
 85/22 86/1 89/2 89/3 93/21

96/17 96/23 96/25 97/4 97/19
 99/6 99/14 101/14 105/5 105/12
 105/17 106/17 110/2 110/5
 116/19 117/8 118/6 118/18
 118/20 118/25 120/4 123/15
 124/20 125/12 131/25 135/13
allegation [1]   68/19
allow [1]   57/19
allowed [2]   77/4 132/23
alluded [1]   127/7
almost [4]   24/12 55/7 56/24
 100/11
along [4]   28/16 77/11 96/15
 135/7
already [9]   4/8 5/5 5/8 26/19
 54/3 55/18 55/18 64/1 124/15
also [24]   11/24 28/19 36/2
 38/24 41/19 43/11 44/10 44/21
 45/7 46/25 69/9 74/16 83/21
 86/6 97/17 99/4 100/4 101/23
 126/16 127/11 132/6 134/5
 134/10 134/13
altered [1]   59/8
alternative [1]   58/7
although [1]   42/4
always [10]   9/21 27/1 27/3
 28/25 35/11 36/25 100/16
 104/21 107/8 108/18
am [8]   31/21 35/7 36/25 109/6
 126/7 126/17 126/19 132/6
AMERICA [1]   1/3
American [8]   39/5 39/9 39/20
 41/8 41/25 42/9 109/7 132/7
ammunition [1]   130/3
among [1]   44/16
amount [3]   84/25 85/3 85/12
amounts [3]   81/19 81/20 111/5
ampule [8]   88/9 96/11 96/12
 96/18 96/23 99/25 99/25 101/14
anabolic [7]   47/10 66/16 68/5
 68/17 69/11 69/15 78/24
analogy [1]   60/3
analyses [1]   38/5
analysis [24]   49/11 50/23
 71/12 79/13 127/1 127/6 127/9
 129/24 130/3 131/10 132/5
 132/11 133/5 133/9 133/13
 134/2 134/4 134/8 134/10
 134/11 134/11 134/18 134/19
 135/7
analyst [1]   108/4
analysts [1]   107/18
analytical [2]   36/17 42/23
analyzed [1]   90/17
analyzing [1]   135/10
anatomic [1]   35/2
Andy [13]   20/18 20/20 20/20
 21/10 22/16 22/19 22/22 26/17
 26/18 27/6 27/8 27/9 27/10
Andy's [1]   23/1
Angeles [3]   130/12 130/15
 133/19
animal [1]   129/2
animals [1]   81/12
announced [2]   19/12 20/10
annual [1]   132/9 132/9
another [42]   6/20 24/2 39/18
 58/11 65/12 65/19 66/2 66/6
 68/5 68/12 73/16 73/22 74/4
 75/15 75/21 80/11 80/18 80/22
 80/25 81/14 82/3 82/6 83/1

97/3 97/8 99/24 100/24 101/6
 103/21 104/8 104/21 105/19
 107/10 107/13 113/25 117/5
 133/6
answer [12]   4/19 29/22 30/21
 34/6 50/1 64/24 70/25 106/12
 113/15 113/16 114/6 114/24
answered [1]   106/10
anti [8]   45/7 45/10 45/11
 47/20 48/12 48/14 49/1 51/19
anti-doping [8]   45/7 45/10
 45/11 47/20 48/12 48/14 49/1
 51/19
any [65]   4/7 5/6 13/10 16/8
 16/15 22/16 24/8 26/13 26/23
 29/14 29/23 39/3 39/15 39/17
 41/6 41/21 43/8 44/25 45/7
 46/1 52/10 52/25 55/3 56/21
 59/16 59/16 62/13 63/21 64/17
 64/19 66/25 67/22 68/6 68/17
 71/10 73/14 76/6 76/19 79/2
 80/10 81/23 82/13 82/13 82/16
 83/25 84/9 84/10 86/12 87/16
 89/6 90/10 93/2 97/21 103/11
 103/16 103/25 110/6 111/13
 111/14 114/2 116/21 117/17
 121/7 130/21 132/10
anybody [4]   16/2 16/9 29/10
 77/18
anyone [5]   26/9 26/10 29/9
 37/14 77/24
anything [18]   4/16 15/25 16/2
 27/17 29/15 49/14 63/3 67/17
 70/2 74/2 75/19 86/14 87/12
 87/17 118/17 121/5 122/8
 125/15
anywhere [1]   24/3
apologize [1]   135/25
appear [1]   86/3
APPEARANCES [1]   1/12
appeared [1]   87/4
applicable [2]   33/21 33/23
application [2]   45/10 104/23
applied [3]   33/18 134/4 135/3
applies [3]   70/17 122/23 125/3
apply [5]   70/20 123/4 124/9
 124/10 125/6
applying [1]   33/25
appointed [3]   127/10 127/16
 127/21
appreciate [1]   7/9
approach [3]   30/5 121/10
 122/17
approaches [1]   135/9
appropriate [1]   71/24
approximately [2]   37/5 130/14
April [3]   11/14 22/2 22/2
aqueous [1]   116/5
are [130]   4/7 7/16 9/4 11/12
 15/12 26/23 27/1 28/4 29/1
 29/10 29/11 30/8 31/12 31/20
 34/9 35/3 35/3 36/13 37/1 37/9
 37/13 38/16 39/15 40/22 40/23
 43/18 44/23 45/17 47/1 47/2
 47/3 50/17 51/6 51/19 51/22
 51/25 52/3 52/8 53/21 55/14
 55/16 55/16 57/3 58/13 60/2
 60/8 62/16 62/18 62/20 63/3
 63/4 64/25 66/7 66/16 67/18
 67/19 67/20 68/17 69/10 69/23
 69/25 70/15 70/18 70/20 71/7

## A

**are... [65]**   71/12 73/7 73/9
74/5 75/11 75/15 76/3 76/20
78/17 78/21 79/12 80/2 80/11
80/13 81/11 84/10 85/18 86/1
86/4 86/19 87/22 87/23 89/3
93/23 94/19 94/25 95/5 95/9
95/19 95/21 96/1 96/9 96/13
96/16 96/21 96/23 97/8 97/22
98/20 98/22 103/4 103/16
104/12 104/13 104/14 106/15
110/12 110/18 115/1 115/3
115/7 117/17 117/17 119/13
119/13 121/13 121/19 122/4
122/6 123/15 123/25 126/16
126/18 126/20 131/18
**area [23]**   18/21 23/16 36/14
36/18 41/6 42/21 45/24 49/9
49/10 60/9 60/15 60/18 63/13
64/4 72/22 73/25 87/6 88/21
93/7 109/1 109/9 131/21 135/7
**areas [10]**   36/16 37/20 39/13
43/14 43/14 53/8 127/5 131/9
133/14 134/6
**aren't [2]**   80/8 84/18
**argue [3]**   84/14 84/15 84/20
**argued [1]**   76/25
**argument [2]**   84/15 86/20
**arguments [1]**   71/25
**arm [1]**   119/23
**around [6]**   38/2 42/5 42/17
105/7 130/17 134/21
**arrow [1]**   96/12
**article [2]**   131/15 131/15
**arts [1]**   32/11
**as [193]**
**ASAP [2]**   10/10 10/13
**aside [1]**   130/23
**ask [42]**   7/14 24/14 26/11 29/2
29/9 30/13 30/16 35/19 45/22
45/23 48/24 50/9 51/1 51/14
53/6 55/23 56/4 56/13 56/14
57/7 59/15 59/23 61/7 69/4
72/6 78/13 83/15 83/22 90/7
92/1 92/6 93/10 98/13 108/3
108/9 109/19 110/5 111/23
112/12 121/6 121/6 135/16
**asked [25]**   5/24 7/13 7/21 7/24
7/25 8/10 21/7 27/16 28/3 28/3
28/8 30/19 49/3 63/6 63/10
67/16 67/17 74/6 82/14 92/23
95/8 106/10 110/6 118/13
118/25
**asking [5]**   49/21 98/13 115/23
118/11 123/25
**assaultive [1]**   7/11
**assess [6]**   58/25 63/3 63/15
73/5 79/12 102/4
**assessing [1]**   38/9
**assessment [4]**   58/14 62/25
69/19 125/11
**assessments [2]**   58/25 64/18
**assist [2]**   5/3 37/21
**Assistance [1]**   130/7
**assistant [4]**   5/19 34/17 35/8
54/23
**assisting [1]**   129/18
**associated [6]**   43/11 44/2
79/16 130/10 132/3 134/16
**Associates [10]**   1/21 51/22
126/9 126/12 126/22 126/25

**Association [4]**   42/6 45/2
130/7 132/8
**assume [26]**   30/9 64/17 73/9
93/16 94/12 94/21 94/24 95/3
95/6 95/23 96/3 96/4 96/11
96/15 96/20 96/23 97/5 97/16
97/19 97/24 98/10 98/16 98/20
99/1 105/4 105/12
**Astros [3]**   23/10 23/20 24/6
**ate [1]**   17/8
**athlete [8]**   9/9 11/25 12/1
12/21 12/22 12/24 28/10 45/14
**athletic [6]**   14/4 15/10 15/14
15/20 15/23 44/25
**ATTANASIO [4]**   2/1 5/8 7/21
88/25
**attempt [1]**   130/2
**attend [3]**   92/24 128/15 129/4
**attended [1]**   132/10
**attention [4]**   17/4 17/22 18/12
18/14
**Attorney [1]**   5/19
**Attorney's [1]**   1/15
**attorneys [3]**   127/3 127/11
127/14
**August [4]**   11/12 98/5 98/17
98/18
**authenticity [1]**   113/14
**authority [1]**   16/13
**available [5]**   4/13 26/9 26/10
26/12 27/5
**Avenue [1]**   2/7
**average [1]**   65/14
**avoid [1]**   58/19
**award [4]**   41/25 42/2 42/6 42/8
**awards [1]**   41/21

## B

**B12 [1]**   68/16
**back [21]**   4/19 6/2 8/4 10/10
10/13 13/25 14/1 32/8 39/2
49/9 58/19 84/3 87/1 87/24
108/18 109/14 109/18 115/23
116/15 130/2 133/10
**background [8]**   34/7 79/12 82/2
109/24 109/24 128/3 132/14
133/13
**bacteria [1]**   131/19
**bad [2]**   28/12 44/6
**bags [2]**   105/11 110/18
**Baichu [17]**   5/15 8/12 11/11
11/24 13/7 15/8 16/7 17/19
17/21 18/20 19/21 21/5 23/5
24/7 24/12 25/14 27/11
**ball [10]**   7/2 7/3 7/13 67/8
69/24 72/11 88/24 94/18 94/21
95/5
**ballpark [2]**   23/18 23/20
**balls [43]**   66/17 67/18 87/4
87/19 87/22 87/23 88/4 88/5
88/11 88/13 88/19 89/12 89/13
89/14 94/8 94/9 94/10 94/13
94/13 94/16 94/17 95/8 95/21
96/6 96/15 96/16 96/21 99/11
100/3 101/10 101/16 101/18
101/22 102/8 102/9 103/18
110/17 113/25 115/24 118/18
119/13 119/22 120/8
**Baltimore [9]**   32/4 32/6 32/7
32/8 32/9 32/23 34/13 54/13
54/14

**base [1]**   81/6
**baseball [7]**   10/16 11/12 13/19
15/9 19/13 19/18 25/19
**based [20]**   36/18 63/1 73/4
82/23 83/4 84/6 84/16 84/20
84/24 89/10 90/4 90/11 90/14
90/25 91/19 102/3 102/4 113/7
124/20 125/12
**basic [1]**   92/18
**basically [5]**   46/13 103/4
107/20 132/11 135/4
**basis [8]**   23/23 55/7 71/18
90/22 90/23 90/25 92/11 98/12
**bath [1]**   54/6
**batters [1]**   8/1
**be [139]**
**bear [1]**   133/2
**beat [1]**   35/21
**became [2]**   41/15 57/1
**because [69]**   4/11 4/14 6/24
10/21 16/13 20/20 21/11 22/25
25/18 26/20 28/14 37/11 41/14
48/24 52/12 57/21 58/16 61/25
66/24 67/13 69/23 72/18 73/17
74/9 75/10 75/15 75/21 75/23
76/21 76/24 77/2 77/5 77/10
77/21 80/11 81/24 83/24 84/3
84/9 84/15 84/18 85/16 86/9
89/17 90/17 91/2 91/12 92/23
93/1 96/25 109/16 109/20 111/1
111/20 113/4 113/9 115/16
116/4 118/20 119/23 122/21
123/6 123/17 125/7 130/25
131/16 134/9 134/11 135/13
**become [3]**   11/21 39/25 41/9
**becomes [2]**   11/25 73/1
**bed [1]**   81/12
**been [71]**   4/8 7/18 7/22 11/16
22/19 28/25 30/21 31/3 34/14
35/11 36/9 36/14 36/25 42/24
43/9 43/10 44/6 47/6 48/23
49/21 52/15 54/15 54/21 54/25
57/25 58/3 58/24 59/7 59/8
59/11 61/16 67/11 67/14 69/8
75/2 77/18 78/16 79/5 79/13
79/24 81/23 82/24 84/17 84/19
85/1 85/6 87/6 88/20 88/21
89/21 90/23 91/7 96/24 98/23
100/1 101/10 101/24 105/6
110/16 110/16 110/20 110/23
113/8 113/21 120/9 125/21
126/22 127/22 131/20 133/4
134/5
**beer [41]**   82/9 85/22 87/19
87/23 88/3 88/9 88/11 88/17
95/25 96/17 96/19 96/23 97/5
97/20 97/21 97/24 98/19 99/1
99/5 100/2 100/10 100/14
100/14 101/24 102/6 104/24
105/5 109/25 110/3 114/1 114/1
114/3 115/25 116/7 116/9
116/20 117/4 117/5 117/22
119/12 120/2
**before [22]**   1/10 4/16 4/19
5/20 38/14 47/16 52/5 54/11
54/14 57/1 60/13 63/21 100/1
101/24 102/5 102/10 105/8
107/16 108/19 109/15 115/12
121/6
**beforehand [1]**   102/9
**began [2]**   130/18 131/5

**B**

**begin [4]**   19/2 21/23 77/6
129/12
**beginning [4]**   4/12 125/9
130/17 132/19
**behalf [1]**   40/16
**behavior [2]**   7/11 25/6
**behind [1]**   33/20
**being [25]**   13/1 13/2 15/8
24/16 47/14 52/15 52/16 55/16
64/7 64/12 64/13 66/8 74/3
74/6 78/2 80/10 80/16 89/14
92/17 132/1 132/12 132/14
133/25 134/21 135/10
**belief [2]**   90/19 99/12
**believe [11]**   5/6 56/14 56/16
61/20 76/4 93/2 101/20 102/17
103/19 112/10 132/19
**believed [1]**   131/18
**belong [1]**   39/3
**bench [3]**   55/3 81/4 101/3
**benefit [8]**   9/23 9/24 9/25
10/3 10/4 10/6 57/14 57/24
**benefits [2]**   9/4 9/16
**Besides [1]**   62/5
**best [4]**   15/23 22/1 89/16
91/21
**better [1]**   22/3
**between [13]**   15/9 21/9 21/17
24/15 37/2 38/13 104/18 107/4
107/20 113/13 131/2 131/19
132/24
**beyond [17]**   51/23 59/18 59/21
65/6 92/25 103/14 120/12
120/18 121/25 122/2 123/6
123/16 123/18 124/6 124/10
125/8 125/12
**bi [1]**   132/9
**bi-annual [1]**   132/9
**BIACHU [1]**   3/5
**big [1]**   6/9
**bill [1]**   40/19
**biological [1]**   34/3
**biologically [1]**   28/24
**biologist [1]**   133/1
**biology [3]**   129/2 129/8 132/2
**bit [7]**   32/8 33/8 88/25 100/16
100/20 128/2 130/23
**blank [3]**   104/18 104/19 104/19
**bled [1]**   63/9
**blindly [1]**   109/19
**blood [17]**   53/25 54/1 60/7
62/18 69/25 86/4 88/5 88/6
94/13 94/18 94/24 100/8 118/6
118/10 118/15 118/16 133/25
**bloody [1]**   63/10
**board [14]**   39/19 39/20 39/21
39/22 39/23 40/4 40/8 41/8
41/8 41/11 41/16 48/16 70/17
79/25
**bodies [4]**   12/17 28/12 61/24
61/24
**body [25]**   12/12 12/20 12/21
13/4 13/4 13/4 13/5 16/20
16/21 28/17 28/18 54/1 54/2
62/18 62/19 62/19 63/1 63/2
69/7 69/12 81/13 104/10 132/17
133/22 133/23
**books [2]**   43/9 43/10
**born [1]**   128/5
**borne [1]**   100/8

**both [9]**   27/3 33/6 44/12 45/14
79/25 100/4 105/13 120/20
**bothering [1]**   13/16
**bottle [1]**   96/5
**bottom [1]**   96/24
**box [1]**   113/22
**brain [2]**   54/2 62/20
**break [9]**   63/18 72/1 92/23
107/11 135/25 136/3 136/4
136/7 136/9
**breaks [1]**   58/2
**Brian [1]**   19/21
**BRIEF [1]**   72/2
**briefly [3]**   30/5 70/4 133/12
**bring [3]**   4/16 78/7 91/21
**bringing [1]**   11/6
**brings [1]**   67/25
**broad [4]**   43/19 59/25 60/19
70/9
**broken [5]**   88/10 96/11 99/25
99/25 116/6
**brought [4]**   53/23 56/4 57/15
133/2
**BRUCE [5]**   3/6 4/24 30/4 31/2
31/8
**brush [1]**   8/3
**budget [1]**   40/17
**building [1]**   115/7
**built [1]**   35/12
**bulk [1]**   47/5
**bullet [1]**   130/1
**bullpen [1]**   27/19 27/21
**bunch [2]**   27/1 27/2
**burden [1]**   125/7
**business [2]**   15/23 103/4
**BUTLER [2]**   1/14 46/7

**C**

**CA [1]**   2/2
**Cal [4]**   128/18 128/18 128/23
129/10
**California [13]**   47/19 110/12
126/9 126/10 128/6 128/8 128/9
128/16 128/17 129/3 130/12
132/8 133/19
**call [9]**   4/24 9/13 28/12 70/13
71/5 76/9 77/24 125/18 133/25
**called [14]**   32/12 42/23 47/19
48/17 52/15 52/16 61/23 62/4
64/7 64/12 64/13 81/5 125/8
128/18
**calling [1]**   4/3
**calls [2]**   102/1 122/13
**came [15]**   21/22 57/1 57/9 63/1
67/8 69/19 85/22 88/25 95/25
111/24 112/24 118/7 118/18
123/21 135/1
**campus [1]**   42/18
**can [151]**
**can't [31]**   11/18 17/15 21/17
34/5 66/1 69/23 70/13 71/22
77/24 80/4 80/5 83/25 83/25
84/3 84/8 84/8 85/15 85/24
85/25 86/11 86/18 91/8 91/12
91/20 93/1 94/14 113/19 114/14
116/11 118/22 127/19
**cannot [10]**   76/17 84/1 85/23
86/8 89/5 101/20 114/8 114/11
118/22 118/23
**cap [15]**   19/15 20/15 112/9
112/11 112/12 112/15 112/18
112/18 112/19 112/22 112/25

112/25 112/25 116/1 116/7
**capacity [5]**   9/17 9/18 74/3
80/10 81/1
**car [3]**   36/21 37/23 62/4
**carbon [1]**   36/1
**card [1]**   35/4
**card-carrying [1]**   35/4
**cards [1]**   30/12
**care [1]**   37/15
**career [5]**   41/23 42/4 42/5
45/18 130/19
**careful [3]**   17/4 17/22 18/12
**carefully [2]**   25/15 25/17
**carries [1]**   44/19
**carry [1]**   104/8
**carry-over [1]**   104/8
**carrying [1]**   35/4
**case [49]**   40/19 51/2 51/15
52/3 52/11 52/17 52/18 52/21
56/2 56/24 59/16 64/7 64/12
64/22 65/3 66/8 66/24 68/15
72/8 74/8 77/11 79/17 82/9
87/2 95/11 102/15 103/9 109/24
115/16 115/19 119/5 120/5
121/21 124/4 124/5 124/5 125/7
125/8 125/11 125/13 127/13
127/18 127/22 127/24 131/12
132/19 132/20 133/2 134/14
**cases [11]**   37/9 37/12 38/3
38/3 38/13 59/7 69/9 127/11
127/12 127/13 133/6
**casework [1]**   134/22
**catch [5]**   27/17 27/19 27/21
27/22 27/24
**catching [1]**   27/19
**category [4]**   59/25 60/19 70/9
78/22
**Catlin [1]**   47/22
**cause [5]**   36/20 104/11 112/22
129/19 129/24
**causes [2]**   9/11 37/14
**cell [1]**   131/20
**Cellular [1]**   129/8
**central [1]**   63/8
**certain [9]**   71/3 71/4 73/14
115/2 123/7 123/19 127/23
129/23 131/18
**certainly [8]**   15/13 66/17 69/4
83/23 100/21 102/8 126/4
132/16
**certainties [2]**   121/13 121/19
**certainty [2]**   89/6 122/2
**certification [3]**   39/20 40/5
48/16
**certifications [2]**   41/7 41/17
**certified [8]**   40/4 41/8 41/11
41/15 41/19 41/20 45/23 79/25
**certifies [2]**   39/23 40/3
**certify [3]**   40/5 55/6 136/15
**chain [6]**   38/21 38/22 39/1
56/15 105/22 134/20
**chance [3]**   116/1 116/16 123/23
**chances [1]**   114/2
**chapters [1]**   43/11
**characteristics [2]**   69/13 76/5
**characterization [1]**   21/3
**charge [1]**   15/14
**Check [1]**   96/3
**checked [1]**   4/20
**chemical [9]**   73/15 73/16 74/2
75/19 78/15 79/3 80/3 80/9
100/8

**C**

chemicals [1]  117/4
chemistry [2]  36/18 75/24
chemistry-based [1]  36/18
chemists [2]  41/20 55/5
chief [2]  42/22 54/12
children [5]  31/22 32/19 44/19
 44/20 46/25
chooses [1]  60/5
chose [1]  59/4
chronic [1]  9/7
chronologically [1]  4/11
circle [1]  94/15
circumstance [1]  61/11
circumstances [4]  58/8 85/6
 89/3 127/15
city [1]  128/11
civil [1]  127/12
claimed [1]  99/4
claiming [1]  120/12
classes [1]  131/11
clear [1]  115/18
clearly [2]  56/9 123/23
CLEMENS [44]  1/6 1/6 6/3 6/9
 8/13 8/16 13/10 13/13 13/21
 16/15 16/19 16/20 16/24 17/16
 17/21 17/24 19/5 20/3 20/10
 20/23 21/5 21/7 22/13 22/21
 23/5 23/22 24/3 24/7 24/16
 24/20 25/9 25/12 25/15 25/18
 25/23 26/7 27/7 27/24 28/18
 29/14 98/22 99/4 118/7 118/18
Clemens's [5]  4/9 12/12 18/25
 19/3 19/12
clerk [2]  82/20 92/22
client [1]  102/24
clients [2]  127/7 127/8
clinical [3]  35/2 81/8 109/21
clinically [1]  81/25
close [14]  21/1 24/16 26/7
 65/15 73/22 74/5 74/10 75/16
 75/22 80/12 80/20 80/25 84/16
 89/17
closed [3]  83/13 96/5 117/4
closely [3]  18/16 36/3 37/24
closer [5]  25/23 26/15 26/15
 33/7 33/8
closing [1]  84/15
clothing [3]  63/3 65/4 65/4
clubhouse [2]  14/20 15/3
co [1]  43/10
co-editor [1]  43/10
coach [8]  4/13 15/10 20/4 21/8
 23/10 23/11 23/12 27/5
coauthor [1]  43/11
cocaine [2]  80/5 80/16
Coleman [6]  23/6 23/9 23/25
 24/2 27/16 27/16
collect [4]  53/18 56/2 70/5
 74/20
collected [22]  53/13 66/24
 67/20 67/22 67/23 74/24 75/6
 76/22 77/1 77/5 77/21 83/24
 86/11 92/11 94/4 98/17 98/18
 98/20 103/10 105/5 105/13
 118/21
collecting [2]  53/22 57/3
collection [20]  38/10 38/19
 53/10 55/23 56/18 56/21 56/24
 57/7 57/11 61/7 62/6 64/3
 66/12 69/19 71/6 74/12 76/16

collector [1]  105/6
collects [2]  68/19 97/4
college [8]  4/12 31/18 32/11
 34/23 42/16 42/17 128/13
 128/15
Colorado [2]  39/10 39/10
COLUMBIA [1]  1/1
come [11]  24/2 26/11 28/11
 40/18 56/7 59/9 75/11 102/8
 102/11 108/16 108/19
comes [10]  67/2 71/11 78/10
 101/2 107/25 109/15 109/17
 109/17 121/13 121/20
comfortable [1]  66/20
coming [5]  6/9 28/15 80/20
 112/19 112/20
commingle [2]  66/19 104/9
commingled [5]  67/1 67/2 68/22
 86/7 89/5
commingles [1]  68/20
commingling [5]  57/25 104/25
 105/25 106/8 107/21
commitment [2]  135/22 136/1
committed [1]  135/22
common [3]  13/20 60/6 60/8
commonly [2]  12/4 12/5
community [2]  122/23 125/3
company [5]  126/16 126/18
 127/15 131/6 131/8
compare [2]  28/17 40/12
compared [2]  72/23 73/16
compete [1]  29/12
competence [1]  60/13
complete [1]  107/24
completed [2]  129/7 129/14
completely [1]  71/22
complicated [2]  101/2 104/17
component [2]  134/12 134/14
compound [1]  97/2
compounds [2]  79/10 97/2
compromises [1]  105/17
computer [1]  2/16
computer-aided [1]  2/16
concept [2]  10/15 10/19
concern [7]  43/25 44/1 48/13
 75/3 82/10 114/9 114/10
concerned [6]  44/15 44/16
 70/16 78/21 123/17 134/14
concerning [2]  43/16 93/24
concerns [2]  89/11 122/20
conclude [1]  92/9
CONCLUDED [4]  8/8 30/23 121/7
 124/23
conclusion [8]  66/25 76/16
 76/19 83/7 83/17 89/6 104/1
 120/12
conclusions [8]  66/13 69/20
 76/15 103/11 103/22 106/15
 107/24 122/4
condition [5]  9/8 28/17 56/8
 86/10 116/8
conditioning [1]  23/9
conduct [2]  37/5 45/13
conducted [1]  38/15
conducting [1]  44/21
confer [3]  95/14 97/12 98/6
confines [1]  118/12
confirm [1]  22/6
conflict [1]  41/14
confounded [1]  57/25
confront [1]  45/12

confused [1]  122/25
 125/1
Congress [1]  44/5
consider [5]  25/23 27/6 39/18
 45/9 50/22
considered [1]  61/25
consistent [2]  87/5 88/20
constant [1]  29/3
Constitution [1]  2/7
consult [2]  55/7 102/21
consultation [1]  127/3
consulted [6]  43/20 43/24 44/3
 44/25 45/1 45/4
consulting [3]  43/15 127/2
 131/8
contact [2]  80/20 101/2
contain [1]  63/14
contained [3]  84/19 99/2
 101/10
container [4]  72/17 80/21
 88/12 117/4
containers [3]  88/8 88/9 96/22
containing [1]  96/18
contains [1]  100/4
contaminate [1]  83/1
contaminated [2]  100/2 101/16
contamination [45]  47/4 65/2
 73/2 73/5 73/9 73/11 73/23
 82/11 82/12 83/22 89/10 89/17
 90/20 91/19 92/9 97/1 99/8
 99/13 99/15 99/21 100/7 101/20
 101/24 102/5 102/12 102/14
 102/14 103/20 104/11 104/13
 104/25 105/20 105/20 107/8
 111/15 111/25 112/23 113/14
 114/12 115/17 115/19 117/22
 118/24 119/17 120/6
contends [1]  120/2
content [1]  69/7
contents [1]  62/20
contest [6]  51/14 51/18 51/21
 51/24 52/2 52/6
contesting [3]  52/4 52/12
 117/13
context [1]  109/13
continue [1]  38/25
continued [2]  93/8 131/10
contract [1]  111/18
control [4]  49/4 49/6 108/10
 125/5
conventional [1]  133/24
conversation [1]  99/20
Cooley [1]  2/1
cooley.com [1]  2/3
coroner's [4]  129/16 130/11
 130/15 130/25
Corporation [1]  130/5
correct [101]  5/25 6/5 6/7
 6/14 6/15 6/17 8/14 8/21 8/25
 9/1 9/5 9/12 9/17 9/20 9/22
 10/16 10/23 12/12 12/15 12/16
 12/18 12/19 13/3 14/5 14/8
 14/23 15/15 15/16 15/19 16/25
 17/17 17/22 17/23 20/11 20/21
 20/22 21/12 23/10 23/17 24/3
 24/17 24/21 25/5 25/7 25/8
 25/19 25/24 26/8 34/6 34/6
 46/5 46/6 46/8 46/14 46/17
 47/8 47/12 48/2 48/8 48/21
 49/21 49/24 50/25 53/23 54/22
 61/14 70/22 93/22 96/8 97/18
 101/11 107/13 107/18 109/2

**C**

**correct... [27]**   110/21 113/18
114/8 114/18 114/21 114/22
114/25 115/3 115/14 115/22
116/24 116/25 117/15 117/19
118/7 118/18 119/14 126/11
126/13 126/21 128/20 132/18
132/21 133/1 133/10 133/11
136/16
**corrected [2]**   123/12 123/12
**correctly [6]**   6/12 6/17 6/18
18/25 23/7 95/17
**cotton [50]**   66/17 67/8 67/18
69/24 72/11 87/4 87/18 87/22
87/23 88/4 88/5 88/11 88/13
88/18 88/24 89/12 89/13 89/13
94/8 94/9 94/10 94/13 94/13
94/16 94/17 94/18 94/21 95/5
95/8 95/21 96/6 96/15 96/16
96/21 99/11 100/3 101/10
101/16 101/17 101/22 102/8
102/8 103/18 110/17 113/25
115/24 118/17 119/12 119/22
120/8
**could [79]**   18/21 21/7 21/14
22/3 22/6 25/20 29/9 33/7
35/25 36/1 38/7 49/20 73/5
74/9 74/9 74/14 75/3 77/2 77/2
78/25 81/3 81/5 82/12 82/17
83/11 84/10 84/17 84/19 85/1
85/6 86/6 87/1 89/20 90/12
90/19 90/20 90/23 91/7 91/14
93/10 93/11 99/8 99/12 100/1
100/2 100/23 101/9 101/15
101/23 102/4 102/5 102/8
102/11 102/17 102/18 102/18
103/11 104/11 105/19 105/21
108/10 110/23 111/7 111/23
111/23 112/5 113/8 113/10
114/18 119/22 120/7 120/12
120/21 131/25 132/12 132/12
134/8 134/8 135/6
**couldn't [9]**   17/18 20/6 21/10
67/11 77/18 83/16 85/3 106/5
111/18
**counsel [8]**   18/7 30/9 63/18
66/9 73/7 75/1 78/14 125/15
**counted [1]**   45/17
**counter [2]**   54/5 78/19
**country [5]**   44/22 44/24 47/13
48/11 49/24
**county [3]**   129/16 130/12
130/15
**couple [5]**   24/14 53/6 63/12
100/21 100/22
**course [14]**   12/7 18/15 18/19
35/3 40/15 67/7 108/13 129/2
129/7 129/11 129/14 132/1
133/16 133/18
**courses [9]**   60/12 132/3 133/15
133/24 134/3 134/19 135/2
135/8 135/14
**court [35]**   1/1 2/5 2/6 5/5
7/12 31/9 33/21 33/24 34/4
58/9 64/23 65/7 70/24 71/16
71/17 71/18 71/19 75/4 82/14
121/24 123/14 123/16 123/18
123/22 124/12 125/4 126/2
127/10 127/16 127/16 127/21
132/23 132/25 135/5 136/11
**Court's [6]**   4/18 24/10 61/2

**court-appointed [1]**   127/10
**Courthouse [1]**   2/6
**COURTNEY [1]**   1/14
**courtney.saleski [1]**   1/19
**courtroom [4]**   5/10 63/19 92/21
110/19
**courts [4]**   46/13 63/5 63/10
127/4
**covering [1]**   39/12
**CR [1]**   1/4
**crash [2]**   36/21 61/21
**crashes [1]**   62/4
**created [2]**   99/8 119/18
**creation [1]**   56/23
**credence [1]**   64/19
**credibility [1]**   59/1
**crime [7]**   36/4 37/21 58/5 62/1
62/3 133/17 135/10
**crimes [1]**   37/19
**criminal [6]**   121/24 123/18
127/11 127/13 132/25 133/5
**criminalist [1]**   129/17
**criminalistics [1]**   133/16
**Criminalists [1]**   132/8
**critically [1]**   63/8
**cross [33]**   3/3 5/4 5/13 7/22
7/24 53/4 56/9 73/2 73/5 73/8
73/10 73/23 83/1 88/25 89/10
89/16 90/20 91/18 92/8 97/1
99/8 101/20 102/14 102/14
105/20 106/18 107/1 107/8
111/15 112/23 117/21 119/17
120/6
**cross-examination [7]**   5/4 5/13
7/22 53/4 56/9 106/18 107/1
**crossed [1]**   20/8
**crumbled [1]**   120/3
**CSI [4]**   102/23 102/24 102/24
103/5
**CSIs [1]**   53/21
**cumulative [1]**   4/8
**current [2]**   50/21 134/21
**currently [6]**   39/25 40/8 44/10
48/22 133/14 134/22
**custody [8]**   38/21 38/22 39/1
45/14 56/15 105/21 105/22
105/23
**cut [1]**   96/24
**CV [3]**   33/13 45/17 45/19
**Cynthia [1]**   5/4

**D**

**D.C [1]**   5/20
**daily [2]**   23/22 55/7
**danger [1]**   120/6
**DANIEL [2]**   1/14 46/7
**daniel.butler [1]**   1/18
**database [1]**   44/5
**date [1]**   21/25
**dates [1]**   21/24
**daughter [1]**   32/2
**day [16]**   9/14 17/7 29/7 29/12
55/5 61/13 61/13 62/2 69/22
71/18 71/18 73/4 109/9 109/9
133/4 136/9
**day-to-day [3]**   61/13 71/18
109/9
**days [7]**   4/20 8/22 10/21 11/17
29/6 29/8 105/12
**DC [3]**   1/4 1/16 2/7
**DEA [3]**   43/22 43/24 44/1

**dead [4]**   37/15 38/20 47/6
**deal [3]**   6/9 70/12 86/22
**dealing [2]**   81/15 132/3
**dealings [1]**   16/19
**deals [1]**   70/12
**dealt [8]**   34/22 129/21 131/11
134/3 134/17 134/19 135/2
135/9
**death [5]**   36/20 37/14 62/24
129/19 129/24
**deaths [4]**   37/10 44/2 44/5
130/10
**Deca [6]**   94/22 94/25 95/7
95/20 96/5 112/2
**Deca-Durabolin [6]**   94/22 94/25
95/7 95/20 96/5 112/2
**decedent [5]**   38/20 104/18
104/19 104/19 104/20
**decedents [3]**   36/2 37/6 47/6
**decide [6]**   58/10 71/16 71/20
71/20 76/14 102/15
**decides [1]**   14/2
**deciding [1]**   125/6
**decision [1]**   80/7
**decisions [1]**   115/12
**declare [1]**   91/24
**declared [1]**   91/23
**decline [1]**   57/8
**deep [6]**   8/19 8/24 9/4 9/6
9/14 10/9
**Deer [2]**   22/20 22/23
**defendant [8]**   1/7 1/20 3/4
101/19 111/24 122/13 127/19
132/24
**defense [9]**   4/3 4/23 5/6 7/23
30/9 58/10 127/11 127/14
127/22
**defer [1]**   63/23
**deferred [1]**   27/9
**define [1]**   132/15
**defined [1]**   124/6
**definite [1]**   115/3
**definitely [5]**   16/1 24/24
28/24 29/5 50/18
**definitively [2]**   102/15 113/12
**degree [13]**   32/25 32/25 33/1
33/3 33/14 64/18 76/17 128/25
129/1 129/2 129/3 129/5 129/8
**deliberate [1]**   83/22
**deliberately [3]**   67/1 67/12
86/9
**delivered [1]**   105/13
**dentist [1]**   60/23
**dentists [1]**   39/13
**department [8]**   32/24 33/15
34/21 34/23 35/9 44/9 44/11
46/24
**departments [1]**   31/19
**depending [4]**   9/8 12/23 28/9
37/2
**depends [2]**   79/1 108/2
**deputy [1]**   63/7
**dermatology [1]**   60/10
**describe [2]**   14/17 36/23
**described [5]**   6/9 8/12 15/2
24/15 129/15
**describing [1]**   97/25
**despite [1]**   76/24
**destroyed [2]**   90/18 110/14
**destructive [2]**   90/18 110/12
**details [3]**   17/5 17/22 17/24
**detected [1]**   79/9

**D**

**detection [1]** 130/4
**determination [2]** 106/3 129/19
**determine [2]** 70/24 84/6
**determining [1]** 38/10
**develop [2]** 44/5 129/18
**developed [1]** 135/12
**developing [1]** 81/6
**development [1]** 37/22
**deviation [1]** 122/5
**devoted [3]** 39/11 42/15 49/1
**diameter [1]** 60/8
**did [82]** 5/20 6/12 6/17 6/18 8/16 8/19 14/12 14/24 14/25 16/15 17/25 18/7 18/11 18/13 18/14 18/25 19/2 19/2 20/13 20/17 21/23 22/16 23/6 23/8 23/25 27/16 28/1 28/1 28/10 29/2 29/3 29/14 30/2 30/13 30/16 32/3 32/10 32/21 33/1 33/2 34/9 34/12 34/15 51/15 52/25 54/17 57/5 61/7 62/2 63/11 83/17 83/18 84/11 84/13 87/2 87/2 88/14 88/19 90/7 92/6 93/17 93/18 95/18 110/6 110/10 112/1 128/7 128/10 128/13 128/14 128/15 128/23 129/4 129/11 129/21 130/14 130/21 130/23 131/2 131/7 133/20 136/1
**didn't [13]** 6/23 14/23 19/8 21/13 24/2 27/21 28/12 56/17 81/18 89/21 114/14 115/25 119/4
**Diego [1]** 2/2
**dies [1]** 37/14
**difference [7]** 15/9 68/3 68/4 68/16 107/4 107/19 113/13
**different [32]** 12/21 13/17 15/12 18/20 27/22 28/5 39/1 47/6 49/10 67/21 68/15 68/23 69/10 70/11 75/25 76/6 76/20 88/3 88/4 89/7 98/4 98/9 105/11 123/9 127/4 129/21 129/22 130/2 130/4 131/9 134/12 135/9
**differentiate [1]** 111/24
**difficult [5]** 11/13 11/15 11/21 11/25 13/5
**dire [3]** 46/1 46/3 51/7
**direct [7]** 3/3 20/17 24/19 31/5 89/1 93/8 125/23
**directed [1]** 93/23
**directing [2]** 35/11 35/14
**direction [3]** 79/22 109/20 131/25
**directly [2]** 41/4 44/3
**director [12]** 31/17 34/18 34/19 36/25 41/19 45/3 47/18 47/23 49/2 55/11 61/22 126/7
**directors [1]** 108/23
**disabled [4]** 13/11 13/14 13/23 13/24
**disagree [2]** 75/3 77/23
**disappoint [1]** 136/1
**disaster [1]** 61/21
**discipline [1]** 59/4
**discuss [1]** 66/18
**discussed [2]** 25/21 105/15
**discussing [1]** 98/24
**discussion [11]** 7/5 8/8 21/11

**discussions [2]** 63/18 63/21
**dispensing [1]** 15/15
**disprove [1]** 111/17
**Disregard [2]** 8/9 29/22
**distinct [1]** 107/21
**DISTRICT [3]** 1/1 1/1 1/10
**division [1]** 33/15
**DNA [49]** 50/17 50/19 50/20 50/21 50/22 50/23 66/1 66/2 67/12 67/16 67/17 73/9 85/7 85/9 85/10 85/16 86/15 86/17 87/7 87/8 93/21 93/24 106/1 118/11 126/8 127/6 127/9 127/23 127/25 131/7 131/10 131/14 131/18 132/11 132/17 132/24 133/5 133/9 133/13 134/2 134/3 134/8 134/10 134/10 134/11 134/17 135/6 135/10 135/14
**do [155]**
**doctor [14]** 35/5 35/6 42/19 45/22 59/25 60/4 70/10 70/12 78/15 93/10 94/1 121/18 122/10 124/24
**doctoral [3]** 32/25 33/1 33/3
**doctors [1]** 48/13
**documentation [1]** 38/19
**does [31]** 37/3 38/9 39/22 40/2 40/12 40/13 45/9 48/12 50/21 51/8 57/17 59/18 61/1 69/18 70/5 70/6 70/7 71/17 73/13 74/21 80/9 80/19 81/21 92/10 111/12 124/12 125/5 126/14 126/15 127/1 127/8
**doesn't [17]** 8/4 47/9 48/1 60/9 64/24 65/22 65/22 66/3 67/12 69/17 69/18 70/8 70/12 75/18 104/23 108/5 108/7
**dogs [1]** 49/2
**doing [15]** 16/24 33/25 33/25 36/16 38/5 50/23 54/9 54/13 54/15 61/16 120/9 129/6 131/8 131/20 133/15
**don't [86]** 5/5 7/13 9/6 9/21 11/16 11/16 15/25 16/2 20/7 20/8 21/24 22/5 28/24 29/9 32/17 32/18 33/7 41/4 41/10 41/14 48/10 49/13 50/21 51/11 53/18 55/2 56/1 56/21 62/3 62/4 64/8 65/24 68/9 68/12 68/25 69/3 69/10 72/12 72/24 73/15 74/25 75/9 75/10 77/23 83/8 89/19 93/1 93/2 93/2 93/3 95/14 100/7 100/14 102/17 107/16 108/17 108/17 109/14 111/4 111/4 111/20 111/20 113/3 113/8 113/17 113/17 113/20 115/9 115/19 115/20 115/20 116/4 116/8 116/9 116/11 116/12 116/19 116/21 116/23 122/5 122/11 122/24 123/3 123/20 124/21 136/1
**done [26]** 10/6 10/8 41/6 42/20 43/15 45/7 46/20 51/18 52/10 56/25 64/5 64/13 70/8 71/10 79/2 84/9 100/15 101/15 107/16 108/11 110/11 111/21 127/25 129/11 131/17 132/1
**door [2]** 55/15 84/3
**doping [8]** 45/7 45/10 45/11

**doubt [15]** 120/13 120/18 121/25 122/2 122/22 123/6 123/16 123/18 124/2 124/6 124/6 124/10 124/16 125/9 125/12
**down [8]** 9/11 14/21 14/25 15/3 95/3 100/6 100/7 107/11
**downstairs [1]** 136/5
**Dr [14]** 30/4 30/8 30/15 31/12 46/5 47/22 59/15 59/23 61/6 63/24 64/10 107/3 112/7 117/13
**draw [5]** 80/4 80/5 80/7 90/10 107/24
**Drew [1]** 32/12
**drink [3]** 100/14 100/14 100/15
**driver [1]** 38/20
**dropped [1]** 100/12
**drug [39]** 38/5 43/20 44/2 44/5 44/11 44/15 44/19 44/21 45/13 47/2 49/17 55/4 63/11 66/15 68/6 69/13 69/16 69/16 79/1 79/1 79/8 81/11 81/20 99/11 99/23 100/8 100/10 100/23 101/3 101/17 101/21 102/7 103/20 104/16 107/20 107/20 111/3 120/8 121/3
**drugs [29]** 36/1 36/1 36/7 36/10 36/14 36/14 37/23 44/17 44/20 44/23 46/22 47/1 54/4 54/5 54/5 54/6 54/6 54/8 55/8 68/15 69/6 69/7 69/10 69/15 76/3 78/19 78/20 78/20 79/15 83/2 82/3 82/3 82/4 82/5 83/2 83/3 83/4 113/25 115/24 116/3 116/17 116/23 119/1
**dry [13]** 81/2 82/3 82/4 82/5
**due [3]** 66/10 76/2 111/25
**dugout [1]** 26/24
**DUI [1]** 38/8
**duly [2]** 31/3 125/21
**Durabolin [6]** 94/22 94/25 95/7 95/20 96/5 112/2
**DURHAM [2]** 1/13 5/19
**during [19]** 5/2 17/18 19/22 19/23 20/14 22/6 22/7 22/8 22/12 22/13 26/24 27/4 27/4 27/4 29/13 63/9 125/13 132/6 135/4
**duties [1]** 35/10
**duty [1]** 57/5

**E**

**each [14]** 20/24 27/22 65/16 74/5 80/12 84/17 88/4 88/6 88/12 89/18 93/17 96/18 96/22 102/20
**earlier [2]** 120/5 135/22
**early [5]** 35/12 41/24 133/20 135/1 135/25
**earning [1]** 129/5
**easier [1]** 68/12
**easily [1]** 119/1
**Eastgate [1]** 2/2
**eating [1]** 16/25
**echelon [1]** 16/6
**editor [3]** 42/22 42/25 43/10
**editorial [2]** 42/20 43/8
**education [2]** 135/23 135/24
**educational [1]** 62/8
**effect [3]** 44/20 45/19 46/17
**effects [1]** 55/8
**either [6]** 79/6 80/6 102/13

**E**

**either...** [3]   114/14 116/22 123/2
**elaborate** [1]   133/12
**elect** [1]   39/25
**electron** [1]   129/24
**elemental** [1]   129/24
**elements** [1]   113/22
**elicit** [3]   77/16 78/20 79/1
**elicited** [2]   7/22 77/16
**else** [12]   4/15 24/3 29/15 63/3 68/16 69/12 70/2 77/18 79/19 122/8 125/15 128/7
**eminently** [1]   67/3
**employ** [1]   104/15
**employed** [1]   14/6
**employee** [2]   40/15 40/23
**employees** [3]   37/1 40/17 109/19
**employment** [2]   129/12 130/22
**emulated** [3]   24/24 25/3 27/7
**encompasses** [1]   60/20
**encountered** [1]   120/11
**end** [14]   20/9 21/6 49/5 58/18 69/22 70/19 83/11 108/22 124/4 124/4 124/11 124/18 124/25 125/10
**ended** [1]   102/6
**enforcement** [8]   36/3 37/18 37/21 43/20 63/7 79/7 108/3 130/7
**engaged** [3]   29/3 103/4 133/4
**engineering** [1]   128/22
**engineers** [1]   39/13
**England** [1]   132/20
**enhance** [1]   105/19
**enhances** [1]   10/7
**enough** [3]   20/3 69/20 86/24
**ensure** [8]   40/9 59/5 71/11 74/16 74/24 83/20 92/12 122/3
**entered** [1]   36/11
**entire** [4]   38/3 41/23 44/22 116/3
**entitled** [1]   77/20
**entry** [1]   34/17
**environment** [6]   47/1 47/3 81/11 83/23 99/25 116/3
**enzyme** [1]   134/1
**epidemic** [1]   44/1
**equal** [3]   13/1 13/2 86/1
**equate** [1]   74/15
**erroneous** [1]   34/5
**ESCORTED** [3]   5/10 63/19 92/21
**especially** [1]   20/14
**ESQ** [1]   1/14
**ESQUIRE** [6]   1/13 1/14 1/15 1/20 1/20 2/1
**essentially** [3]   35/12 36/5 61/21
**establish** [2]   51/9 52/14
**established** [1]   27/8
**establishing** [1]   24/23
**estimate** [1]   44/23
**ethic** [1]   4/9
**evaluate** [3]   69/9 127/25 129/17
**evaluated** [2]   38/13 130/3
**evaluation** [2]   122/21 130/9
**even** [13]   29/11 36/1 43/19 46/18 54/1 54/6 54/13 54/19 60/13 82/8 101/24 111/17

**evening** [1]   136/10
**eventually** [1]   38/6
**ever** [14]   22/16 22/19 27/17 38/14 48/23 61/16 62/5 63/2 79/2 93/23 104/1 106/2 120/11 120/21
**every** [15]   10/21 11/4 11/5 11/14 11/14 17/7 29/6 38/12 40/19 55/5 55/12 55/12 73/4 104/18 109/16
**everybody** [2]   20/16 83/24
**everyone** [1]   38/23
**everything** [4]   95/23 104/5 105/1 119/17
**evidence** [169]
**evidentiary** [1]   108/6
**evolve** [1]   131/7
**exact** [2]   21/24 21/25
**exactly** [4]   21/15 21/19 67/6 89/12
**examination** [18]   5/4 5/13 7/22 20/17 24/19 27/14 31/5 46/3 53/4 56/9 64/8 90/4 93/8 106/18 107/1 118/3 125/23 130/10
**examine** [7]   62/16 63/2 63/6 63/10 88/14 89/21 89/23
**examined** [3]   31/3 89/12 125/21
**examiner** [2]   40/20 54/12
**examiners** [7]   37/4 37/10 37/12 37/13 55/6 79/7 129/18
**example** [12]   36/20 39/14 41/16 45/11 45/14 47/1 68/24 71/2 79/9 81/8 82/2 99/24
**except** [1]   49/14
**exclude** [12]   83/22 83/25 84/8 84/9 85/23 85/24 85/25 86/6 86/8 86/11 91/11 118/23
**excluded** [1]   76/21
**excuse** [6]   7/25 51/6 53/3 86/21 94/9 102/24
**excused** [1]   122/15
**exercise** [5]   9/5 9/7 10/18 10/25 29/3
**exercises** [1]   9/10
**exhibit** [3]   93/11 95/25 99/24
**exist** [1]   110/17
**exits** [1]   63/20
**expanded** [1]   134/6
**expect** [2]   28/14 30/8
**experience** [5]   11/11 18/1 18/3 34/8 130/25
**experienced** [1]   18/5
**expert** [37]   4/24 12/6 28/21 45/24 50/9 50/11 50/17 50/22 56/15 63/24 64/4 64/10 65/4 65/5 66/3 66/12 67/8 67/13 67/15 68/7 72/6 72/13 72/19 72/24 75/4 76/13 77/2 85/16 86/15 87/8 88/19 91/23 91/24 92/2 93/6 100/17 125/14
**expertise** [22]   51/23 60/15 60/18 65/11 66/1 69/5 70/7 71/10 73/12 73/18 73/24 74/7 74/12 74/21 79/20 85/3 92/10 92/19 94/2 103/15 120/25 133/2
**experts** [2]   59/10 76/24
**explain** [4]   16/22 114/23 121/12 121/18
**exposed** [3]   47/1 47/3 113/22
**exposing** [1]   104/10

**expose** [4]   8/9 81/6 81/7 81/24
**expressed** [1]   111/11
**extent** [3]   11/5 74/21 85/2
**extrapolate** [1]   74/23
**extremely** [1]   131/23

**F**

**fabricated** [2]   90/20 90/23
**fabricates** [1]   67/24
**fabrication** [2]   65/2 65/3
**face** [3]   7/1 88/15 89/24
**facilitate** [3]   100/23 116/5 120/7
**facility** [1]   40/22
**facing** [1]   100/7
**fact** [17]   13/23 15/22 55/13 59/3 69/6 69/18 71/7 71/12 72/6 75/21 76/24 79/12 84/5 84/13 86/8 88/19 88/23
**factors** [2]   71/17 113/10
**facts** [2]   105/14 115/12
**failed** [1]   105/4
**fair** [14]   16/5 16/6 16/19 17/4 17/6 20/3 21/3 21/4 26/16 86/24 107/3 113/6 117/3 132/15
**faith** [1]   98/12
**false** [1]   34/5
**familiar** [4]   47/19 49/7 65/10 80/2
**far** [6]   10/3 36/22 51/6 70/16 78/21 134/14
**fat** [1]   80/14
**FBI** [9]   5/21 40/13 40/25 41/3 41/4 51/24 110/11 115/8 133/16
**February** [1]   22/11
**fee** [2]   40/18 40/21
**fee-for-service** [2]   40/18 40/21
**feet** [1]   55/14
**fellowship** [1]   60/6
**few** [4]   47/12 49/24 62/12 79/5
**field** [16]   36/12 42/23 43/3 43/4 53/18 55/24 56/5 56/7 57/4 74/16 74/24 107/7 107/15 122/6 129/6 132/4
**fifth** [1]   29/6
**Fifty** [1]   31/13
**Fifty-two** [1]   31/13
**figure** [1]   37/11
**file** [1]   112/1
**filed** [1]   65/8
**filled** [2]   134/3 135/15
**Finally** [2]   43/15 44/25
**find** [5]   76/9 77/9 78/17 108/1 111/1
**finder** [1]   71/7
**finding** [5]   88/16 89/7 103/22 109/22 117/13
**findings** [9]   38/6 51/15 51/24 88/16 89/4 107/22 115/3 117/16 117/17
**fine** [3]   77/13 78/4 135/19
**fingerprint** [1]   56/2
**fingerprinting** [1]   134/17
**finish** [1]   114/6
**finished** [1]   24/12
**firm** [1]   127/3
**first** [21]   4/12 24/22 31/3 34/9 36/9 41/6 45/23 64/9 72/5 80/24 93/12 94/8 94/12 96/25 125/21 129/15 131/13

**F**

**first... [4]**   131/22 132/22 135/1 135/17

**five [5]**   10/21 29/6 39/7 45/2 130/13

**flawed [1]**   58/17

**Florida [22]**   31/15 31/18 32/5 34/14 34/15 34/19 34/21 35/9 37/5 37/7 37/24 38/3 38/12 40/15 40/23 41/18 48/25 49/3 54/14 54/19 63/6 63/8

**fluids [7]**   36/2 54/1 62/19 62/19 104/10 133/22 133/23

**focus [5]**   35/24 48/3 60/12 79/14 131/6

**focused [2]**   44/18 128/21

**focusing [2]**   99/17 99/21

**follow [4]**   12/7 28/16 78/14 108/4

**follow-up [1]**   78/14

**following [2]**   9/14 38/21

**follows [6]**   7/5 30/6 31/4 121/11 122/19 125/22

**Fontana [1]**   128/12

**food [1]**   17/1

**Football [1]**   45/2

**Foradori [3]**   2/5 136/15 136/21

**foregoing [1]**   136/16

**forensic [105]**   5/1 33/14 33/15 33/17 33/18 33/19 33/20 34/1 34/10 35/2 35/25 39/5 39/9 39/12 39/13 39/21 39/24 40/6 41/8 41/24 42/1 42/3 42/6 42/9 42/10 42/14 43/16 45/16 46/12 46/12 46/13 46/20 49/8 49/9 49/15 49/20 51/22 53/10 53/17 53/21 54/16 59/3 59/5 59/24 60/1 60/1 60/12 60/15 60/16 60/18 60/19 60/22 60/24 64/6 64/11 64/17 66/18 70/9 70/16 76/13 76/18 78/6 80/1 91/23 92/3 92/10 92/14 92/14 92/16 92/16 92/17 93/5 102/21 103/24 106/7 106/7 108/25 109/1 109/2 109/4 109/6 109/7 109/10 109/12 109/14 109/21 114/10 115/7 121/22 126/7 127/2 127/5 129/17 131/10 131/14 131/22 132/5 132/7 132/13 132/22 133/2 133/18 134/14 134/22

**forensically [2]**   36/15 67/4

**forensics [2]**   115/1 115/1

**forget [1]**   59/3

**form [3]**   39/1 90/19 133/6

**formed [2]**   130/18 131/8

**former [1]**   47/18

**forming [1]**   5/4

**forth [1]**   79/3

**found [11]**   51/21 58/9 79/8 88/3 88/8 88/10 88/12 89/24 96/6 100/5 117/14

**founder [2]**   126/19 126/20

**founders [1]**   126/18

**four [4]**   26/25 29/7 60/4 60/7

**Fourth [1]**   1/16

**Fragment [1]**   134/18

**Francisco [1]**   128/6

**free [2]**   53/4 93/3

**frequently [1]**   103/2

**Friday [1]**   4/6

**friends [5]**   21/1 24/16 24/18

**front [3]**   58/18 77/16 84/3

**full [4]**   9/17 9/18 33/11 126/3

**function [3]**   59/19 61/13 103/15

**fundamentals [1]**   104/25

**funding [2]**   44/4 44/6

**funny [1]**   54/6

**further [16]**   36/22 37/17 88/23 94/24 95/23 96/3 96/15 96/20 97/6 97/24 98/20 99/1 111/5 117/25 121/4 129/6

**future [2]**   39/16 71/8

**G**

**G-O-L-D-B-E-R-G-E-R [1]**   31/11

**Gainesville [1]**   61/20

**game [5]**   9/11 10/15 13/18 26/24 27/4

**garage [1]**   108/21

**garbage [4]**   58/18 58/18 108/20 120/3

**gatekeeper [4]**   16/20 16/21 59/19 71/21

**gathered [1]**   105/10

**gatherer [3]**   105/7 119/10 119/10

**gatherer's [1]**   105/9

**gauze [2]**   72/11 87/4

**gave [12]**   18/8 18/9 64/2 64/2 70/25 84/23 84/24 98/18 113/15 119/12 124/15 125/9

**Gene [4]**   15/18 23/6 23/9 45/3

**general [4]**   13/6 70/15 70/20 133/13

**generally [4]**   12/25 80/4 127/20 134/16

**generational [1]**   44/19

**gentleman [4]**   23/6 63/6 63/11 73/25

**gentlemen [4]**   8/13 15/18 18/23 124/24

**gently [1]**   66/11

**get [30]**   9/23 10/4 10/6 10/8 10/9 10/13 13/24 13/25 14/1 16/15 33/1 34/9 44/14 49/5 52/6 55/14 58/18 67/10 67/10 75/10 84/2 84/3 93/1 96/4 108/21 109/18 115/9 122/25 136/5 136/6

**gets [4]**   34/8 65/8 74/13 104/17

**getting [3]**   21/15 26/2 26/14

**Gettler [1]**   32/7

**gifted [1]**   28/15

**GILBERTO [1]**   1/15

**gilberto.guerrero [1]**   1/18

**give [29]**   10/2 21/24 31/9 44/18 55/5 57/14 58/15 64/15 64/19 68/24 74/6 75/12 77/2 78/3 82/25 83/6 85/2 85/15 91/6 91/13 92/10 92/12 103/16 119/9 124/3 124/11 124/17 125/10 127/25

**given [4]**   18/6 29/12 74/17 83/5

**gives [1]**   92/7

**giving [1]**   57/14

**glad [2]**   53/6 98/10

**glove [1]**   27/18

**go [35]**   6/2 10/21 14/25 21/12 22/16 32/10 32/21 34/7 36/22

**16 [1]**   58/11

**59/18 62/3 62/3 62/4 63/17 67/4 74/19 80/7 86/20 87/1 95/3 101/3 108/9 109/18 114/24 114/24 126/14 128/13 134/8 136/5 136/8**

**goal [4]**   9/19 9/20 9/22 10/11

**Godward [1]**   2/1

**goes [8]**   49/9 59/19 59/21 60/4 67/24 87/9 103/14 135/16

**going [41]**   4/7 4/24 19/16 30/9 30/18 35/19 41/11 51/6 53/9 56/14 56/23 58/4 64/17 64/20 65/1 65/24 66/14 66/23 67/6 67/16 67/16 67/17 69/22 69/24 71/2 73/8 75/6 80/7 83/15 83/23 84/11 85/9 85/17 86/19 91/16 108/21 115/23 116/15 127/17 131/23 133/9

**GOLDBERGER [17]**   3/6 4/24 30/4 30/8 30/15 31/2 31/8 31/12 46/5 59/15 59/23 61/6 63/24 64/10 107/3 112/7 117/13

**gone [2]**   62/6 62/11

**good [18]**   5/11 5/17 5/18 6/20 11/15 11/16 12/23 16/1 17/24 29/1 29/12 41/11 98/12 108/13 108/14 117/6 125/25 126/1

**got [25]**   4/9 9/7 12/7 24/22 44/6 61/23 68/23 71/9 72/6 72/22 72/23 77/9 82/2 84/18 86/3 89/15 89/19 89/20 91/2 91/20 96/1 97/15 112/11 112/12 132/11

**gotten [3]**   90/12 91/14 103/17

**government [28]**   1/4 1/13 5/3 30/11 52/5 52/13 56/25 67/7 70/3 71/2 74/18 75/4 78/1 81/17 85/19 86/10 89/24 90/17 93/11 93/18 95/17 95/25 98/9 102/18 105/12 111/18 125/7 125/11

**government's [13]**   57/1 66/10 72/23 88/16 88/16 88/19 89/4 93/14 101/18 102/9 106/14 118/5 118/22

**graduate [7]**   32/9 32/21 32/23 36/11 54/14 128/23 131/17

**graduated [1]**   54/11

**Graham [1]**   4/13

**grant [1]**   130/7

**Granted [1]**   55/2

**great [3]**   43/25 127/5 127/13

**grew [1]**   32/7

**groin [2]**   13/14 13/16

**ground [1]**   44/7

**group [2]**   99/8 131/19

**grow [3]**   32/3 44/20 128/7

**growth [7]**   48/9 48/14 50/12 50/15 55/17 65/22 70/8

**GUERRERO [1]**   1/15

**guess [8]**   8/5 26/14 53/8 61/18 65/25 66/4 70/17 71/9

**guessing [1]**   91/15

**guilty [2]**   115/5 115/5

**guise [1]**   65/4

**gun [1]**   67/24

**guns [1]**   56/2

**gunshot [2]**   130/3 130/4

**guy [7]**   18/4 29/9 55/11 67/10 67/10 67/24 67/24

**guys [6]**   7/1 10/10 10/13 14/1

**G**

**guys... [2]**   28/11 29/1
**gym [1]**   22/23
**gyn [1]**   60/10

**H**

**had [37]**   8/12 16/13 17/24 18/6
18/23 19/5 20/10 23/16 26/14
27/18 34/8 48/5 54/19 61/20
61/21 67/9 67/10 72/14 77/15
79/6 88/21 94/17 94/18 94/21
94/21 94/24 94/25 95/4 95/4
95/6 101/3 101/9 131/17 131/20
134/4 134/25 135/22
**hair [1]**   81/13
**half [4]**   32/4 32/5 32/6 136/5
**hallway [2]**   14/21 15/3
**hand [7]**   81/5 81/7 81/9 81/9
81/24 101/4 101/5
**handle [3]**   100/6 100/6 107/5
**handled [3]**   38/23 38/24 56/6
**handling [2]**   52/2 52/7
**hands [1]**   12/17
**hang [1]**   27/3
**happen [5]**   21/13 65/14 84/11
112/25 114/14
**happened [11]**   17/15 17/18
21/17 52/4 58/2 84/11 85/25
102/16 108/18 114/18 114/21
**happens [1]**   107/9
**happy [1]**   6/15
**hard [1]**   9/10
**HARDIN [10]**   1/20 1/21 24/19
49/21 51/10 56/14 63/23 76/24
77/23 95/14
**has [60]**   5/5 7/22 10/21 28/25
34/4 34/5 36/14 46/21 47/5
47/25 48/23 49/21 52/15 57/25
58/3 59/7 64/1 64/18 64/23
65/2 67/4 68/21 69/11 71/19
73/14 75/4 75/4 75/13 77/24
78/1 79/19 80/10 82/9 82/14
82/24 88/2 88/2 88/5 88/6
88/10 89/24 90/1 94/13 95/17
96/12 96/20 96/24 109/19 111/6
111/10 112/15 112/25 119/11
121/24 122/1 122/22 124/5
125/7 125/11 126/22
**hasn't [1]**   81/23
**hate [3]**   6/23 77/10 136/6
**hated [2]**   6/19 6/24
**have [253]**
**haven't [10]**   5/20 30/19 50/23
76/7 76/10 111/20 111/22 113/4
113/5 113/9
**having [14]**   31/3 67/23 68/18
73/24 74/8 74/11 85/23 87/6
88/20 89/11 89/20 98/22 125/21
135/25
**Hayes [1]**   112/4
**he [172]**
**He'll [1]**   93/6
**he's [43]**   7/18 16/1 53/4 53/8
55/18 59/21 64/5 64/12 64/13
65/9 65/10 65/17 65/20 65/24
66/3 67/6 67/16 67/17 68/7
69/6 69/22 70/17 71/9 74/1
74/6 74/18 75/18 78/6 79/25
83/5 83/23 83/23 84/11 85/2
85/9 85/16 85/17 87/24 88/15
89/9 91/15 91/15 91/16

**headed [5]**   1/20 197/24 49/17
23/12
**headquartered [1]**   39/10
**healing [1]**   9/7
**hear [12]**   6/12 6/17 6/18 18/25
23/6 54/7 66/9 71/18 75/1 78/8
124/4 124/4
**heard [7]**   5/5 7/14 7/14 70/5
76/7 76/10 76/24
**hearing [3]**   4/8 63/12 123/17
**heart [1]**   75/10
**held [2]**   15/20 15/24
**help [8]**   8/24 9/4 9/9 10/25
29/4 29/15 35/16 115/8
**helpful [1]**   62/23
**helps [1]**   9/16
**Her [1]**   5/4
**here [30]**   5/20 7/15 30/12
40/15 40/16 43/20 49/17 49/18
50/9 51/1 51/7 51/14 51/18
51/21 51/24 52/2 52/6 52/15
58/12 59/10 60/25 64/12 70/9
70/14 78/10 80/8 95/3 101/18
104/24 113/7
**herein [2]**   31/3 125/21
**heroin [1]**   44/18
**HGH [6]**   48/12 66/16 68/5 69/16
76/5 97/16
**high [10]**   4/13 15/20 15/24
23/25 32/7 57/23 57/24 128/9
128/13 134/9
**higher [1]**   27/9
**highly [1]**   73/25
**Highway [1]**   37/24
**him [56]**   6/13 6/15 6/19 6/23
6/24 7/14 8/4 13/17 15/20
15/24 17/7 17/12 18/9 18/14
19/15 23/14 23/25 24/23 24/24
25/3 26/11 27/10 27/19 28/22
29/3 29/4 29/15 69/4 70/9
70/13 71/20 73/8 73/10 75/12
76/9 77/10 77/12 77/15 77/16
78/7 78/8 83/6 83/15 83/18
83/22 84/21 85/18 88/25 89/11
89/14 91/24 92/6 92/10 92/13
93/4 114/6
**himself [2]**   24/23 89/22
**hire [2]**   21/7 127/17
**hired [4]**   10/9 127/22 129/16
130/23
**his [48]**   4/12 4/12 5/2 13/16
16/20 16/21 17/1 18/3 19/15
20/10 21/7 25/7 28/18 29/7
51/8 53/5 59/19 65/10 65/25
67/13 68/8 69/5 69/9 69/9
69/18 71/15 73/12 73/18 73/25
74/7 74/8 74/12 77/12 84/16
84/24 84/24 85/1 85/3 85/12
90/3 90/4 92/7 92/10 92/19
102/3 103/14 114/6 124/25
**history [5]**   94/2 109/18 109/18
109/20 109/23
**hit [1]**   8/4
**hitters [1]**   7/2
**hold [5]**   21/25 23/25 39/15
118/12 118/12
**holds [1]**   60/11
**homicide [4]**   36/4 37/24 37/25
38/1
**Honor [69]**   4/4 4/6 4/18 4/23
4/25 8/5 30/1 30/4 30/7 30/19
43/5 45/23 45/25 46/2 51/10

43/23 59/20
61/3 62/14 63/23 64/4 64/22
65/1 65/21 70/4 70/11 70/24
71/14 82/17 82/19 83/14 85/8
85/10 86/13 86/25 87/1 87/13
87/22 91/22 92/1 92/5 92/15
93/4 95/10 97/11 98/2 102/2
103/6 103/14 104/3 106/11
106/19 106/24 117/11 118/1
118/8 119/19 120/14 120/24
122/13 122/16 123/24 124/1
124/20 125/16 135/19
**HONORABLE [1]**   1/10
**honors [2]**   41/21 41/23
**hope [3]**   9/18 14/1 107/18
**hopefully [1]**   50/3
**hopes [1]**   44/4
**hormone [7]**   48/9 48/14 50/12
50/15 55/17 65/23 70/8
**horses [1]**   49/2
**hospitals [1]**   48/13
**hour [1]**   136/5
**house [6]**   18/25 19/3 21/23
22/16 22/19 23/1
**Houston [6]**   1/22 19/3 19/8
23/10 23/16 28/18
**how [59]**   4/2 7/6 14/16 25/25
28/17 31/12 31/24 32/1 32/15
36/15 36/19 37/1 37/18 38/6
38/9 40/11 41/21 51/11 56/6
60/7 60/8 62/10 65/5 66/4
66/12 67/4 72/23 74/12 74/19
74/22 74/23 75/20 76/14 76/14
80/19 89/15 89/18 90/11 91/2
91/13 91/20 101/1 103/1 103/11
103/17 105/12 107/5 112/11
112/12 112/22 112/25 113/3
120/9 126/22 130/11 132/12
134/3 134/6 135/3
**however [4]**   73/6 83/6 107/15
108/16
**huge [1]**   37/11
**huh [1]**   19/11
**human [4]**   48/9 50/12 50/14
132/17
**hundred [2]**   11/9 29/10
**hydration [1]**   12/8
**hypothesis [4]**   117/21 118/5
118/15 118/20
**hypothetical [5]**   98/10 98/16
119/10 120/4 120/19
**hypothetically [1]**   57/24

**I**

**I'd [7]**   24/18 26/22 33/13
45/23 66/4 80/6 111/1
**I'll [25]**   8/6 29/21 41/9 49/6
53/6 57/6 57/19 59/18 63/18
63/23 71/25 74/25 78/8 78/13
78/14 82/21 92/12 92/19 92/24
98/10 118/13 124/11 124/17
124/17 125/10
**I'm [73]**   4/21 5/19 6/18 10/9
16/8 18/2 19/18 20/13 21/15
24/12 25/6 26/2 26/14 27/24
28/20 29/19 30/16 31/17 39/4
39/4 39/5 39/24 40/15 40/15
40/16 41/8 41/19 42/4 42/22
43/10 43/11 49/7 49/17 49/18
51/9 51/20 52/14 52/14 52/14
54/23 55/3 55/11 55/11 55/11
55/15 56/23 57/18 58/12 59/3

Case 1:10-cr-00223-RBW   Document 197   Filed 06/19/12   Page 147 of 160

# I

**I'm... [24]**   59/10 59/25 60/24
73/24 74/7 74/11 75/9 78/1
84/7 87/4 87/15 88/1 89/2
92/24 95/18 97/25 100/15 101/5
115/14 115/15 118/11 121/23
126/7 129/13
**I've [16]**   11/16 34/14 43/10
43/19 44/3 45/4 47/17 47/17
50/2 50/11 50/20 54/15 72/6
77/9 105/4 120/4
**I-75 [1]**   61/23
**i.e [1]**   73/18
**idea [2]**   86/25 112/14
**ideally [1]**   74/15
**identification [6]**   73/13
129/22 130/1 131/18 133/22
133/22
**illicit [2]**   35/25 54/6
**impact [2]**   36/19 80/10
**impaired [2]**   36/20 37/22
**implication [2]**   84/4 84/12
**imply [1]**   122/24
**importance [2]**   81/8 135/24
**important [7]**   10/15 10/19
18/18 43/2 80/8 104/24 131/23
**impossible [2]**   99/12 99/14
**impression [1]**   123/11
**improve [1]**   135/11
**in 2003 [1]**   19/5
**in 2004 [3]**   19/8 21/22 22/22
**inaccurate [1]**   117/17
**inadvertently [3]**   85/25 86/7
87/25
**Inc [6]**   126/12 126/22 126/25
127/9 130/18 131/5
**include [3]**   8/19 36/6 66/15
**included [1]**   120/4
**includes [1]**   38/24
**including [4]**   36/4 50/20 82/25
125/13
**Incorporated [1]**   126/9
**Incredible [1]**   67/9
**incredibly [1]**   7/17
**independent [1]**   52/10
**indicate [1]**   120/5
**indicated [3]**   6/3 92/23 135/21
**indicates [1]**   7/15
**indicating [2]**   87/3 101/4
**indigent [1]**   127/19
**individual [4]**   20/18 37/22
64/4 77/8
**individuals [5]**   30/10 30/11
39/23 81/7 133/23
**indulgence [5]**   4/18 24/10 61/2
117/1 117/9
**industry [2]**   75/7 106/7
**inflammatory [1]**   7/18
**information [7]**   7/15 7/22
71/18 71/19 77/10 77/12 81/18
**ingest [2]**   46/21 47/2
**ingesting [1]**   47/2
**initial [1]**   78/13
**initially [1]**   34/16
**inject [1]**   46/22
**injected [1]**   88/21
**injection [3]**   67/9 87/5 88/24
**injections [2]**   16/8 16/15
**injured [2]**   63/8 63/9
**injury [5]**   9/5 9/6 13/15 13/18
13/21

---

**inside [7]**   8/1 8/3 72/10 72/12
72/16 72/20 99/16
**instance [3]**   62/4 68/24 89/25
**instances [1]**   79/5
**instead [2]**   88/5 98/17
**Institute [1]**   129/4
**Institutes [1]**   115/8
**institutions [1]**   133/16
**instruct [1]**   124/12
**instructing [1]**   123/15
**instruction [4]**   124/3 124/16
124/18 125/9
**instructions [1]**   124/16
**insurance [1]**   127/12
**integrate [1]**   92/19
**integrity [17]**   38/14 38/17
60/25 64/16 64/19 70/18 71/4
74/13 74/16 74/20 74/25 83/20
92/12 105/17 113/20 113/21
114/10
**intend [1]**   7/14
**intended [2]**   30/17 83/14
**intentionally [1]**   91/7
**interest [1]**   41/14
**interested [2]**   131/16 133/21
**interesting [1]**   48/24
**interim [1]**   130/21
**intermediate [1]**   104/22
**intermingled [1]**   66/25
**International [2]**   42/6 48/19
**internationally [1]**   45/15
**interpretation [4]**   36/18 38/6
106/16 117/20
**interpreted [1]**   122/4
**interpreting [1]**   108/23
**interrupt [1]**   75/9
**introduced [2]**   77/7 82/8
116/13
**investigate [1]**   37/13
**investigated [2]**   37/9 37/12
**investigating [1]**   37/19
**investigation [5]**   36/4 37/20
37/25 62/1 62/24
**investigations [1]**   129/21
**investigators [2]**   37/25 38/2
**involve [1]**   38/9
**involved [12]**   36/9 37/23 52/17
55/15 61/16 62/6 63/7 110/20
130/1 131/12 131/17 134/7
**involves [1]**   38/4
**irrefutable [1]**   77/17
**irrelevant [1]**   64/7
**IRS [2]**   52/3 52/7
**is [441]**
**isn't [4]**   10/11 59/24 64/16
70/23
**ISO [9]**   48/17 48/21 48/25 49/6
49/7 49/8 49/23 50/2 50/4
**isolating [1]**   55/3
**issue [10]**   4/11 56/13 61/19
65/21 73/1 81/25 87/13 89/8
91/10 117/21
**issues [3]**   45/13 70/1 105/21
**it [269]**
**it's [89]**   7/19 9/7 9/18 11/4
12/6 13/4 15/2 21/4 32/12
33/13 33/14 34/4 34/17 35/11
37/11 38/18 38/25 39/1 39/10
39/19 39/20 40/4 40/16 40/20
42/23 44/6 47/4 48/24 49/1
51/23 52/24 53/5 56/5 56/6

---

57/4 59/7 64/6 64/11 64/25 64/25
65/4 66/16 66/17 67/23 68/22
68/23 69/11 71/15 71/20 71/22
72/12 73/22 75/13 75/13 76/12
77/17 80/25 81/11 81/12 81/12
81/25 82/5 83/24 85/3 86/2
90/17 90/19 94/15 97/22 98/17
98/18 100/8 100/9 101/2 105/8
108/10 110/9 110/25 111/19
113/1 113/12 113/21 117/3
118/16 127/10 129/1 129/1
131/19 134/13 134/22
**it's then [1]**   105/8
**item [35]**   65/11 65/12 66/2
68/12 72/21 73/21 73/22 75/12
75/13 75/15 75/15 75/21 80/11
80/18 80/25 80/25 81/2 81/2
82/3 82/4 82/5 82/6 83/1 84/17
93/17 97/3 97/3 99/23 100/23
103/21 107/12 108/12 112/1
113/24 117/5
**items [58]**   52/11 52/17 52/18
52/20 52/22 52/25 54/3 57/12
58/7 58/8 62/23 63/2 63/14
64/13 64/20 65/15 65/16 69/2
72/11 72/16 72/21 74/10 80/11
83/10 84/16 89/17 89/22 89/23
90/5 91/7 91/13 91/14 94/4
98/20 98/22 99/8 101/9 101/23
103/18 105/25 108/1 108/16
108/17 108/19 109/13 110/5
110/7 110/16 110/24 111/13
111/22 113/9 116/8 116/17
116/19 116/23 117/14 119/11
**its [11]**   38/14 38/14 38/17
38/17 74/20 83/20 90/18 92/12
113/19 125/7 125/11
**itself [1]**   69/13

# J

**Jack [1]**   131/3
**jail [2]**   115/5 115/5
**January [9]**   22/10 56/1 57/6
61/8 61/12 61/20 64/5 98/1
98/19
**January 29 [1]**   61/20
**JEREMY [1]**   1/20
**Jersey [2]**   32/11 32/22
**jmonthy [1]**   1/24
**job [9]**   10/6 10/8 14/9 14/9
57/5 61/10 61/13 71/15 129/15
**jobs [2]**   15/12 61/22
**joined [3]**   6/6 6/8 6/12
**Jon [1]**   103/2
**journal [3]**   42/23 42/23 131/15
**JR [2]**   1/14 1/20
**JUDGE [11]**   1/10 29/18 69/22
77/14 78/4 82/15 106/17 114/5
115/25 116/16 123/5
**July [3]**   11/12 39/25 50/3
**July 1 [2]**   39/25 50/3
**jumbled [1]**   67/19
**June [2]**   1/5 13/14
**junior [1]**   4/12
**juror [1]**   65/6
**juror's [1]**   124/25
**jury [36]**   1/9 4/17 5/10 8/13
18/24 29/23 37/17 58/10 63/19
65/5 70/24 71/7 71/16 71/20
72/7 73/3 77/16 83/9 84/6
84/14 84/15 91/21 92/21 99/3
103/15 111/13 115/12 115/12

**J**

**jury... [8]**   120/15 121/5 121/6
122/24 123/3 124/10 124/14
126/2
**just [52]**   4/4 4/7 6/24 10/7
11/4 17/11 17/14 22/5 22/5
27/3 28/3 28/14 30/5 30/11
30/15 33/7 33/8 33/11 35/21
49/2 49/19 52/14 52/16 64/10
68/25 70/4 71/17 76/12 77/24
80/20 82/20 84/7 84/8 89/10
90/7 91/15 92/24 94/15 95/8
98/16 101/2 101/6 105/24
107/11 113/15 115/18 121/5
124/2 124/13 129/14
133/12
**Justice [1]**   115/9

**K**

**Keel [4]**   85/10 85/11 86/14
86/15
**Keels' [1]**   84/23
**keep [3]**   75/11 106/1 110/10
**ken [2]**   65/6 65/14
**kept [1]**   56/8
**kidney [2]**   54/2 62/20
**kids [1]**   81/10
**kill [1]**   54/8
**killed [4]**   47/6 63/7 69/8 69/8
**kind [6]**   7/20 9/8 28/13 38/16
48/17 51/6
**Kingdom [1]**   131/15
**Klugman [1]**   131/3
**knew [11]**   16/24 20/17 20/20
20/23 20/23 21/1 23/14 25/18
47/18 116/22 133/20
**know [77]**   5/25 6/24 11/16 13/7
13/10 13/16 14/3 15/8 17/6
17/7 18/4 19/5 19/21 19/22
20/3 20/7 20/8 21/5 22/14
22/21 24/7 24/9 24/24 25/18
26/19 64/24 65/14 65/24 65/25
66/3 66/4 68/9 68/13 69/1 69/3
69/4 69/14 69/23 70/25 71/16
72/18 73/15 74/25 75/19 76/8
95/14 100/14 102/7 107/16
108/17 108/18 109/12 109/14
110/18 110/18 111/4 111/4
111/9 111/20 111/20 112/12
112/18 113/3 113/8 113/17
113/17 113/20 115/19 115/20
115/20 116/8 116/9 116/12
116/19 116/23 122/1 122/6
**knowing [1]**   71/17
**knowledge [7]**   21/9 22/24 27/18
73/4 77/12 132/12 132/17
**knowledgeable [1]**   18/4
**known [6]**   12/4 12/5 58/8 99/3
134/17 134/23
**knows [3]**   25/25 91/2 122/1
**Kronish [1]**   2/1
**Kukoski [1]**   5/5

**L**

**L.A [1]**   129/16
**LA [1]**   130/25
**lab [56]**   36/23 36/24 37/1 37/3
40/11 40/12 40/13 40/14 40/21
40/21 40/25 47/9 47/16 47/19
47/23 48/1 48/10 48/11 48/14
48/21 48/25 49/1 49/1 49/23
50/2 50/4 50/19 50/21 50/23

56/6 56/8 57/8 69/18 74/22
79/19 81/7 90/17 104/12
104/15 105/9 107/5 107/6 107/9
107/12 107/25 108/2 108/3
108/10 108/14 108/17 108/19
**lab's [1]**   69/18
**labeled [1]**   58/1
**laboratories [5]**   39/24 40/3
40/8 130/6 135/10
**laboratory [43]**   35/11 35/12
35/15 36/25 38/5 38/22 38/25
40/7 40/9 40/17 40/19 41/19
42/15 42/16 49/4 49/6 54/20
55/13 62/16 71/8 71/12 74/14
79/6 103/21 104/5 104/16
107/19 108/13 108/14 108/21
109/17 110/11 111/1 111/16
111/18 111/18 121/7 126/7
126/23 127/3 133/17 135/5
135/6
**laboratory's [1]**   41/13
**labs [8]**   47/12 47/14 48/6
48/16 50/20 51/15 104/13
117/14
**lack [1]**   45/13
**lacking [1]**   115/16
**ladies [3]**   8/12 18/23 124/24
**laid [2]**   12/17 105/10
**language [1]**   97/16
**largest [1]**   39/11
**last [11]**   4/20 8/9 19/12 20/2
29/21 31/10 49/2 64/9 103/2
122/20 135/14
**late [6]**   4/6 22/2 62/2 92/25
98/1 135/2
**later [3]**   98/18 105/12 123/13
**law [13]**   33/18 33/21 33/23
33/24 36/3 37/18 37/21 63/7
79/7 108/3 121/24 125/4 130/7
**lawyer [2]**   105/10 121/23
**lay [1]**   72/18
**layman [1]**   101/8
**lead [2]**   33/16 38/7
**leader [1]**   126/8
**leadership [2]**   24/21 24/24
**leading [2]**   43/5 109/8
**leads [1]**   103/21
**league [8]**   10/16 11/12 12/14
15/9 19/13 24/6 25/19 45/2
**leagues [2]**   8/3 44/25
**leaked [1]**   113/1
**learn [3]**   13/13 115/1 115/4
**learned [2]**   115/4 120/20
**learning [1]**   131/25
**least [3]**   10/5 19/19 51/3
**leave [1]**   130/14
**lecture [1]**   45/15
**led [1]**   36/21
**leeway [1]**   92/13
**left [8]**   14/8 54/14 84/22
97/22 100/16 100/21 100/21
111/5
**legal [1]**   115/14
**legitimate [1]**   83/16
**Length [1]**   134/18
**less [2]**   32/4 116/16
**let [38]**   6/2 16/22 18/20 22/5
24/14 29/2 39/8 41/6 45/22
50/9 51/1 51/14 55/23 56/4
56/13 57/7 58/9 59/15 59/23
61/6 66/9 68/24 71/15 78/14

83/10 93/11
107/11 108/9 110/5 112/12
114/6 119/9 121/5 128/2 135/13
**let's [13]**   34/7 36/22 37/17
39/2 41/5 49/19 80/23 91/21
94/15 95/3 98/16 108/9 132/15
**level [3]**   34/17 60/13 134/9
**levels [1]**   48/13
**liberal [1]**   32/11
**license [1]**   41/18
**life [3]**   9/2 32/4 108/16
**lifetime [1]**   42/8
**lift [1]**   9/11
**light [2]**   53/12 94/4
**like [49]**   5/2 7/1 12/8 14/15
17/8 26/23 27/3 27/17 27/19
28/9 28/12 29/1 33/22 38/19
40/4 40/21 47/2 53/4 54/1 54/2
54/6 57/5 59/9 59/24 62/19
63/2 67/23 70/10 71/17 73/14
79/8 80/14 81/4 81/8 83/10
105/3 108/24 117/4 120/12
121/2 121/14 121/20 121/20
136/1
**likelihood [1]**   82/6
**likely [2]**   108/21 111/1
**limited [1]**   17/11
**link [2]**   71/3 121/2
**linked [1]**   101/18
**lipophilic [1]**   80/13
**liquid [22]**   72/14 72/20 72/22
80/21 80/21 82/7 82/7 82/9
84/19 100/1 100/9 100/13
100/22 101/12 112/19 112/20
112/24 114/1 116/5 116/6
119/24 120/7
**Lisa [2]**   2/5 136/15 136/21
**list [4]**   13/11 13/14 13/23
13/24
**listed [1]**   45/17
**listen [3]**   18/7 25/12 120/19
**listened [3]**   18/11 25/15 25/17
**literature [3]**   43/13 81/6
81/21
**litigation [3]**   45/5 45/5 45/6
**little [9]**   33/7 33/8 81/14
88/25 97/15 100/16 100/20
128/2 130/23
**live [1]**   31/14
**lived [1]**   23/16
**liver [1]**   62/20
**living [2]**   38/20 126/6
**LLP [1]**   2/1
**local [1]**   36/3
**location [1]**   68/5
**locker [1]**   14/15
**lockers [1]**   14/17
**logical [3]**   68/25 84/4 84/12
**long [3]**   71/19 126/22 135/22
**longer [1]**   55/3
**look [18]**   22/3 26/23 33/13
36/14 55/21 64/21 68/1 68/1
80/6 85/21 88/19 93/17 94/7
94/8 97/19 99/9 102/20 112/2
**looked [14]**   26/1 27/10 46/25
55/16 89/13 89/14 90/1 111/21
111/22 112/2 113/4 113/5 113/9
134/12
**looking [10]**   38/16 38/18 64/23
68/17 69/6 75/25 95/24 114/11
121/20 134/11

**L**

Los [3]   130/12 130/15 133/19
lot [10]   4/9 7/14 15/1 28/11
 29/1 60/20 68/12 70/11 134/7
 135/24
love [1]   80/14
loved [1]   6/13
low [1]   81/19
lower [1]   82/6
ludicrous [1]   66/11
lumping [1]   26/25

**M**

M-A-R-C [1]   126/4
made [4]   24/8 58/5 71/8 122/7
main [1]   101/17
maintained [2]   74/17 74/22
major [11]   8/3 10/15 11/11
 12/14 15/8 19/13 24/6 25/19
 32/13 34/2 39/17
majority [3]   69/9 127/5 127/13
make [19]   11/15 30/11 52/16
 58/8 58/13 58/25 64/17 67/21
 70/19 82/21 86/19 96/4 107/23
 115/12 115/18 132/15 132/23
 135/15 136/1
makes [2]   77/7 105/16
makeup [4]   74/2 75/19 79/3
 80/9
making [4]   63/1 68/19 98/21
 103/5
Mall [1]   2/2
man [5]   31/12 66/11 77/15 78/3
 89/12
manage [1]   11/23
manager [3]   55/9 55/10 126/8
managers [1]   108/23
manipulated [8]   59/17 85/1
 85/6 85/23 86/9 89/21 90/20
 90/23
manipulation [5]   65/2 65/3
 83/7 84/5 85/13
manner [2]   72/23 76/25
manufacturing [2]   83/8 84/5
many [16]   4/2 31/24 37/1 39/4
 41/15 41/15 41/23 45/18 45/18
 62/10 80/13 115/4 120/9 130/11
 134/6 134/6
MARC [5]   3/7 122/14 125/18
 125/20 126/4
marks [1]   129/22
Marlins [1]   19/15
married [1]   31/20
Maryland [4]   32/24 33/4 33/10
 54/11
mass [1]   61/21
massage [20]   8/17 8/20 8/24
 9/1 9/4 9/6 9/8 9/14 9/15 9/21
 10/2 10/24 12/7 14/10 14/12
 16/8 18/9 19/23 29/2 29/13
massaged [1]   28/19
Master [1]   129/7
master's [3]   32/25 33/1 129/5
match [1]   132/23
material [2]   73/14 116/5
materials [4]   70/6 70/6 70/7
 129/23
mattanasio [1]   2/3
matter [7]   52/13 55/13 57/2
 60/9 68/1 110/21 136/17
matters [2]   93/18 97/19

may [23]   4/4 5/11 5/25 5/25
 10/6 10/8 17/18 24/7 27/18
 30/5 61/2 62/23 68/11 72/21
 76/23 76/23 76/25 92/22 105/5
 108/7 118/17 128/3 133/23
maybe [10]   4/5 22/2 69/2 73/17
 73/20 73/23 74/25 90/24 122/22
 123/20
maybes [4]   115/2 121/13 121/19
 122/1
McKinney [1]   1/21
McNamee [11]   19/22 20/4 20/4
 21/7 22/22 24/8 68/21 112/10
 116/21 119/9 120/2
McNamee's [2]   119/4 119/15
me [79]   6/2 6/17 7/25 9/2 12/9
 16/22 18/8 18/11 18/20 22/5
 24/14 25/5 26/1 28/8 29/2
 35/19 35/21 39/8 41/5 41/6
 45/22 49/14 50/9 51/1 51/6
 51/14 53/3 55/5 55/23 56/4
 56/13 57/7 59/15 59/23 61/6
 66/4 66/9 67/25 68/24 70/25
 72/9 74/6 82/20 84/2 86/21
 87/24 90/7 93/10 93/11 93/16
 94/9 94/12 94/19 95/1 95/6
 95/9 95/13 95/21 95/23 96/1
 96/9 96/13 96/25 97/5 97/9
 97/22 98/22 102/24 107/11
 108/9 110/5 112/3 112/12 119/9
 119/13 121/5 123/25 128/2
 135/13
mean [28]   6/24 7/3 8/4 14/2
 14/4 17/14 19/7 20/12 26/10
 27/19 28/2 28/10 29/11 33/7
 33/17 33/24 35/23 64/16 65/12
 68/9 70/10 71/1 71/1 85/3
 92/16 99/22 108/2 119/16
means [5]   25/5 33/18 40/1
 46/13 58/11
meant [1]   123/20
measure [2]   60/7 60/8
measurement [1]   46/18
meat [1]   17/8
mechanical [1]   2/16
mechanisms [1]   135/11
medical [17]   15/15 35/5 35/6
 37/4 37/10 37/12 37/13 37/15
 40/20 54/12 55/6 60/4 65/18
 66/5 79/7 109/21 129/18
medically [1]   81/25
medication [1]   101/21
medicine [8]   31/18 32/24 34/24
 42/17 43/14 60/6 60/9 133/19
medicines [1]   73/19
meet [1]   108/5
meeting [1]   92/24
meetings [3]   132/8 132/9
 134/16
member [6]   15/8 16/7 39/4 39/4
 132/7
members [1]   39/12
memory [4]   17/24 98/9 98/11
 112/10
men [1]   135/23
mention [1]   105/4
mentioned [3]   19/21 64/10
 133/8
mere [1]   80/16 80/17
messy [1]   108/16
met [3]   5/20 6/3 46/5

methodology [2]   9/16 81/16
 111/2 111/17
MICHAEL [1]   2/1
microscopy [1]   129/25
microtears [1]   9/13
mid [4]   22/2 35/13 42/4 42/5
mid-'90s [1]   35/13
mid-year [2]   42/4 42/5
might [13]   11/8 11/8 22/3
 35/16 36/15 45/12 81/15 85/24
 90/15 101/5 106/19 108/6
 114/21
migrate [1]   68/5
military [2]   44/14 44/16
milligrams [1]   81/15
milliliters [2]   100/21 100/22
mind [3]   25/5 67/13 110/10
minimum [1]   10/1 10/2 10/4
minute [2]   17/7 122/17
minutes [2]   82/21 116/1
misinterpretation [1]   123/24
mission [1]   48/4
misstates [3]   95/10 97/11 98/2
misstating [1]   6/18
mistaken [2]   87/25 123/11
mistakes [2]   115/9 122/6
misted [1]   100/12
misunderstand [1]   123/3
mixed [3]   67/18 77/6 77/22
mode [1]   129/19
model [1]   25/6
modified [1]   124/13
moist [1]   119/22
moisture [1]   114/3
molecular [3]   132/2 132/13
 133/1
moment [11]   52/16 61/3 67/5
 82/17 87/10 94/12 106/20
 112/15 112/16 113/15 115/24
Monahan [3]   15/18 15/22 16/3
money [1]   93/2
monies [1]   40/18
monoxide [1]   36/1
month [3]   11/14 38/4 49/6
months [3]   11/13 11/17 63/12
MONTHY [1]   1/20
more [24]   11/2 11/21 11/21
 11/25 11/25 13/4 24/14 32/4
 35/19 39/2 42/7 42/24 43/19
 53/6 62/20 75/3 77/9 77/11
 80/14 80/15 104/7 108/21 114/7
 134/13
morning [2]   46/9 135/18
Morris [1]   5/5
Morris-Kukoski [1]   5/5
mortem [1]   35/24
mortuary [1]   61/23
most [8]   42/14 43/2 46/20
 53/24 78/18 100/5 107/7 127/10
mostly [1]   6/25
mothers [1]   44/18
motion [1]   63/22
mound [1]   29/10
move [5]   8/6 30/9 77/11 80/21
 93/4
moved [6]   32/8 32/8 34/13
 34/15 105/7 113/22
movement [2]   99/23 105/18
Mr [100]   4/8 5/7 5/7 5/15 6/3
 6/9 7/13 7/21 7/21 7/25 8/1
 8/13 8/16 11/11 11/24 12/12
 13/7 13/10 13/13 15/8 16/3

## M

**Mr... [79]**   16/7 16/15 16/19 16/20 16/24 17/15 17/21 17/24 18/20 18/24 19/3 19/5 19/12 19/21 20/3 20/4 20/4 20/10 20/23 20/23 21/5 21/5 21/6 21/7 21/7 22/13 22/21 22/21 22/22 23/5 23/5 23/22 23/25 24/2 24/3 24/7 24/7 24/8 24/12 24/16 24/19 24/20 25/9 25/12 25/14 25/15 25/17 25/23 26/7 27/7 27/11 27/16 27/16 27/24 28/17 30/8 49/20 51/10 56/14 63/23 68/21 76/23 77/23 86/14 86/15 86/20 88/24 95/14 98/21 99/4 112/10 116/21 118/18 119/4 119/9 119/15 120/2 125/18 126/6

**Mr. [7]**   8/12 13/21 15/22 24/15 24/16 84/23 86/15
**Mr. Baichu [1]**   8/12
**Mr. Clemens [1]**   13/21
**Mr. Keel [1]**   86/15
**Mr. Keels' [1]**   84/23
**Mr. Monahan [1]**   15/22
**Mr. Pettitte [2]**   24/15 24/16
**Ms [2]**   112/4 112/5
**much [12]**   24/22 27/11 71/17 82/6 103/3 114/2 116/2 116/16 132/11 132/12 134/13 136/6
**multi [1]**   61/21
**multi-vehicle [1]**   61/21
**multiple [1]**   105/19
**murder [2]**   67/23 132/20
**muscle [2]**   9/12 9/16
**muscles [3]**   8/25 9/5 10/25
**mutuel [1]**   49/3
**my [83]**   5/19 8/5 20/2 21/13 21/14 27/18 28/21 28/25 31/8 32/4 33/13 35/14 35/24 38/4 38/18 38/22 38/25 40/14 40/16 41/13 41/23 42/3 42/3 42/8 42/14 42/23 43/4 45/17 45/18 46/7 46/24 50/20 51/23 55/5 55/12 55/14 57/5 57/23 58/19 60/22 61/22 71/14 79/6 79/21 82/10 82/20 90/19 91/4 91/4 91/22 92/22 93/3 93/13 93/23 97/16 98/10 99/12 100/20 101/4 101/4 101/5 104/12 104/16 109/11 109/17 109/19 111/10 112/10 114/8 114/9 114/16 116/13 116/15 120/4 120/18 120/19 123/10 123/17 124/16 126/4 127/25 130/25 135/5
**myself [3]**   41/16 50/11 50/22

## N

**name [12]**   5/4 5/19 15/18 19/21 20/18 23/6 31/7 31/8 31/10 46/7 126/3 126/4
**named [1]**   54/6
**national [5]**   20/12 41/19 44/5 45/1 115/8
**nationally [2]**   40/2 45/15
**nationwide [2]**   44/21 78/7
**nature [3]**   46/16 73/19 77/3
**NCI [2]**   102/22 102/24
**necessarily [2]**   21/13 22/14
**necessary [3]**   57/6 72/7 72/12
**need [5]**   29/14 35/5 65/25

**needed [2]**   72/24 131/1
**needle [4]**   67/11 87/19 99/2 100/7
**needles [2]**   62/22 66/17
**needs [3]**   123/11 123/12 129/17
**negative [1]**   16/2
**never [17]**   16/8 16/15 20/8 23/1 26/9 27/19 44/6 45/17 46/5 47/17 49/23 50/2 50/11 50/19 83/15 121/1 134/8
**new [13]**   6/6 6/8 14/6 15/17 16/7 19/6 20/21 24/3 32/11 32/22 129/18 134/6 134/7
**Newberry [1]**   31/15
**news [1]**   54/7
**next [7]**   30/3 30/7 35/22 105/8 108/12 122/12 135/16
**nice [1]**   136/10
**nicotine [1]**   46/22
**night [2]**   119/12 119/18
**no [121]**   1/4 5/7 5/8 6/23 10/4 11/19 13/20 13/22 16/10 16/12 16/12 16/13 16/14 16/16 18/9 19/19 20/2 21/9 22/12 22/15 22/18 22/20 22/24 23/1 24/4 24/9 24/13 27/21 29/16 29/24 30/20 30/21 32/18 35/4 41/10 41/14 48/11 48/24 49/7 49/25 50/5 50/7 50/11 50/13 50/16 50/21 51/20 52/1 52/9 52/12 52/12 52/24 53/20 55/2 55/2 55/18 55/22 56/17 58/19 61/11 62/3 62/14 65/2 68/3 68/4 68/16 69/23 76/2 77/4 79/21 82/19 87/15 87/20 88/1 88/15 91/2 91/8 91/12 91/12 91/18 97/20 101/19 102/17 104/20 105/22 106/5 109/6 109/18 109/19 110/8 110/10 111/7 111/8 111/10 111/16 111/16 111/21 111/23 112/14 113/9 113/12 113/13 114/1 114/19 114/23 115/1 115/2 117/25 121/4 121/9 121/13 121/15 121/16 121/19 121/23 122/5 122/6 122/9 122/22 123/14 125/16
**nobody [1]**   4/15
**non [1]**   102/14
**non-cross [1]**   102/14
**nonbiological [2]**   34/3 62/21
**none [3]**   24/9 76/20 93/23
**nonetheless [1]**   77/1
**not [191]**
**nothing [7]**   47/25 52/21 76/4 82/12 111/1 111/6 111/10
**notice [1]**   97/8
**November [2]**   5/21 5/22
**November 2010 [1]**   5/22
**now [55]**   5/15 16/7 27/16 32/21 33/10 34/7 35/8 35/14 36/13 36/24 37/1 37/9 39/16 40/25 41/21 42/14 45/7 45/22 46/24 48/12 50/3 54/23 55/4 73/17 75/2 77/14 81/17 82/24 83/10 85/2 87/6 89/2 93/10 93/13 93/20 94/7 95/3 95/23 96/1 96/25 97/4 97/24 99/1 99/18 101/23 102/10 104/3 104/23 112/10 118/25 122/22 131/5 133/8 134/22 135/15

**number [5]**   15/22 30/24 44/11 44/2 44/23 64/11 113/10 130/3
**numerous [2]**   12/12 59/7
**NW [2]**   1/16 2/7

## O

**o'clock [2]**   135/21 136/8
**ob [1]**   60/10
**ob-gyn [1]**   60/10
**object [1]**   7/20
**objection [22]**   5/6 5/8 7/7 7/12 29/17 29/21 43/5 92/20 98/3 100/17 102/1 103/6 103/14 104/3 118/8 119/19 120/14 120/23 120/23 121/15 121/16 123/14
**observation [3]**   25/10 25/14 67/5
**observations [5]**   17/14 91/1 91/5 102/4 102/5
**observe [1]**   26/20
**observed [1]**   91/20
**observing [1]**   91/13
**obtain [2]**   109/13 111/2
**obtained [2]**   82/11 107/17
**obvious [1]**   58/5
**obviously [12]**   17/14 48/12 51/23 65/12 66/1 68/11 71/2 71/5 72/9 73/7 74/18 105/22
**occasion [2]**   62/5
**occur [10]**   66/6 73/5 73/23 75/14 80/19 84/13 84/13 89/10 89/17 91/19
**occurred [3]**   74/9 90/25 102/5
**October [1]**   98/1
**of 2000 [1]**   13/14
**of 2001 [3]**   98/1 98/17 98/18
**of 2008 [2]**   98/1 98/19
**of 2010 [1]**   5/21
**off [18]**   11/17 11/17 13/24 14/18 22/10 22/12 22/14 41/24 44/6 82/18 82/22 95/16 96/11 97/13 98/7 106/23 117/10 119/13
**off-season [3]**   22/10 22/12 22/14
**offend [1]**   15/25
**offended [1]**   67/7
**offer [2]**   52/21 111/13
**office [8]**   1/15 14/12 54/12 55/12 129/16 130/11 130/15 131/1
**officer [2]**   28/8 108/3
**officers [1]**   37/21
**Official [1]**   2/6
**often [5]**   37/18 38/9 103/1 107/16 109/14
**oftentimes [5]**   38/4 38/18 39/1 44/14 45/12
**Oh [4]**   15/13 25/11 26/4 97/12
**oil [1]**   80/14
**okay [34]**   4/16 4/16 5/9 21/25 22/5 22/10 28/20 30/22 33/9 37/17 46/20 47/9 49/19 52/6 58/22 63/17 70/2 72/4 82/20 83/25 91/21 92/20 93/3 93/25 94/6 95/6 96/3 97/17 97/22 101/7 117/25 121/10 125/17 131/5
**old [10]**   12/21 12/22 14/16 22/4 28/4 28/22 31/12 32/1 32/2 32/2

**O**

**once [6]** 38/25 52/7 56/5 74/13 90/17 108/10

**one [103]** 4/10 15/23 16/1 16/17 16/18 24/20 25/25 27/6 30/15 36/16 37/5 37/8 37/9 37/10 37/11 37/21 47/14 48/6 48/11 48/14 49/9 49/19 54/19 55/11 61/17 61/19 61/22 62/5 64/3 64/5 64/9 64/10 64/22 65/19 66/2 66/5 67/3 67/25 69/5 69/17 72/15 73/15 73/16 73/21 74/4 75/15 75/21 79/1 80/11 80/18 80/22 80/24 81/14 83/1 84/17 85/11 86/13 86/22 87/1 88/5 88/10 89/18 91/2 91/16 93/12 94/13 94/14 94/16 94/17 94/24 95/5 96/6 96/18 96/21 97/3 97/4 97/20 99/12 99/23 100/23 101/6 102/15 103/2 103/21 104/8 104/21 105/19 107/10 107/12 107/12 108/11 111/9 113/24 115/20 116/9 121/6 124/1 126/18 130/5 131/4 133/6 133/17 133/20

**only [18]** 4/10 30/14 48/11 54/19 62/8 62/12 62/25 66/7 76/12 77/13 86/19 86/22 87/14 91/10 104/13 121/13 121/19 136/4

**open [5]** 84/18 88/10 96/24 96/24 99/25

**opened [2]** 58/1 58/3

**operate [1]** 109/1

**operation [1]** 126/23

**opine [3]** 84/21 89/15 91/6

**opinion [26]** 28/21 28/25 36/19 64/16 64/22 74/7 75/7 75/12 77/2 78/3 82/25 84/23 84/24 85/15 91/13 94/3 100/18 102/13 103/9 103/17 103/25 106/2 106/6 114/8 116/14 120/21

**opinions [4]** 90/10 111/10 127/23 128/1

**opium [1]** 44/18

**opportunity [1]** 49/25

**opposed [2]** 22/10 107/9

**optimistic [1]** 4/21

**optimum [1]** 92/11

**or 2006 [1]** 24/8

**order [11]** 27/9 58/15 58/25 62/6 64/14 74/16 74/20 74/24 83/20 92/12 116/19

**ordinary [1]** 65/6

**organelle [1]** 131/19

**organization [10]** 39/6 39/8 39/11 39/18 39/19 40/2 41/9 48/19 78/7 109/8

**organizations [2]** 39/3 39/15

**origin [1]** 59/8

**original [2]** 90/18 134/17

**originated [1]** 133/23

**other [74]** 4/10 4/14 6/19 10/18 11/3 12/14 13/1 13/2 14/19 15/25 20/24 24/25 27/23 28/19 32/4 36/18 39/15 39/17 41/17 42/17 43/8 43/14 43/15 44/8 45/5 45/12 48/6 58/7 61/12 61/17 62/13 62/19 62/23 63/2 65/16 68/2 68/6 68/22 69/2 69/18 72/11 73/1 73/18

83/12 84/9 84/17 88/6 88/11 90/24 94/24 95/5 97/21 98/23 99/2 99/2 99/3 100/13 102/15 104/6 104/13 105/6 111/9 113/10 114/16 116/10 120/4 124/19 133/13 134/25

**others [5]** 22/13 25/23 26/8 26/15 68/12

**otherwise [5]** 7/17 58/16 99/16 99/17 115/4

**ounce [1]** 100/22

**our [15]** 5/3 6/15 44/14 44/16 44/17 48/4 49/2 60/13 79/10 79/14 99/20 104/10 122/2 122/12 132/15

**out [43]** 4/12 9/23 10/21 14/2 19/16 22/22 27/3 32/8 39/10 48/5 50/11 53/18 53/22 59/9 63/9 63/19 74/24 75/11 76/9 77/9 80/4 85/22 89/20 95/18 95/25 99/12 101/9 101/20 102/13 102/14 104/23 105/10 106/1 111/19 112/19 112/20 112/24 113/1 114/8 114/11 120/3 123/21 135/1

**outrageous [1]** 7/19

**outset [2]** 7/19 93/20

**outside [6]** 14/20 15/2 21/12 43/16 74/7 108/17

**over [17]** 34/7 43/11 43/12 43/19 45/4 54/5 59/6 67/23 78/19 92/20 104/8 105/11 109/9 111/5 117/5 131/7 133/9

**over-the-counter [2]** 54/5 78/19

**overdoses [1]** 49/18

**overlooked [1]** 115/9

**overreaching [1]** 106/15

**Overruled [6]** 100/19 103/16 104/4 118/9 119/20 120/25

**overtime [1]** 93/1

**own [7]** 16/20 16/21 67/8 67/24 104/10 112/3 128/2

**P**

**p.m [5]** 1/5 5/10 63/19 92/21 136/11

**page [2]** 30/15 112/5

**paid [4]** 17/4 17/22 18/12 93/1

**paper [4]** 38/23 49/5 55/12 101/5

**papers [1]** 43/13

**Pardon [1]** 95/13

**pari [1]** 49/3

**pari-mutuel [1]** 49/3

**Park [2]** 22/20 22/23

**part [10]** 8/16 10/24 24/6 61/10 61/12 113/8 117/7 130/18 133/20 134/9

**participate [1]** 62/9

**particular [7]** 39/16 53/12 66/21 103/9 127/17 130/21 131/6

**particularly [2]** 58/4 134/23

**past [1]** 39/6

**pathogen [1]** 100/8

**pathologist [3]** 35/3 35/4 35/4

**pathologists [2]** 35/1 39/13

**pathology [8]** 31/19 32/24 33/15 33/15 34/23 34/25 35/2 35/9

**patience [1]** 61/6

**Patrol [1]** 37/24

**pay [4]** 18/14 40/20 93/2 127/20

**payments [1]** 24/8

**PCR [2]** 134/19 135/1

**pediatrician [1]** 40/4

**pediatrics [1]** 40/5

**Pedro [1]** 7/1

**peer [1]** 43/12

**peer-reviewed [1]** 43/12

**pending [1]** 91/22

**people [26]** 6/13 13/23 21/17 24/24 25/3 25/22 26/1 26/15 36/2 41/3 44/14 44/17 44/23 46/21 47/6 55/8 68/1 68/22 93/1 93/3 100/5 108/22 108/24 115/5 115/5 136/2

**per [1]** 47/2

**percent [5]** 11/8 11/9 29/11 35/14 42/15

**perfect [1]** 60/3

**perfectly [2]** 53/4 71/24

**perform [6]** 70/8 102/18 102/18 127/1 127/17 127/23

**performing [2]** 131/12 135/7

**period [8]** 19/9 43/25 69/6 131/2 131/24 132/6 135/4 135/12

**permit [5]** 83/6 83/18 92/20 118/13 136/5

**permitted [1]** 72/5

**person [25]** 4/24 6/23 15/14 17/22 38/20 38/20 53/12 54/17 65/4 65/14 68/19 71/4 72/18 73/20 73/21 73/23 77/24 79/23 81/13 86/16 98/21 99/3 107/20 107/20 121/2

**persons [1]** 37/6

**perspective [5]** 65/18 66/5 84/25 91/6 91/14

**Pettitte [13]** 7/13 7/21 7/25 8/1 20/18 20/20 20/20 20/23 21/6 22/21 24/15 24/16 27/6 21/6 22/21 24/15 24/16 27/6

**Pettitte's [3]** 22/16 22/19 22/22

**Ph.D [6]** 33/10 33/11 33/14 34/9 34/12 75/24

**pharmacologist [1]** 73/17

**pharmacology [2]** 79/20 79/23

**Pharmacy [1]** 42/17

**phase [1]** 135/16

**phone [1]** 46/7

**photograph [4]** 89/25 93/14 95/24 96/17

**photographs [4]** 90/1 90/5 90/8 90/11

**photography [1]** 133/18

**physical [2]** 9/8 11/21

**pick [3]** 81/11 135/21 136/9

**picture [2]** 95/24 105/15

**pictures [1]** 85/21

**piece [4]** 38/23 49/5 55/12 109/15

**pieces [1]** 102/20

**pills [1]** 62/22

**pitch [2]** 9/10 10/22

**pitched [1]** 29/6

**pitcher [4]** 6/25 10/21 26/24 28/4

**pitchers [12]** 8/3 24/25 25/9

**P**

pitchers... [9]   25/10 25/12 25/15 26/22 26/23 26/25 27/3 27/7 27/25
pitching [4]   8/1 25/21 25/21 26/24
place [5]   74/15 78/22 83/12 99/16 104/12
placed [10]   72/10 72/12 72/16 91/7 100/2 100/9 101/12 102/10 105/11 116/9
plans [1]   19/19
plausible [3]   75/12 75/14 75/14
play [1]   104/23
played [3]   27/21 27/22 27/22
player [6]   6/20 8/4 19/13 19/18 29/11 45/4
players [12]   6/25 11/12 11/13 12/14 26/2 26/4 26/5 26/6 26/7 28/19 45/2 45/4
playing [2]   6/24 13/25
playoffs [1]   4/14
pleading [1]   65/7
please [10]   6/17 25/5 28/21 31/7 31/10 112/3 121/10 122/18 126/2 133/12
plug [1]   98/17
plus [1]   95/5
PM [1]   1/9
point [22]   6/13 8/24 18/24 21/22 35/13 52/22 66/21 67/21 71/14 72/15 81/14 100/20 101/6 101/6 105/19 106/10 113/23 113/23 115/11 120/22 124/3 131/9
pointed [1]   95/17
poisoning [1]   46/17
poisons [7]   35/18 35/22 35/25 36/6 46/16 46/18 74/1
Poly [4]   128/18 128/18 128/23 129/10
Polymerase [1]   134/20
polymorphic [1]   134/1
polymorphism [1]   134/23
Polymorphisms [1]   134/19
Polytechnic [2]   128/17 129/4
Pomona [1]   128/17
pool [3]   18/25 19/3 21/23
porous [16]   72/11 72/21 73/2 73/21 73/22 74/4 74/4 75/13 75/15 80/24 80/25 81/2 82/3 82/4 82/5 112/18
portion [1]   100/7
position [12]   29/11 29/12 34/15 34/18 36/24 54/22 55/9 57/3 66/11 71/5 73/17 89/18
positions [2]   39/16 39/17
possession [1]   109/25
possibilities [5]   76/20 86/1 86/1 86/12 91/17
possibility [10]   65/18 72/13 99/10 99/13 103/20 117/21 118/23 119/17 120/6 124/1
possible [12]   13/24 66/19 84/10 86/2 86/5 100/9 101/23 104/20 105/1 110/25 114/4 117/4
post [1]   35/24
post-mortem [1]   35/24
potential [9]   44/15 72/20 81/7

potentially [4]   54/8 82/9 117/5 133/22
pour [2]   65/13 72/21
poured [2]   84/19 89/21
practice [2]   33/19 36/16 39/12 39/24 40/9 41/18 59/4 60/6 60/10 60/11 121/24 122/6
practices [3]   35/2 60/9 60/24
predicate [2]   68/9 92/8
predict [1]   86/19
preliminary [1]   124/16
prelude [1]   123/8
premier [1]   43/2
premiere [1]   109/7
prerequisite [1]   34/2
prescription [9]   36/1 44/1 54/5 69/15 69/16 69/16 76/3 78/19 78/25
presence [5]   21/12 21/13 21/14 80/16 80/17
present [8]   21/18 22/25 23/1 78/17 79/12 85/19 87/3 112/16
presentations [1]   132/10
presented [4]   78/1 82/24 125/13 125/14
preservation [5]   38/10 53/11 66/12 71/6 106/8
preserve [2]   74/13 74/20
preserved [9]   53/13 66/24 74/24 75/6 77/1 83/20 83/24 89/5 92/12
preserves [1]   68/21
president [10]   39/6 39/6 39/25 39/25 40/1 41/10 41/12 78/6 109/6 126/16
president-elect [1]   39/25
pressure [1]   60/7
Presumably [1]   112/20
pretty [4]   27/8 57/23 57/23 103/2
prevent [9]   82/12 104/7 104/13 105/1 107/5 107/9 107/12 108/11 112/20
prevents [1]   112/19
previous [1]   29/7
previously [4]   7/7 101/9 134/5 134/25
primarily [3]   35/24 53/25 127/14
primary [1]   42/23
Primobolan [5]   94/22 94/25 95/7 95/20 96/13
principal [1]   42/22
principles [4]   59/5 70/16 70/20 92/18
prior [1]   132/16
pristine [1]   56/7
private [8]   20/4 21/8 40/11 40/12 40/14 40/16 40/21 127/13
probability [1]   105/20
probably [5]   15/22 27/21 74/17 58/4 73/6 73/12 73/24 74/7 74/11 89/14 91/9 99/9 100/13 101/16 101/17 113/20 116/12
problematic [1]   116/13
procedures [4]   45/10 104/12 104/14 130/4
proceeding [2]   131/24 132/25
proceedings [2]   2/16 136/17

produce [4]   38/11 55/5 75/6 106/9
produced [2]   2/16 86/7
profession [5]   75/8 76/13 103/12 103/24 104/2
professional [6]   39/3 39/11 39/19 45/10 68/8 106/2
professor [6]   31/17 34/17 35/8 54/22 54/23 54/24
program [5]   40/7 49/3 61/22 130/24 131/1
programs [2]   42/17 134/15
projectiles [1]   130/2
pronounce [1]   32/15
proof [1]   124/5
properly [2]   58/1 122/4
prosecution [4]   38/7 58/5 58/10 121/2
prosecutor [1]   28/3
prosecutor's [1]   28/16
protected [1]   70/19
protocol [1]   108/5
prove [1]   111/17
proven [4]   118/22 118/23 125/7 125/11
provide [2]   8/17 81/18
provided [1]   16/8
provides [1]   82/11
province [1]   120/15
proving [1]   125/8
proximity [10]   65/16 73/22 74/5 74/10 75/16 75/22 80/12 80/25 84/16 89/18
psychiatrists [1]   39/14
psychiatry [3]   31/19 43/12 43/14
publication [2]   41/6 43/3
published [1]   43/9
pull [1]   112/4
punch [1]   35/21
pupil [1]   60/8
pure [1]   101/21
purpose [3]   52/14 52/16 64/6
purposefully [1]   90/21
purposes [8]   48/12 48/14 62/9 64/8 98/10 98/16 99/20 132/24
pus [5]   88/5 94/17 94/21 118/6 118/16
put [22]   38/7 50/11 67/12 68/23 70/9 77/15 77/20 80/25 83/10 85/13 93/11 99/6 101/24 105/5 107/19 115/5 115/11 115/24 116/20 119/11 123/7 134/16
puts [1]   68/20
putting [1]   7/16
puzzle [1]   107/19

**Q**

Q4 [1]   95/3
Q5 [3]   96/12 99/24 100/5
Q6 [1]   97/6
Q7 [7]   94/8 94/9 96/3 96/4 100/5 112/1 112/7
qualification [1]   64/8
qualifications [6]   39/2 51/8 53/5 57/18 67/4 74/8
qualified [21]   51/10 51/10 56/15 59/21 63/15 64/15 64/17

**Q**

**qualified... [14]**   65/17 65/20
66/17 67/3 73/25 74/1 74/1
75/18 77/25 78/3 89/9 93/6
108/22 108/23
**qualities [1]**   75/20
**Quantico [1]**   133/17
**quantify [1]**   44/22
**quantitative [1]**   81/18
**quantity [1]**   81/16
**quarter [5]**   37/6 37/8 37/9
37/10 37/11
**question [34]**   7/20 8/9 12/23
29/22 30/2 35/22 53/8 56/10
59/15 59/23 64/12 65/1 67/5
71/9 72/5 77/3 78/2 78/12
84/25 91/4 91/4 108/9 111/7
111/14 116/15 119/21 120/18
121/6 121/6 121/12 121/18
125/1 135/14 135/16
**questionable [1]**   59/8
**questions [18]**   5/4 5/24 24/14
28/16 29/23 53/6 62/13 64/25
78/13 82/13 82/13 82/16 82/19
92/6 93/23 117/25 119/2 121/4
**quickly [1]**   13/24
**Quincy [2]**   130/24 131/3
**quite [1]**   131/16

**R**

**racing [1]**   49/1
**raise [2]**   60/13 65/7
**range [1]**   54/7
**rarely [1]**   28/1
**rather [2]**   119/15 123/12
**reach [6]**   66/13 69/20 76/14
76/16 89/5 120/12
**reached [2]**   103/12 104/1
**reaction [2]**   99/7 134/20
**read [5]**   51/2 51/5 53/1 119/4
131/15
**readily [2]**   80/15 82/11
**reading [1]**   116/21
**ready [2]**   10/10 10/13
**real [1]**   9/2
**reality [1]**   71/1
**really [8]**   19/8 27/24 74/12
77/25 81/18 85/4 104/17 104/23
**reason [4]**   25/17 38/24 52/12
127/20
**reasonable [15]**   89/6 120/13
120/18 121/25 122/2 123/6
123/16 123/18 124/2 124/6
124/6 124/10 124/16 125/8
125/12
**reasonably [1]**   84/1
**rebuilding [1]**   135/5
**rebut [1]**   84/22
**recall [12]**   5/21 13/12 13/15
13/16 13/16 19/10 28/5 64/9
88/18 116/21 119/1 119/9
**receive [5]**   62/15 62/21 79/15
107/7 107/15
**received [15]**   33/10 38/22
41/21 41/23 41/24 42/5 42/7
52/3 52/5 52/7 55/14 55/14
75/5 129/3 133/8
**receiving [2]**   34/12 44/4
**recent [1]**   56/1
**recently [1]**   42/7
**recess [3]**   72/2 72/3 135/20

**Recognition [1]**   4/8
**recognizing [1]**   42/8
**recollect [1]**   87/15
**recommendations [1]**   18/10
**record [15]**   7/5 30/6 77/14
82/18 82/22 95/16 97/11 97/13
98/2 98/7 106/23 117/10 121/11
122/19 136/16
**recorded [1]**   2/16
**recover [8]**   9/5 9/16 10/25
12/2 13/5 29/4 29/15 61/23
**recovered [2]**   87/17 87/18
**recovering [1]**   61/24
**recovery [6]**   10/3 10/7 10/18
12/7 28/7 29/7
**RECROSS [1]**   3/3
**recuperate [1]**   8/25
**Red [1]**   18/3
**REDIRECT [5]**   3/3 27/13 27/14
118/2 118/3
**reduced [3]**   114/2 116/2 116/4
**refer [3]**   62/21 80/7 129/20
**reference [18]**   64/20 68/8
71/10 72/4 72/9 72/25 73/1
73/3 75/1 78/8 78/15 79/3
81/22 81/22 86/17 88/18 122/21
125/6
**referring [1]**   56/25
**refresh [1]**   112/10
**refuse [2]**   57/12 57/21
**refute [1]**   77/25
**regard [6]**   15/20 15/24 23/25
47/10 125/5 132/11
**regarded [1]**   18/4
**regarding [6]**   36/19 37/20 55/7
85/15 92/19 125/4
**regardless [2]**   70/21 107/23
**regards [3]**   40/7 106/15 121/23
**REGGIE [1]**   1/10
**Registry [1]**   41/20
**regular [2]**   23/22 61/10
**regularly [3]**   69/9 69/15 76/3
**reject [1]**   108/8
**rejected [1]**   108/7
**relate [3]**   51/8 73/13 133/14
**related [5]**   43/14 45/13 46/13
74/11 129/23
**relates [2]**   73/2 92/9
**relating [1]**   43/13
**relationship [2]**   24/15 26/21
**release [1]**   100/10
**released [1]**   101/11
**relevancy [1]**   103/6
**relevant [4]**   7/6 51/12 64/11
92/4
**reliability [10]**   38/14 38/17
59/6 61/1 68/18 70/23 71/16
105/18 106/3 114/11
**reliable [17]**   34/5 38/11 40/10
58/14 66/14 66/22 68/2 69/20
71/12 75/7 76/15 94/3 103/11
103/25 105/16 106/9 122/3
**reliably [2]**   53/12 120/21
**relied [2]**   77/2 107/22
**relief [1]**   11/6
**rely [7]**   71/3 71/7 71/22 76/14
76/18 106/2 108/24
**remember [6]**   19/14 64/5 69/5
81/15 94/14 114/25
**remind [1]**   124/17
**remodeling [1]**   135/5
**remove [1]**   107/21

**rem: [23]**   109/25 111/3
**render [2]**   94/3 127/23
**rendered [1]**   64/22
**rendering [1]**   125/3
**Repeats [1]**   134/24
**report [2]**   38/7 55/12
**reporter [4]**   2/5 2/6 31/9
126/2
**reports [5]**   30/10 30/10 30/14
53/1 55/6
**reps [1]**   45/4
**request [3]**   91/23 93/13 109/17
**required [2]**   37/13 135/5
**requirement [1]**   49/7
**requirements [1]**   108/6
**research [12]**   42/3 42/4 47/20
51/19 129/17 131/17 131/20
132/17 133/1 134/7 135/7 135/9
**reservation [1]**   8/5
**residence [1]**   105/8
**residency [1]**   60/5
**residual [1]**   111/5
**residue [3]**   63/11 82/8 97/21
100/21 100/22 101/3 101/4
101/5 130/3 130/4
**residues [1]**   62/22
**respect [6]**   16/3 16/25 18/6
66/10 76/2 119/16
**respectfully [1]**   75/3
**respond [1]**   106/12
**response [3]**   29/24 122/9
124/25
**rest [2]**   4/6 12/8
**restrict [1]**   78/1
**Restriction [1]**   134/18
**result [8]**   38/11 66/20 66/20
77/7 83/12 86/8 90/20 106/9
**results [12]**   36/19 36/19 51/21
70/19 71/7 71/12 71/13 81/19
85/23 93/17 104/25 108/24
**resume [1]**   5/12
**resumed [1]**   78/11
**retire [1]**   19/8
**retired [4]**   19/5 19/7 21/6
47/24
**retirement [1]**   20/11
**returned [1]**   32/22
**returning [1]**   19/18
**review [5]**   55/4 90/7 90/11
93/17 119/7
**reviewed [3]**   43/12 47/17 93/13
**reviewing [1]**   51/11
**reviews [1]**   55/12
**RFLP [2]**   134/18 135/3
**rhardin [1]**   1/23
**Rice [1]**   4/14
**right [62]**   6/4 8/7 9/14 10/13
10/22 15/12 15/18 16/11 16/17
17/16 17/19 17/20 17/23 19/20
20/24 21/1 24/5 31/20 34/7
34/25 35/14 36/5 36/13 36/22
41/5 41/13 48/11 49/17 50/3
53/2 55/13 60/3 60/22 61/15
68/10 76/11 77/14 77/24 93/21
93/23 94/7 94/9 96/6 97/25 96/12
96/4 97/4 97/15 99/14 99/18
99/20 108/14 110/5 113/4
116/19 117/8 118/20 118/25
124/22 126/12 132/25 134/21
135/13
**rigorous [1]**   115/6
**rigors [2]**   11/21 11/21

**R**

**risk [2]**   100/7 107/8
**Rock [2]**   21/10 22/3
**Rocket [1]**   27/9
**ROGER [3]**   1/6 29/14 118/7
**ROHAN [3]**   3/5 17/19 17/21
**role [4]**   24/21 53/20 57/1 57/4
**room [9]**   2/6 14/15 14/16 14/18
14/18 14/20 14/25 15/5 15/6
**roughly [1]**   40/8
**routes [1]**   46/25
**RPR [3]**   2/5 136/15 136/21
**rudimentary [1]**   60/12
**rule [8]**   63/21 89/20 99/12
101/20 102/13 102/18 111/19
114/11
**ruled [1]**   114/8
**ruling [2]**   29/19 82/21
**run [7]**   104/17 104/17 108/3
111/18 111/23 111/24 113/10
**running [2]**   42/15 108/22
**runs [1]**   107/8
**rush [1]**   136/6
**RUSSELL [1]**   1/20
**Rusty [1]**   1/21
**rustyhardin.com [2]**   1/23 1/24

**S**

**S-C-O-T-T [1]**   126/4
**said [43]**   5/8 8/19 10/4 15/5
20/10 21/22 23/5 24/20 27/2
28/9 50/6 50/7 51/10 55/18
55/24 56/14 56/16 56/18 57/5
61/7 64/3 64/9 68/22 69/11
73/8 83/23 84/3 88/20 89/11
92/18 97/6 103/19 109/10
111/16 116/18 122/21 122/22
123/5 123/24 124/24 125/2
125/5 126/12
**SALESKI [1]**   1/14
**salts [1]**   54/6
**same [25]**   7/1 7/7 48/9 54/13
56/24 59/24 60/11 69/13 69/25
70/13 72/17 76/2 81/21 86/4
86/20 88/6 95/4 95/8 95/20
96/21 103/4 105/6 119/12
120/23 134/4
**sample [5]**   67/13 104/21 104/22
111/2 132/24
**samples [5]**   46/19 53/25 55/4
68/22 86/3
**San [2]**   2/2 128/6
**Santa [2]**   128/16 128/16
**saw [5]**   16/15 29/13 88/20
90/15 132/10
**say [98]**   6/25 9/10 10/2 11/2
11/10 11/14 15/24 15/25 16/2
16/5 16/6 16/19 17/3 17/4 17/6
17/15 18/1 21/17 22/2 22/10
24/3 24/18 25/20 25/20 26/9
26/20 26/22 27/8 27/10 28/20
28/22 32/17 33/3 33/16 33/23
35/22 36/5 36/13 49/13 56/17
59/24 59/25 62/15 66/11 66/23
68/3 68/9 68/14 69/22 69/23
71/5 71/10 71/21 73/20 74/2
74/8 75/20 76/4 76/24 77/4
79/18 81/21 82/2 82/8 83/9
83/9 83/23 84/8 84/11 85/5
88/23 89/9 89/16 89/18 89/19
90/16 91/1 91/8 91/16 91/18

101/19 101/19 102/3 107/3
111/21 112/1 113/6 114/14
121/12 121/19 123/25 124/13
132/16
**saying [16]**   30/16 57/16 58/13
59/24 67/15 70/10 84/7 87/9
89/11 90/22 90/24 101/8 115/15
117/16 117/22 125/2
**says [10]**   63/24 64/25 67/25
70/15 70/20 74/18 76/11 77/17
77/20 127/16
**scenario [1]**   104/24
**scene [6]**   61/24 62/6 62/11
62/23 74/19 74/19
**scenes [2]**   62/3 62/3
**schedule [1]**   4/6
**scheduled [1]**   39/16
**school [13]**   4/13 9/2 32/7 32/9
32/21 32/22 32/23 32/24 36/11
60/5 128/9 128/13 128/19
**science [34]**   33/19 33/20 33/25
34/25 39/12 39/13 49/10 49/11
51/22 59/5 60/1 60/12 60/16
60/19 60/24 70/16 76/13 103/25
106/7 108/25 109/1 115/7 122/5
127/2 128/21 128/22 129/8
129/17 131/10 131/14 131/22
132/5 132/13 133/2
**sciences [5]**   39/5 39/9 42/1
42/10 127/5
**scientific [15]**   43/13 49/18
52/22 61/25 66/25 79/11 82/1
84/25 90/25 91/6 91/14 99/10
122/23 125/3 134/16
**scientifically [3]**   75/14 89/6
132/23
**scientist [17]**   59/3 59/24
64/17 66/18 70/10 76/18 83/16
92/10 92/14 92/17 109/4 109/6
121/22 121/24 123/19 126/7
132/22
**scientists [4]**   109/7 123/7
124/9 132/7
**scope [1]**   51/23
**SCOTT [5]**   3/7 122/14 125/18
125/20 126/4
**scratch [1]**   35/12
**screen [1]**   112/3
**se [1]**   47/2
**seal [1]**   108/7
**sealed [3]**   113/2 113/3 113/17
**season [12]**   11/20 19/10 19/12
19/22 20/9 21/6 22/6 22/7 22/8
22/10 22/12 22/14
**seated [2]**   5/11 92/22
**second [5]**   4/4 70/13 81/9
84/11 128/19
**second-hand [1]**   81/9
**Secondly [1]**   28/3
**section [1]**   41/25
**sector [3]**   40/11 40/12 40/14
**security [1]**   108/7
**see [26]**   26/25 29/14 51/11
58/19 63/14 69/11 69/17 73/12
79/16 81/19 86/20 91/9 93/11
94/10 94/10 96/3 96/4 96/12
96/23 97/6 97/6 105/3 108/1
112/7 112/9 113/19
**seeing [2]**   19/15 89/12
**seek [2]**   71/3 73/8
**seeking [5]**   73/10 75/11 77/7

**seem [1]**   29/3
**seems [3]**   72/9 74/6 84/2
**seen [5]**   27/19 59/6 103/2
105/15 121/1
**select [1]**   47/12
**send [4]**   48/5 48/6 69/12 115/5
**sensitive [1]**   81/17
**sensitivity [1]**   134/10
**sent [2]**   79/13 119/7
**separate [3]**   70/1 104/9 107/21
**sequence [1]**   105/14
**series [6]**   19/14 20/14 132/2
133/15 133/24 134/15
**serious [1]**   58/4
**serological [5]**   130/8 130/9
131/11 134/5 134/13
**serologist [2]**   60/23 104/6
**serology [2]**   133/24 134/9
**service [3]**   40/18 40/20 40/21
**services [2]**   15/15 127/20
**SESSION [1]**   1/9
**setting [1]**   38/18
**seven [1]**   105/8
**several [6]**   13/14 38/3 76/20
93/16 116/6 133/15
**shape [2]**   28/13 57/10
**shared [1]**   18/23
**shooting [1]**   63/7
**short [3]**   63/17 72/1 134/23
**shot [3]**   63/8 67/25 119/12
**should [17]**   7/19 57/10 57/10
61/18 65/5 71/10 72/5 72/16
74/22 74/23 75/11 77/1 77/4
77/20 78/7 83/19 92/11
**show [7]**   52/22 71/4 89/2
102/22 103/5 113/13 131/3
**shown [5]**   59/7 81/10 110/16
110/17 110/20
**shows [1]**   81/7
**side [4]**   5/6 14/19 45/12
114/16
**SIDEBAR [8]**   7/5 8/8 30/6 30/23
121/11 121/17 122/19 124/23
**sides [1]**   120/20
**sign [1]**   55/6
**signatures [1]**   49/5
**signed [1]**   19/8
**significance [1]**   109/21
**signs [1]**   55/11
**similar [2]**   60/23 69/2
**simple [1]**   111/7
**simply [8]**   64/13 80/16 81/10
81/24 101/2 114/8 114/11
116/11
**since [8]**   34/14 36/9 52/15
54/21 54/21 55/1 126/24 135/25
**single [4]**   16/17 16/18 17/7
38/12
**sir [134]**   5/16 5/17 5/18 5/23
6/1 6/5 6/7 6/11 6/15 8/15
8/18 8/21 8/23 9/1 9/3 9/9
9/18 10/10 10/12 10/14 10/17
10/20 10/23 11/1 11/10 11/15
11/19 11/23 12/4 12/10 12/13
12/16 12/23 13/1 13/3 13/6
13/9 13/12 13/17 13/20 13/22
14/8 14/11 14/13 14/22 14/24
15/4 15/7 15/11 15/13 15/16
15/17 15/19 15/21 16/6 16/10
16/12 16/14 16/16 16/18 17/13
17/17 17/20 17/23 17/23 18/3

**sir...** **[68]** 18/11 18/13 18/15 18/19 19/1 19/4 19/17 19/20 20/2 20/6 20/8 20/12 20/16 20/19 20/22 20/25 21/2 21/4 21/9 21/16 21/19 21/24 22/9 22/12 22/15 22/18 22/20 22/24 23/2 23/4 23/8 23/11 23/15 23/17 23/19 23/21 23/24 24/1 24/4 24/9 24/13 25/2 25/4 25/8 25/11 25/13 25/16 27/12 28/6 29/5 29/9 29/16 29/25 30/2 33/5 36/8 46/15 76/2 76/8 83/21 84/7 85/14 88/22 88/22 90/7 125/25 127/24 128/23

**sit** **[4]** 5/3 92/25 92/25 136/4

**site** **[1]** 88/24

**sitting** **[1]** 113/21

**situation** **[4]** 68/21 114/2 116/1 127/19

**six** **[3]** 75/2 110/1 113/21

**slavery** **[1]** 93/3

**slightly** **[1]** 18/20

**sloppy** **[1]** 97/16

**small** **[3]** 32/11 67/13 85/12

**smile** **[1]** 15/12

**smoking** **[1]** 81/8

**so** **[145]**

**soda** **[1]** 100/15

**solvent** **[3]** 104/18 104/19 104/19

**some** **[48]** 5/24 9/11 9/23 9/23 9/24 9/25 11/6 18/24 18/24 19/3 25/22 26/2 26/15 28/11 39/2 42/19 42/20 42/20 43/15 44/17 45/1 45/9 50/21 51/3 63/2 63/18 68/11 69/18 77/9 78/13 79/10 85/2 89/11 99/2 99/2 100/10 104/6 113/6 119/7 122/20 124/12 127/17 131/16 132/13 133/8 135/5 135/11 135/23

**somebody** **[12]** 8/2 9/10 11/6 59/25 65/13 69/8 69/12 77/20 79/19 85/23 99/3 120/11

**somebody's** **[2]** 69/7 105/7

**somehow** **[1]** 69/24

**someone** **[7]** 36/20 54/8 60/4 71/5 79/21 79/22 112/3

**something** **[14]** 9/7 26/11 28/9 58/24 59/11 65/13 65/13 68/16 75/11 79/13 84/20 85/2 124/25 136/6

**sometime** **[1]** 4/6

**sometimes** **[14]** 7/2 9/21 11/2 11/8 11/8 11/14 14/24 17/8 27/4 79/15 104/9 126/14 128/18 129/23

**somewhat** **[1]** 40/21

**somewhere** **[4]** 38/12 97/25 110/18 128/7

**son** **[1]** 32/2

**Soon** **[1]** 50/2

**sooner** **[1]** 123/12

**sorry** **[5]** 18/2 20/13 29/19 57/18 129/13

**sort** **[1]** 54/13

**sorts** **[1]** 45/6

**sounds** **[2]** 53/3 68/25

**source** **[19]** 38/19 66/13 66/21 67/3 67/22 69/21 69/25 77/17

103/13 104/2 106/4 120/13 120/22

**sources** **[1]** 116/6

**Southern** **[3]** 126/10 128/8 128/9

**Sox** **[1]** 18/3

**speak** **[9]** 5/20 30/12 56/23 82/20 113/19 121/22 121/23 125/1 135/23

**speaking** **[2]** 27/24 57/25

**specialized** **[1]** 133/9

**specialty** **[2]** 60/5 129/1

**specific** **[6]** 9/13 60/18 73/7 120/22 132/4 133/14

**specificity** **[1]** 134/9

**specified** **[1]** 52/15

**specify** **[1]** 63/24

**specimen** **[3]** 45/14 104/8 104/18

**specimens** **[5]** 55/3 55/14 62/15 62/16 63/1

**speculate** **[2]** 114/9 116/11

**speculating** **[2]** 90/24 91/15

**speculation** **[5]** 64/24 102/1 113/7 113/12 119/15

**speculative** **[2]** 113/16 114/7

**spelling** **[1]** 31/9

**spend** **[1]** 35/14

**spending** **[1]** 19/2

**spent** **[4]** 13/10 13/13 15/1 18/24

**spilled** **[3]** 101/9 101/11 113/1

**spoke** **[2]** 5/22 18/14

**spoken** **[1]** 21/14

**sports** **[1]** 45/10

**spot** **[1]** 67/9

**Springs** **[1]** 39/10

**stable** **[1]** 134/13

**stadium** **[1]** 14/16

**staff** **[3]** 24/6 54/20 57/23

**stage** **[1]** 29/7

**stain** **[1]** 121/8

**stand** **[5]** 5/12 63/20 77/15 78/11 88/23

**standard** **[20]** 6/20 57/9 60/6 108/5 121/25 122/22 122/24 122/25 123/1 123/4 123/6 123/15 123/18 124/2 124/5 124/9 124/9 124/11 125/2 125/6 124/9 124/9 124/11 125/2 125/6

**standards** **[13]** 48/19 57/22 57/23 57/24 76/12 76/13 103/12 103/24 104/1 106/6 107/4 115/6 115/8

**standpoint** **[2]** 76/18 76/18

**stands** **[1]** 134/18

**start** **[3]** 19/2 58/17 68/18

**started** **[6]** 6/2 36/12 36/24 54/23 131/24 135/7

**starting** **[6]** 26/22 26/23 26/25 27/3 41/24 129/5

**state** **[32]** 24/2 31/7 36/3 37/4 37/4 37/6 37/10 37/12 37/13 38/3 40/15 40/16 40/17 40/17 40/18 40/19 40/22 40/23 41/18 44/8 44/10 46/24 49/3 55/6 77/14 77/18 79/6 98/19 116/12 126/3 128/17 133/19

**state's** **[1]** 61/22

**stated** **[1]** 75/4

**statement** **[4]** 107/3 113/6 114/16 115/21

**statements** **[5]** 89/23 89/24 99/4 1/10 109/8 127/4

**statistics** **[1]** 132/2

**stay** **[1]** 33/7

**stayed** **[1]** 34/13

**stays** **[2]** 97/24 98/19

**stenography** **[1]** 2/16

**step** **[1]** 49/19

**steps** **[1]** 107/11

**steroid** **[11]** 48/1 68/17 69/11 79/9 79/17 80/17 88/7 88/10 88/12 97/8 97/17

**steroids** **[74]** 47/10 47/10 48/1 48/5 49/12 50/10 50/11 50/14 55/17 65/22 66/3 66/4 66/16 68/5 69/1 69/15 69/24 70/7 72/15 73/11 73/14 73/14 73/18 74/2 74/3 74/3 75/19 75/20 75/21 76/5 77/12 78/21 78/22 78/24 79/3 79/4 79/8 79/12 80/3 80/13 80/24 81/22 81/24 82/2 83/1 86/4 87/11 87/12 87/16 87/16 87/18 87/19 87/22 88/2 88/3 88/4 90/12 92/7 92/9 94/22 94/25 95/4 95/5 95/19 96/6 96/18 96/21 100/5 103/13 103/17 104/2 106/4 118/6 118/17

**Steve** **[1]** 5/19

**STEVEN** **[1]** 1/13

**steven.durham** **[1]** 1/17

**sticky** **[1]** 80/14

**still** **[6]** 4/5 42/4 44/1 79/15 107/25 110/17

**stomach** **[1]** 62/20

**stop** **[2]** 39/8 135/13

**storage** **[2]** 76/16 105/3

**stored** **[8]** 77/21 82/11 86/11 94/5 98/21 103/10 105/13 118/21

**stores** **[1]** 97/5

**story** **[3]** 102/9 108/18 109/14

**Street** **[2]** 1/16 1/21

**strength** **[7]** 15/10 20/4 21/8 23/9 23/11 23/12 27/5

**Strike** **[1]** 120/18

**strong** **[1]** 6/22

**STRs** **[1]** 134/24

**structure** **[7]** 73/15 80/3 80/5 80/5 80/8 80/8 131/20

**student** **[1]** 54/14

**students** **[1]** 42/16

**studied** **[1]** 120/19

**studies** **[2]** 79/2 81/24

**study** **[14]** 35/1 35/18 35/22 35/25 36/6 36/10 36/14 44/11 44/15 44/21 46/16 69/14 129/6 133/5

**studying** **[1]** 69/6

**stuff** **[2]** 17/8 85/22

**stuffed** **[1]** 81/12

**subject** **[1]** 4/15

**submission** **[2]** 79/15 109/16

**submissions** **[2]** 79/6 79/10

**submit** **[1]** 108/20

**subpart** **[1]** 60/16

**subsequently** **[1]** 83/5

**subspecialty** **[3]** 92/17 104/7 109/11

**substance** **[32]** 65/10 65/10 65/19 65/19 66/5 66/15 69/11 69/17 72/22 73/16 73/21 74/4

**S**

**substance...** [20]   74/5 75/13 77/3 79/8 80/9 80/24 81/1 81/4 81/14 83/2 83/2 83/3 83/4 83/4 83/11 83/12 89/13 89/19 107/12 118/16
**substances** [26]   47/7 50/14 55/16 63/3 63/4 63/15 65/17 66/7 67/18 67/18 68/8 68/11 72/15 73/3 73/7 76/1 78/15 78/16 78/18 80/15 80/16 82/25 87/3 107/10 108/11 113/24
**success** [1]   25/19
**successful** [3]   11/2 11/4 11/5
**such** [8]   59/25 63/14 66/19 71/6 76/17 84/25 115/6 131/6
**sufficient** [3]   64/18 75/7 92/7
**sufficiently** [2]   58/14 76/15
**suggesting** [7]   7/8 7/10 7/16 7/18 70/17 84/4 84/13
**Suite** [1]   1/22
**summary** [2]   117/3 117/6
**Sunshine** [1]   41/25
**supposed** [2]   19/7 92/24
**sure** [15]   21/21 26/17 26/18 30/12 52/17 65/13 70/19 80/13 87/4 96/4 112/11 113/20 128/4 132/15 135/15
**surface** [1]   81/4
**surprise** [1]   13/13
**sustain** [2]   29/21 59/18
**sustained** [6]   7/6 7/12 43/6 56/11 103/7 120/16
**Sustanon** [3]   95/6 95/7 95/19
**swipe** [2]   88/21 101/4
**sworn** [2]   31/3 125/21
**syringe** [22]   72/10 72/16 72/21 82/7 88/2 88/11 89/25 95/4 95/6 95/18 95/19 96/7 96/16 96/20 99/11 100/4 100/6 100/9 100/11 101/12 101/14 116/7
**syringes** [6]   62/22 67/19 110/20 110/25 111/2 111/3
**system** [5]   28/15 133/25 134/23 135/1 135/3
**systems** [3]   129/2 134/1 134/25

**T**

**T-A-Y-L-O-R** [1]   126/5
**table** [2]   105/10 111/19
**tablet** [1]   47/3
**TAI** [1]   126/14
**take** [18]   11/17 24/21 32/19 39/16 49/4 49/19 61/1 63/17 64/21 67/12 69/10 71/25 74/15 80/23 89/3 89/24 107/11 109/21
**taken** [5]   99/16 105/9 105/9 120/2 135/14
**takes** [3]   29/10 81/13 83/12
**taking** [4]   28/4 77/10 131/10 135/8
**talent** [2]   28/11 28/13
**talk** [12]   25/9 36/22 38/17 49/17 49/18 60/25 67/16 67/20 70/11 85/9 94/1 128/2
**talked** [7]   4/25 24/19 46/7 49/14 54/3 66/8 110/2
**talking** [15]   49/10 49/13 62/17 65/9 65/12 65/15 68/15 70/21 73/7 83/17 85/7 87/21 93/21 95/15 124/8

**tabored** [1]   1/18
**tampered** [1]   59/8
**Tandem** [1]   134/24
**taught** [2]   9/1 60/7
**TAYLOR** [10]   3/7 30/9 86/16 86/20 112/5 122/14 125/18 125/20 126/5 126/6
**teach** [4]   42/11 42/13 42/14 42/16
**team** [7]   6/13 6/16 6/21 11/15 15/9 26/23 61/23
**teams** [2]   6/19 11/16
**tear** [1]   9/11
**tear-down** [1]   9/11
**technical** [13]   104/7 126/8 126/8 126/18 126/12 126/22 126/25 127/2 127/8 130/18 130/24 131/1 131/5
**technically** [2]   33/13 40/14
**technique** [1]   111/16
**techniques** [5]   110/12 129/18 129/20 132/4 135/12
**technology** [4]   131/14 131/24 132/1 132/14
**television** [2]   103/5 130/24
**tell** [15]   17/18 20/6 20/17 21/10 29/10 35/16 37/17 41/5 61/18 65/5 96/25 107/19 113/12 115/25 124/17
**tend** [1]   80/14
**term** [3]   33/18 104/7 115/15
**terms** [31]   33/19 36/15 44/6 49/15 52/20 52/20 53/2 53/17 55/23 56/4 56/13 57/7 57/11 61/7 65/1 86/14 86/14 94/2 101/8 103/10 105/12 106/7 107/5 110/5 111/12 113/16 113/24 115/23 116/15 124/13 132/15
**test** [31]   36/17 38/14 45/13 54/3 54/5 54/7 57/8 57/12 57/14 57/21 58/7 58/15 63/14 69/17 70/6 71/15 78/16 78/19 79/7 102/17 108/3 109/19 109/20 110/15 111/19 111/21 111/22 111/23 113/9 113/13 121/7
**tested** [4]   52/17 94/17 110/25 111/12
**testified** [7]   31/4 55/19 63/11 85/11 119/11 120/20 125/22
**testify** [23]   53/9 64/15 65/17 65/25 66/1 66/15 67/6 67/10 67/11 72/5 72/13 73/8 73/10 74/1 74/21 82/24 83/15 83/16 83/19 85/19 86/2 92/8 92/13
**testifying** [2]   50/9 113/7
**testimony** [23]   5/2 58/15 58/20 72/6 72/19 72/24 74/14 82/23 83/4 84/16 84/23 90/3 92/7 116/21 117/3 117/6 117/20 119/4 119/16 124/25 125/4 125/13 132/16
**testing** [31]   37/5 48/2 49/1 50/14 52/10 52/22 52/25 53/5 58/9 64/12 64/19 78/17 89/4 93/18 107/25 110/6 110/10 110/23 111/5 111/14 127/3 127/25 130/8 130/9 131/11 131/12 133/5 134/5 134/13 134/21 135/4
**testosterone** [1]   79/9

**textbook** [3]   80/17 108/23
**textbook** [2]   80/6 80/7
**textbooks** [1]   43/11
**than** [27]   4/14 11/2 12/21 25/23 26/15 27/9 42/24 43/19 60/20 61/12 61/17 68/5 68/12 68/16 68/16 80/15 82/6 82/7 90/24 99/4 108/21 114/8 119/15 123/9 123/12 133/13 134/12
**thank** [24]   4/23 21/19 21/20 25/1 27/11 29/25 30/1 33/8 46/2 53/14 61/6 83/14 91/25 94/16 97/15 97/15 98/14 106/22 106/24 117/11 121/4 122/10 122/11 122/17
**that** [908]
**that's** [138]
**the 2003** [3]   19/9 19/22 21/6
**their** [26]   12/17 25/6 37/25 44/19 45/3 47/17 47/18 67/8 67/9 67/10 73/4 76/5 77/19 81/12 81/12 81/12 81/13 81/13 81/13 81/18 98/10 103/3 111/2 118/15 125/7 125/8
**them** [27]   5/22 11/6 28/14 30/16 36/15 38/4 45/12 45/17 47/18 51/3 55/7 67/19 82/14 88/4 88/6 88/19 88/20 94/10 94/16 96/17 100/24 124/11 124/15 124/17 124/17 124/17 130/2 130/6
**them,and** [1]   93/2
**themselves** [3]   27/1 27/2 48/13
**then** [45]   34/13 38/5 38/21 39/15 40/6 42/7 43/8 56/6 59/23 60/5 63/18 66/1 66/3 66/4 67/24 68/1 68/20 68/22 68/23 68/23 71/15 75/20 77/4 84/22 88/8 88/22 93/12 97/19 101/5 105/7 105/8 105/9 105/10 105/10 108/6 116/3 123/25 127/20 131/24 132/2 134/2 134/5 134/6 134/19 134/23
**theories** [2]   83/25 90/4
**theory** [5]   37/22 72/23 77/16 84/9 118/22
**therapist** [5]   10/24 14/10 14/12 16/8 19/23
**therapy** [3]   8/17 29/2 29/14
**there** [109]   4/10 9/23 9/25 14/20 14/23 15/9 17/19 17/21 19/9 21/22 24/5 24/23 25/22 26/2 33/8 34/14 34/21 39/8 39/15 41/14 43/25 45/20 49/24 52/6 53/22 56/5 62/20 65/18 67/10 67/11 67/12 68/3 68/4 68/15 69/23 69/25 70/15 72/13 72/19 72/20 72/24 76/4 76/20 77/15 79/5 81/1 81/23 82/12 83/7 83/11 84/5 85/13 87/5 87/16 87/22 89/15 89/19 89/20 90/12 90/25 91/3 91/7 91/14 91/20 92/18 94/10 94/12 96/20 97/20 97/21 100/1 101/12 101/21 100/14 102/14 104/13 105/5 105/22 111/4 111/15 111/19 112/7 112/11 112/13 113/13 113/18 114/3 114/9 114/9 115/1 115/19 115/20 115/20 117/7 121/13 121/19 122/1 122/22 123/7 128/7 129/20 130/8 131/6 131/9

**T**

**there... [5]** 132/16 133/18 134/15 134/25 135/13
**there's [40]** 4/15 5/6 35/1 36/16 37/20 39/4 39/18 41/10 47/12 48/11 49/7 49/25 52/12 58/4 58/19 59/5 69/23 80/21 81/6 82/12 88/9 99/10 100/9 100/10 100/15 101/19 102/7 102/17 103/19 107/4 109/18 111/16 111/21 111/23 113/9 114/1 115/2 120/7 122/5 123/23
**therefore [4]** 71/22 72/22 74/23 85/12
**Thereupon [2]** 31/1 125/19
**these [45]** 30/7 30/10 30/11 37/9 48/6 52/25 64/13 66/16 66/17 67/3 70/5 70/6 70/7 70/8 74/9 76/3 83/10 83/25 84/15 85/5 85/23 86/2 89/3 89/5 89/7 89/17 90/3 93/1 93/18 94/3 96/15 96/22 97/19 98/20 98/22 101/23 102/20 106/16 111/12 111/22 115/9 117/14 117/14 119/11 134/15
**they [94]** 5/24 7/16 9/4 9/10 9/11 11/15 13/24 21/1 21/14 24/18 25/6 25/17 25/18 25/21 26/22 27/1 27/1 27/3 27/3 28/4 28/12 28/12 28/12 28/14 29/10 29/11 30/17 30/18 37/23 38/24 40/7 40/20 45/17 47/1 47/2 47/3 58/9 63/14 66/16 67/9 67/10 67/19 67/20 68/1 69/7 69/8 69/9 69/10 69/10 69/12 69/14 74/5 75/15 77/15 78/17 79/24 80/14 80/14 81/17 81/19 84/17 86/6 86/9 86/10 86/11 86/15 86/19 87/3 88/6 89/15 96/1 101/24 102/6 108/7 108/19 110/18 110/18 113/25 115/24 116/9 116/12 119/23 122/24 122/25 123/4 123/15 124/9 124/10 124/21 130/6 131/1 131/22 132/9 132/9
**they're [4]** 8/4 75/22 77/25 97/20
**they've [1]** 111/3
**thing [10]** 7/18 54/4 70/14 76/3 77/13 81/21 87/1 105/6 124/19 135/17
**things [23]** 12/8 13/1 13/2 24/20 38/16 46/21 46/23 54/3 58/2 64/3 64/24 67/19 67/21 68/2 70/11 84/10 86/13 89/7 93/16 119/7 120/4 133/21 134/7
**think [77]** 4/5 4/9 5/7 5/7 5/23 6/2 6/3 6/8 8/12 8/19 11/4 11/5 12/6 12/6 18/23 20/9 21/22 23/5 24/15 24/20 25/25 28/25 29/9 33/13 35/19 42/4 48/11 49/13 64/1 65/5 65/20 68/4 68/14 72/12 72/18 72/24 74/14 74/17 74/21 76/12 76/15 77/9 77/11 82/14 82/23 82/24 83/8 83/9 83/18 83/23 84/5 84/7 84/12 84/14 84/14 84/20 87/24 89/9 89/16 89/19 91/15 91/16 91/18 91/20 92/7 99/18 102/9 106/14 107/7 108/2 108/15 114/7 116/16 123/21

**third [6]** 81/5 81/7 81/9 81/24 86/8 95/19
**third-hand [4]** 81/5 81/7 81/9 81/24
**this [149]**
**those [80]** 4/7 7/1 15/12 17/5 17/14 17/24 22/3 25/12 25/14 25/25 38/3 38/6 41/22 43/18 46/18 46/22 47/14 48/16 50/14 52/22 54/3 56/4 57/12 58/1 58/5 58/25 59/9 60/7 60/8 62/18 62/22 63/4 64/20 64/25 66/19 67/18 68/8 69/17 69/25 70/20 72/16 72/21 75/1 80/15 84/10 86/1 86/12 88/5 90/5 90/11 91/7 91/14 94/8 94/13 94/13 94/14 94/16 94/17 96/23 101/9 103/17 104/2 104/14 107/23 107/24 108/1 108/18 110/5 110/6 110/24 113/25 115/12 115/24 116/8 116/23 117/16 117/17 119/2 120/11 135/11
**though [5]** 12/25 19/9 48/24 76/11 92/1
**thought [3]** 57/10 123/5 131/23
**thoughts [1]** 75/1
**three [16]** 26/25 43/9 64/2 86/1 86/12 88/3 88/9 91/16 94/14 94/15 94/15 95/4 95/21 96/17 101/14 105/11
**threshold [1]** 10/5
**through [11]** 4/20 28/15 30/11 47/3 47/6 59/9 60/4 89/2 102/11 108/9 133/19
**throughout [1]** 41/23
**throw [4]** 7/2 7/3 8/3 112/3
**throwing [2]** 7/13 8/2
**Thursday [1]** 136/9
**tickets [1]** 22/4
**tie [1]** 130/2
**tied [1]** 53/12
**till [1]** 38/21
**time [59]** 7/1 11/4 11/5 12/17 12/18 13/10 13/23 15/1 15/6 15/6 15/23 18/24 19/3 19/9 21/22 25/21 26/13 29/6 29/13 35/14 37/2 38/12 40/16 42/14 43/25 44/3 44/4 44/6 45/1 49/19 53/24 54/21 57/11 61/12 61/17 61/19 64/5 68/17 71/8 77/10 79/17 79/17 86/23 113/25 116/17 116/24 120/3 122/16 124/13 131/7 131/24 132/6 132/22 133/4 135/4 135/12 135/20 135/23 136/7
**times [13]** 11/3 12/12 13/17 17/11 17/15 17/19 22/3 27/22 45/18 62/10 62/12 62/21 105/19
**Tipped [1]** 20/15
**tipping [1]** 19/15
**tissue [8]** 8/19 8/24 9/4 9/6 9/15 10/3 10/9 35/1
**tissues [3]** 36/2 54/2 62/19
**title [2]** 14/9 33/11
**titled [1]** 136/17
**today [13]** 33/22 40/15 49/14 51/1 54/7 58/12 58/20 59/9 59/10 60/25 111/11 113/7 115/7
**together [10]** 22/22 26/22 26/25 27/4 38/7 67/20 68/20

**told [2]** 110/23 114/5
**tomorrow [4]** 135/21 135/22 136/4 136/7
**too [1]** 67/13
**took [6]** 119/15 132/1 133/15 133/16 133/24 135/2
**tool [1]** 129/22
**top [5]** 94/10 94/15 96/5 100/6 101/3
**topic [6]** 18/20 70/12 70/13 70/13 92/4 93/24
**topics [1]** 63/24
**totally [2]** 75/25 109/16
**touch [1]** 11/6
**touched [2]** 12/11 12/12 81/5
**tough [1]** 6/25
**town [1]** 32/8
**toxicologist [23]** 5/1 5/3 41/24 46/12 46/21 49/15 49/20 53/18 53/21 54/9 54/17 54/25 55/10 59/4 60/1 64/6 69/5 75/23 80/1 92/15 93/5 104/6 109/14
**toxicologists [5]** 39/14 40/3 40/6 42/7 55/10
**toxicology [54]** 31/17 32/25 33/3 33/12 33/14 33/17 33/20 34/1 34/10 34/18 34/19 34/22 35/8 35/11 35/15 35/17 35/18 35/25 36/5 36/17 37/5 39/21 39/24 40/6 40/9 41/9 41/25 42/3 42/9 42/14 42/24 43/12 43/13 43/16 45/16 46/16 49/8 49/9 53/10 54/16 60/14 60/15 60/19 64/11 79/24 91/23 92/3 92/17 106/7 109/2 109/5 109/10 109/12 110/14
**trace [3]** 56/3 81/19 82/8
**tracks [1]** 38/23
**traffic [4]** 36/4 37/23 37/25 38/1
**train [1]** 24/3
**trained [9]** 58/24 59/2 59/11 73/21 74/19 78/16 79/22 79/23 79/24
**trainer [6]** 14/2 14/4 14/4 15/10 15/14 15/20
**trainers [2]** 15/23 15/25
**training [7]** 14/16 14/18 15/5 15/6 34/8 63/14 133/9
**transcript [3]** 1/9 2/16 136/16
**transcription [1]** 2/16
**transcripts [3]** 51/2 51/5 51/12
**transfer [22]** 68/12 69/2 75/21 76/5 80/15 80/17 81/1 81/5 81/14 82/3 87/1 104/21 107/5 107/10 107/12 108/11 113/24 114/2 116/1 116/5 117/5 120/8
**transferal [10]** 66/5 69/1 73/2 73/5 73/9 73/10 73/23 74/9 75/14 83/12
**transference [11]** 81/22 82/6 97/2 99/10 99/23 100/23 101/21 103/20 105/21 116/4 118/23
**transferred [7]** 65/11 65/19 66/2 74/4 80/11 84/17 119/1
**transferring [2]** 68/16 101/6
**transitionary [1]** 131/19
**transitioned [2]** 135/4 135/6
**transport [3]** 58/1 58/3 58/3

Case 1:10-cr-00223-RBW   Document 197   Filed 06/19/12   Page 158 of 160

**T**

treat [1]  105/16
treatment [2]  18/8 46/17
treatments [2]  18/6 18/9
trial [8]  1/9 59/9 115/11
124/11 124/18 124/21 125/10
125/10
tried [2]  25/6 65/7
triers [1]  58/6
true [11]  11/11 12/25 50/18
55/2 60/11 76/10 76/23 77/5
77/22 108/20 112/17
try [8]  11/16 29/15 56/14
77/25 104/8 104/9 107/9 135/24
trying [8]  8/4 51/9 52/14
66/20 75/10 78/1 84/2 87/15
turn [2]  18/20 53/5
turned [3]  67/23 86/10 105/11
TV [2]  102/12 102/22
two [38]  15/12 21/17 30/7 30/8
30/15 31/13 31/25 36/16 37/20
43/10 54/20 64/9 64/11 65/15
69/25 73/2 76/3 82/21 86/13
87/23 88/4 88/8 88/9 94/9
94/12 94/15 94/21 94/25 95/4
95/8 95/20 96/6 96/15 96/16
96/18 96/21 96/22 105/12
two-page [1]  30/15
TX [1]  1/22
Tylenol [1]  47/3
type [20]  22/16 34/3 45/5 54/4
62/16 65/16 65/17 68/21 71/10
73/15 73/16 74/14 78/9 78/16
126/25 127/7 127/8 129/20
131/12 134/23
types [13]  38/3 46/22 58/25
62/19 70/5 70/6 70/8 73/18
127/12 129/23 130/2 130/9
134/4
typically [4]  53/20 56/1 78/23
127/8
typing [1]  133/25

**U**

U.S [4]  1/15 2/6 5/19 44/10
UC [1]  128/16
UCLA [3]  47/14 47/16 47/23
Uh [1]  19/11
Uh-huh [1]  19/11
ultimate [6]  12/7 28/20 83/7
83/16 83/19 114/10
ultimately [3]  66/13 71/8 83/9
unable [1]  84/22
unanalyzed [1]  90/16
uncertainty [1]  115/2
uncommon [2]  13/18 13/21
uncontradicted [1]  89/4
under [5]  37/14 79/21 85/5
127/15 130/7
undergraduate [2]  32/10 32/22
understand [9]  17/9 28/21
54/16 61/19 71/25 72/7 118/5
118/15 119/20
understanding [2]  60/22 107/24
understood [4]  20/9 21/11
21/11 23/3
unequivocally [1]  68/4
unique [1]  76/4
UNITED [5]  1/1 1/3 1/10 127/4
131/14
units [1]  50/20

undetermined [1]  19/7
32/23 33/4 34/21 35/9 48/25
54/11 126/16 128/17 128/21
129/4 133/19
unknown [5]  37/14 79/7 97/22
99/3 99/3
unopened [1]  72/20
unreliable [6]  66/25 67/21
71/21 77/8 103/21 103/22
unremarkable [1]  56/6
unsealed [1]  72/14
until [10]  47/23 54/9 54/17
92/25 98/1 98/19 136/4 136/8
136/8 136/8
unto [1]  27/1
untouched [1]  90/16
unusual [2]  61/11 105/24
unwilling [1]  105/16
up [28]  26/11 27/9 27/10 28/15
32/3 32/7 45/20 54/9 54/17
57/9 57/21 67/10 67/11 70/19
77/15 78/14 81/11 83/11 87/24
93/11 102/6 105/11 112/3 112/4
120/3 128/7 135/21 136/9
upon [24]  34/12 63/1 71/3 71/7
71/22 73/4 77/2 82/23 83/4
84/6 84/16 84/20 84/24 89/10
90/4 90/11 90/14 90/25 91/12
91/19 102/3 102/4 113/7 125/12
upper [1]  16/5
ups [1]  27/17
Upshaw [1]  45/3
urine [3]  53/25 54/1 62/18
us [6]  6/3 17/18 20/17 35/16
40/20 69/20
usdoj.gov [4]  1/17 1/18 1/18
1/19
use [7]  44/18 59/9 115/14
121/25 121/25 123/15 131/13
used [25]  6/22 20/4 29/13
33/21 33/24 34/4 36/6 36/15
47/23 67/4 81/16 81/17 87/6
88/21 88/24 98/22 99/2 116/16
119/13 119/23 120/22 121/2
122/12 132/13 132/14
using [5]  44/23 69/14 129/24
134/5 135/1
usual [1]  56/2
usually [3]  53/20 62/3 127/11
usurps [1]  103/15
Utah [1]  48/15
utilization [1]  34/2
utilized [4]  131/14 132/4
134/21 135/10

**V**

value [2]  88/15 89/24
variety [5]  35/1 127/4 129/21
129/22 131/9
various [5]  90/4 127/12 130/9
131/11 133/15
vehicle [1]  61/21
Ventura [1]  126/9
version [1]  124/13
versus [1]  107/6
very [30]  5/9 9/10 10/1 10/5
10/15 10/18 11/12 11/15 13/20
16/6 17/22 17/24 18/4 18/16
23/15 25/15 25/17 27/11 49/7
60/19 60/23 64/2 81/13 81/17
81/17 81/19 81/19 105/24
110/25 133/21

yesterday [1]  58/16

vial [18]  72/14 72/20 82/7
82/8 96/18 96/22 97/8 100/1
101/14 112/9 112/19 112/21
112/22 112/24 113/15 113/19
113/21 116/6
vials [4]  72/10 72/14 84/18
99/11
view [3]  52/22 85/1 85/12
village [1]  132/20
violates [2]  76/17
virgin [1]  90/16
Virginia [1]  133/17
visiting [1]  22/13
vitamins [1]  55/21
voir [3]  46/1 46/3 51/7
volunteered [3]  67/8 88/23
89/1
Vomitus [1]  62/20
vote [1]  41/16

**W**

wagering [1]  49/3
wait [3]  7/4 7/4 7/4
walk [1]  14/17
WALTON [1]  1/10
want [27]  13/23 15/25 21/24
22/2 22/5 30/11 45/22 52/16
74/15 75/9 75/10 77/11 78/12
83/17 93/12 93/16 94/1 94/7
98/13 114/23 115/18 122/24
123/3 124/12 125/1 135/15
136/6
wanted [4]  25/18 26/11 33/16
110/24
wants [2]  71/3 123/22
warm [1]  27/17
warm-ups [1]  27/17
was [224]
was 2002 [1]  20/2
washes [1]  111/1
Washington [4]  1/4 1/16 2/7
43/21
wasn't [11]  17/7 17/19 18/18
23/1 26/7 57/21 85/25 112/11
115/21 120/3 131/10
watch [2]  62/8 62/11
watching [1]  19/14
way [47]  19/22 33/25 53/12
58/11 58/19 63/2 66/19 66/24
67/22 69/20 69/23 76/21 77/5
77/21 82/10 83/19 83/24 84/9
85/13 85/22 86/10 89/5 92/11
94/4 97/4 97/5 97/20 97/24
101/19 102/15 102/21 102/21
103/10 104/20 104/20 105/4
111/9 115/20 116/9 117/17
118/20 121/7 121/23 122/3
122/6 123/21 129/5
ways [2]  37/18 70/18
we [140]
we'd [1]  5/2
we'll [13]  4/21 52/6 76/9
79/15 86/20 127/21 135/17
135/20 135/20 136/3 136/4
136/5 136/7
we're [18]  4/5 44/15 44/16
44/21 49/10 49/13 65/15 67/15
68/15 84/22 85/7 87/21 95/23
99/17 99/20 104/10 127/16
133/14
we've [11]  4/8 7/14 7/14 46/5

**we've... [7]**  46/25 49/14 59/6
75/2 79/6 81/10 115/4
**weapon [1]**  67/23
**wears [1]**  11/20
**week [4]**  4/20 4/22 8/22 49/2
**weeks [2]**  13/14 75/2
**weighing [1]**  123/15
**weight [4]**  14/20 14/25 115/15
115/15
**weights [1]**  9/11
**welcome [1]**  27/12
**well [68]**  5/9 6/20 7/9 7/12
9/18 11/4 14/1 19/7 20/16
20/21 23/15 26/9 26/17 27/24
28/11 28/16 30/14 33/16 34/18
35/21 39/23 40/14 41/13 42/19
45/5 45/9 46/18 48/3 48/23
49/13 49/15 51/9 51/14 52/14
52/25 54/20 58/7 61/18 62/19
63/8 64/2 64/21 80/1 80/23
81/23 90/1 90/12 90/15 92/6
92/16 102/3 102/7 102/11 103/9
108/2 110/13 110/16 111/12
112/1 112/12 112/25 113/3
113/15 114/16 115/18 124/15
131/23 135/17
**Wellner [1]**  103/2
**went [11]**  4/19 4/20 21/9 23/1
32/7 32/11 32/23 54/14 54/19
88/22 128/9
**were [72]**  6/15 14/6 14/17 15/5
17/11 17/15 19/23 21/1 21/23
22/13 24/18 25/22 26/2 26/15
26/20 26/22 27/16 28/14 35/8
35/10 37/23 54/9 58/8 58/9
72/10 72/12 72/15 74/10 83/15
84/16 86/6 86/9 86/10 86/11
87/16 87/16 87/18 87/19 88/8
89/5 89/17 90/10 95/8 95/20
96/17 96/19 100/5 101/24 110/6
110/20 113/25 114/1 115/24
115/24 116/9 116/13 116/17
116/20 116/23 119/23 120/5
128/5 129/11 129/23 130/6
130/11 131/8 132/3 132/4
134/16 134/25 135/10
**weren't [3]**  21/18 22/25 30/18
**wet [5]**  80/24 81/2 83/2 83/3
116/23
**what [200]**
**what's [6]**  90/22 90/23 104/24
108/11 108/18 109/21
**whatever [4]**  34/3 118/6 118/6
118/16
**when [75]**  6/6 6/8 6/12 6/19
6/25 7/13 17/15 17/19 17/21
18/14 19/2 19/2 21/5 21/23
21/23 24/19 24/22 28/18 29/9
33/3 33/16 33/23 34/15 35/8
35/22 36/5 36/11 36/13 36/13
37/23 38/16 41/14 45/3 49/13
53/4 54/19 54/19 57/6 58/9
62/21 63/9 64/21 66/20 67/7
71/11 72/19 79/18 89/3 94/4
98/17 98/18 99/16 99/19 99/21
100/5 100/14 100/15 100/15
104/16 105/3 107/15 110/14
115/24 116/8 116/12 120/18
121/12 121/13 121/19 121/20
128/23 130/17 131/5 131/8

**whenever [2]**  68/18 71/2
**where [31]**  6/2 14/14 14/17
31/14 32/3 32/10 32/21 34/8
35/13 56/2 58/2 59/7 64/19
65/1 71/18 79/5 84/23 86/7
96/3 96/4 96/11 97/6 101/9
107/9 114/3 121/24 127/16
127/19 128/5 128/15 129/9
**Whereupon [2]**  63/20 78/11
**whether [72]**  13/10 19/5 20/3
21/5 21/6 21/7 22/21 24/7
30/17 36/20 38/10 41/5 53/11
58/14 58/25 59/21 63/14 64/18
65/9 65/11 65/12 65/15 65/16
65/17 66/2 66/5 66/14 66/15
66/18 66/21 67/1 67/1 67/2
68/2 69/1 69/1 69/19 71/9 72/4
72/6 72/14 73/5 74/3 75/5 78/2
78/17 79/12 80/10 82/3 83/2
83/2 83/3 91/5 91/10 94/2
94/14 97/21 99/7 102/3 102/5
103/11 103/25 106/8 107/23
111/12 115/19 116/23 118/16
118/25 120/21 125/6 125/11
**which [31]**  25/5 30/8 30/15
32/6 33/19 36/17 42/8 53/4
55/24 56/21 60/16 61/24 64/3
69/17 70/18 76/3 76/21 76/25
79/1 87/23 96/22 99/24 100/2
102/16 103/21 107/6 110/17
116/13 116/19 119/23 134/20
**while [2]**  38/12 105/22
**who [23]**  5/5 7/24 12/23 17/22
25/25 28/9 38/23 41/3 43/18
45/3 47/6 55/11 55/12 60/4
63/6 70/12 73/25 77/17 79/19
79/22 90/5 103/2 106/3
**who's [4]**  15/14 67/15 71/5
122/12
**whole [4]**  60/20 70/11 86/25
132/2
**whom [3]**  67/22 86/11 133/23
**why [5]**  4/21 10/9 38/24 58/12
115/6
**wide [1]**  54/7
**will [27]**  4/2 8/3 9/9 10/2
10/5 26/25 29/10 39/25 48/13
63/17 67/20 68/3 68/14 71/18
79/17 80/21 83/18 91/24 93/17
108/4 113/13 124/3 124/4
123/13 126/2 127/11 136/3
**WILLIAM [1]**  1/6
**willing [3]**  94/3 106/2 108/4
**wipe [4]**  87/6 88/24 119/13
119/23
**wiping [1]**  67/9
**wise [1]**  80/6
**within [19]**  24/23 63/13 65/13
79/19 83/13 107/4 107/6 107/11
109/12 109/13 117/5 117/22
118/12 122/23 125/3 127/5
129/1 131/20 132/17
**without [2]**  72/18 116/7
**witness [21]**  3/3 4/10 5/12
5/12 30/3 31/3 46/1 53/6 63/20
63/20 70/5 72/5 73/6 78/11
82/24 86/22 120/15 122/12
122/15 122/15 125/21
**witnesses [4]**  4/2 4/21 30/8
125/14
**won't [2]**  21/25 109/19

...ed [3]  ...2/18 18/1 25/1
36/6 46/12
**wording [1]**  116/16
**words [2]**  10/18 98/23
**work [79]**  4/9 8/13 8/16 14/3
14/23 31/18 33/20 35/24 36/3
37/4 37/18 37/24 38/2 38/4
38/9 40/6 40/12 40/19 40/25
41/3 41/4 42/20 43/8 44/10
44/17 45/7 45/9 46/20 46/24
47/5 47/9 47/10 47/13 47/17
47/25 48/6 48/10 48/17 49/11
50/21 51/15 51/18 52/13 53/17
54/9 54/13 54/17 54/20 55/2
55/5 55/21 58/17 65/22 65/22
78/18 79/14 79/22 93/3 109/9
109/23 109/23 110/11 122/3
127/17 129/2 129/7 129/11
129/14 130/1 131/12 132/1
133/3 133/14 133/20 134/14
**worked [18]**  9/2 12/14 13/7
20/3 22/22 23/5 23/18 41/3
45/11 47/16 47/17 49/23 50/2
50/4 50/19 50/20 50/23 134/15
**working [9]**  36/12 43/10 54/12
54/25 54/25 55/10 127/14 130/6
130/6
**workouts [2]**  22/17 27/5
**workshops [2]**  132/3 132/10
**workshops/presentations [1]**
132/10
**world [4]**  19/14 20/14 45/11
134/21
**world's [1]**  39/11
**worried [1]**  104/10
**worry [2]**  41/10 41/14
**worthless [1]**  71/22
**worthy [1]**  59/1
**would [118]**  7/2 9/13 9/23 10/5
11/10 11/14 11/20 11/22 11/24
12/9 12/11 12/20 12/20 12/25
13/5 13/6 13/13 13/25 15/22
15/24 17/3 17/6 18/1 21/12
22/6 22/7 24/20 25/9 25/12
25/20 25/23 25/25 26/9 27/6
27/8 27/10 28/13 28/17 30/21
31/9 36/6 37/11 40/11 47/2
48/6 48/9 51/12 54/20 56/2
56/8 57/8 57/11 57/14 57/21
57/24 58/7 60/23 61/19 62/22
65/19 66/4 66/15 68/1 68/1
68/8 69/12 69/13 70/20 72/18
73/3 73/4 73/17 73/20 74/14
74/15 76/4 76/5 77/13 78/19
78/22 79/21 80/6 83/6 83/21
84/8 85/5 86/2 86/17 91/6 92/9
92/23 92/25 94/2 94/8 94/9
97/2 99/11 99/14 99/15 103/17
104/7 106/1 106/8 107/3 107/7
111/24 112/20 112/22 112/25
116/4 119/1 119/16 119/23
120/5 122/25 124/19 129/20
135/11
**wouldn't [9]**  4/23 11/22 16/11
22/14 30/17 39/18 41/16 89/23
123/1
**writers [1]**  103/3
**writing [1]**  42/20
**wrong [4]**  25/6 95/18 109/16
117/17

**Y**

**Yankees [16]**   6/6 6/8 6/10 6/13
13/7 14/6 14/7 15/17 16/7 19/6
19/23 20/21 21/4 24/23 25/22
26/3
**yeah [33]**   5/22 5/22 6/11 6/16
6/21 9/13 9/18 12/4 14/19 15/1
16/4 16/23 17/1 17/2 17/3 17/6
17/10 18/5 18/11 18/17 20/16
21/4 24/22 25/20 25/20 25/21
26/17 27/5 28/8 29/5 70/15
71/1 78/25
**year [22]**   4/12 4/12 12/21
12/22 13/8 13/11 19/24 20/2
28/4 28/22 32/2 32/2 34/9
34/13 37/2 42/4 42/5 61/8 63/5
98/4 103/3 130/14
**year 2000 [1]**   13/11
**years [24]**   18/3 28/19 39/7
41/15 42/24 43/19 45/2 45/4
54/15 59/7 60/4 60/7 105/8
109/9 110/1 113/22 115/4 120/9
120/10 120/11 130/11 130/13
131/2 133/9
**yes [183]**
**yesterday [2]**   4/25 64/23
**yet [2]**   30/19 49/14
**York [8]**   6/6 6/8 14/6 15/17
16/7 19/6 20/21 24/3
**you [644]**
**you'll [2]**   40/1 58/19
**you're [61]**   7/7 7/10 11/2 11/4
11/5 11/6 27/12 33/24 33/25
33/25 35/6 35/19 41/11 41/11
46/12 47/8 47/19 49/15 49/20
50/9 51/1 51/14 51/18 51/21
51/24 52/2 52/6 52/14 52/16
53/22 57/16 60/1 62/25 63/15
64/19 65/12 66/19 66/20 70/21
73/8 77/7 80/7 83/17 84/4
84/13 89/7 93/20 95/15 97/15
101/8 108/13 108/21 109/4
109/4 113/7 117/13 117/16
117/16 117/22 125/1 134/11
**you've [20]**   12/11 12/12 12/14
12/17 34/8 36/6 47/16 51/2
51/5 58/24 59/11 68/23 82/2
84/18 110/2 110/16 110/20
127/7 129/14 135/15
**young [6]**   28/11 42/4 44/19
44/20 135/23 136/1
**younger [7]**   25/9 25/9 25/12
25/15 28/4 28/19 28/25
**your [154]**
**yourself [3]**   79/19 80/2 108/24

**Z**

**Z-O-O-L-O-G-Y [1]**   32/16
**zoo [2]**   32/19 32/20
**zoology [4]**   32/14 32/16 32/17
129/1