UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUN 1 8 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA, )
)
)
)
v. ) Criminal Action No. 10-223 (RBW)
)
)
)
WILLIAM R. CLEMENS, )
)
Defendant. )
)

## VERDICT FORM

**COUNT 1 – Obstruction of Congress:**

As to count 1 of the grand jury indictment, charging defendant William R. Clemens with Obstruction of Congress, we find the defendant:

✓ NOT GUILTY        _____ GUILTY

If your verdict as to Count 1 is not guilty, proceed immediately to Count 2. If your verdict as to Count 1 is Guilty, indicate below which statement, or statements, you unanimously agree that the government has proven beyond a reasonable doubt.

(1) CLEMENS's sworn Deposition testimony on February 5, 2008, that he had never used HGH:

_____ UNANIMOUSLY AGREE

(2) CLEMENS's sworn Deposition testimony on February 5, 2008, that he never spoke to Brian McNamee about HGH:

_____ UNANIMOUSLY AGREE

(3) CLEMENS's sworn Hearing testimony on February 13, 2008, that he had never taken

HGH:

    _____ UNANIMOUSLY AGREE

(4) CLEMENS's sworn Deposition testimony on February 5, 2008, that he had never used anabolic steroids:

    _____ UNANIMOUSLY AGREE

(5) CLEMENS's sworn Hearing testimony on February 13, 2008, that he had never taken anabolic steroids:

    _____ UNANIMOUSLY AGREE

(6) CLEMENS's sworn Deposition testimony on February 5, 2008, that Brian McNamee injected him with vitamin B12:

    _____ UNANIMOUSLY AGREE

(7) CLEMENS's sworn Deposition testimony on February 5, 2008, that "four or five needles" containing vitamin B12 would be "already lined up ready to go" in the trainers' room after games:

    _____ UNANIMOUSLY AGREE

(8) CLEMENS's sworn Hearing testimony on February 13, 2008, that Brian McNamee injected him with vitamin B12:

    _____ UNANIMOUSLY AGREE

(9) CLEMENS's sworn Deposition testimony on February 5, 2008, that Brian McNamee injected him with lidocaine:

_____ UNANIMOUSLY AGREE

(10) CLEMENS's sworn Hearing testimony on February 13, 2008, that Brian McNamee injected him with lidocaine:

_____ UNANIMOUSLY AGREE

(11) CLEMENS's sworn Hearing testimony on February 13, 2008, that Andy Pettitte "misheard" or "misremember[ed]" what CLEMENS said regarding CLEMENS's statement to Pettitte in or about 1999 or 2000 concerning CLEMENS's use of HGH:

_____ UNANIMOUSLY AGREE

(12) CLEMENS's sworn Deposition testimony on February 5, 2008, that Brian McNamee injected CLEMENS's wife with HGH in 2003 inside CLEMENS's home in Houston without defendant CLEMENS's prior knowledge or approval:

_____ UNANIMOUSLY AGREE

(13) CLEMENS's sworn Deposition testimony on February 5, 2008, that he was not at Jose Canseco's house in south Florida on or about June 9, 1998:

_____ UNANIMOUSLY AGREE

**COUNT 2 – False Statements during Deposition concerning HGH:**

As to Count 2 of the grand jury indictment, charging defendant William R. Clemens with false statements, we find the defendant:

   ✓ NOT GUILTY            _____ GUILTY

**COUNT 3 – False Statements during Deposition concerning steroids:**

As to Count 3 of the grand jury indictment, charging defendant William R. Clemens with false statements, we find the defendant:

   ✓ NOT GUILTY            _____ GUILTY

**COUNT 4 – False Statements during Deposition concerning vitamin B12:**

As to Count 4 of the grand jury indictment, charging defendant William R. Clemens with false statements, we find the defendant:

   ✓ NOT GUILTY            _____ GUILTY

**COUNT 5 – Perjury during Hearing concerning HGH:**

As to Count 5 of the grand jury indictment, charging defendant William R. Clemens with perjury, we find the defendant:

   ✓ NOT GUILTY            _____ GUILTY

**COUNT 6 – Perjury during Hearing concerning steroids:**

As to Count 6 of the grand jury indictment, charging defendant William R. Clemens with perjury, we find the defendant:

    ✓ NOT GUILTY            _____ GUILTY

FOREPERSON/JUROR NO.

JUNE 18, 2012
DATE

If you agree with the verdict as indicated by your foreperson, please sign your name below:

5