1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLUMBIA

3   UNITED STATES OF AMERICA,       :   Docket No. CR 10-223
                                     :
4                   Plaintiff,       :
                                     :
5           vs.                      :   Washington, D.C.
                                     :
6   WILLIAM R. CLEMENS,              :   Thursday, May 24, 2012
    a/k/a "ROGER CLEMENS,"           :
7                                    :   9:47 A.M.
                    Defendant.       :
8   ..............................x
9

10        TRANSCRIPT OF TRIAL PROCEEDINGS - A.M. SESSION
            BEFORE THE HONORABLE JUDGE REGGIE B. WALTON
11                UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13  For the Government:   Steven Durham, AUSA
                          Daniel Butler, AUSA
14                        Courtney Saleski, Jr., AUSA
                          Gilberto Guerrero, AUSA
15                        UNITED STATES ATTORNEY'S OFFICE
                          555 4th Street, N.W.
16                        Washington, D.C.  20530

17  For the Defendant:    Russell Hardin, Jr., Esquire
                          Jeremy Monthy, Esquire
18                        RUSTIN, HARDIN & ASSOCIATES
                          1401 McKinney Street
19                        Suite 2250
                          Houston, Texas  77010
20
                          Michael Attanasio, Esquire
21                        COOLEY, GODWARD, KRONISH, LLP
                          4401 Eastgate Mall
22                        San Diego, California  92121.

23

24

25

1    APPEARANCES (Cont'd):

2

3    Court Reporter:          Cathryn J. Jones, RPR
                              Official Court Reporter
4                            Room 6521, U.S. District Court
                              333 Constitution Avenue, N.W.
5                            Washington, D.C. 20001

6

7

     Proceedings recorded by machine shorthand, transcript
8    produced by computer-aided transcription.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TABLE OF CONTENTS

**WITNESSES**

**On behalf of the Government:**

|  | **Direct** | **Cross** | **Redirect** | **Recross** |
|---|---|---|---|---|
| Pamela Reynolds | | | | |
|    (By Mr. Butler) | 10 | | | |
|    (By Mr. Attanasio) | | 48 | | |
|    (By Mr. Butler) | | | 65 | |
| Jeremy Price | | | | |
|    (By Mr. Butler) | 72 | | | |

**E X H I B I T S**

| **Government's Exhibit Number** | **Identified** | **Admitted** |
|---|---|---|
| No. 200 | | 8 |
| No. 200-1 | | 8 |
| No. 17D-1 | | 9 |
| No. 17D-2 | | 9 |
| No. 17D-3 | | 9 |
| No. 92J-1 | | 28 |
| No. 92J-2 | | 28 |
| No. 92J-3 | | 28 |
| No. 92J-4 | | 28 |
| No. 92J-5 | | 41 |
| No. 90A-2 | | 90 |
| No. 90A-3 | | 98 |
| No. 90A-4 | | 98 |
| No. 90A-5 | | 98 |

1                    TABLE OF CONTENTS (Cont'd)

2                    **E X H I B I T S (Cont'd)**

3   **Government's Exhibit Number**          **Identified**      **Admitted**

4   No. 90A-6                                                        98

5   No. 90C                                                         109

6   No. 90E                                                         109

7   No. AAH-13                                                      111

8   No. 90I-2                                                       111

9

10  **Defendant's Exhibit Number**

11  No. 102A                                                          7

12  No. 102B                                                          7

13  No. 95                                                           51

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

THE COURT:   In reference to the matter we were
discussing last evening before we broke, I assume counsel
did receive the First Circuit opinion in the *United States*
*versus CT Simone*.   No?

It would be my view, consistent with what I was
indicating yesterday, that the Government can bring in the
prior consistent statements.   I think the *CT Simone* case
only provides further support from what I was indicating
yesterday.   So even if there is a possibility, which is a
word the *CT Simone* case used that existed back to 2001 that
Mr. McNamee had a incentive to fabricate, based upon what
had taken place with the Yankees, I think the thrust of the
examination during the course of this trial on
cross-examination in reference to a motive to fabricate was
the fact that he had come under investigation by federal
authorities.   And I think that's the most prominent position
that the defense took regarding him having a motive to
fabricate.

I think that is a recent alleged motive, and the
fact that the Government purportedly has prior statements to
that event that are consistent with what he said at trial, I
think falls squarely within the rule permitting the
Government to introduce that evidence as substantive
evidence to seek to rehabilitate Mr. McNamee's testimony.

1    So over objection I will permit the Government to introduce

2    that evidence.

3              Okay.  Are we ready?

4              MR. DURHAM:  We are, Your Honor.

5              THE COURT:  Okay.  Let's get the jury.

6              MR. DURHAM:  Your Honor, before the jury comes in,

7    procedurally we're going to move into evidence several

8    exhibits that we had spoken with the defense about.  I

9    believe there's no objection.  It's Government's Exhibit

10   200, which is an excerpt of the deposition and the

11   corresponding audio clip, and then there are business

12   records that are team photographs of the Houston Astros,

13   Government's Exhibit 17D-1, D-2 and D-3.

14             THE COURT:  Is that correct, there's no objection?

15             MR. HARDIN:  That's correct.

16             THE COURT:  Very well, those can be moved in when

17   the jury comes in.

18             MR. DURHAM:  Thank you.

19             MR. HARDIN:  Your Honor, while we're waiting for

20   them, may I ask the Government, and maybe I'm repeating

21   something I've done before, but out of an abundance of

22   caution, my understanding is 102A and 102B are in with the

23   redactions that the Court ordered.  I just want to make sure

24   on the record that they're in.

25             THE COURT:  We don't have my Clerk here so she

1    can't check.

2            MR. HARDIN:  I'll certainly take their word that

3    they're not admitted yet, which they have no objection to

4    with the redactions that the Court ordered, so I would move

5    to introduce 102A and B.

6            MR. DURHAM:  We have no objection as redacted,

7    Your Honor.

8            THE COURT:  Very well.

9            [Thereupon, Defendant's Exhibit Nos.

10       102A and 102B admitted into evidence.]

11           THE COURT:  In reference -- if the case is still

12   in progress, I tried to change my flight schedule for New

13   Orleans to try and fly down in the morning, do my

14   presentations in the afternoon and fly back that evening.

15   It's just impossible for me to do that.  And I would get

16   back here so late that it would be -- I'd be a zombie

17   probably on the bench on Friday so I just can't do that.  So

18   if we are still in trial at that time, that Thursday, which

19   I think is the 15th, and that Friday, we would have to be in

20   recess.

21           [Thereupon, Jury enters courtroom at

22       9:52 a.m.]

23           THE COURT:  You may be seated.  Good morning.

24           JURORS IN UNISON:  Good morning.

25           THE COURT:  Next witness.

1              MR. DURHAM:  Good morning, Your Honor.

2              Your Honor, at this time the Government's going to

3     move into evidence several additional exhibits.  We've

4     consulted with the defense, and we understand there's no

5     objection.

6              THE COURT:  Very well.

7              MR. DURHAM:  First move into evidence Government's

8     Exhibits Number 200 and 200-1, which the record reflect are

9     excerpts of the sworn deposition of William Roger Clemens

10    taken February 5th of 2008 and the corresponding audio clip,

11    which is Government's Exhibit 2001, which I'll now ask to

12    have published to the jury.

13             THE COURT:  Very well.  Those exhibits will be

14    admitted without objection.

15             [Thereupon, Government's Exhibit Nos.

16       200 and 200-1 admitted into evidence.]

17             [Audio played.]

18             MR. DURHAM:  Your Honor, at this time we'll also

19    move into evidence, again I believe without objection,

20    Government's Exhibit 17D-1, 17D-2, and 17D-3, and ask to

21    publish those exhibits.  And the record should reflect these

22    are team photographs of the Houston Astros for the years

23    2004, 2005 and 2006.

24             THE COURT:  Very well.

25

1              [Thereupon, Government's Exhibit Nos.

2       17D-1, 17D-2 and 17D-3 admitted into

3       evidence.]

4              MR. DURHAM:  And the record should reflect on the

5    screen now in front of the jury is Government's Exhibit

6    17D-1, which is the 2004 team photograph of the Houston

7    Astros.

8              And the record should reflect that Government's

9    Exhibit 17D-2 is now published before the jury.  And that is

10   the 2005 team photograph of the Houston Astros.

11             THE COURT:  Very well.

12             MR. DURHAM:  And finally the record should reflect

13   that Government's Exhibit 17D-3 is now on the screen and

14   published before the jury, and that is the 2006 team

15   photograph of the Houston Astros.

16             THE COURT:  The record will so reflect.

17             MR. DURHAM:  Thank you, Your Honor.

18             THE COURT:  Okay, your next witness.

19             MR. BUTLER:  Yes, Your Honor.  The Government

20   would call Pamela Reynolds.

21             THE DEPUTY CLERK:  Would the witness please raise

22   your right hand.

23         **PAMELA REYNOLDS, GOVERNMENT WITNESS, SWORN**

24             THE WITNESS:  Yes, ma'am.

25             THE DEPUTY CLERK:  Thank you.  Please be seated.

1                          **DIRECT EXAMINATION**

2    BY MR. BUTLER:

3    Q    Good morning.

4    A    Good morning.

5    Q    In a loud and clear voice, would you state your name,

6    spell both your first and last name, please?

7    A    My name is Pamela Reynolds, and it's spelled

8    P-A-M-E-L-A, last name R-E-Y-N-O-L-D-S.

9    Q    Ms. Reynolds, where are you employed?

10   A    I'm employed at the FBI Laboratory in Quantico,

11   Virginia.

12   Q    And how long have you been employed there?

13   A    Approximately 15 years.

14   Q    What part of the laboratory do you work in?

15   A    I work in the chemistry unit in the laboratory.

16   Q    Okay.  And how long have you worked there?

17   A    The whole 15 years.

18   Q    What's your position?

19   A    I'm a forensic examiner in the chemistry unit.

20   Q    What does a forensic examiner mean?

21   A    I'm responsible for performing chemical analysis on

22   submitted evidence in a variety of areas to include general

23   chemistry, drugs, inks, dyes, and general unknowns.

24        I'm also asked to write written reports to conclusions

25   I form as a result of those exams and offer testimony when

1    requested.

2    Q    And do have you a copy of your report in this matter

3    with you in case you need it for reference today?

4    A    Yes, I do.

5    Q    Walk the jury through, if you would, please, your

6    background prior to the time at the FBI?

7    A    Prior to my employment at the FBI I was employed as a

8    chemist for the Drug Enforcement Administration in New York

9    City.

10   Q    And how long did you work for the Drug Enforcement

11   Administration?

12   A    Just under two years.

13   Q    And after you left the DEA, you went to the FBI at that

14   time?

15   A    That's correct.

16   Q    And then walk us through the progression in your job

17   there, if would you, please.  What was your first position

18   within the chemistry lab within the FBI?

19   A    Initially I held the position of chemist.  Basically

20   it's a technician type position where I performed chemical

21   analysis on evidence.  However, I was not responsible for

22   writing reports at that time.

23   Q    And how long did you stay in that position?

24   A    I was in that position about four years.

25   Q    And then after that you became what?

1  A     I became -- I took the position of examiner and went

2  through the qualification process at that point.

3  Q     An examiner, a forensic examiner?

4  A     Forensic examiner, yes.

5  Q     Okay.  What's your educational background?

6  A     I have a bachelor of science degree in forensic and

7  toxicological chemistry from Westchester University,

8  Westchester, Pennsylvania.

9  Q     What experience and special training do you have in the

10  area of forensic chemistry, just in generally briefly.

11  A     Both the DEA and the FBI Laboratories I underwent an

12  in-house training program where I worked side-by-side with

13  qualified examiners --

14      I worked with DEA and the FBI Laboratory where I

15  underwent an in-house training program where I worked

16  side-by-side with qualified examiners learning the

17  procedures and techniques used in the laboratory to perform

18  analysis.

19      Additionally I've also taken instrumentation courses in

20  the various manufactures of instruments that we have in that

21  laboratory.

22  Q     And have you given training in the area of forensic

23  chemistry?

24  A     I have given several talks in the area of forensic

25  chemistry, yes.

1    Q    And just briefly, can you describe those?

2    A    Basically their overview of the responsibilities and

3    the types of examinations offered at the FBI Laboratory's

4    chemistry unit.

5    Q    Have you ever testified as an expert witness as a

6    forensic examiner?

7    A    Yes, I have.

8    Q    Approximately how many times?

9    A    Approximately 15 times.

10   Q    And when was the most recent?

11   A    Approximately a month ago.

12   Q    Federal court, state court?

13   A    A month ago it was the state court.

14   Q    And have you testified in federal court as well?

15   A    Yes, I have.

16        MR. BUTLER:  Your Honor, at this time I'd move to

17   have Ms. Reynolds recognized as an expert in the area of --

18   in the field of forensic drug chemistry.

19        THE COURT:  Any questions of the witness regarding

20   the qualifications?

21        MR. HARDIN:  No, Your Honor.

22        THE COURT:  Very well, she'll be qualified as an

23   expert in the requested area.

24   BY MR. BUTLER:

25   Q    Let's talk specifically about anabolic steroids.  You

1  know what those are?

2  A    Yes.

3  Q    And how would your lab, if it does, go about testing

4  anabolic steroids -- for anabolic steroids?

5  A    In the chemistry unit there are several procedures in

6  place for testing drugs and specifically for steroids,

7  depending if they're in a liquid form or a solid form.

8  There's a variety of instruments available in the laboratory

9  to include some specifics such as gas chromatography, mass

10 spectrometry, as well as infrared spectroscopy, some

11 instruments of that type.

12 Q    And let's talk about gas chromatography, what exactly

13 is that?

14 A    That's a technique that we use notice in the laboratory

15 that basically separates components of a mixture.

16 Q    Okay.  Break that down for a lay person.  What -- how

17 do you start and what does it do?

18 A    Basically we take, if you have a solid or a liquid

19 sample, you need to get it into a liquid form, whether it be

20 dilution into a liquid solvent, that liquid solvent is then

21 placed into a vial, and that -- a portion of that liquid is

22 taken and injected into the instrument.

23     Through the course of that instrumentation the liquid

24 would vaporize and move.  As it moves through the

25 instrument, any components that are present would react with

1    the column inside the instrument.  And therefore separation

2    would occur.

3        At that point, as each component is separated out, it

4    then goes into the second part of the instrument called the

5    mass spectrometer, and at that point is where the compound

6    would be broken up into fragments and we evaluate those

7    fragments to determine what the chemical is.

8    Q    Okay.  So you're basically taking a substance, passing

9    it through the gas chromatography part, can we just shorten

10   that to GC?

11   A    Yes.

12   Q    And then through that process it goes into the mass

13   spectrometer, can we shorten that to MS?

14   A    Yes.

15   Q    And through that process, as you said, it fragments the

16   substance, molecules of the substance?

17   A    Yes, that's correct.

18   Q    And what was the purpose of that?

19   A    The purpose of that fragmentation, the data that

20   review, it basically gives us some structural information

21   about that chemical.  Those fragments are related to the

22   parts of the molecule, and we put them together and we

23   review a pattern, and then we can then tell from that

24   pattern what type of substance we're dealing with.

25   Q    And what does the mass spectrometer produce, the MS

1   part of the machine, what does that produce at that time?

2   A    The picture that's produced is referred to as a

3   spectrum.  And basically it's a picture that involves lines

4   and numbers.  And those lines and numbers are representing

5   the different fragments of that molecule.

6   Q    Okay.  And how do you interpret that data?  I mean,

7   just generally in lay terms, what does that data show you?

8   A    We have several tools available.  We have libraries

9   built into the instrumentation software, so when we get our

10  picture, we can run a search of that picture against the

11  library, and it would give us an indication of hits in that

12  library if one of the known substances is present there.

13       I can then do a comparison of the lines and patterns of

14  that picture of a known substance to my unknown substance

15  within the library.

16       The second thing I would do, once I get an indication

17  of what I'm working with, what type of chemical, I would

18  then go and obtain a reference material of that known

19  chemical, which means I would get basically a standard,

20  something that is known to be a particular chemical.

21       I would then perform the same procedure on that known

22  chemical and produce that same picture.  And then through

23  the interpretation of data I would then compare basically

24  the pattern and the picture of my own unknown substance to

25  the pattern and picture of my known substance.

1    Q    And just to be clear, you're talking about a question

2    substance and a known substance, what is your question

3    substance?

4    A    The question substance would be the liquid of how I

5    prepared my sample that was presented to me as evidence.

6    Q    Okay.  And at the time you prepare it, do you know what

7    that is?

8    A    Generally no.

9    Q    And then you have a known substance that you also run

10   through the GC/MS?

11   A    That's correct.

12   Q    For what purpose?

13   A    For the purpose of comparing it to my unknown

14   substance.

15   Q    Okay.  To see if they match up in terms of what the

16   question looks like and what the -- the question looks like

17   and the known look like?

18   A    Yes, comparing the print-out and the pictures that are

19   presented from the known and the unknown and looking for

20   similarities in those patterns.

21   Q    And is there also a second process that you put these

22   through called time-of-flight?

23   A    Yes, time-of-flight mass spectrometry is another

24   technique we have in the laboratory.  It basically is the

25   same type of instrumentation where we take that liquid

1   sample, and we're going to introduce it into the instrument.

2   It's just that the picture that's presented is just a little

3   bit different than the gas chromatography, the GC/MS that I

4   was talking about earlier.  It basically presents

5   information that's related to the molecular weight or the

6   size of a particular chemical.

7   Q    Okay.  And what's the purpose of going through the

8   second step, the time-of-flight mass spectrometer, what's

9   the purpose of doing that as well?

10  A    The purpose is to obtain a second piece of information

11  for comparison.

12  Q    Okay.  And does the FBI Lab follow certain procedures

13  as to testing those steroids or other substances?

14  A    Yes.

15  Q    And what are those procedures generally?

16  A    Well, we have standard operating procedures related for

17  drug analysis, which encompasses all the different types of

18  instrumentation available at the FBI Laboratory.  But

19  generally we are looking for -- using techniques that are

20  going to provide us specific information regarding a

21  chemical.  Information that we can review and basically

22  correlate back to a specific structure of a chemical.

23  Q    Okay.  And is the FBI Lab a certified lab?

24  A    We are accredited by the American Society of Crime Lab

25  Directors Lab Accreditation Board.

1   Q     And is the GC/MS recognized in the scientific community

2   as a tool for testing of steroids?

3   A     Yes, it is.

4   Q     Let me ask you specifically in this case, did the lab

5   receive certain items for -- to be compared to determine

6   what was -- if there was anything on these items?

7   A     Yes, we did.

8   Q     And who -- which agency would have submitted those

9   items?

10  A     They were submitted through the FBI, the Northern

11  Virginia RA.

12  Q     Where's that located?

13  A     I believe Manassas, Virginia.

14  Q     And just briefly describe the process for when items

15  come from to the lab how -- what's the process for accepting

16  items and then ultimately getting them to you for testing?

17  A     Items that are submitted for analysis come through our

18  evidence control unit, and it's a portion of the laboratory

19  where we have people who are designated for assembling all

20  the administrative paperwork, specifically the requests for

21  the analysis as well as the items.

22        Once it's decided which section of the laboratory that

23  those items are going to go to.  There's certain

24  circumstances where a single item can go to more than one

25  section.  So a plan is developed as to which unit would get

1    it first and which would get it second.

2         Once that's decided, the examiner is assigned and

3    contacted that they have evidence waiting for them.  And

4    then it's transferred up to our unit at that point.

5    Q    Okay.  I'd like to walk through some items and show

6    them to you and ask if you recognize these?  And we can have

7    Agent Longmire bring these up for you to take a look at.

8         Fifty-two A, if we would have Government's Exhibit 52A,

9    which has been previously admitted.  Do you recognize those

10   items?

11   A    Yes, I do.

12   Q    And how do you recognize those items?

13   A    I recognize them through the presence of my initials on

14   the packaging, as well as our laboratory number.

15   Q    And tell the jury, are there certain Q items in there?

16   A    Yes, in the laboratory, when we receive items they are

17   inventoried and given a designation of a Q number.  So

18   basically each item would get its individual assignment of a

19   number.

20   Q    Okay.  And which items are in that 52A?

21   A    In this package I see items Q-1, Q-2 and Q-3.

22   Q    And what is Q-1?

23   A    Q-1 is a syringe.

24   Q    Okay.  Q-2?

25   A    There's a package that contains a crimped vial and a

1    broken ampule.

2    Q    Okay.  And Q-3?

3    A    Well, I'm sorry, the ampule is Q-2 and the vial is Q-3,

4    they're packaged together in the same bag.

5    Q    Just for the convenience of the jury, what I'm going to

6    do is pull up an exhibit that's been previously admitted,

7    52Y, and ask you to take a look at page three, please.  And

8    looking at that in front of you, the one that is marked Q-1,

9    is that consistent with what you have in front of you?

10   A    Yes, it is.

11   Q    And that's the syringe?

12   A    Yes, that's correct.

13   Q    And Q-2, is that consistent with what you have in front

14   of you?

15   A    Yes, that's correct.

16   Q    That's the ampule on the top, the broken?

17   A    Yes.

18   Q    And then the Q-3, is that consistent with what you have

19   in front of you?

20   A    Yes, the Q-3 is a vial with a crimped top on it.

21   Q    I'd like to have Agent Longmire bring up 52B and 52B-1.

22   Do you recognize that?

23   A    Yes, I do.

24   Q    Okay.  And how do you recognize it?

25   A    I recognize it through the presence of my initials as

1    well as the laboratory number.

2    Q    And in terms of 52B, what items, what question items

3    are in there?

4    A    There is a syringe labeled Q-4.  There are two vials

5    and a broken ampule also contained in there, another bag

6    labeled Q-5 through Q-7.

7    Q    Okay.

8         MR. BUTLER:  Let me have Ms. Hayes pull up

9    Government's Exhibit 52Y just for the aid of the jury, page

10   four.

11   BY MR. BUTLER:

12   Q    Let me just ask you, in terms of the item that's marked

13   Q-4 on there, is that consistent with what you have in front

14   of you?

15   A    Yes, it is.

16   Q    And that's -- what is that item?

17   A    That is a syringe.

18   Q    And Q-5, is that consistent with what you have in front

19   of you?  What's shown on 52Y, is that consistent with what

20   you have in front of you?

21   A    Yes, the Q-5, broken ampule, is in front of me, yes.

22   Q    And on 52Y, Q-6, is that consistent with what you have

23   in front of you?

24   A    Yes, that is a vial with a crimped top.

25   Q    And Q-7, is that consistent with what you have in front

1    of you?

2    A    Yes, that's a vial, another vial with a crimped top.

3    Q    Okay.

4         MR. BUTLER:  I'd like to have Agent Longmire bring

5    up 52H, which has been previously admitted.

6    BY MR. BUTLER:

7    Q    You recognize that?

8    A    Yes, I do.

9    Q    And how do you recognize that?

10   A    I recognize it through the presence of my initials as

11   well as the laboratory number.

12   Q    And what is that item?

13   A    Within this bag there is a bottle labeled SAM-e, and

14   there's also several bags containing white pills.

15   Q    And Q-8, there's the -- the bottle itself is labeled

16   what?

17   A    Q-18.

18   Q    Okay.  If we can pull up 52Y and show you page one of

19   that.

20        If you can take a look in the top left corner, Q-18,

21   Q-18.1 and Q-18.2, is that consistent with what you have in

22   front of you?

23   A    Yes, it is.

24   Q    And what's Q-18, you said that's the bottle?

25   A    Q-18 is the bottle.

1   Q     And then Q-18.1, what is that?

2   A     Q-18.1 is 308 white pills.

3   Q     Q-18.2?

4   A     And Q-18.2 is a single pill from that lot of pills.

5   Q     Let's go back to -- let's talk about the items, and we

6   can pull up the picture if it would help you to remember

7   which item is which, page three of 52Y, Q-1.

8         Can you tell the jury what you did with that item

9   whether you tested it?

10  A     When I received this syringe for analysis, the first

11  thing I do is I make notations on its physical appearance.

12  I noted that I did not see any visible residue.  So at that

13  point I would be rinsing the interior portion of that

14  syringe to do my sampling for that item.

15        So basically what I did was I took the syringe and I

16  held it over a test tube, and I took a portion of a liquid

17  solvent and I rinsed the interior portion of that barrel of

18  the syringe and let all of the liquid collect into the test

19  tube.  The liquid in that is test tube then becomes the

20  sample that I work with with the instruments.

21  Q     And then what do you do with that sample once you

22  obtain it?

23  A     The first technique that I used was the gas

24  chromatography/mass spectrometry technique.

25  Q     Okay.  As you described before?

1    A     Yes.

2    Q     Okay.  And then what do you after that?

3    A     Then I would take that liquid portion, and I would use

4    a second technique, which would be the time-of-flight mass

5    spectrometry technique that I spoke about before.

6    Q     Okay.  And that gives you the data that you were

7    talking about before?

8    A     That's correct.

9    Q     Okay.  Let's talk about Q-2 for a moment.  Well, let me

10   ask you before I get there, Q-1, did you see anything

11   visible in Q-1 when you got it, when you received it?

12   A     When I received Q-1, I did not observe any visible

13   residues.

14   Q     So absent doing the testing, would you know if anything

15   was in there?

16   A     I'm sorry, can you repeat the question?

17   Q     Poorly phrased on my part.  From visual inspection,

18   could you tell if any substance was in there that would be

19   subject to testing?

20   A     I did not observe any substance visible for testing,

21   no.

22   Q     Let's talk about Q-2 for a moment.  What was Q-2 again?

23   A     Q-2 was an ampule.

24   Q     And what did you do with that item?

25   A     In this case, the top was broken off.  So I did the

1    same thing, I took a visual observation of that vial and

2    made notations.  If I may refer to my notes, I can describe

3    those --

4    Q    Yes, that would be fine.

5    A    So for the item Q-2 ampule, I first made a notation

6    that it did contain a label.  It had the name durateston

7    written on it.  And I also made a notation that there was

8    some yellowish residue present on the bottom of that vial.

9         At that point, after I made those notions, I then take

10   a liquid solvent, and I rinse the interior portion of that

11   vial and take it out through the use of what we call a

12   pipet.

13   Q    And then what did you do after that?

14   A    That liquid is then placed into a test tube and used

15   for further instrumentation techniques I spoke about

16   earlier.

17   Q    How about Q-3, what did you do with that?

18   A    Q-3 is a vial that had a crimped top on it, meaning it

19   was already adhered to the vial.  I did have a conversation

20   with Special Agent Longmire regarding potential other exams

21   for this vial because if I were to remove the cap, I

22   could -- I wasn't sure if there was going to be latent

23   fingerprint analysis.

24        I did discuss with him how we should handle this case,

25   this situation.  So basically I told him that I would try to

1  use a syringe to go through the top of the cap to see if I

2  can inject the liquid solvent and do my rinse without

3  disturbing the cap.  If I couldn't do it, I would hold back

4  and not do the analysis on this item until latent prints

5  were finished.

6      However, I was successful and I was able to use the

7  syringe to inject through the cap of that vial and inject

8  the liquid solvent and then remove it and perform my tests

9  the same as the other items.

10 Q    And the machines, you already talked about, the

11 equipment you already talked about?

12 A    Yes, that's correct.

13 Q    What about Q-4, if you can take a look at the page four

14 of 52Y.

15 A    Q-4 is the syringe, and it was processed in the same

16 manner as the Q-1 syringe that I spoke about earlier.  I

17 made a notation.  My observations, I did not see any visible

18 residue on the syringe.  I then rinsed the interior portion

19 of that barrel of the syringe over a test tube in the same

20 manner as the previous item, collected that liquid and used

21 that for analysis.

22 Q    What I'd like to do at the moment is, without getting

23 too complicated, I'd like to show you some diagrams from

24 your report, just to help the jury understand what you

25 actually see after you go through the GC/MS.  Okay?

1    A     That's fine.

2    Q     Okay.  I'd like to pull up 92J-1, and just for the --

3    these are not admitted.

4         MR. BUTLER:  If I could have a moment to consult

5    with counsel.

6         [Counsel conferred off the record.]

7         MR. BUTLER:  Without objection, Your Honor, I'll

8    move to admit 92J-1 through 4?

9         MR. ATTANASIO:  No objection.

10        THE COURT:  Admitted.

11        [Thereupon, Government's Exhibit Nos.

12        92J-1, 92J-2, 92J-3 and 92J-4 admitted into

13        evidence.]

14   BY MR. BUTLER:

15   Q     Taking a look at 92J-1, what does that show?

16   A     This is the picture that I was talking about earlier

17   that once the instrument separates the sample and it goes

18   through the detection process, it produces a picture.  And

19   this here is referred to as the total ion chromatogram,

20   which is basically a timeline snapshot of the entire

21   analysis.

22   Q     And this is a report that's prepared for either the Q

23   or the known item, which is this --

24   A     This picture is specifically for item Q-4.

25   Q     Okay.  So the question item?

1   A    That's correct.

2   Q    The one that you don't know at that time what's in it?

3   A    That's correct.

4   Q    Okay.  And can we take a look at Q-2, I'm sorry, 92J-2.

5   What is that?

6   A    The second sheet is the details of the data that is

7   presented to me under each response from the instrument.  So

8   the picture that is here is specifically the numbers and the

9   lines that I was referring to, the pattern that I spoke

10  about, that would be related back to a chemical.

11  Q    And just very generally, very much in a lay point of

12  view, what are those graphs with the peaks on them show?

13  A    The graph on the bottom with the lines and the numbers

14  are representations of fragments of a molecule.  Basically

15  the pattern that is presented once a chemical is broken up.

16  Q    Okay.  And what about the peaks on the graphs above?

17  A    The ones above is basically where we start to look at

18  certain fragments that are specific to a chemical.  We can

19  put it into the software a way to separate out that

20  particular number to show that this is the timeline, this is

21  the specific time where that fragment comes out, and we can

22  see that we can evaluate several fragments at the same time

23  to see if they're all leaving the instrument at the same

24  exact time.

25  Q    And again this is for the Q-4, the question item?

1   A     That is correct.

2   Q     Okay.  Let's take a look at 92J-3, what is that?

3   A     This is a data presentation of a known standard much

4   like the previous one I spoke about, but this is not a

5   question sample, this is a known standard of methenolone,

6   M-E-T-H-E-N-L-O-N [sic], and enanthate, E-N-A-N-T-H-A-T-E.

7   Q     And what is methenolone enanthate, what is that?

8   A     That is a steroid.

9   Q     And you said this was a known so you were running

10  through the system a known sample?

11  A     Yes.  So when I was able to determine through the

12  library search tool that this was a potential chemical of

13  interest, I was able to obtain a reference standard,

14  basically a material that's known to be methenolone

15  enanthate, I then prepare that sample in a liquid form and

16  run it through the same procedure as the question specimen.

17  Q     And for what purpose?  I don't know if I asked you

18  that, but just for what purpose?

19  A     For the comparison of the data between the known and

20  the unknown.

21  Q     And take a look, if you would, at 92J-4.  What is that?

22  A     This is that same picture, the presentation of the

23  data, the lines and the numbers that are associated with the

24  pattern of that chemical.

25  Q     And so if we could put 92J-2 and 92J-4 next to each

1   other, two is the question and four is the known, can you

2   tell the jury what that shows?

3   A    So when I do my interpretation of data, I would then do

4   that comparison, and so I would use the library as a tool

5   first to give me an idea of what chemical I'm working with,

6   but then once I obtain the analysis of the reference

7   material, I'm going to do a side-by-side comparison of that

8   data vis-a-vis the pattern that's presented between the

9   question specimen and the known.  And here this is two

10  pictures that are representing that comparison side-by-side.

11  Q    Okay.  Can you just walk us through in a general

12  fashion how you do that comparison and how you make that

13  conclusion as to what that shows?

14  A    The first thing that I'm going to look at is actually

15  the time, the time that it takes for the chemical to exit

16  the instrument.  That's one piece of data that we evaluate.

17  And I look to see that between the question and the known

18  specimen, they are within the same time frame.

19       And the second thing I do is I evaluate the pattern

20  that's presented between the unknown and the known, and here

21  I see that the pattern is generally the same.

22  Q    And you can put your finger on the screen and point to

23  certain things, it will make a red mark.  And why don't you

24  first show the timeline, you were talking about in terms of

25  the time of it fragmenting?  Where's the timeline part of

1    that chart?

2    A    The time -- the time would be represented in this area

3    here.

4    Q    Okay.  So the bottom line of the graph?

5    A    The bottom line of the graph is actually representative

6    of a specific scan range.

7    Q    Right.

8    A    This is a snapshot of a particular time.

9    Q    Okay.  Well, just place, if you would use your finger

10   and sort of use that to point to the different things you

11   were talking about and explain that, please?

12   A    Sure.  So there's actually two -- so there's two parts

13   of this picture, the first, the top part where it does have

14   the timeline, so.

15   Q    And point that out, please?

16   A    On those two, on those two on that top picture there,

17   it basically shows the minute representation of how long it

18   takes for that analysis to be -- to go through the

19   instrument.

20   Q    Okay.  And then the -- in terms of the two graphs in

21   front of us, just show how that matches up in terms of that

22   you can say that that is, in fact, that substance?

23   A    So points of comparison between the question specimen

24   and the known specimen, I'm looking at basically the general

25   pattern, the height and the numbers that are presented, as

1   well as some specific numbers.

2   Q    Okay.  Point those out, please.

3   A    The two that I highlighted there, that number there

4   is -- has meaning.  It's related to the size of that

5   chemical.

6   Q    Okay.  And looking at this, there's a -- these

7   different peaks.  Do you look at those peaks in terms of --

8   and where they occur as to the comparison?

9   A    Yes.  This peak on top here is basically the --

10  Q    Circle it if you would, please.

11  A    [Witness complies.]

12  Q    Okay.

13  A    So that represents a compound coming out of the

14  instrument and into the detector, that peak would just

15  represent that compound.

16       These peaks here are representative of the fragments

17  that I was talking about when a molecule or a compound

18  breaks apart into fragments, those numbers and lines, they

19  are representative of that -- of that compound.

20  Q    And just for the record, so the record is clear in

21  terms of your -- you drew on 92J-4 the -- the peak you're

22  talking about is on the top part of the chart, the diagram?

23  A    Yes, that's correct.

24  Q    Okay.  And then the fragments are on the bottom part of

25  that diagram?

1    A     Yes, that's correct.

2    Q     And as a result of that, then you could do a conclusion

3    as to whether they match or not?

4    A     At that point I'm pretty confident that this is the

5    chemical of interest, and I've been able to identify it with

6    the reference standard.  At that point I do choose to do a

7    second technique to support those findings.

8    Q     And what's that second technique?

9    A     In this case it was time-of-flight mass spectrometry.

10   Q     Did you check for more than one -- check more than one

11   standard in terms of whether there was other things that

12   this could have been?

13   A     There's a series of reference standards that are run at

14   one time, depending on the data that I'm obtaining from

15   multiple samples run in the same sequence.

16   Q     Okay.  Let's talk about Q-5, Q-5, if we can go back to

17   52Y, page four.  I'm sorry, Q-5, what is that?

18   A     That is an ampule.

19   Q     And what did you do with Q-5?

20   A     I processed that in the same manner as the previous

21   items.  First I take a visual observation of that item.  In

22   this case I noted that it was a ampule that was labeled

23   Primobolan Depot, and I also noted that there was some

24   yellowish residue present.

25   Q     Okay.  And what did do you do with that to examine it?

1    A     I went to the interior portion of that ampule with a

2    liquid solvent, and that liquid solvent was then removed and

3    used for further chemical testing.

4    Q     Further techniques you talked about already?

5    A     That's correct.

6    Q     Q-6, did you examine Q-6?

7    A     Q-6, I visually looked at made notations of its

8    labeling.  However, there was no chemical analysis performed

9    on this item.

10   Q     Okay.  And Q-6 is marked how in terms of a label?

11   A     It has the label Serostim 6.

12   Q     Okay.  And why did you not examine that item?

13   A     Serostim 6 is human growth hormone, and we currently do

14   not have a procedure in the FBI Laboratory to test for

15   residues of that chemical.

16   Q     What about Q-7?

17   A     Q-7 is a vial, and it has a label Deca-Durabolin.

18   Q     And what did do with that item?

19   A     I first made a notion of its -- the physical

20   representation.  I did not note that there was any visible

21   residue present.

22         I then processed this vial in the same manner as the

23   Q-3 where it had a top that was crimped onto it so I used

24   that syringe technique of injecting liquid into that vial

25   and then removing -- rinsing and removing it through the use

1    of a syringe.

2    Q    Okay.  And we'll come back to the other items in a

3    moment.  But the items that we're already talked about, Q-1

4    through 5 and 7, 6 did you not test, you said?

5    A    That's correct.

6    Q    But can you walk us through what you found, what the

7    results of your testing at that time, what was the results

8    of your testing as to each one of these items?  And I

9    apologize in advance to the Court Reporter because I'm going

10   to go through some scientific names, but if you can just

11   walk through those, please?

12   A    Sure.  So for item Q-1, syringe, I found the presence

13   of residues of the following steroids:  Testosterone

14   propionate, testosterone isocaproate.

15            MR. BUTLER:  Let me just ask Ms. Hayes, if I

16   could, to pull back up -- yes, thank you.

17   BY MR. BUTLER:

18   Q    52Y, pages three.  Q-1 is the one that's in front of

19   you on the screen?

20   A    Yes, that's correct.

21   Q    Okay, I'm sorry, you can proceed, please.

22   A    The third is testosterone phenylpropionate and

23   testosterone decanoate and also nandrolone decanoate.

24   Q    Let me ask you, in terms of the names you were going

25   through, the, say, testosterone propionate, what is

1   testosterone propionate?

2   A    That is an ester form of testosterone.

3   Q    And what is an ester?

4   A    It's a functional group on a chemical that allows

5   interaction, chemical interaction.

6   Q    Let's break that down a little bit if we could.  In

7   lays terms, what is it?

8   A    It's the portion of a chemical that would have chemical

9   interactions, whether it be with another chemical or within

10  the body.

11  Q    Okay.  Is it a form of testosterone, but with an extra

12  carbon chain or something to that effect on it?

13  A    Yes, that's correct.

14  Q    And so it's the testosterone, but it has some addition

15  to it in terms of carbon -- part of its carbon structure?

16  A    Yes, that's correct.

17  Q    Q-w, what is -- what did you find in Q-2, and again 52Y

18  is the ampule and top; is that correct?

19  A    Yes.

20  Q    Okay.  What did you find in that item?

21  A    Within the Q-2 ampule I found residues of the follow

22  steroids:  Testosterone, testosterone propionate,

23  testosterone isocaproate, testosterone phenylpropionate and

24  testosterone decanoate.

25  Q    And again, the ones with the testosterone and a second

1    name, those are esters?

2    A    That's correct.

3    Q    What about Q-3, the -- Q-3 is -- what is that evidence?

4    A    Q-3 is a vial.

5    Q    Okay.  And what did you find in that?

6    A    Within the Q-3 vial, I identified residues of the

7    following steroids:  Nandrolone decanoate.

8    Q    Okay.  And again, nandrolone decanoate, that's an ester

9    of nandrolone?

10   A    Yes.

11   Q    And then Q-4, 52Y, page four, what is Q-4?

12   A    Q-4 is a syringe.

13   Q    Okay.  I may have misspoke earlier, Q-1, was that a

14   syringe as well?

15   A    Yes, Q-1 is a syringe.

16   Q    Okay.  And Q-4, that's the one that you talked about a

17   moment ago where you showed the graphs that were produced

18   from that?

19   A    That is correct.

20   Q    What did you find on Q-4 in terms of results?

21   A    Within the Q-4 syringe, I found residues of nandrolone

22   decanoate and methenolone enanthate.

23   Q    Okay.  And the methenolone enanthate is what the graph

24   showed?

25   A    Yes, that's correct.

1   Q     So in addition to that, you also found nandrolone

2   decanoate?

3   A     Yes.

4   Q     Q-5, what is that?

5   A     Q-5 is an ampule.

6   Q     What did you find on that, if anything?

7   A     Within Q-5 I found residues of nandrolone decanoate and

8   methenolone enanthate.

9   Q     And then Q-7, what is that?

10  A     Q-7 is also a vial.

11  Q     What did you find on that, if anything?

12  A     And I found within Q-7, the vial, residues of

13  nandrolone decanoate.

14  Q     Let me ask you from the testing that you did, can you

15  quantify how much was on each of these items?

16  A     No, from our procedures we cannot determine a quantity

17  of the material.

18  Q     So you can't tell if it's a small amount or a larger

19  amount?

20  A     No, there's no -- because we're not dealing with a

21  known volume to begin with, we cannot estimate the quantity.

22  Q     Let me ask you about the remaining items that you

23  looked at, at least on this series of testing.  Q-18, did

24  you do any testing on Q-18, the bottle?

25  A     Specifically on the Q-18 bottle, no.

1   Q    Okay.  And we can pull up 52Y, page one.  Top left

2   corner, that's the bottle you tested -- I mean, you

3   received?

4   A    That I received, yes.

5   Q    And contained within that was what?

6   A    Three hundred and nine pills.

7   Q    And did you examine those pills?

8   A    Yes, I did.

9   Q    And what examination did you do?

10  A    The first thing I did was a visual examination.  I

11  noted that there was no manufacturer logos or identifying

12  marks on those tablets.  I then performed a series of

13  instrumentation techniques to try to determine what the

14  chemical identity was of those pills.

15  Q    Okay.  And were you successful in identifying those

16  pills?

17  A    I did have -- I did find the presence of lactose in

18  what's termed specimen Q-18.1, which is specifically 308

19  pills from that bottle.

20  Q    I'd like to show you what's been previously marked, and

21  let me, if I can --

22            MR. BUTLER:  Court's indulgence.

23            I believe without objection, Your Honor, 92J-5,

24  I'd move its admission?

25            MR. ATTANASIO:  No objection.

1             THE COURT:   Admitted.

2             [Thereupon, Government's Exhibit No.

3       92J-5 admitted into evidence.]

4    BY MR. DURHAM:

5    Q     We can pull that up and show it to you.   Do you

6    recognize that?

7    A     Yes, I do.

8    Q     What is that?

9    A     That is a picture that I took of the contents of the

10   Q-18 bottle.

11   Q     And you examined all of them or a representative

12   sample?

13   A     Well, first I made a notation that there was one pill

14   that was a smaller size than the other pills so that item

15   was separated out as its own specific specimen.   And that

16   was referred to as Q-18.2.

17   Q     Can you point that out in 92J-5, you can circle it with

18   your finger if you would?

19   A     [Witnesses complies.]

20   Q     So the top right corner?

21   A     Yes.

22   Q     And, so you separated that one out, but then the 308

23   other pills, you examined those?

24   A     Yes, initially I performed chemical examinations on one

25   pill representative of that lot, Performing various

1    techniques, and then at that point, depending on those

2    results, I could then decide if I would need to sample more

3    of those pills.

4    Q    Okay.

5    A    Through the course of my analysis, I was able to

6    determine the presence of lactose.  But I did not find any

7    other types of chemicals present.

8    Q    And so were you ever able to identify those pills?

9    A    Only the presence of lactose.

10   Q    And what is lactose?

11   A    Lactose is basically a sugar component that can be

12   found in pharmaceutical pills.

13   Q    And looking at 92J-5, the top right corner, one down,

14   there's a broken pill?

15   A    That is correct.

16   Q    And was that in that condition when you received it?

17   A    Yes.

18   Q    And is that one of the 308 or is that one of the -- is

19   that separate?

20   A    That is one of the 308 tablets.  However, there was no

21   specific analysis done on that one.

22   Q    And what about the Q18.2, did you examine that item?

23   A    Yes, I did.

24   Q    And what did do you with that item?

25   A    The first thing that I did was I took that pill and I

1  took a portion of it and ground it into a powder.  I then

2  took some of that powder and placed it into that liquid

3  solvent for the purpose of trying to dissolve it.

4      I then took that liquid and performed the

5  instrumentation techniques that I spoke about earlier that I

6  did with the vials and the syringes, specifically the GC/MS

7  test, as well as the time-of-flight test.

8  Q    And what was the result of that testing?

9  A    There was also that test, I was able to identify the

10  presence of methandrostenolone.

11  Q    Okay.  And what is that?

12  A    That is also a steroid.

13  Q    And that's a, obviously an oral steroid?

14  A    Yes.

15  Q    A pill that you take?

16  A    Yes, that's correct.

17  Q    All right.  After you tested these items, did you

18  receive additional items thereafter from the Washington

19  Field Office of the -- or the office in Manassas?

20  A    Yes, I did.

21  Q    And what items did you receive at that time?

22  A    I received six vials.

23  Q    If I could have Agent Longmire bring up to you 52J.

24  What is that item?

25  A    This is a package containing six vials in addition to

1    test tubes of liquid.

2    Q     And you've seen those before?

3    A     Yes, I have.

4    Q     And the lab received those items?

5    A     Yes, that's correct.

6    Q     You said six vials.  Were there also some additional

7    material with that?

8    A     There's also some broken fragments of glass as well.

9    Q     And was that the condition that you received it?

10   A     Yes.

11   Q     And just for the aid of the jury, if you can take a

12   look at 52Y, page one.  The bottom left corner, is that

13   consistent with what you have in front of you?

14   A     Yes, it is.

15   Q     So in terms of the items you have in front of you,

16   those six items, some brown, some clear colored?

17   A     Yes, that's correct.

18   Q     What did you do with those items?

19   A     Those items were sealed containers, so I had to break

20   the top off of them and remove the liquid.  After I removed

21   that liquid and made notation of its consistency, I then

22   took a portion of that liquid and dissolved it in another

23   liquid solvent and that created my sample that I worked with

24   with the various instruments, and I performed the same

25   techniques as I did in the earlier items, specifically the

1    GC/MS and the time-of-flight mass spectrometry techniques.

2    Q     And just so we're clear, the -- you received items in a

3    first batch and then a second batch, the first batch is the

4    items we just talked about a moment ago?

5    A     Yes.

6    Q     And were any of those items in terms of the vials, did

7    they have any liquid in them that you could see?

8    A     Can you repeat what you --

9    Q     I'm sorry.  The Q-1 through Q-7 that we talked about

10   before.

11   A     Yes.

12   Q     Did those have liquid in them at that time, either the

13   vials, ampules, or the syringes?

14   A     None of those had a volume of liquid in them.  However,

15   two of those previous ampules did have a residue present.

16   Q     And in terms of these items that you received on the

17   second batch, these, in fact, did have liquid in them?

18   A     Yes, that's correct.

19   Q     Okay.  And you broke the top to get the liquid out at

20   that time?

21   A     Yes, that's correct.

22   Q     And so the items you have in front of you, are they --

23   they've been broken since the time of when you received

24   them?

25   A     Yes, I was the person that broke them.

1   Q     And do those have Q numbers on them?

2   A     Yes, they do.

3   Q     What are the Q numbers?

4   A     Specimens Q-19, Q-20, Q-21, Q-22, Q-23 and Q-24.

5   Q     And so you put these -- you broke the top of the

6   ampule, drew the liquid, and put it through the same process

7   you talked about before?

8   A     Yes, that's correct.

9   Q     What was the result of your testing at that time?

10  A     Within items Q-19, 20, Q-21 and Q-22.

11  Q     Before you go to the test results, do those have

12  markings on the ampules, I'm sorry?

13  A     Yes, they do.

14  Q     And Q-19 was what?

15  A     Q-19 was a vial that was labeled Sustanon.

16  Q     And twenty?

17  A     And 20 is a vial labeled durateston.

18  Q     And -- go ahead.

19  A     Q-21 and Q-22 are also vials labeled durateston.  And

20  Q --

21  Q     Stop there.  As to Q-19 through 22, did you do the

22  testing we talked about before?

23  A     Yes, I did.

24  Q     And what was the result of that testing for those

25  items, Q-19 through 22?

1    A      I found the presence of testosterone propionate,

2    testosterone isocaproate, testosterone phenylpropionate, and

3    testosterone decanoate.

4    Q      And again, those are esters of testosterone?

5    A      Yes.

6    Q      Okay.  What was Q-23, how was that labeled?

7    A      Q-23 was a brown vial labeled deposteron.

8    Q      And what about Q-24?

9    A      Q-24 was also a brown vial labeled deposteron.

10   Q      And what the result of your testing of Q-23 and 24?

11   A      Within Q-23 and Q-24 I found testosterone cypionate.

12   Q      And again that's an ester?

13   A      Yes.

14   Q      Let me ask you the -- those are labeled in certain

15   ways, but as part of your work, do you deal with the

16   commercial names of different testosterones, of different

17   steroids?

18   A      There's an occasion, yes.

19   Q      Okay.  But do have you any expertise in that area?  Is

20   that something you deal with on a regular basis?

21   A      No, basically I would do -- if I received a brand name,

22   I would do a search within our literature to determine what

23   the chemical components associates with that brand name is.

24   Q      Are you familiar with a commercial name of Sustanon,

25   the one that you talked about in Q-19?

1    A      I've heard of it before, yes.

2    Q      And what is your understanding of what Sustanon is?

3    A      Again, I would refer to a specific reference, I would

4    read from the reference material to see the exact component.

5    Q      Thank you.

6           MR. BUTLER:  Court's indulgence.

7           I have no further questions, Your Honor.

8           THE COURT:  Cross-examination.

9           Thank you, Your Honor.

10                          **CROSS-EXAMINATION**

11   BY MR. ATTANASIO:

12   Q      Good morning.

13   A      Good morning.

14   Q      You and I have never met before; is that correct?

15   A      That's correct.

16   Q      Okay.  Let's me ask you a few questions about some of

17   what you've shared with us today.

18          First you talked in the beginning of your testimony

19   about some of the standard operating procedures at your lab.

20   Do you recall that?

21   A      Yes, I do.

22   Q      And as I understood you to talk about that, you

23   mentioned standard operating procedures around some of these

24   techniques that you've shared with us as having used on

25   these items; is that right?

1  A      Yes.

2  Q      The lab also has standard operating procedures around

3  chain of custody, maintaining the integrity of the evidence,

4  and those sorts of thing; is that right?

5  A      That's correct.

6  Q      And could you share with us generally speaking from

7  your view as someone who's been there 15 years what those

8  procedures are?

9  A      When items are received in the FBI Laboratory, the type

10 of delivery into the laboratory is first recorded on a chain

11 of custody log and whether we received them through FedEx,

12 through the mail or through personal delivery, that

13 information is recorded on the initial chain of custody log.

14      At that point, once the evidence and the paperwork is

15 inventoried, the evidence is then placed into either a

16 storage vault or transferred to another individual.

17      All of that information, whether it's placed into a

18 vault or if it's transferred would be recorded on a chain of

19 custody log.  And each time that item moves from one place

20 to another or one person to another, that information is

21 recorded on the chain of custody log.

22 Q      When you conduct your testing, do you attempt to keep

23 items that you're testing separate?  In other words, you

24 test them one at a time so they're not commingled?

25 A      Generally yes.

1   Q    Why do you do that?

2   A    We do that so that we do not -- it's a measure to

3   prevent any type of cross-contamination.

4   Q    Bingo.  What does cross-contamination mean, if you

5   would share that with us?

6   A    Cross-contamination is something that could occur if

7   two materials come in contact with each other.

8   Q    And how does that impact the integrity or reliability

9   of what work you might conduct?

10  A    Basically I would not be able, if I find a substance, I

11  cannot tell you exactly what the origin of that substance

12  is, only that I found it on the item that I tested.

13  Q    Okay.  I believe you said you have your report up

14  there?

15  A    That's correct.

16          MR. ATTANASIO:  May I approach, Your Honor?

17          THE COURT:  Yes.

18  BY MR. ATTANASIO:

19  Q    I've handed you, Ms. Reynolds, what we've marked as

20  Defense Exhibit 95.  Is that an accurate copy of your

21  report, the same report you've been referring to?

22  A    Yes, it is.

23          MR. ATTANASIO:  Your Honor, I move the admission

24  of 95.

25          THE COURT:  Any objection?

1             MR. BUTLER:  No objection, Your Honor.

2             THE COURT:  Admitted.

3             [Thereupon, Defendant's Exhibit No. 95

4        admitted into evidence.]

5    BY MR. ATTANASIO:

6    Q    All right.  Let's just orientate ourselves.  I'm going

7    to go over some of the same items, but with some slightly

8    different questions that you've just gone over with the

9    Government, okay?

10   A    Okay.

11   Q    All right.  So we have, if we could focus in, Ms.

12   Manella, on Q-1, Q-2 and Q-3, get those enlarged.  Those are

13   three of the items you tested; correct?

14   A    Yes, it is.

15   Q    And then if we could put that side-by-side with 52Y-3.

16   Okay.  And Q-1, which is labeled on your report as a

17   syringe, we see at the bottom of the picture on the right;

18   is that right?

19   A    Yes, that's correct.

20   Q    Okay.  And then Q-2, which is the ampule on the top, we

21   move up, and we have that broken ampule that you've talked

22   about, yes?

23   A    Yes, that's correct.

24   Q    Okay.  And then Q-3, which you have listed in your

25   report as a vial, and then we have the report of the -- the

1   picture rather of the vial with a white or silver cap; is

2   that correct?

3   A    That is correct.

4   Q    Okay.  Now, let me ask you about this.  You've talked

5   from time to time about visually inspecting at least two of

6   these items, Q-2, which we have here, and Q-5, which we'll

7   come to in a moment.  And seeing with your eyes, I think you

8   said a yellowish residue; is that right?

9   A    That's correct.

10  Q    You have no personal knowledge of when these items were

11  first stored; is that fair?

12  A    That's correct.

13  Q    Or when those two ampules, Q-2 and Q-5, with the

14  residue were broken; is that right?

15  A    That's correct.

16  Q    But what you know is that that residue at some point in

17  time before they came to you, those ampules, that was

18  liquid; right?

19  A    Yes.

20  Q    Okay.  Liquid becomes residue, yes?

21  A    It can, yes.

22  Q    Generally speaking?

23  A    Yes.

24  Q    So when we talk about those two ampules being broken,

25  Q-2 and Q-5, when you used your expertise to figure out what

1   had been in there, they were dry, but at some earlier point

2   when they were open, there had been some liquid in there

3   that then turned to residue; right?

4   A    Although I didn't see them in that condition, I can

5   make the assumption that they were a manufacturally [sic]

6   sealed ampule.

7   Q    I didn't quite understand the last part.

8   A    If it was a sealed ampule, because this one had a label

9   on it, then I can make the assumption that there was liquid

10   in it, it was a manufacturally -- manufacturally sealed

11   ampule.

12   Q    Okay.  And if we pull back, Ms. Manella on this

13   picture, I take it -- and make it bigger, the whole thing.

14   Thank you.

15       You see that beer can on the left, Ms. Reynolds?

16   A    Yes.

17   Q    I take it you don't know anything one way or the other

18   about that beer can; right?

19   A    That's correct.

20   Q    But based on your expertise and your training, would

21   you agree with me that if the broken ampule that once had

22   liquid in it was inside a beer can like this, some liquid

23   may be discharged or drip out of the broken ampule with no

24   top; would that be fair?

25   A    It's certainly possible, yes.

1    Q    Now, let's step back, and if we could go back to

2    Exhibit 95, which is your report, and go to the second page.

3    I want to ask you a few questions a little more specifically

4    about your finding.  And if we could look at your finding

5    for Q-1.

6        Now, I'm not going to read those again or I don't think

7    I'll have you read them either, but what we see there is the

8    first four things you found are testosterone substances; is

9    that fair?

10   A    Yes.

11   Q    Do you know if those four testosterone substances

12   together make up a particular steroid product that one might

13   use?

14   A    I did review in the literature when I received the

15   vials and the ampules, and they had the labels.  I did

16   review the literature to find out what is the components of

17   that label.

18   Q    And so these four steroids here, what -- excuse me.

19   These four testosterones, the first four entries you have

20   here, what does those make up, if you know?

21   A    I can't speak directly at this time that I know that

22   those are components of a particular label.  I do recall at

23   the time of my analysis that I did review the components of

24   a label, but I cannot -- I'd have to refer to a reference

25   material at this point to confirm that.

1    Q    Fair enough.  But you and I can agree that those four

2    together make up product X, a steroid that one might buy; is

3    that right?

4    A    Yes, I have observed that in the literature.

5    Q    Okay.  And then the last -- so let's remove that

6    highlight, please, and let's highlight the nandrolone

7    decanoate.  That's a second product; right?

8    A    Yes.

9    Q    And I believe, would you agree with me, that's a

10   product known as Deca-Durabolin; does that sound familiar?

11   A    It sounds familiar, I would have to verify it through a

12   reference source if that was the exact correlation.

13   Q    Okay.  But you will agree with me that within Q-1, a

14   syringe, there are traces of two separate products, one a

15   four testosterone mixture and another, this nandrolone

16   decanoate; is that right?

17   A    Yes, if those components are associated with two

18   products, then the combination of those are found within the

19   Q-1 syringe.

20   Q    And then if we go to Q-2, it looks like that has many

21   of the same testosterones, but this time it looks like it's

22   five different compounds, if you will.  Do you know what

23   those make up, do they make up a single product or multiple

24   products, if you know?

25   A    I don't know specifically at this point if those are a

1    specific or exact name.  However, in my notes I do have a

2    notation of that label where it read mix of five as well as

3    the description of that label is associated with those

4    products.

5    Q    Okay.  And that's Q-2, which is a broken ampule; right?

6    A    Yes, that's correct.

7    Q    And that broken ampule, I think you're sharing with us

8    was labeled durateston; right?  You can look, if you want.

9    A    Yes, Q-2 was labeled durateston.

10   Q    Okay.  And so is it safe to assume that these

11   testosterone compounds that are listed here mixed together,

12   based on your memory of reviewing the literature, that was

13   durateston; is that right?

14   A    Yes.

15   Q    Okay.  Now, if we look at your finding on Q-3, do you

16   see that Q-3 was the vial?

17   A    Yes.

18   Q    And you found there this single product that we also

19   saw in Q-1, nandrolone decanoate; right?

20   A    Yes.

21   Q    And I think you'll agree with me, based on your best

22   memory, that's a product called Deca-Durabolin, a separate

23   steroid; right?

24   A    I believe so, yes.

25   Q    Okay.  Let's take that down.

1      Let's make sort of a baseline here of your knowledge

2  based on what you did.

3      Is it fair to say that although you can help tell us

4  what some of these compounds and chemicals are, you can't

5  tell us how they got there; is that fair?

6  A    Yes, that's correct.

7  Q    You can't tell us who used them; is that fair?

8  A    Yes, that's correct.

9  Q    You can't even tell us if anybody used them; right?

10 A    That's correct, I can only tell you the chemicals that

11 are presents on those items.

12 Q    Okay.  Now, let's go back, if we could, then, to --

13 let's now go to the -- let's move quickly through the other

14 items, Q-4 through 7, also on page one of your report, and

15 Ms. Manella, if we could go side-by-side with 52Y-4.

16     Okay.  Here you've looked at Q-4 was another syringe,

17 that's two syringes you've looked at; right?

18 A    Yes.

19 Q    You had Q-5, another broken ampule; right?

20 A    Yes.

21 Q    And I think we've agreed that had some residue in it

22 which meant at some point when it was -- the top was off it

23 would have also had liquid in it?

24 A    Yes.

25 Q    Okay.  And then Q-6 wasn't tested, we can skip that.

1   And Q-7 up above, that's another silver-capped vial, and

2   it's labeled Deca-Durabolin.

3   A    Yes.

4   Q    All right.  So we'll see if that vial, Deca-Durabolin,

5   we'll confirm, I think you were trying to remember, we'll

6   confirm that's probably going to be nandrolone decanoate;

7   okay?

8   A    Yes.

9   Q    All right.  So Q -- let's focus on Q-4, the syringe

10  first, and go to page two of your report, please.  Back to

11  this chart you did, this table.  You found on Q-4,

12  nandrolone decanoate, and can you say that second one,

13  please?

14  A    Methenolone enanthate.

15  Q    Okay.  And just to verify real quick, let's look at Q-7

16  just real quick so we have this in mind.  You see where it

17  says nandrolone decanoate for Q-7?

18  A    Yes.

19  Q    And that's the one that the label said Deca-Durabolin?

20  A    Yes.

21  Q    Does that make it more certain, refresh your memory

22  that this nandrolone product is a commercial product called

23  Deca-Durabolin?

24  A    Yes.

25  Q    Okay.  So now back to Q-4.  Q-4 has on it the same

1   product, Deca-Durabolin, the chemical name nandrolone

2   decanoate, and then this methenolone product.  Do you know

3   what the methenolone product is?

4   A     I do not know the brand name for methenolone enanthate.

5   Q     Do you recall, tell me if this sounds familiar,

6   Primobolan.

7   A     I have heard that term before.

8   Q     Okay.  Let's look at Q-5.  Now, Q-5, and I can show you

9   the picture again if you need it, but Q-5 is a broken ampule

10  and top labeled Primobolan.  Do you see that in your notes?

11  A     Yes, I do.

12  Q     Okay.  So let's pause here.  So Q-5, the broken ampule,

13  is labeled Primobolan; right?

14  A     Yes, I have that notation.

15  Q     Okay.  Does that refresh your memory that Primobolan is

16  a -- the chemical for Primobolan is methenolone enanthate?

17  A     Again, I still would have to verify through a reference

18  source, but I do recall looking those up.

19  Q     Assume with me, as a hypothetical for now, that it is.

20  Okay?

21  A     Okay.

22  Q     How does the Deca-Durabolin get into a vial -- if an

23  ample labeled Primobolan, how do two steroids, two steroid

24  products, if you know, get into a single ampule with the top

25  broken off?

1  A    I cannot offer any idea how something can get there, I

2  just test the substances to determine what's present.

3  Q    It is possible, based on your training and expertise,

4  that somebody would have taken the Deca-Durabolin and

5  dripped it or leaked it or had it leak into a broken ampule

6  with a different substance, Primobolan?

7            MR. BUTLER:  Objection, Your Honor.

8            THE COURT:  Calls for speculation.  Sustained.

9  BY MR. ATTANASIO:

10  Q    Then Q-7 is also nandrolone decanoate; is that right?

11  A    Yes.

12  Q    And it was in a vial; right?

13  A    Yes.

14  Q    Do you know if that vial labeled Deca-Durabolin was

15  open at any point that it was either in this beer can or

16  outside this beer can when it was just collected with all

17  this other stuff?  Do you know?  Do you know if it leaked?

18  A    I do not have that knowledge, no.

19  Q    Okay.  All right.  Take that down -- well, no, leave

20  that up, sorry.

21       Let's talk a little bit about the -- just quickly about

22  the pill bottle, shall we, Q-18 and 18.1 and so on.

23  A    Uh-huh.

24  Q    I just want to make sure I understand, inside that

25  bottle there were 309 pills; is that fair?

1    A     Yes.

2    Q     Of those, 308 have zero control substances; right?

3    A     From my testing I actually performed a sampling plan on

4    those items.  So I can tell you that from the items that I

5    sampled, I found the presence of lactose and no controlled

6    substances.

7    Q     And you sampled enough, it's part of your routine,

8    these procedures we were talking about, you sampled enough,

9    I believe 28 pills, to be able to confident to share with us

10   that of that universe of pills, the 308, you're confident

11   they don't contain any controlled substances; fair?

12   A     If the purpose of the sampling plan is to be able to

13   make an inference of a population based on sampling of a

14   smaller portion, so I can tell you that from the samples I

15   tested I found the presence of lactose.  And that sampling

16   was taken with the intent to infer from that population.

17   Q     And we have your conclusion here up on your report; is

18   that accurate?  No controlled substances were identified

19   within these tablets?

20   A     Yes, that's correct.

21   Q     Then there's the one that doesn't belong, right, the

22   one that's different; correct?

23   A     Yes.

24   Q     And in that one you found a controlled substance, a

25   steroid product; is that right?

1    A    That is correct.

2    Q    And the brand name, it's another one of these long

3    names, can you say it for us?

4    A    Methandrostenolone.

5    Q    Okay.  Do you know that the brand name for that is

6    something called Dianabol?

7    A    Yes.

8    Q    All right.  Do you have any knowledge how one steroid

9    pill got dropped into a bottle containing 308 pills that

10   don't have any controlled substances in them?

11   A    No, I do not have any knowledge of that.

12   Q    Is there anything in your testing that would be

13   inconsistent with the notion of a person taking one steroid

14   pill from somewhere else and dropping it in that bottle?

15            MR. BUTLER:  Objection, Your Honor.

16            THE COURT:  Calls for speculation, sustained.

17   BY MR. ATTANASIO:

18   Q    Now, down at the bottom of this page, you list out, if

19   we go to the very last paragraph, you list out -- yeah,

20   thank you, going on to the third page, you list out all the

21   techniques you used to look at these pills; is that right?

22   A    Yes, that's correct.

23   Q    And again, though, none of these tests can tell us

24   where those pills came from, who had them, who used them, if

25   anybody, or anything like that; is that fair?

1    A     That's correct.

2    Q     Okay.  We can take that down.

3          Now, just briefly, the tests you conducted, you

4    conducted a second round of tests, remember the Government

5    talked to you about two sets of tests on some additional

6    items, different items?

7    A     Yes.

8    Q     Okay.  And that, you put that together in a report

9    dated the next year, dated October 12th, 2010; is that

10   right?

11   A     That's correct.

12   Q     And that was some of these clear vials and brown vials

13   that we saw?

14   A     Yes.

15   Q     Okay.  And when they came to you, they were intact,

16   they were still not open.  You had to open them to test

17   them; is that right?

18   A     That's correct.

19   Q     And I'm not going go through all the detail, but on

20   those unopened products, you found -- you found that they

21   were, in fact, some kind of steroids in each one; right?

22   A     Yes.

23   Q     Again, you don't have any knowledge who had them or how

24   they got to you other than you know they were delivered by a

25   fellow FBI agent; is that right?

1    A    That's correct.

2    Q    Okay.

3              MR. ATTANASIO:  Ms. Reynolds, thank you very much.

4              THE WITNESS:  Thank you.

5              THE COURT:  We'll take ten minutes.

6              THE DEPUTY CLERK:  All rise.  This Honorable Court

7    is in a ten-minute recess.

8              [Thereupon, recess taken at 11:10 a.m.,

9         resuming at 11:22 a.m.]

10             MR. BUTLER:  Your Honor just briefly.  Ms. Hayes

11   is not feeling well.  We've lost her.  We're going to have

12   to substitute -- Agent Longmire will help me with the

13   exhibits, but we're going to have to bring the other agent,

14   who's been in the courtroom, Jeff Pollack, in to help with

15   the, take the exhibits up to the witness.  But I just wanted

16   to tell the Court that there's been a little shuffle in

17   terms of personnel.

18             THE COURT:  Any objection?

19             MR. ATTANASIO:  No objection.

20             THE COURT:  Very well.  Okay.

21             [Thereupon, Jury enters courtroom at

22        11:23 a.m.]

23             THE COURT:  You may be seated.

24             Okay.  Redirect.

25             MR. BUTLER:  Thank you, Your Honor.

1                           REDIRECT EXAMINATION

2    BY MR. BUTLER:

3    Q    Ms. Reynolds, a few follow-up questions for you.  Let

4    me ask you, the defense counsel handed you up a copy of a

5    report in this matter?

6    A    Yes.

7    Q    Okay.  And do you know if per normal procedures all

8    those documents are turned over to the defense counsel?

9    A    Yes.

10   Q    Okay.  Let me ask you, in terms of the Q seven, which

11   was on page 52-Y, page four, and that's been admitted so the

12   jury can be shown that.

13        Q seven, what type of a cap is that?

14   A    I call that a crimp top cap.

15   Q    And what is that?

16   A    Basically it's a silver cap that is crimped onto the

17   glass vial.

18   Q    Okay.  And do you know if that -- Mr. Attanasio asked

19   you some questions about whether that could leak.  Was that

20   cap on there when you received it?

21   A    Yes, it was.

22   Q    Okay.  And do you know if those leak or not or they

23   prevent them not to leak, or do you know what those are?

24   A    I have no knowledge if it leaked or not.  But the

25   purpose of that crimping of the cap is to keep them as a

1    sealed container.

2    Q    Let me ask you, in terms of 18-one, if you can take a

3    look at 52-Y, page one.

4    A    [Witness complies.]

5    Q    The white pills, other than the one steroid pill, do

6    you recall that, those questions?

7    A    Yes.

8    Q    Okay.  To this day, do you know what those substances

9    are or those pills are?

10   A    I do know that they contain lactose.

11   Q    But other than the lactose, could you identify any

12   other compound in those pills?

13   A    No, I was not able to.

14   Q    Could you identify a commercial name or anything else?

15   A    There was no identifying marks or manufacturer's logos

16   present on those pills.

17   Q    So, do you know what those pills are, other than they

18   had some lactose in them, sugar?

19   A    No, I don't know anything else.

20   Q    And let me ask you, if I could have a little change in

21   personnel here, Agent Pollack, take up to the witness Q-19

22   through 25.  I'm sorry, 52-J.

23        And you saw those before?

24   A    Yes, I have.

25   Q    And those are the ampules that you broke off the tops

1    of?

2    A     Yes.

3    Q     And how did you go about breaking off the tops on

4    those?

5    A     Basically I take a scalpel and I would score around the

6    top portion of that ampules and then break it off with my

7    hands.

8    Q     Okay.  And what does that result in, in terms of the

9    break on that ampule?  Take a look at, if you would, Q-19.

10   A     [Witness complies.]  Can you repeat the question?

11   Q     Yeah.  What is that, in terms of the break, is that a

12   clean break or is that a --

13   A     This is a clean break.

14   Q     But in terms of the glass that's there, is there a

15   glass?  It's a glass container?

16   A     Yes, it is.

17   Q     Okay.  And are there edges to that glass at that point?

18   A     There's a little, yes.

19   Q     And, I mean, the jury will have these exhibits, but are

20   there, is it a smooth surface at that point or is it a

21   jagged surface?

22           MR. ATTANASIO:  Your Honor, improper redirect.  I

23   didn't go into this.

24           THE COURT:  This does seem to be beyond what he

25   pursued.

1              MR. BUTLER:  I'll withdraw the question, Your

2    Honor.  I have no further questions, Your Honor.

3              THE COURT:  Any questions from the jury?

4              [Bench conference.]

5              THE COURT:  Okay.  The question is, "Did you find

6    any substances other than the steroids and lactose in the

7    items you tested?"

8              MR. BUTLER:  No objection, Your Honor.

9              MR. ATTANASIO:  No objection if either the Court

10   or I -- well, no objection.

11             THE COURT:  Is that it?

12             MR. ATTANASIO:  Your Honor, while we're here, the

13   only thing I was going to say about that question, and the

14   government can correct me if I'm wrong, but I don't think

15   the witness looked for other substances.  And I'm worried

16   that the jury might think, well, was there any B-12, for

17   instance, in one of these items.  She was not --

18             THE COURT:  I'll give you a chance to follow up.

19             MR. HARDIN:  One possibility, Judge, would just be

20   for the Court to ask the second question, which would

21   acquiesce that, did you look for any other items?

22             THE COURT:  Very well.  "Lactose pills or a sugar

23   component, could these be from on-line pharmacy where they

24   were, where they were labeled to be diet pills?"  I don't

25   know if she can say anything more than what she's indicated.

1        MR. BUTLER:  She has already said that she can't

2   tell you what they are.

3        THE COURT:  I'll just ask her, can you tell us

4   anything more about the lactose pills than you've told us

5   already.

6        [Open court.]

7        THE COURT:  Ms., can you tell us anything more

8   about the lactose pills than what you've already told us?

9        THE WITNESS:  I can tell you that I performed

10  additional techniques on those pills because when I

11  performed the first test and I found the presence of

12  lactose, and I found the absence of any other controlled

13  substances, I went and used other instrumentation available

14  in the laboratory to try to determine was there any type of

15  active ingredient or any type of other chemical present in

16  those tablets.  I basically performed the techniques, almost

17  all the techniques available in the laboratory, and was not

18  able to come up with any type of other substances.

19        There's, through the boundaries of testing, we

20  also have limited --

21        THE COURT:  Please say that again.

22        THE WITNESS:  Sure.  Within any type of procedure

23  there are boundaries, meaning the limits of detection; how

24  small of a component can our instrumentation test?  So,

25  without knowing what target I'm looking for, I don't know

1    what that lower boundary is.  I did the best case scenario

2    with that tablet, those tablets, taking an entire pill and

3    crushing the entire tablet, and using that liquid extraction

4    of an entire tablet itself to try to get the most material

5    possible to test.

6              I performed all the different types of

7    instrumentation in our laboratory to look for any type of

8    response.  And the only thing that I saw consistently was

9    the response of lactose.  I did not find any other types of

10   components.  If there's a component that is present in such

11   a small quantity that our instruments wouldn't be able to

12   test that well, that's, that could be a contributing factor.

13   But from what I could tell, I could only find the presence

14   of lactose in those tablets.

15             THE COURT:  Okay.  Did you find any substances

16   other than steroids and lactose in the items that you

17   tested?

18             THE WITNESS:  I would have to ask specifically

19   which items?

20             THE COURT:  Any other chemical or any other

21   substances besides steroids and lactose, did you find in

22   your testing?

23             THE WITNESS:  In the 18.2 tablet where I found the

24   methandrostenolone, that was the one pill that was smaller

25   than the others, I found the presence of lactose as well as

1    talc in that tablet as well.  And lactose and talc are

2    chemicals that are commonly found in tablets of

3    pharmaceutical preparations.

4              THE COURT:  When you saw talc, what are you

5    talking about?

6              THE WITNESS:  Talc is a chemical that is used to

7    help bind a tablet together to create that solid form.  So,

8    an active ingredient of any type of tablet, say of a Tylenol

9    tablet, would be very, very small.  So, you need to have

10   some other material, which we refer to as filler material,

11   to keep all of that together in a tablet form for someone to

12   consume.  So, talc and lactose is something that could be

13   commonly found in those types of tablets.

14             THE COURT:  Now, did you test these items for any

15   other substance to see if there was anything else present?

16             THE WITNESS:  The tests that were performed are

17   basically our comprehensive testing of, it encompasses a

18   very large, vast listing of chemicals, drugs, as well as

19   poisons, any type of organic type of molecules.  So, the

20   tests that were performed on these items was basically the

21   best approach and a wide approach to see what's present.

22             THE COURT:  Further questions from the jury?

23             Further questions from counsel?

24             MR. ATTANASIO:  No, Your Honor.

25             THE COURT:  Thank you.  Thank you, Ms.

 1          Next witness.

 2          MR. BUTLER:  Yes, Your Honor.  The government

 3  would call Jeremy Price.

 4          Thereupon,

 5                    JEREMY PRICE,

 6  having been called as a witness for and on behalf of the

 7  Government, and having been first duly sworn by the Deputy

 8  Clerk, was examined and testified, as follows:

 9          THE WITNESS:  I do.

10          MR. BUTLER:  Your Honor, if I might just have a

11  moment to consult with defense counsel?

12          THE COURT:  Yes.

13          [Brief pause.]

14                    DIRECT EXAMINATION

15  BY MR. BUTLER:

16  Q    Good morning.

17  A    Good morning.

18  Q    Could you state your name and spell both your first and

19  last names, please?

20  A    My name is Jeremy Price.  That's J-E-R-E-M-Y, Price,

21  P-R-I-C-E.

22  Q    And, Mr. Price, I'm going to walk through some

23  questions with you, but let's start with your educational

24  background.  Well, first, where do you live?

25  A    I live in Los Angeles, California.

1    Q     And what's your educational background?

2    A     I have a bachelor of science in biology from San Diego

3    State University.

4    Q     And where did you get your degree?

5    A     I finished there in December of 2002.

6    Q     And while you were in college, did you obtain a -- or

7    did you work in a science lab?

8    A     Yes.

9    Q     What type of science lab was that?

10   A     It was a molecular biology lab.

11   Q     Where was that?

12   A     At the Scripps Research Institute in San Diego.

13   Q     And after you finished and got your degree in December

14   of 2002, what did you do after that in terms of employment?

15   A     Immediately after finishing school, I worked as a

16   therapist in a physical therapy and chiropractic clinic.

17   And then shortly thereafter I took a job at UCLA Olympic

18   Analytical Laboratory.

19   Q     And what's that laboratory?  What does that laboratory

20   do?

21   A     They deal mostly with, well, almost solely with sports

22   doping, testing for, you know, various sports organizations.

23   Q     Okay.  And when you say sports doping, what do you mean

24   by doping?

25   A     Anything that can be used as a performance-enhancing

1   drug is what we mainly screen for.

2   Q    Okay.  And when you -- let's walk through each one of

3   those.  When you say screen for, what do you mean by screen

4   for?

5   A    Well, we receive samples, usually urine, sometimes

6   blood, but mainly urine. And we would screen, screen them,

7   meaning look for various compounds in those samples.  And it

8   usually consisted of anabolic steroids stimulants, beta-2

9   agonists, diuretics.  A lot of different compounds.

10  Q    Okay.  And it was all directed at performance-enhancing

11  drugs in sports?

12  A    That's correct.

13  Q    Okay.  Do they have any work with the Olympics?

14  A    Yes, we did work for USADA, which is the United States

15  Anti-Doping Association.  I believe they collect samples

16  from Olympic athletes for Olympic sports.

17  Q    Okay.  And when you were at the UCLA, University of

18  California, Los Angeles?

19  A    That's correct.

20  Q    So it's associated with the university?

21  A    Yes.

22  Q    Okay.  And the Olympic Analytical Laboratory, what was

23  your position there?

24  A    I started as an assay chemist, and later I took a

25  position in the GCMS and the LCMS departments as a GCMS and

1    a LCMS chemist.

2    Q    Okay.  Let's break that down a little bit.  When did

3    you start at that laboratory?

4    A    I started in March of 2004.

5    Q    And you said initially you were an assay?

6    A    Assay chemist.

7    Q    And what is an assay chemist?

8    A    An assay chemist basically prepares raw samples for

9    analysis.  Yeah, essentially that's what we do.

10   Q    Well, just in lay terms, what are you talking about?

11   A    Well, the sample arrives as a urine or a blood sample,

12   but the sample can't be injected that way.  It has to be

13   processed in order to get it into a form that can be

14   analyzed effectively on the instruments that we used.

15   Q    Okay.  And you mentioned one of those, GCMS?

16   A    That's correct.

17   Q    And what's that stand for?

18   A    GCMS is gas chromatography mass spectrometry.

19   Q    And in one or two sentences, what is that?

20   A    It's an instrument that basically separates components

21   of a very complex mixture and then analyzes those components

22   one at a time.

23   Q    Okay.  And the LCMS, what is that?

24   A    It does exactly the same thing, just in a different

25   way.  GC, again, it's gas chromatography, the sample is

1    separated in the gas form.  And in liquid chromatography the

2    sample is separated in the liquid form.

3    Q    Okay.

4    A    But they essentially do the same thing.

5    Q    And you said you were an assay chemist initially.  Did

6    you stay an assay chemist or did you --

7    A    No, I was an assay chemist for maybe a year.  And the

8    next two years that I was at UCLA I was in the LC and GC

9    departments.

10   Q    Okay.  And in the GCMS, LCMS departments, what would

11   you do?  What was your daily responsibilities?

12   A    Basically operating and maintaining the instrument,

13   loading samples on the instrument, analyzing data.  But that

14   was essentially where it stopped.

15   Q    Okay.  And how often would you do that?

16   A    Daily.

17   Q    How many samples a day would you process?

18   A    Hundreds.

19   Q    All right.  And you did that for how long a period of

20   time?

21   A    The actual LC and GC courses?

22   Q    Yes.

23   A    Approximately two years.

24   Q    Okay.  And so, over that two-year period, how many

25   samples did you process?

1    A     Thousands.

2    Q     Did you stay at that lab?

3    A     No.  Actually, I was offered a position at Anti-Doping

4    Research, which was started by the former director of the

5    UCLA lab, Dr. Catlin.  And I started there in December of

6    2006.

7    Q     Okay.  What was your position at Anti-Doping Research?

8    Can I just shorten that to ADR?

9    A     Yes, that's fine.

10   Q     What was your position at ADR?

11   A     I was initially a research associate, and then shortly

12   thereafter I was promoted to a research scientist.

13   Q     Okay.  And at ADR, what did you do?  What was your

14   daily responsibilities?

15   A     I basically managed projects for the lab.  And those

16   were research or commercial projects.  I developed methods,

17   I operated and maintained the instrument.  I analyzed,

18   interpreted, reported data.  I processed samples.  I had a

19   hand in almost everything there.  It was quite a small lab.

20   Q     Now, the Olympic lab, is that a small lab, large lab?

21   A     The Olympic lab is quite large.

22   Q     Okay.  And what about the ADR, is that small or large?

23   A     Very small.

24   Q     Okay.  And in terms of you processed samples, again,

25   what type of samples?

1   A     At ADR it was, we worked mainly with urine, sometimes

2   blood.  But mostly, I mean, especially towards the end,

3   dietary supplements, those sorts of things.  We occasionally

4   had a legal project where we had to work with things that we

5   didn't normally work with.  But it was mainly urine and

6   supplements, dietary supplements.

7   Q     Okay.  And the purpose of your processing the urine,

8   the dietary supplements, was what?

9   A     Could you repeat the question?

10  Q     Yeah.  What was the purpose of analyzing those samples;

11  urine, supplements?

12  A     We were looking for, essentially what we were looking

13  for at UCLA, which was just the performance-enhancing drugs,

14  various, various types.

15  Q     Okay.  And did you have among the clients -- or the

16  samples being tested from individuals?

17  A     We had samples tested from, that were from individuals.

18  We worked with the cycling program.  We screened their urine

19  for testosterone, epitestosterone.

20  Q     Okay.  Did you also deal with animals as well?

21  A     We did some work for the Equine Industry.  That's

22  actually how we received our initial funding to start the

23  lab.  The Equine Industry wanted us to develop methods for

24  them for their doping program.

25  Q     Okay.  And doping of horses?

1   A     Exactly.

2   Q     Okay.  And let me ask you, you were at ADR for how long

3   a period of time?

4   A     I was there from December of 2006 until this last

5   August 2011.

6   Q     Okay.  And during that period of time, did you continue

7   to work with the same type of equipment that you talked

8   about, GCMS and LCMS?

9   A     That's correct.

10  Q     And over your period of time with ADR, how many samples

11  would you have processed in the period of time you were with

12  ADR?

13  A     Thousands.

14  Q     And how many would you have interpreted the results of

15  that, the running of those samples?

16  A     Thousands.

17  Q     Okay.  And there came a time when you left ADR?

18  A     In August I left ADR.  I went back to school full-time

19  to prepare for pharmacy school.

20  Q     Okay.  Have you been accepted to a pharmacy school?

21  A     I have.

22  Q     And you'll be starting some time soon?

23  A     August.

24  Q     Let me ask you, while you were with ADR, was ADR

25  accredited?

1   A    Initially, no.  But even from the beginning we were

2   working our way towards accreditation.  When I left the lab

3   we were accredited.

4   Q    By whom?

5   A    I'm not sure who did the accreditation.  There are

6   various accrediting bodies.  But the accreditation that we

7   received was ISO 17025.

8   Q    Explain what that is.

9   A    ISO 17025 is an accreditation.  It's pretty common

10  amongst laboratories, all kinds of different laboratories.

11  But, yeah, it's pretty well known.

12  Q    And were there protocols in place at ADR for quality

13  control?

14  A    Yes.

15  Q    And explain that to the jury, please.

16  A    Well, just before we received our accreditation and

17  after we received our accreditation, there was proficiency

18  testing.  And then we also had quality controls inserted

19  into each batch of samples that we ran.

20  Q    And just briefly explain that, please.

21  A    The quality control and the batches?

22  Q    Yes.

23  A    We always included a, at least one and sometimes more

24  than one positive quality control, which is a spiked sample.

25  A sample that we prepared, we know, that we knew exactly

1   what was in it.  And it contained the compounds that we were

2   interested in.

3       We also included at least one negative control, which

4   is a known negative that should have nothing in it.  And

5   then we run those controls along with whatever samples we

6   were analyzing at the time.

7   Q    And what's the purpose of running the negative sample?

8   A    The negative sample is basically just to show that if

9   we had to see a negative, if there was a negative sample,

10  that, you know, it would show up negative if it was suppose

11  to be negative.  It also ensured that there was no

12  contamination, whether carryover from a previous sample or

13  instrument contamination, those sorts of things.

14  Q    Okay.  And you talked about proficiency testing.  Have

15  you been part of that proficiency testing at ADR?

16  A    Yes.

17  Q    Okay.  Have you testified before about your work with

18  LCMS?

19  A    Yes.

20  Q    Okay.  And what -- how long ago was that?

21  A    I don't remember exactly when it was, but it was --

22  Q    Federal court, state court?  Federal court or state

23  court?

24  A    It was a federal.

25  Q    Okay.  And let me ask you as well, the work that you

1   did at the Olympic lab, was that work relied upon in

2   arbitration hearings, that type of thing?

3   A    Yes.

4   Q    Okay.  Not with you as a witnesses, but with the work

5   that you had done?

6   A    Correct.

7         MR. BUTLER:  Your Honor, at this time I'd move to

8   have Mr. Price recognized as an expert in the field of

9   chemical analysis, particularly as it relates to anti-doping

10  testing and performance-enhancing drugs.

11        THE COURT:  Any questions of the witness regarding

12  his qualifications?

13        MR. ATTANASIO:  No, Your Honor.

14        THE COURT:  Very well.  The witness will be

15  qualified as requested.

16  BY MR. BUTLER:

17  Q    Let me ask you, primarily focus on your time at the ADR

18  as well as the Olympic lab.  Just generally explain the

19  testing that's for anabolic steroids.

20  A    The whole process?

21  Q    Well, just in a very brief fashion, yes.

22  A    Well, the sample is received.  We document that the

23  sample is received, we create a chain of custody for that

24  sample.  And then we extract the sample, process the sample,

25  so that it can be analyzed using our instrumentation.

1   Q    Okay.  But just how do you process it?  I mean, walk us

2   through that a little bit if you would.

3   A    Well, in most cases, it's a urine or a blood sample,

4   which is a pretty complex mixture of all kinds of different

5   compounds and various other things.  And we basically need

6   to separate what we want to look at from what we don't

7   particularly care about.  And that's what we do during the

8   extraction or the sample processing portion, we basically

9   pull out what we want and leave behind what we don't.

10  Q    What do you mean by that?

11  A    We basically pull out -- for instance, if we were

12  looking for anabolic steroids, we would design an extraction

13  method that would pull out anabolic steroids but leave many

14  other compounds behind.

15  Q    And how do you go about doing that?

16  A    It's experimentation, but it's also, has a lot to do

17  with, you know, literature searches and stuff like that.

18  Well, most of what we, what I know and what we did at ADR

19  was based on methods that have been used all over the world

20  for a very long time.

21  Q    Okay.  Were there certain standards that you used in

22  terms of that testing?  Standards of protocol, that type of

23  thing?

24  A    Yes.

25  Q    And what were those standards?

1   A      Well, at UCLA, it was based on WADA standards.

2   Q      And WADA is what?

3   A      World Anti-Doping Association.

4   Q      And I'm sorry, WADA, the World Anti-Doping Agency, what

5   does that body do?

6   A      They oversee sports doping testing all over the world.

7   They have a number of labs, I think there are only two in

8   the United States, though.  UCLA was one of them.

9   Q      All right.  And so, you use the WADA standards?

10  A      That's correct.

11  Q      Okay.  And after you extract the sample, then what do

12  you do with it?

13  A      After the sample is extracted, we have a very

14  concentrated portion of that sample, or it is the sample but

15  in a concentrated form.  And then that is put onto an

16  instrument where we analyze the sample.

17  Q      And I'm sorry, at ADR the equipment that you used was

18  what?

19  A      Mainly LCMS, but also GCMS.  We use protein assays

20  also.

21  Q      And after it's put into the LCMS, what happens at that

22  point?

23  A      Well, there's basically two components of LCMS.

24  There's the liquid chromatography portion and then there's

25  the mass spectrometry portion.  The LC portion basically

1   separates -- well, you start with a very complex mixture.

2   And the LC portion separates components of that complex

3   mixture so that it can be analyzed one at a time.  And then

4   the actual analysis is done on the mass spec portion.

5   Q    Okay.  And again, the purpose of that is to take a

6   unknown substance and find out what it is?

7   A    Exactly.

8   Q    Okay.  And when you do that, walk us through, I don't

9   want to have you repeat things, but the -- walk us through

10  that, the process that ADR used in terms of going from an

11  unknown sample to identifying that sample.

12  A    Well, after we extracted the sample and ran it on the

13  instrument, we compared the results from the unknown to the

14  known samples that we ran with the unknown sample.

15  Q    Right.

16  A    The positive controls.  And that's how we were able to

17  identify whether or not a compound was or was not there.

18  Q    Okay.  But how do you, just breaking that down a little

19  bit for us if you would, which do you run first, known or

20  unknowns or?

21  A    Different labs do it differently, but we always ran our

22  knowns, our negative, our negative control, and then our

23  unknowns.

24  Q    Okay.  And how many knowns would you run?

25  A    In a normal batch of just screened samples, it might be

1  one positive control.  In special cases we might be do

2  three, four, five, any number of positive controls.

3  Q    All right.  And let me ask you, in the matter before

4  this Court, did ADR receive certain items that were, that

5  you were asked to do comparisons on?

6  A    Yes.

7  Q    Okay.  And do you recall from whom those items were

8  received?

9  A    Specifically the person?

10  Q    Yes.

11  A    They were delivered by Erwin Rogers.

12  Q    Okay.  And were you present when they were delivered by

13  Mr. Rogers?

14  A    Yes.

15  Q    And what organization did Mr. Rogers work for?

16  A    I believe the IRS.

17  Q    And after those were delivered, did ADR have a process

18  by which they were logged in, that type of thing?

19  A    Yes.

20  Q    And explain that for the jury, please.

21  A    When the samples are received, we start up what we call

22  a batch chain of custody, which documents the receipt of the

23  package itself before the package is even opened.  After we

24  open the package, we document the contents of the package

25  and that goes on a separate chain of custody.  And then any

```
 1   time a sample from that package or anything that's taken
 2   from that package, another chain of custody is created for
 3   whatever is taken out of that package.
 4   Q    Okay.  And was that done in this case?
 5   A    Yes.
 6   Q    Okay.  And the -- did those items come to you at some
 7   point for testing?
 8   A    Yes.
 9   Q    And what was your role as to the testing of the items
10   that had been brought in?
11   A    I conducted just about every portion of the testing for
12   it.  I'd say every portion of the testing.
13   Q    Okay.  And as a result of that testing, produced
14   reports?
15   A    That's correct.
16   Q    And the, and those reports were ultimately finalized
17   based upon your work as well as others in the lab?
18   A    That's correct.
19   Q    Okay.  But, again, in terms of the -- who is the lead
20   as to the items in terms of the chemical analysis?
21   A    I was.
22   Q    What I'd like to do is hand up to you, which has just
23   been marked for identification purposes, 90-A through 90-L.
24   I'm sorry, 90-A, B, C, D, E, F, I, J, K and L.
25            MR. BUTLER:  Court's indulgence.
```

1              [Brief pause.]

2    BY MR. BUTLER:

3    Q    Would you take a quick look through those and see if

4    you recognize those?

5    A    [Witness complies.]  It's a lot here.

6    Q    You don't have to read.

7    A    Yeah.

8    Q    Generally, did you meet with us last night?

9    A    Yes.

10   Q    Take a look through these.

11   A    [Witness complies.]  These are the reports we generated

12   for the work that we did.

13   Q    Okay.  And in terms of those reports, are you

14   ultimately the one who signs off the report per se, or is

15   there somebody else?

16   A    I sign off on the work initially.

17   Q    Right.

18   A    And then it's verified by.

19   Q    Just in terms of the reports, when they're finally

20   sent, are they signed by you or signed by somebody else?

21   A    They're signed by Dr. Catlin.

22   Q    Okay.  And why Dr. Catlin?

23   A    He was the director of the laboratory, so he signed off

24   on most things that went out.

25   Q    But in terms of the conclusions reached in those

1   reports, did you initial and date each of those conclusions?

2   A     I did.

3   Q     Okay.  Let me ask you the -- I'd like to have you take

4   a look at, or you can refer to those if you want to as we go

5   through it, but I want to just go through these specific

6   items.  If you don't need to refer to them, that's fine.

7         But in terms of the, there's a report dated

8   September 29th, 2009 for Item AAH-04.

9   A     Yes.

10  Q     Okay.  And let me ask you, do you recall what items --

11  well, first, tell the jury, in terms of that number, AAH-04,

12  what is that number?

13  A     It's just an arbitrary code that we gave this

14  particular sample.

15  Q     Okay.  And in terms of what AAH-04 is, what was that

16  item, if you recall?

17  A     It was a needle.

18  Q     Okay.

19              MR. BUTLER:  And if I can have Agent Longmire pull

20  up 90A-2.  It has not been admitted as of yet, but.  I'd

21  like to move to admit 90A-2.  I believe that's without

22  objection, Your Honor?

23              MR. ATTANASIO:  If I can just confer real quick?

24              THE COURT:  Yes.  Any objection?

25              MR. ATTANASIO:  No, Your Honor.  I indicated to

1    counsel that we should move, I asked to move the cover

2    paging as well so we can know what's what amongst all these

3    reports.  Other than that, I have no objection.

4              MR. BUTLER:  That's fine, Your Honor.

5    BY MR. BUTLER:

6    Q    Mr. Price, you have in front of you 90A; is that

7    correct?

8    A    That's correct.

9    Q    Okay.  And the first page of that item, what is that?

10   A    It's a written analytical report.

11   Q    Okay.

12   A    A written.  It's essentially, it's basically just a

13   letter or a -- yeah, it's an analytical report.

14   Q    And what is, the analytical report, what is that?

15   A    It's a summary of essentially what we found.

16   Q    Okay.  And show you 90A-2.

17             MR. BUTLER:  And these, I believe, have been no

18   objection to the admission of these, Your Honor?

19             MR. ATTANASIO:  No objection.

20             THE COURT:  Very well admitted.

21             [Thereupon, Government's Exhibit No.

22        90A-2 admitted into evidence.]

23   BY MR. BUTLER:

24   Q    You recognize that?

25   A    Yes.

1    Q    Okay.  What is that?

2    A    It's a photograph we took of two of the samples that we

3    received.

4    Q    Okay.  And which one is AAH-04?

5    A    AAH-04 would be the needle on the right.

6    Q    And then the other item to the left of that in the

7    photograph, what is that?

8    A    Well, what you see there is actually an eppendorf tube,

9    but it contains a piece of a swab.

10   Q    Okay.  And that's AAH-05?

11   A    That's correct.

12   Q    And when you say that's a, what kind of tube?

13   A    A eppendorf, is what we call it in the laboratory.

14   Q    Can you spell that?

15   A    E-P-P-E-N-D-O-R-F, I believe.

16   Q    And it contained, within it is what?

17   A    A portion of a swab.

18   Q    Okay.  Did you prepare that swab or was that provided

19   to you?

20   A    This is how we received it.

21   Q    Okay.  And let me ask you, in terms of AAH-04, what

22   work did you do on that item?

23   A    We, well, we received the sample, documented it,

24   created a chain of custody for it.  And then continued with

25   preparing the sample to be analyzed.

1    Q    Okay.  And walk us through, I'm not going to do this

2    with each one of these items, but what did you do as to that

3    AAH-04.  And that's that needle right there (indicating)?

4    A    That's correct.

5    Q    And what did you do with that item?

6    A    Well, we suspended it in the solution of methanol and

7    water.  Methanol is an organic solvent.  And we sonicated

8    it, vortexed it, shook it and then took that solution out.

9    And then anything we did from then on it was from that

10   solution.  We didn't touch the needle again.

11   Q    Okay.  Let's walk through that briefly.  You put it in

12   a methanol solution?

13   A    Methanol and water.  It's was a 50-50 methanol and

14   water solution.

15   Q    And what's the purpose of that?

16   A    It's basically to pull anything that might be on the

17   inside or outside of the needle, off of the needle.

18   Q    All right.

19   A    And suspend it in that solution.

20   Q    Okay.  And then you talked about you sonicated it?

21   A    Sonication is basically passing sound waves through it

22   to kind of rattle it and knock anything that could be stuck

23   to it off.  We vortexed, which is basically just mixing it,

24   and then we shook the solution for, you know, maybe ten

25   minutes.

1    Q    And again, the purpose of that was what?

2    A    Basically just to agitate anything that could be

3    attached to the needle to come off and be suspended in the

4    solution.

5    Q    Okay.  And then after you did that, what did you do?

6    A    We took a portion of that methanol and water solution,

7    dried it down under nitrogen.  And then resuspended the

8    dried portion in a solution that works better with our

9    instrument and then analyzed it.

10   Q    Okay.  And when you say you analyzed it, how did you

11   analyze it?

12   A    Using LCMS.

13   Q    Okay.  And what specifically did you do with the LCMS?

14   A    Well, we had an existing method for the LCMS.

15   Q    Yes.

16   A    To analyze specific compounds.  So we basically just

17   took the sample, placed it on the instrument, ran the method

18   and then analyzed the data.

19   Q    Okay.  Well, walk us through that one time.  And I can

20   do that with each one of these.  But just walk us through.

21   What did you do?  Did you run -- you talked about knowns,

22   you talked about a question, you talked about a negative?

23   A    Right.  We prepared positive controls.  We try to make

24   it as close to what we were analyzing as possible.  So, we

25   actually took a brand new clean needle that's similar to

 1   what we were analyzing, and put it in a tube with methanol

 2   and water, spiked.  Well, actually, before we put it in the

 3   tube with methanol and water, we spiked the sample with the

 4   contents of the tube with various compounds including

 5   anabolic steroids, anabolic steroid esters, cyanocobalamin,

 6   which is Vitamin B-12, and lidocaine.

 7        And then we treat it the same way we treated the

 8   sample.  We suspended it in the methanol and water solution,

 9   sonicated, vortexed, shook.  Took that solution off and then

10   from then on we used that as our positive control.

11   Q    Okay.  Though you said that you took a needle that

12   didn't have anything on it or a clean needle?

13   A    Uh-huh.

14   Q    You spiked, you put that in the methanol; is that what

15   you're saying?

16   A    I believe -- let me make sure.

17   Q    Sure.

18   A    This is a summary of -- oh, I'm sorry, in this case we

19   didn't use a clean needle.  We just spiked the contents.  We

20   just spiked the inside of the tube.  What we did, we did

21   that for other samples that we analyzed.  We try to make it

22   as close to what we were analyzing as possible.  So, for

23   instance, for the swab, we actually cut off a clean tip of a

24   swab.  And for a cotton ball, we did the same thing, put a

25   clean cotton ball in a tube.

1   Q    Okay.  Let's just talk about AAH-04 at the moment, the

2   needle.  I just want the jury to understand what you did.

3   You run spiked samples first?

4   A    Correct.

5   Q    For what purpose?

6   A    To verify that we can -- our method is working

7   correcting, our instrument is working correctly.  We're able

8   to see the compounds that we set out to see.

9   Q    Okay.  And so, what did you use to spike the samples

10  that you ran through at that time?

11  A    What did I use to spike?

12  Q    Yeah.  Yeah.  What knowns were you using at that time?

13  A    Oh.  We used a cocktail, which is basically just a

14  solution of many different steroids.  Also steroid esters

15  and cyanocobalamin and lidocaine.

16  Q    Okay.  And in terms of that, the spiking the samples,

17  for what purpose?

18  A    It's our positive control.  It tells us that our

19  instrument and our method are working correctly and we're

20  able to see all the compounds that we would like to see.

21  Q    Okay.  And you said you used, in terms of the spiking,

22  you used steroids?

23  A    Steroids.

24  Q    How many different steroids?

25  A    I think it was approximately 27 different steroids.

1   Q    And you used steroid esters?

2   A    Correct.

3   Q    And these are known samples so that you run it through

4   the machine and then you can see what that, each one of

5   those steroids would look like?

6   A    Exactly.

7   Q    And what each one of those esters would look like?

8   A    Correct.

9   Q    And then you ran through cyanocobalamin?

10  A    Yeah, cyanocobalamin.

11  Q    Thank you.  Easier for you to say.  And what is that?

12  A    It's -- well, it's better known as B-12.  But it's one

13  version of B-12.  B-12 comes in various versions.

14  Q    And why did you use that one?

15  A    We did some literature searches and it seemed to be the

16  most common form of B-12.

17  Q    Okay.  And then you also spiked the sample with

18  lidocaine?

19  A    Correct.

20  Q    And why did you do that?

21  A    We were asked to analyze the samples for lidocaine.  So

22  we needed a positive control for that.

23  Q    All right.  And after you ran the knowns through there,

24  then you would have knowns from which to compare?

25  A    Correct.

1  Q    After the knowns, did you run the negative sample?

2  A    Yes.

3  Q    And what's the purpose of running a negative sample?

4  A    Basically just to show that if we needed to see a

5  negative -- it's a known negative, so it should show up

6  negative.  It just -- it also demonstrates that there was no

7  carryover from previous samples or instrument contamination

8  or anything that could cause a false positive.

9  Q    Okay.  So you run the knowns, you run the negative.

10  And the negative sort of then clears out the, the testing

11  mechanism?

12  A    It doesn't clear it out, but it just shows that it is

13  clear of any contamination.

14  Q    Okay.  Shows that it is clear.  And then did you run

15  the question sample at that time?

16  A    The unknown, correct.

17  Q    Okay.  The unknown.  And that was the, on AAH-04,

18  that's that, what you already talked about in terms of the

19  needle and how you processed it?

20  A    Correct.

21  Q    Okay.  I won't do this with each one of these, but just

22  for way of comparison --

23           MR. BUTLER:  Court's indulgence.

24           [Brief pause.]

25           MR. BUTLER:  I'd like to show you, and I believe

1    without objection, move to admit 90A, three, four, five and

2    six.

3               THE COURT:  Any objection?

4               MR. ATTANASIO:  No, Your Honor.

5               THE COURT:  Very well admitted.

6               [Thereupon, Government's Exhibit Nos.

7          90A-3, 4, 5 and 6 admitted into evidence.]

8    BY MR. BUTLER:

9    Q    I'm going to pull up the 90A-3.  What is that?

10   A    It's a graphical representation of our data.  They call

11   it chromatograms.

12   Q    For what sample?

13   A    For sample AAH-04.

14   Q    Is this a known or is this the question?

15   A    This is unknown.  It's a quality control.

16   Q    And what, can you just use that diagram and tell us

17   what it shows?

18   A    The top, the top chromatogram is a graphical

19   representation of everything that we saw on that sample.

20   So, in this case it was a positive control, so we spiked a

21   number of different steroids into that sample.  So that

22   basically just shows all the peaks that we collected.

23   Q    And just help us, since most of us don't deal with this

24   on a day-to-day basis, walk us through just generally what

25   that shows.

1   A     The whole thing or just the top?  Okay.

2   Q     Well, start with the top.

3   A     Yeah.  So that was the top portion.  That's just a

4   graphical representation of everything that we saw.  The

5   next three are also chromatograms, but they're only, we

6   targeted various compounds.  In this case it was nandrolone.

7   And this is just one fragment of the nandrolone molecule.

8   Each one of these chromatograms represents one fragment of

9   the nandrolone molecule.

10        And basically you can see three different, three peaks,

11  not different peaks.  This is the same compound.  But three

12  peaks all at the same or similar retention time.  And that's

13  essentially what it is.

14  Q     And what is the significance of a peak?  What's that?

15  A     Well, a peak indicates the presence of a compound.

16  Q     Okay.  And just generally describe that for us, as you

17  put the solution through the LCMS, what happens to the

18  solution?

19  A     Well, in the LC portion, the very complex mixture is

20  separated into the individual components one at a time, so

21  that the mass spec can analyze those components one at a

22  time. And they come off of what we call a column at varying

23  times.  So, if you have, let's say 20 compounds, you might

24  get one that comes off after one minute, another one that

25  comes off after a minute and a half, another one that comes

1    off after three minutes.  Just the column, the chemistry of

2    the column basically dictates how long each compound is

3    going to stay on the column.

4         And so, in this case, the nandrolone stayed on the

5    column for almost nine minutes or a little over nine

6    minutes.

7    Q    Okay.  And when you put the solution through the LCMS,

8    do the fragments occur at the same place every time for a

9    specific substance?

10   A    That's correct.  The retention time should be

11   characteristic of that compound.

12   Q    Right.  And is that part of the identification process

13   that you do?

14   A    Yes.

15   Q    Okay.  I'd like to show you 90A-3, 90A-4.  What are we

16   looking at here?

17   A    This is a graphical representation of, looks like the

18   negative quality control from that batch of samples.

19   Q    And explain what that shows.

20   A    It, in this case, it's a known negative, so it should

21   be clean of almost anything.  It's going to contain

22   something.  Every solution contains something.  But it

23   should contain absolutely no steroids, steroid esters,

24   anything like that.  And this is basically the graphical

25   representation of that.  You don't see anything, any

 1  significant peak.

 2  Q    And then, 90A-5 --

 3           THE COURT:  While he's looking at that, can we --

 4           [Bench conference.]

 5           THE COURT:  Did he do the testing?

 6           MR. BUTLER:  He tested steroids, B-12 and

 7  lidocaine, yes, Your Honor.

 8           THE COURT:  So he did test --

 9           MR. BUTLER:  These are different items, Your

10  Honor.

11           [Open court.]

12  BY MR. BUTLER:

13  Q    Ninety A-5, what is that?

14  A    This is also a graphical representation of the data.

15  But this is for the actual sample, the unknown.

16  Q    Okay.  So, the AAH-04, the needle, this is the, from

17  that?

18  A    This is the data for that sample, for the needle.

19  Q    Okay.  Let's go back for a moment just to the negative

20  sample, 04.

21  A    Yeah.  This is, what's on the screen now is the

22  negative control.

23  Q    Okay.

24  A    For the batch.  It's, at the top it's labeled AAH-04.

25  That's only to signify that it went with the report for

1    AAH-04.

2    Q    Okay.  And are there -- just so that we all understand,

3    there are other peaks in that or is that just -- like the

4    bottom with the -- there are those little jagged edges, so

5    to speak?

6    A    Yeah.  Well, this is, we call this the grass.  You'll

7    see this in every chromatogram.  The instrument is very

8    sensitive, so it's going to pick up almost anything that's

9    in there.  But none of those tiny little peaks mean

10   anything.

11   Q    Okay.  All right.  Now, if we can take a look at 90A-6,

12   what is that?

13   A    This is a numeric representation of our data.

14   Q    Okay.  And just generally, what does that show?

15   A    It shows, it shows the retention time for each of the

16   peaks in each of the samples.  So, our positive controls,

17   our negative control and the unknown sample.

18   Q    All right.

19   A    It also shows the peak area, which is the area

20   underneath the peaks that you saw in the chromatograms.

21   It's calculated by the software.  It also shows the relative

22   abundance, which is, essentially it shows how much of each

23   fragment we saw.  And it compares each fragment to the

24   other, yeah, so.

25   Q    All right.  And is this basically your conclusion page

1    or the, your comparison page?

2    A    It's a comparison page.  But it shows everything that

3    we would need to positively identify a compound.  The

4    retention time, which has to be within a certain range, and

5    the transitions, the fragments that we monitored and how

6    much of each of those fragments we saw.

7    Q    Okay.  And as a result of that comparison, did you draw

8    conclusions as to what was on the unknown sample, the

9    questioned sample?

10   A    Yes.

11   Q    Okay.  And that has initials underneath the boxes.

12   Whose initials are those?

13   A    The first set of initials are mine.

14   Q    Okay.

15   A    The second set of initials are from a coworker of mine,

16   my supervisor, Winling Wong [phonetic].

17   Q    All right.  And going back to 90A-3, the spike sample

18   that's used relative to what's shown there, was for what,

19   what substance?

20   A    Oh, in this case it was nandrolone.

21   Q    Okay.  But you said you also ran numerous steroids and

22   numerous esters, B-12 and lidocaine?

23   A    Correct.

24   Q    Okay.  And as a result of that testing, did you draw

25   conclusions as to were there compounds relative to AAH-04,

1    the needle, in terms of what items you found in or on

2    AAH-04?

3    A    You, you're asking what --

4    Q    What was your conclusion as to what, what, if any,

5    substance was found on that item?

6    A    Oh.  In this case, if we're just talking about this

7    case specifically, we were able to identify nandrolone on

8    the needle.  But we were also able to identify a number of

9    other compounds on that needle.

10   Q    Okay.  What other compounds did you find on that

11   needle?

12   A    We also found testosterone, nandrolone decanoate, which

13   is a nandrolone ester.  We also found testosterone acetate.

14   It's a testosterone ester.  Testosterone decanoate,

15   testosterone isocarpoate and testosterone propionate.  Those

16   are all testosterone esters.

17   Q    Right.  And did you, while you're doing this testing,

18   see an indication of potentially one other substance?

19   A    I can't remember exactly how we came to look for -- if

20   you're referring to another compound that we screened for at

21   a later date?

22   Q    Yes.

23   A    I can't remember exactly how we came to decide to

24   screen for that compound.  I believe it was that we had

25   developed a steroid, ester method and we were continually

1    updating it and adding and subtracting.  And when we ran

2    this sample initially, our screen didn't include that

3    compound.  I think we maybe added it shortly thereafter and

4    decided we should probably go back and check the sample for

5    that, that other compound.

6    Q     And what compound was that?

7    A     I think it's in a separate report.

8    Q     I may have confused you on AAH-04.  Let me get back to

9    that in a minute.

10         But let me ask you, you had screened on AAH-04, the

11   needle, did you screen for B-12?

12   A     We screened for cyanocobalamin, correct.

13   Q     And did you find that on that needle?

14   A     We weren't able to identify cyanocobalamin on the

15   needle.

16   Q     And you screened for lidocaine.  Were you able to find

17   lidocaine on that needle?

18   A     We were not able to identify lidocaine either.

19   Q     All right.  Let's talk about AAH-05, the one we talked

20   about before that you showed in the photograph of 90A-2.

21             MR. BUTLER:  And if we can pull that back up for a

22   moment?

23   BY MR. BUTLER:

24   Q     Do you see that on the screen?

25   A     Yes.

1    Q    Okay.  And AAH-05 is what?

2    A    AAH-05 is a swab of a needle.

3    Q    Okay.  And did you test that item?

4    A    We did.

5    Q    And what type of testing did you do with that item?

6    A    The same type of testing that we did for the needle,

7    LCMS analysis.

8    Q    Okay.  And on the screen, 90A-2, can you circle the

9    swab?

10   A    I just use my --

11   Q    Yeah, you just put your finger on the screen and circle

12   it.

13   A    [Witness complies.]  Well, this is actually the

14   eppendorf tube, which contains the swab.  But you can't see

15   the swab.

16   Q    Right.  But the swab is contained therein?

17   A    Correct.

18   Q    All right.  And I'm going to ask you, let's walk

19   through it.  AAH-05, the swab, what did you do with that

20   swab in terms of testing?

21   A    It's very similar to what we did for AAH-04, which was

22   to suspend the swab in a methanol and water solution, mix it

23   enough to pull anything that might be on the swab off.  And

24   then take that methanol solution, methanol and water

25   solution out.  Take a portion of that solution and screen it

1   for steroids, steroid esters, cyanocobalamin and lidocaine.

2   Q    Okay.  So you ran the same screens as the AAH-04?

3   A    That's correct.

4   Q    All right.  And what was the result of your testing?

5   A    I'd have to look at the report again.  We actually had

6   the same result as we had for the AAH-04, a test of positive

7   for the same compounds --

8   Q    Okay.

9   A    -- looks like.

10   Q    And what about for the cyanocobalamin or lidocaine?

11   A    We weren't able to identify cyanocobalamin or lidocaine

12   on that sample.

13   Q    Okay.  And in terms of the AAH-05, did you then conduct

14   that additional testing we were talking about a moment ago?

15   A    I don't remember.  I have to check.  Yes.

16   Q    Take a look at 90D in front of you.

17   A    [Witness complies.]  Yeah, that's what I just pulled

18   out.  Yes, we also screened at a later date for a compound

19   called methenolone enanthate.

20   Q    And what is that?

21   A    The parent compound is methenolone.  It's an anabolic

22   steroid.  But the enanthate indicates that it's an ester --

23   Q    Okay.

24   A    -- of methenolone.

25   Q    And why did you test for that or screen for that?

1   A    Again, we were adding, subtracting compounds to our

2   method, and we decided to go back and rescreen the sample

3   to, you know, to see if we could pick up anything.

4   Q    Okay.  And what was the result of that testing?

5   A    We were able to identify methenolone enanthate in the

6   sample.

7   Q    Okay.

8   A    Methenolone, M-E-T-H-E-N-O-L-O-N-E.  Enanthate,

9   E-N-A-N-T-H-A-T-E.

10  Q    All right.  Let's talk about AAH-09.  Well, that's your

11  report, 90E, in front of you.

12  A    Yes.

13  Q    Okay.  And what was that item?

14  A    That item was another swab, but of a different needle

15  it looks like.

16  Q    Okay.  I want to ask you, was there an AAH-08 and then

17  an AAH-09?

18  A    Yes.

19  Q    Okay.

20          MR. BUTLER:  And before I move on, Your Honor,

21  I'll, in terms of just the first page of AAH-05, which is

22  90C, I'll move just the first page of that.

23          THE COURT:  Any objection?

24          MR. ATTANASIO:  No, Your Honor.

25          THE COURT:  Admitted.

```
 1              [Thereupon, Government's Exhibit Number

 2         AAH-05 90-C was admitted into evidence.]

 3              MR. BUTLER:  And AAH-09, which is 90F -- I'm

 4    sorry, 90E, I'll move the admission of the first page as

 5    well as page 16, which is the photograph we're referring to.

 6              MR. ATTANASIO:  No objection, Your Honor.

 7              THE COURT:  Admitted.

 8              [Thereupon, Government's Exhibit Number

 9         AAH-09 90-E was admitted into evidence.]

10              MR. BUTLER:  And if we can pull up 90E-2?

11    BY MR. BUTLER:

12    Q    Do you recognize those?

13    A    Yes.

14    Q    Okay.  What is the AAH-08?

15    A    AAH-08 is the needle on the right.

16    Q    Okay.  And then the AAH-09?

17    A    AAH-09 is the swab, which is inside the eppendorf tube

18    that you see on the left.

19    Q    Okay.  Did you test both of those items, AAH-08 and 09?

20    A    I did not test AAH-08.

21    Q    Did you test 09?

22    A    Yes.

23    Q    Okay.  And what type of testing did you do as to that?

24    A    The same as with the previous needle and swab that we

25    discussed.  So it was the same thing, suspending the swab in
```

1    a methanol and water solution, taking a portion of that

2    methanol and water solution and analyzing it.

3    Q    Okay.  And what was the results of that testing?

4    A    Sample AAH-09 screened positive for two compounds,

5    nandrolone and nandrolone decanoate.

6    Q    Okay.  And what about the screen for the

7    cyanocobalamin?

8    A    We were not able to identify cyanocobalamin or

9    lidocaine on that sample.

10   Q    Okay.  And did you do a, that additional screen that

11   you talked about with the methenolone enanthate?  Take a

12   look at your report, 90F.

13   A    Yes.

14   Q    Okay.  Did you do the screen for that as well?

15   A    We screened for methenolone enanthate also, yes.  It's

16   M-E-T-H-E-N-O-L-O-N-E.  Enanthate, E-N-A-N-T-H-A-T-E.

17   Q    Okay.  And what was the result of that screen?

18   A    That sample screened positive for methenolone

19   enanthate.

20   Q    Okay.  I'd like to talk to you about another sample,

21   AAH-13.  Do you recognize that report?

22   A    Yes.

23   Q    And what was that sample, AAH-13?

24   A    Sample AAH-13 was a cotton ball.

25   Q    Okay.

1          MR. BUTLER:  And I believe without objection, Your

2     Honor, I'll move to admit the first page of that report,

3     September 30th, 2009, as well as page 16?

4          MR. ATTANASIO:  No objection.

5          THE COURT:  Admitted.

6          [Thereupon, Government's Exhibit Number

7     AAH-13 was admitted into evidence.]

8          MR. BUTLER:  If you pull up 90I-2, without

9     objection.  I believe there was no objection.

10          MR. ATTANASIO:  No objection.

11          THE COURT:  Very well.

12          [Thereupon, Government's Exhibit No.

13     90I-2 admitted into evidence.]

14     BY MR. BUTLER:

15     Q    And what is that?

16     A    It's a photograph of sample AAH-13.

17     Q    Okay.  And what is that?

18     A    A cotton ball.

19     Q    Okay.  And what did you do with that cotton ball?

20     A    Much the same as we did with the other samples.  We

21     suspended it in the methanol and water solution and took a

22     portion of that methanol and water solution and analyzed it

23     for various compounds.

24     Q    Okay.  And what was the result of that testing?

25     A    Sample AAH-13 screened positive for two compounds,

1    nandrolone and nandrolone decanoate.

2    Q    Okay.  What about the cyanocobalamin?

3    A    I can spell if for you if you want.

4    C-Y-A-N-O-C-O-B-A-L-A-M-I-N.

5    Q    What was the result of that screen?

6    A    We were unable to identify cyanocobalamin or lidocaine

7    on that sample.

8    Q    Okay.

9         THE COURT:  Okay.  We're going to recess at this

10   time.  We'll come back at 1:45.

11        [Thereupon, recess taken at 12:38 p.m.,

12       resuming at 1:45 p.m.]

13                         - o -

14

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE

2              I, Cathryn J. Jones, an Official Court Reporter

3     for the United States District Court of the District of

4     Columbia, do hereby certify that I reported, by machine

5     shorthand, the proceedings had and testimony adduced in the

6     above case.

7              I further certify that the foregoing 112 pages

8     constitute the official transcript of said proceedings as

9     transcribed from my machine shorthand notes.

10             In witness whereof, I have hereto subscribed my

11    name, this the 25th day of May, 2012.

12

13

14

15

16                         /s/_____
                           Cathryn J. Jones, RPR
17                         Official Court Reporter

18

19

20

21

22

23

24

25

.
.............................x [1]  1/8

**/**

**/s [1]**  113/15

**0**

**04 [21]**  89/8 89/11 89/15 91/4 91/5
91/21 92/3 95/1 97/17 98/13 101/16
101/20 101/24 102/1 103/25 104/2
105/8 105/10 106/21 107/2 107/6
**05 [8]**  91/10 105/19 106/1 106/2 106/19
107/13 108/21 109/2
**08 [5]**  108/16 109/14 109/15 109/19
109/20
**09 [9]**  108/10 108/17 109/3 109/9
109/16 109/17 109/19 109/21 110/4

**1**

**10 [1]**  3/5
**10-223 [1]**  1/3
**102A [4]**  4/11 6/22 7/5 7/10
**102B [3]**  4/12 6/22 7/10
**109 [2]**  4/5 4/6
**111 [2]**  4/7 4/8
**112 [1]**  113/7
**11:10 [1]**  64/8
**11:22 [1]**  64/9
**11:23 a.m [1]**  64/22
**12 [9]**  68/16 94/6 96/12 96/13 96/13
96/16 101/6 103/22 105/11
**12:38 [1]**  112/11
**12th [1]**  63/9
**13 [7]**  4/7 110/21 110/23 110/24 111/7
111/16 111/25
**1401 [1]**  1/18
**15 [4]**  10/13 10/17 13/9 49/7
**15th [1]**  7/19
**16 [2]**  109/5 111/3
**17025 [2]**  80/7 80/9
**17D-1 [5]**  3/14 6/13 8/20 9/2 9/6
**17D-2 [4]**  3/15 8/20 9/2 9/9
**17D-3 [4]**  3/16 8/20 9/2 9/13
**18 [9]**  23/17 23/20 23/24 23/25 39/23
39/24 39/25 41/10 60/22
**18-one [1]**  66/2
**18.1 [5]**  23/21 24/1 24/2 40/18 60/22
**18.2 [5]**  23/21 24/3 24/4 41/16 70/23
**19 [9]**  46/4 46/10 46/14 46/15 46/21
46/25 47/25 66/21 67/9
**1:45 [2]**  112/10 112/12

**2**

**20 [4]**  46/4 46/10 46/17 99/23
**200 [4]**  3/12 6/10 8/8 8/16
**200-1 [3]**  3/13 8/8 8/16
**20001 [1]**  2/5
**2001 [2]**  5/11 8/11
**2002 [2]**  73/5 73/14
**2004 [3]**  8/23 9/6 75/4
**2005 [2]**  8/23 9/10
**2006 [4]**  8/23 9/14 77/6 79/4
**2008 [1]**  8/10
**2009 [2]**  89/8 111/3
**2010 [1]**  63/9
**2011 [1]**  79/5
**2012 [2]**  1/6 113/11
**20530 [1]**  1/16
**21 [3]**  46/4 46/10 46/19
**22 [5]**  46/4 46/10 46/19 46/21 46/25
**223 [1]**  1/3
**2250 [1]**  1/19
**23 [5]**  46/4 47/6 47/7 47/10 47/11
**24 [6]**  1/6 46/4 47/8 47/9 47/10 47/11

**25 [1]**  66/22
**27 [1]**  95/25
**28 [5]**  3/17 3/18 3/19 3/20 61/9
**29th [1]**  89/8

**3**

**308 [8]**  24/2 40/18 41/22 42/18 42/20
61/2 61/10 62/9
**309 [1]**  60/25
**30th [1]**  111/3
**333 [1]**  2/4

**4**

**41 [1]**  3/21
**4401 [1]**  1/21
**48 [1]**  3/6
**4th [1]**  1/15

**5**

**50 [1]**  92/13
**50-50 [1]**  92/13
**51 [1]**  4/13
**52-J [1]**  66/22
**52-Y [2]**  65/11 66/3
**52A [2]**  20/8 20/20
**52B [2]**  21/21 22/2
**52B-1 [1]**  21/21
**52H [1]**  23/5
**52J [1]**  43/23
**52Y [13]**  21/7 22/9 22/19 22/22 23/18
24/7 27/14 34/17 36/18 37/17 38/11
40/1 44/12
**52Y-3 [1]**  51/15
**52Y-4 [1]**  57/15
**555 [1]**  1/15
**5th [1]**  8/10

**6**

**65 [1]**  3/6
**6521 [1]**  2/4

**7**

**72 [1]**  3/8
**77010 [1]**  1/19

**9**

**90 [1]**  3/22
**90-A [2]**  87/23 87/24
**90-C [1]**  109/2
**90-E [1]**  109/9
**90-L [1]**  87/23
**90A [2]**  90/6 98/1
**90A-2 [7]**  3/22 89/20 89/21 90/16 90/22
105/20 106/8
**90A-3 [5]**  3/23 98/7 98/9 100/15 103/17
**90A-4 [2]**  3/24 100/15
**90A-5 [2]**  3/25 101/2
**90A-6 [2]**  4/4 102/11
**90C [2]**  4/5 108/22
**90D [1]**  107/16
**90E [3]**  4/6 108/11 109/4
**90E-2 [1]**  109/10
**90F [2]**  109/3 110/12
**90I-2 [3]**  4/8 111/8 111/13
**92121 [1]**  1/22
**92-J-1 [5]**  3/17 28/2 28/8 28/12 28/15
**92-J-2 [4]**  3/18 28/12 29/4 30/25
**92-J-3 [3]**  3/19 28/12 30/4
**92-J-4 [5]**  3/20 28/12 30/21 30/25 33/21
**92-J-5 [5]**  3/21 40/23 41/3 41/17 42/13
**95 [5]**  4/13 50/20 50/24 51/3 54/2
**98 [4]**  3/23 3/24 3/25 4/4
**9:47 [1]**  1/7
**9:52 a.m [1]**  7/22

**A**

**A-5 [1]**  101/13
**a.m [6]**  1/7 1/10 7/22 64/8 64/9 64/22
**a/k/a [1]**  1/6
**AAH [47]**  4/7 89/8 89/11 89/15 91/4 91/5
91/10 91/21 92/3 95/1 97/17 98/13
101/16 101/24 102/1 103/25 104/2
105/8 105/10 105/19 106/1 106/2
106/19 106/21 107/2 107/6 107/13
108/10 108/16 108/17 108/21 109/2
109/3 109/9 109/15 109/16 109/17
109/17 109/19 109/20 110/4 110/21
110/23 110/24 111/7 111/16 111/25
**AAH-04 [20]**  89/8 89/11 89/15 91/4 91/5
91/21 92/3 95/1 97/17 98/13 101/16
101/24 102/1 103/25 104/2 105/8
105/10 106/21 107/2 107/6
**AAH-05 [8]**  91/10 105/19 106/1 106/2
106/19 107/13 108/21 109/2
**AAH-08 [5]**  108/16 109/14 109/15
109/19 109/20
**AAH-09 [7]**  108/10 108/17 109/3 109/9
109/16 109/17 110/4
**AAH-13 [7]**  4/7 110/21 110/23 110/24
111/7 111/16 111/25
**able [24]**  27/6 30/11 30/13 34/5 42/5
42/8 43/9 50/10 61/9 61/12 66/13 69/18
70/11 85/16 95/7 95/20 104/7 104/8
105/14 105/16 105/18 107/11 108/5
110/8
**about [85]**  6/8 11/24 13/25 14/3 14/12
15/21 17/1 18/4 24/5 25/5 25/7 25/9
25/22 26/15 26/17 27/10 27/11 27/13
27/16 28/16 29/10 29/16 30/4 31/24
32/11 33/17 33/22 34/16 35/4 35/16
36/3 38/3 38/16 39/22 42/22 43/5 45/4
45/9 46/7 46/22 47/8 47/25 48/16 48/19
48/22 51/22 52/4 52/5 52/24 53/18 54/4
60/21 60/21 61/8 63/5 65/19 67/3 68/13
69/4 69/8 71/5 75/10 77/22 79/8 81/14
81/17 83/7 83/15 87/11 92/20 93/21
93/22 93/22 95/1 97/18 104/6 105/19
105/20 107/10 107/14 108/10 110/6
110/11 110/20 112/2
**above [4]**  29/16 29/17 58/1 113/6
**absence [1]**  69/12
**absent [1]**  25/14
**absolutely [1]**  100/23
**abundance [2]**  6/21 102/22
**accepted [1]**  79/20
**accepting [1]**  19/15
**accreditation [7]**  18/25 80/2 80/5 80/6
80/9 80/16 80/17
**accredited [3]**  18/24 79/25 80/3
**accrediting [1]**  80/6
**accurate [2]**  50/20 61/18
**acetate [1]**  104/13
**acquiesce [1]**  68/21
**active [2]**  69/15 71/8
**actual [3]**  76/21 85/4 101/15
**actually [13]**  27/25 31/14 32/5 32/12
61/3 77/3 78/22 91/8 93/25 94/2 94/2
106/13 107/5
**added [1]**  105/3
**adding [2]**  105/1 108/1
**addition [3]**  37/14 39/1 43/25
**additional [7]**  8/3 43/18 44/6 63/5 69/10
107/14 110/10
**Additionally [1]**  12/19
**adduced [1]**  113/5
**adhered [1]**  26/15
**Administration [2]**  11/8 11/11
**administrative [1]**  19/20
**admission [4]**  40/24 50/23 90/18 109/4

# A

**admit** [4]  28/8 89/21 98/1 111/2
**admitted** [30]  3/11 4/3 7/3 7/10 8/14
8/16 9/2 20/9 21/6 23/5 28/3 28/10
28/12 41/1 41/3 51/2 51/4 65/11 89/20
90/20 90/22 98/5 98/7 108/25 109/2
109/7 109/9 111/5 111/7 111/13
**ADR** [20]  77/8 77/10 77/13 77/22 78/1
79/2 79/10 79/12 79/17 79/18 79/24
79/24 80/12 81/15 82/17 83/18 84/17
85/10 86/4 86/17
**advance** [1]  36/9
**after** [24]  11/13 11/25 25/2 26/9 26/13
27/25 43/17 44/20 73/13 73/14 73/15
80/17 84/11 84/13 84/21 85/12 86/17
86/23 93/5 96/23 97/1 99/24 99/25
100/1
**afternoon** [1]  7/14
**again** [23]  8/19 25/22 29/25 37/17 37/25
38/8 47/4 47/12 48/3 54/6 59/9 59/17
62/23 63/23 69/21 75/25 77/24 85/5
87/19 92/10 93/1 107/5 108/1
**against** [1]  16/10
**agency** [2]  19/8 84/4
**agent** [10]  20/7 21/21 23/4 26/20 43/23
63/25 64/12 64/13 66/21 89/19
**agitate** [1]  93/2
**ago** [6]  13/11 13/13 38/17 45/4 81/20
107/14
**agonists** [1]  74/9
**agree** [5]  53/21 55/1 55/9 55/13 56/21
**agreed** [1]  57/21
**ahead** [1]  46/18
**aid** [2]  22/9 44/11
**aided** [1]  2/8
**all** [45]  18/17 19/19 24/18 29/23 41/11
43/17 49/17 51/6 51/11 58/4 58/9 60/16
60/19 62/8 62/20 63/19 64/6 65/7 69/17
70/6 71/11 74/10 76/19 80/10 83/4
83/19 84/6 84/9 86/3 90/2 92/18 95/20
96/23 98/22 99/12 102/2 102/11 102/18
102/25 103/17 104/16 105/19 106/18
107/4 108/10
**alleged** [1]  5/20
**allows** [1]  37/4
**almost** [6]  69/16 73/21 77/19 100/5
100/21 102/8
**along** [1]  81/5
**already** [9]  26/19 27/10 27/11 35/4 36/3
69/1 69/5 69/8 97/18
**also** [44]  8/18 10/24 12/19 17/9 17/21
22/5 23/14 26/7 34/23 36/23 39/1 39/10
43/9 43/12 44/6 44/8 46/19 47/9 49/2
56/18 57/14 57/23 60/10 69/20 78/20
80/18 81/3 81/11 83/16 84/19 84/20
95/14 96/17 97/6 99/5 101/14 102/19
102/21 103/21 104/8 104/12 104/13
107/18 110/15
**although** [2]  53/4 57/3
**always** [2]  80/23 85/21
**AMERICA** [1]  1/3
**American** [1]  18/24
**among** [1]  78/15
**amongst** [2]  80/10 90/2
**amount** [2]  39/18 39/19
**ample** [1]  59/23
**ampule** [29]  21/1 21/3 21/16 22/5 22/21
25/23 26/5 34/18 34/22 35/1 37/18
37/21 39/5 46/6 51/20 51/21 53/6 53/8
53/11 53/21 53/23 56/5 56/7 57/19 59/9
59/12 59/24 60/5 67/9
**ampules** [9]  45/13 45/15 46/12 52/13
52/17 52/24 54/15 66/25 67/6
**anabolic** [10]  13/25 14/4 14/4 74/8

82/19 83/12 83/13 94/5 94/5 107/21
**analysis [22]** 10/20 11/22 11/22 11/24
19/17 19/21 24/10 26/23 27/4 27/21
28/21 31/6 32/18 35/8 42/5 42/21 54/23
75/9 82/9 85/4 87/20 106/7
**analytical [5]** 73/18 74/22 90/10 90/13
90/14
**analyze [5]** 84/16 93/11 93/16 96/21
99/21
**analyzed [10]** 75/14 77/17 82/25 85/3
91/25 93/9 93/10 93/18 94/21 111/22
**analyzes [1]** 75/21
**analyzing [7]** 76/13 78/10 81/6 93/24
94/1 94/22 110/2
**Angeles [2]** 72/25 74/18
**animals [1]** 78/20
**another [19]** 17/23 22/5 23/2 37/9 44/22
49/16 49/20 49/20 55/15 57/16 57/19
58/1 62/2 87/2 99/24 99/25 104/20
108/14 110/20
**anti [6]** 74/15 77/3 77/7 82/9 84/3 84/4
**anti-doping [6]** 74/15 77/3 77/7 82/9
84/3 84/4
**any [51]** 13/19 14/25 24/12 25/12 25/18
25/20 27/17 35/20 39/24 42/6 45/6 45/7
47/19 50/3 50/25 60/1 60/15 61/11 62/8
62/10 62/11 63/23 64/18 66/11 68/3
68/6 68/16 68/21 69/12 69/14 69/15
69/18 69/22 70/7 70/9 70/15 70/20
70/20 71/8 71/14 71/19 74/13 82/11
86/2 86/25 89/24 97/13 98/3 100/25
104/4 108/23
**anybody [2]** 57/9 62/25
**anything [19]** 19/6 25/10 25/14 39/6
39/11 53/17 62/12 62/25 66/14 66/19
68/25 69/4 69/7 71/15 73/25 87/1 92/9
92/16 92/22 93/2 94/12 97/8 100/1
100/24 100/25 102/8 102/10 106/23
108/3
**apart [1]** 33/18
**apologize [1]** 36/9
**appearance [1]** 24/11
**APPEARANCES [2]** 1/12 2/1
**approach [3]** 50/16 71/21 71/21
**approximately [6]** 10/13 13/8 13/9 13/11
76/23 95/25
**arbitrary [1]** 89/13
**arbitration [1]** 82/2
**are [92]** 5/22 6/3 6/4 6/11 6/12 6/22 7/18
8/8 8/22 10/9 14/1 14/5 14/25 15/21
16/4 17/18 18/15 18/19 18/19 18/24
19/17 19/19 19/23 20/15 20/16 20/20
22/3 22/4 28/3 29/12 29/14 29/18 30/23
31/10 31/18 32/25 33/16 33/19 33/24
34/13 38/1 45/22 46/3 46/19 47/4 47/14
47/24 49/8 49/9 51/12 54/8 54/22 55/14
55/17 55/18 55/25 56/11 57/4 57/11
65/8 65/23 66/9 66/9 66/17 66/25 67/17
67/19 69/2 69/23 71/1 71/2 71/4 71/16
75/10 80/5 84/7 86/21 88/11 88/13
88/20 95/19 96/3 99/5 100/15 101/9
102/2 102/3 102/4 103/12 103/13
103/15 104/16
**area [9]** 12/10 12/22 12/24 13/17 13/23
32/2 47/19 102/19 102/9
**areas [1]** 10/22
**around [3]** 48/23 49/2 67/5
**arrives [1]** 75/11
**as [118]**
**ask [34]** 6/20 8/11 8/20 19/4 20/6 21/7
22/12 25/10 36/15 36/24 39/14 39/22
47/14 48/16 52/4 54/3 65/4 65/10 66/2
66/20 68/20 69/3 70/18 79/2 79/24
81/25 82/17 86/3 89/3 89/10 91/21
105/10 106/18 108/16

**asked [6]** 10/24 30/17 65/18 86/5 90/1
96/24
**asking [1]** 104/3
**assay [1]** 104/3
**assay [8]** 74/24 75/5 75/6 75/7 75/8 76/5
76/6 76/7
**assays [1]** 84/19
**assembling [1]** 19/19
**assigned [1]** 20/2
**assignment [1]** 20/18
**associate [1]** 77/11
**associated [4]** 30/23 55/17 56/3 74/20
**associates [2]** 1/18 47/23
**Association [2]** 74/15 84/3
**assume [3]** 5/3 56/10 59/19
**assumption [2]** 53/5 53/9
**Astros [2]** 6/12 8/22 9/7 9/10 9/15
**athletes [1]** 74/16
**attached [1]** 93/3
**Attanasio [3]** 1/20 3/6 65/18
**attempt [1]** 49/22
**ATTORNEY'S [1]** 1/15
**audio [3]** 6/11 8/10 8/17
**August [3]** 79/5 79/18 79/23
**August 2011 [1]** 79/5
**AUSA [2]** 1/13 1/13 1/14 1/14
**authorities [1]** 5/17
**available [5]** 14/8 16/8 18/18 69/13
69/17
**Avenue [1]** 2/4

# B

**B-12 [9]** 68/16 94/6 96/12 96/13 96/13
96/16 101/6 103/22 105/11
**bachelor [2]** 12/6 73/2
**back [24]** 5/11 7/14 7/16 7/16 18/22 24/5
27/3 29/10 34/16 36/2 36/16 53/12 54/1
54/1 57/12 58/10 58/25 79/18 101/19
103/17 105/4 105/8 105/21 108/2
112/10
**background [4]** 11/6 12/5 72/24 73/1
**bag [3]** 21/4 22/5 23/13
**bags [1]** 23/14
**ball [3]** 94/24 94/25 110/24 111/18
111/19
**barrel [2]** 24/17 27/19
**based [10]** 5/12 53/20 56/12 56/21 57/2
60/3 61/13 83/19 84/1 87/17
**baseline [1]** 57/1
**basically [53]** 11/19 13/2 14/15 14/18
15/8 15/20 16/3 16/19 16/23 17/24 18/4
18/21 20/18 24/15 26/25 28/20 29/14
29/17 30/14 32/17 32/24 33/9 42/11
47/21 50/10 65/16 67/5 69/16 71/17
71/20 75/8 75/20 76/12 77/15 81/8 83/5
83/8 83/11 84/23 84/25 90/12 92/16
92/21 92/23 93/2 93/16 95/13 97/4
98/22 99/10 100/2 100/24 102/25
**basis [2]** 47/20 98/24
**batch [9]** 45/3 45/3 45/3 45/17 80/19
85/25 86/22 100/18 101/24
**batches [1]** 80/21
**be [66]** 5/6 6/16 7/16 7/16 7/19 7/23
8/13 9/25 13/22 14/19 15/6 16/20 17/1
17/4 19/5 24/13 25/4 25/18 26/4 26/22
29/10 30/14 32/2 32/18 37/9 42/11
49/18 50/10 53/23 53/24 58/6 61/9
61/12 62/12 64/23 65/12 67/24 68/19
68/23 68/24 70/11 70/12 71/9 71/12
73/25 75/12 75/12 75/13 79/22 81/11
82/14 82/25 85/3 85/25 86/1 91/5 91/25
92/16 92/22 92/2 93/3 93/16 100/10
100/21 103/4 106/23
**became [2]** 11/25 12/1
**because [5]** 26/21 36/9 39/20 53/8 69/10
**becomes [2]** 24/19 52/20

# B

**been [24]** 10/12 20/9 21/6 23/5 34/5 34/12 40/20 45/23 49/7 50/21 53/1 53/2 64/14 64/16 65/11 72/6 72/7 79/20 81/15 83/19 87/10 87/23 89/20 90/17
**beer [5]** 53/15 53/18 53/22 60/15 60/16
**before [27]** 1/10 5/3 6/6 6/21 9/9 9/14 24/25 25/5 25/7 25/10 44/2 45/10 46/7 46/11 46/22 48/21 48/14 52/17 59/7 66/23 80/16 81/17 86/3 86/23 94/2 105/20 108/20
**begin [1]** 39/21
**beginning [2]** 48/18 80/1
**behalf [2]** 3/3 72/6
**behind [2]** 83/9 83/14
**being [2]** 52/24 78/16
**believe [18]** 6/9 8/19 19/13 40/23 50/13 55/9 56/24 61/9 74/15 86/16 89/21 90/17 91/15 94/16 97/25 104/24 111/1 111/9
**belong [1]** 61/21
**bench [3]** 7/17 68/4 101/4
**besides [1]** 70/21
**best [3]** 56/21 70/1 71/21
**beta [1]** 74/8
**beta-2 [1]** 74/8
**better [2]** 93/8 96/12
**between [5]** 30/19 31/8 31/17 31/20 32/23
**beyond [1]** 67/24
**bigger [1]** 53/13
**bind [1]** 71/7
**Bingo [1]** 50/4
**biology [2]** 73/2 73/10
**bit [6]** 18/3 37/6 60/21 75/2 83/2 85/19
**blood [4]** 74/6 75/11 78/2 83/3
**Board [1]** 18/25
**bodies [1]** 80/6
**body [2]** 37/10 84/5
**both [4]** 10/6 12/11 72/18 109/19
**bottle [13]** 23/13 23/15 23/24 23/25 39/24 39/25 40/2 40/19 41/10 60/22 60/25 62/9 62/14
**bottom [9]** 26/8 29/13 32/4 32/5 33/24 44/12 51/17 62/18 102/4
**boundaries [2]** 69/19 69/23
**boundary [1]** 70/1
**boxes [1]** 11/14
**brand [6]** 47/21 47/23 59/4 62/2 62/5 93/25
**break [9]** 14/16 37/6 44/19 67/6 67/9 67/11 67/12 67/13 75/2
**breaking [2]** 67/3 85/18
**breaks [1]** 33/18
**brief [4]** 72/13 82/21 88/1 97/24
**briefly [7]** 12/10 13/1 19/14 63/3 64/10 80/20 92/11
**bring [6]** 5/7 20/7 21/21 23/4 43/23 64/13
**broke [5]** 5/3 45/19 45/25 46/5 66/25
**broken [22]** 15/6 21/1 21/16 22/5 22/21 25/25 29/15 42/14 44/8 45/23 51/21 52/14 52/24 53/21 53/23 56/5 56/7 57/19 59/9 59/12 59/25 60/5
**brought [1]** 87/10
**brown [4]** 44/16 47/7 47/9 63/12
**built [1]** 16/9
**business [1]** 6/11
**Butler [4]** 1/13 3/5 3/6 3/8
**buy [1]** 55/2

# C

**C-Y-A-N-O-C-O-B-A-L-A-M-I-N [1]** 112/4
**calculated [1]** 102/21

**California [3]** 1/22 72/25 74/18
**call [9] 1/9** 26/7 26/5 11/1 77/6 80/21 91/13 98/10 99/22 102/6
**called [7]** 15/4 17/22 56/22 58/22 62/6 72/6 107/19
**Calls [2]** 60/8 62/16
**came [6]** 52/17 62/24 63/15 79/17 104/19 104/23
**can [92]** 5/7 6/16 13/1 15/9 15/13 15/23 16/10 16/13 18/21 19/24 20/6 23/18 23/20 24/6 24/8 25/16 26/2 27/2 27/13 29/4 29/18 29/21 29/22 31/1 31/11 31/22 32/22 34/16 36/6 36/10 36/21 39/14 40/1 40/21 41/5 41/17 41/17 42/11 44/11 45/8 52/21 53/4 53/9 53/15 53/18 53/22 55/1 56/8 57/3 57/10 57/25 58/12 59/8 60/1 60/15 60/16 61/4 61/14 62/3 62/23 63/2 65/12 66/2 67/10 68/14 68/25 69/3 69/9 69/24 73/25 75/13 77/8 82/25 85/3 89/4 89/19 89/23 90/2 91/14 93/19 95/6 96/4 98/16 99/10 99/21 101/3 102/11 105/21 106/8 109/10 112/3
**can't [12]** 7/1 7/17 39/18 54/21 57/4 57/7 57/9 69/1 75/12 104/19 104/23 106/14
**cannot [5]** 39/16 39/21 50/11 54/24 60/1
**cap [10]** 26/21 27/1 27/3 27/7 52/1 65/13 65/14 65/16 65/20 65/25
**capped [1]** 58/1
**carbon [3]** 37/12 37/15 37/15
**care [1]** 83/7
**carryover [2]** 81/12 97/7
**case [20]** 5/8 5/11 7/11 13/3 19/4 25/25 26/24 34/9 34/22 70/1 87/4 94/18 98/20 99/6 100/4 100/20 103/20 104/6 104/7 113/6
**cases [2]** 83/3 86/1
**Cathryn [3]** 2/3 113/2 113/16
**Catlin [3]** 77/5 88/21 88/22
**cause [1]** 97/8
**caution [1]** 6/22
**certain [11]** 12/12 19/5 19/23 20/15 29/18 31/23 47/14 58/21 83/21 86/4 103/4
**certainly [2]** 7/2 53/25
**CERTIFICATE [1]** 113/1
**certified [1]** 18/23
**certify [2]** 113/4 113/7
**chain [11]** 37/12 49/3 49/10 49/13 49/18 49/21 82/23 86/22 86/25 87/2 91/24
**chance [1]** 68/18
**change [2]** 7/12 66/20
**characteristic [1]** 100/11
**chart [3]** 32/1 33/22 58/11
**check [5]** 7/1 34/10 34/10 105/4 107/15
**chemical [38]** 10/21 11/20 15/7 15/21 16/17 16/19 16/25 18/12 18/6 18/21 18/22 29/10 29/15 29/18 30/12 30/24 31/5 31/15 33/5 34/5 35/3 35/8 35/15 37/4 37/5 37/8 37/8 37/9 40/14 41/24 47/23 59/1 59/16 69/15 70/20 71/6 82/9 87/20
**chemicals [5]** 42/7 57/4 57/10 71/2 71/18
**chemist [10]** 11/8 11/19 74/24 75/1 75/6 75/7 75/8 76/5 76/6 76/7
**chemistry [12]** 10/15 10/19 10/23 11/18 12/7 12/10 12/23 12/25 13/4 13/18 14/5 100/1
**chiropractic [1]** 73/16
**choose [1]** 34/6
**chromatogram [3]** 28/19 98/18 102/7
**chromatograms [4]** 98/11 99/5 99/8 102/20

**chromatography [9]** 14/9 14/12 15/9 18/3 24/14 24/16 51/25 76/1 84/24
**chromatography/mass [1]** 24/24
**circle [4]** 33/10 41/17 106/8 106/11
**Circuit [1]** 5/4
**circumstances [1]** 19/24
**City [1]** 11/9
**clean [8]** 67/12 67/13 93/25 94/12 94/19 94/23 94/25 100/21
**clear [9]** 10/5 17/1 33/20 44/16 45/2 63/12 97/12 97/13 97/14
**clears [1]** 97/10
**CLEMENS [3]** 1/6 1/6 8/9
**Clerk [2]** 6/25 72/8
**clients [1]** 78/15
**clinic [1]** 73/16
**clip [2]** 6/11 8/10
**close [2]** 93/24 94/22
**cocktail [1]** 95/13
**code [1]** 89/13
**collect [2]** 24/18 74/15
**collected [3]** 27/20 60/16 98/22
**college [1]** 73/6
**colored [1]** 44/16
**COLUMBIA [2]** 1/2 113/4
**column [6]** 15/1 99/22 100/1 100/2 100/3 100/5
**combination [1]** 55/18
**come [11]** 5/16 19/15 19/17 36/2 50/7 52/7 69/18 87/6 93/3 99/22 112/10
**comes [7]** 6/6 6/17 29/21 96/13 99/24 99/25 99/25
**coming [1]** 33/13
**commercial [5]** 47/16 47/24 58/22 66/14 77/16
**commingled [1]** 49/24
**common [2]** 80/9 96/16
**commonly [2]** 71/2 71/13
**community [1]** 19/1
**compare [2]** 16/23 96/24
**compared [2]** 19/5 85/13
**compares [1]** 102/23
**comparing [2]** 17/13 17/18
**comparison [13]** 16/13 18/11 30/19 31/4 31/7 31/10 31/12 32/23 33/8 97/22 103/1 103/2 103/7
**comparisons [1]** 86/5
**complex [5]** 75/21 83/4 85/1 85/2 99/19
**complicated [1]** 27/23
**complies [8]** 33/11 41/19 66/4 67/10 88/5 88/11 106/13 107/17
**component [6]** 15/3 42/11 48/4 68/23 69/24 70/10
**components [14]** 14/15 14/25 47/23 54/16 54/22 54/23 55/17 70/10 75/20 75/21 84/23 85/22 99/20 99/21
**compound [19]** 15/5 33/13 33/15 33/17 33/19 66/12 85/17 99/11 99/15 100/2 100/11 103/3 104/20 104/24 105/3 105/5 105/6 107/18 107/21
**compounds [22]** 55/22 56/11 57/4 74/7 74/9 81/1 83/5 83/14 93/16 94/4 95/8 95/20 99/6 99/23 103/25 104/9 104/10 107/7 108/1 110/4 111/23 111/25
**comprehensive [1]** 71/17
**computer [1]** 2/8
**computer-aided [1]** 2/8
**concentrated [2]** 84/14 84/15
**conclusion [5]** 31/13 34/2 61/17 102/25 104/4
**conclusions [5]** 10/24 88/25 89/1 103/8 103/25
**condition [3]** 42/16 44/9 53/4
**conduct [3]** 49/22 50/9 107/13
**conducted [3]** 63/3 63/4 87/11

**C**

**confer** [1] 89/23
**conference** [2] 68/4 101/4
**conferred** [1] 28/6
**confident** [3] 34/4 61/9 61/10
**confirm** [3] 54/25 58/5 58/6
**confused** [1] 105/8
**consisted** [1] 74/8
**consistency** [1] 44/21
**consistent** [13] 5/6 5/8 5/22 21/9 21/13 21/18 22/13 22/18 22/19 22/22 22/25 23/21 44/13
**consistently** [1] 70/8
**constitute** [1] 113/8
**Constitution** [1] 2/4
**consult** [2] 28/4 72/11
**consulted** [1] 8/4
**consume** [1] 71/12
**Cont'd** [3] 2/1 4/1 4/2
**contact** [1] 50/7
**contacted** [1] 20/3
**contain** [5] 26/6 61/11 66/10 100/21 100/23
**contained** [5] 22/5 40/5 81/1 91/16 106/16
**container** [1] 66/1 67/15
**containers** [1] 44/19
**containing** [3] 23/14 43/25 62/9
**contains** [4] 20/25 91/9 100/22 106/14
**contamination** [7] 50/3 50/4 50/6 81/12 81/13 97/7 97/13
**contents** [6] 3/1 4/1 41/9 86/24 94/4 94/19
**continually** [1] 104/25
**continue** [1] 79/6
**continued** [1] 91/24
**contributing** [1] 70/12
**control** [16] 19/18 61/2 80/13 80/21 80/24 81/3 85/22 86/1 94/10 95/18 96/22 98/15 98/20 100/18 101/22 102/17
**controlled** [6] 61/5 61/11 61/18 61/24 62/10 69/12
**controls** [6] 80/18 81/5 85/16 86/2 93/23 102/16
**convenience** [1] 21/5
**conversation** [1] 26/19
**COOLEY** [1] 1/21
**copy** [3] 11/2 50/20 65/4
**corner** [5] 23/20 40/2 41/20 42/13 44/12
**correct** [80] 6/14 6/15 11/15 15/17 17/11 21/12 21/15 25/8 27/12 29/1 29/3 30/1 33/23 34/1 35/5 36/5 36/20 37/13 37/16 37/18 38/2 38/19 38/25 42/15 43/16 44/5 44/17 45/18 45/21 46/8 48/14 48/15 49/5 50/15 51/13 51/19 51/23 52/2 52/3 52/9 52/12 52/15 53/19 56/6 57/6 57/8 57/10 61/20 61/22 62/1 62/22 63/1 63/11 63/18 64/1 68/14 74/12 74/19 75/16 79/9 82/6 84/10 87/15 87/18 90/7 90/8 91/11 92/4 95/4 96/2 96/8 96/19 96/25 97/16 97/20 100/10 103/23 105/12 106/17 107/3
**correcting** [1] 95/7
**correctly** [2] 95/7 95/19
**correlate** [1] 18/22
**correlation** [1] 55/12
**corresponding** [2] 6/11 8/10
**cotton** [5] 94/24 94/25 110/24 111/18 111/19
**could** [34] 25/18 26/22 28/4 30/25 34/2 34/12 36/16 37/6 42/2 43/23 45/7 49/6 50/6 51/11 51/15 54/1 54/4 57/12 57/15 65/19 66/11 66/14 66/20 68/23 70/12

70/13 70/13 71/12 72/18 78/9 92/22 98/20 108/6
**couldn't** [1] 27/3
**counsel** [8] 5/3 28/5 28/6 65/4 65/8 71/23 72/11 90/1
**course** [3] 5/14 14/23 42/5
**courses** [2] 12/19 76/21
**court** [25] 1/1 2/3 2/3 2/4 6/23 7/4 13/12 13/12 13/13 13/14 36/9 64/6 64/16 68/9 68/20 69/6 81/22 81/22 81/22 81/23 86/4 101/11 113/2 113/3 113/16
**Court's** [4] 40/22 48/6 87/25 97/23
**Courtney** [1] 1/14
**courtroom** [3] 7/21 64/14 64/21
**cover** [1] 90/1
**coworker** [1] 103/15
**CR** [1] 1/3
**create** [2] 71/7 82/23
**created** [3] 44/23 87/2 91/24
**Crime** [1] 18/24
**crimp** [1] 65/14
**crimped** [7] 20/25 21/20 22/24 23/2 26/18 35/23 65/16
**crimping** [1] 65/25
**cross** [7] 3/4 5/15 48/8 48/10 50/3 50/4 50/6
**cross-contamination** [3] 50/3 50/4 50/6
**cross-examination** [3] 5/15 48/8 48/10
**crushing** [1] 70/3
**CT** [3] 5/5 5/8 5/11
**currently** [1] 35/13
**custody** [10] 49/3 49/11 49/13 49/19 49/21 82/23 86/22 86/25 87/2 91/24
**cut** [1] 94/23
**cyanocobalamin** [13] 94/5 95/15 96/9 96/10 105/12 105/14 107/7 107/10 107/11 110/7 110/8 112/2 112/6
**cycling** [1] 78/18
**cypionate** [1] 47/11

**D**

**D-2** [1] 6/13
**D-3** [1] 6/13
**D.C** [3] 1/5 1/16 2/5
**daily** [3] 76/11 76/16 77/14
**Daniel** [1] 1/13
**data** [20] 15/19 16/6 16/7 16/23 25/6 29/6 30/3 30/19 30/23 31/3 31/8 31/16 34/14 76/13 77/18 93/18 98/10 101/14 101/18 102/13
**date** [3] 89/1 104/21 107/18
**dated** [3] 63/9 63/9 89/7
**day** [5] 66/8 76/17 98/24 98/24 113/11
**day-to-day** [1] 98/24
**DEA** [3] 11/13 12/11 12/14
**deal** [5] 47/15 47/20 73/21 78/20 98/23
**dealing** [2] 15/24 39/20
**Deca** [11] 35/17 55/10 56/22 58/2 58/4 58/19 58/23 59/1 59/22 60/4 60/14
**Deca-Durabolin** [11] 35/17 55/10 56/22 58/2 58/4 58/19 58/23 59/1 59/22 60/4 60/14
**decanoate** [22] 36/23 36/23 37/24 38/7 38/8 38/22 39/2 39/7 39/13 47/3 55/7 55/16 56/19 58/6 58/12 58/17 59/2 60/10 104/12 104/14 110/5 112/1
**December** [4] 73/5 73/13 77/5 79/4
**decide** [2] 42/2 104/23
**decided** [4] 19/22 20/2 105/4 108/2
**Defendant** [2] 1/7 1/17
**Defendant's** [3] 4/10 7/9 51/3
**defense** [7] 5/18 6/8 8/4 50/20 65/4 65/8 72/11
**degree** [3] 12/6 73/4 73/13
**delivered** [4] 63/24 86/11 86/12 86/17

**delivery** [2] 49/10 49/12
**demonstrates** [1] 97/16
**departments** [3] 74/25 76/9 76/10
**depending** [3] 14/7 34/14 42/1
**deposition** [2] 6/10 8/9
**deposteron** [2] 47/7 47/9
**Depot** [1] 34/23
**Deputy** [1] 72/7
**describe** [4] 13/1 19/14 26/2 99/16
**described** [1] 24/25
**description** [1] 56/3
**design** [1] 83/12
**designated** [1] 19/19
**designation** [1] 20/17
**detail** [1] 63/19
**details** [1] 29/6
**detection** [2] 28/18 69/23
**detector** [1] 33/14
**determine** [9] 15/7 19/5 30/11 39/16 40/13 42/6 47/22 60/2 69/14
**develop** [1] 78/23
**developed** [3] 19/25 77/16 104/25
**diagram** [3] 33/22 33/25 98/16
**diagrams** [1] 27/23
**Dianabol** [1] 62/6
**dictates** [1] 100/2
**did** [144]
**didn't** [8] 53/4 53/7 67/23 78/5 92/10 94/12 94/19 105/2
**Diego** [3] 1/22 73/2 73/12
**diet** [1] 68/24
**dietary** [3] 78/3 78/6 78/8
**different** [26] 16/5 18/3 18/17 32/10 33/7 47/16 47/16 51/8 55/22 60/6 61/22 63/6 70/6 74/9 75/24 80/10 83/4 85/21 95/14 95/24 95/25 98/21 99/10 99/11 101/9 108/14
**differently** [1] 85/21
**dilution** [1] 14/20
**Direct** [3] 3/4 10/1 72/14
**directed** [1] 74/10
**directly** [1] 54/21
**director** [2] 77/4 88/23
**Directors** [1] 18/25
**discharged** [1] 53/23
**discuss** [1] 26/24
**discussed** [1] 109/25
**discussing** [1] 5/3
**dissolve** [1] 43/3
**dissolved** [1] 44/22
**DISTRICT** [6] 1/1 1/2 1/11 2/4 113/3 113/3
**disturbing** [1] 27/3
**diuretics** [1] 74/9
**do** [150]
**Docket** [1] 1/3
**document** [2] 82/22 86/24
**documented** [1] 91/23
**documents** [2] 65/8 86/22
**does** [22] 10/20 14/3 14/17 15/25 16/1 16/7 18/12 28/15 32/13 50/4 50/8 54/20 55/10 58/21 59/15 59/22 67/8 67/24 73/19 75/24 84/5 102/14
**doesn't** [2] 61/21 97/12
**doing** [4] 18/9 25/14 83/15 104/17
**don't** [23] 6/25 29/2 30/17 31/23 53/17 54/6 55/25 61/11 62/10 63/23 66/19 68/14 68/24 69/25 81/21 83/6 83/9 85/8 88/6 89/6 98/23 100/25 107/15
**done** [5] 6/21 42/21 82/5 85/4 87/4
**doping** [12] 73/22 73/23 73/24 74/15 77/3 77/7 78/24 78/25 82/9 84/3 84/4 84/6
**down** [11] 7/13 14/16 37/6 42/13 56/25 60/19 62/18 63/2 75/2 85/18 93/7

**D**

**Dr. [3]**  77/5 88/21 88/22
**Dr. Catlin [3]**  77/5 88/21 88/22
**draw [2]**  103/7 103/24
**drew [2]**  33/21 46/6
**dried [2]**  93/7 93/8
**drip [1]**  53/23
**dripped [1]**  60/5
**dropped [1]**  62/9
**dropping [1]**  62/14
**drug [5]**  11/8 11/10 13/18 18/17 74/1
**drugs [6]**  10/23 14/6 71/18 74/11 78/13
82/10
**dry [1]**  53/1
**duly [1]**  72/7
**Durabolin [11]**  35/17 55/10 56/22 58/2
58/4 58/19 58/23 59/1 59/22 60/4 60/14
**durateston [6]**  26/6 46/17 46/19 56/8
56/9 56/13
**Durham [1]**  1/13
**during [3]**  5/14 79/6 83/7
**dyes [1]**  10/23

**E**

**E-N-A-N-T-H-A-T-E [3]**  30/6 108/9
110/16
**E-P-P-E-N-D-O-R-F [1]**  91/15
**each [24]**  15/3 20/18 29/7 30/25 36/8
39/15 49/19 50/7 63/21 74/2 80/19 89/1
92/2 93/20 96/4 96/7 97/21 99/8 100/2
102/15 102/16 102/22 102/23 103/6
**earlier [8]**  18/4 26/16 27/16 28/16 38/13
43/5 44/25 53/1
**Easier [1]**  96/11
**Eastgate [1]**  1/21
**edges [2]**  67/17 102/4
**educational [3]**  12/5 72/23 73/1
**effect [1]**  37/12
**effectively [1]**  75/14
**either [7]**  28/22 45/12 49/15 54/7 60/15
68/9 105/18
**else [6]**  62/14 66/14 66/19 71/15 88/15
88/20
**employed [4]**  10/9 10/10 10/12 11/7
**employment [2]**  11/7 73/14
**enanthate [17]**  30/6 30/7 30/15 38/22
38/23 39/8 58/14 59/4 59/16 107/19
107/22 108/5 108/8 110/11 110/15
110/16 110/19
**encompasses [2]**  18/17 71/17
**end [1]**  78/2
**Enforcement [2]**  11/8 11/10
**enhancing [4]**  73/25 74/10 78/13 82/10
**enlarged [1]**  51/12
**enough [4]**  55/1 61/7 61/8 106/23
**ensured [1]**  81/11
**enters [2]**  7/21 64/21
**entire [4]**  28/20 70/2 70/3 70/4
**entries [1]**  54/19
**epitestosterone [1]**  78/19
**eppendorf [4]**  91/8 91/13 106/14 109/17
**Equine [2]**  78/21 78/23
**equipment [3]**  27/11 79/7 84/17
**Erwin [1]**  86/11
**especially [1]**  78/2
**Esquire [3]**  1/17 1/17 1/20
**essentially [8]**  75/9 76/4 76/14 78/12
90/12 90/15 99/13 102/22
**ester [8]**  37/2 37/3 38/8 47/12 104/13
104/14 104/25 107/22
**esters [10]**  38/1 47/4 94/5 95/14 96/1
96/7 100/23 103/22 104/16 107/1
**estimate [1]**  39/21
**evaluate [4]**  15/6 29/22 31/16 31/19

**even [4]**  5/10 57/9 80/1 86/23
**evening [2]**  7/3 7/8
**event [1]**  5/22
**ever [2]**  13/5 42/8
**every [5]**  87/11 87/12 100/8 100/22
102/7
**everything [4]**  77/19 98/19 99/4 103/2
**evidence [5]**  5/24 5/25 6/2 6/7 7/10 8/3
8/7 8/16 8/19 9/3 10/22 11/21 17/5
19/18 20/3 28/13 38/3 41/3 49/3 49/14
49/15 51/4 90/22 98/7 109/2 109/9
111/7 111/13
**exact [4]**  29/24 48/4 55/12 56/1
**exactly [10]**  14/12 50/11 75/24 79/1
80/25 81/21 85/7 96/6 104/19 104/23
**examination [9]**  5/14 5/15 10/1 40/9
40/10 48/8 48/10 65/1 72/14
**examinations [2]**  13/3 41/24
**examine [5]**  34/25 35/6 35/12 40/7 42/22
**examined [3]**  41/11 41/23 72/8
**examiner [8]**  10/19 10/20 12/1 12/3 12/3
12/4 13/6 20/2
**examiners [2]**  12/13 12/16
**exams [2]**  10/25 26/20
**excerpt [1]**  6/10
**excerpts [1]**  8/9
**excuse [1]**  54/18
**exhibit [27]**  3/11 4/3 4/10 6/9 6/13 7/9
8/11 8/15 8/20 9/1 9/5 9/9 9/13 20/8
21/6 22/9 28/11 41/2 50/20 51/3 54/2
90/21 98/6 109/1 109/8 111/6 111/12
**exhibits [8]**  6/8 8/3 8/8 8/13 8/21 64/13
64/15 67/19
**existed [1]**  5/11
**existing [1]**  93/14
**exit [1]**  31/15
**experience [1]**  12/9
**experimentation [1]**  83/16
**expert [4]**  13/5 13/17 13/23 82/8
**expertise [4]**  47/19 52/25 53/20 60/3
**explain [7]**  32/11 80/8 80/15 80/20
82/18 86/20 100/19
**extra [1]**  37/11
**extract [2]**  82/24 84/11
**extracted [2]**  84/13 85/12
**extraction [3]**  70/3 83/8 83/12
**eyes [1]**  52/7

**F**

**fabricate [3]**  5/12 5/15 5/19
**fact [5]**  5/16 5/21 32/22 45/17 63/21
**factor [1]**  70/12
**fair [10]**  52/11 53/24 54/9 55/1 57/3 57/5
57/7 60/25 61/11 62/25
**falls [1]**  5/23
**false [1]**  97/8
**familiar [4]**  47/24 55/10 55/11 59/5
**fashion [2]**  31/12 82/21
**FBI [15]**  10/10 11/6 11/7 11/13 11/18
12/11 12/14 18/12 18/18 18/23
19/10 35/14 49/9 63/25
**February [1]**  8/10
**February 5th [1]**  8/10
**federal [6]**  5/16 13/12 13/14 81/22 81/22
81/24
**FedEx [1]**  49/11
**feeling [1]**  64/11
**fellow [1]**  63/25
**few [3]**  48/16 54/3 65/3
**field [3]**  13/18 43/19 82/8
**Fifty [1]**  20/8
**Fifty-two [1]**  20/8
**figure [1]**  52/15
**filler [1]**  71/10
**finalized [1]**  87/16

**finally [2]**  9/12 88/19
**find [18]**  37/13 37/23 38/20 39/6
39/11 40/17 42/6 50/10 54/16 68/5 70/9
70/13 70/15 70/21 85/6 104/10 105/13
105/16
**finding [3]**  54/7 54/4 54/6 56/15
**findings [1]**  34/7
**fine [5]**  26/4 28/1 77/9 89/6 90/4
**finger [4]**  31/22 32/9 41/18 106/11
**fingerprint [3]**  26/23
**finished [3]**  27/5 73/5 73/13
**finishing [1]**  73/15
**first [38]**  5/4 8/7 10/6 11/17 20/1 24/10
24/23 26/5 31/5 31/14 31/24 32/13
34/21 35/19 40/10 41/13 42/25 45/3
45/3 48/18 49/10 52/11 54/8 54/19
58/10 69/11 72/7 72/18 72/24 85/19
89/11 90/9 95/3 103/13 108/21 108/22
109/4 111/2
**five [4]**  55/22 56/2 86/2 98/1
**flight [8]**  7/12 17/22 17/23 18/8 25/4
34/9 43/7 45/1
**fly [2]**  7/13 7/14
**focus [3]**  51/11 58/9 82/17
**follow [4]**  18/12 37/21 65/3 68/18
**follow-up [1]**  65/3
**following [2]**  36/13 38/7
**follows [1]**  72/8
**foregoing [1]**  113/7
**forensic [10]**  10/19 10/20 12/3 12/4 12/6
12/10 12/22 12/24 13/6 13/18
**form [14]**  10/25 14/7 14/7 14/19 30/15
37/2 37/11 71/7 71/11 75/13 76/1 76/2
84/15 96/16
**former [1]**  77/4
**found [31]**  36/6 36/12 37/21 38/21 39/1
39/7 39/12 42/12 47/1 47/11 50/12 54/8
55/18 56/18 58/11 61/5 61/15 61/24
63/20 63/20 69/11 69/12 70/23 70/25
71/2 71/13 90/15 104/1 104/5 104/12
104/13
**four [16]**  11/24 22/10 27/13 31/1 34/17
38/11 54/8 54/11 54/18 54/19 54/19
55/1 55/15 65/11 86/2 98/1
**fragment [5]**  29/21 99/7 99/8 102/23
102/23
**fragmentation [1]**  15/19
**fragmenting [1]**  31/25
**fragments [15]**  15/6 15/7 15/15 15/21
16/5 29/14 29/18 29/22 33/16 33/18
33/24 44/8 100/8 103/5 103/6
**frame [1]**  31/18
**Friday [2]**  7/17 7/19
**front [20]**  9/5 21/8 21/9 21/13 21/9
22/13 22/18 22/20 22/21 22/23 22/25
23/22 32/21 36/18 44/13 44/15 45/22
90/6 107/16 108/11
**full [1]**  79/18
**full-time [1]**  79/18
**functional [1]**  37/4
**funding [1]**  78/22
**further [9]**  5/9 26/15 35/3 35/4 48/7 68/2
71/22 71/23 113/7

**G**

**gas [8]**  14/9 14/12 15/9 18/3 24/23
75/18 75/25 76/1
**gave [1]**  89/13
**GC [10]**  15/10 17/10 18/3 19/1 27/25
43/6 45/1 75/25 76/8 76/21
**GC/MS [6]**  17/10 18/3 19/1 27/25 43/6
45/1
**GCMS [7]**  74/25 74/25 75/15 75/18
76/10 79/8 84/19
**general [4]**  10/22 10/23 31/11 32/24

## G

**generally [15]** 12/10 16/7 17/8 18/15 18/19 29/11 31/21 49/6 49/25 52/22 82/18 88/8 98/24 99/16 102/14
**generated [1]** 88/11
**get [20]** 6/5 7/15 14/19 16/9 16/16 16/19 19/25 20/1 20/18 25/10 45/19 51/12 59/22 59/24 60/1 70/4 73/4 75/13 99/24 105/8
**getting [2]** 19/16 27/22
**Gilberto [1]** 1/14
**give [3]** 16/11 31/5 68/18
**given [3]** 12/22 12/24 20/17
**gives [2]** 15/20 25/6
**glass [6]** 44/8 65/17 67/14 67/15 67/15 67/17
**go [30]** 14/3 16/18 19/23 19/24 24/5 27/1 27/25 32/18 34/16 36/10 46/11 46/18 51/7 54/1 54/2 55/20 57/12 57/13 57/15 58/10 62/19 63/19 67/3 67/23 83/15 89/4 89/5 101/19 105/4 108/2
**GODWARD [1]** 1/21
**goes [4]** 15/4 15/12 28/17 86/25
**going [30]** 6/7 8/12 18/1 18/7 18/20 19/23 21/5 26/22 31/7 31/14 36/9 36/24 51/6 54/6 58/6 62/20 63/19 64/11 64/13 68/13 72/22 85/10 92/1 98/9 100/3 100/21 102/8 103/17 106/18 112/9
**gone [1]** 51/8
**Good [9]** 7/23 7/24 8/1 10/3 10/4 48/12 48/13 72/16 72/17
**got [5]** 25/11 57/5 62/9 63/24 73/13
**government [14]** 1/13 3/3 5/7 5/21 5/24 6/1 6/20 9/19 9/23 51/9 63/4 68/14 72/2 72/7
**Government's [23]** 3/11 4/3 6/9 6/13 8/2 8/7 8/11 18/25 20/9 21/1 9/5 9/8 9/13 20/8 22/9 28/11 41/2 90/21 98/6 109/1 109/8 111/6 111/12
**graph [4]** 29/13 32/4 32/5 38/23
**graphical [6]** 98/10 98/18 99/4 100/17 100/24 101/14
**graphs [4]** 29/12 29/16 32/20 38/17
**grass [1]** 102/6
**ground [1]** 43/1
**group [1]** 37/4
**growth [1]** 35/13
**Guerrero [1]** 1/14

## H

**had [36]** 5/12 5/13 5/16 6/8 26/6 26/18 35/23 44/19 45/14 53/1 53/2 53/8 53/21 54/15 57/19 57/21 57/23 60/5 62/24 63/16 63/23 66/18 77/18 78/4 78/4 78/17 80/18 81/9 82/5 87/10 93/14 104/24 105/10 107/5 107/6 113/5
**half [1]** 99/25
**hand [3]** 9/22 77/19 87/22
**handed [2]** 50/19 65/4
**handle [1]** 26/24
**hands [1]** 67/7
**happens [2]** 84/21 99/17
**Hardin [2]** 1/17 1/18
**has [17]** 5/21 20/9 23/5 33/4 35/11 35/17 37/14 49/2 55/20 58/25 69/1 75/12 83/16 87/22 89/20 103/4 103/11
**have [129]**
**having [4]** 5/18 48/24 72/6 72/7
**Hayes [3]** 22/8 36/15 64/10
**he [8]** 5/16 5/22 67/24 88/23 88/23 101/5 101/6 101/8
**he's [1]** 101/3
**heard [2]** 48/1 59/7
**hearings [1]** 82/2

**height [1]** 32/25
**held [2]** 11/18 12/06
**help [7]** 24/6 27/24 57/3 64/12 64/14 71/7 98/23
**her [2]** 64/11 69/3
**here [21]** 6/25 7/16 28/19 29/8 31/9 31/20 32/3 33/9 33/16 52/6 54/18 54/20 56/11 57/1 57/16 59/12 61/17 66/21 68/12 88/5 100/16
**hereby [1]** 113/4
**hereto [1]** 113/10
**highlight [2]** 55/6 55/6
**highlighted [1]** 33/3
**him [3]** 5/18 26/24 26/25
**his [1]** 82/12
**hits [1]** 16/11
**hold [1]** 27/3
**Honor [43]** 6/4 6/6 6/19 7/7 8/1 8/2 8/18 9/17 9/19 13/16 13/21 28/7 40/23 48/7 48/9 50/16 50/23 51/1 60/7 62/15 64/10 64/25 67/22 68/2 68/2 68/8 68/12 71/4 72/2 72/10 82/7 82/13 89/22 89/25 90/4 90/18 98/4 101/7 101/10 108/20 108/24 109/6 111/2
**HONORABLE [2]** 1/10 64/6
**hormone [1]** 35/13
**horses [1]** 78/25
**house [2]** 12/12 12/15
**Houston [6]** 1/19 6/12 8/22 9/6 9/10 9/15
**how [54]** 10/12 10/16 11/10 11/23 13/8 14/3 14/16 16/6 17/4 19/15 20/12 21/24 23/9 26/17 26/24 31/12 31/12 32/17 32/21 35/10 35/19 47/6 50/8 57/5 59/22 59/23 60/1 62/8 63/23 67/3 69/23 76/15 76/17 76/19 76/24 78/22 79/2 79/10 79/14 81/20 83/1 83/15 85/16 85/18 85/24 91/20 93/10 95/24 97/19 100/2 102/22 103/5 104/19 104/23
**However [6]** 11/21 27/6 35/8 42/20 45/14 56/1
**huh [2]** 60/23 94/13
**human [1]** 35/13
**hundred [1]** 40/6
**Hundreds [1]** 76/18
**hypothetical [1]** 59/19

## I

**I'd [20]** 7/16 13/16 20/5 21/21 23/4 27/22 27/23 28/2 40/20 40/24 54/24 82/7 87/12 87/22 89/3 89/20 97/25 100/15 107/5 110/20
**I'll [11]** 7/2 8/11 28/7 54/7 68/1 68/18 69/3 108/21 108/22 109/4 111/2
**I'm [38]** 6/20 10/10 10/19 10/21 10/24 16/17 21/3 21/5 25/16 29/4 31/5 31/7 31/14 32/24 34/4 34/14 34/17 36/9 36/21 45/9 46/12 51/6 54/9 66/22 68/14 68/15 69/25 72/22 80/5 84/4 84/17 87/24 92/1 94/18 98/9 106/18 109/3
**I've [5]** 42/12 12/19 34/5 48/1 50/19
**idea [2]** 31/5 60/1
**identification [2]** 87/23 100/12
**identified [4]** 3/11 4/3 38/6 61/18
**identify [15]** 34/5 42/8 43/9 66/11 66/14 85/17 103/3 104/7 104/8 105/14 105/18 107/11 108/5 110/8 112/6
**identifying [4]** 40/11 40/15 66/15 85/11
**identity [1]** 40/14
**Immediately [1]** 73/15
**impact [1]** 50/8
**impossible [1]** 7/15
**improper [1]** 67/22
**in-house [2]** 12/12 12/15

**incentive [1]** 5/12
**incite [3]** 11/23 11/24 112/15
**Inc [3]** 80/23 81/3
**included [2]** 80/23 81/3
**including [1]** 94/4
**inconsistent [1]** 62/13
**indicated [2]** 68/25 89/25
**indicates [2]** 99/15 107/22
**indicating [3]** 5/7 5/9 92/3
**indication [3]** 16/11 16/16 104/18
**individual [3]** 20/18 49/16 99/20
**individuals [2]** 78/16 78/17
**indulgence [4]** 40/22 48/6 87/25 97/23
**Industry [3]** 78/21 78/23
**infer [1]** 61/16
**inference [1]** 61/13
**information [8]** 15/20 18/5 18/10 18/20 18/21 49/13 49/17 49/20
**infrared [1]** 14/10
**ingredient [2]** 69/15 71/8
**initial [3]** 49/13 78/22 89/1
**initially [8]** 11/19 41/24 75/5 76/5 77/11 80/1 88/16 105/2
**initials [7]** 20/13 21/25 23/10 103/11 103/12 103/13 103/15
**inject [3]** 27/2 27/7 27/7
**injected [4]** 14/22 75/12
**injecting [1]** 35/24
**inks [1]** 10/23
**inserted [1]** 80/18
**inside [6]** 15/1 53/22 60/24 92/17 94/20 109/17
**inspecting [1]** 52/5
**inspection [1]** 25/17
**instance [3]** 68/17 83/11 94/23
**Institute [1]** 73/12
**instrument [24]** 14/22 14/25 15/1 15/4 18/1 28/17 29/7 29/23 31/16 32/19 33/14 75/20 76/12 76/13 77/17 81/13 84/16 85/13 93/9 93/17 95/7 95/19 97/7 102/7
**instrumentation [12]** 12/19 14/23 16/9 17/25 18/18 26/15 40/13 43/5 69/13 69/24 70/7 82/25
**instruments [7]** 12/20 14/8 14/11 24/20 44/24 70/11 75/14
**intact [1]** 63/15
**integrity [2]** 49/3 50/8
**intent [1]** 61/16
**interaction [2]** 37/5 37/5
**interactions [1]** 37/9
**interest [2]** 30/13 34/5
**interested [1]** 81/2
**interior [5]** 24/13 24/17 26/10 27/18 35/1
**interpret [1]** 16/6
**interpretation [2]** 16/23 31/3
**interpreted [2]** 77/18 79/14
**introduce [4]** 5/24 6/1 7/5 18/1
**inventoried [2]** 20/17 49/15
**investigation [1]** 5/16
**involves [1]** 16/3
**ion [1]** 28/19
**IRS [1]** 86/16
**is [346]**
**ISO [2]** 80/7 80/9
**isocaproate [3]** 36/14 37/23 47/2
**isocarpoate [1]** 104/15
**it [238]**
**it's [65]** 6/9 7/15 10/7 11/20 16/3 18/2 19/18 19/22 20/4 33/4 37/4 37/8 37/14 39/18 49/17 49/18 50/2 53/25 55/21 58/2 61/7 62/2 65/16 67/15 74/20 75/20 75/25 80/8 80/11 83/3 83/16 83/16 84/21 88/5 88/18 89/13 90/10 90/12 90/12 90/13 90/15 91/2 92/13 92/16

## I

it's... [21] 95/18 96/12 96/12 96/12 97/5
98/10 98/15 100/20 100/21 101/24
101/24 102/8 102/21 103/2 104/14
105/7 106/21 107/21 107/22 110/15
111/16
item [39] 19/24 20/18 22/12 22/16 23/12
24/7 24/8 24/14 25/24 26/5 27/4 27/20
28/23 28/24 28/25 29/25 34/21 35/9
35/12 35/18 36/12 37/20 41/14 42/22
42/24 43/24 49/19 50/12 89/8 89/16
90/9 91/6 91/22 92/5 104/5 106/3 106/5
108/13 108/14
items [129] 19/5 19/6 19/9 19/14 19/16
19/17 19/21 19/23 20/5 20/10 20/12
20/15 20/16 20/20 20/21 22/2 22/2 24/5
27/9 34/21 36/2 36/3 36/8 39/15 39/22
43/17 43/18 43/21 44/4 44/15 44/16
44/18 44/19 44/25 45/2 45/4 45/6 45/16
45/22 46/10 46/25 48/25 49/9 49/23
51/7 51/13 52/6 52/10 57/1 57/14 61/4
61/4 63/6 63/6 68/7 68/17 68/21 70/16
70/19 71/14 71/20 86/4 86/7 87/6 87/9
87/20 89/6 89/10 92/2 101/9 104/1
109/19
its [8] 20/18 24/11 35/7 35/19 37/15
40/24 41/15 44/21
itself [3] 23/15 70/4 86/23

## J

J-E-R-E-M-Y [1] 72/20
jagged [2] 67/21 102/4
Jeff [1] 64/14
Jeremy [5] 1/17 3/7 72/3 72/5 72/20
job [2] 11/16 73/17
Jones [3] 2/3 113/2 113/16
Jr [2] 1/14 1/17
JUDGE [2] 1/10 1/11 68/19
jury [26] 6/5 6/6 6/17 7/21 8/12 9/5 9/9
9/14 11/5 20/15 21/5 22/9 24/8 27/24
31/2 44/11 64/21 65/12 67/19 68/3
68/16 71/22 80/15 86/20 89/11 95/21
just [94] 6/23 7/5 7/17 11/12 12/10
13/1 15/9 16/7 17/1 18/2 18/2 19/14
21/5 22/9 22/12 27/24 28/2 29/11 30/18
31/11 32/9 32/21 33/14 33/20 36/10
36/15 44/11 45/2 45/4 51/6 51/8 58/15
58/16 60/2 60/16 60/21 60/24 63/3
64/10 64/15 68/19 69/3 72/10 75/10
75/24 77/8 78/13 80/16 80/20 81/8
82/18 82/21 83/1 85/18 85/25 87/11
87/22 88/19 89/5 89/13 89/23 90/12
92/23 93/2 93/16 93/20 94/19 94/20
95/1 95/2 95/13 97/4 97/6 97/12 97/21
98/16 98/22 98/23 98/24 99/1 99/3 99/7
99/16 100/1 101/19 102/2 102/3 102/14
104/6 106/10 106/11 107/17 108/21
108/22

## K

keep [3] 49/22 65/25 71/11
kind [3] 63/21 91/12 92/22
kinds [2] 80/10 83/4
knew [1] 80/25
knock [1] 92/22
know [39] 14/1 17/6 25/14 29/2 30/17
52/16 53/17 54/11 54/20 54/21 55/22
55/24 55/25 59/2 59/4 59/24 60/14
60/17 60/17 62/5 63/24 65/7 65/18
65/22 65/23 66/8 66/10 66/17 66/19
68/25 69/25 73/22 80/25 81/10 83/17
83/18 90/2 92/24 108/3
knowing [1] 69/25
knowledge [7] 52/10 57/1 60/18 62/8

62/11 63/23 65/24
known [33] 4/9 12/8 14/15 16/9 16/10
16/21 16/25 17/2 17/9 17/17 17/19
28/23 30/3 30/5 30/9 30/10 30/14 30/19
31/1 31/9 31/17 31/20 32/24 39/21
55/10 80/11 81/4 85/14 85/19 96/3
96/12 97/5 98/14 100/20
knowns [8] 85/22 85/24 93/21 95/12
96/23 96/24 97/1 97/9
KRONISH [1] 1/21

## L

lab [28] 11/18 14/3 18/12 18/23 18/23
18/24 18/25 19/4 19/15 44/4 48/19 49/2
73/7 73/9 73/10 77/2 77/5 77/15 77/19
77/20 77/20 77/20 77/21 78/23 80/2
82/1 82/18 87/17
label [11] 26/6 35/10 35/11 35/17 53/8
54/17 54/22 56/2 56/2 56/3 58/19
labeled [22] 22/4 22/6 23/13 23/15 34/22
46/15 46/17 46/19 47/6 47/7 47/9 47/14
51/16 56/8 56/9 58/2 59/10 59/13 59/23
60/14 68/24 101/24
labeling [1] 35/8
labels [1] 54/15
laboratories [3] 12/11 80/10 80/10
laboratory [29] 10/10 10/14 10/15 12/14
12/17 12/21 14/18 14/14 17/24 18/18
18/19 19/22 20/14 20/16 22/1 23/11
35/14 49/9 49/10 69/14 69/17 70/7
73/18 73/19 73/19 74/22 75/3 88/23
91/13
Laboratory's [1] 13/3
labs [2] 64/7 85/21
lactose [22] 40/17 42/6 42/9 42/10 42/11
61/5 61/15 66/10 66/11 66/18 68/6
68/22 69/4 69/8 69/12 70/9 70/14 70/16
70/21 70/25 71/1 71/12
large [4] 71/18 77/20 77/21 77/22
larger [1] 33/18
last [9] 5/3 10/6 10/8 53/7 55/5 62/19
72/19 79/4 88/8
late [1] 7/16
latent [2] 26/22 27/4
later [3] 74/24 104/21 107/18
lay [4] 14/16 16/7 29/11 75/10
lays [1] 37/7
LC [5] 76/8 76/21 84/25 85/2 99/19
LCMS [15] 74/25 75/1 75/23 76/10 79/8
81/18 84/19 84/21 84/23 93/12 93/13
93/14 99/17 100/7 106/7
lead [1] 87/19
leak [4] 60/5 65/19 65/22 65/23
leaked [1] 60/5 60/17 65/24
learning [1] 12/16
least [4] 39/23 52/5 80/23 81/3
leave [3] 60/19 83/9 83/13
leaving [1] 29/23
left [10] 11/13 23/20 40/1 44/12 53/15
79/17 79/18 80/2 91/6 109/18
legal [1] 78/4
let [27] 19/4 22/8 22/12 24/18 25/9
36/15 36/24 39/14 39/22 40/21 47/14
52/4 65/3 65/10 66/2 66/20 79/2 79/24
81/25 82/17 86/3 89/3 89/10 91/21
94/16 105/8 105/10
let's [35] 6/5 13/25 14/12 24/5 24/5 25/9
25/22 30/2 34/16 37/6 48/16 51/6 54/1
55/5 55/6 56/2 57/1 57/12 57/13 57/13
58/9 58/15 59/8 59/12 60/21 72/23 74/2
75/2 92/11 95/7 99/23 101/19 105/19
106/18 108/10
letter [1] 90/13
libraries [1] 16/8
library [5] 16/11 16/12 16/15 30/12 31/4

lidocaine [14] 94/6 95/15 96/18 96/21
105/9 105/22 105/24 105/17 105/18
107/1 107/10 107/11 110/9 112/6
like [30] 17/16 17/16 17/17 20/5 21/21
23/4 27/22 27/23 28/2 30/4 40/20 53/22
55/20 55/21 62/25 83/17 87/22 89/3
89/21 95/20 96/5 96/7 97/25 100/15
100/17 100/24 102/3 107/9 108/15
110/20
limited [1] 69/20
limits [1] 69/23
line [3] 32/4 32/5 68/23
lines [7] 16/3 16/4 16/13 29/9 29/13
30/23 33/18
liquid [46] 14/7 14/18 14/19 14/20 14/20
14/21 14/23 17/4 17/25 24/16 24/18
24/19 25/3 26/10 26/14 27/2 27/8 27/20
30/15 35/2 35/2 35/24 43/2 43/4 44/1
44/20 44/21 44/22 44/23 45/7 45/12
45/14 45/17 45/19 46/6 52/18 52/20
53/2 53/9 53/22 53/22 57/23 70/3 76/1
76/2 84/24
list [3] 62/18 62/19 62/20
listed [2] 51/24 56/11
listing [1] 71/18
literature [7] 47/22 54/14 54/16 55/4
56/12 83/17 96/15
little [13] 18/2 37/6 54/3 60/21 64/16
66/20 67/18 75/2 83/2 85/18 100/5
102/4 102/9
live [2] 72/24 72/25
LLP [1] 1/21
loading [1] 76/13
located [1] 19/12
log [4] 49/11 49/13 49/19 49/21
logged [1] 86/18
logos [2] 40/1 66/15
long [11] 10/12 10/16 11/10 11/23 32/17
62/2 76/19 79/2 81/20 83/20 100/2
Longmire [7] 20/7 21/21 23/4 26/20
43/23 64/12 89/19
look [36] 17/17 20/7 21/7 23/20 27/13
28/15 29/4 29/17 30/2 30/21 31/14
31/17 33/7 44/12 54/4 56/8 56/15 58/15
59/8 62/21 66/3 67/9 68/21 70/7 74/7
83/6 88/3 88/10 89/4 96/5 96/7 102/11
104/19 107/5 107/16 110/12
looked [5] 35/7 39/23 57/16 57/17 68/15
looking [13] 17/19 18/19 21/8 32/24
33/6 42/13 59/18 69/25 78/12 78/12
83/12 100/16 101/3
looks [7] 17/16 17/16 55/20 55/21
100/17 107/9 108/15
Los [2] 72/25 74/18
lost [1] 64/11
lot [5] 24/4 41/25 74/9 83/16 88/5
loud [1] 10/5
lower [1] 70/1

## M

M-E-T-H-E-N-L-O-N [1] 30/6
M-E-T-H-E-N-O-L-O-N-E [2] 108/8
110/16
ma'am [1] 9/24
machine [5] 2/7 16/1 96/4 113/4 113/9
machines [1] 105/10
made [9] 26/2 26/5 26/7 26/9 27/17 35/7
35/19 41/13 44/21
mail [1] 49/12
mainly [5] 74/1 74/6 78/1 78/5 84/19
maintained [1] 77/17
maintaining [2] 49/3 76/12
make [19] 6/23 24/11 31/12 31/23 53/5
53/9 53/13 54/12 54/20 55/2 55/23
55/23 57/1 58/21 60/24 61/13 93/23

**M**

make... **[2]** 94/16 94/21
**Mall [1]** 1/21
**managed [1]** 77/15
**Manassas [2]** 19/13 43/19
**Manella [3]** 51/12 53/12 57/15
**manner [4]** 27/16 27/20 34/20 35/22
**manufacturally [3]** 53/5 53/10 53/10
**manufacturer [1]** 40/11
**manufacturer's [1]** 66/15
**manufactures [1]** 12/20
**many [10]** 13/8 52/20 76/17 76/24 79/10 79/14 83/13 85/24 95/14 95/24
**March [1]** 75/4
**mark [1]** 31/23
**marked [6]** 21/8 22/12 35/10 40/20 50/19 87/23
**markings [1]** 46/12
**marks [2]** 40/12 66/15
**mass [14]** 14/9 15/5 15/12 15/25 17/23 18/8 24/24 25/4 34/9 45/1 75/18 84/25 85/4 99/21
**match [2]** 17/15 34/3
**matches [1]** 32/21
**material [10]** 16/18 30/14 31/7 39/17 44/7 48/4 54/25 70/4 71/10 71/10
**materials [1]** 50/7
**matter [4]** 5/2 11/2 65/5 86/3
**may [10]** 1/6 6/20 7/23 26/2 38/13 50/16 53/23 64/23 105/8 113/11
**maybe [4]** 6/20 76/7 92/24 105/3
**McKinney [1]** 1/18
**McNamee [1]** 5/12
**McNamee's [1]** 5/25
**me [41]** 7/15 17/5 19/4 22/8 22/12 22/21 25/9 29/7 31/5 36/15 36/24 39/14 39/22 40/21 47/14 48/16 52/4 53/21 54/18 55/9 55/13 56/21 59/5 59/19 64/12 65/4 65/10 66/2 66/20 68/14 79/2 79/24 81/25 82/17 86/3 89/3 89/10 91/21 94/16 105/8 105/10
**mean [11]** 10/20 16/6 40/2 50/4 67/19 73/23 74/3 78/2 83/1 83/10 102/9
**meaning [4]** 26/18 33/4 69/23 74/7
**means [1]** 16/19
**meant [1]** 57/22
**measure [1]** 50/2
**mechanism [1]** 97/11
**meet [1]** 88/8
**memory [4]** 56/12 56/22 58/21 59/15
**mentioned [2]** 48/23 75/15
**met [1]** 48/14
**methandrostenolone [3]** 43/10 62/4 70/24
**methanol [17]** 92/6 92/7 92/12 92/13 92/13 93/6 94/1 94/3 94/8 94/14 106/22 106/24 106/24 110/1 110/2 111/21 111/22
**methenolone [19]** 30/5 30/7 30/14 38/22 38/23 39/8 58/14 59/2 59/3 59/4 59/16 107/19 107/21 107/24 108/5 108/8 110/11 110/15 110/18
**method [7]** 83/13 93/14 93/17 95/6 95/19 104/25 108/2
**methods [3]** 77/16 78/23 83/19
**Michael [1]** 1/20
**might [10]** 50/9 54/12 55/2 68/16 72/10 85/25 86/11 92/16 99/23 106/23
**mind [1]** 58/16
**mine [2]** 103/13 103/15
**minute [5]** 32/17 64/7 99/24 99/25 105/9
**minutes [5]** 64/5 92/25 100/1 100/5 100/6
**misspoke [1]** 38/13

mix **[2]** 56/2 106/22
mixed **[1]** 66/11
**mixing [1]** 92/23
**mixture [7]** 14/15 55/15 75/21 83/4 85/1 85/3 99/19
**molecular [2]** 18/5 73/10
**molecule [6]** 15/22 16/5 29/14 33/17 99/7 99/9
**molecules [2]** 15/16 71/19
**moment [15]** 25/9 25/22 27/22 28/4 36/3 38/17 45/4 52/7 72/11 95/1 101/19 105/22 107/14
**monitored [1]** 103/5
**month [2]** 13/11 13/13
**Monthy [1]** 1/17
**more [10]** 19/24 34/10 34/10 42/2 54/3 58/21 68/25 69/4 69/7 80/23
**morning [10]** 7/13 7/23 7/24 8/1 10/3 10/4 48/12 48/13 72/16 72/17
**most [8]** 5/17 13/10 70/4 83/3 83/18 88/24 96/16 98/23
**mostly [2]** 73/21 78/2
**motive [5]** 5/15 5/18 5/20
**move [21]** 6/7 7/4 8/3 8/7 8/19 13/16 14/24 28/8 40/24 50/23 51/21 57/13 82/7 89/21 90/1 90/1 98/1 108/20 108/22 109/4 111/2
**moved [2]** 6/16
**moves [2]** 14/24 49/19
**Mr [8]** 3/5 3/6 3/6 3/8 5/12 5/25 65/18 86/15
**Mr. [4]** 72/22 82/8 86/13 90/6
**Mr. Price [3]** 72/22 82/8 90/6
**Mr. Rogers [1]** 86/13
**MS [16]** 15/13 15/25 17/10 18/3 19/1 22/8 27/25 36/15 43/6 45/1 51/11 53/12 57/15 65/3 69/7 71/25
**Ms. [6]** 10/9 13/17 50/19 53/15 64/3 64/10
**Ms. Hayes [1]** 64/10
**Ms. Reynolds [5]** 10/9 13/17 50/19 53/15 64/3
**much [7]** 29/11 30/3 39/15 64/3 102/22 103/6 111/20
**multiple [2]** 34/15 55/23
**my [33]** 5/6 6/22 6/25 7/12 7/13 10/7 11/7 16/14 16/24 16/25 17/5 17/13 20/13 21/25 23/10 24/14 25/17 26/2 27/2 27/8 27/17 31/3 42/5 44/23 54/23 56/1 61/3 67/6 72/20 103/16 106/10 113/9 113/10

**N**

**N.W [2]** 1/15 2/4
**name [18]** 10/5 10/6 10/7 10/8 26/6 38/1 47/21 47/23 47/24 56/1 59/1 59/4 62/2 62/5 66/14 72/18 72/20 113/11
**names [5]** 36/10 36/24 47/16 62/3 72/19
**nandrolone [29]** 36/23 38/7 38/8 38/9 38/21 39/1 39/7 39/13 55/6 55/15 56/19 58/6 58/12 58/17 58/22 59/1 60/10 99/6 99/7 99/9 100/4 103/20 104/7 104/12 104/13 110/5 110/5 112/1 112/1
**need [8]** 11/3 14/19 42/2 59/9 71/9 83/5 89/6 103/3
**needed [2]** 96/22 97/4
**needle [28]** 89/17 91/5 92/3 92/10 92/17 92/17 93/3 93/25 94/11 94/12 94/19 95/2 97/19 101/16 101/18 104/1 104/8 104/9 104/11 105/11 105/13 105/15 105/17 106/2 106/8 106/14 109/15 109/24
**negative [23]** 81/3 81/4 81/7 81/8 81/9 81/9 81/10 81/11 85/22 85/22 93/22 97/1 97/3 97/5 97/5 97/6 97/9 97/10

100/18 100/20 101/19 101/22 102/17
**never [4]** 48/21
**new [3]** 7/12 11/8 93/25
**next [7]** 7/25 9/18 30/25 63/9 72/1 76/8 99/5
**night [1]** 88/8
**nine [3]** 40/6 100/5 100/5
**Ninety [1]** 101/13
**nitrogen [1]** 93/7
**no [82]** 1/3 3/12 3/13 3/14 3/15 3/16 3/17 3/18 3/19 3/20 3/21 3/22 3/23 3/24 3/25 4/4 4/5 4/6 4/7 4/8 4/11 4/12 4/13 5/5 6/9 6/14 7/3 7/6 8/4 13/21 17/8 25/21 28/9 35/8 39/16 39/20 39/20 39/25 40/11 40/25 41/2 42/20 47/21 48/7 51/1 51/3 52/10 53/23 60/18 60/19 61/5 61/18 62/11 64/19 65/24 66/13 66/15 66/19 68/2 68/8 68/9 68/10 71/24 76/7 77/3 80/1 81/11 82/13 89/25 90/3 90/17 90/19 90/21 97/6 98/4 100/23 108/24 109/6 111/4 111/9 111/10 111/12
**none [3]** 45/14 62/23 102/9
**normal [2]** 65/7 85/25
**normally [1]** 78/5
**Northern [1]** 19/10
**Nos [5]** 7/9 8/15 9/1 28/11 98/6
**not [43]** 7/3 11/21 24/12 25/12 25/20 27/4 27/17 28/3 30/4 34/3 35/12 35/14 35/20 36/4 39/20 42/6 49/24 50/2 50/10 54/6 59/4 60/18 62/11 63/16 63/19 64/11 65/22 65/23 65/24 66/13 68/17 69/17 70/9 80/5 82/4 85/17 85/17 89/20 92/1 99/11 105/18 109/24 112/1
**notation [7]** 26/5 26/7 27/17 41/13 44/21 56/2 59/14
**notations [3]** 24/11 26/2 35/7
**note [1]** 35/20
**noted [4]** 24/12 34/22 34/23 40/11
**notes [4]** 26/2 56/1 59/10 113/9
**nothing [1]** 81/4
**notice [1]** 14/14
**notion [2]** 35/19 62/13
**notions [1]** 26/9
**now [19]** 8/11 9/5 9/9 9/13 52/4 54/1 54/6 56/15 57/12 57/13 58/25 59/8 59/19 62/18 63/3 71/14 77/20 101/21 102/11
**number [20]** 3/11 4/3 4/10 8/8 20/14 20/17 20/19 22/1 23/11 29/20 33/3 84/7 86/2 89/11 89/12 98/21 104/8 109/1 109/8 111/6
**numbers [10]** 16/4 16/4 29/8 29/13 30/23 32/25 33/1 33/18 46/1 46/3
**numeric [1]** 102/13
**numerous [2]** 103/21 103/22

**O**

**objection [35]** 6/1 6/9 6/14 7/3 7/6 8/5 8/14 8/19 28/7 28/9 40/23 40/25 50/25 51/1 60/7 62/15 64/18 64/19 68/8 68/9 68/10 89/22 89/24 90/3 90/18 90/19 98/1 98/3 108/23 109/6 111/1 111/4 111/9 111/10 111/10
**observation [2]** 26/1 34/21
**observations [1]** 27/17
**observe [2]** 25/12 25/20
**observed [1]** 55/4
**obtain [6]** 16/18 18/10 24/22 30/13 31/6 73/6
**obtaining [1]** 34/14
**obviously [1]** 43/13
**occasion [1]** 47/18
**occasionally [1]** 78/3
**occur [4]** 15/2 33/8 50/6 100/8

**O**

**October** [1] 63/9
**October 12th** [1] 63/9
**off** [21] 25/25 28/6 44/20 57/22 59/25 66/25 67/3 67/6 88/14 88/16 88/23 92/17 92/23 93/3 94/9 94/23 99/22 99/24 99/25 100/1 106/23
**offer** [2] 10/25 60/1
**offered** [2] 13/3 77/3
**office** [3] 1/15 43/19 43/19
**official** [4] 2/3 113/2 113/8 113/16
**often** [1] 76/15
**oh** [4] 94/18 95/13 103/20 104/6
**okay** [222]
**Olympic** [8] 73/17 74/16 74/16 74/22 77/20 77/21 82/1 82/18
**Olympics** [1] 74/13
**on-line** [1] 68/23
**once** [9] 16/16 19/22 20/2 24/21 28/17 29/15 31/6 49/14 53/21
**one** [79] 16/12 19/24 21/8 23/18 29/2 30/4 31/16 34/10 34/10 34/14 36/8 36/18 38/16 40/1 41/13 41/22 41/24 42/13 42/18 42/18 42/20 42/21 44/12 47/25 49/19 49/20 49/24 53/8 53/17 54/12 55/2 55/14 57/14 58/12 58/19 61/21 61/22 61/24 62/2 62/8 62/13 63/21 66/2 66/3 66/5 68/17 68/19 70/24 74/2 75/15 75/19 75/22 80/23 80/24 81/3 84/8 85/3 86/1 88/14 91/4 92/2 93/19 93/20 96/4 96/7 96/12 96/14 97/21 99/7 99/8 99/8 99/20 99/21 99/24 99/24 99/25 104/18 105/19
**ones** [2] 29/17 37/25
**only** [10] 5/9 42/9 50/12 57/10 68/13 70/8 70/13 84/7 99/5 101/25
**open** [7] 53/2 60/15 63/16 63/16 69/6 86/24 101/11
**opened** [1] 86/23
**operated** [1] 77/17
**operating** [5] 18/16 48/19 48/23 49/2 76/12
**opinion** [1] 5/4
**oral** [1] 43/13
**order** [1] 75/13
**ordered** [2] 6/23 7/4
**organic** [2] 71/19 92/7
**organization** [1] 86/15
**organizations** [1] 73/22
**orientate** [1] 51/6
**origin** [1] 50/11
**Orleans** [1] 7/13
**other** [45] 18/13 26/20 27/9 31/1 34/11 36/2 41/14 41/23 42/7 49/23 50/7 53/17 57/13 60/17 63/24 64/13 66/5 66/11 66/12 66/17 68/6 68/15 68/21 69/12 69/13 69/15 69/18 70/9 70/16 70/20 70/20 71/10 71/15 83/5 83/14 90/3 91/6 94/21 102/3 102/24 104/9 104/10 104/18 105/5 111/20
**others** [2] 70/25 87/17
**our** [32] 16/9 19/17 20/4 20/14 39/16 47/22 69/24 70/7 70/11 71/17 78/22 80/2 80/16 80/17 82/25 85/21 85/22 85/22 85/22 93/8 94/10 95/6 95/7 95/18 95/18 95/19 98/10 102/13 102/16 102/17 105/2 108/1
**ourselves** [1] 51/6
**out** [31] 6/21 15/3 17/18 26/11 29/19 29/21 32/15 33/2 33/13 41/15 41/17 41/22 45/19 52/25 53/23 54/16 62/18 62/19 62/20 83/9 83/11 83/13 85/6 87/3 88/24 92/8 95/8 97/10 97/12 106/25 107/18

**outside** [2] 60/16 92/17
**over** [11] 61/24 63/7 73/14 79/5 79/6 76/24 79/10 83/19 84/6 100/5
**oversee** [1] 84/6
**overview** [1] 13/2
**own** [2] 16/24 41/15

**P**

**P-A-M-E-L-A** [1] 10/8
**P-R-I-C-E** [1] 72/21
**p.m** [2] 112/11 112/12
**package** [6] 21/20 20/25 43/25 86/23 86/23 86/24 86/24 87/1 87/2 87/3
**packaged** [1] 21/4
**packaging** [1] 20/14
**page** [27] 21/7 22/9 23/18 24/7 27/13 34/17 38/11 40/1 44/12 54/2 57/14 58/10 62/18 62/20 65/11 65/11 66/3 90/9 102/25 103/1 103/2 108/21 108/22 109/4 109/5 111/2 111/3
**pages** [2] 36/18 113/7
**paging** [1] 90/2
**Pamela** [4] 3/5 9/20 9/23 10/7
**paperwork** [2] 19/20 49/14
**paragraph** [2] 62/19
**parent** [1] 107/21
**part** [15] 10/14 15/4 15/9 16/1 25/17 31/25 32/13 33/22 33/24 37/15 47/15 53/7 61/7 81/15 100/12
**particular** [7] 16/20 18/6 29/20 32/8 54/12 54/22 89/14
**particularly** [2] 82/9 83/7
**parts** [2] 15/22 32/12
**passing** [2] 15/8 92/21
**pattern** [11] 15/23 15/24 16/24 16/25 29/9 29/15 30/24 31/8 31/19 31/21 32/25
**patterns** [2] 16/13 17/20
**pause** [4] 59/12 72/13 88/1 97/24
**peak** [7] 33/9 33/14 33/21 99/14 99/15 101/1 102/19
**peaks** [13] 29/12 29/16 33/7 33/7 33/16 98/22 99/10 99/11 99/12 102/3 102/9 102/16 102/20
**Pennsylvania** [1] 12/8
**people** [1] 19/19
**per** [2] 65/7 88/14
**perform** [3] 12/17 16/21 27/8
**performance** [4] 73/25 74/10 78/13 82/10
**performance-enhancing** [4] 73/25 74/10 78/13 82/10
**performed** [13] 11/20 35/8 40/12 41/24 43/4 44/24 61/3 69/9 69/11 69/16 70/6 71/16 71/20
**performing** [2] 10/21 41/25
**period** [6] 76/19 76/24 79/3 79/6 79/10 79/11
**permit** [1] 6/1
**permitting** [1] 5/23
**person** [5] 14/16 45/25 49/20 62/13 86/9
**personal** [2] 49/12 52/10
**personnel** [2] 64/17 66/21
**pharmaceutical** [2] 42/12 71/3
**pharmacy** [3] 68/23 79/19 79/20
**phenylpropionate** [3] 36/22 37/23 47/2
**phonetic** [1] 103/16
**photograph** [8] 9/6 9/10 9/15 91/2 91/7 105/20 109/5 111/7
**photographs** [2] 6/12 8/22
**phrased** [1] 25/17
**physical** [3] 24/1 35/19 73/16
**pick** [2] 102/8 108/3
**picture** [22] 16/2 16/3 16/10 16/10 16/14 16/22 16/24 16/25 18/2 24/6 28/16

28/18 28/24 29/8 30/22 32/13 32/16 91/5 91/7 91/21 93/9
**pictures** [2] 17/18 31/10
**piece** [3] 18/10 31/16 91/9
**pill** [12] 24/4 41/13 41/25 42/14 42/25 43/15 60/22 62/9 62/14 66/5 70/2 70/24
**pills** [29] 23/14 24/2 24/4 40/6 40/7 40/14 40/16 40/19 41/14 41/23 42/3 42/8 42/12 60/25 61/9 61/10 62/9 62/21 62/24 66/5 66/9 66/12 66/16 66/17 68/22 68/24 69/4 69/8 69/10
**pipet** [1] 26/12
**place** [6] 5/13 14/6 32/9 49/19 80/12 100/8
**placed** [6] 14/21 26/14 43/2 49/15 49/17 93/17
**Plaintiff** [1] 1/4
**plan** [3] 19/25 61/3 61/12
**played** [1] 8/17
**please** [20] 9/21 9/25 10/6 11/5 11/17 21/7 32/11 32/15 33/2 33/10 36/11 36/21 55/6 58/10 58/13 69/21 72/19 80/15 80/20 86/20
**point** [26] 12/2 15/3 15/5 20/4 24/13 26/9 29/11 31/22 32/10 32/15 33/2 34/4 34/6 41/17 42/1 49/14 52/16 53/1 54/25 55/25 57/22 60/15 67/17 67/20 84/22 87/7
**points** [1] 32/23
**poisons** [1] 71/19
**Pollack** [2] 64/14 66/21
**Poorly** [1] 25/17
**population** [2] 61/13 61/16
**portion** [31] 14/21 19/18 24/13 24/16 24/17 25/3 26/10 27/18 35/1 37/8 43/1 44/22 61/14 67/6 83/8 84/14 84/24 84/25 84/25 85/2 85/4 87/11 87/12 91/17 93/6 93/8 99/3 99/19 106/25 110/1 111/22
**position** [5] 5/17 10/18 11/17 11/19 11/20 11/23 11/24 12/1 74/23 74/25 77/3 77/7 77/10
**positive** [15] 80/24 85/16 86/1 86/2 93/23 94/10 95/18 96/22 97/8 98/20 102/16 107/6 110/4 110/18 111/25
**positively** [2] 5/10 68/19
**possibility** [2] 5/10 68/19
**possible** [5] 53/25 60/3 70/5 93/24 94/22
**potential** [2] 26/20 30/12
**potentially** [1] 104/18
**powder** [2] 43/1 43/2
**preparations** [1] 71/3
**prepare** [4] 17/6 30/15 79/19 91/18
**prepared** [4] 17/5 28/22 80/25 93/23
**prepares** [1] 75/8
**preparing** [1] 91/25
**presence** [15] 20/13 21/25 23/10 36/12 40/17 42/6 42/9 43/10 47/1 61/5 61/15 69/11 70/13 70/25 99/15
**present** [14] 14/25 16/12 26/8 34/24 35/21 42/7 45/15 60/2 66/16 69/15 70/10 71/15 71/21 86/12
**presentation** [2] 30/3 30/22
**presentations** [1] 7/14
**presented** [8] 15/7 17/19 18/2 29/7 29/15 31/8 31/20 32/25
**presents** [2] 18/4 57/11
**pretty** [4] 34/4 80/9 80/11 83/4
**prevent** [2] 50/3 65/23
**previous** [7] 27/20 30/4 34/20 45/15 81/12 97/7 109/24
**previously** [4] 20/9 21/6 23/5 40/20
**Price** [8] 3/7 72/3 72/5 72/20 72/20 72/22 82/8 90/6

**P**

**primarily** [1] 82/17
**Primobolan** [8] 34/23 59/6 59/10 59/13 59/15 59/16 59/23 60/6
**print** [1] 17/18
**print-out** [1] 17/18
**prints** [1] 27/4
**prior** [4] 5/8 5/21 11/6 11/7
**probably** [3] 7/17 58/6 105/4
**procedurally** [1] 6/7
**procedure** [4] 16/21 30/16 35/14 69/22
**procedures** [12] 12/17 14/5 18/12 18/15 18/16 39/16 48/19 48/23 49/2 49/8 61/8 65/7
**proceed** [1] 36/21
**proceedings** [4] 1/10 2/7 113/5 113/8
**process** [16] 12/2 15/12 15/15 17/21 19/14 19/15 28/18 46/6 76/17 76/25 82/20 82/24 83/1 85/10 86/17 100/12
**processed** [8] 27/15 34/20 35/22 75/13 77/18 77/24 79/11 97/19
**processing** [2] 78/7 83/8
**produce** [3] 15/25 16/1 16/22
**produced** [4] 2/8 16/2 38/17 87/13
**produces** [1] 28/18
**product** [13] 54/12 55/2 55/7 55/10 55/23 56/18 56/22 58/22 58/22 59/1 59/2 59/3 61/25
**products** [6] 55/14 55/18 55/24 56/4 59/24 63/20
**proficiency** [3] 80/17 81/14 81/15
**program** [4] 12/12 12/15 78/18 78/24
**progress** [1] 7/12
**progression** [1] 11/16
**project** [1] 78/4
**projects** [2] 77/15 77/16
**prominent** [1] 77/12
**promoted** [1] 77/12
**propionate** [6] 36/14 36/25 37/1 37/22 47/1 104/15
**protein** [1] 84/19
**protocol** [1] 83/22
**protocols** [1] 80/12
**provide** [1] 18/20
**provided** [1] 91/18
**provides** [1] 5/9
**publish** [1] 8/21
**published** [3] 8/12 9/9 9/14
**pull** [19] 21/6 22/8 23/18 24/6 28/2 36/16 40/1 41/5 53/12 83/9 83/11 83/13 89/19 92/16 98/9 105/21 106/23 109/10 111/8
**pulled** [1] 107/17
**purportedly** [1] 5/21
**purpose** [21] 15/18 15/19 17/12 17/13 18/7 18/9 18/10 30/17 30/18 43/3 61/12 65/25 78/7 78/10 81/7 85/5 92/15 93/1 95/5 95/17 97/3
**purposes** [1] 87/23
**pursued** [1] 67/25
**put** [19] 15/22 17/21 29/19 30/25 31/22 46/5 46/6 51/15 63/8 84/15 84/21 92/11 94/1 94/2 94/14 94/24 99/17 100/7 106/11

**Q**

**Q-1** [21] 20/21 20/22 20/23 21/8 24/7 25/10 25/11 25/12 27/16 36/3 36/12 36/18 38/13 38/15 45/9 51/12 51/16 54/5 55/13 55/19 56/19
**Q-18** [9] 23/17 23/20 23/24 23/25 39/23 39/24 39/25 41/10 60/22
**Q-18.1** [4] 23/21 24/1 24/2 40/18
**Q-18.2** [4] 23/21 24/3 24/4 41/16

**Q-19** [9] 46/4 46/10 46/14 46/15 46/21 46/25 47/16 66/20 97/9
**Q-2** [20] 20/21 20/24 21/3 21/13 25/9 25/22 25/22 25/23 26/5 29/4 37/17 37/21 51/12 51/20 52/6 52/13 52/25 55/20 56/5 56/9
**Q-20** [1] 46/4
**Q-21** [3] 46/4 46/10 46/19
**Q-22** [3] 46/4 46/10 46/19
**Q-23** [5] 46/4 47/6 47/7 47/10 47/11
**Q-24** [4] 46/4 47/8 47/9 47/11
**Q-3** [16] 20/21 21/2 21/3 21/18 21/20 26/17 26/18 35/23 38/3 38/3 38/4 38/6 51/12 51/24 56/15 56/16
**Q-4** [18] 22/4 22/13 27/13 27/15 28/24 29/25 38/11 38/12 38/12 38/16 38/20 38/21 57/14 57/16 58/9 58/11 58/25 58/25
**Q-5** [18] 22/6 22/18 22/21 34/16 34/16 34/17 34/19 39/4 39/5 39/7 52/6 52/13 52/25 57/19 59/8 59/8 59/10 59/17
**Q-6** [6] 22/22 35/6 35/6 35/7 35/10 57/25
**Q-7** [12] 22/6 22/25 35/16 35/17 39/9 39/10 39/12 45/9 58/1 58/15 58/17 60/10
**Q-8** [1] 23/15
**Q-w** [1] 37/17
**Q18.2** [1] 42/22
**qualification** [1] 12/2
**qualifications** [2] 13/20 82/12
**qualified** [4] 12/13 12/16 13/22 82/15
**quality** [6] 80/12 80/18 80/21 80/24 98/15 100/18
**Quantico** [1] 10/10
**quantify** [1] 39/16
**quantity** [3] 39/16 39/21 70/11
**question** [24] 17/1 17/2 17/4 17/16 17/16 22/2 25/16 28/25 29/25 30/5 30/16 31/1 31/9 31/17 32/23 67/10 68/1 68/5 68/13 68/20 78/9 93/22 97/15 98/14
**questioned** [1] 103/9
**questions** [14] 13/19 48/7 48/16 51/8 54/3 65/3 65/19 66/6 68/2 68/3 71/22 71/23 72/23 82/11
**quick** [4] 58/15 58/16 88/3 89/23
**quickly** [2] 57/13 60/21
**quite** [3] 53/7 77/19 77/21

**R**

**R-E-Y-N-O-L-D-S** [1] 10/8
**RA** [1] 19/11
**raise** [1] 9/21
**ran** [11] 80/19 85/12 85/14 85/21 93/17 95/10 96/9 96/23 103/21 105/1 107/2
**range** [2] 32/6 103/4
**rather** [1] 52/1
**rattle** [1] 92/22
**raw** [1] 75/8
**reached** [1] 88/25
**react** [1] 14/25
**read** [5] 48/4 54/6 54/7 56/2 88/6
**ready** [1] 6/3
**real** [3] 58/15 58/16 89/23
**recall** [68] 48/20 54/22 59/5 59/18 66/6 86/7 89/10 89/16
**receipt** [1] 86/22
**receive** [7] 5/4 19/5 20/16 43/18 43/21 74/5 86/4
**received** [28] 24/10 25/11 25/12 40/3 40/4 42/16 43/22 44/4 44/9 45/2 45/16 45/23 47/21 49/9 49/11 54/14 65/20 78/22 80/7 80/16 80/17 82/22 82/23 86/8 86/21 91/3 91/20 91/23

**recent** [2] 5/20 13/10
**recess** [5] 7/20 64/7 64/8 112/9 112/11
**recessed** [5] 7/20 64/7 64/8 88/17 112/16
**recognize** [15] 20/6 20/9 20/12 20/13 21/22 21/24 21/25 23/7 23/9 23/10 41/6 88/4 90/24 109/12 110/21
**recognized** [3] 13/17 19/1 82/8
**record** [10] 6/24 8/8 8/21 9/4 9/8 9/12 9/16 28/6 33/20 33/20
**recorded** [5] 2/7 49/10 49/13 49/18 49/21
**records** [1] 6/12
**Recross** [1] 3/4
**red** [1] 31/23
**redacted** [1] 7/6
**redactions** [2] 6/23 7/4
**redirect** [4] 3/4 64/24 65/1 67/22
**refer** [6] 26/2 48/3 54/24 71/10 89/4 89/6
**reference** [14] 5/2 5/15 7/11 11/3 16/18 30/13 31/6 34/6 34/13 48/3 48/4 54/24 55/12 59/17
**referred** [3] 16/2 28/19 41/16
**referring** [4] 29/9 50/21 104/20 109/5
**reflect** [6] 8/8 8/21 9/4 9/8 9/12 9/16
**refresh** [2] 58/21 59/15
**regarding** [5] 5/18 13/19 18/20 26/20 82/11
**REGGIE** [1] 1/10
**regular** [1] 47/20
**rehabilitate** [1] 5/25
**related** [5] 15/21 18/5 18/16 29/10 33/4
**relates** [1] 82/9
**relative** [3] 102/21 103/18 103/25
**reliability** [1] 50/8
**relied** [1] 82/1
**remaining** [1] 39/22
**remember** [7] 24/6 58/5 63/4 81/21 104/19 104/23 107/15
**remove** [4] 26/21 27/8 44/20 55/5
**removed** [2] 35/2 44/20
**removing** [2] 35/25 35/25
**repeat** [5] 25/16 45/8 67/10 78/9 85/9
**repeating** [1] 6/20
**report** [27] 11/2 27/24 28/22 50/13 50/21 50/21 51/16 51/25 51/25 54/2 57/14 58/10 61/17 63/8 65/5 88/14 89/7 90/10 90/13 90/14 101/25 105/7 107/5 108/11 110/12 110/21 111/2
**reported** [2] 77/18 113/4
**Reporter** [5] 2/3 2/3 36/9 113/2 113/16
**reports** [9] 10/24 11/22 87/14 87/16 88/11 88/13 88/19 89/1 90/3
**represent** [1] 33/15
**representation** [9] 32/17 35/20 98/10 98/19 99/4 100/17 100/25 101/14 102/13
**representations** [1] 29/14
**representative** [5] 32/5 33/16 33/19 41/11 41/25
**represented** [1] 32/2
**representing** [2] 16/4 31/10
**represents** [2] 33/13 99/8
**requested** [3] 11/1 13/23 82/15
**requests** [1] 19/20
**rescreen** [1] 108/2
**research** [6] 73/12 77/4 77/7 77/11 77/12 77/16
**residue** [12] 24/12 26/8 27/18 34/24 35/21 45/15 52/8 52/14 52/16 52/20 53/3 57/21
**residues** [8] 25/13 35/15 36/13 37/21 38/6 38/21 39/7 39/12
**response** [3] 29/7 70/8 70/9
**responsibilities** [3] 13/2 76/11 77/14
**responsible** [2] 10/21 11/21

# R

**result [16]** 10/25 34/2 43/8 46/9 46/24 47/10 67/8 87/13 103/7 103/24 107/4 107/6 108/4 110/17 111/24 112/5
**results [8]** 36/7 36/7 38/20 42/2 46/11 79/14 85/13 110/3
**resuming [2]** 64/9 112/12
**resuspended [1]** 93/7
**retention [4]** 99/12 100/10 102/15 103/4
**review [6]** 15/20 15/23 18/21 54/14 54/16 54/23
**reviewing [1]** 56/12
**Reynolds [10]** 3/5 9/20 9/23 10/7 10/9 13/17 50/19 53/15 64/3 65/3
**right [64]** 9/22 32/7 41/20 42/13 43/17 48/25 49/4 51/6 51/11 51/17 51/18 52/8 52/14 52/18 53/3 53/18 55/3 55/7 55/16 56/5 56/8 56/13 56/19 56/23 57/9 57/17 57/19 58/4 58/9 59/13 60/10 60/12 60/19 61/2 61/21 61/25 62/8 62/21 63/10 63/17 63/21 63/25 76/19 84/9 85/15 86/3 88/17 91/5 92/3 92/18 93/23 96/23 100/12 102/11 102/18 102/25 103/17 104/17 105/19 106/16 106/18 107/4 108/10 109/15
**rinse [2]** 26/10 27/2
**rinsed [2]** 24/17 27/18
**rinsing [2]** 24/13 35/25
**rise [1]** 64/6
**ROGER [2]** 1/6 8/9
**Rogers [3]** 86/11 86/13 86/15
**role [1]** 87/9
**Room [1]** 2/4
**round [1]** 63/4
**routine [1]** 61/7
**RPR [2]** 2/3 113/16
**rule [1]** 5/23
**run [15]** 16/10 17/9 30/16 34/13 34/15 81/5 85/19 85/24 93/21 95/3 96/3 97/1 97/9 97/9 97/14
**running [4]** 30/9 79/15 81/7 97/3
**Russell [1]** 1/17
**RUSTIN [1]** 1/18

# S

**safe [1]** 56/10
**said [16]** 5/22 15/15 23/24 30/9 36/4 44/6 50/13 52/8 58/19 69/1 75/5 76/5 94/11 95/21 103/21 113/8
**Saleski [1]** 1/14
**SAM [1]** 23/13
**SAM-e [1]** 23/13
**same [38]** 16/21 16/22 17/25 21/4 26/1 27/9 27/15 27/19 29/22 29/23 30/16 30/22 31/18 31/21 34/15 34/20 35/22 44/24 46/6 50/21 51/7 55/21 58/25 75/24 76/4 79/7 94/7 94/24 99/11 99/12 100/8 106/6 107/2 107/6 107/7 109/24 109/25 111/20
**sample [75]** 14/19 17/5 18/1 24/20 24/21 28/17 30/5 30/10 30/15 41/12 42/2 44/23 75/11 75/11 75/12 75/25 76/2 80/24 80/25 81/7 81/8 81/9 81/12 82/22 82/23 82/24 82/24 82/24 83/3 83/8 84/11 84/13 84/14 84/14 84/16 85/11 85/11 85/12 85/14 87/1 89/14 91/23 91/25 93/17 94/3 94/8 96/17 97/1 97/3 97/15 98/12 98/13 98/19 98/21 100/15 101/18 101/20 102/17 103/8 103/9 103/17 105/2 105/4 107/12 108/2 108/6 110/4 110/9 110/18 110/20 110/23 110/24 111/14 111/16 111/25 112/7
**sampled [3]** 61/5 61/7 61/8
**samples [33]** 34/15 61/14 74/5 74/7

74/15 75/8 76/13 76/17 76/25 77/18 77/22 78/18 78/18 79/2 79/13 79/14 79/15 80/19 81/5 85/14 85/25 86/21 91/2 94/21 95/3 95/9 95/16 96/3 96/21 97/7 100/18 102/16 111/20
**sampling [5]** 24/14 61/3 61/12 61/13 61/15
**San [3]** 1/22 73/2 73/12
**saw [10]** 56/19 63/13 66/23 70/8 71/4 98/19 99/4 102/20 102/23 103/6
**say [16]** 32/22 36/25 57/3 58/12 62/3 68/13 68/25 69/21 71/8 73/23 74/3 87/12 91/12 93/10 96/11 99/23
**saying [1]** 94/15
**says [1]** 58/17
**scalpel [1]** 67/5
**scan [1]** 32/6
**scenario [1]** 70/1
**schedule [1]** 7/12
**school [4]** 73/15 79/18 79/19 79/20
**science [4]** 12/6 73/2 73/7 73/9
**scientific [2]** 19/1 36/10
**scientist [1]** 77/12
**score [1]** 67/5
**screen [23]** 9/5 9/13 31/22 36/19 74/1 74/3 74/3 74/6 74/6 101/21 104/24 105/2 105/11 105/24 106/8 106/11 106/25 107/25 110/6 110/10 110/14 110/17 112/5
**screened [11]** 78/18 85/25 104/20 105/10 105/22 105/16 107/18 110/4 110/15 110/18 111/25
**screens [1]** 107/2
**Scripps [1]** 73/12
**se [1]** 88/14
**sealed [5]** 44/19 53/6 53/8 53/10 66/1
**search [3]** 16/10 30/12 47/22
**searches [2]** 83/17 96/15
**seated [3]** 7/23 9/25 64/23
**second [20]** 15/4 16/16 17/21 18/8 18/10 20/1 25/4 29/6 31/19 34/7 34/8 37/25 45/3 45/17 54/2 55/7 58/12 63/4 68/20 103/15
**section [2]** 19/22 19/25
**see [40]** 17/15 20/21 24/12 25/10 27/1 27/17 27/25 29/22 29/23 31/17 31/21 45/7 48/4 51/17 53/4 53/15 54/7 56/16 58/4 58/16 59/10 71/15 71/21 81/9 88/3 91/8 95/8 95/8 95/20 95/20 96/4 97/4 99/10 100/25 102/7 104/18 105/24 106/14 108/3 109/18
**seeing [1]** 52/7
**seek [1]** 5/21
**seem [1]** 67/24
**seemed [1]** 96/15
**seen [1]** 44/2
**sensitive [1]** 102/8
**sent [1]** 88/20
**sentences [1]** 75/19
**separate [8]** 29/19 42/19 49/23 55/14 56/22 83/6 86/25 105/7
**separated [6]** 15/3 41/15 41/22 76/1 76/2 99/20
**separates [5]** 14/15 28/17 75/20 85/1 85/2
**separation [1]** 15/1
**September [2]** 89/8 111/3
**September 29th [1]** 89/8
**September 30th [1]** 111/3
**sequence [1]** 34/15
**series [3]** 34/13 39/23 40/12
**Serostim [2]** 35/11 35/13
**SESSION [1]** 1/10
**set [3]** 95/8 103/13 103/15
**sets [1]** 63/5

**seven [2]** 65/10 65/13
**several [5]** 12/4 13/12 14/5 16/8 23/14 29/22
**shall [1]** 60/22
**share [3]** 49/6 50/5 61/9
**shared [2]** 48/17 48/24
**sharing [1]** 56/7
**she [5]** 6/25 68/17 68/25 69/1 69/1
**she'll [1]** 13/22
**she's [1]** 68/25
**sheet [1]** 29/6
**shook [3]** 92/8 92/24 94/9
**shorten [1]** 15/9 15/13 77/8
**shorthand [3]** 2/7 113/5 113/9
**shortly [3]** 73/17 77/11 105/3
**should [12]** 8/21 9/4 9/8 9/12 26/24 81/4 90/1 97/5 100/10 100/20 100/23 105/4
**show [20]** 16/7 20/5 23/18 27/23 28/15 29/12 29/20 31/24 32/21 40/20 41/5 59/8 81/8 81/10 90/16 97/4 97/5 97/25 100/15 102/14
**showed [3]** 38/17 38/24 105/20
**shown [3]** 22/19 65/12 103/18
**shows [15]** 31/2 31/13 32/17 97/12 97/14 98/17 98/22 98/25 100/19 102/15 102/15 102/19 102/21 102/22 103/2
**shuffle [1]** 64/16
**sic [2]** 30/6 53/5
**side [12]** 12/12 12/12 12/16 12/16 31/7 31/7 31/10 31/10 51/15 51/15 57/15 57/15
**side-by-side [6]** 12/12 12/16 31/7 31/10 51/15 57/15
**sign [1]** 88/16
**signed [4]** 88/20 88/20 88/21 88/23
**significance [1]** 99/14
**significant [1]** 101/1
**signify [1]** 101/25
**signs [1]** 88/14
**silver [3]** 52/1 58/1 65/16
**silver-capped [1]** 58/1
**similar [3]** 93/25 99/12 106/21
**similarities [1]** 17/20
**Simone [3]** 5/5 5/8 5/11
**since [2]** 45/23 98/23
**single [5]** 19/24 24/4 55/23 56/18 59/24
**situation [1]** 26/25
**six [5]** 43/22 43/25 44/6 44/16 98/2
**size [3]** 18/6 33/4 41/14
**skip [1]** 57/25
**slightly [1]** 51/7
**small [8]** 39/18 69/24 70/11 71/9 77/19 77/20 77/22 77/23
**smaller [3]** 41/14 61/14 70/24
**smooth [1]** 67/20
**snapshot [2]** 28/20 32/8
**so [102]** 5/10 6/1 6/25 7/4 7/16 7/17 7/17 9/16 15/8 16/9 19/25 20/17 24/12 24/15 25/14 25/25 26/5 26/25 28/25 29/7 30/9 30/11 30/25 31/3 31/4 32/4 32/12 32/12 32/14 32/23 33/13 33/20 35/23 36/12 37/14 39/17 39/18 41/14 41/20 41/22 42/8 44/15 44/19 45/2 45/22 46/5 49/24 50/2 51/11 52/24 54/18 55/5 56/10 56/24 58/4 58/9 58/16 58/25 59/12 59/12 60/22 61/4 61/14 65/11 69/24 71/7 71/9 71/12 71/19 74/20 76/24 82/25 84/9 85/3 88/23 90/2 93/16 93/24 94/22 95/9 96/3 96/21 97/5 97/9 98/20 98/20 98/21 99/3 99/20 99/23 100/4 100/20 101/8 101/16 102/2 102/4 102/8 102/16 102/24 107/2 109/25
**Society [1]** 18/24
**software [3]** 16/9 29/19 102/21

**solely [1]** 73/21
**solid [3]** 14/7 14/18 71/7
**solution [25]** 92/6 92/8 92/10 92/12
92/14 92/19 92/24 93/4 93/6 93/8 94/8
94/9 95/14 99/17 99/18 100/7 100/22
106/22 106/24 106/25 106/25 110/1
110/2 111/21 111/22
**solvent [11]** 14/20 14/24 21/17 26/10
27/2 27/8 35/2 35/2 43/3 44/23 92/7
**some [38]** 14/9 14/10 15/20 20/5 26/8
27/23 33/1 34/23 36/10 37/14 43/2 44/6
44/8 44/16 44/16 48/16 48/19 48/23
51/7 51/7 52/16 53/1 53/2 53/22 57/4
57/21 57/22 63/5 63/12 63/21 65/19
66/18 71/10 72/22 78/21 79/22 87/6
96/15
**somebody [3]** 60/4 88/15 88/20
**someone [2]** 49/7 71/11
**something [10]** 6/21 16/20 37/12 47/20
50/6 60/1 62/6 71/12 100/22 100/22
**sometimes [3]** 74/5 78/1 80/23
**somewhere [1]** 62/14
**sonicated [3]** 92/7 92/20 94/9
**Sonication [1]** 92/21
**soon [1]** 79/22
**sorry [14]** 21/3 25/16 29/4 34/17 36/21
45/9 46/12 60/20 66/22 84/4 84/17
87/24 94/18 109/4
**sort [3]** 32/10 57/1 97/10
**sorts [3]** 49/4 78/3 81/13
**sound [2]** 55/10 92/21
**sounds [2]** 55/11 59/5
**source [2]** 55/12 59/18
**speak [2]** 54/21 102/5
**speaking [2]** 49/6 52/22
**spec [2]** 85/4 99/21
**special [3]** 12/9 26/20 86/1
**specific [13]** 18/20 18/22 29/18 29/21
32/6 33/1 41/15 42/21 48/3 56/1 89/5
93/16 100/9
**specifically [16]** 13/25 14/6 19/4 19/20
28/24 29/8 39/25 40/18 43/6 44/25 54/3
55/25 70/18 86/9 93/13 104/7
**specifics [1]** 14/9
**specimen [7]** 30/16 31/9 31/18 32/23
32/24 40/18 41/15
**Specimens [1]** 46/4
**spectrometer [4]** 15/5 15/13 15/25 18/8
**spectrometry [8]** 14/10 17/23 24/24 25/5
34/9 45/1 75/18 84/25
**spectroscopy [1]** 14/10
**spectrum [1]** 16/3
**speculation [2]** 60/8 62/16
**spell [4]** 10/6 72/18 91/14 112/3
**spelled [1]** 10/7
**spike [3]** 95/9 95/11 103/17
**spiked [9]** 80/24 94/2 94/3 94/14 94/19
94/20 95/3 96/17 98/20
**spiking [2]** 95/16 95/21
**spoke [6]** 25/5 26/15 27/16 29/9 30/4
43/5
**spoken [1]** 6/8
**sports [6]** 73/21 73/22 73/23 74/11
74/16 84/6
**squarely [1]** 5/23
**stand [1]** 75/17
**standard [10]** 16/19 18/16 30/3 30/5
30/13 34/6 34/11 48/19 48/23 49/2
**standards [6]** 34/13 83/21 83/22 83/25
84/1 84/9
**start [8]** 14/17 29/17 72/23 75/3 78/22
85/1 86/21 99/2
**started [4]** 74/24 75/4 77/4 77/5

**starting [1]** 79/22
**state [1]** 14/11 106/14
**STATE [3]** 1/3 13/2 105/3
**statement [2]** 3/12 100/23
81/22 81/22
**statements [2]** 5/8 5/21
**STATES [8]** 1/1 1/3 1/11 1/15 5/4 74/14
84/8 113/3
**stay [4]** 11/23 76/6 77/2 100/3
**stayed [1]** 100/4
**step [2]** 18/8 54/1
**steroid [18]** 30/8 43/12 43/13 54/12 55/2
56/23 59/23 61/25 62/8 62/13 66/5 94/5
95/14 96/1 100/23 104/25 107/1 107/22
**steroids [32]** 13/25 14/4 14/4 14/6 18/13
19/2 36/13 37/22 38/7 47/17 54/18
59/23 63/21 68/6 70/16 70/21 74/8
82/19 83/12 83/13 94/5 95/14 95/22
95/23 95/24 95/25 96/5 98/21 100/23
101/6 103/21 107/1
**Steven [1]** 1/13
**still [4]** 7/11 7/18 59/17 63/16
**stimulants [1]** 74/8
**Stop [1]** 46/21
**stopped [1]** 76/14
**storage [1]** 49/16
**stored [1]** 52/11
**Street [2]** 1/15 1/18
**structural [1]** 15/20
**structure [2]** 18/22 37/15
**stuck [1]** 92/22
**stuff [2]** 60/17 83/17
**subject [1]** 25/19
**submitted [4]** 10/22 19/8 19/10 19/17
**subscribed [1]** 113/10
**substance [27]** 15/8 15/16 15/16 15/24
16/14 16/14 16/24 16/25 17/2 17/2 17/3
17/4 17/9 17/14 25/18 25/20 32/22
50/10 50/11 60/6 61/24 71/15 85/6
100/9 103/19 104/5 104/18
**substances [17]** 16/12 18/13 54/8 54/11
60/2 61/2 61/6 61/11 61/18 62/10 66/8
68/6 68/15 69/13 69/18 70/15 70/21
**substantive [1]** 5/24
**substitute [1]** 64/12
**subtracting [2]** 105/1 108/1
**successful [2]** 27/6 40/15
**such [2]** 14/9 70/10
**sugar [3]** 42/11 66/18 68/22
**Suite [1]** 1/19
**summary [2]** 90/15 94/18
**supervisor [1]** 103/16
**supplements [5]** 78/3 78/6 78/6 78/8
78/11
**support [2]** 5/9 34/7
**suppose [1]** 81/10
**sure [9]** 6/23 26/22 32/12 36/12 60/24
69/22 80/5 94/16 94/17
**surface [2]** 67/20 67/21
**suspend [2]** 92/19 106/22
**suspended [4]** 92/6 93/3 94/8 111/21
**suspending [1]** 109/25
**sustained [2]** 60/8 62/16
**Sustanon [3]** 46/15 47/24 48/2
**swab [18]** 91/9 91/17 91/18 94/23 94/24
106/2 106/9 106/14 106/15 106/16
106/19 106/20 106/22 106/23 108/14
109/17 109/24 109/25
**sworn [3]** 8/9 9/23 72/7
**syringe [26]** 20/23 21/11 22/4 22/17
24/10 24/14 24/15 24/18 27/1 27/7
27/15 27/16 27/18 27/19 35/24 36/1
36/12 38/12 38/14 38/15 38/21 51/17
55/14 55/19 57/16 58/9
**syringes [3]** 43/6 45/13 57/17
**system [1]** 30/10

**table [3]** 3/1 4/1 58/11
**tablet [9]** 70/2 70/3 70/4 70/23 71/1 71/7
71/8 71/9 71/11
**tablets [3]** 40/12 42/20 61/19 69/16 70/2
70/14 71/2 71/13
**take [36]** 7/2 14/18 17/25 20/7 21/7
23/20 25/3 26/9 26/11 27/13 29/4 30/2
30/21 34/21 43/15 44/11 53/13 53/17
56/25 60/19 63/2 64/5 64/15 66/2 66/21
67/5 67/9 85/5 88/3 88/10 89/3 102/11
106/24 106/25 107/16 110/11
**taken [10]** 5/13 8/10 12/19 14/22 60/4
61/16 64/8 87/1 87/3 112/11
**takes [2]** 31/15 32/18
**taking [5]** 15/8 28/15 62/13 70/2 110/1
**talc [5]** 71/1 71/1 71/4 71/6 71/12
**talk [13]** 13/25 14/12 24/5 25/9 25/22
34/16 48/22 52/24 60/21 95/1 105/19
108/10 110/20
**talked [23]** 27/10 27/11 35/4 36/3 38/16
45/4 45/9 46/7 46/22 47/25 48/18 51/21
52/4 63/5 79/7 81/14 92/20 93/21 93/22
93/22 97/18 105/19 110/11
**talking [13]** 17/1 18/4 25/7 28/16 31/24
32/11 33/17 33/22 61/8 71/5 75/10
104/6 107/14
**talks [1]** 12/24
**target [1]** 69/25
**targeted [1]** 99/6
**team [5]** 6/12 8/22 9/6 9/10 9/14
**technician [1]** 11/20
**technique [9]** 14/14 17/24 24/23 24/24
25/4 25/5 34/7 34/8 35/24
**techniques [14]** 12/17 18/19 26/15 35/4
40/13 42/1 43/5 44/25 45/1 48/24 62/21
69/10 69/16 69/17
**tell [24]** 15/23 20/15 24/8 25/18 31/2
39/18 50/11 57/3 57/5 57/7 57/9 57/10
59/5 61/4 61/14 62/23 64/16 69/2 69/3
69/7 69/9 70/13 89/11 98/16
**tells [1]** 95/18
**ten [3]** 64/5 64/7 92/24
**ten-minute [1]** 64/7
**term [1]** 59/7
**termed [1]** 40/18
**terms [45]** 16/7 17/15 22/2 22/12 31/24
32/20 32/21 33/7 33/21 34/11 35/10
36/24 37/7 37/15 38/20 44/15 45/6
45/16 64/17 65/10 66/2 67/8 67/11
67/14 73/14 75/10 77/24 83/22 85/10
87/19 87/20 88/13 88/19 88/25 89/7
89/11 89/15 91/21 95/16 95/21 97/18
104/1 106/20 107/13 108/21
**test [27]** 24/16 24/18 24/19 26/14 27/19
35/14 36/4 43/7 43/7 43/9 44/1 46/11
49/24 60/2 63/16 69/11 69/24 70/5
70/12 71/14 101/8 106/3 107/6 107/25
109/19 109/20 109/21
**tested [12]** 24/9 40/2 43/17 50/12 51/13
57/25 61/15 68/7 70/17 78/16 78/17
101/6
**testified [4]** 13/5 13/14 72/8 81/17
**testimony [4]** 5/25 10/25 48/18 113/5
**testing [52]** 14/3 14/6 18/13 19/2 19/16
25/14 25/19 25/20 35/3 36/7 36/8 39/14
39/23 39/24 43/8 46/9 46/22 46/24
47/10 49/22 49/23 61/3 62/12 69/19
70/22 71/17 73/22 80/18 81/14 81/15
82/10 82/19 83/22 84/6 87/7 87/9 87/11
87/12 87/13 97/10 101/5 103/24 104/17
106/5 106/6 106/20 107/4 107/14 108/4
109/23 110/3 111/24
**testosterone [33]** 36/13 36/14 36/22

**T**

**testosterone... [30]** 36/23 36/25 37/1 37/2 37/11 37/14 37/22 37/22 37/23 37/23 37/24 37/25 47/1 47/2 47/2 47/3 47/4 47/11 54/8 54/11 55/15 56/11 78/19 104/12 104/13 104/14 104/14 104/15 104/15 104/16

**testosterones [3]** 47/16 54/19 55/21

**tests [7]** 27/8 62/23 63/3 63/4 63/5 71/16 71/20

**Texas [1]** 1/19

**than [17]** 18/3 19/24 34/10 34/10 41/14 63/24 66/5 66/11 66/17 68/6 68/25 69/4 69/8 70/16 70/25 80/24 90/3

**thank [14]** 6/18 9/17 9/25 36/16 48/5 48/9 53/14 62/20 64/3 64/4 64/25 71/25 71/25 96/11

**that [742]**

**that's [116]**

**their [14]** 7/2 13/2 78/18 78/24

**them [35]** 6/20 15/22 19/16 20/3 20/6 20/13 29/12 41/11 44/20 45/7 45/12 45/14 45/17 45/24 45/25 46/1 49/11 49/24 53/4 54/7 57/7 57/9 62/10 62/24 62/24 63/16 63/17 63/23 65/23 65/25 66/18 74/6 78/24 84/8 89/6

**then [100]** 6/11 11/16 11/25 14/20 15/4 15/12 15/23 15/23 16/13 16/18 16/21 16/22 16/23 17/9 19/16 20/4 21/18 24/1 24/19 24/21 25/2 25/3 26/9 26/13 26/14 27/8 27/18 30/15 31/3 31/6 32/20 33/24 34/2 35/2 35/22 35/25 38/11 39/9 40/12 41/22 42/1 42/2 43/1 43/4 44/21 45/3 49/15 51/15 51/20 51/24 51/25 53/3 53/9 55/5 55/18 55/20 57/12 57/25 59/2 60/10 61/21 67/6 73/17 75/21 77/11 80/18 81/5 82/24 84/11 84/15 84/24 85/3 85/22 86/25 88/18 91/6 91/24 92/8 92/9 92/9 92/20 92/24 93/5 93/7 93/9 93/18 94/7 94/9 94/10 96/4 96/9 96/17 96/24 97/10 97/14 101/2 106/24 107/13 108/16 109/16

**therapist [1]** 73/16

**therapy [1]** 73/16

**there [85]** 5/10 6/11 10/12 10/16 11/17 14/5 16/12 17/21 19/6 20/15 20/15 22/3 22/4 22/4 22/5 22/13 23/13 25/10 25/15 25/18 26/7 26/22 32/16 33/3 33/3 34/11 34/23 35/8 35/20 40/11 41/13 42/20 43/9 44/6 46/21 49/7 50/14 53/1 53/2 53/2 53/9 54/7 55/14 56/18 57/5 60/1 60/25 62/12 65/20 66/15 67/14 67/14 67/17 67/20 68/16 69/14 69/23 71/15 73/5 74/23 77/5 77/19 79/4 79/17 80/5 80/12 80/17 81/9 81/11 83/21 84/7 85/17 88/15 91/8 92/3 96/23 97/6 102/2 102/3 102/4 102/9 103/18 103/25 108/16 111/9

**there's [25]** 6/9 6/14 8/4 14/8 19/23 20/25 23/14 23/15 32/12 32/12 33/6 34/13 39/20 42/14 44/8 47/18 61/21 64/16 67/18 69/19 70/10 84/23 84/24 84/24 89/7

**thereafter [4]** 43/18 73/17 77/12 105/3

**therefore [1]** 15/1

**therein [1]** 106/16

**Thereupon [17]** 7/9 7/21 8/15 9/1 28/11 41/2 51/3 64/8 64/21 72/4 90/21 98/6 109/1 109/8 111/6 111/12 112/11

**these [45]** 8/21 17/21 19/6 20/6 20/7 28/3 33/6 33/16 36/8 39/15 43/17 45/16 45/17 46/5 48/23 48/25 52/6 52/10 54/18 54/19 56/10 57/4 61/8 61/19 62/2 62/21 62/23 63/12 67/19 68/17 68/23

**they [45]** 7/3 17/15 19/10 20/3 20/16 31/18 33/8 33/18 34/3 45/7 45/22 46/2 46/13 52/17 53/1 53/2 53/5 54/15 55/23 57/5 61/11 63/15 63/15 63/16 63/20 63/24 63/24 65/22 66/10 66/17 68/23 68/24 69/2 73/21 74/13 74/15 76/4 84/6 84/7 86/11 86/12 86/18 88/20 98/10 99/22

**they're [9]** 6/24 7/3 14/7 21/4 29/23 49/24 88/19 88/21 99/5

**they've [11]** 45/23

**thing [19]** 16/16 24/11 26/1 31/14 31/19 40/10 42/25 49/4 53/13 68/13 70/8 75/24 76/4 82/2 83/23 86/18 94/24 99/1 109/25

**things [10]** 31/23 32/10 34/11 54/8 78/3 78/4 81/13 83/5 85/9 88/24

**think [18]** 5/8 5/13 5/17 5/20 5/23 7/19 52/7 54/6 56/7 56/21 57/21 58/5 68/14 68/16 84/7 95/25 105/3 105/7

**third [2]** 36/22 62/20

**this [108]** 5/14 8/2 8/18 11/2 13/16 19/4 20/21 23/13 24/10 25/25 26/21 26/24 26/25 27/4 28/16 28/19 28/22 28/23 28/24 29/20 29/20 29/25 30/3 30/4 30/5 30/9 30/12 30/22 31/9 32/2 32/8 32/13 33/6 33/9 34/4 34/9 34/12 34/22 35/9 35/22 39/23 43/25 52/4 53/8 53/12 53/22 54/21 54/25 55/15 55/21 55/25 56/18 58/11 58/11 58/16 58/22 59/7 59/5 60/15 60/16 60/17 62/18 64/6 65/5 66/8 67/13 67/23 67/24 79/4 82/7 86/4 87/4 89/13 91/20 92/1 94/18 94/18 97/21 98/14 98/14 98/15 98/20 98/23 99/6 99/7 99/11 100/4 100/17 100/20 100/24 101/14 101/15 101/16 101/18 101/21 102/6 102/6 102/7 102/13 102/25 103/20 104/6 104/6 104/17 105/2 106/13 112/9 113/11

**those [120]**

**though [3]** 62/23 84/8 94/11

**Thousands [2]** 77/1 79/13 79/16

**three [12]** 21/7 24/7 36/18 40/6 51/13 86/2 98/1 99/5 99/10 99/10 99/11 100/1 100/4

**through [74]** 11/5 11/16 12/2 14/23 14/24 15/9 15/12 15/15 16/22 17/10 17/22 18/7 19/10 19/17 20/5 20/13 21/25 22/6 23/10 26/11 27/1 27/7 27/25 28/8 28/18 30/10 30/11 30/16 31/11 32/18 35/25 36/4 36/6 36/10 36/11 36/25 42/5 45/9 46/6 46/21 46/25 49/11 49/12 49/12 55/11 57/13 57/14 59/17 63/19 66/22 69/19 72/22 74/2 83/2 85/8 85/9 87/23 88/3 88/10 89/5 89/5 92/1 92/11 92/21 93/19 93/20 95/10 96/3 96/9 96/23 98/24 99/17 100/7 106/19

**thrust [1]** 5/13

**Thursday [2]** 1/6 7/18

**time [90]** 7/18 8/2 8/18 11/6 11/14 11/22 13/16 16/1 17/6 17/22 17/23 18/8 25/4 29/2 29/21 29/22 29/24 31/15 31/15 31/18 31/25 32/2 32/2 32/8 34/9 34/14 36/7 43/7 43/21 45/1 45/12 45/20 45/23 46/9 49/19 49/24 52/5 52/5 52/17 54/21 54/23 55/21 75/22 76/20 79/3 79/6 79/10 79/11 79/17 79/18 79/22 81/6 82/7 82/17 83/20 85/3 87/1 93/19 95/10 95/12 97/15 99/12 99/20 99/22 100/8 100/10 102/15 103/4 112/10

**time-of-flight [7]** 17/22 17/23 18/8 25/4 34/9 43/7 45/1

**timeline [5]** 28/20 29/20 31/24 31/25

32/14

**times [3]** 13/25 19/9 99/23

**tiny [1]** 102/9

**tip [1]** 94/23

**today [2]** 11/3 48/17

**together [8]** 15/22 21/4 54/12 55/2 56/11 63/8 71/7 71/11

**told [3]** 26/25 69/4 69/8

**too [1]** 27/23

**took [21]** 5/18 12/1 24/15 24/16 26/1 41/9 42/25 43/1 43/2 43/4 44/22 73/17 74/24 91/2 92/8 93/6 93/17 93/25 94/9 94/11 111/21

**tool [3]** 19/2 30/12 31/4

**tools [1]** 16/8

**top [33]** 21/16 21/20 22/24 23/2 23/20 25/25 26/18 27/1 32/13 32/16 33/9 33/22 35/23 37/18 40/1 41/20 42/13 44/20 45/19 46/5 51/20 53/24 57/22 59/10 59/24 65/14 67/6 98/18 98/18 99/1 99/2 99/3 101/24

**tops [2]** 66/25 67/3

**total [1]** 28/19

**touch [1]** 92/10

**towards [2]** 78/2 80/2

**toxicological [1]** 12/7

**traces [1]** 55/14

**training [6]** 12/9 12/12 12/15 12/22 53/20 60/3

**transcribed [1]** 113/9

**transcript [3]** 1/10 2/7 113/8

**transcription [1]** 2/8

**transferred [3]** 20/4 49/16 49/18

**transitions [1]** 103/5

**treat [1]** 94/7

**treated [1]** 94/7

**trial [4]** 1/10 5/14 5/22 7/18

**tried [1]** 7/12

**try [7]** 7/13 26/25 40/13 69/14 70/4 93/23 94/21

**trying [2]** 43/3 58/5

**tube [14]** 24/16 24/19 24/19 26/14 27/19 91/8 91/12 94/1 94/3 94/4 94/20 94/25 106/14 109/17

**tubes [1]** 44/1

**turned [2]** 53/3 65/8

**twenty [1]** 46/16

**two [32]** 11/12 20/8 22/4 31/1 31/9 32/12 32/12 32/16 32/16 32/20 33/3 45/15 50/7 52/5 52/13 52/24 55/14 55/17 57/17 58/10 59/23 59/23 63/5 75/19 76/8 76/23 76/24 84/7 84/23 91/2 110/4 111/25

**two-year [1]** 76/24

**Tylenol [1]** 71/8

**type [25]** 11/20 14/11 15/24 16/17 17/25 49/9 50/3 65/13 69/14 69/15 69/18 69/22 70/7 71/8 71/19 71/19 73/9 77/25 79/7 82/2 83/22 86/18 106/5 106/6 109/23

**types [7]** 13/3 18/17 42/7 70/6 70/9 71/13 78/14

**U**

**U.S [1]** 2/4

**UCLA [7]** 73/17 74/17 76/8 77/5 78/13 84/1 84/8

**Uh [2]** 60/23 94/13

**Uh-huh [2]** 60/23 94/13

**ultimately [3]** 19/16 87/16 88/14

**unable [1]** 112/6

**under [4]** 5/16 11/12 29/7 93/7

**underneath [2]** 102/20 103/11

**understand [6]** 8/4 27/24 53/7 60/24 95/2 102/2

**U**

understanding [2] 6/22 48/2
understood [1] 48/22
underwent [2] 12/11 12/15
unit [7] 10/15 10/19 13/4 14/5 19/18 19/25 20/4
UNITED [8] 1/1 1/3 1/11 1/15 5/4 74/14 84/8 113/3
universe [1] 61/10
university [4] 12/7 73/3 74/17 74/20
unknown [16] 16/14 16/24 17/13 17/19 30/20 31/20 85/6 85/11 85/13 85/14 97/16 97/17 98/15 101/15 102/17 103/8
unknowns [3] 10/23 85/20 85/23
unopened [1] 63/20
until [2] 27/4 79/4
up [45] 15/6 17/15 20/4 20/7 21/6 21/21 22/8 23/5 23/18 24/6 28/2 29/15 32/21 36/16 40/1 41/5 43/23 50/13 51/21 54/12 54/20 55/2 55/23 55/23 58/1 59/18 60/20 61/17 64/15 65/3 65/4 66/21 68/18 69/18 81/10 86/21 87/22 89/20 97/5 98/9 102/8 105/21 108/3 109/10 111/8
updating [1] 105/1
upon [3] 5/12 82/1 87/17
urine [9] 74/5 74/6 75/11 78/1 78/5 78/7 78/11 78/18 83/3
us [38] 11/16 15/20 16/11 18/20 31/11 32/21 36/6 48/17 48/24 49/6 50/5 56/7 57/3 57/5 57/7 57/9 61/9 62/3 62/23 69/3 69/4 69/7 69/8 78/23 83/1 85/8 85/9 85/19 88/8 92/1 93/19 93/20 95/18 98/16 98/23 98/23 98/24 99/16
USADA [1] 74/14
use [18] 14/14 25/3 26/11 27/1 27/6 31/4 32/9 32/10 35/25 54/13 84/9 84/19 94/19 95/9 95/11 96/14 98/16 106/10
used [27] 5/11 12/17 24/23 26/14 27/20 35/3 35/23 48/24 52/25 57/7 57/9 62/21 62/24 69/13 71/6 73/25 75/14 83/19 83/21 84/17 85/10 94/10 95/13 95/21 95/22 96/1 103/18
using [5] 18/19 70/3 82/25 93/12 95/12
usually [2] 74/5 74/8

**V**

vaporize [1] 14/24
variety [2] 10/22 14/8
various [13] 12/20 41/25 44/24 73/22 74/7 78/14 78/14 80/6 83/5 94/4 96/13 99/6 111/23
varying [1] 99/22
vast [1] 71/18
vault [2] 49/16 49/18
verified [1] 88/18
verify [4] 55/11 58/15 59/17 95/6
version [1] 96/13
versions [1] 96/13
versus [1] 5/5
very [29] 6/16 7/8 8/6 8/13 8/24 9/11 13/22 29/11 29/11 62/19 64/3 64/20 68/22 71/9 71/9 71/18 75/21 77/23 82/14 82/21 83/20 84/13 85/1 90/20 98/5 99/19 102/7 106/21 111/11
vial [34] 14/21 20/25 21/3 21/20 22/24 23/2 23/2 26/1 26/8 26/11 26/18 26/19 26/21 27/7 35/17 35/22 35/24 38/4 38/6 39/10 39/12 46/15 46/17 47/7 47/9 51/25 52/1 56/16 58/1 58/4 59/22 60/12 60/14 65/17
vials [11] 22/4 43/6 43/22 43/25 44/6 45/6 45/13 46/19 54/15 63/12 63/12
view [3] 5/6 29/12 49/7

Virginia [1] 10/11 19/11 19/13
vis-a-vis [1] 31/8
vis-a-vis [1] 31/8
visible [6] 24/12 25/11 25/12 25/20 27/17 35/20
visual [4] 25/17 26/1 34/21 40/10
visually [2] 35/7 52/5
Vitamin [1] 94/6
voice [1] 10/5
volume [2] 39/21 45/14
vortexed [3] 92/8 92/23 94/9

**W**

WADA [4] 84/1 84/2 84/4 84/9
waiting [2] 6/19 20/3
walk [157] 11/5 11/16 20/5 31/11 36/6 36/11 72/22 74/2 83/1 85/8 85/9 92/1 92/11 93/19 93/20 98/24 106/18
WALTON [1] 1/10
want [12] 6/23 54/3 56/8 60/24 83/6 83/9 85/9 89/4 89/5 95/2 108/16 112/3
wanted [2] 64/15 78/23
was [189]
Washington [4] 1/5 1/16 2/5 43/18
wasn't [2] 26/22 57/25
water [13] 92/7 92/13 92/14 93/6 94/2 94/3 94/8 106/22 106/24 110/1 110/2 111/21 111/22
waves [1] 92/21
way [7] 29/19 53/17 75/12 75/25 80/2 94/7 97/22
ways [1] 47/15
we [249]
we'll [8] 8/18 36/2 52/6 58/4 58/5 58/5 64/5 112/10
we're [15] 6/7 6/19 15/24 18/1 36/3 39/20 45/2 64/11 64/13 68/12 95/7 95/19 104/6 109/5 112/9
we've [4] 8/3 50/19 57/21 64/11
weight [1] 18/5
well [75] 6/16 7/8 8/6 8/13 8/24 9/11 13/14 13/22 14/10 18/9 18/16 19/21 20/14 21/3 22/1 23/11 25/9 32/9 33/1 38/14 41/13 43/7 44/8 56/2 60/19 64/11 64/20 68/10 68/16 68/22 70/25 71/1 71/18 72/24 73/21 74/5 75/10 75/11 78/20 80/11 80/16 81/25 82/14 82/18 82/21 82/22 83/3 83/18 84/1 84/23 85/1 85/23 87/17 89/11 90/2 90/20 91/8 91/23 92/6 93/14 93/19 94/2 96/12 98/5 99/2 99/15 99/19 102/6 106/13 108/10 109/5 110/4 110/5 111/3 111/11
went [7] 11/13 12/1 35/1 69/13 79/18 88/24 101/25
were [77] 5/2 19/10 25/6 26/21 27/5 30/9 31/24 32/11 36/24 38/17 40/15 42/8 44/6 44/9 52/10 52/14 53/1 53/2 53/5 58/5 60/25 61/8 61/18 63/15 63/16 63/21 63/24 68/24 68/24 71/16 71/20 73/6 74/17 75/5 76/5 77/16 78/12 78/12 78/17 79/2 79/11 79/24 80/1 80/3 80/12 81/1 81/6 83/11 83/21 83/25 85/16 86/4 86/5 86/7 86/11 86/12 86/12 86/17 86/18 87/16 93/24 94/1 94/22 95/12 96/21 103/25 104/7 104/8 104/25 105/16 105/18 107/14 108/1 108/5 110/8 112/6
weren't [2] 105/14 107/11
Westchester [2] 12/7 12/8
what [278]
what's [23] 10/18 12/5 18/7 18/8 19/15 22/19 23/24 29/2 34/8 40/18 40/20 60/2 71/21 73/1 73/19 75/17 81/7 90/2 92/15 97/3 99/14 101/21 103/18

whatever [2] 81/5 87/3
when [165] 6/16 6/22 7/25 9/10 16/9 19/14 20/16 24/10 25/11 25/11 25/12 30/11 31/3 33/17 42/16 45/23 49/9 49/22 52/10 52/13 52/24 52/25 53/2 54/14 57/22 60/10 63/15 65/20 69/10 71/4 73/23 74/2 74/3 74/17 75/2 79/17 80/2 81/21 85/8 86/12 86/21 88/19 91/12 93/10 100/7 105/1
where [27] 10/9 11/20 12/12 12/14 12/15 15/5 17/25 19/19 19/24 29/17 29/21 32/13 33/8 33/25 38/17 56/2 58/16 62/24 68/23 68/24 70/23 72/24 73/4 73/11 76/14 78/4 84/16
Where's [2] 19/12 31/25
whereof [1] 113/10
whether [10] 14/19 24/9 34/3 34/11 37/9 49/11 49/17 65/19 81/12 85/17
which [60] 5/10 6/10 7/3 7/18 8/8 8/11 8/11 9/6 16/19 18/17 19/8 19/22 19/25 20/1 20/9 20/20 23/5 24/7 24/7 25/4 28/20 28/23 40/18 51/16 51/20 51/24 52/6 52/6 54/2 56/5 57/22 65/10 68/20 70/19 71/10 74/14 77/4 78/13 80/24 81/3 83/4 85/19 86/18 86/22 87/22 91/4 92/23 94/6 95/13 96/24 102/19 102/22 103/4 104/12 106/14 106/21 108/21 109/3 109/5 109/17
while [6] 6/19 68/12 73/6 79/24 101/3 104/17
white [4] 23/14 24/2 52/1 66/5
who [9] 19/8 19/19 57/7 62/24 62/24 63/23 80/5 87/19 88/14
who's [2] 49/7 64/14
whole [4] 10/17 53/13 82/20 99/1
whom [2] 80/4 86/7
Whose [1] 103/12
why [7] 31/23 35/12 50/1 88/22 96/14 96/20 107/25
wide [1] 71/21
will [9] 6/1 8/13 9/16 31/23 55/13 55/22 64/12 67/19 82/14
WILLIAM [2] 1/6 8/9
Winling [1] 103/16
withdraw [1] 68/1
within [22] 5/23 11/18 11/18 16/15 23/13 31/18 37/9 37/21 38/6 38/21 39/7 39/12 40/5 46/10 47/11 47/22 55/13 55/18 61/19 69/22 91/16 103/4
without [11] 8/14 8/19 27/2 27/22 28/7 40/23 69/25 89/21 98/1 111/1 111/8
witness [21] 7/25 9/18 9/21 9/23 13/5 13/19 33/11 64/15 66/4 66/21 67/10 68/15 72/1 72/6 82/11 82/14 88/5 88/11 106/13 107/17 113/10
witnesses [3] 3/2 41/19 82/4
won't [1] 97/21
Wong [1] 103/16
word [2] 5/11 7/2
words [1] 49/23
work [22] 10/14 10/15 11/10 24/20 47/15 50/9 73/7 74/13 74/14 78/4 78/5 78/21 79/7 81/17 81/25 82/1 82/4 86/15 87/17 88/12 88/16 91/22
worked [8] 10/16 12/12 12/14 12/15 44/23 73/15 78/1 78/18
working [6] 16/17 31/5 80/2 95/6 95/7 95/19
works [1] 93/8
world [4] 83/19 84/3 84/4 84/6
worried [1] 68/15
would [89] 5/6 7/4 7/15 7/16 7/19 9/20 9/21 10/5 11/5 11/17 14/3 14/24 14/25 15/2 15/6 16/11 16/16 16/17 16/19 16/21 16/23 17/4 19/8 19/25 20/1 20/8

## W

**would... [63]** 20/18 24/6 24/13 25/3 25/3
25/4 25/14 25/18 26/4 26/25 27/3 29/10
30/21 31/3 31/4 32/2 32/9 33/10 33/14
37/8 41/18 42/2 47/21 47/22 48/3 48/3
49/18 50/5 50/10 53/20 53/24 55/9
55/11 57/23 59/17 60/4 62/12 67/5 67/9
68/19 68/20 70/18 71/9 72/3 74/6 76/10
76/15 76/17 79/11 79/14 81/10 83/2
83/12 83/13 85/19 85/24 88/3 91/5
95/20 96/5 96/7 96/24 103/3
**wouldn't [1]** 70/11
**write [1]** 10/24
**writing [1]** 11/22
**written [4]** 10/24 26/7 90/10 90/12
**wrong [1]** 68/14

## Y

**Yankees [1]** 5/13
**yeah [16]** 62/19 67/11 75/9 78/10 80/11
88/7 90/13 95/12 95/12 96/10 99/3
101/21 102/6 102/24 106/11 107/17
**year [3]** 63/9 76/7 76/24
**years [8]** 8/22 10/13 10/17 11/12 11/24
49/7 76/8 76/23
**yellowish [3]** 26/8 34/24 52/8
**yes [170]**
**yesterday [2]** 5/7 5/10
**yet [2]** 7/3 89/20
**York [1]** 11/8
**you [542]**
**you'll [3]** 56/21 79/22 102/6
**you're [10]** 15/8 17/1 33/21 49/23 56/7
61/10 94/15 104/3 104/17 104/20
**you've [11]** 44/2 48/17 48/24 50/21 51/8
51/21 52/4 57/16 57/17 69/4 69/8
**your [120]**

## Z

**zero [1]** 61/2
**zombie [1]** 7/16